*DeFord v. Koutoulas, et al.*

## SCHEDULE A TO SUMMONS

JAMES KOUTOULAS
1401 BAY RD., APT. 208
MIAMI BEACH, FL 33139

JEFFREY CARTER
11648 GLOWING SUNSET LANE
LAS VEGAS, NV 89135

ERIK NORDEN
250 S OCEAN BLVD., APT. 3A
BOCA RATON, FL 33432-6202

ALEX MASCIOLI
179 COLUMBIA ST.
BROOKLYN, NY 11231

ISLAND LIQUIDITY, LLC
151 C de SAN FRANCISCO, 2ND FLOOR
SAN JUAN, PR 00901

BRANDON L. BROWN
123 SCOTCH IRISH LANE
TROUTMAN, NC 28166

BRANDONBILT MOTORSPORTS, LLC
197 TYLER VON WAY, STE 111
FREDERICKSBURG, VA 22405

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC
1 DAYTONA BLVD
DAYTONA BEACH, FL 32114

CANDACE OWENS
1314 VERMONT AVE NW, UNIT #5
WASHINGTON, DC 20005

DAVID J. HARRIS, JR.
11084 CORALBERRY DR.
FRISCO, TX 75033

AUSTEN FLETCHER a/k/a FLECCAS
2073 MASSACHUSETTS AVE. NE
SAINT PETERSBURG, FL 33703

BRENDON LESLIE
9993 STELLA PALM WAY, UNIT 219
FORT MYERS, FL 33966