**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ERIC DE FORD,

        Plaintiff,

v.                                                     Case No: 6:22-cv-652-PGB-DCI

JAMES KOUTOULAS, *et al.*,

        Defendants.
_____/

## **Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement**

Plaintiff, Eric De Ford, hereby discloses the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    (1)    All parties of record and their counsel, as registered on the ECF

    (2)    Plaintiff Eric De Ford

    (3)    Defendant James Koutoulas

    (4)    Defendant Jeffrey Carter

    (5)    Defendant Erik Norden

    (6)    Defendant Alex Mascioli

    (7)    Defendant Island Liquidity, LLC

(8)   Defendant Brandon Brown

(9)   Defendant Brandonbilt Motorsports, LLC

(10)  Defendant National Association for Stock Car Auto Racing, LLC

(11)  Defendant Candace Owens

(12)  Defendant David J. Harris, Jr.

(13)  Defendant Austen Fletcher a/k/a Flecca

(14)  Defendant Brendon Leslie

(15)  Corporate Defendant Doe

(16)  Defendants John Does 1 – 10

(17)  Zigler Law Group, LLC, and its attorneys Aaron M. Zigler and Robin Horton Silverman

(18)  SCOTT+SCOTT ATTORNEYS AT LAW LLP, and its attorneys John T. Jasnoch and Sean T. Masson

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

None known.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

Plaintiff Eric De Ford and the proposed class.

5. Check one of the following:

   __X__   a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

- or –

   _____   b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated: April 18, 2022　　　　　　　　　Respectfully submitted,

/s/   *Robin Horton Silverman*
Aaron M. Zigler (*pro hac vice* forthcoming)
Robin Horton Silverman (FL Bar 0027934)
**ZIGLER LAW GROUP, LLC**
308 S. Jefferson Street | Suite 333
Chicago, IL 60661
Tel: 312-673-8427
aaron@ziglerlawgroup.com
robin.horton@ziglerlawgroup.com

John T. Jasnoch (*pro hac vice* forthcoming)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-236-0508
jjasnoch@scott-scott.com

Sean T. Masson (*pro hac vice* forthcoming)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: 212-223-6444
Fax: 212-223-6334
smasson@scott-scott.com

*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on April 18, 2022, a true and correct copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

>  */s/   Robin Horton Silverman*
> Robin Horton Silverman
> FL Bar No. 0027934
> Email: robin.horton@ziglerlawgroup.com