**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**ERIC DE FORD and SANDRA BADER,**

        **Plaintiffs,**

v.                                                                          Case No: 6:22-cv-652-PGB-DCI

**JAMES KOUTOULAS, JEFFREY CARTER, ERIK NORDEN, BRANDON BROWN, BRANDONBILT MOTORSPORTS, LLC, NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, CORPORATE DEFENDANT DOE, JOHN DOES 1-10, ARIS GEORGE MICHALOPOULOS, THOMAS MCLAUGHLIN, CORAL CAPITAL LLC, CORAL CAPITAL MANAGEMENT LLC, CORAL DEFI LP and ALEXANDER HOPE MASCIOLI,**

        **Defendants.**

**ORDER TO SHOW CAUSE**

This case is before the Court upon periodic review. The Complaint in this action was filed on **April 1, 2022**. Plaintiff has failed to effect proper service on the Defendants **Erik Norden, Brandon Brown, Brandonbilt Motorsports, LLC, Corporate Defendant Doe,** and **John Does 1-10** within the 90 days allowed by Federal Rule of Civil Procedure 4(m) or as further extended by the Court.

Therefore, it is **ORDERED** that Plaintiff shall **SHOW CAUSE** within **fourteen (14)** days from the date of this Order why the Complaint against the Defendants should not be dismissed for failure to comply with the Federal Rules of Civil Procedure 4(m). Failure to respond to this Order may result in dismissal of this case as to said Defendants without further notice from the Court.

**DONE** and **ORDERED** in Orlando, Florida, this 5th day of July 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party