# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE NO.:  6:22-cv-652-PGB-DCI

ERIC DE FORD, SANDRA BADER,
Individually and on behalf of All Others
Similarly Situated,

    Plaintiffs,

v.

JAMES KOUTOULAS, JEFFREY CARTER, ERIK NORDEN, ALEXANDER HOPE MASCIOLI, ARIS GEORGE MICHALOPOULOS, THOMAS McLAUGHLIN, CORAL CAPITAL LLC, CORAL CAPITAL MANAGEMENT LLC, CORAL DEFI LP, BRANDON BROWN, BRANDONBILT MOTORSPORTS, LLC, NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, CORPORATE DEFENDANTS DOE, and JOHN DOES 1-10,

    Defendants.
_____/

## DEFENDANT CORAL DEFI LP'S *UNOPPOSED* MOTION TO CONFIRM DEADLINE TO RESPOND TO SECOND AMENDED CLASS ACTION COMPLAINT

Defendant Coral DeFi LP ("Coral DeFi"), through undersigned counsel and

pursuant to Rule 3.01, L.R. M.D. Fla.,[1] moves the Court (out of an abundance of caution) for the entry of an Order confirming that the deadline for Coral DeFi to respond to Plaintiffs' pleading, currently being the Second Amended Class Action Complaint (the "Second Amended Complaint") [ECF No. 74], remains September 6, 2022. Plaintiffs do not oppose this request. In further support, Coral DeFi states as follows:

1.  On July 3, 2022, Coral DeFi filed its Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' First Amended Complaint [ECF No. 21], which was Plaintiffs' then-operative pleading, up through and including September 6, 2022 [ECF No. 51]. On July 5, 2022, the Court granted Coral DeFi's motion [ECF No. 52].

2.  Just under a week later, on July 11, 2022, the Court entered an Order dismissing the First Amended Complaint without prejudice [ECF No. 63], and granted Plaintiffs' leave to file a second amended complaint.

3.  Plaintiffs filed their Second Amended Complaint on July 19, 2022 [ECF No. 74]. Therefore, pursuant to Fed. R. Civ. P. 15(a)(3) and absent the earlier-granted extension, Coral DeFi's response to the Second Amended Complaint is currently due on or before August 2, 2022.

4.  Undersigned counsel represents Coral DeFi and the other Coral

---

[1] By filing this Motion, Coral DeFi expressly preserves, and does not waive, any defense available to it, including but not limited to lack of personal jurisdiction and failure to state a claim.

Defendants in this action.[2]  Waivers of service for the Coral Defendants, other than Coral DeFi, were filed July 11, 2022 [ECF Nos. 65, 66 and 67].  As such, under Rule 4(d), Fed. R. Civ. P., the deadline for those parties to respond to the Second Amended Complaint is September 6, 2022.[3]

5. Given the various factual and legal issues raised in the Second Amended Complaint, *see, e.g.*, Order [ECF No. 79] (noting "the extensive allegations and claims here"), and the judicial benefits of having a common deadline for all of the Coral Defendants to respond thereto, Coral Defi seeks to confirm that its earlier-granted extension of time through and including September 6 within which to respond to the Plaintiffs' pleading (now being the Second Amended Complaint) remains operative.

6. Undersigned counsel has conferred with counsel for Plaintiffs regarding the relief requested herein.  Counsel for Plaintiffs has indicated that Plaintiffs ***do not oppose*** the requested confirmation.

For the foregoing reasons, Coral DeFi respectfully requests that this Court enter an Order confirming that the deadline for Coral DeFi to respond to Plaintiffs' pleading, currently being the Second Amended Class Action Complaint, remains September 6, 2022.

---

[2] Together with Coral DeFi, the "Coral Defendants" are Thomas McLaughlin, Coral Capital LLC, and Coral Capital Management LLC.

[3] Sixty days from July 5, 2022, is Saturday, September 3, with the following Monday being Labor Day.  As the next business day is thus Tuesday, September 6, that is the governing deadline for the Coral Defendants' response.

Dated: August 1, 2022.　　　　　Respectfully submitted,

                                  By: */s/ Allen P. Pegg*
                                  Allen P. Pegg
                                  Florida Bar No. 597821
                                  allen.pegg@hoganlovells.com
                                  David Massey
                                  Florida Bar No. 86129
                                  david.massey@hoganlovells.com
                                  HOGAN LOVELLS US LLP
                                  600 Brickell Avenue, Suite 2700
                                  Miami, FL 33131
                                  Telephone: 305-459-6500
                                  Facsimile: 305-459-6550

                                  *Counsel for Defendant Coral DeFi LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

                                By:　*/s/ Allen P. Pegg*