# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ERIC DE FORD, SANDRA BADER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES KOUTOULAS, JEFFREY CARTER, ERIK NORDEN, ALEXANDER HOPE MASCIOLI, ARIS GEORGE MICHALOPOULOS, THOMAS McLAUGHLIN, CORAL CAPITAL LLC, CORAL CAPITAL MANAGEMENT LLC, CORAL DEFI LP, BRANDON BROWN, BRANDONBILT MOTORSPORTS, LLC, and NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, and CORPORATE DEFENDANTS DOE, <br><br> Defendants. | Case No. 6:22-cv-652-PGB-DCI <br><br> CLASS ACTION |

**DEFENDANT GEORGE ARIS MICHALOPOULOS'S UNOPPOSED
MOTION TO CONFIRM DEADLINE TO RESPOND
TO SECOND AMENDED CLASS ACTION COMPLAINT**

Defendant George Aris Michalopoulos, through his undersigned counsel, moves the Court, out of an abundance of caution, for entry of an Order confirming that his deadline to respond to Plaintiffs' Second Amended Class Action Complaint (ECF No. 74, the "SAC") is August 4, 2022.

In support of this Motion, Mr. Michalopoulos states as follows:

1. On June 16, 2022, Plaintiffs served Mr. Michalopoulos with the First Amended Complaint (ECF No. 21).

2. On June 29, 2022, Mr. Michalopoulos filed an Unopposed Motion for an Extension of Time to File an Answer to the First Amended Complaint by August 4, 2022 (ECF No. 43). The Court entered an order granting that motion (ECF No. 49).

3. On July 11, 2022, the Court entered an Order Dismissing the First Amended Complaint Without Prejudice (ECF No. 63).

4. Plaintiffs filed and electronically served the SAC on July 19, 2022 (ECF No. 74).

5. Rule 15(a)(3) of the Federal Rules of Civil Procedure states that any response to an amended pleading "must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, *whichever is later*." Fed. R. Civ. P. 15(a)(3) (emphasis added).

6. Accordingly, under Rule 15(a)(3), Mr. Michalopoulos's deadline to respond to the SAC is August 4, 2022, *i.e.*, the "later" of (a) 14 days from Plaintiffs' filing of the SAC (August 2, 2022), and (b) the deadline for Mr. Michalopoulos to respond to the First Amended Complaint (August 4, 2022).

7. The requested Order and extension will not prejudice any other party.

8.      The undersigned counsel has conferred with Plaintiffs' counsel regarding the relief requested herein.  Plaintiffs do not oppose the requested confirmation.

WHEREFORE, Mr. Michalopoulos respectfully requests that the Court enter an Order confirming that the deadline for Mr. Michalopoulos to respond to the SAC is August 4, 2022.

### Rule 3.01(g) Certification

The undersigned counsel for Mr. Michalopoulos hereby certifies that she conferred with Plaintiffs' counsel on August 1, 2022 via email.  Plaintiffs' counsel, Mr. Aaron Zeigler, confirmed that Plaintiffs do not object to the relief requested herein.

Dated: August 1, 2022                     Respectfully submitted,

/s/ Amina Hassan
Daniel H. Weiner, Fla. Bar No. 0071112
Amina Hassan (*pro hac vice*)
Hilary McDonnell (*pro hac vice*)

**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza, 12th Floor
New York, New York 10004-1482
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726
daniel.weiner@hugheshubbard.com
amina.hassan@hugheshubbard.com
hilary.mcdonnell@hugheshubbard.com

*Counsel for Defendant George Aris Michalopoulos*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 1, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ *Amina Hassan*
Amina Hassan