# EXHIBIT 1



**LGBCoin**
to James Koutoulas

Tue, Apr 5, 12:10 PM (23 hours ago)

**You are viewing an attached message.** Gmail can't verify the authenticity of attached messages.

Sent with ProtonMail secure email.

------- Original Message -------
On Tuesday, February 15th, 2022 at 8:50 PM, Eric De Ford <> wrote:

Alexandra,

You contact info was shared with me after my request to offer services to your team. I am not asking for compensation, only to provide 20+ years of experience in multimedia and advertising.

My studio, Eventuro, is located in St. Louis Missouri. We are a motion media and marketing agency with broad experience working with Fortune 500 companies, internationally. Recently we just created a website for Sunkist Citrus to relaunch their new mandarin line. This included game development, a micro site (peelgoodcitrus.com) and AR mobile experiences. We are working with an event agency in St. Louis to design the VIP fan experience for the NASCAR Cup series to World Wide Technology Raceway, this year. Busch Beer is a direct client of ours and we have done digital motion graphics for Busch and Kevin Harvicks team, including animated GIFs and web spots for Busch.

My business email is [redacted], cell is [redacted]., and my personal email is [redacted]. I am a holder of LGB and hopefully going to receive an airdrop as well. My intentions are to support the team. I am happy to sign any NDA, background checks, or restrictions associated with LGB or LG cryptocurrency.

Kind regards,

Eric DeFord
--
Eric DeFord