# EXHIBIT 2

**nt:** Friday, February 25, 2022 8:26:59 PM
**:** Eric DeFord [redacted]
**:** chris@[redacted]
**bject:** Re: Dana Show Interview - John Koutoulas LETSGO Token

Eric, Chris!

st off, thank you so much for reaching out and supporting the movement. We are always happy to meet like-minded, America First patriots.

ould be happy to arrange for James to be on the Dana show, the more people who know and understand crypto and the LGB movement, the better it is to get our essage out there!

nen we started the coin, we wanted to be people's first crypto purchase especially in America to help them understand the value of decentralized finance. Please

me know availabilities for the show and I will see if it can work in James' schedule.

shing you both a great weekend and look forward to collaborating with you!

dacted]

ı Fri, Feb 25, 2022 at 8:18 PM Eric DeFord <[redacted]> wrote:
Chris and Alex,

Good evening to you both.

Alex my name is Eric DeFord and I reached out to James yesterday on Telegram to see if he was interested in connecting with my friend and Dana Show Producer, Chris Loesch. James gave me your contact info for media inquires. I am a "hodler" of the LETSGO token and am inspired by what this token can do for our nation.

I've been in crypto for seven years now and really am impressed with James' approach to fight back against the cancel culture, practical initiatives to help veterans an to help bring our Conservative party into the 21st century.

With the current political climate across the country and beyond our borders I feel James Koutoulas would be a great topic on The Dana Show. His initiative creating a real functional crypto token, LETSGO (Lets Go Brandon) has a driving purpose to actually help redirect our misguided nation.

I hope James had a brief chance to mention to you Alex the possible connection to being on the Dana Show. I am not speaking for Dana or Chris, but I was hoping m friend would consider connecting with you. I think the world of Chris and consider him as one of my closer friends. He's been a phenomenal counsel in my life.

Chris, after briefly mentioning this to you today, I am connecting you with Alex Giuliani, James Koutoulas' media coordinator. I do not know James or Alex personally, but can vouch for their initiatives who really care about people.

I do not want to speak out of turn on their initiatives abd know Alex would be much better at explaining. I feel James' initiative meshes well with the alternative conservative culture and how the LETSGO token is very a relevant political subject for The Dana Show.

Chris, I hope you and Alex can connect on some level. Alex, Chris is best reachable through [redacted].

Best to both of you.

Eric DeFord



Eric De Ford / Multimedia Creative Director & Managing Partner
redacted]

EVENTURO
5257 Shaw Avenue, Suite 205, Saint Louis, Missouri 63110

http://www.eventuro.com