# EXHIBIT 3

 **LGBCoin**
to James Koutoulas

Tue, Apr 5, 12:09 PM (23 hours ago)

You are viewing an attached message. Gmail can't verify the authenticity of attached messages.

Sent with ProtonMail secure email.

------- Original Message -------
On Thursday, February 17th, 2022 at 11:08 PM, LGBCoin <[redacted]> wrote:

> *Please reply. I purchased 248 billion tokens in January 28th, before any news of a coin reissue.*
> *People are saying the "airdrop" is only based on what was snap shot on the 26th?*
> *I'm not getting my tokens that I purchased?!? Please reply. Ericdeford@gmail.com*

Hi Eric,

Thank you for your support in our coin and getting behind the LGB movement.

We are currently in process of minting a new coin that will be available for purchase through Polygon, Metamask & Coinbase as well as other exchanges when we return to our previous market cap. If you weren't a holder prior to January 28, 2022 and entitled to the upcoming airdrop. Please be aware that ETH gas fees are normally higher daytime and lower in evening/middle of night when volume slows down. We have had many holders buy with mining fees as low as $15. Kindly follow our social media channels to stay up to date with what we are working on and when we will be listed on a central exchange. **We have crypto experts on our channels listed below who can help you with buying process once newly minted coin is launched so feel free to reach out and to discuss any concerns you have with previously purchased tokens:**

Instagram: **@lgbcoin.io**

Telegram: https://t.me/lgbcoin_chat (There is a verification process to ensure you are human and not a robot so be sure to follow the instructions)

Discord: https://discord.com/invite/letsgobrandon

*We have important announcements coming out in the next week!*

All the best,

LGBcoin Team

Subject: Case 8:20-cv-00652-PGB-DCI Reply to Gary LGB Document 113-3 Filed 09/07/22 Page 2 of 2 PageID 1090