UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIC DE FORD and SANDRA BADER,

      Plaintiffs,

v.                                    Case No: 6:22-cv-652-PGB-DCI

JAMES KOUTOULAS, JEFFREY CARTER, ERIK NORDEN, BRANDON BROWN, BRANDONBILT MOTORSPORTS, LLC, NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, CORPORATE DEFENDANT DOE, ARIS GEORGE MICHALOPOULOS, THOMAS MCLAUGHLIN, CORAL CAPITAL LLC, CORAL CAPITAL MANAGEMENT LLC, CORAL DEFI LP and ALEXANDER HOPE MASCIOLI,

      Defendants.
_____/

## ORDER

This cause is before the Court on the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice filed January 31, 2023 (Doc. 193) before the Defendant Alexander Hope Mascioli answered or filed a summary judgment motion. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Alexander Hope Mascioli are

**DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate Alexander Hope Mascioli from the file.

**DONE AND ORDERED** in Orlando, Florida on February 1, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties