# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| ERIC DE FORD, SANDRA BADER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES KOUTOULAS, JEFFREY CARTER, ERIK NORDEN, ALEXANDER HOPE MASCIOLI, ARIS GEORGE MICHALOPOULOS, THOMAS McLAUGHLIN, CORAL CAPITAL LLC, CORAL CAPITAL MANAGEMENT LLC, CORAL DEFI LP, BRANDON BROWN, BRANDONBILT MOTORSPORTS, LLC, NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, and JOHN DOES 110,<br><br>Defendants. | Case No. 6:22-cv-652-PGB-DCI |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiffs and Defendant George Aris Michalopoulos ("Defendant Michalopoulos"), by their respective counsel, hereby inform the Court that a settlement agreement resolving all claims against Defendant Michalopoulos has been reached. These parties respectfully request that the Court stay any upcoming

deadlines for Defendant Michalopoulos while a formal settlement agreement can

be finalized and submitted to the Court for approval under Fed. R. Civ. P. 23.

DATED: March 8, 2023                 *s/ Sean T. Masson*

Sean T. Masson (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
New York, NY 10169
Telephone: 212-223-6444
smasson@scott-scott.com

John T. Jasnoch (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
jjasnoch@scott-scott.com

Aaron M. Zigler (*pro hac vice*)
Robin Horton Silverman (FL Bar 0027934)
**ZIGLER LAW GROUP, LLC**
308 S. Jefferson Street | Suite 333
Chicago, IL 60661
Telephone: 312-673-8427
aaron@ziglerlawgroup.com
robin.horton@ziglerlawgroup.com

*Counsel for Plaintiffs and the Proposed Class*

s/ *Amina Hassan*

Amina Hassan (*pro hac vice*)
Daniel H. Weiner, Fla. Bar No. 0071112
**Hughes Hubbard & Reed LLP**
One Battery Park Plaza
New York, NY  10004-1482
Telephone: 212-837-6000
amina.hassan@hugheshubbard.com

*Counsel for Defendant George Aris
Michalopoulos*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on March 8, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses on the Electronic Mail Notice List.

<u>*s/ Sean T. Masson*</u>
Sean T. Masson