# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ERIC DE FORD, et al, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES KOUTOULAS, et al., <br><br> Defendants. | Case No. 6:22-cv-652-PGB-DCI |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiffs and Defendant Jeffrey Carter ("Defendant Carter"), by their respective counsel, hereby inform the Court that a settlement agreement resolving all claims against Defendant Carter has been reached. These parties respectfully request that the Court stay any upcoming deadlines for Defendant Carter while a formal settlement agreement can be finalized and submitted to the Court for approval under Fed. R. Civ. P. 23.

DATED: March 9, 2023

    s/ *Sean T. Masson*
Sean T. Masson (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
New York, NY 10169
Telephone: 212-223-6444
smasson@scott-scott.com

John T. Jasnoch (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
jjasnoch@scott-scott.com

Aaron M. Zigler (*pro hac vice*)
Robin Horton Silverman (FL Bar 0027934)
**ZIGLER LAW GROUP, LLC**
308 S. Jefferson Street | Suite 333
Chicago, IL 60661
Telephone: 312-673-8427
aaron@ziglerlawgroup.com
robin.horton@ziglerlawgroup.com

*Counsel for Plaintiffs and the Proposed Class*

s/ *Vincent P. (Trace) Schmeltz, III*
Vincent P. (Trace) Schmeltz, III (*pro hac vice*)
**BARNES & THORNBURG LLP**
One North Wacker Drive, Suite 4400
Chicago, IL  60606
Telephone: 312-214-4830
vschmeltz@btlaw.com

*Counsel for Defendant Jeffrey Carter*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 9, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses on the Electronic Mail Notice List.

*s/ Sean T. Masson*
Sean T. Masson