October 29, 2021

## LGBcoin Trust Agreement

**Whereas** 330 Trillion LGBcoins were minted as a decentralized Ethereum ERC20 digital collectible on October 27, 2021 by the owner (the "Developer") of wallet 0x00e17962016C74876580dC9d925a5849B50EAADC (the "Genesis Wallet").

**Whereas** LGBcoin is a functionless digital collectible with no intrinsic value with market value ascribed to it based on demand for it, as well as, indirectly Ethereum.

**Whereas** Koutoulas Law, LLC is a law firm owned by James Koutoulas who helped inspire LGBcoin.

**Whereas** Developer wishes to engage Koutoulas Law, LLC as trustee to perform the following services that LGBcoins themselves are not capable of providing, or for which it would be impracticable for their owners to carry out individually:

- Enter into legal agreements on behalf of all LGBcoins, including but not limited to exchange listing agreements, the creation and management of decentralized liquidity pool(s), advisor agreements, promotional agreements, agreements for technical services, and engage counsel to protect and/or enforce the rights of all LGBcoins collectively.
- Manage a treasury of LGBcoins that can be traded or sold to pay for the above services.
- Organize a non-profit LGBcoin Foundation (the "Foundation") outside the United States.
- Once the Foundation is formally organized, Koutoulas Law, LLC will delegate the above rights to the Foundation, and enact a process to decentralize the control of the Foundation through the adding of additional parties as directors and/or establish a DAO.

The Developer has executed this LGBcoin Trust Agreement by transferring title to 165 trillion LGBcoins to a treasury wallet held in trust for the Foundation until such time that the Foundation is formalized. TXIDs:

0x0a71c33c906d1c20a59c6dd2bf0623a0a42662178ca2b9a6339aaf9a22e09072 ,

0xd07d77442ca251bbb65630afdc94a0b191dc7cbfc627db40308f7e206addf6d0

Koutoulas Law, LLC

Signed: _____

James L. Koutoulas, Esq.
Managing Partner