# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ERIC DE FORD, SANDRA BADER and SHAWN R. KEY,**

    **Plaintiffs,**

v.                                                          Case No: 6:22-cv-652-PGB-DCI

**JAMES KOUTOULAS, NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, LETSGOBRANDON.COM FOUNDATION, LGBCOIN, LTD and PATRICK BRIAN HORSMAN,**

    **Defendants.**
_____/

# ORDER

This cause comes before the Court on Plaintiffs' Opposed Motion for Clarification. (Doc. 350 (the "**Motion**")). Defendant National Association for Stock Car Auto Racing, LLC, and Defendant Patrick Brian Horsman filed responses to the Motion. (Docs. 351, 352). Upon consideration, the Motion is due to be granted.

On May 22, 2023, the Court issued an Order staying discovery (Doc. 284 (the "**Order**")) pending resolution of any motions to dismiss. (Doc. 284, p. 6 (citing 15 U.S.C. § 77z-1(b)). On September 18, 2023, the Court issued an Amended Case Management and Scheduling Order (Doc. 343) setting deadlines that

admittedly conflict with the Order staying discovery. (*See* Doc. 284). The parties now request clarification. (Docs. 350, 351, 352).

Pursuant to the Order staying discovery (Doc. 284, pp. 6, 11) and 15 U.S.C. § 77z-1(b), the Court clarifies that "all discovery and other proceedings" are stayed pending the Court's resolution of any motions to dismiss. *See* 15 U.S.C. § 77z-1(b) ("In any private action arising under this subchapter, all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds, upon the motion of any party, that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party."). If appropriate, upon the Court's resolution of any motions to dismiss and the subsequent lift of the stay, an amended case management and scheduling order shall be issued.

Accordingly, the Clerk of Court is **DIRECTED** to vacate the Court's Amended Case Management and Scheduling Order. (Doc. 343).

**DONE AND ORDERED** in Orlando, Florida on November 20, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties