## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| ERIC DE FORD, SUSAN BADER, SHAWN R. KEY, Individually and on Behalf of All Others Similarly Situated, | ) Case No.: 6:22-cv-00652-PGB-DCI ) ) |
| | ) CLASS ACTION |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES KOUTOULAS, and LGBCoin, LTD, | ) JURY TRIAL DEMANDED ) |
| | ) |
| Defendants. | ) |

### DEFENDANT LGBCoin, LTD'S ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW, LGBCoin, LTD (hereinafter "Defendant"), by and through the undersigned Counsel, and hereby files and serves their Answer and Affirmative Defenses to Plaintiffs' Third Amended Class Action Complaint, and states as follows:

### I.  NATURE OF THE CASE

1.  Denied.

2.  Defendant denies that there was a "scheme." Defendant admits the remaining allegations of this paragraph.

3.  Admit.

4.  Admit.

5.  Admit that Giuliani suggested creating a "Let's go Brandon!", a digital currency that's value rises with its demand. Defendant denies remaining allegations of the remaining paragraph.

6.  Denied.

7.  Denied.

8.      Admit

9.      Admit.

10.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

11.     Denied.

12.     Denied.

13.     Admit.

14.     Denied.

15.     Admit.

16.     Admit.

17.     Admit that NASCAR revoked its sponsorship. Defendant denies the remaining allegations of this paragraph.

18.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

## II.  PARTIES

### A. Plaintiffs

19.     Deny. Plaintiff expressly stated that his losses were a result of NASCAR's conduct, not Defendant's.

20.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

21.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

## B. Defendants

22.     Admit that Defendant is a resident and citizen of Florida for jurisdictional purposes only. Admit that Defendant is an LGBCoin holder. Defendant denies the remaining allegations of this paragraph.

23.     Admit.

24.     Denied.

25.     Admit.

26.     Admit that Defendant Kotoulas owns LGBCoin, LTD. Defendant denies the remaining allegations of this paragraph.

27.     Admit.

28.     Denied.

29.     Admit.

30.     Admit that LGBCoin's principal place of business was Defendant Koutoulas' home address. Defendant denies the remaining allegations of this paragraph.

31.     Admit.

32.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

33.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

34.     Admit that Horsman is a LGBcoin holder and directly or indirectly authorized sale of LGBcoin to the public. Defendant denies the remaining allegations of the paragraph.

35.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

36.     Defendant respectfully refers all matters of law contained therein to the Court.

37.     Admit for jurisdictional purposes only. Defendant denies remaining allegations of this paragraph.

### C. Relevant Non-Parties

38.     Defendant admits that Norden is a LGBcoin holder and directly or indirectly authorized sale of LGBcoin to the public and served as a strategist and spokesman for the Foundation. Defendant denies the remaining allegations of the paragraph.

39.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

40.     Defendant is without knowledge of the geographical allegations of this paragraph and therefore denies the same. Defendant admits that Giuliani served as a spokesperson for LGBcoin, is an LGBcoin holder, and directed and/or authorized directly or indirectly, the sale of LGBcoin to the public. Defendant denies the remaining allegations of the paragraph.

41.     Defendant is without knowledge of Mr. McLaughlin visiting Florida and therefore denies the same. Defendant admits the remaining allegations of the paragraph.

42.     Admit.

43.     Defendant admits that Latona is an LGBcoin holder, and directed and/or authorized directly or indirectly, the sale of LGBcoin to the public. Defendant denies the remaining allegations of the paragraph.

44.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

45.     Admit.

46.     Defendant admits that Mascioli is an LGBcoin holder, and directed and/or authorized directly or indirectly, the sale of LGBcoin to the public. Defendant denies the remaining allegations of the paragraph.

47.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

48.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

49.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

50.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

51.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

52.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

53.     Admit.

54.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

55.     Defendant admits that Walker is an LGBcoin holder, and directed and/or authorized directly or indirectly, the sale of LGBcoin to the public. Defendant denies the remaining allegations of the paragraph.

56.     Defendant admits that Heckman is an LGBcoin holder, consultant, spokesperson and directed and/or authorized directly or indirectly, the sale of LGBcoin to the public. Defendant denies the remaining allegations of the paragraph.

57.     Defendant admits that Pyro Brian is an LGBcoin holder and spokesperson Defendant denies the remaining allegations of the paragraph.

58.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

59.     Denied.

60.     Defendant denies the allegation that Mr. Carter is a board member of Typhon Capital Management, he is a non-fiduciary advisory board member. Defendant is without knowledge of the remaining of the allegations of this paragraph and therefore denies the same.

61.     Admit.

62.     Admit.

63.     Admit.

## III.   JURISDICTION AND VENUE

61.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same. Plaintiffs have provided only approximately $19,000 in alleged damages in their certifications. Defendant thus expressly denies that Plaintiffs award exceeding $5,000,000 is warranted. Defendant respectfully refers all matters of law contained therein to the Court.[1]

---

[1] This paragraph is incorrectly labeled as paragraph 61. It should be labeled as paragraph 64. All subsequent paragraphs of Plaintiffs' Third Amended Complaint are therefore mislabeled. For ease of reference Defendant's Answers to each subsequent paragraph will match Plaintiffs' Third Amended Complaint.

62.     Admit Defendant is a resident of the State of Florida for jurisdictional purposes only. Defendant denies the remaining allegations of this paragraph including that the Middle District is "at home" as it is four (4) hours away from his home.

63.     Admit for jurisdictional purposes only. Defendant denies that the Foundation committed a tortious act and denies the remaining allegations of this paragraph.

64.     Admit for jurisdictional purposes only. Defendant denies that LGBcoin committed a tortious act and denies the remaining allegations of this paragraph.

65.     Admit for jurisdictional purposes only. Defendant denies that Horsman committed a tortious act and denies the remaining allegations of this paragraph.

66.     Admit.

67.     Denied.

## IV.     FACTUAL ALLEGATIONS

### A.  Cryptocurrency and the Blockchain

68.     Admit.

69.     Admit.

70.     Admit.

71.     Admit.

72.     Admit.

73.     Admit.

### B.  LGBCoin Background

74.     Denied that LGBcoin was created by Defendant. Defendant admits the remaining allegations of this paragraph.

75.     Admit.

76.     Admit the idea of LGBCoin came about from Giuliani. Defendant denies the remaining allegations of the paragraph.

77.     Denied.

78.     Denied.

79.     Defendant denies the chat was created by Latona and/or Mascioli to discuss launch and promotion of LGBCoins. Defendant admits remaining allegations of paragraph.

80.     Denied.

81.     Admit.

82.     Defendant denies the last sentence of this paragraph. Defendant admits the remaining allegations of the paragraph.

83.     Denied.

84.     Denied.

85.     Denied.

86.     Admit.

87.     Denied.

88.     Denied.

89.     Denied.

90.     Admit that Heckman was given one trillion LGBcoin. Defendant denies the remaining allegations of the paragraph.

91.     Admit.

92.     Denied.

93.     Denied.

### 1. The Creation and Distribution of LGBCoin

94.  Denied.

95.  Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

96.  Denied.

97.  Denied.

98.  Admit

99.  Denied.

100.  Denied.

101.  Denied.

102.  Admit.

103.  Denied.

104.  Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

105.  Admit.

106.  Admit.

107.  Admit.

108.  Denied.

109.  Admit

110.  Denied.

111.  Denied.

112.  Admit.

113.  Admit.

114.    Defendant admits that the 13.2 trillion transfer occurred from the Foundation's trust wallet. Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

115.    Admit.

116.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

117.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

### 2.   The LGBCoin Founders Seek to Bring the Race Team into the Fold

118.    Denied.

119.    Denied.

120.    Admit.

121.    Admit.

122.    Admit.

123.    Admit.

124.    Admit.

125.    Denied.

126.    Admit.

127.    Denied.

128.    Denied.

### C.  The Pump – Executive, and Shill LGBCoin

### 1.   The Individual Defendants Promote *LGBCoin*

129.    Denied.

130.    Denied.

131.    Denied.

132.    Denied.

133.    Denied.

134.    Denied.

135.    Denied.

136.    Denied.

137.    Deny that Defendant directed others to post. Defendant admits the remaining allegations of this paragraph.

138.    Admit.

139.    Admit.

140.    Denied.

141.    Denied.

142.    Denied.

143.    Denied.

144.    Admit.

145.    Admit.

146.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

147.    Admit.

148.    Denied.

149.    Admit.

150.    Admit.

151.    Admit.

152.    Denied.

153.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

154.    Deny that Defendant Koutoulas directed others to post. Admit remaining allegations of this paragraph.

155.    Admit.

156.    Admit.

157.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

### 3. Koutoulas and Norden's Use of Conservative Influencers to Promote LGBCoin[2]

158.    Denied.

159.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

160.    Admit.

161.    Denied.

162.    Denied.

163.    Denied.

164.    Denied.

165.    Denied.

166.    Denied.

---

[2] Incorrectly labeled as Section C.3. in the Third Amended Complaint.

167.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

168.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

169.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

170.    Denied.

171.    Denied.

172.    Denied.

173.    Denied.

174.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

175.    Denied.

176.    Admit.

177.    Admit.

178.    Admit.

179.    Denied.

180.    Admit Defendant Koutoulas gave a speech at AmericaFest2021. Defendant denies the remaining allegations of this paragraph.

181.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

182.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

183.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

184.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

185.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

186.    Admit.

187.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

188.    Admit.

189.    Denied.

190.    Denied.

191.    Denied.

192.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

193.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

194.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

195.    Admit.

196.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

197.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

198.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

199.    Denied.

200.    Denied.

201.    Denied.

202.    Denied.

203.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

204.    Denied.

205.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

206.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

207.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

208.    Denied.

209.    Denied.

210.    Denied.

211.    Denied.

212.    Denied.

213.    Denied.

214.    Denied.

## 2.   NASCAR's Approval of the LGBCoin Sponsorship[3]

215.    Admit.

216.    Admit.

217.    Admit that NASCAR approved the sponsorship. Defendant is without knowledge of the remaining allegations of this paragraph and therefore denies the same.

218.    Admit.

219.    Deny LGBCoin's desire to promote and associate Brandon Brown and the LGBCoins with NASCAR. Defendant admits remaining allegations of this paragraph.

220.    Admit.

221.    Admit.

222.    Admit.

223.    Admit.

224.    Admit.

225.    Admit that NASCAR approved the sponsorship. Defendant is without knowledge of the remaining allegations of this paragraph and therefore denies the same.

226.    Admit.

227.    Admit.

228.    Admit.

229.    Admit.

230.    Admit.

231.    Admit.

---

[3] Incorrectly labeled as Section C.4. in the Third Amended Complaint.

232.    Defendant denies the allegations of the first sentence of this paragraph. Defendant admits remaining allegations of this paragraph.

### D.   Wallet Tracing Proves Ill-Gotten Gains Received by LGBCoin Insiders

#### 1.   Individual Defendants Koutoulas and Horsman

##### a)   Koutoulas

233.    Denied.

234.    Denied.

235.    Denied.

236.    Denied.

237.    Denied.

238.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

239.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

240.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

241.    Denied.

242.    Denied.

##### b)   Horsman[4]

243.    Denied.

244.    Denied.

245.    Denied.

---

[4] Incorrectly labeled as Section E. in the Third Amended Complaint.

246.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

247.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

248.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

249.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

250.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

251.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

252.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

253.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

254.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

255.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

256.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

257.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

258.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

259.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

260.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

261.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

262.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

263.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

264.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

265.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

266.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

267.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

268.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

269.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

270.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

271.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

272.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

### 1. The wallet sales and transfers of LGBCoin by the Non-Named Parties[5]

#### a. Erik Norden

273.    Denied.

274.    Denied.

275.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

276.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

277.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

278.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

---

[5] Incorrectly labeled as Section D.1. in the Third Amended Complaint.

279.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

280.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

281.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

282.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

283.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

284.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

**b.     Rick Latona**

285.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

**c.     Alex Mascioli**

286.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

287.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

288.     Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

289.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

290.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

### d.    Thomas McLaughlin

291.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

292.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

293.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

294.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

### D. The Dump – LGBCoin Price Plummets[6]

295.    Admit.

296.    Admit.

297.    Admit.

298.    Admit.

299.    Admit.

300.    Admit.

301.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

---

[6] Incorrectly labeled as Section D in the Third Amended Complaint.

302.    Admit.

303.    Admit.

304.    Admit.

305.    Admit.

306.    Admit.

### E.  The Aftermath[7]

#### 1.  Damage to the Value of LGBCoin and Coinholders Due to NASCAR's Misconduct

307.    Admit.

308.    Admit.

309.    Denied.

310.    Admit.

311.    Defendant denies that the press release was made by LGBCoin. Defendant admits remaining allegations of this paragraph.

312.    Denied.

313.    Admit.

314.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

315.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

316.    Admit.

317.    Denied.

---

[7] Incorrectly labeled as Section E in the Third Amended Complaint.

318.   Admit.

## 2.   The Formation of the LGBCoin Entities in the Cayman Islands[8]

319.   Admit, though the Foundation has since been renamed to the LetsGoBrandon.com Foundation.

320.   Denied.

321.   Admit.

322.   Admit, though Defendant clarifies that the search report used by Plaintiffs reflects the name change.

323.   Admit

324.   Admit

## 6. The Re-Pump and Dump – the Relaunch of LGBCoin[9]

325.   Denied.

326.   Denied.

327.   Admit.

328.   Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

329.   Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

330.   Denied.

331.   Denied.

---

[8] Incorrectly labeled as Section E.5. in the Third Amended Complaint.
[9] Incorrectly labeled as Section E.6. in the Third Amended Complaint.

332.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

333.    Denied.

334.    Denied.

335.    Denied.

336.    Denied.

337.    Denied.

338.    Admit.

339.    Admit.

340.    Admit.

341.    Admit.

342.    Denied.

343.    Admit.

344.    Denied.

345.    Admit.

346.    Denied.

347.    Denied.

348.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

349.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

350.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

351.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

352.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

353.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

329.    Denied.[10]

354.    Denied.

355.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

356.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

357.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

358.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same.

## V.    CLASS ACTION ALLEGATIONS

359.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same. Defendant respectfully refers all matters of law contained therein to the Court.

360.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same. Defendant respectfully refers all matters of law contained therein to the Court.

---

[10] Incorrectly labeled as Paragraph 329 in the Third Amended Complaint.

361.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same. Defendant respectfully refers all matters of law contained therein to the Court.

362.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same. Defendant respectfully refers all matters of law contained therein to the Court.

363.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same. Defendant respectfully refers all matters of law contained therein to the Court.

364.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same. Defendant respectfully refers all matters of law contained therein to the Court.

365.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same. Defendant respectfully refers all matters of law contained therein to the Court.

366.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same. Defendant respectfully refers all matters of law contained therein to the Court.

367.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same. Defendant respectfully refers all matters of law contained therein to the Court.

368.    Defendant is without knowledge of the allegations of this paragraph and therefore denies the same. Defendant respectfully refers all matters of law contained therein to the Court.

## FIRST CAUSE OF ACTION
### VIOLATIONS OF SECTION 12(a)(1) OF THE SECURITIES ACT
### [15 U.S.C. §77e]
### (Against Defendant Koutoulas)

369.    Count I of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

370.    Count I of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

371.    Count I of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

372.    Count I of the Third Amended Complaint is not alleged against Defendant and is therefore denied

373.    Count I of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

374.    Count I of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

375.    Count I of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

376.    Count I of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

377.    Count I of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

378.    Count I of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

379.    Count I of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

380.    Count I of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

381.    Count I of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

**SECOND CAUSE OF ACTION**
**UNREGISTERED OFFER AND SALE OF SECURITIES IN VIOLATION OF THE**
**FLORIDA SECURITIES AND INVESTMENT PROTECTION ACT**
**[Fla. Stat. §517.07]**
(Against Defendants Koutoulas, Horsman
LetsGoBrandon.com Foundation, and LGBCoin, LTD)

382.   Count II of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

383.   Count II of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

384.   Count II of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

385.   Count II of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

386.   Count II of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

387.   Count II of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

388.   Count II of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

389.   Count II of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

390.   Count II of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

391.   Count II of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

392.    Count II of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

393.    Count II of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

394.    Count II of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

**THIRD CAUSE OF ACTION**
**CIVIL CONSPIRACY TO VIOLATE FEDERAL AND STATE SECURITIES LAWS**
**(Against All Defendants (Except for NASCAR))**

395.    Count III of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

396.    Count III of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

397.    Count III of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

398.    Count III of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

399.    Count III of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

400.    Count III of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

401.    Count III of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

402.     Count III of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

403.     Count III of the Third Amended Complaint against Defendant was dismissed pursuant to Court Order dated March 29, 2024, and is therefore denied.

**FOURTH CAUSE OF ACTION**
**Unjust Enrichment/Restitution**
**(Florida Common Law)**
**(Against Defendant Koutoulas)**

404.     Count IV of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

405.     Count IV of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

406.     Count IV of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

407.     Count IV of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

**FIFTH CAUSE OF ACTION**
**Unjust Enrichment/Restitution**
**(Florida Common Law)**
**(Against Defendant Horsman)**

408.     Count V of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

409.     Count V of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

410.     Count V of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

411.    Count V of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

## SIXTH CAUSE OF ACTION
### Unjust Enrichment/Restitution
### (Florida Common Law)
### (Against Defendant LetsGoBrandon.com Foundation)

412.    Count VI of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

413.    Count VI of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

414.    Count VI of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

415.    Count VI of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

## SEVENTH CAUSE OF ACTION
### Unjust Enrichment/Restitution
### (Florida Common Law)
### (Against Defendant LGBCoin, LTD)

416.    Denied.

417.    Denied.

418.    Denied.

419.    Denied.

## EIGHTH CAUSE OF ACTION
### Negligent Misrepresentation
### (Against NASCAR)

420.    Count VIII of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

421.    Count VIII of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

422.    Count VIII of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

423.    Count VIII of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

424.    Count VIII of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

425.    Count VIII of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

426.    Count VIII of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

427.    Count VIII of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

428.    Count VIII of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

429.    Count VIII of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

430.    Count VIII of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

431.    Count VIII of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

432.    Count VIII of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

433.    Count VIII of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

434.    Count VIII of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

435.    Count VIII of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

## NINTH CAUSE OF ACTION
### Promissory Estoppel Under Florida Common Law
### (Against NASCAR)

436.    Count IX of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

437.    Count IX of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

438.    Count IX of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

439.    Count IX of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

440.    Count IX of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

441.    Count IX of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

442.    Count IX of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

443.    Count IX of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

444.    Count IX of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

445.    Count IX of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

446.    Count IX of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

447.    Count IX of the Third Amended Complaint is not alleged against Defendant and is therefore denied.

## PRAYER FOR RELIEF

Defendant denies the allegations and relief requested in the "Wherefore" clause of Plaintiffs' Third Amended Complaint.

## AFFIRMATIVE DEFENSES

**FIRST AFFIRMATIVE DEFENSE:** Defendant asserts that Plaintiffs' requested relief is barred in whole or in part by the doctrine of unclean hands. The unclean hands defense applies to bar claims where the claimant has engaged in some manner of unscrupulous conduct, overreaching, or trickery that would be "condemned by honest and reasonable men." *Shahar v. Green Tree Servicing, LLC*, 125 So. 3d 251, 253 (Fla. 4th DCA 2013). For example, Plaintiff DeFord engaged in widespread promotion of LGBcoin and LETSGO yet accused Defendant of wrongdoing for allegedly doing the same, and as such, would be *in pari delicto* should such conduct be ruled tortious.

**SECOND AFFIRMATIVE DEFENSE:** Defendant asserts that Plaintiff's requested relief has given no basis for disregarding the corporate entities between LGBcoin, Ltd. and any transactions or business activities.

**THIRD AFFIRMATIVE DEFENSE:** Defendant asserts that Plaintiffs' alleged damages either did not occur, or the damages are less than alleged by Plaintiffs.

**FOURTH AFFIRMATIVE DEFENSE**: Defendant asserts that Plaintiffs' requested relief is barred due to a lack of privity. No Plaintiff has alleged even a single alleged transaction in their respective certifications showing privity between itself and LGBcoin, Ltd.

**FIFTH AFFIRMATIVE DEFENSE**: Defendant asserts that Plaintiffs' requested relief is barred because Plaintiffs would be unjustly enriched if allowed to recover.

**SIXTH AFFIRMATIVE DEFENSE:** Defendant avers that Plaintiffs' alleged damages, if any, are limited and set off by failure to mitigate damages.

**SEVENTH AFFIRMATIVE DEFENSE:** Defendant asserts that Plaintiff's requested relief is barred because Plaintiff is estopped to assert each cause of action, remedy, and/or other right against Defendant by reason of actions, representations, promises, conduct and/or omissions by Plaintiffs.

**EIGHTH AFFIRMATIVE DEFENSE**: Defendant asserts that Plaintiffs' requested relief is barred because, Defendant is entitled to an offset of all sums found to be owing by Plaintiffs to Defendant and any moneys or value received by the same, or waste or damages created by the same.

**NINTH AFFIRMATIVE DEFENSE**: Defendant asserts that Plaintiffs' requested relief is barred because Defendant LGBCoin, Ltd. did not ever own any LGBCoin nor did it sell any to Plaintiffs nor was it ever enriched by them.

## RESERVATION OF RIGHTS

Defendant hereby gives notice and expressly preserves and asserts all affirmative defenses available under any applicable law and reserves its right to supplement this Answer and Affirmative Defenses to assert such additional defenses in the event that discovery or other means indicate that additional affirmative defenses would be appropriate.

**Dated**: May 9, 2024.

Respectfully submitted,

*/s/ Nicole Martell*
**NICOLE MARTELL, ESQ.**
Florida Bar No.: 100172
nicole@ddpalaw.com
**DI PIETRO PARTNERS, PLLC**
901 East Las Olas Blvd, Suite 202
Fort Lauderdale, FL 33301
Primary Email Address:
service@ddpalaw.com
Secondary Email Address:
paralegal@ddpalaw.com
Telephone: (954) 712-3070
Facsimile: (954) 337-3824

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses on the Electronic Mail Notice List.

*/s/ Nicole Martell*

37