**Xxxxx**
1 week
Nov 11, 2021

### Xxxxx
3 members

For your security, conversation history isn't transferred to new linked devices.

Nov 11, 2021

**Pyro Brain**
0xaa130e5a43cadbe2eaa4e58ede61e39874e3ead7
them and their downflow have been fucking us with so much selling the past 2 days
we get a rally up, and the cucks sell 6Eth
7:34 PM

**Erik Norden**
James who are they
7:35 PM

Ugh a defi fund that's supposed to be friendly
yelling at them
9:36 PM

**Pyro Brain**
Remember this text yesterday? It's them continuing @James i assume you know who 0xaa130e5a43cadbe2eaa4e58ede61e39874e3ead7 is, They've sold about 20Eth over the past 4 days, and transferred out 750B tokens to a wallet thats sold about 20 Eth over the same time and that wallet transferred 220B to another wallet thats sold about 8 eth, and that wallet transferred 80B to another that just started selling their first 2eth 10 min ago. so in total about 50 eth or just over $200K worth
That was 2pm yesterday and obv enough sells since that they're still on my radar, though I haven't tallied it, unless you need
Fucking christ
0x7882b011baec48edd1238c442453228f1390feb7
9:39 PM

yelling
9:39 PM

**Pyro Brain**
Just bought 10eth that could have put us thru resistance and they fucked it with super high slippage
9:40 PM

Ha I think it's good look on chart. Panic buy
My yelling works fast. Still at client dinner lol
9:40 PM

**Pyro Brain**
hahaha love it
can you tell them breifly to use 3% slippage max or the trick i said
texted to you for quick copy paste
They made a bot over 2Eth and didn't help our price as much as they could, and they got less token for the money while they were at it
9:43 PM

I feel he'd be insulted haha
10:33 PM

**Pyro Brain**
THEY SHOULD KNOW BETTER
lmfao
10:53 PM

I love the chart tho
10:53 PM

**Pyro Brain**
if it breaks 83-86 area, i think we'll have a run up, we'll see
10:55 PM

Got a nice gap up
10:57 PM

**Erik Norden**
Legendp
10:57 PM

**Pyro Brain**
I assume me tracking the charts like this is helpful for you then?
Like wallet tracing
10:58 PM

Wallet tracing huge
lmk if there's other dumpers I missed today
10:59 PM

**Pyro Brain**
Okay it's been a busy day for me so I'll scroll back and look at anyone over $20K for structuring
Can do it tomorrow
10:59 PM

**Pyro Brain**
Sounds good
10:59 PM

You da man
10:41 PM

**Pyro Brain**
I'll probably pull a few Eth on the consolidation of the next run up so I can pay some bills, responsibly obviously
Just an FYI
10:41 PM

All good you more than earned it
10:42 PM

**Pyro Brain**
I try lol
Hey Erik, James said dealing with your neurosis gets me a bonus ;P
We call it hazard pay in my field
10:43 PM

**Erik Norden**



10:43 PM

Oh i just block him lol
10:45 PM

**EXHIBIT**

**1**

**Erik Norden**
10:59 PM  Hahaha

I set a whole iOS 15 focus widget to reject Erik on 17 different apps when he starts wigging. Hopefully in iOS 16 they'll add ability to remotely inject him with zanax when that happens
11:00 PM

**Pyro Brain**



James when you get the time we should hop on a call to see if we can get this guy on board

**You**

I set a whole iOS 15 focus widget to reject Erik on 17 different apps when he starts wigging. Hopefully in iOS 16 they'll add ability to remotely inject him with zanax when that happens

I put Haldol in the airvents when I'm with him, always relaxes him
11:01 PM

Hahaha so down just cuz the sword
11:02 PM

**Pyro Brain**

You know who he is obv
11:02 PM

Nope sharing who
11:03 PM

**Erik Norden**

Guy a legend. Alex B knows him
11:06 PM

Can you trace

0x83b4f74296738d8c2e15bd7c1f4a19df122354f5

Dumped 64 eth and don't have him
11:07 PM

**Pyro Brain**

Where do you see that

Wallet never held LGB

11:08 PM

On geckoterm

Weird

https://geckoterminal.com/eth/pools/0x1de76481f8881ed323ede2388095a59fda09be9b?page=2&items=20

11:09 PM

**Pyro Brain**

hehehe

Thats a front running bot, he sandwiched a transaction and made .8 eth

11:09 PM

How do you know lol

11:09 PM

**Pyro Brain**



You can see them here with the angry red bag. Purely due to a too high slippage

11:10 PM

Ah

That slippage makes chart lit tho

11:11 PM

**Pyro Brain**



11:11 PM

ill allow it

11:11 PM

**Erik Norden**

Slippery

11:11 PM

**Pyro Brain**

it hurts it overall, increases volume but if our price point were high enough, people would start to fomo
only makes sense if we needed to pump volume for an exchange or other stat, which can be made by just transferring funds between wallets by buying and selling, you only lose gas fees that way

11:12 PM

But that huge green upward candle says upside fomo

I mean we didn't do it on purpose

Think Tom freaked when I called him out lol

11:12 PM

**Pyro Brain**

i guess you're intimidating haha

11:13 PM

**Erik Norden**

Fucked up corzine, Holder, Freeh, and dimon. James gives no fucks

Legend

11:14 PM

**Pyro Brain**



Youngest member of Congress, Hughie said he knows him well
11:15 PM

Cool AF
11:18 PM

**Pyro Brain**

He said its something best discussed on a secure call or better yet face to face

That was part of my 45 min call with him haha
11:20 PM

Down for either
11:23 PM

Nov 12, 2021

**Pyro Brain**

0x40EcF54ad6339e0b346a48F4907661bDE67DD4d0

Who is that wallet
1:05 AM

The liquidity pool

So the presales send eth there and it gets posted to uniswap
9:29 AM

Nov 13, 2021

**Pyro Brain**

So listening to FJB "news", they're saying David Harris Jr. onboard
8:59 AM

**Erik Norden**

He's not even that big tbh

Plus we have someone talking w him I believe

Right James?
9:03 AM

9:06 AM
Maybe gonna be at our trump table I think

**Pyro Brain**

I more so said it in case we did, so that he knows they aren't us and doesn't sign up with the wrong project haha

9:06 AM

9:07 AM
Ahahaha

**Pyro Brain**

Like people could be handing off to an assistant who tangentially is like "Yo that lets go brandon token reached out again" and they're likely "whatever just say yes" without realizing $FJB isn't $LGB

9:09 AM

**Pyro Brain**



**Join the Let's Go Brandon Official Discord Server!**
Check out the Let's Go Brandon Official community on Discord - hang out with 350 other members and enjoy free voice and text chat.
discord.gg

https://discord.gg/qx42QUkW6P

10:39 AM
Someone revoked the other discord invite link it looks like

10:44 AM
They expire after 7 days

**Pyro Brain**



Not when i create them, its a setting, but i can pay to have a custom name one that doesn't expire, and we can link that everywhere

10:45 AM

10:51 AM
Ah who knew haha. Can send to Nicole she working on new website

**Pyro Brain**



our custom URL is now Https://discord.gg/letsgobrandon

MOV

**Screen Recording 2021-11-13 at 11.05.37 AM.mov**
25.06 MB

This is what joining discord looks like now, that easy, bot protection by requiring a phone, we can add a custom server banner and server invite backgrounds

**Discord Widget**
discord.com

<iframe src="https://discord.com/widget?id=885740748392247296&theme=dark" width="350" height="500" allowtransparency="true" frameborder="0" sandbox="allow-popups allow-popups-to-escape-sandbox allow-same-origin allow-scripts"></iframe>

Thats a discord widget that can be added to the site alongside the CMC one

11:13 AM

Cool going out on boat for 6 hours ttyl

11:18 AM

**Pyro Brain**

enjoy

11:13 AM

Thanks Abby

Baby

11:14 AM

**Erik Norden**

Well deserved!

11:18 AM

11:20 AM

**Pyro Brain**

People flabbergast the hell out of me lol



like i don't know you, and i should direct people to you based on trust...

**Erik Norden**

Hahaha
5:29 PM

Scrapped
5:20 PM

**Pyro Brain**

is there a "Percival" somewhere in the marketing chain?
5:34 PM

Nov 15, 2021

**Pyro Brain**

0x74a97a1D5a268498d67F91f14008B1c673DF0258

Sold about $60K today, two sales of about 6 eth
12:37 AM

One of the founders. That's annoying
8:50 AM

**Erik Norden**

All things considered- yesterday was pretty solid for Sunday.

Usually the worst day

Colombia throwing in a lot today
8:54 AM

**Pyro Brain**



Someone reach out?
9:50 AM

yame
10:24 AM

**Pyro Brain**

Awesome
10:24 AM

**Pyro Brain**



Site type
5:52 PM

**Erik Norden**

Is it ethereum
5:53 PM

**Pyro Brain**

Yes
5:53 PM

Nov 16, 2021

**Pyro Brain**

0x9725bdd039fcfe6dee3de5398c3ba06113390aec

1.5-2 Eth at a time, 7ish Eth in 24 hours and 21 Eth in total, as well as transferring out to 2 wallets one of which sold another 6 eth worth
7:49 PM

**Erik Norden**

You're literally the FBI of LGB hahahaha

Savage
7:53 PM

**Pyro Brain**

I am the blockchain guru lol, I don't discriminate and can find anyone

Thanks Patrick's defi PN who I called out once already
8:13 PM

**Pyro Brain**

Yeah he's the #8 wallet so plenty of eyes on top of it
8:16 PM

You added Patrick Horsman.
Patrick Horsman set the disappearing message time to 1 week.

Feb 4, 2022

A message from Dave couldn't be delivered

Learn More

A message from Dave couldn't be delivered

Learn More

A message from Dave couldn't be delivered

Learn More

A message from Dave couldn't be delivered

Learn More

A message from Dave couldn't be delivered

Learn More

A message from Erik couldn't be delivered

Learn More

A message from Dave couldn't be delivered

Learn More

A message from Erik couldn't be delivered

Learn More

A message from Dave couldn't be delivered

Learn More

A message from Erik couldn't be delivered

Learn More

A message from Dave couldn't be delivered

Learn More

A message from Erik couldn't be delivered

Learn More

A message from Erik couldn't be delivered

Learn More

A message from Erik couldn't be delivered

Learn More

A message from Erik couldn't be delivered

Learn More

A message from Dave couldn't be delivered

Learn More

A message from Erik couldn't be delivered

Learn More

A message from Erik couldn't be delivered

Learn More

A message from Erik couldn't be delivered

Learn More

A message from Dave couldn't be delivered

Learn More

A message from Erik couldn't be delivered

Learn More

A message from Erik couldn't be delivered

Learn More

A message from Erik couldn't be delivered

Learn More

A message from Erik couldn't be delivered

Learn More

Feb 15, 2022

Safety Number with Erik Norden has changed

View Safety Number

Safety Number with Erik Norden has changed

View Safety Number

Safety Number with Erik Norden has changed

View Safety Number

Today

Patrick Horsman changed the group name to "Xxxxx".
Patrick Horsman left the group.