# LGB Coin Racing Team

---

30 October 2021

**RL**    **Rick Latona**        13:14

Alex, meet Patrick, Patrick, meet Alex

**PH**    **Patrick Horsman**        13:14

Hey Alex

**RL**    **Rick Latona**        13:14

We are currently targeting a call for 10:30 tomorrow morning. Alex, we can call Patrick from the marina

To join the video meeting, click this link:        13:14
https://meet.google.com/gso-qtta-hnh

To join by phone instead, dial (US) +1 413-758-2789 and enter this PIN: 323 687 440#

*Patrick Horsman invited James Koutoulas*

**PH**    **Patrick Horsman**        13:14

Adding James my buddy who is behind the project

**RL**    **Rick Latona**        13:15

Alex is the owner of Brandon's team and car

**PH**    **Patrick Horsman**        13:15

Awesome!

**AM**    **Alex Mascioli**        13:16

Hey @horsmanp & @jameskoutoulas nice to meet you.

**JK**    **James Koutoulas**        13:26

hey guys nice to meet you

**PH**    **Patrick Horsman**        16:20



# LGB Coin Racing Team

Patrick Horsman changed group photo



Patrick Horsman changed group photo



31 October 2021

| | | |
|---|---|---|
| JK | **James Koutoulas** | 10:30 |
| | jumping on | |
| RL | **Rick Latona** | 10:31 |
| | Running 5 min late | |
| RL | **Rick Latona** | 10:52 |
| | Jumping in now | |
| JK | **James Koutoulas** | 10:53 |
| | kk | |
| AM | **Alex Mascioli** | 10:54 |
| | Have to let us in | |
| RL | **Rick Latona** | 10:56 |
| | Let's just do later today if that is ok. The boat is ready to leave | |
| PH | **Patrick Horsman** | 11:00 |
| | We're on now | |
| | If you want to chat for 5 mins | 11:00 |
| RL | **Rick Latona** | 11:01 |
| | Let's try later today. Pulling away from dock | |
| PH | **Patrick Horsman** | 11:01 |
| | Ok | |
| | Call me when you are coming | 11:01 |
| | **Rick Latona** | |

EXHIBIT

2

## LGB Coin Racing Team

**PH**

**Patrick Horsman**　　　　　　　　　　　　　　　　16:58

Maybe wirh halloween let's just do it in the AM? How's 9:45AM?

**RL**

**Rick Latona**　　　　　　　　　　　　　　　　16:59

We can do 11:00 or 12:00 tomorrow if either of those would work

**AM**

**Alex Mascioli**　　　　　　　　　　　　　　　　16:59

Same here

1 November 2021

**PH**

**Patrick Horsman**　　　　　　　　　　　　　　　　07:27

Noon works for a call

**RL**

**Rick Latona**　　　　　　　　　　　　　　　　08:18

👌

**RL**

**Rick Latona**　　　　　　　　　　　　　　　　11:57

Confirming. Alex and I will both be there at noon.

**PH**

**Patrick Horsman**　　　　　　　　　　　　　　　　11:57

Yes

**JK**

**James Koutoulas**　　　　　　　　　　　　　　　　11:57

see you soon

**RL**

**Rick Latona**　　　　　　　　　　　　　　　　12:28

Richard Latona, 404.664.6302, rick@ricklatona.com for my pass

Great call, guys　　　　　　　　　　　　　　　　12:28

**PH**

**Patrick Horsman**　　　　　　　　　　　　　　　　12:29

Brooke Keefer Brooke.keefer@comcast.net +1 (717) 599-2740

Patrick Horsman ph@horsmanholdings.com 212.227.6297　　　12:29

**JK**

**James Koutoulas**　　　　　　　　　　　　　　　　12:30

James Koutoulas james@koutoulaslaw.com +1.312.451.4088

**RL**

**Rick Latona**　　　　　　　　　　　　　　　　13:09

Questions. Will the team behind the coin be annonymous? Is there a
company formed behind it?

## LGB Coin Racing Team

**RL** **Rick Latona** 13:16

Ok great, it needs to be that way for Alex's side.

**JK** **James Koutoulas** 13:16

perfect

**RL** **Rick Latona** 13:27

Alex has talked to Brandon and we are working on our thoughts. I may have a few more questions, first. Here's one. What percentage of the float will be used for liquidity on Uniswap? Secondly, will that liquidity be locked?

**JK** **James Koutoulas** 13:29

cool. asking devs

for liquidity, the amount of liquidity initially determined by early capital required. we'll probably start it with 40k but add as needed. we are open to locking liquidity 13:42

**AM** **Alex Mascioli** 14:48

@jameskoutoulas @horsmanp @ricklatona would you all have time around 4pm Weds for a Zoom call with myself, Brandon and Mac our comms guy?

**RL** **Rick Latona** 14:51

I can make that work

**JK** **James Koutoulas** 14:56

can we do a little early? I host a monthly miami hedge fund event first weds of every month and starts at 4

though I guess can be late if thats only time that works 14:56

**AM** **Alex Mascioli** 14:56

Let me see about 2:30pm – would that still work @ricklatona

**RL** **Rick Latona** 14:58

Yes

**JK** **James Koutoulas** 14:59

2:30 would be perfect for me

**AM** **Alex Mascioli** 15:00

@horsmanp what about you sir.

# LGB Coin Racing Team

**AM**  **Alex Mascioli**  15:27

Perfect, will put in link shortly

**RL**  **Rick Latona**  18:29

https://letsgobrandoncrypto.net/

I think this just proves that a true endorsement by Brandon is necessary. All other coins will be knockoffs  18:29

but we do need to hurry  18:29

**PH**  **Patrick Horsman**  18:31

Agree

We also have the best ticker  18:32

**RL**  **Rick Latona**  18:34

In reply to this message

The more liquidity the better. If we want this to turn into a 9-digit coin, we'll need pretty deep liquidity. We can certainly add to it as it goes but if a founder pulls the liquidity it could kill the project. The ultimate example is dogelonmars.com. They locked 5m in ETH and half the tokens and because of that they have been able to grow to a 1.2 billion market cap and you can trade in and out of it with low slippage at up to $1m at a time. I'm not saying to go that deep but you get my point. I'm just recommending that a lot of the funds raised go towards liquidity.

In reply to this message  18:36

They went with LGB as well but they are doing it on PancakeSwap. If James is connected with the Republican party and Brandon endorses and we do this on the Mainnet we'll crush 'em

**PH**  **Patrick Horsman**  19:03

Yup agree

Everything were raising right now is going into liquidity and building the project.  19:03

Think we brought in $100K and plus today.  19:04

2 November 2021

**JK**  **James Koutoulas**  00:08

yeah 115k today and have another 20k coming tomorrow at least. am also meeting with the two main guys at XBTO tomorrow to get behind it, one of them is very tight with me (had MF Global exposure). our devs are super class acts, will be no rug pull

## LGB Coin Racing Team

| | | |
|---|---|---|
| JK | **James Koutoulas** | 11:19 |
| | In reply to this message | |
| | haha | |
| JK | **James Koutoulas** | 11:52 |
| | flight booked. land in phx 10pm friday night | |
| RL | **Rick Latona** | 11:52 |
| | I do as well | |
| | I land at 9:53 | 11:54 |
| JK | **James Koutoulas** | 12:12 |
| | perf | |
| | you connecting in miami? maybe we on same flight? | 12:13 |
| RL | **Rick Latona** | 12:47 |
| | Yes I am! | |
| | I'll be in seat 1D | 12:50 |
| JK | **James Koutoulas** | 12:50 |
| | haha nice. so its your fault first class was full! | |
| RL | **Rick Latona** | 12:50 |
| | I"m pretty sure I grabbed the last | |
| JK | **James Koutoulas** | 12:50 |
| | damn it | |
| | I saw one last night then AA site kept crashing on me | 12:50 |
| RL | **Rick Latona** | 12:51 |
| | Maybe I'll bring you back a warm dinner roll. :_ | |
| JK | **James Koutoulas** | 12:51 |
| | had to book on my phone this morning | |
| | haha idk lately nothing has been warm in first. cuz uh covid | 12:51 |
| | need to get on air horsman more | 12:51 |
| AM | **Alex Mascioli** | 13:57 |
| | https://youtu.be/ifs8crL5p4E | |

# LGB Coin Racing Team

---

**JK**

haha that dropped last week. I love it hahahaha

so creepy you just popped up on my peeopl I may know on insta.   13:59
hit you up

**AM**

**Alex Mascioli**                                                    14:01

That's because the phone knows we are communicating. Put your
phone down on a table and talk about renting a car out loud for 5 mins.
When you het your phone again and open social media it will show
rental car ads, it's fucked up.

**JK**

**James Koutoulas**                                                  14:01

well the creepiest is I just have telegram on my ipad and instagram is
just on my phone, and still within seconds you popped up

3 November 2021

**AM**

**Alex Mascioli**                                                    08:41

https://twitter.com/Letsgobrandonv2?t=NtfHRWscix1xpM3s0xVSiw&
s=08

Having our sports & entertainment lawyer go after this today          08:42
since they are using likeness, we'll see.

**JK**

**James Koutoulas**                                                  08:44

haha love it

we crossed 20M market cap, got dc draino, trustfund terry,            08:45
fleccas and a couple other republican meme lords ot buy in last night +
the ceo of one of the biggest regulated crypto firms

**AM**

**Alex Mascioli**                                                    08:46

🔥

**PH**

**Patrick Horsman**                                                  09:10

https://babylonbee.com/news/liberal-parent-trying-to-figure-out-
how-to-cheer-on-their-son-brandon

**RL**

**Rick Latona**                                                      09:54

After the call with Brandon, can the 4 of us hop back on and hammer
out the deal?

**JK**

**James Koutoulas**                                                  10:55

sure

**Patrick Horsman**

# LGB Coin Racing Team

**AM** — Alex Mascioli
alex@tradethechain.com — 11:05

**RL** — Rick Latona
rick@islandliquidity.com — 11:05

**JK** — James Koutoulas
james@koutoulaslaw.com — 11:21

**JK** — James Koutoulas — 14:30
Ididnt get the invite

**RL** — Rick Latona — 14:32
https://meet.google.com/cjx-jqjh-pdi?pli=1&authuser=3

DO NOT TALK POLITICS!! — 14:35

no money and no politics — 14:37

### 4 November 2021

**RL** — Rick Latona — 12:34
FYI, I have a call with the owner of letsgobrandon.com in 15 minutes. He's proud of the domain and has turned down all of my offers so far. I don't think we "need" it but it certainly would look good on the car and users would make less mistakes finding us. I'm going to find out what he would be willing to do and I'll share it with the group. Aparently, it's changed hands 3 times since it was first registered on October 2nd. I think the current owner paid almost 100k for it.

**PH** — Patrick Horsman — 12:56
Ok

Let's give him coins for it — 12:56

**AM** — Alex Mascioli — 13:16

**RL** — Rick Latona — 13:26
Beautiful. Brings a tear to the eye

James Koutoulas
love that

# LGB Coin Racing Team

**PH** **Patrick Horsman** 14:08

ok guys here is the plan to move forward. There is 10% not going to either side its market making and future influencers.

22% – Sold OTC ($500k more added to liquidity pool last night another $300k coming this afternoon)
5% – GSR they are starting on boarding process, and both founders who we know are excited about it
5% – Treasury for future influencers (we can mutually agree on who these people will be) – I'm talking to Peter Thiel's team today
68% Left Over– Split 50:50 for 34% each party
14:08

**RL** **Rick Latona** 14:17

No more OTC please! Those guys got away with murder. Let's stop the bleeding. Alex and I will discuss and get back to you shortly. We are together now.

**JK** **James Koutoulas** 14:23

last one was phil potter who founded tether. all the OTC guys are OGs, think good for team

**RL** **Rick Latona** 15:09

We think everyone is being reasonable. We agree to the deal. But, please no more changes.

Let's go Brandon! 15:10

**PH** **Patrick Horsman** 15:14

Great we do too and we're excited to partner with you guys and make this a huge success!

We're about to trademark Let's Go Brandon for crypto use. And LGB Coin and LGB Token 15:26

What entity should we put on the trademark ownership? 15:26

We have a great lawyer from scott Walker ready to file. 15:26

**RL** **Rick Latona** 15:29

Alex has a sports and entertainment attorney defending multiple cases already. Please wait for him to chime in. His team needs to handle that piece.

**PH** **Patrick Horsman** 16:42

Ok this is specific to the crypto

No one has claimed a trademark for crypto yet 16:42

So we need to do it today. 16:42

# LGB Coin Racing Team

| | | |
|---|---|---|
| | Alex I just added you to the email chain with the trademark lawyers. | 16:44 |
| | Happy to you to do it just issue LGB a perpetual license to use it for crypto. | 16:44 |
| AM | **Alex Mascioli** | 16:44 |
| | We are filing 10 different catagories | |
| | That works | 16:45 |

| | | |
|---|---|---|
| RL | **Rick Latona** | 17:22 |



Coin will be on the hood, of course. But the brand redo is coming together

| | | |
|---|---|---|
| RL | **Rick Latona** | 19:41 |
| | @horsmanp Alex will be arriving in Phoenix a few hours before me and James. | |

| | | |
|---|---|---|
| PH | **Patrick Horsman** | 19:42 |
| | Cool I'll probably be at a dinner Friday night. But I'll leave the house open | |
| | 9440 N Crimson Canyon Fountain Hills AZ 85268 | 19:42 |
| | Second gate code is #4101 | 19:42 |
| | First gate I'll give the guard all of your names | 19:43 |

| | | |
|---|---|---|
| RL | **Rick Latona** | 20:00 |



# LGB Coin Racing Team

Got a CNBC anchor ready to shill us | 20:00

**James Koutoulas** JK | 20:21

dont use the s word haha

I know najarian too haha tell him whats up | 20:21

**Rick Latona** RL | 21:51

Haha. He wants in! I told him he has to wait until next week. I'm telling everyone that. They are going to interview Brandon on CNBC

**Patrick Horsman** PH | 22:04

Me too he's a board member of my company Innovation shrares

Don't tell him our names | 22:04

Want to keep quiet | 22:04

### 5 November 2021

**James Koutoulas** JK | 11:10

happy to use my name as a major recipient of coin

**Rick Latona** RL | 13:29



| | 13:29

# LGB Coin Racing Team



| | |
|---|---|
| Well, shit | 13:29 |

I might have to change my second flight to MIA – PHX 7:40 AM    13:34
Saturday arriving at 9:50 AM. I could be at Patrick's by 11 am. I hate to
miss anything but I may not have a choice. That's still in plenty of time
to leave for the race, correct?

Yep, looks like I'm arriving tomorrow morning.    13:47

**Alex Mascioli**    13:47

Just go straight to the track

**Patrick Horsman**    13:49

Alex do you have room for one or two more guests? Another crypto guy
in town from PR that invested in LGB and one of my local buddies that
will take us out partying after

**Rick Latona**    13:49

I can bring my carryon?

Where can I leave my bag?    13:49

**Patrick Horsman**    13:49

You might want a rental car

Phx not a great Uber city everything is far    13:49

**Rick Latona**    13:50

You guys will be leaving Patrick's before 11 am?

that sounds really early    13:50

**Alex Mascioli**    13:50

@ricklatona you can leave your carry on in my motor coach.

What sounds early?    13:51

**Rick Latona**    13:51

Oh I guess the race is at 1 pm PHX time. SHIT

Uber will be able to get me closer. @AlexMascioli just tell me    13:51
where to have them drop off so I can pick up the VIP tickets and enter
with the carry-on

# LGB Coin Racing Team

Remember it is race day and I have a team to run and a NASCAR corporate meeting.

**Patrick Horsman**                                    13:52

Alex do you have a parking pass to get into a closer spot? I'm planing to drive.

**Alex Mascioli**                                    13:52

You contact me and I will have everyone picked up from NASCAR credentialing trailer. Will drop a map in here soon. I just landing

In reply to this message                              13:53

I will find out soon

Either way you will be picked up from outside the track if not    13:53

**Rick Latona**                                    14:01

@jameskoutoulas take advantage of my situation and upgrade your seat before someone snags it. I'm rebooked for the morning.

**James Koutoulas**                                    14:42

oh shit lookign now thanks

fuck I dont think they'll let me within 24 houyrs cuz it goes to    14:42
status

**Patrick Horsman**                                    16:45

In reply to this message

@AlexMascioli do you have two more guest slots?

**James Koutoulas**                                    17:25

https://apnews.com/article/joe-biden-entertainment-sports-business-united-states-f9bb6c6cb77a78f1302f4f08640cc973

**Rick Latona**                                    21:00

In reply to this message

I think Alex is busy with race personnel now and will be staying in his trailer. I know it was too late to get tickets when someone else had asked last night. We had gotten the last pass for the owner of letsgobrandon.com who will be coming.

**James Koutoulas**                                    21:10

wtf is nascar thinking going against LGB? do they not know their demo? this is best pub ever for them

and its only gonna be louder tomorrow because of that statement 21:10
lol

# LGB Coin Racing Team

**RL**    **Rick Latona**     21:12

I wasn't going to say anything until tomorrow but since you brought it up, I'll just say I'm not too worried about it. Alex will be finding out more during the owner meeting tomorrow morning. I'm sure we can still paint the car red white and blue and put lgbcoin.io on it regardless. We'll know more in the morning.

**JK**    **James Koutoulas**     21:13

ah awesome

**RL**    **Rick Latona**     21:13

I'm in bed in the Miami airport hotel! Looking forward to getting a full nights rest, actually. See you boys in the morning.

**JK**    **James Koutoulas**     21:13

sleep well

**PH**    **Patrick Horsman**     22:20

Sounds good

I think our neutral political approach actually helps them    22:20

Bring it back from the gutter and make it more wholesome    22:21

### 6 November 2021

**RL**    **Rick Latona**     12:33

Flight landed early

**PH**    **Patrick Horsman**     12:34

Come to the house

We're hanging    12:34

Gona get some breakfast burritos    12:34

**RL**    **Rick Latona**     12:34

Ok I'm hungry

@AlexMascioli actually I'm sticking to the plan and heading straight there    12:41

@jameskoutoulas it sounds like Patrick can't come until later but if you can get there sooner we can get to work, spend some time together and enjoy the pre-race activities.    12:44

# LGB Coin Racing Team

**PH**   **Patrick Horsman**   12:52
At my house

**RL**   **Rick Latona**   12:52
I am on my way to the raceway

**JK**   **James Koutoulas**   13:07
jumping in shower then lmk where to be. am at patricks

btw I dont have telegram on my phone, my phone number is   13:08
312-451-4088

**RL**   **Rick Latona**   13:08
My number is 404.664.6302. Just text when you are about 10 minutes from the speedway

**AM**   **Alex Mascioli**   13:10
Gents when you are on the road please proceed to 👇👇👇

11350 Civic Center Dr, Avondale, AZ 85323   13:10

Call me when you are 10mins out, I will have my guy Doug meet   13:11
you there. His number is 561-373-7028

He will get you through NASCAR credentials and show you where   13:12
to park your car.

**RL**   **Rick Latona**   13:13
I am 10 min out now. Getting dropped off by Uber

James, the address above is where you go to get your credentials   13:19
and then Doug takes us to Alex's trailer

**PH**   **Patrick Horsman**   13:33
Ok

**JK**   **James Koutoulas**   13:36
awesome thanks

**PH**   **Patrick Horsman**   13:58

# LGB Coin Racing Team

**PH**   Patrick Horsman                                    15:04
Arrival 12:40

**RL**   Rick Latona                                        15:05
Ok

Call Doug and let him know you are getting close        15:19

**JK**   James Koutoulas                                    15:23
Kk

**PH**   Patrick Horsman                                    16:22



Rick Latona changed group title to «LGB Coin Racing Team»

**JK**   James Koutoulas                                    18:34
Wru guys

**RL**   Rick Latona                                        18:35
Go to the hauler. Someone will bring you to the bus where we will be drinking. We have to be back to the pit by 5:10 for photos

**JK**   James Koutoulas                                    18:36
What's the hauler

**RL**   Rick Latona                                        18:36
Alex is coming back for you

**JK**   James Koutoulas                                    18:40
Cool. I'm by the Brandon car

# LGB Coin Racing Team

| | | |
|---|---|---|
| | Towards where we got out of the golf cart | 18:40 |
| | Look for the truck trailers | 18:40 |
| JK | **James Koutoulas**<br>Ok | 18:41 |
| AM | **Alex Mascioli**<br>**@jameskoutoulas** where you at | 18:44 |
| JK | **James Koutoulas**<br>By trailers. Like garage 19 | 18:44 |
| AM | **Alex Mascioli**<br>Im garage 19 | 18:45 |
| JK | **James Koutoulas**<br>BRB was continuing to walk | 18:45 |

**Alex Mascioli**                                                    20:16



20:16



## LGB Coin Racing Team



20:16



20:16



20:16



## LGB Coin Racing Team



7 November 2021

**James Koutoulas**     13:45
JK

can you make htat gibraltar intro btw?

8 November 2021

**Rick Latona**     09:21
RL

I had a good meeting with a talented designer this morning. He's going to have a mock-up of a real website to show us by Thursday

**Alex Mascioli**     09:22
AM

In reply to this message

Will do Gibraltar legal hookup today.

**Rick Latona**     09:23
RL

Also, @jameskoutoulas I was thinking about social media. What's the plan to scale it? If you look the ELON coin with an over $1b market cap, they have over 1000 tweets an hour about them. There were 16,000 since we checked it last night. They have a full time 24/7 operation. They have someone managing giveaways. They have bots set up, etc. Are you going to be doing this yourself or are you hiring a team?

**Alex Mascioli**     09:23
AM

Tweets > official Telegram group

**James Koutoulas**     09:24
JK

Awesome. We hiring teams. Am on with scott walkers guy james Heckman as we speak

**Rick Latona**     09:25
RL

👍

**James Koutoulas**     10:20
JK

Working on a quick one page website for the CMC listing. Should we say anything about you guys/Brandon etc yet or hold off?

**Rick Latona**

# LGB Coin Racing Team

need it. It might be a few days before the sponsorship agreement is ready. It would probably be good form to at least wait until that is done.

**James Koutoulas** — JK — 10:29

Kk I'll hold off on naming him. Need this placeholder site today for CMC as it's requirement

**James Koutoulas** — JK — 11:19

You guys have a temp Gibraltar address we can use? Transferring address on domain now

**Rick Latona** — RL — 11:20

I have a Nigerian domain holding company that can be used temporarily

**James Koutoulas** — JK — 11:21

We setup the dns register with ProtonMail already just need a physical addrsss to put in

Good just do fake one for now too — 11:21

**Rick Latona** — RL — 11:30

Feel free to use this temporarily. Just get it swapped out when there is the permanent and keep the privacy on.

I have someone monitoring mail there. Use for domain registrant at registrars only. Not anywhere else. — 11:31

**James Koutoulas** — JK — 11:32

Awesome thanks

Have a non us phone number? — 11:32

**Rick Latona** — RL — 11:32

Yes, one sec

08035253516 local Lagos number — 11:33

They are trained to just answer "Domain Administration". It's all very generic. They only take messages. — 11:33

**James Koutoulas** — JK — 11:34

Love it

## LGB Coin Racing Team

| | What's your cell | 13:34 |

**AM**    Alex Mascioli    13:35
Not until like 3:30.

203-832-6092    13:35

**PH**    Patrick Horsman    13:35
ok

**RL**    Rick Latona    16:05



Don't use this image yet. My designer just sent this to me. Just showing you guys to get you excited about the new site.

Don't share it, please.    16:06

**PH**    Patrick Horsman    16:16
Cool

Need them to photo shop his suit too    16:16

**JK**    James Koutoulas    16:24
Love it

**PH**    Patrick Horsman    17:50
Alex can you make the intro to offshore lawyers?

LgbCoin@protonmail.com    17:50

**AM**    Alex Mascioli    18:21
Yes sir, doing that tomm

**JK**    James Koutoulas    18:22
Thanks baby

**RL**    Rick Latona    20:31

# LGB Coin Racing Team

| | | |
|---|---|---|
| | Still not for sharing but getting there | 20:31 |
| | Note the logo now has the red strips racing around the track to the left, rather than down and to the right | 20:32 |
| | Long way to go still. | 20:32 |
| **JK** | **James Koutoulas** | 20:47 |
| | Love it | |
| | Looks a bit like a bullseye tho | 20:47 |
| **RL** | **Rick Latona** | 20:49 |
| | yeah the G pops out now | |
| | still not final though | 20:49 |
| | final product is going to be super polished | 20:49 |
| | "let's GO brandon" is the way you are supposed to feel seeing that. | 20:50 |
| **JK** | **James Koutoulas** | 20:51 |
| | I believe it! Gotta get it on the suit too | |
| **RL** | **Rick Latona** | 21:35 |

| | | |
|---|---|---|
| | LGB the same size now. Like it better | 21:35 |
| **PH** | **Patrick Horsman** | 23:22 |
| | https://coinmarketcap.com/currencies/lets-go-brandon/ | |
| **JK** | **James Koutoulas** | 23:33 |
| | Boom | |

9 November 2021

## LGB Coin Racing Team

**JK**

**James Koutoulas**    00:20

Thank you sir

**RL**

**Rick Latona**    13:22

I received a call from Luke today. He sounded a bit upset. He said that he has 1 trillion tokens and Scott made him buy them from his stash for $10,000 then starter delegating work to him. Luke said he has two billion dollar market cap projects already and he can't be calling exchanges and doing work under his name for a politically charged token with such a small percentage. He says he thinks he should have 3%. He pointed out that there needs to be a team built to be doing artwork full time to post on social media and an army of minions answering questions and pumping the tokens on all platforms.

**JK**

**James Koutoulas**    13:23

Thanks for heads up I'll talk to him

**RL**

**Rick Latona**    13:23

👍

**JK**

**James Koutoulas**    13:23

I thought he and Scott figured that out. He said it was cool. Never said any thing bad to him

Me    13:23

**AM**

**Alex Mascioli**    13:33

Luke is crucial for the team

**RL**

**Rick Latona**    13:34

Agreed. Most crucial of them all

**JK**

**James Koutoulas**    13:35

Yeah

All good with Luke    13:44

10 November 2021

**JK**

**James Koutoulas**    15:46

Hey guys where we at with Gibraltar?

**RL**

**Rick Latona**    17:25

Alex is in Europe now so it's after midnight there. I know he's been working on it and the sponsorship agreement. Thank you for being

# LGB Coin Racing Team

**JK**     James Koutoulas                                      17:26

Awesome

**PH**     Patrick Horsman                                      20:28

Great

Let's take this chat to signal                                  20:28

### 11 November 2021

**RL**     Rick Latona                                          06:36

 

What do you guys think of these? I think it looks cleaner and more like a race car driver's logo. Full site layout coming later today. @horsmanp I have signal. Happy to mover over there.

06:44



Ugh. Designer just told me it will be Monday before he can do any more. Sorry about that, guys. This is his latest draft. I told him we can't tell it is even about the coin. He needs to put metrics and coin related links on the top like a navigation and I asked him to have multiple views of the car and lgbcoin.io and $LGB in primary positions on the car.

**JK**     James Koutoulas                                      07:34

Love the suit and car! I actually like our current coin better tho since has more American flag vibe

## LGB Coin Racing Team

---

**PH**    Patrick Horsman    07:43

In reply to this message

Have him write it as LGBcoin.io so it's easier to read

Logo looks ok    07:43

I like the current one    07:43

But maybe the second one in red and blue    07:43

**RL**    Rick Latona    07:43

ok

**RL**    Rick Latona    09:29

You should each have gotten a Signal invite

**AM**    Alex Mascioli    16:32

BMS Motorsports_LGB Sponsorship
Agreement.docx
195.3 KB

LGB Coin Agreement.docx    16:32
12.4 KB

@horsmanp @jameskoutoulas here are the 2 agreements for    16:32
execution gents.

**JK**    James Koutoulas    18:50

here's my initial comments. not too many, XBTO has recommended we
have a sports lawyer look over tho. also we probably need to get
gibraltar stuff set up before we actually sign?

   18:51

BMS Motorsports_LGB Sponsorship
Agreement.docx
198.9 KB

LGB Coin Agreement.docx    18:51
16.5 KB

or I could maybe sign in trust for those entities to be created    18:51

**RL**    Rick Latona    18:58

Can we keep this simple? Just make it assignable. We agreed on terms.

# LGB Coin Racing Team

I do like simple. Assignable also good

**Rick Latona**                                                     19:19

Great

**James Koutoulas**                                                 19:27

Just check out comments just a few things to clarify

**Rick Latona**                                                     19:30

You got it. 2:30 am for Alex so first thing tomorrow

**James Koutoulas**                                                 22:34

Cool. Also devs would like if we can do smart contract vesting. Have had way too many presale guys dump and us have to track and yell at them

**Rick Latona**                                                     22:35

Ok. You and Patrick as well, right? I think the main thing is that Alex needs to sell off $5m to make sure his bills are covered. Other than that, we just want the same rules you play by.

**James Koutoulas**                                                 22:36

Ya

**Rick Latona**                                                     22:36

Everything should be fine. Have a good night. Let's wrap this up tomorrow.

**James Koutoulas**                                                 22:36

Yeah we close. Sleep well

12 November 2021

**Rick Latona**                                                     08:22

BMS Motorsports_LGB Sponsorship Agreement (1).docx
200.4 KB

Here you are go. I think we are there. There were no                08:23
unreasonable requests. James, call me once you've read this so we have a chance to clear up any last missunderstandings.

**Alex Mascioli**                                                   08:24

@ricklatona you posted a tax filing fyi.

# LGB Coin Racing Team

RL **Rick Latona**                                                                    09:32

> LGB Coin Agreement Rick's comnets.docx
> 17.2 KB

Here you go, guys. Sorry about that. James, let me know when you are free

09:32

> BMS Motorsports_LGB Sponsorship Agreement Rick
> Comments.docx
> 200.4 KB

PH **Patrick Horsman**                                                              11:35
Signal pls

18 November 2021

Patrick Horsman invited Rick Latona

Rick Latona invited Rick Latona

Rick Latona converted this group to a supergroup