# Lets Go Brandon $LETSGO Chat

---

4 November 2021

LETSGO created group «LGB Coin Chat» with members LETSGO and James Koutoulas

LETSGO changed group photo



LETSGO changed group photo



The Prez 🇺🇸 (Will Never DM First) joined group by link from Group

Blake B joined group by link from Group

L Graham joined group by link from Group

Deleted joined group by link from Group

Dillon Bell joined group by link from Group

Caleb Robinson joined group by link from Group

| LG | **L Graham** | 23:02 |
| | LGB | |

Chris Evans joined group by link from Group

Deleted joined group by link from Group

| | **Deleted Account** | 23:02 |
| | LGB | |

| BB | **Blake B** | 23:02 |
| | LGB baby | |

Ticky joined group by link from Group

**Blake B**

# Lets Go Brandon $LETSGO Chat

**CE**    Chris Evans                                            23:02

Let's Go Brandon!

Angel (will never DM) joined group by link from Group

**CR**    Caleb Robinson                                        23:02

FJB and LGB

**T**    Ticky                                                  23:02

Lgb!!!

**LG**    L Graham                                              23:03

The year is 2023, inflation has reached 120000% annually. It costs $38,256,228 for a tank of gas, or 75 LGB coins. Joe Biden promises the inflation is transitory. High school football games start with a customary "Let's Go Brandon" chant before opening kickoff and during halftime.

**A**    Angel (will never DM)                                 23:03

In reply to this message

Animation
89.9 KB

**CR**    Caleb Robinson                                        23:03

In reply to this message



Deleted Account                                              23:03

We had a healthy little sell off and now back to the moooooon!!!

moenybee joined group by link from Group

EXHIBIT

3

# Lets Go Brandon $LETSGO Chat

**LG**

**L Graham**    23:04

Oh hell yeah, back below 12b lgb/eth

*Lucas joined group by link from Group*

**LG**

**L Graham**    23:05

If we keep going viral the shitstorm is coming. News media will be forced to rain on us

*Lord Farquad joined group by link from Group*

**Deleted Account**    23:06

Ridiculous that Reddit censored the posts for this coin

Not surprising though    23:06

**A**

**Angel (will never DM)**    23:06

In reply to this message

How bad was the sell off? What the current MC?

**LG**

**L Graham**    23:06

It's absolute horse shit

**CE**

**Chris Evans**    23:07

In reply to this message

Helpful imho

**LG**

**L Graham**    23:08

What's the deal with trust fund terry promoting?

Would be awesome to get a shout out on typical liberal    23:08

**T**

**Ticky**    23:08

That's how I found out lol

**LG**

**L Graham**    23:08

That's why I got in also.

*Raphael Elias joined group by link from Group*

*Scott Riley joined group by link from Group*

**T**

**Ticky**    23:13

Should we say fuck it and buy some more?

# Lets Go Brandon $LETSGO Chat

Need to start doing the same with meme coins and market cap     23:14
🤣

**T**  **Ticky**                                                          23:14

Unfortunetly I didn't have any binance but there's another one MAGA
that has been fucking RIPPING

Coop joined group by link from Group

**LG**  **L Graham**                                                      23:15

I've got all my eggs in one basket

Erik Norden joined group by link from Group

**LG**  **L Graham**                                                      23:16

LGBCOIN

**T**  **Ticky**                                                          23:16

Hahahaha

**LG**  **L Graham**                                                      23:16

Let's go Brandon!

**EN**  **Erik Norden**                                                   23:16

Voice message
00:01

RedpilledNbased joined group by link from Group

**LG**  **L Graham**                                                      23:16

Voice message
00:09

**T**  **Ticky**                                                          23:17

I heard Corn pop is a lgb holder

**LG**  **L Graham**                                                      23:17

I heard corn pop is a bad man.

A deplorable                                                              23:17

# Lets Go Brandon $LETSGO Chat

I

He was sniffing baggies with hunter biden

I saw them at eleven in Miami                                        23:18

*Anthony Frigo removed Anthony Frigo*

T

**Ticky**                                                          23:18

Corn pop, hunter, Lindsey Lohan

Whole crew                                                          23:18

EN

**Erik Norden**                                                     23:20

Typical liberal love your shit! Patriot !

*Sam joined group by link from Group*

S

**Sam**                                                            23:20

Let's go Brandon!

LG

**L Graham**                                                        23:20

Typical liberal! Doing gods work!!

The left can't meme                                                 23:20

*James joined group by link from Group*

R

**RedpilledNbased**                                                 23:24

🇺🇸🇺🇸🇺🇸

Thank you all                                                       23:24

LG

**L Graham**                                                        23:24

🇺🇸

R

**RedpilledNbased**                                                 23:25

Sticker

🚀

*Jesse James joined group by link from Group*

JJ

**Jesse James**                                                     23:25

LGB

# Lets Go Brandon $LETSGO Chat

LG  **L Graham**                                                23:26
    /contract

    /contract                                                  23:26

    /contract                                                  23:26

    /contract                                                  23:26

JJ  **Jesse James**                                            23:26



R   **RedpilledNbased**                                        23:27
    They don't have telegram bots set up yet but here https://ethplorer.io
    /address/0x21e783bcf445b515957a10e992ad3c8e9ff51288

J   **James**                                                 23:27
    LGB you need to set up a bot

RE  **Raphael Elias**                                         23:28
    /contract

    /p LGB                                                     23:29

            Quantilis Cyopus joined group by link from Group

            Alex Giuliani joined group by link from Group

            Deleted joined group by link from Group

            Nick Walsh joined group by link from Group

NW  **Nick Walsh**                                            23:34
    This is surely going 1000x

# Lets Go Brandon $LETSGO Chat

**AG**
Pump it!!!!

*Craig joined group by link from Group*

**JJ** | **Jesse James** | 23:36
PUMP PUMP PUMP

We need to be posting in trump groups and on social media sharing TG | 23:36

**CB** | **Connor S. Blackham** | 23:36
There will be a major pump coming….

Don Jr. | 23:37

**JJ** | **Jesse James** | 23:37
In reply to this message
How much you got

**CB** | **Connor S. Blackham** | 23:37
Will pump this

Screenshot this and thank me in the next 30 days | 23:37

**JJ** | **Jesse James** | 23:38
hell yeah brother

**C** | **Craig** | 23:38
Maybe someone can get Musk to tweet something hehe

**CB** | **Connor S. Blackham** | 23:38
I'm not kidding

**JJ** | **Jesse James** | 23:38
Neither am I

**CB** | **Connor S. Blackham** | 23:38
Buy more

**JJ** | **Jesse James** | 23:38
What's the price rn how many decimals we working with

*Nicole Silva joined group by link from Group*

**Jesse James**

# Lets Go Brandon $LETSGO Chat

LETSGO invited Rose

**EN**

**Erik Norden**                                                                23:40

$0.0000003849

**JJ**

**Jesse James**                                                               23:41

We gotta get listed on the major exchanges

**J**

**James**                                                                     23:41

To start prior to that we need CoinMarketCap to pick it up

That will                                                                      23:42
Give it a nice pop

But also FinMeme accounts on Twitter and IG crush                              23:42

**NW**

**Nick Walsh**                                                                23:42

How does one do that

**LG**

**L Graham**                                                                  23:42

The year is 2023, inflation has reached 120000% annually. It costs $38,256,228 for a tank of gas, or 75 LGB coins. Joe Biden promises the inflation is transitory. High school football games start with a customary "Let's Go Brandon" chant before opening kickoff and during halftime.

**JJ**

**Jesse James**                                                               23:42

In reply to this message

😂

**J**

**James**                                                                     23:42

Lol

**AG**

**Alex Giuliani**                                                             23:43

What a world were living in

**EN**

**Erik Norden**                                                              23:43

Lmao

**NW**

**Nick Walsh**                                                               23:43

Hahahaha

**EN**

**Erik Norden**                                                              23:43

I think we gotta make Reddit censoring the coin go viral

# Lets Go Brandon $LETSGO Chat

EN  **Erik Norden**                                          23:44



L  **LETSGO**                                              23:44

/flood

R  **Rose**                                                23:44

In reply to this message

This chat is not currently enforcing flood control.

NW  **Nick Walsh**                                         23:45

/flood

R  **Rose**                                                23:45

In reply to this message

This chat is not currently enforcing flood control.

L  **LETSGO**                                              23:45

/setflood 4

R  **Rose**                                                23:45

In reply to this message

I am not admin in LGB Coin Chat! If you want me to enforce antiflood,
you need to give me message deleting and ban permissions.

Deleted joined group by link from Group

**Deleted Account**                                        23:47

LGB

**Jesse James**

# Lets Go Brandon $LETSGO Chat

**L**  LETSGO                                                                      23:48
/setflood 4

**R**  Rose                                                                        23:48
In reply to this message
Antiflood settings for LGB Coin Chat have been updated to 4

**L**  LETSGO                                                                      23:49
/setfloodmode tmute 30m

**R**  Rose                                                                        23:49
In reply to this message
Updated antiflood reaction in LGB Coin Chat to: temporarily muted for
30 minutes

**JJ**  Jesse James                                                               23:49
Anyone know market cap?

B K joined group by link from Group

**R**  Rose                                                                        23:49
Hey there Nick, and welcome to LGB Coin Chat! How are you?

**LG**  L Graham                                                                   23:51
Would love if LGB coin is the talk of thanksgiving

**L**  Lucas                                                                       23:51
https://v2.info.uniswap.org
/pair/0x1de76481f8881ed323ede2388095a59fda09be9b

**LG**  L Graham                                                                   23:52
Back at all time highs!

Alex Giuliani invited Deleted Account

**R**  Rose                                                                        23:52
Hey there Todd, and welcome to LGB Coin Chat! How are you?

Hey there A, and welcome to LGB Coin Chat! How are you?          23:52

Alex Giuliani invited A

Alex Giuliani invited Joe Benson

# Lets Go Brandon $LETSGO Chat

| | | |
|---|---|---|
| | Hey there Chris, and welcome to LGB Coin Chat! How are you? | 23:52 |
| | Yeah, I don't like your flooding. Alex has been muted for 30 minutes! | 23:52 |
| | Hey there Buck, and welcome to LGB Coin Chat! How are you? | 23:52 |
| | In reply to this message | 23:53 |
| | You need to be an admin to do this. | |

JM joined group by link from Group

**R** **Rose**       23:53

Hey there JM, and welcome to LGB Coin Chat! How are you?

TokenTillDeath joined group by link from Group

**R** **Rose**       23:53

Hey there Cody, and welcome to LGB Coin Chat! How are you?

LETSGO converted this group to a supergroup

Lets Go Brandon $LETSGO Chat converted a basic group to this supergroup
«LGB Coin Chat»

**T** **TokenTillDeath**       23:55

Who's got a quick way to figure out what their lgb coin is worth

**LG** **L Graham**       23:56

https://v2.info.uniswap.org /pair/0x1de76481f8881ed323ede2388095a59fda09be9b

Divide your total LGB by the eth per b LGB       23:56

Multiply by the price of eth       23:57

**DB** **Dillon Bell**       23:57

Uniswap. Connect your wallet. Replace ETH with LGB and hit max. It will show you your value.

**L** **LETSGO**       23:57

/filter 0x Don't post ETH addresses in chat

Chris Drimtzias removed Chris Drimtzias

# Lets Go Brandon $LETSGO Chat

del easiest way for now

**EN**    **Erik Norden**                                              23:59

Or Dextools lists it

### 5 November 2021

**L**    **LETSGO**                                                   00:00

/lock email

**NW**    **Nick Walsh**                                              00:00

Does anyone know whether the people behind the project have applied
to get it on coinmarketcap?

**LG**    **L Graham**                                                00:00

Does anyone know who's behind the project?

**AG**    **Alex Giuliani**                                           00:01

Coin market cap or coin gecko

**L**    **LETSGO**                                                   00:02

/lock email

/lock document                                                     00:02

/lock contact                                                      00:02

Official LGB Coin smart contract: https://ethplorer.io/address     00:05
/0x21e783bcf445b515957a10e992ad3c8e9ff51288

In reply to this message                                           00:05

/pin

**PB**    **Pyro Brain (Do Not DM for marketing)**                    00:05

In reply to this message

first time i've seen ethplorer used over etherscan, any reason?

**L**    **LETSGO**                                                   00:06

In reply to this message

Yeah they escape apostrophes on html

**PB**    **Pyro Brain (Do Not DM for marketing)**                    00:06

just curious, user preference obv

**L**    **LETSGO**                                                   00:06

So name looks broken, but it's on their end

# Lets Go Brandon $LETSGO Chat

**PB** — Pyro Brain (Do Not DM for marketing) — 00:07
Then absolutely makes sense

**DB** — Dillon Bell — 00:08
Need @the_typical_liberal to pop this on his insta story, with the buying instructions. 🚀

Alex Giuliani invited Michael Carter

Alex Giuliani invited Reeby Bee

Alex Giuliani invited Deleted Account

**PB** — Pyro Brain (Do Not DM for marketing) — 00:10
In reply to this message
I think best bet is give it a min for all of this to be setup, takes time lol, that way people have a place to go and interact

**LG** — L Graham — 00:11
In reply to this message
That would be sick

**DB** — Dillon Bell — 00:11
In reply to this message
Probably correct

**LG** — L Graham — 00:11
I just want everyone at thanksgiving this year to be able to point to the LGB coin, and tell their blue haired niece that berated them after the election:
"See, I told you so"

**L** — LETSGO — 00:11
/unmute Alex

/setflood 6 — 00:12

**PB** — Pyro Brain (Do Not DM for marketing) — 00:14
heh

**T** — Ticky — 00:18
/setflood

No idea that that is — 00:18

# Lets Go Brandon $LETSGO Chat

PB

all / commands are clickable to replicate it

/PyroIsDaBombLGB      00:19

LETSGO invited Calsi Bot 🐧 @CalsiBotDev

L    LETSGO      00:22
/start@CalsiBot

/listcommands@CalsiBot      00:22

T    Ticky      00:22
In reply to this message
/RemoveWelcome

L    LETSGO      00:24
/RemoveWelcome

Ticky invited Deleted Account

Ticky invited Deleted Account

Ticky invited Deleted Account

L    LETSGO      00:27
/welcome off

/unmute Ticky      00:28

T    Ticky      00:28
Thank you!

L    LETSGO      00:28
In reply to this message
Sorry she's over zealous.

T    Ticky      00:29
Happens. Why did I get muted?

L    LETSGO      00:29
Do people prefer 10s slow mode or some limits on flooding?

You hit a flood limit which is a temp mute of 30 minutes      00:29

Maybe I'll just make it 5 minutes for now      00:29

# Lets Go Brandon $LETSGO Chat

00:02

**T** **Ticky**                                                   00:30
Got cha. I thought it was corn pop for a second

**L** **LETSGO**                                                  00:30
/setfloodmode tmute 5m

**PB** **Pyro Brain (Do Not DM for marketing)**                  00:36
/PreVerify

hint                                                            00:36

**LG** **L Graham**                                              00:37

Voice message
00:07

Gus D invited Gus D

**LG** **L Graham**                                              00:48
Welcome Gus!

**L** **LETSGO**                                                00:48
/PreVerify

**AG** **Alex Giuliani**                                         00:50
In reply to this message
😂

Alex Giuliani invited Waka

**L** **LETSGO**                                                00:51
/unmute Alex

**LG** **L Graham**                                             01:23
Back to all time highs!

Ghetto Gloria invited Ghetto Gloria

Deleted joined group by link from Group

Deleted joined group by link from Group

# Lets Go Brandon $LETSGO Chat

**S**    Sam      02:29

At least 5 people today!

**CE**    Chris Evans      02:29

Loads

Deleted Account      02:36

In reply to this message

Nice! I got 1 so far

**S**    Sam      02:39

In reply to this message

You've got at least 20. You got me!! Haha

Deleted invited Deleted Account

Pedro invited Pedro

Pepe The Lamplighter 🗽 invited Pepe The Lamplighter 🗽

Christopher Ensey invited Christopher Ensey

Deleted Account      04:25

Let's all spam Elon Musk on Twitter

Zach g invited Zach g

**Z**    Zach g      04:52

Having some trouble swapping eth for LGB. Anybody know if there's a
certain amount of slippage I need to use?

LETSGO has set messages to auto-delete in 24 hours

9 December 2021

Pyro Brain (Do Not DM for marketing) has set messages to auto-delete in 7
days

3 February 2022

Deleted Account      14:10

/start@MissRose_bot

11 February 2022

# Lets Go Brandon $LETSGO Chat

23 February 2022

Deleted Account                                                                    14:53
/start@CalsiBot

25 February 2022

Deleted Account                                                                    13:51
/start@CalsiBot

/start@CalsiBot                                                                    13:51

1 March 2023

**B**   BraveChikn                                                                 19:13

It's election year. Half of america will support this movement.

Just saying. Once campaign money starts moving, every source is  19:15
an opportunity. LetsGo has a Profesional, organized, experienced team.
If you are not bullish...

**OY**   Oleg Yavshoke                                                             19:16

That's if Trump get on board and started talking about it from his
rallies

**B**   BraveChikn                                                                 19:17

Don't need it

**CE**   Chris Evans                                                               19:17

It's also not election year

**B**   BraveChikn                                                                 19:17

Smart Money flows in smart ways

Its starting. Trump was quite for 3 years. Now poping up again.  19:17

A short video here, a new message there.                          19:18

It starts slow but way before us regular folk realize.           19:18

I've been behind the rally in 17. Caught a few good owns in 2020. 19:19
Want to catch more this time around

It's 2023. Halving is April of next year. Accumulate in whatever  19:20
makes sense to you. Don't wait till 2024

Doesn't have to be this project. Just saying in general.         19:22

This year is for accumulating.                                   19:22

# Lets Go Brandon $LETSGO Chat

what's halving

What do you mean by halving                                            19:33

**Erik**                                                               19:34

In reply to this message

Look up not your keys not your crypto while youre at it

**Chris Jensen**                                                       19:35

Campaigning has definitely started and we all know what this coin can do. I personally believe everyone who is patient will be very happy as all the primary's and election hype gets going. Your definitely right about the Halving

**BraveChikn**                                                         19:39

In reply to this message

Bitcoin block rewards divide by 2 every 4 years or so. Read into it. It's really cool. Bitcoin is a beautiful creation that started a revolution of everything: how we make deals, how we share data, how we game, medium of exchange. It's a war on everyone for everyone and by everyone.

It's worth learning everything you can about blockchain. Bitcoin is 19:40 a good start.

                                                                       19:42



**Nolan**                                                              20:06

In reply to this message

Every year is election year now.

**Erik**                                                               20:26

In reply to this message

Decentralized blockchain ballots with all voters running nodes. If only there were a way to protect against EMP election interference.

# Lets Go Brandon $LETSGO Chat

2 March 2023

P

**Pulse Ape**                                              07:32

Next time trump makes headlines, get this trending on dextools and
we will moon 🌙 🚀

B

**BobbyBuyBot**                                            17:57

Lets Go Brandon Buy!
🟢🟢🟢🟢🟢🟢🟢
Spent: $652.32 (0.39 WETH)
Got: 93,183,098,454 LETSGO
Buyer Position: ⬆️ 0.45%!
💦 Wallet: > $165,000
Holder Count: 11048
Price: 0.000000007000 (0.000000000004236 WETH)
MCap: $2,310,142
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

D

**Dean**                                                  22:35



Does anyone know how to view my letsgo in my Coinbase wallet when
it wants me to "revoke" the allowance.
I haven't opened this wallet in a while.

PB

**Pyro Brain (Do Not DM for marketing)**                   22:37

In reply to this message

So that's in your permission, you'd be revoking access to uniswap,
assets all the way on the left would show it

D

**Dean**                                                  22:41



# Lets Go Brandon $LETSGO Chat



I don't my Letsgo in my assets anymore when I opened this wallet. Do I need to add custom token? I forgot how to do that

**Pyro Brain (Do Not DM for marketing)**                    22:41

Send me a DM with your address(the two stacked boxes to the top right), make sure you're viewing the right wallet number too

**Dean**                    23:02

Thanks for the help 👍

3 March 2023

**BobbyBuyBot**                    00:34

Lets Go Brandon Buy!



Spent: $6,310.11 (4.01 WETH)
Got: 3,403,596,969,013 LETSGO
Buyer Position: New!
Holder Count: 11049
Price: 0.000000001854 (0.000000000001179 WETH)
MCap: $611,804
TX | Chart | Buyer | Uniswap | Buy

Ad:  Blackberry Inu (BKBY)

**J A + ALTZCN** ⚡🦴                    00:36

RIP

**BobbyBuyBot**                    00:42

Lets Go Brandon Buy!
●●●●●●●●●●●●●●●
Spent: $1,557.13 (0.99 WETH)
Got: 658,205,121,275 LETSGO
Buyer Position: New!
Holder Count: 11049

# Lets Go Brandon $LETSGO Chat

Ad: Blackberry Inu (BKBY)

Lets Go Brandon Buy!                                    00:43

🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢
🟢🟢🟢🟢🟢🟢🟢

Spent: $3,177.18 (2.02 WETH)
Got: 1,185,444,462,357 LETSGO
Buyer Position: ⬆️212.67%!
Holder Count: 11049
Price: 0.000000002680 (0.000000000001704 WETH)
MCap: $884,453

TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

Lets Go Brandon Buy!                                    00:50

🟢🟢🟢🟢

Spent: $345.09 (0.22 WETH)
Got: 129,023,034,764 LETSGO
Buyer Position: New!
Holder Count: 11049
Price: 0.000000002675 (0.000000000001702 WETH)
MCap: $882,620

TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

B

BobbyBuyBot                                            01:07

Lets Go Brandon Buy!

🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢
🟢🟢

Spent: $2,661.14 (1.7 WETH)
Got: 926,535,597,413 LETSGO
Buyer Position: ⬆️ > 1000%!!
Holder Count: 11051
Price: 0.000000002872 (0.000000000001835 WETH)
MCap: $947,804

TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

NT

Nick Tempest                                           01:08

Wow, wtf happened....!?

PB

Pyro Brain (Do Not DM for marketing)                   01:09



# Lets Go Brandon $LETSGO Chat



Someone impatient lost like $10,000 by selling everything they bought, shit happens

Doesn't change the work thats been getting put in                01:10

**Nick Tempest**                                                 01:11

NT

So a buying opportunity...😂

**Pyro Brain (Do Not DM for marketing)**                         01:11

PB

Some people are it seems, usually how it works, I don't tell anyone what to do

**BobbyBuyBot**                                                  01:15

B

Lets Go Brandon Buy!
🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢
🟢🟢🟢
Spent: $2,793.73 (1.78 WETH)
Got: 1,309,074,198,969 LETSGO
Buyer Position: ⬆️ > 1000%!!
💰 Wallet: > $190,000
Holder Count: 11051
Price: 0.000000002134 (0.000000000001363 WETH)
MCap: $704,262
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

**Erik**                                                        01:18

E

In reply to this message

10k loss with that size position. They definitly didnt want to. My bets on posting bail.

**BobbyBuyBot**                                                 01:19

B

Lets Go Brandon Buy!
🟢🟢
Spent: $161.66 (0.1 WETH)
Got: 82,405,097,512 LETSGO
Buyer Position: ⬆️ 0.39%!
💰 Wallet: > $55,000
Holder Count: 11050
Price: 0.000000001962 (0.000000000001252 WETH)
MCap: $647,396
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

# Lets Go Brandon $LETSGO Chat

Got: 174,382,255,706 LETSGO
Buyer Position: New!
Holder Count: 11050
Price: 0.000000001991 (0.000000000001271 WETH)
MCap: $657,188
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

Lets Go Brandon Buy!                                    01:26
●●●●●●●●●●●●●●●●●●
Spent: $1,865.28 (1.19 WETH)
Got: 878,097,133,488 LETSGO
Buyer Position: New!
Holder Count: 11050
Price: 0.000000002124 (0.000000000001356 WETH)
MCap: $700,993
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

Lets Go Brandon Buy!                                    01:34
●●
Spent: $124.22 (0.08 WETH)
Got: 56,417,466,345 LETSGO
Buyer Position: New!
Holder Count: 11050
Price: 0.000000002202 (0.000000000001406 WETH)
MCap: $726,594
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

BobbyBuyBot                                             01:51
Lets Go Brandon Buy!
●●●●●●●●●●●●●●●
Spent: $1,563.16 (1.0 WETH)
Got: 671,374,411,482 LETSGO
Buyer Position: New!
Holder Count: 11050
Price: 0.000000002328 (0.000000000001485 WETH)
MCap: $768,336
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

Lets Go Brandon Buy!                                    01:51
●●
Spent: $143.29 (0.09 WETH)
Got: 64,525,312,488 LETSGO

# Lets Go Brandon $LETSGO Chat

MCap: $752,001

TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

**B** **BobbyBuyBot**                                                                                              02:41

Lets Go Brandon Buy!

🟢🟢🟢🟢🟢🟢🟢🟢

Spent: $899.94 (0.57 WETH)

Got: 364,461,364,462 LETSGO

Buyer Position: New!

Holder Count: 11051

Price: 0.000000002469 (0.000000000001575 WETH)

MCap: $814,845

TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

**NT** **Nick Tempest**                                                                                          02:43

Cleay people believe this is a buying opportunity...LFG LetsGo!

*Clearly                                                                                                          02:43

**B** **BobbyBuyBot**                                                                                             02:51

Lets Go Brandon Buy!

🟢🟢🟢🟢🟢🟢🟢🟢🟢

Spent: $940.56 (0.6 WETH)

Got: 360,842,573,061 LETSGO

Buyer Position: ⬆️21.93%!

Holder Count: 11052

Price: 0.000000002607 (0.000000000001663 WETH)

MCap: $860,165

TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

Lets Go Brandon Buy!                                                                                             02:56

🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢

Spent: $1,972.84 (1.26 WETH)

Got: 733,670,812,696 LETSGO

Buyer Position: New!

Holder Count: 11052

Price: 0.000000002689 (0.000000000001715 WETH)

MCap: $887,369

TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

Lets Go Brandon Buy!                                                                                             02:56

🟢🟢

# Lets Go Brandon $LETSGO Chat

Holder Count: 11052
Price: 0.000000002543 (0.000000000001622 WETH)
MCap: $839,061
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

**B**

**BobbyBuyBot**                                                                        03:14
Lets Go Brandon Buy!
🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢
Spent: $1,520.21 (0.97 WETH)
Got: 522,878,121,389 LETSGO
Buyer Position: New!
Holder Count: 11051
Price: 0.000000002907 (0.000000000001854 WETH)
MCap: $959,436
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

Lets Go Brandon Buy!                                                                    03:24
🟢🟢
Spent: $197.98 (0.13 WETH)
Got: 65,240,382,499 LETSGO
Buyer Position: New!
Holder Count: 11052
Price: 0.000000003035 (0.000000000001935 WETH)
MCap: $1,001,417
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

Lets Go Brandon Buy!                                                                    03:26
🟢🟢🟢🟢
Spent: $349.09 (0.22 WETH)
Got: 97,030,632,387 LETSGO
Buyer Position: ⬆️70.44%!
Holder Count: 11052
Price: 0.000000003598 (0.000000000002294 WETH)
MCap: $1,187,246
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

Lets Go Brandon Buy!                                                                    03:26
🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢
🟢🟢🟢🟢🟢🟢🟢
Spent: $3,294.52 (2.1 WETH)
Got: 996,449,329,079 LETSGO
Buyer Position: New!
Holder Count: 11052

# Lets Go Brandon $LETSGO Chat

Ad: Blackberry Inu (BKBY)

**NT**

**Nick Tempest**                                                05:53

This is more like the good old days...

**B**

**BobbyBuyBot**                                                 06:20

Lets Go Brandon Buy!

🟢🟢🟢🟢🟢🟢🟢🟢

Spent: $854.48 (0.54 WETH)
Got: 290,321,899,929 LETSGO
Buyer Position: New!
Holder Count: 11052
Price: 0.000000002943 (0.000000000001876 WETH)
MCap: $971,263
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

Lets Go Brandon Buy!                                            06:26

🟢🟢🟢🟢🟢🟢🟢🟢

Spent: $862.93 (0.55 WETH)
Got: 281,228,258,755 LETSGO
Buyer Position: ⬆️ 27.87%!
Holder Count: 11052
Price: 0.000000003068 (0.000000000001956 WETH)
MCap: $1,012,583
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

**R**

**R**                                                          06:26

Why did the price just completely collapse within the past few hours, though? Did any of those big wallets sell off again? How would one monitor that? Do you need to know the wallet addresses to look for? Just curious obviously. Wouldn't change anything about the fact...

**CE**

**Chris Evans**                                                06:27

Someone sold 1.3T or so in one go

**NT**

**Nick Tempest**                                               06:28

Yes, someone dumped 10bn overnight, clearly needed capital as would have made more sense to drip sell...

                                           06:28

# Lets Go Brandon $LETSGO Chat

| | | | |
|---|---|---|---|
| | Anyway time to fill your bags... | | 06:29 |

**L** **LetsGoEnthusiast** — 06:35

*10 Trillion

**CE** **Chris Evans** — 06:35

Ha jeez

That was worth 80k and they sold it like an amateur — 06:36

**NT** **Nick Tempest** — 06:36

Yes trillion, not billion...

**CE** **Chris Evans** — 06:37

They got a little over 30k

**M** **MrMagic** — 06:44

Crazy – but what an opportunity to get back in at the button !

*Bottom — 06:44

I'm in — 06:44

In reply to this message — 06:45
Was that anti whale tech kicking in ?

**CE** **Chris Evans** — 06:46

I guess people think if they drop feed they get the same result. Hard to tell on a swap site

Can't see order book — 06:46

*drip — 06:46

**PB** **Pyro Brain (Do Not DM for marketing)** — 07:19

In reply to this message

As someone who was actively buying and selling decently large amounts a long time ago, you're well aware that limiting people who buy on the free market isn't really something that was done. The anti whale was something set up to drip dispersal of large token amounts over the course of a year to most of the accounts being airdropped a large amount. If you buy on the free market, limiting you from selling what you own wouldn't be cool. Yes it sucks what it does to the market, but buying and selling freely is up to the people

**CE** **Chris Evans** — 07:22

Agreed. I just mean from that personal person's viewpoint it was sloppy

# Lets Go Brandon $LETSGO Chat

Spent: $191.23 (0.12 WETH)
Got: 63,465,895,404 LETSGO
Buyer Position: ⬆318.36%!
Holder Count: 11052
Price: 0.000000003013 (0.000000000001922 WETH)
MCap: $994,347
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

**Pyro Brain (Do Not DM for marketing)**                    07:30

In reply to this message

100%, even over a few days they prob could have saved 10k, but that's up to them, no one knows what prices of anything is gonna do at the end of the day. And we can't control anything

**BobbyBuyBot**                    07:39

Lets Go Brandon Buy!
🟢🟢🟢🟢🟢🟢
Spent: $575.23 (0.37 WETH)
Got: 187,920,211,764 LETSGO
Buyer Position: New!
Holder Count: 11051
Price: 0.000000003061 (0.000000000001953 WETH)
MCap: $1,010,148
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

Lets Go Brandon Buy!                    07:39
🟢🟢🟢🟢🟢🟢🟢
Spent: $625.32 (0.4 WETH)
Got: 210,343,340,926 LETSGO
Buyer Position: New!
Holder Count: 11051
Price: 0.000000002973 (0.000000000001896 WETH)
MCap: $981,041
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

**Chris Evans**                    07:43

In reply to this message

👍

The shaky thumb looks sarcastic. It isn't                    07:43

**BobbyBuyBot**

# Lets Go Brandon $LETSGO Chat

Got: 930,015,091,097 LETSGO
Buyer Position: ⬆️ 13.31%!
Holder Count: 11051
Price: 0.000000003041 (0.000000000001939 WETH)
MCap: $1,003,432
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

**Fizz**                                                    10:39

GIF

**BobbyBuyBot**                                             11:29

Lets Go Brandon Buy!
🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢
🟢🟢🟢🟢🟢🟢
Spent: $3,092.59 (1.97 WETH)
Got: 930,114,674,638 LETSGO
Buyer Position: ⬆️ > 1000%!!
Holder Count: 11050
Price: 0.000000003325 (0.000000000002119 WETH)
MCap: $1,097,235
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

Lets Go Brandon Buy!                                        11:32
🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢
Spent: $1,697.90 (1.08 WETH)
Got: 462,175,921,754 LETSGO
Buyer Position: New!
Holder Count: 11050
Price: 0.000000003674 (0.000000000002341 WETH)
MCap: $1,212,327
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

**Youngblood**                                             11:34

Ouch

# Lets Go Brandon $LETSGO Chat

Spent: $390.28 (0.25 WETH)
Got: 117,092,965,064 LETSGO
Buyer Position: New!
Holder Count: 11051
Price: 0.000000003333 (0.000000000002116 WETH)
MCap: $1,099,925
TX | Chart | Buyer | Uniswap | Buy

Ad:  Blackberry Inu (BKBY)

**B**  BobbyBuyBot                                          13:23

Lets Go Brandon Buy!
🟢🟢
Spent: $157.32 (0.1 WETH)
Got: 46,657,430,365 LETSGO
Buyer Position: ⬆️13.91%!
Holder Count: 11051
Price: 0.000000003372 (0.000000000002143 WETH)
MCap: $1,112,691
TX | Chart | Buyer | Uniswap | Buy

Ad:  Blackberry Inu (BKBY)

**B**  BobbyBuyBot                                          14:46

Lets Go Brandon Buy!
🟢🟢🟢🟢
Spent: $390.28 (0.25 WETH)
Got: 115,185,024,870 LETSGO
Buyer Position: New!
Holder Count: 11051
Price: 0.000000003388 (0.000000000002170 WETH)
MCap: $1,118,126
TX | Chart | Buyer | Uniswap | Buy

Ad:  Blackberry Inu (BKBY)

# Lets Go Brandon $LETSGO Chat

Spent: $146.65 (0.09 WETH)
Got: 42,707,508,166 LETSGO
Buyer Position: New!
Holder Count: 11051
Price: 0.000000003434 (0.000000000002197 WETH)
MCap: $1,133,176
TX | Chart | Buyer | Uniswap | Buy

Ad: Blackberry Inu (BKBY)

**E**

**Erik**                                                          20:58

In reply to this message

Guy should have done the time. State induced diamond hands. Buy a rari when he got out.

**L**

**LetsGoEnthusiast**                                              21:11

To whoever sold…                                                  21:11

**B**

**BobbyBuyBot**                                                   23:08

Lets Go Brandon Buy!
🟢🟢🟢
Spent: $227.96 (0.14 WETH)
Got: 66,469,256,681 LETSGO
Buyer Position: New!
Holder Count: 11050
Price: 0.000000003430 (0.000000000002180 WETH)
MCap: $1,131,775
TX | Chart | Buyer | Uniswap | Buy

Ad: Pleasurecoin (NSFW) 18+

4 March 2023

**B**

**BobbyBuyBot**                                                   01:20

Lets Go Brandon Buy!
🟢🟢
Spent: $111.41 (0.07 WETH)
Got: 32,352,946,111 LETSGO
Buyer Position: New!
Holder Count: 11050

# Lets Go Brandon $LETSGO Chat

Ad:  Pleasurecoin (NSFW) 18+

Lets Go Brandon Buy!                                      01:20
🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢
Spent: $1,567.11 (1.0 WETH)
Got: 438,330,988,268 LETSGO
Buyer Position: New!
Holder Count: 11050
Price: 0.000000003575 (0.000000000002281 WETH)
MCap: $1,179,810
TX | Chart | Buyer | Uniswap | Buy

Ad:  Pleasurecoin (NSFW) 18+

**NT**

**Nick Tempest**                                          03:16

Good time to execute the airdrop 10% and keep this moving, team...?

**JL**

**J Lo** 🟣                                               06:44

Naw I think we should wait on that

**K**

**Kenyatta**                                              10:49

/StandUpNutUp

**N**

**Nick**                                                  11:37

How are gas prices currently?

**JL**

**J Lo** 🟣                                               12:00

What kind of gas

**J**

**J A + ALTZCN** ⚡ 🦴                                     12:13

An all you can eat bean burrito buffet kind of gas

**N**

**Nick**                                                  12:20

Eth gas. I thought that was the alleged reasoning behind the airdrop delay

**JL**

**J Lo** 🟣                                               12:22

Higher than it used to be

Sometimes not bad                                        12:22

Go look at uniswap or CMC it'll tell you                 12:22

**B**

**BobbyBuyBot**                                           14:05

Lets Go Brandon Buy!
🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢

# Lets Go Brandon $LETSGO Chat

Price: 0.000000003534 (0.000000000002259 WETH)
MCap: $1,166,344

TX | Chart | Buyer | Uniswap | Buy

Ad: Pleasurecoin (NSFW) 18+

Lets Go Brandon Buy!                                               14:09
🟢🟢🟢🟢🟢🟢🟢🟢🟢🟢
Spent: $944.83 (0.6 WETH)
Got: 256,237,971,244 LETSGO
Buyer Position: New!
Holder Count: 11051
Price: 0.000000003687 (0.000000000002356 WETH)
MCap: $1,216,812

TX | Chart | Buyer | Uniswap | Buy

Ad: Pleasurecoin (NSFW) 18+

**Youngblood**                                                    16:58

Crowd was just chanting Let's Go Brandon at CPAC

**Lawyer Guy**                                                    20:55

High school basketball game in Indiana tonight                    20:55

**LetsGoEnthusiast**                                              21:15

# Lets Go Brandon $LETSGO Chat



Just a friendly reminder😬

**Mrlee440**                                    21:56

Isn't written approval legally binding or am I missing something, I'm not a lawyer, lol.

@jameskoutoulas                                21:56

**James Koutoulas**                            22:19

Yep if reasonably relied upon. See our promissory estoppel claim

**Mrlee440**                                    22:45

In reply to this message

So it sees that you may have a strong case...

**James Koutoulas**                            22:46

Incredibly strong.

**Mrlee440**                                    22:49

Deja vu all over again.

5 March 2023

**MiDeFi McCrypto**                             08:55






Last night Arizona activist Melissa Lively and filmmaker Greg Strause were dining in Washington DC when Dr. Tony Fauci entered the restaurant with two bodyguards.

So Cal Crypto Gains

# Lets Go Brandon $LETSGO Chat

a nascar driver anymore but can still win money from the lawsuit?

**CG**

**Crippled Gimp**                                                    20:49

In reply to this message

Price change is reflected when a buy or sell happens

Last SELL according to Dextools was 03:15, and then there wasn't any
activity until a buy at 13:05, hence the 9 hour window of no price
change

**S**

**So Cal Crypto Gains**                                             23:18

Ohhhh. Gotcha. Where would I be able to get the most up to date news?
I follow this Twitter and James K's.

6 March 2023

**JL**

**J Lo** 🔮                                                         06:35

CNN

**J**

**J A + ALTZCN** ⚡ 🦴                                              15:05

In reply to this message

Lol. CNN?? you sure you're a Republican?

**JL**

**J Lo** 🔮                                                         16:50

Was a joke but too highbrow for you I guess

**J**

**J A + ALTZCN** ⚡ 🦴                                              16:52

Missed all the people laughing at your comedic prowess too I guess

**JL**

**J Lo** 🔮                                                         17:48

You got me my man!

**Y**

**Youngblood**                                                     23:44

The view settled with Rittenhouse for 22 mil and a written apology....
On to the next.

**J**

**J A + ALTZCN** ⚡ 🦴                                              23:52

He made off with 22m? Not bad

**Y**

**Youngblood**                                                     23:53

In reply to this message

Yessir. He has a long list to go after still. I'm

Impressive                                                         23:54

# Lets Go Brandon $LETSGO Chat

7 March 2023

**CE** **Chris Evans**                                           00:03

He didn't make 22m it's fake news

**Y** **Youngblood**                                           00:03

Well that sucks.

**CE** **Chris Evans**                                           00:06

He's to busy defending himself from being sued by the retard he shot in the arm

**JK** **James Koutoulas**                                           10:43

Defendant Erik Norden's Motion to Compel Discovery[94].pdf
1.1 MB

latest court filing, worth a read

**PB** **Pyro Brain (Do Not DM for marketing)**                                           10:46

That's a lot of pages, can we get a brief from Meme Guy

**CA** **Chris Adkins**                                           10:56

It's a banger.

**CJ** **Chris Jensen**                                           11:15



**FC** **F C**                                           11:25

Words, man

# Lets Go Brandon $LETSGO Chat

In reply to this message

Pull pdf into msft edge, enable read aloud

**LetsGoEnthusiast**                                                        19:54

Seems like they don't want to reveal who's funding their litigation or has a hand in it 🙄 why not clear the air and rule out DNC, PACs, Congress members, etc. so we know it's not politically motivated to destruct the LGB movement? Seems a little sketch to me if I interpreted that correctly

**BobbyBuyBot**                                                            22:00

Lets Go Brandon Buy!

🟢🟢🟢🟢🟢🟢🟢

Spent: $643.06 (0.41 WETH)

Got: 176,229,960,992 LETSGO

Buyer Position: New!

Holder Count: 11050

Price: 0.000000003649 (0.000000000002332 WETH)

MCap: $1,204,166

TX | Chart | Buyer | Uniswap | Buy

Ad: The game changer is here

Lets Go Brandon Buy!                                                       22:00

🟢🟢🟢🟢🟢🟢🟢

Spent: $682.82 (0.44 WETH)

Got: 192,741,942,954 LETSGO

Buyer Position: New!

Holder Count: 11050

Price: 0.000000003543 (0.000000000002264 WETH)

MCap: $1,169,080

TX | Chart | Buyer | Uniswap | Buy

Ad: The game changer is here

# Lets Go Brandon $LETSGO Chat



8 March 2023

| | | |
|---|---|---|
| B | BlueFinRC | 10:53 |

F.
J.
B.

LET'S GO BRANDON!