# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| JACOB ZOWIE THOMAS RENSEL, WANG YUN HE, CHI HAO POON, KING FUNG POON, JAE J. LEE, MATEUSZ GANCZAREK, and RODNEY WARREN, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>CENTRA TECH, INC.,<br><br>                      Defendant. | C.A. No. 1:17-cv-24500-RNS/Becerra |

## PLAINTIFFS' MOTION FOR COURT APPROVAL OF
## PROPOSED CLASS NOTICE PLAN

Pursuant to this Court's Order on September 10, 2020 (the "Class Certification Order") (ECF No. 322) which granted Plaintiffs' Renewed Motion for Class Certification (ECF No. 239), the Court appointed Class Representatives Jacob Zowie Thomas Rensel, Wang Yun He, Chi Hao Poon, King Fung Poon, Jae J. Lee, and Mateusz Ganczarek (collectively, "Plaintiffs"), pursuant to Fed. R. Civ. P. 23(c)(2)(B), respectfully submit this motion seeking Court approval of the Proposed Class Notice Plan ("Notice Plan") for informing the public, investors, and potential Class Members of this Class Action.[1]

The proposed Notice and Summary Notice, attached as **Exhibits A** and **B** respectively to the Declaration of Donald J. Enright in Support of Plaintiffs' Motion for Court Approval of the Notice Plan, satisfy due process and Rule 23 of the Federal Rules of Civil Procedure. The Notice

---

[1] The Class certified by the Court's Class Certification Order is as follows: "All persons and entities who purchased Centra Tech Tokens ("CTR Tokens") directly from Defendant Centra Tech in connection with its "official" initial coin offering from July 23, 2017 through October 5, 2017. ("Class Period")." *See* Class Certification Order at 7-8.

is written in plain language and features a question-and-answer format that clearly sets out the relevant information and answers most questions Class Members will have.

<div align="center">**ARGUMENT**</div>

**I.      THE PROPOSED CLASS NOTICE PLAN SATISFIES RULE 23(C)(2)**

Consistent with Rules 23(c)(2)(B) and 23(e)(1), the Notice objectively and neutrally apprises Class Members of: (i) the nature of the Action; (ii) the definition of the certified Class; (iii) the claims and issues; (iv) that a Class Member may enter an appearance through an attorney if the member so desires; (v) that the Court will exclude from the Class any Class Member who timely requests exclusion; (vi) the procedures and deadlines for requesting exclusion; and (vii) the binding effect of a class judgment on Class Members under Rule 23(c)(3).

Rule 23(c)(2)(B) requires the Court to direct to a class certified under Rule 23(b)(3) "the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort." Fed. R. Civ. P. 23(c)(2). It must be "reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950); *Eisen v. Carlisle & Jacquelin*, 417 U.S. 156, 174 (1974) (same).

The Notice Plan, which is set forth below, readily meets these standards.  The proposed notice administrator is Epiq Class Actions & Claims Solutions, Inc. an experienced and diligent claims administrator ("Epiq"), who was selected after a rigorous bidding process.

The notice program will provide mail or electronic mail notice to all investors identified in Centra Tech's Initial Coin Offering Investor spreadsheet (the "Centra Investor Spreadsheet").  As the Court is aware, Centra Tech originally produced the Centra Investor Spreadsheet to the SEC in 2018 to "identify all the investors who purchased any digital tokens issued by Centra Tech, along with (among other things) each investor's contact information, the amount of digital funds each investor provided for the purchase of Centra tokens, the digital wallet addresses identifying

<div align="center">2</div>

<div style="border:1px solid black; display:inline-block; padding:10px; text-align:center;">

**EXHIBIT**

**10**

</div>

the digital wallets used by each investor to purchase Centra tokens, the transaction hash number identifying each purchase, and the digital wallet addresses identifying the digital wallets used by Centra Tech to receive digital funds from each investor." ECF No. 54-2 Ex. 2 ¶ 3.

The Centra Investor Spreadsheet identifies 3,967 purchases of CTR Tokens during the Class Period. The Spreadsheet contains the email address of the investors associated with 3,935 of these 3,967 transactions. Given the unique, primarily online nature of this case, as well as the significant number of international Class Members, Epiq will distribute notice by electronic mail to the over ninety nine percent (99%) of investors with an email address listed in the Centra Investor Spreadsheet. Where an investor's email address is not identified in the Spreadsheet or the notice email is returned as undeliverable, notice will be provided by mail. Class Counsel will also publish the notice on their website and cause notice to be published on websites and forums frequented by cryptocurrency traders.

## II.     THE NOTICE PLAN SATISFIES DUE PROCESS

In determining whether a Rule 23(c)(2) notice satisfies due process, the relevant standard is "best practicable," as opposed to whether 100% of all Class Members "actually receive" notice. *Juris v. Inamed Corp.*, 685 F.3d 1294, 1321 (11th Cir. 2012) ("The analysis for purposes of due process is on the notice plan itself, and actual receipt of notice by each individual class member is not required.") (citation omitted); *see also Silber v. Mabon*, 18 F.3d 1449, 1454 (9th Cir. 1994) (finding that notice need not reach every class member to constitute the best possible notice under the circumstances and to bind class members); 4 William B. Rubenstein et al., *Newberg on Class Actions* § 11:53 (4th ed. 2011) ("Thus, due process does not require actual notice, but rather a good faith effort to provide actual notice. Courts have consistently recognized that due process does not require that every class member receive actual notice so long as the court reasonably selected a means likely to apprize interested parties").

Here, the Notice Plan provides the best practicable method of providing actual notice to members of the Class, "including individual notice to all members who can be identified through

3

reasonable effort." Fed. R. Civ. P. 23(c)(2). Plaintiffs believe that the vast majority of Class Members are identified on the Centra Investor Spreadsheet and that mailing notice to the investors identified on that spreadsheet will thus provide actual notice to the vast majority of Class members. Plaintiffs' counsel will also post notice on their website, as well as websites and forums frequented by cryptocurrency traders in order to provide notice to any members of the Class who do not receive actual notice through mailing. The Notice Plan thus easily satisfies "the broad reasonableness standards imposed by due process." *Juris*, 685 F.3d at 1319 (affirming notice plan that directed mailing of individual notices along with the publication of notice).

## THE PROPOSED CLASS NOTICE PLAN

Epiq will provide the Notice to all potential members of the Class identified on the Centra Investor Spreadsheet by mail or electronic mail. Epiq will distribute the Notice by electronic mail to all potential members of the Class whose email address is listed in the Centra Investor Spreadsheet. Where there is not an email address associated with a particular transaction in the Spreadsheet, or the notice email is returned as undeliverable, Epiq will distribute the Notice by regular mail.

Plaintiffs will also provide the Notice to potential members of the Class via publication through a wire service, firm website, and websites and forums for cryptocurrency trading. Specifically, within twenty (20) calendar days after the entry of the attached proposed order approving of the Proposed Class Notice Plan, Co-Class Counsel, Levi & Korsinsky, LLP ("L&K"), shall:

- cause the Summary Notice to be published on a national wire service . The Summary Notice, in turn, will direct readers to the full Notice;

- post the full Notice on its website, https://zlk.com; and

- cause a link to the Summary Notice to be further be posted on www.reddit.com/r/CentraTech.[2]

Accordingly, these methods of notice satisfy the requirements of Rule 23 and due process. *See Mullane*, 339 U.S. 306, 317; *Juris*, 685 F.3d at 1319.

### PROPOSED SCHEDULE OF CLASS NOTICE EVENTS

| Event | Proposed Timing |
|---|---|
| Deadline for mailing (whether by electronic mail or regular mail) the Notice to Class Members (the "Notice Date") | *20 calendar days after the entry of an Order approving the Notice Plan.* |
| Deadline for publishing the Class Notice to Class Members | *20 calendar days after the entry of an Order approving the Notice Plan.* |
| Deadline for Class Members to exclude themselves from the Class | *60 calendar days after the Notice Date.* |

### CONCLUSION

For the reasons stated herein, Plaintiffs' motion requesting approval of Proposed Class Notice Plan should be granted.

---

[2] Reddit is a multi-forum website which maintains millions of users per month. The subreddit reddit.com/r/CentraTech is dedicated to the purchase, sale, and news surrounding the Centra Tech ICO and CTR Token, and so publication on the subreddit is likely to reach potential Class members.

Dated: October 15, 2021

Respectfully submitted,

**KOMLOSSY LAW P.A.**

/s/   *Emily C. Komlossy*
Emily Komlossy (FBN 7714)
eck@komlossylaw.com
4700 Sheridan St., Suite J
Hollywood, FL 33021
Phone: (954) 842-2021
Fax: (954) 416-6223

**OF COUNSEL:**

**LEVI & KORSINSKY, LLP**
Eduard Korsinsky
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 636-7171

*Attorneys for Plaintiffs and the Class*

Donald J. Enright (*admitted pro hac vice*)
Elizabeth K. Tripodi
**LEVI & KORSINSKY, LLP**
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
Fax: (202) 333-2121

James Taylor-Copeland (admitted *pro hac vice*)
**TAYLOR-COPELAND LAW**
james@taylorcopelandlaw.com
501 W. Broadway Suite 800
San Diego, CA 92101
(619) 400-4944

John A. Carriel (admitted *pro hac vice*)
**ZELLE LLP**
1775 Pennsylvania Ave, NW, Suite 375
Washington, DC 20006
Telephone: (202) 899-4111
Facsimile: (612) 336-9100

6

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 15, 2021, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via CM/ECF.

<div align="center">

*/s/ Emily C. Komlossy*
Emily C. Komlossy

</div>

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| JACOB ZOWIE THOMAS RENSEL, WANG YUN HE, CHI HAO POON, KING FUNG POON, JAE J. LEE, MATEUSZ GANCZAREK, and RODNEY WARREN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRA TECH, INC.,<br><br>Defendant. | C.A. No. 1:17-cv-24500-RNS/Becerra |

## DECLARATION OF DONALD J. ENRIGHT IN SUPPORT OF PLAINTIFFS' MOTION FOR COURT APPROVAL OF PROPOSED CLASS NOTICE PLAN

I, Donald J. Enright, declare as follows:

1. I am a am a partner in the law firm of Levi & Korsinsky, LLP, counsel for Plaintiffs Jacob Zowie Thomas Rensel, Wang Yun He, Chi Hao Poon, King Fung Poon, Jae J. Lee, Mateusz Ganczarek, and Rodney Warren ("Plaintiffs") in the above-captioned action (the "Action). This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Motion for Court Approval of Proposed Class Notice Plan, filed herewith.

3. Attached hereto as **Exhibit A** is a copy of Plaintiffs' proposed Notice of Class Certification

4. Attached hereto as **Exhibit B** is a copy of Plaintiffs' proposed Summary Notice of Class Certification.

5.      Plaintiffs have engaged Epiq Class Actions & Claims Solutions, Inc. an experienced and diligent claims administrator ("Epiq") to assist in the mailing of notice to prospective Class Members, following a bidding process.

6.      Pursuant to Plaintiffs' Proposed Class Notice Plan, Epiq will provide mail or electronic mail notice to all investors identified in Centra Tech's Initial Coin Offering Investor spreadsheet (the "Centra Investor Spreadsheet"). The Centra Investor Spreadsheet identifies 3,967 purchases of CTR Tokens during the Class Period. The Spreadsheet contains the email address of the investor associated with 3,935 of these 3,967 transactions.

7.      Plaintiffs will also distribute notice through a wire service, by posting it on my firm's website, and posting notice on websites and forums frequented by cryptocurrency investors.

8.      The wire service Plaintiffs intend to use is Newsfile. Newsfile is a standard news wire distribution service. My firm has used this service in the past to provide notice without issue. Newsfile reaches and is partnered up with, *inter alia*, Thomson Reuters, Bloomberg, and Yahoo.

9.      Reddit.com/r/CentraTech has 1,543 members, all dedicated to discussion of the Centra Tech ICO, CTR Tokens, and losses sustained by investors as a result of investment in the Centra Tech ICO.

10.     Additionally, Plaintiffs will post a link to the summary class notice on Reddit.com/r/cryptocurrency. Reddit.com/r/cryptocurrency has 1.1 million members, all dedicated to trading, buying, selling, and investing in cryptocurrency. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on October 15, 2021, in Washington, D.C.

> */s/ Donald J. Enright*
> Donald J. Enright

Case 1:17-cv-24500-RNS Document 325 Entered 370-10 FLSD Docket 02/24/15/2024 Page 13 of 12
Case 6:24-cv-50003052-PGB-DCI Document 325 Entered on FLSD Docket 07/22/24 Page 1 of 23
PageID 6468

# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| JACOB ZOWIE THOMAS RENSEL, WANG YUN HE, CHI HAO POON, KING FUNG POON, JAE J. LEE, MATEUSZ GANCZAREK, and RODNEY WARREN, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 1:17-cv-24500-RNS/Becerra |
| v. | |
| CENTRA TECH, INC., | |
| Defendant. | |

**NOTICE OF CLASS CERTIFICATION**

<u>**If You Bought CTR Tokens from Centra Tech, Inc.,**</u>
<u>**You May Be A Member of a Certified Class**</u>

*A court authorized this Notice. This is not a solicitation from a lawyer. You are not being sued.*

- A class action lawsuit is pending in the United States District Court for the Southern District of Florida (the "Court") against Centra Tech, Inc. ("Centra Tech"). The lawsuit alleges that Centra Tech violated U.S. securities laws by unlawfully offering the sale of unregistered Centra Tech Tokens ("CTR Tokens") securities, and by misrepresenting the true nature of Centra Tech, Inc. and CTR Tokens.

- The Court decided that this lawsuit should proceed as a class action on behalf of a group of people and entities that may include you. The Class consists of all persons and entities who purchased CTR Tokens directly from Defendant Centra Tech in connection with its "official" initial coin offering from July 23, 2017 through October 5, 2017, inclusive.

| <u>**YOUR RIGHTS AND OPTIONS IN THIS LAWSUIT**</u> | |
|---|---|
| ***Do Nothing*** | **Stay in the lawsuit. Await the Outcome. Share in possible benefits. Give up certain rights.** <br><br> By doing nothing, you are choosing to stay in the Class. You will be permitted to share in any recovery that may result from this Class Action, but you will give up your rights to sue Centra Tech in a separate lawsuit for the claims made in this class action. In addition, you will be bound by past and |

-1-

| | any future court rulings on, or settlement of, the claims against Centra Tech. |
|---|---|
| *Ask to be Excluded* | **Get out of this lawsuit. Get no benefits. Keep your rights.**<br><br>If you opt out of the Class (meaning you state in writing that you do not want to be included in this lawsuit), you will not be entitled to any recovery that may result from this Class Action and you will not be bound by any past or future rulings in this lawsuit. You will be free to pursue your own claims against Centra Tech on your own or as part of a different lawsuit. |

THESE RIGHTS AND OPTIONS
– AND THE DEADLINES TO EXERCISE THEM –
ARE EXPLAINED IN THIS NOTICE

## BASIC INFORMATION ABOUT THE LAWSUIT

**1.** **Why did I get this Notice?**

Records indicate that you may have purchased CTR Tokens from Centra Tech between July 23, 2017, and October 5, 2017. You have legal rights and options that you may exercise. Judge Robert N. Scola, Jr. of the United States District Court for the Southern District of Florida is overseeing this class action. The case is known as *Jacob Zowie Thomas Rensel, et al v. Centra Tech, Inc.*, Case No. 17-cv-24500-RNS/Becerra (the "Action" or "Lawsuit").

**2.** **What is this Action about?**

This Lawsuit alleges that between July 23, 2017 through October 5, 2017 (the "Class Period"), Centra Tech violated the federal securities laws by engaging in an unlawful offer and sale of unregistered securities (in the form of CTR Tokens) and making false statements in connection with those sales. The alleged scheme included (1) the Defendants unlawfully offering the sale of unregistered CTR securities through Centra Tech's Initial Coin Offering, and (2) Centra Tech making numerous untrue statements which falsely mispresented the nature of Centra Tech and CTR in the promotion of the Centra Tech Initial Coin Offering.

**3.** **What is a class action?**

In a class action lawsuit, one or more "Class Representatives" (in this case, Jacob Zowie Thomas Rensel, Wang Yun He, Chi Hao Poon, King Fung Poon, Jae J. Lee, and Mateusz Ganczarek), sue defendants on behalf of themselves and others who have similar claims. These people and entities together are called a "Class" or "Class Members." One court resolves the issues for all Class Members except for those who choose to exclude themselves.

**4.** **What has happened in the Action and what is the current status of the lawsuit?**

On December 13, 2017, the first Complaint in this Action was filed, initiating this Action against the Centra Tech and its executives Sohrab Sharma, Robert Farkas, Raymond Trapani, and William Hagner. The Complaint was subsequently amended on October 9, 2018. In addition to the claims against Centra Tech and its executives, the amended Complaint asserted claims against Steven Stanley, Steven Sykes, Allan Shutt, Chase Zimmerman, Floyd Mayweather Jr., and Khaled Mohamed Khaled a/ka/ DJ Khaled. The claims against all defendants other than Centra Tech have since been dismissed.

Due to the failure of Centra Tech to appear in this litigation, it has "defaulted," which means its ability to participate in and defend themselves in this Action is highly limited. Specifically, the Clerk of the Court entered default for failure to appear against Defendant Centra Tech on January 31, 2019. On June 13, 2019, Plaintiffs filed their initial Motion for Class Certification (the "Initial Motion to Certify"). On September 17, 2019, the Court denied the Initial Motion to Certify.

On October 1, 2019, Plaintiffs filed a renewed and amended motion for class certification ("Renewed Motion"). On November 20, 2019, the Court denied Plaintiffs' Renewed Motion, and because Centra Tech remained in default, Plaintiffs subsequently filed a motion for entry of default final judgment on their individual claims. The Court granted that motion and entered final judgment awarding damages in favor of each of the named Plaintiffs against Centra Tech on December 13, 2019.

Plaintiffs appealed the Court's order denying their motions for class certification. On appeal, the Eleventh Circuit reversed this Court's order denying certification and directed the case to be reopened so that Plaintiffs could again seek class certification. *Rensel v. Centra Tech, Inc.*, 2 F.4th 1359, 1370 (11th Cir. 2021).

**5. What is the current status of the lawsuit?**

On September 1, 2021, the Court held a status conference during which Plaintiffs requested that the Court rule on the class certification arguments advanced in the Renewed Motion. On September 10, 2021, the Court certified this Action as a class action.

**6. What are the Class Representatives asking for?**

The Class Representatives are asking for money to compensate Class Members for damages caused by Centra Tech's conduct, as well as pre-judgment and post-judgment interest and their reasonable attorneys' fees and costs.

**7. Is there any money available now?**

No. If the Class receives any money, whether from a settlement or through the enforcement of a judgment, you will receive additional notice.

| DETERMINING IF YOU ARE A MEMBER OF THE CLASS |
| :---: |

**8. How do I know if I am a Class Member?**

You are a member of the Class if you purchased CTR Tokens from Centra Tech during the period from July 23, 2017 through October 5, 2017, inclusive, unless you are specifically excluded as provided below.

**9. Are there exceptions to being included in the Class?**

Yes. You are **NOT** a Class Member if you are: (i) a defendant in this Action; (ii) any person who was an officer, director or employee of Centra Tech, Inc.; (iii) any immediate family member of any excluded person; (iv) any firm, trust, corporation or other entity in which any excluded person or entity has or had a controlling interest; and (v) the legal representatives, affiliates, heirs, successors in-interest, or assigns of any such excluded person or entity.

**9.    Are you still not sure if you're included?**

If you are still not sure whether you are included in the Class, you can get free help by calling or writing to the Class Counsel in this case at the phone numbers or addresses listed in response to question 16.

| **YOUR OPTIONS AS A CLASS MEMBER** |
|---|

**10.    What are my options as a Class Member at this point?**

You must decide whether to stay in the Class or opt out of the Class.

**11.    What happens if I choose to stay in the Class?**

If you stay in the Class, you will be permitted to share in a recovery, if any, that may occur in this Action. But you give up any rights to sue Centra Tech separately about the same legal claims in this lawsuit. You also will be legally bound by all of the Orders the Court issues and Judgments the Court makes in this class action, even if there is no recovery.

**12.    How do I stay in the Class?**

You do not have to do anything at this time to stay in the Class.

**13.    What happens if I opt out of the Class?**

If you opt out of the Class (by stating in writing that you do not want to be included in the Class in this Action), you will give up the right to participate in any recovery that may occur. But you will keep any rights you may currently have to sue Centra Tech regarding the legal claims at issue in this lawsuit. You also will <u>not</u> be bound by the Orders the Court issues and Judgments the Court makes in this class action.

**14.    How do I opt out of the Class?**

If you do not want to remain a member of the Class and wish to opt out, **you must send** a written "Request to Opt Out" to the Notice Administrator so it is received no later than [DATE] 2021. Your written request must include:

o    Your name, address, and telephone number;
o    A statement confirming that you want to opt out of the Class;
o    The number of CTR Tokens you purchased and sold during the Class Period; and
o    The case name and number, "*Jacob Zowie Thomas Rensel, et al v. Centra Tech, Inc., et al, Case No. 17-cv-24500-RNS/Becerra*"

Your request to Opt Out must be sent to the following address:

<div align="center">

Centra Tech Class Action
c/o Levi & Korsinsky, LLP

</div>

1101 30th Street, NW, Suite 115
Washington, DC 20007

**15.    What happens if I do not do anything?**

By doing nothing, you are choosing to stay in the Class. You don't have to do anything now if you want to stay in the Class. If you stay in the Class and the Class Representative obtains money or benefits, you will be notified about how to apply for a share. Regardless of whether the plaintiff wins or loses at trial, you will not be able to sue, or continue to sue Centra Tech—as part of any other lawsuit—about the same legal claims that are the subject of this Action. You will also be legally bound by all of the Orders the Court issues and Judgments the Court makes in this Action.

| THE LAWYERS REPRESENTING YOU |
| --- |

**16.    As a Class Member, do I have a lawyer representing my interests in this Class Action?**

Yes. The Court has appointed lawyers to represent the Class and the Class Members. These lawyers are called Class Counsel. The following lawyers are representing the Class:

| **Donald J. Enright, Esq.**<br>**LEVI & KORSINSKY, LLP**<br>1101 30th Street, N.W., Suite 115<br>Washington, DC 20007<br>Telephone: (202) 524-4290<br>www.zlk.com | **James Taylor-Copeland, Esq.**<br>**TAYLOR-COPELAND LAW**<br>501 W. Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone: (619) 734-8770<br>www.taylorcopelandlaw.com |
| --- | --- |

**17.    How will the lawyers be compensated, and will the Class Representatives receive compensation?**

If recovery is obtained for the Class, Class Counsel will request that the Court grant an award of attorneys' fees and expenses to be paid from the recovery or by Centra Tech. Class Counsel may also ask the Court to approve reasonable incentive awards for the Class Representatives. If approved, these fees and expenses and incentive awards will either be paid from the recovery obtained for the Class or separately by Centra Tech.

**18.    Should I get my own lawyer?**

You do not need to hire your own lawyer. However, you are welcome to hire your own lawyer at your own expense. If you hire a lawyer to speak for you or to appear in Court, your lawyer must file a Notice of Appearance.

| GETTING MORE INFORMATION |
| --- |

**19.    Where do I get more information?**

Complete copies of the Court filings and rulings are available on https://pacer.uscourts.gov/, or by writing to Class Counsel at the Washington, DC address provided above.

*Please do not contact the Court or Judge Scola.*

-5-

Dated: [DATE]                                  BY ORDER OF THE UNITED STATES DISTRICT COURT
                                               SOUTHERN DISTRICT OF FLORIDA

# EXHIBIT B

Case 1:17-cv-22045-RNS Document 325-1 Entered on FLSD Docket 04/15/2021 Page 110 of
Page ID 26475

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF FLORIDA

JACOB ZOWIE THOMAS RENSEL, WANG YUN HE, CHI HAO POON, KING FUNG POON, JAE J. LEE, MATEUSZ GANCZAREK, and RODNEY WARREN, individually and on behalf of all others similarly situated,

                              Plaintiffs,

v.

CENTRA TECH, INC.,

                              Defendant.

Case No. 1:17-cv-24500-RNS/Becerra

## SUMMARY NOTICE OF CLASS CERTIFICATION

This Notice is addressed to the members of the following Class of Persons:

ALL PERSONS OR ENTITIES WHO PURCHASED CENTRA TECH TOKENS ("CTR TOKENS") DIRECTLY FROM DEFENDANT CENTRA TECH, INC. IN CONNECTION WITH ITS "OFFICIAL" INITIAL COIN OFFERING FROM JULY 23, 2017 THROUGH OCTOBER 5, 2017, INCLUSIVE (THE "CLASS PERIOD")

### Your Rights May Be Affected

This is a Summary Notice. The full Court-ordered Notice may be obtained online at www.zlk.com.

This Action was filed on December 13, 2017, and subsequently amended on October 9, 2018. This Action was brought by Plaintiffs Jacob Zowie Thomas Rensel, Wang Yun He, Chi Hao Poon, King Fung Poon, Jae J. Lee, and Mateusz Ganczarek ("Plaintiffs") against Centra Tech, Inc., Sohrab Sharma, Robert Farkas, Raymond Trapani, William Hagner, Steven Stanley, Steven Sykes, Allan Shutt, Chase Zimmerman, Floyd Mayweather Jr., and Khaled Mohamed Khaled a/ka/ DJ Khaled (collectively, "Defendants"). The claims against all Defendants other than Centra Tech have been dismissed.

Plaintiffs allege that between July 23, 2017 through October 5, 2017 (the "Class Period"), Defendants violated the federal securities laws by engaging in the unlawful sale of unregistered securities and by making false statements concerning those securities. The alleged scheme

included (1) the Defendants unlawfully offering the sale of unregistered CTR securities through Centra Tech's Initial Coin Offering, and (2) the Defendants made numerous untrue statements which falsely mispresented the nature of Centra Tech, Inc. and CTR in the promotion of the Centra Tech Coin Initial Coin Offering.

On September 10, 2021, the Court ordered that this Action be certified as a class action, that Jacob Zowie Thomas Rensel, Wang Yun He, Chi Hao Poon, King Fung Poon, Jae J. Lee, and Mateusz Ganczarek be appointed Class Representatives, and that Levi & Korsinsky, LLP and Taylor-Copeland Law be appointed Class Counsel. The Court subsequently approved that this Summary Notice be sent to all members of the Class.

The Court will exclude from the Class all members of the Class who wish to be excluded. To be excluded from the Class, each member **must** make a **written** request to be excluded. Such a request must contain the following information: (i) your name; (ii) your address; (iii) your telephone number; (iv) a statement confirming that you want to opt out of the class; (v) the number of CTR coins you purchased and sold during the Class Period; and (vi) the name and case number of this Action, "*Jacob Zowie Thomas Rensel, et al v. Centra Tech, Inc., et al,* Case No. 17-cv-24500-RNS/Becerra" All requests for exclusion must be sent to class counsel at the address provided below. Exclusion requests must be postmarked no later than [INSERT DATE]. Subject to the Court's discretion, this will be the only opportunity a Class member will have to be excluded from the Class.

Additional information about this Class Action, including a copy of the full Court-ordered Notice, can be found at www.zlk.com or by contacting class counsel:

Donald J. Enright
**LEVI & KORSINSKY, LLP**
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Telephone: (202) 524-4290

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

JACOB ZOWIE THOMAS RENSEL, WANG
YUN HE, CHI HAO POON, KING FUNG
POON, JAE J. LEE, MATEUSZ
GANCZAREK, and RODNEY WARREN,
individually and on behalf of all others
similarly situated,

　　　　　　　　　　Plaintiffs,

v.

CENTRA TECH, INC.,

　　　　　　　　　　Defendant.

C.A. No. 1:17-cv-24500-RNS/Becerra

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR COURT
APPROVAL OF PROPOSED CLASS NOTICE PLAN**

Having reviewed Plaintiffs' Proposed Class Notice Plan, and proposed Notice and Summary Notice attached thereto, this Court hereby **ORDERS** as follows:

1.　　Plaintiffs' Motion for approval of the Proposed Class Notice Plan is **GRANTED**.

2.　　The form of Notice and Summary Notice submitted by Plaintiffs is approved as to form and method of dissemination.

3.　　Plaintiffs shall have 20 days from the entry of this Order (the "Notice Date") to mail or email the Notice to all prospective Class Members identified on the Centra Investor Spreadsheet.

4.　　Plaintiffs shall have 20 days from the entry of this Order cause the Summary Notice to be published on a wire service, and posted on www.reddit.com/r/CentraTech. The Summary Notice shall direct the reader to the full Notice, which is to be posted and publicly available for viewing on the website of Levi & Korsinsky, LLP within 20 days of the entry of this Order.

2

5.      The deadline for Class Members to exclude themselves from the Class shall be 80

days from the entry of this Order.


**IT IS SO ORDERED**


Dated:_____, 2021                      _____

                                               Hon. Robert N. Scola
                                               United States District Court Judge