UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ERIC DE FORD, SUSAN BADER, SHAWN R. KEY, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>JAMES KOUTOULAS, and LGBCoin, LTD,<br><br>  Defendants. | ) Case No.: 6:22-cv-00652-PGB-DCI<br>)<br>)<br>) CLASS ACTION<br>)<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>) |

**MOTION TO INTERVENE IN RESPONSE TO CLASS CERTIFICATION UNDER FRCP RULE 24 AND MDFL LOCAL RULE 3.01**

**COMES NOW**, Albert Sheeler, a citizen of New York, *appearing pro se*, the "Proposed Intervenor", is an interested non-party to this matter who spent $193,427.42 buying LGBcoins- over six (6) times the aggregate amount alleged by the three (3) proposed Class Representatives for a net loss of $145,279.33 or 4.8 times on a net basis. Pursuant to Federal Rule of Civil Procedure 24 and Local Rule 3.01 of the United States District Court for the Middle District of Florida, hereby moves to intervene in the above-captioned matter. In support of this motion, Proposed Intervenor states as follows:

1. **Introduction**

Proposed Intervenor is a purchaser of LGBCoin, a cryptocurrency that is the subject of the current litigation. The outcome of this case may significantly impact the value

and legality of LGBCoin and its successor, LETSGO, thereby directly affecting Proposed Intervenor's financial interests.

2. **Legal Standard**

Federal Rule of Civil Procedure 24(a) provides that intervention as of right is appropriate when the applicant claims an interest relating to the property or transaction that is the subject of the action, and disposing of the action may impair or impede the applicant's ability to protect that interest, unless existing parties adequately represent that interest. Alternatively, under Rule 24(b), permissive intervention may be granted when the applicant's claim or defense shares a common question of law or fact with the main action.

3. **Argument**

a. **Timeliness**

This motion is timely filed. Plaintiffs' Motion for Class Certification is still pending and recent filings in the Foundation's case against NASCAR and by the SEC moot all actions Plaintiffs seek certification for.[1] Proposed Intervenor thus timely seeks to intervene as Plaintiffs' sought "relief" is deeply adverse to Proposed Intervenor's interests and that of the Proposed Class.

b. **Interest in the Litigation**

---

[1] *See Letsgobrandon.com Foundation v. NASCAR,* State Court Case Dkt. [117, 131, 132] filed 2/18/2025 and SEC Letter Ending Investigation With No Allegations dated 3/10/2025 available at https://www.instagram.com/p/DHCHIE0xWXY/.

As an LGBCoin purchaser, Proposed Intervenor has a direct financial interest and first amendment interest in the outcome of this case. Decisions rendered in this litigation could affect the value and regulatory status of LGBCoin and its successor LETSGO, thereby impacting Proposed Intervenor's investment and civil rights.

c. **Impairment of Interest**

The disposition of this action without Proposed Intervenor's participation may impair their ability to protect their financial interests and civil rights related to LGBCoin and its successor LETSGO.

d. **Inadequate Representation**

The existing parties may not adequately represent Proposed Intervenor's specific interests as an individual investor. Their interests may diverge from those of the current parties, necessitating separate representation or substitution of Lead Plaintiff.

**CONCLUSION**

For the foregoing reasons, Proposed Intervenor respectfully requests that the Court grant this Motion to Intervene and permit him to further move to object to Plaintiffs' Motion for Class Certification and file a Motion to Substitute Lead Plaintiff.

    By: /s/ Albert Sheeler

    Albert Sheeler

## CERTIFICATE OF CONFERRAL

The undersigned *pro se* Movant Albert Sheeler hereby certifies that he conferred with four of Plaintiffs' counsel regarding this motion via email on March 12, 2025 and Plaintiffs claimed I was "misinformed" but refused to explain why, despite attempting to become my counsel.

Albert Sheeler, *Pro Se* Movant

## CERTIFICATE OF SERVICE

I, Albert Sheeler, hereby certify that I served the foregoing via the MDFL web portal on February March 20, 2025 which serves electronic notice on all counsel of record and registered CM/ECF users.

By: /s/ Albert Sheeler

Albert Sheeler