# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

Case No: 6:22-cv-652-PGB-DCI

ERIC DE FORD, et al.,

CLASS ACTION

                        Plaintiffs,

        v.

JAMES KOUTOULAS, et al.,

                        Defendants.

## EXPERT DECLARATION OF BRENNAN LONG

I, Brennan Long, respectfully submit this Declaration pursuant to the Court's order dated September 18, 2023 in support of Plaintiffs' Motion for Class Certification. If called as a witness, I could and would testify to the truth of these facts and opinions under oath.

## I.      BACKGROUND AND QUALIFICATIONS

1.      I am over the age of eighteen (18), not a party to this action, and reside in Cleveland, Ohio. My education and experience, as explained below, qualify me to make the statements contained in this Declaration. In forming this opinions, I relied on the resources cited herein and my review of the Third Amended Complaint in this case.

2.      My employer is being paid $350 per hour for my and my colleagues time in this case. I am receiving my normal compensation from my employer.

3.      I received a B.S. in Criminal Justice from Ball State University in 2000, and an M.S. in Intelligence Studies from American Military University in 2015.  Since May 2023, I have held the position of Head of Law Enforcement Relations and Investigations for AnChain.AI, after having spent 25 years in law enforcement intelligence.  Many of the investigations I oversee and participate in on behalf of clients involve the analysis of addresses and transactions in a number of different crypto-assets, including Bitcoin and Ethereum.

4.      Since early 2022, I have opened and conducted investigations as a private investigator (licensed in the state of Ohio) and within the private sector on fraudulent cryptocurrency.  Throughout 2022, I was hired to conduct investigations into suspected rug pull and NFT (non-fungible token) scam schemes.  Several of these involved the release of newly minted tokens with a large number of investors, only to have the project "collapse" and investors left without the ability to seek assistance from the creators (*see, e.g.*, AMFEIX, LILCoin).

5.      During my 25 years in law enforcement intelligence, I provided tactical and strategic intelligence support to hundreds of criminal investigations involving gangs, violent crime, cyber-crime, terrorism, and white-collar activity (fraud, schemes, corruption).  In the early 2000s I was assigned to the FBI - Joint Terrorism Task Force to assist with an investigation involving a baby formula scam and money laundering ties to terrorism.  While assigned to the task force, I conducted the analysis on illicit proceeds and submitted the tactical intelligence for the case *US v. Samih Jamal*, which resulted in conviction.

6.      I hold several recognized crypto-asset-related investigations certifications: 1. Fundamentals of Web3 (AnChain.AI), 2. Fundamentals of Smart Contracts (AnChain.AI), 3. Certified Web3 Investigator (AnChain.AI), 4. Certified

Smart Contract Investigator (AnChain.AI), and 5. Cryptocurrency Fundamentals Certification (Chainanalysis).

7.      A copy of my curriculum vitae is attached hereto as **Exhibit A**.

8.      In performing my analysis and preparing this Declaration, I was assisted with investigation and research by AnChain.AI's Jordan Cates and Philip Werlau.

9.      Ms. Cates received degrees in Computer Science and Cybersecurity from City College in San Francisco in May 2022. Since May 2023 she has held the position of investigations analyst for AnChain.AI after having spent one year as developer advocate for the company.  Many of the investigations she participated in involve connecting open-source intelligence gathering to smart contract and transaction analysis within Ethereum and BNB Smart Chain blockchain ecosystems.

10.      Since early 2023, she has opened, conducted, and supported investigations within the public and private sectors on fraudulent cryptocurrency activities consisting of illicit money laundering and rug pulls involving token smart contracts and decentralized finance platforms.

11.      At AnChain.AI, she designed and developed the Fundamentals of Smart Contracts, Smart Contract Investigator, and Introduction to Web3 Security Operations courses. She has conducted Introduction to Smart Contract Investigation training sessions involving law enforcement personnel in Singapore, Thailand, Malaysia, Brunei, Indonesia, and analysts from US based private organizations. She works closely on lead generation and development with the IRS-CI, the Joint Chiefs of Global Tax Enforcement (the J5 - US, UK, Australia, Netherlands, Canada), and financial institutions associated with each jurisdiction.

12.     Ms. Cates holds several recognized crypto-asset-related investigations certifications: 1. Fundamentals of Web3 (AnChain.AI), 2. Fundamentals of Smart Contracts (AnChain.AI), 3. Certified Web3 Investigator (AnChain.AI), and 4. Certified Smart Contract Investigator (AnChain.AI).

13.     A copy of Ms. Cates' curriculum vitae is attached hereto as **Exhibit B**.

14.     Since April, 2023, Mr. Werlau has held the position of Engineering Manager for AnChain.AI, having previously held the position of Senior Smart Contract Security Researcher since joining AnChain.AI in December, 2021. Prior to joining AnChain.AI, he spent 5 years working in a security operations center (SOC) analyzing and investigating network security incidents.

15.     During his time at AnChain.AI, he has been involved in multiple facets of smart contract security having performed smart contract security audits, conducted, and presented smart contract security research, developed smart contract applications and security tools, and assisted in the development of our smart contract related courses. Additionally, he has been involved in multiple public (IRS-CI, SEC, DOJ) and private sector investigations involving smart contract analysis and cryptocurrency transaction analysis.

16.     A copy of Mr. Werlau's curriculum vitae is attached hereto as **Exhibit C**.

17.     AnChain.AI is a global Web3 security company that provides tools for cryptocurrency investigations, risk analysis and monitoring of digital assets. AnChain.AI provides tools, training and expert level support on Web3 security and

investigations for federal agencies such as the SEC, FINCEN, IRS-CI, and the
USSS.[1]

## II.   OPINIONS

18.    Counsel asked AnChain.AI to describe what LGBCoin is and how it
functions, with detail on functionality, purchase process, how it compares to other
cryptocurrency tokens in variation, and if there is a cap on the amount available for
purchase.

19.    Counsel also asked AnChain.AI to describe the cryptocurrency
track/trace process for the LGBCoin token, how to identify transactions by the
promoter(s) and defendants, the definition of a pump and dump/rug pull scheme,
and the development/transaction history of the LGBCoin from November 2, 2021
to March 15, 2022.

20.    Counsel also asked AnChain.AI to evaluate the availability of data to
calculate the damages incurred as a result of the collapse or rug pull of the
LGBCoin token by determining purchase price during the initial stages of the
LGBCoin release and its current value.

21.    Counsel has also asked AnChain.AI to explain the process by which
Class members could be identified, how the damages methodology can be used and
applied to all Class members, any changes when purchasing LGBCoin on different
blockchains, and the ability to provide notice to the Class.

22.    In summary, my opinion on these issues is that LGBCoin was an
ERC-20 token developed and offered on the Ethereum blockchain.  The stages
associated with the LGBCoin release, offering and collapse follow a pattern
associated with pump and dump and/or rug pull schemes.  The data exists to

---

[1] *See* https://www.anchain.ai.

identify each LGBCoin transaction and determine the date it occurred and the amount paid and received. While identifying class members affected by this scheme solely from information that is publicly available on the blockchain can present challenges, track and trace methodologies available to AnChain.AI can be utilized to identify individual class member wallets which are traced to cryptocurrency exchanges or VASPs (Virtual Asset Service Providers), and through a court order can release the KYC (Know Your Customer) information which often contains personal identifiers such as Name, Date of Birth, Address, and other information (usually through a supplied government identification). Moreover, the blockchain provides for methods to securely communicate with purchaser through communicating with each wallet.

### A.    ANALYSIS OF THE ERC-20 COINS (LGBCoins)
#### 1.    GENERAL BACKGROUND ON CRYPTO-ASSETS

23.    The U.S. Internal Revenue Service defines a "virtual currency" as "a digital representation of value that functions as a medium of exchange, a unit of account, and/or a store of value."[2] In other words, it is a digital asset that exists only in electronic form (rather than coins or bills) and can be used for payments or as a store of value in place of a traditional currency backed by a government. Virtual currencies, though, may be converted to and from a country's legal tender through an entity often referred to as an "exchange."

24.    Bitcoin, like LGBCoin, is considered a digital asset which is transferred on a blockchain, and whose transactions are recorded on a public ledger.  The public ledger contains records of all transactions conducted on the Bitcoin blockchain.  A transaction is the transfer of a digital asset from one user

---

[2]  *See* IRS Notice 2014-21, https://www.irs.gov/pub/irs-drop/n-14-21.pdf.

(one wallet) to another on the network and captured on the ledger. These transactions are cryptographically hashed and recorded on the ledger from nodes within the network. When a node sends this transaction to other nodes in the network, the node broadcasts the transaction to the network for verification. The other nodes receive this notification of transaction, verify the transaction through standard methods, and then add the transaction to the ledger. A "blockchain" is a list of transaction records that are linked in a chain through cryptographic hashes and documented on the ledger. A transfer of currency is the exchange of a digital asset from one wallet to another (one user to another) and recorded on the blockchain ledger. A 'wallet' is a digital method to store a user's public and private key which are used to conduct transactions on the blockchain, and an easy-to-use interface to manage assets.

25.     Several related crypto-asset systems have been developed since the release of Bitcoin in 2009, but nearly all are built upon the same concept of a blockchain introduced by Bitcoin.

26.     LGBCoin garnered attention in the crypto-asset space due to its association with NASCAR driver Brandon Brown. The withdrawal of NASCAR's sponsorship approval of LGBCoin after publication by Brown's racing team about the approval led to significant media coverage, impacting its relevance and value.

## 2.     ETHEREUM & SMART CONTRACTS

27.     LGBCoin operates on the Ethereum blockchain, which is known for supporting smart contracts. The relationship with Ethereum is fundamental to LGBCoin's operations, as it relies on Ethereum's infrastructure for transactions and smart contract functionality.

28.     In 2013 the whitepaper on Ethereum was published and was intended to support the development of "smart contracts" which would enhance capabilities

beyond that which was offered by Bitcoin's scripting language.  Smart contracts allow for the encoding of an arbitrary set of rules for transferring ether and other "tokens" between users or between smart contracts.  The Ethereum network launched on July 30, 2015.

29.    Ethereum's smart contracts enable a diverse set of applications for the Ethereum network, including the development of other crypto-assets typically referred to as "tokens." Tokens, in the context of Ethereum, are crypto-assets that exist on the same blockchain as Ethereum, but with their own sets of rules, such as the total token supply and the requirements for transferring tokens between users. Consequently, it allows the creator or "issuer" of a token to create a new crypto-asset with its own set of rules and features, but without incurring the time and expense of creating an entirely new crypto-asset protocol, developing a new software implementation, and attracting a network of miners. These lower barriers to entry make ERC-20 tokens an attractive vehicle to raise funds for new projects. Since the new token exists on the Ethereum blockchain, any transfer of tokens within a smart contract are validated and relayed by the existing network of Ethereum miners .

30.    To simplify the development and deployment of new tokens and facilitate usage of the tokens by other applications and crypto-asset exchanges, Ethereum defines a standard smart-contract format, called ERC-20, that tokens may choose to implement. ERC-20 outlines the basic functionality expected of a token, such as defining the total supply of tokens and the ability to transfer tokens between users. Developers can also provide additional information about the token, such as the token's name and a "ticker" symbol associated with the token, or build additional features or functionality into the token's smart contract. But since all ERC-20 tokens share the same basic set of functionality and methods for

interacting with the token (called an "interface"), an application or exchange that supports the ERC-20 interface can interact with any compliant ERC-20 token which can help facilitate usage and adoption.

31.     According to the Ethereum blockchain explorer website etherscan.io, there are 581,506 ERC-20 token contracts on the Ethereum blockchain as of November 14, 2023, which demonstrates the ease with which ERC-20 tokens can be created.

### 3.     FRAUDULENT ACTIVITY ASSOCIATED WITH CRYPTOCURRENCY AND BLOCKCHAINS

32.     A pump and dump scheme, in the context of cryptocurrency tokens, is a fraud scheme that involves artificially inflating the price of a token through false or misleading statements in order to sell the cheaply acquired tokens at a higher price. Once the operators of the scheme "dump" their overvalued tokens, the price falls and investors are left with devalued coins.

33.     A rug pull is a type of scam in which the developers of a cryptocurrency project attract investors, pump up the value of the project or token, and then will suddenly withdraw their liquidity or sell off their tokens.  The project is typically abandoned and owners abscond with investors' funds.

### 4.     LGBCOIN ANALYSIS

34.     According to the allegations of the operative Complaint,  LGBCoin is an ERC-20 digital asset on the Ethereum blockchain that was created after the coined phrase, "Let's Go Brandon".

35.     The LGBCoins were minted in late October 2021.

36.     LGBCoins are held by their owners in 'wallets' which are a digital storage mechanism for holding balances of cryptocurrency.  Wallets use

cryptography to secure the balances and permit only those who know a very long security passphrase to transact on behalf of the coins held within each wallet.

37.     The archived LGBCoin website3 specifies a process for purchasing LGBCoins. It first instructs users to first download a cryptocurrency wallet (Coinbase Wallet or MetaMask), to a phone, tablet, or computer. Then, users need to purchase ETH (Ethereum) directly from the wallet app from an exchange (Binance, Coinbase). They next instruct users to connect to Uniswap. Finally, a user needs to swap ETH for LGB. The coin can only be purchased through Uniswap4, an identified cryptocurrency exchange, or by connecting a wallet through the website listed. Uniswap is a decentralized finance protocol that is used to exchange cryptocurrencies, without the need for an intermediary or central authority. It is built on the Ethereum blockchain and allows for automatic transactions between cryptocurrency tokens, such as LGBCoin on the Ethereum network, through the use of smart contracts. Instead of operating on traditional order books like centralized exchanges, it employs liquidity pools that allow assets to be swapped automatically.   LGBCoin can only be initially purchased on the Ethereum blockchain, so the purchaser must use "Eth" in order to swap to the LGBCoin token at the given address: 0x21E783bcf445B515957A10E992aD3c8E9FF51288.  LGBCoin was developed and released as an ERC-20 token on the Ethereum blockchain.

38.     Upon examination of the blockchain explorer Etherscan, it can be determined that LGBCoin implements the ERC-20 token standard.5  Each token is identical in terms of technical functionality and how it operates on the Ethereum

---

[3] See https://web.archive.org/web/20220127150746/https:/lgbcoin.io/.

[4] See https://uniswap.org.

[5] See https://etherscan.io/token/0x21e783bcf445b515957a10e992ad3c8e9ff51288#code.

blockchain, as defined by its ERC-20 smart contract. This means that all LGBCoins are identical in value and properties - one token will always have the same value as any other single token from the same contract. The variation lies in the quantity of tokens purchased, which refers to how many tokens an individual buys.

39.     One rule the ERC-20 token contract must adhere to is defining the total supply of tokens, which is the maximum number of tokens that can exist in circulation. The "cap" refers to this maximum supply. The maximum supply is programmed into the token smart contract and initialized when the contract is created. Once set, this number is usually fixed and cannot be changed, meaning no additional tokens beyond the cap can be created. LGBCoin employs an implicit token cap, specified in the smart contract with the name 'initialBalance_'. Upon the contract deployment to the Ethereum blockchain, the initialBalance_ was initialized to the value 330,000,000,000,000 LGB.

40.     Wallet addresses posted on public forums and social media can be directly traced to an individual or entity. AnChain.AI's blockchain forensics platform, CISO (Compliance, Investigation, Security Operation), can analyze and cluster addresses and transactions to identify wallets that are likely controlled by the same entity. If a suspect wallet has interacted with an exchange, a court order can be submitted in order to obtain the "Know Your Customer" (KYC) to link the wallet to an identity. Using a combination of open-source intelligence, already submitted evidence, and KYC information, we can determine likely associations of wallet addresses to defendants and promoters, and further trace transactions of the wallets using CISO.

41.     Peel chains describe a method in cryptocurrency transaction behavior where large amounts of cryptocurrency are dispersed into smaller amounts across

many wallets. Pass-through wallets serve as temporary holding places for funds. Each time funds move to a new pass-through wallet, a layer is added to the transaction history. The layers intend to make it more difficult to trace where the funds originally came from and where they are ultimately going. The use of peel chains and pass-through wallets are a way to obfuscate the transaction trail, making it complicated to track the flow of funds back to their source. AnChain.AI has begun analysis of transaction patterns involving known defendant wallets provided in submitted evidence and have determined there is indication of peel chains and pass-through wallet techniques used. However, more in-depth analysis is required to confirm.

42.     Transactions generated by a wallet like MetaMask require a blockchain node provider to function. A node provider is a service that operates the infrastructure needed to connect to the Ethereum blockchain, allowing users to interact with it without having to maintain their own dedicated computer hardware. These node providers receive a traditional web request from the wallet software and convert them into on-chain actions. Node providers often keep network logs of these web requests which can be used to identify the sender's IP address and thus geolocate them. By default MetaMask uses Infura as a node provider, which can be served process for these network logs. Infura is a service that provides infrastructure for users to connect to the Ethereum blockchain without having to set up and maintain a full node.

43.     A pump and dump scheme on a decentralized exchange (DEX) such as Uniswap involves key steps focused on manipulating asset prices for profit. Project owners list a token on Uniswap, which uses automated market makers (AMMs) to facilitate trading. The price of tokens on Uniswap is set by the ratio of two types of tokens in a liquidity pool - in this case, LGBCoin/ETH. To initiate the

pump, project owners and insiders may start by depositing a significant amount of LGBCoin alongside ETH into the pool, creating initial liquidity. Tactics such as social media hype, misleading information, and/or coordinated buying drive up the trading volume and interest in the token. As users swap their ETH for LGBCoin, the ratio of ETH to LGBCoin in the pool changes, driving up the price of LGB due to increased demand. Once the price has been pumped, the project owners execute the dump - they use their initial and, possibly, additional LGBCoins to perform a disproportionately large sale. They swap their LGBCoins for ETH, which greatly and suddenly increases the ratio of LGBCoin to ETH in the pool, causing the price of LGBCoin to crash. Through these large sales, project owners extract the majority of ETH from the pool. This leaves other investors/holders with devalued LGBCoins, as the price drops due to the sudden oversupply of LGBCoin and sudden drop in demand. The project owners leave with significant profits in ETH, while other investors are left holding LGBCoin that has lost its value, often rendering irrecoverable losses. AnChain.AI has the capability to analyze transaction behavior to determine if a pump and dump scheme has taken place. AnChain.AI has begun this process by correlating wallet and transaction data with market analysis and social media announcements.

44. AnChain.AI's blockchain tracing tool is designed to analyze and trace transactions on the Ethereum blockchain. The first step is to review the transaction history of the defendant and promoter wallet addresses. Then, filter transactions by date, amount, and/or transaction ID. Within the filtered subset of transactions, CISO analyzes and verifies details such as From (address that sent cryptocurrency), To (address that received the cryptocurrency), Timestamp (exact time transaction was confirmed), Amount (amount of cryptocurrency transferred), and Transaction Fees (feeds paid to execute the transaction). The next step is to

13

trace the funds further by following the receiving address's transaction to determine if the funds have been moved or have remained.

45.    The combined use of peel chains and pass-through wallets provide a method for obfuscating transfer trails in an attempt to hide transaction activity. Breaking a large amount of cryptocurrency into smaller amounts and distributing among many transactions and addresses creates a complex network of transactions that can be difficult to trace. Using new, previously unconnected addresses makes it difficult to associate funds with an original owner. The use of clustering algorithms can identify wallets that are likely controlled by the same entity, which can be used to determine who authorized the transactions in a peel chain. AnChain.AI has begun analysis of  transaction patterns involving known defendant wallets provided in submitted evidence and have determined there is indication that peel chains and pass-through wallets have been used. However more in-depth analysis is required to confirm.

46.    Purchasers of LGBCoin were directed to independently acquire ETH and use it to swap for LGBCoins using the Uniswap decentralized exchange platform. There exists only one Uniswap liquidity pool to facilitate swaps of ETH for LGBCoins, the pool located at 0x1de76481f8881ed323ede2388095a59fda09be9b.[6] The liquidity pool was set up by users who contribute equal values of LGBCoin and ETH to the pool. This creates a market for these two assets, allowing users to swap ETH for LGBCoin and vice versa. The exchange rate between LGBCoin and ETH within this pool is determined by the ratio of LGBCoin to ETH. When users perform a swap, they change the balance of LGBCoin and ETH in the pool, which in turn changes the price. Purchasers of LGBCoin can be identified by accessing the transaction

---

[6] *See* https://etherscan.io/address/0x1de76481f8881ed323ede2388095a59fda09be9b.

history of this smart contract from November 2, 2021 to March 15, 2022 and filtering it by those that signify a swap of ETH for LGBCoin (as opposed to LGBCoin for ETH).

47.     AnChain.AI's CISO blockchain analysis tool can trace transaction histories of the defendant wallets. This data can be used to link the flow of funds between wallets and transactions. CISO can analyze the specific time frame from token launch, determining the distribution patterns of tokens before the price of the token was "pumped", through the token crash, when the token was "dumped".

### 5.     CALCULATING DAMAGES

48.     The amount paid for the LGBCoins can be determined by inspecting the transaction history for the liquidity pools which facilitated the swap. Each ETH-LGBCoin swap transaction reports the amount of ETH paid and the number of LGBCoins received in return. The USD value of the ETH at the time of the swap can be determined by referencing publicly available historical price data. AnChain.AI can perform this analysis.

49.     Gas fees are transaction fees paid out to Ethereum transaction validators who facilitate activity on the Ethereum network. These fees are variable and are based on network congestion and the complexity of the transaction being performed. Gas fees are paid for all Ethereum transactions and paid directly to the transaction validators, not the seller, and so should be excluded from the calculation of damages.

50.     The value of a digital asset can be converted into US dollars by referencing pricing data feeds which aggregate and combine pricing data from multiple centralized and decentralized markets.

51.     The methodology presented is based on the US dollar value of the tokens used to purchase the LGBCoins and is not affected by the exchange used. The US dollar value is based on historical price data which is derived from price data aggregated from multiple centralized and decentralized exchanges.

52.     The following example shows the damages methodology as applied to the class member Shawn Key with the wallet address 0x1D3204eE63F5bB955C49651c169eA3504210B9bF7

| Date | Trade Type | Spent | Received | USD Value |
|---|---|---|---|---|
| 12/29/2021[8] | Buy | 1.435019781701479881 WETH | 5,500,000,000.000000003128883043 LGB | $5,248.26 |
| 12/29/2021[9] | Buy | 0.52 WETH | 1,985,967,203.592811757132633099 LGB | $1,901.78 |
| 12/30/2021[10] | Buy | 0.966311489979232692 WETH | 3,502,350,000.000000002176384367 LGB | $3,594.55 |

Total number of unsold LGBCoins:          10,988,317,203.6
Current value of unsold LGBCoins:          0.000786297 WETH ($1.53)

           $5,248.26
+       $1,901.78

---

[7] *See https://etherscan.io/address/0x1D3204eE63F5bB955C49651c169eA3504210B9bF*
[8] *See https://etherscan.io/tx/0xb0f79e9aece3f06269e79bc338c4812822cee3129905266ec74af88c6cdb9602*
[9] *See https://etherscan.io/tx/0xf2a59be757fddd1f5889d76e29a10ec88e90af11cca97c5e738e4252f9f5ef24*
[10] *See https://etherscan.io/tx/0xa56f0dc0562e6ade11a27831f5df52b5966a5b3b366e1b79f248051a158b152b*

|   |   |   |
|---|---|---|
| + | $3,594.55 | |
| - | $1.53 | |
|   | $10,743.06 | |

The sum of the dollar amount of Mr. Key's three purchases minus the current value of his unsold tokens equals $10,743.06. Appropriate interest could be added to that total if necessary.

## 6.   NOTICE TO THE CLASS

53.   Identifying a wallet address on a public blockchain ledger, and connecting that wallet to an exchange or "Virtual Asset Service Provider" (VASP) provides the opportunity to identify the owner of the wallet via court order to these entities in order to obtain "Know Your Customer" (KYC), which contains identifying information.  In addition, it is possible that the exchange or VASP contains login IP addresses for particular wallets which would identify a possible location unless the individual used an IP masking methodology such as a Tor browser or VPN.

54.   AnChain.AI has the ability to notify the wallet owners identified through the KYC process via blockchain messaging, and/or through additional research via databases available to private investigators and attorneys (including TLOx and IRBSearch) in order to identify the current addresses and contact information of putative class members.

55.   Additional notice can be provided via "airdrop" to all wallets that purchased LGBCoins.  Rather than depending solely on traditional means of notice, using airdrop can address delivering notice to anonymous users.  This method has recently been successfully used to serve an unknown individual with a lawsuit by sending a so-called "Service Token" to a known wallet address of said

individual.[11]  Similarly, service of documents by airdrop was permitted by the Supreme Court of New York in January of 2022.  There, the court allowed the plaintiff to serve a copy of the court's order, including the complaint, upon the unknown defendant via airdrop of a "special purpose token."[12]  The token itself included a hyperlink with access to the complaint and court's order.  A similar "Notice Token" in this action could be created and airdropped to all wallets that purchased LGBCoins.

56.    I understand that discovery is not completed in this case. I reserve the right to amend this Declaration should additional information come to my attention through further investigation or discovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 17, 2023, in Cleveland, Ohio.

*Brennan Long*
Brennan Long (Nov 17, 2023 18:16 EST)

Brennan Long

---

[11]    https://www.jdsupra.com/legalnews/you-ve-been-airdropped-courts-approve-6386141/#:~:text=Rather%20than%20depending%20on%20traditional,identity%20in%20July%20of%202022.

[12]    *See* Order to Show Cause and Temporary Restraining Order, *LCX AG v. John Doe Nos. 1-25*, Index No. 154644/2022 (N.Y. Sup. Ct. June 3, 2022).

# Brennan J. Long, MA

Cell: 602-790-6843
brennan.long@anchain.ai
https://www.linkedin.com/in/brennanlong1/

---

## Professional Experience

---

**Head of Law Enforcement Coordination and Investigations**
**AnChain.AI**
San Jose, CA   05/2023 – Present

- Design proactive blockchain targeting methodologies to identify criminal actors tied to human trafficking, child exploitation, drug trafficking, terrorist finance, money laundering and fraud.
- Develop and implement strategies to assist and train law enforcement in blockchain/cryptocurrency/Web3 investigations (track/trace and smart contract tools).
- Manage and review intelligence collection, production and dissemination of Web3, blockchain and cryptocurrency intelligence products.
- Coordinate cryptocurrency/Web3 investigations to assist law enforcement in ongoing investigations.
- Intelligence liaison to law enforcement partners, private sector and the US Intelligence Community.
- Smart contract audit and investigations.

**Licensed Private Investigator**
**SII – Security Intelligence Integration, LLC**
Cleveland, OH   05/2022 - Present

- Licensed private investigator
    - Field investigations, research, intelligence gathering, interviews and report writing
    - Development and execution of complex investigations

**Supervisory Intelligence Analyst**
**Federal Bureau of Investigation**
Cleveland, OH   10/20 – 04/22

- Intelligence Coordinator for the Cleveland Division
    - Designed and implemented intelligence strategies at the strategic, operational and tactical levels to support global threats and investigations.
    - Orchestrated strategic intelligence production, collection and targeting of criminal networks

**Intelligence Analyst**
**Law Enforcement Intelligence**
**Federal Bureau of Investigation**
Chicago, IL   10/18-10/20

- Developed law enforcement intelligence operations across the Chicago region
    - Predicate enterprise investigations targeting multi-jurisdictional criminal networks (gangs, gun trafficking, drug trafficking, organized retail theft, scrap metal theft, cargo theft, motor vehicle theft)

EXHIBIT
A

**Supervisory Intelligence Analyst**
**Federal Bureau of Investigation**
Chicago, IL   01/12-10/18

- Led an intelligence team of 15-25 personnel in a high-stress/ fast-paced environment focused on: Counter Terrorism/Joint Terrorism Task Force, Gangs/Violent Crime, White-Collar Crime, and Crisis Response Team

**Intelligence Analyst**
**Federal Bureau of Investigation**
Chicago, IL 1/09-1/12

- Monitored all-source intelligence, analyzed and disseminated global threat assessments on International Terrorism and Gangs/Violent Crime
- Tactical support to law enforcement criminal investigations

**Counterintelligence Staff Office**
**United States Northern Command/NORAD**
Colorado Springs, CO 8/03-1/09

- Developed and executed multi-agency national level counterintelligence strategy and operational response (DoD, FBI, CBP, DHS), national intelligence collection, coordinated multi-agency analysis teams, and disseminated national level intelligence assessment for operational and strategic use

**Counterterrorist Analyst**
**US Northern Command/NORAD**
Colorado Springs, CO 12/02-08/03

- Monitored all-source data intelligence, analyzed collection, disseminated/briefed global threat assessments daily to executive management and the intelligence community

**Intelligence Supervisor**
**Phoenix Police Department**
Phoenix, AZ 11/98-12/02

- Provided daily tactical intelligence support to investigations and Joint Terrorism Task Force in Gangs/Violent Crime and International/National Terrorism

**Military Assignments**

---

**Intelligence Officer (Ret.)**
**US Navy Reserve**
2004 – 2017

- Led intelligence team (5-25 personnel) in tactical, operational and strategic assignments across the globe.  All-source intelligence monitoring, analysis and dissemination of products (written and briefings covering regional and global threats) – Counterinsurgency targeting operations

**Assignments:**
Office of Naval Intelligence
Naval Special Warfare Group One
Seal Team Seven
Defense Intelligence Agency
USEUCOM - Joint Analysis Center

## Education

- **MA (Master of Arts) Intelligence Studies** 2016
  American Military University Manassas, VA

- **BS (Bachelor of Science) Criminal Justice/Criminology** 2000
  Ball State University Muncie, IN

# Jordan Cates

317-753-6636 | jlcates42@gmail.com | LinkedIn | GitHub

## PROJECTS

**IHackNFT** - IHackNFT
● Wrote Ethereum-based Decentralized Finance "Flash Loan" challenge using Solidity and React. Solution led players to perform a Denial of Service attack to exploit dangerous strict inequalities, Smart Contract Weakness-132.

**AnChain.AI 2022 Web3 Risk Report** - Web3 Risk Report
● Contributed summary of Web3 phishing technique in "Web3 Phishing: Crypto Drainer" section in collaboration with the AnChain.AI Threat Intelligence team lead.

**CTF Platform** - RSA Conference 2022
● Designed MySQL database schema and translated into codified models leveraging Python's SQLAlchemy (Object Relational Mapper) library.
● Designed class-based serializers and integrated using Python's Marshmallow library.
● Collaborated on function-based endpoint logic using Python and secured endpoints using JSON Web Token (JWT) authentication for admin, competition, and team API calls.
● Designed user-facing challenge menu and developed functionality with Angular Materials UI library, Typescript, and HTML.

**Crypto101 CTF** - Live App | RSA Conference 2022 | %27 Hack Miami
● Created content outline detailing 8 introductory categories and 37 topics covering classic and modern cryptography.
● Managed team of 2 in timely delivery of 52 challenges.

**Alpac@tack** - Github (backend sample)
● Designed red team attack box, implemented solution using Atomic Red Team's Python framework (Atomic Operator), automated server configuration using Bash shell scripting, and manually tested honeypot detection of over 60 atomics (tests) leveraging MITRE ATT&ACK techniques.
● Designed vulnerable defense box, implemented solution using Tpot honeypot, Wireshark, Splunk, Wazuh, and Velociraptor, automated machine configuration using Bash shell scripting.
● Collaborated on Django REST Framework model, serializer, view, and url development using Python and implemented JSON Web Token user authentication scheme into API.

**Protecting Your Smart Contracts Against Hacks, Scams, and Exploits** - DCentral

Miami ● Presented a workshop on common vulnerabilities of smart contracts in blockchain

ecosystems. **Intro to Terraform for Threat Emulation** - RSA Conference 2022 | %27 Hack

Miami

EXHIBIT

B

● Performed live technical demonstration of Terraform, Pacu, Checkov, and Terragoat.

## PROFESSIONAL EXPERIENCE

### AnChain.AI, San Jose - *Developer Advocate*

September 2022 - PRESENT

● Assess feasibility, collaborate with engineering teams, and integrate Risk Management product suite into Web 3.0 products over 8 partnership blockchain ecosystems.
● Develop Smart Contract Fundamentals, Investigations courses for AnChain University.
● Coordinated across multiple departments to revamp Risk Management API product documentation. (staging)

### Bay Area Cyber League, CA - *Technical and Admin Team Lead*

June 2021 - September 2022

● Oversaw Bay Area Cyber League's technical and admin team of 7 in all phases of software development cycle for on-time delivery of 9 applications serving more than 1000 users over 13 events.
● Performed extensive application security testing aligned with OWASP top ten document using Burp Suite, Postman, Wireshark, DIRB, Nikto, and source code auditing.
● Provided training and technical support to 20 summer camp teaching assistants over 4 sessions.

### Bay Area Cyber League, CA - *Lead Teaching Assistant*

April 2021 - June 2021

● Facilitated delivery of intro, intermediate, and advanced virtual CyberSecurity summer camp curriculums with 3 instructors for 150 middle and high school students in collaboration with 20 Bay Area Community Colleges over 6 weeks of camp.
● Moderated Bay Area Cyber League Discord competition server with 1,115 members using bots and managed 6 Discord servers for camps as the central point of communication for campers, teaching assistants, and instructors.

## EDUCATION AND CERTIFICATIONS

### City College of San Francisco, SF

May 2022

Associates of Science in Computer Science

May 2022

Certificate of Achievement in Advanced Cybersecurity

### CompTIA

Linux+ ce, 2022

## AWARDS

● Placed 1st in AppSec Village CTF in Cryptography at RSA Conference 2022 | AppSec Tweet ● Recipient of Women in CyberSecurity Student Scholarship - 2023, 2022
● Featured in Bay Area Cyber League Feb & March Newsletter - Admin Highlight | BACL Newsletter

- Placed 1st of 12 competitors in Wireshark CTF at CircleCityCon 2021 | Final Scoreboard

# PHILIP A. WERLAU

973.610.6757 | PhilipWerlau@gmail.com

CYBERSECURITY ANALYST ◆ SOFTWARE ENGINEER ◆ CONSULTANT

## PROFESSIONAL EXPERIENCE

**AnChain.AI** | San Jose, California                                             December 2021 – Present
THREAT INTELLIGENCE ANALYST
  -Lead investigations into cryptocurrency transactions related to hacking and money laundering cases.
  -Perform smart contract code audits for government institutions and large blockchain companies.
  -Lead the development of an Ethereum NFT platform and associated web storefront.

**Vijilan Security, LLC** | Miami, Florida                               September 2016 – December 2021
SENIOR SECURITY ENGINEER: August 2019 – December 2021
  -Primary Security Information and Event Management (SIEM) Architect responsible for conceiving,
  designing, and implementing parsing and normalization, security alerts, reporting, and device support for
  a custom SIEM solution.
  -Designed and developed a framework and process to standardize development of parsers with
  normalization to enable vendor agnostic alerts and queries.

 SOC MANAGER: August 2017 - August 2019
  -Managed a team of 6 analysts: responsible for training, hiring, and shift scheduling.
  -Defined standard operating procedures for incident handling.
  -Served as the ultimate escalation point for security issues and was involved in all critical investigations.
  -Kept operations running 24/7 during a hurricane with power and phone system outages by rapidly
  deploying new infrastructure. Afterwards, created a robust emergency contingency plan to improve
  operational continuity and migrated on-cloud.
  -Led response for a ransomware incident impacting a court system.

SOC ANALYST: September 2016 - August 2017
  -Responded to security alert tickets generated by a SIEM.
  -Performed event log forensics to determine source and validity of potential threats.
  -Alerted customers to potentially urgent threats to their network security and provided them with
  detailed security recommendations.

**Cipherknot, LLC** | Miami, Florida                                             March 2016 – July 2016
 LEAD DEVELOPER FOR A NETWORK SECURITY COMPANY
  -Created undetected, user-friendly Remote Access Toolkit for Windows and OSX to assess client security.
  -Designed and implemented a system allowing remote vulnerability scans of local area networks.

<div style="border:1px solid black; text-align:center;">

**EXHIBIT**

**C**

</div>

**Intelligent Hearing Systems** | Miami, Florida                    March 2015 – September 2015
QUALITY ASSURANCE TECHNICIAN FOR A MEDICAL DEVICE MANUFACTURER
  -Created a suite of software tools to assist in code reviews for quality control purposes.
  -Designed a system to transition to digitally signed electronic records for FDA compliance.

**DealerAPS** | Doral, Florida                                   September 2011 – September 2014
SOFTWARE DEVELOPER / GENERAL IT FOR AN AUTOMOTIVE MANAGEMENT COMPANY
  -Developed an API to create an iPad version of the company's software.
  -Developed and deployed rapid hotfixes and new features to the existing software.
  -Provided support to domestic and international customers with hardware and software issues.
  -Formalized and documented the server configuration and deployment process.

**Freelance Web Developer**                                     January 2007 – September 2011
WEB DEVELOPER
  -Created an RSS-based Flash photo gallery to eliminate the need for manual updates.
  -Developed custom software for various clients and provided support for their websites.

**Free Society Project, Inc.** | Chatham, New Jersey             June 2007 – August 2010
WEB DEVELOPER / GENERAL IT FOR A NON-PROFIT ORGANIZATION
  -Created a web application to automate, manage, and streamline large email lists.
  -Created a suite of web tools for faster multimedia deployment.
  -Provided support for the organization's database and website.

## PROFESSIONAL COMMUNITY ENGAGEMENT
-Active member of %27/HackMiami cybersecurity group, including giving talks and hosting events.
-Active member of the South Florida chapter of the Information Systems Security Association (SFISSA).
-Capture the Flag (CTF) Experience: 4th place at DEFCON ICS CTF, 2019 and 2021; 1st place at South Florida ISSA Advanced CTF event, 2019, 2nd place 2020 & 2021.

## OTHER
-Intermediate proficiency in Spanish.