**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ERIC DE FORD, SUSAN BADER, SHAWN R. KEY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES KOUTOULAS, LGBCoin, LTD.<br><br>    Defendants. | ) Case No.: 6:22-cv-00652-PGB-DCI<br>)<br>)<br>)<br>) CLASS ACTION<br>)<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

### *RENEWED* DEFENDANTS' MOTION TO WITHDRAW

**COMES NOW**, Nicole Martell, Esquire on behalf of Di Pietro Partners, PLLC proceeding under Local Rule 2.02(c), and hereby respectfully moves to withdraw from representing Defendants JAMES KOUTOULAS and LGBCoin, LTD. in this action, and states as follows:

1.      Di Pietro Partners, PLLC currently serves as counsel for Client in the above referenced case.

2.      Circumstances have arisen that require the undersigned to withdraw pursuant to Fla. R. Prof. Conduct 4-1.16(a).

3.      Counsel filed an Unopposed Motion to Withdraw on December 28, 2025 that comported with the Middle District of Florida's attorney form. (Doc. 537).

4.      To date, an order has not been entered permitting the undersigned to withdraw.

1

Given the requirements of Fla. R. Prof. Conduct 4-1.16(a), which form the basis of the undersigned's request, Di Pietro Partner's PLLC hereby files this *Renewed* Motion to Withdraw to further elaborate on the basis for its request.

5.    I certify that the client consents to the withdrawal.

6.    The withdrawal will result in the Defendants proceeding pro se at this time. All future communications should be directed to the client at james@koutoulaslaw.com or (312) 451-4088. The client's mailing address is 1300 Monad Terrace, Unit 4B, Miami Beach, FL 33139.

**WHERFORE,** the undersigned respectfully moves this court for an order permitting Nicole Martell, Esq. and Di Pietro Partners, PLLC to withdraw from representation of the Defendants.

### Local Rule 3.01(g) Certification

Plaintiffs did not oppose the previously filed Motion to Withdraw. Prior to this filing, counsel for the Plaintiffs and the undersigned attempted to conferred via email on January 14, 2025. The Plaintiffs agreed to provide a response promptly with their position. Due to the pending hearing on Friday, January 16, 2026, the undersigned had to move forward with filing, however, the parties will continue to confer and advise the Court accordingly.

Respectfully Submitted,

**DI PIETRO PARTNERS, LLP**
901 East Las Olas Blvd.
Suite 202

2

Fort Lauderdale, FL 33301
Primary Email Address:
*service@ddpalaw.com*
Secondary Email Address:
paralegal3@ddpalaw.com
Telephone: (954) 712-3070
Facsimile: (954) 337-3824

*/s/ Nicole Martell*
**NICOLE M. MARTELL, ESQ.**
Florida Bar No.: 100172
nicole@ddpalaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed and served through the Florida Courts E-Filing Portal to the Service List below on January 14, 2025.

*/s/ Nicole Martell*
**NICOLE M. MARTELL, ESQ.**
Florida Bar No.: 100172

3