# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| CLERK'S MINUTES |
| :---: |
| **Show Cause Hearing** |

## Case Number: 6:22-cv-652-PGB-DCI

**ERIC DE FORD, SANDRA BADER and SHAWN R. KEY,**

       **Plaintiffs,**

**v.**

**JAMES KOUTOULAS and LGBCOIN, LTD,**

       **Defendants.**

**Plaintiff's Counsel:** Aaron M Zigler, Sean Masson, Kevin McCormack

**Defense Counsel:** Nicole Marie Martell

| Judge: | **Paul G. Byron** | Court Reporter | Nikki Peters courttranscripts@outlook.com |
| --- | --- | --- | --- |
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | January 16, 2026 | Time: | 1:03 P.M. – 2:01 PM 58 minutes |

1:03 PM      Case called. Appearances taken. The parties discussed the Show Cause Order.

1:22 PM      Direct examination of James Koutoulas by Nicole Martell.

1:37 PM      Cross examination of James Koutoulas by Sean Masson.

1:40 PM      The Court questioned witness James Koutoulas.

1:49 PM      The parties requested a settlement conference with the Magistrate Judge. The Court granted that request. Order to enter.

1:59 PM      Plaintiff to submit a proposed Order by Tuesday, January 20, 2026. Defense will be allowed a 5-page response. Parties to notify the Court if the settlement conference is not completed by February 17, 2026.

2:01 PM      Court adjourned.