# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ERIC DE FORD, SUSAN BADER,                    ) Case No.: 6:22-cv-00652-PGB-DCI
SHAWN R. KEY, Individually and on             )
Behalf of All Others Similarly Situated,      )
                                              ) CLASS ACTION
　　Plaintiffs,                               )
                                              )
　　v.                                        )
                                              )
JAMES KOUTOULAS, LGBCoin, LTD.                ) JURY TRIAL DEMANDED
                                              )
　　Defendants.                               )

## *RENEWED* DEFENDANTS' THIRD MOTION TO WITHDRAW

**COMES NOW**, Nicole Martell, Esquire on behalf of Di Pietro Partners, PLLC proceeding under Local Rule 2.02(c), and hereby respectfully moves to withdraw from representing Defendants JAMES KOUTOULAS and LGBCoin, LTD. in this action, and states as follows:

1.　Di Pietro Partners, PLLC currently serves as counsel for Client in the above referenced case.

2.　The undersigned counsel previously moved to withdraw from representation in this matter on December 28, 2025 [ECF 537] and on January 14, 2026 [ECF 550]. Circumstances arose that required the undersigned to withdraw pursuant to Fla. R. Prof. Conduct 4-1.16(a).[1]

---

[1] The undersigned is obligated to maintain the attorney-client privilege and confidentiality, and therefore has been unable to provide additional information.

1

3.    Fla. R. Prof. Conduct 4-1.16(a) provides:

**(a)        When Lawyer Must Decline or Terminate Representation.**

Except as stated in subdivision (c), a lawyer **shall not represent** a client or, where representation has commenced, shall withdraw from the representation of a client if:
        (1)    the representation will result in violation of the Rules of Professional Conduct or law;
        (2)  the lawyer's physical or mental condition materially impairs the lawyer's ability to represent the client;
        (3)  the lawyer is discharged;
        (4)    the client persists in a course of action involving the lawyer's services that the lawyer reasonably believes is criminal or fraudulent, unless the client agrees to disclose and rectify the crime or fraud; or
        (5)  the client has used the lawyer's services to perpetrate a crime or fraud, unless the client agrees to disclose and rectify the crime or fraud.

Emphasis added. The circumstances are such that the undersigned is unable to provide additional information without jeopardizing professional obligations to maintain attorney-client privilege and confidentiality.

4.    Additionally, grounds permitting withdrawal under Fla. R. Prof. Cond 4-1.16(b), have also arisen:

**(b)  When Withdrawal Is Allowed.**  Except as stated in subdivision (c), a lawyer may withdraw from representing a client if:
        (1)  withdrawal can be accomplished without material adverse effect on the interests of the client;
        (2)    the client insists upon taking action that the lawyer considers repugnant, imprudent, or with which the lawyer has a fundamental disagreement;
        (3)  the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;
        (4)  the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or
        (5)  other good cause for withdrawal exists.

2

5.      On January 16, 2026, the undersigned appeared before the Court with Defendants for a Show Cause Hearing, at the conclusion of which, the Court requested that the undersigned remain as counsel for Defendants for purposes of attending mediation with a general magistrate and would permit the undersigned to renew the instant motion after the mediation. The undersigned agreed to remain as counsel for said purpose.

6.      Mediation was held on February 19, 2026 and a follow up conference with Judge Hill, who served as mediator, was held on February 25, 2026 in further attempt to resolve the matter.

7.      Mediation efforts have since concluded without a resolution to this matter and the circumstances requiring the undersigned to withdraw pursuant to Fla. R. Prof. Conduct 4-1.16(a) remain, despite all good faith efforts, as such the undersigned respectfully renews her request to be permitted to withdraw from representation of the Defendants.

8.      Defendant LGBcoin, LTD. understands that a legal entity must retain counsel under Florida law.

9.      I certify that James Koutoulas, consents to the withdrawal of representation of Mr. Koutoulas individually, however, he does not consent to withdrawal of representation of LGBcoin, LTD. due to the need to obtain new counsel and Mr. Koutoulas being unable to be admitted pro hac at this time.

10.    The withdrawal will result in the Defendant Koutoulas proceeding pro se in

his individual representation at this time. Defendant LGBcoin, LTD. has been aware of the undersigned's initial Motion to Withdraw on December 23, 2026. This matter is set for trial starting on July 6, 2026, providing ample time to retain new counsel to prepare without prejudice. There are irreconcilable differences that prevent the undersigned's continued representation under Fla. R. Prof. Conduct 4-1.16 (a) and (b), which cannot be overcome.

11. All future communications should be directed to the James Koutoulas at james@koutoulaslaw.com or (312) 451-4088. The client's mailing address is 1300 Monad Terrace, Unit 4B, Miami Beach, FL 33139.

**WHERFORE,** the undersigned respectfully moves this court for an order permitting Nicole Martell, Esq. and Di Pietro Partners, PLLC to withdraw from representation of the Defendants.

### Local Rule 3.01(g) Certification

While Plaintiffs have not previously objected to the relief requested, the undersigned was unable to confer prior to the filing of this motion. The undersigned will confer promptly and advise the court of Plaintiffs' position.

Dated: April 1, 2026

Respectfully Submitted,

**DI PIETRO PARTNERS, LLP**
901 East Las Olas Blvd.
Suite 202

Fort Lauderdale, FL 33301
Primary Email Address:
*service@ddpalaw.com*
Secondary Email Address:
paralegal3@ddpalaw.com
Telephone: (954) 712-3070
Facsimile: (954) 337-3824

*/s/ Nicole Martell*
**NICOLE M. MARTELL, ESQ.**
Florida Bar No.: 100172
nicole@ddpalaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed and served through the Florida Courts E-Filing Portal to the Service List below on April 1, 2026.

*/s/ Nicole Martell*
**NICOLE M. MARTELL, ESQ.**
Florida Bar No.: 100172

5