**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ERIC DE FORD, SUSAN BADER, SHAWN R. KEY, Individually and on Behalf of All Others Similarly Situated, | ) Case No.: 6:22-cv-00652-PGB-DCI ) ) ) CLASS ACTION |
| Plaintiffs, | ) ) |
| v. | ) ) |
| JAMES KOUTOULAS and LGBCoin, LTD. | ) JURY TRIAL DEMANDED ) ) |
| Defendants. | ) |

**NOTICE CERTIFYING ONGOING CONFERRAL ON
RENEWED THIRD MOTION TO WITHDRAW (D.E. 608)**

COMES NOW, Defendants, JAMES KOUTOULAS and LGBcoin LTD, and pursuant to Local Rule 3.01(g), hereby advise and certify to the Court as follows:

1. Counsel for Defendants attempted to conferred via e-mail on April 2, 2026 and April 7, 2026, regarding the undersigned's Renewed Third Motion to Withdraw as Counsel (D.E. 608)("Motion").

2. On April 8, 2026, Plaintiffs advised they object to the relief requested in this Motion.

**Dated:** April 9, 2026.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 9, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses on the Electronic Mail Notice List.

Respectfully submitted,

**DI PIETRO PARTNERS, PLLC**
901 East Las Olas Blvd, Suite 202
Fort Lauderdale, FL 33301
Primary Email Address:
service@ddpalaw.com
Secondary Email Address:
paralegal@ddpalaw.com
Telephone: (954) 712-3070
Facsimile: (954) 337-3824
*/s/ Nicole Martell*
**NICOLE MARTELL, ESQ.**
Florida Bar No.: 100172
nicole@ddpalaw.com