**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ERIC DE FORD, SANDRA BADER and
SHAWN R. KEY,
                    **Plaintiffs,**

v.                                                      **Case No. 6:22-cv-652-PGB-DCI**

JAMES KOUTOULAS and LGBCOIN, LTD,

                    **Defendants.**

| UNITED STATES MAGISTRATE JUDGE: | Daniel C. Irick | COURTROOM: | Zoom |
|---|---|---|---|
| DEPUTY CLERK: | Tiffany Palmer | COUNSEL FOR PLAINTIFF: | Sean Masson<br>Mollie Chadwick<br>Kevin McCormack |
| AUDIO RECORDING: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | COUNSEL FOR DEFENDANT: | Nicole Martell<br>David Di Pietro |
| DATE/TIME: | April 14, 2026<br>2:01 P.M. – 2:29 P.M. | | |
| TOTAL TIME: | 28 minutes | | |

**CLERK'S MINUTES**
**Motion Hearing (doc. 608)**

Case called; appearances taken; procedural setting by the Court.
Renewed Third Motion to Withdraw as Counsel (doc. 608) addressed.
Ex-parte portion of the hearing (2:10 P.M. – 2:26 P.M.)
Motion due to be granted. Order to be entered.
Defendant, Mr. Koutoulas, permitted to file electronically through CM/ECF and receive electronic notices.
Court adjourned.