AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| ERIC DE FORD, SANDRA BADER, SHAWN KEY | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  6:22-cv-652-PGB-DCI |
| JAMES KOUTOULAS and LGBCOIN, LTD | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant LGBcoin LTD

Date:     05/12/2026

*Attorney's signature*

Harry Winderman, Esq.
*Printed name and bar number*

One Boca Place, Suite 205E
2255 Glades Road, Boca Raton, FL  33431

*Address*

Harry4334@hotmail.com
*E-mail address*

(561) 901-5110
*Telephone number*

(561) 434-0033
*FAX number*