UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIC DE FORD, SANDRA
BADER, and SHAWN R. KEY,

      Plaintiffs,

v.                              Case No: 6:22-cv-00652-PGB-DCI

JAMES KOUTOULAS and
LGBCOIN, LTD,

      Defendants.
_____/

## ORDER

This cause comes before the Court on *pro se* non-party Albert Sheeler's ("**Mr. Sheeler**") Renewed Motion to Intervene and Notice of Objection to Class Certification. (Doc. 560 (the "**Motion**")). Plaintiffs Erric De Ford, Sandra Bader, and Shawn R. Key (collectively, the "**Plaintiffs**") responded in opposition, and Mr. Sheeler replied. (*See* Docs. 580, 599). On April 28, 2026, Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 627 (the "**Report and Recommendation**")) recommending that the Court deny the Motion. (Doc. 627, p. 9). No party has filed an objection, and the time to do so has now passed.

After an independent *de novo* review of the record in this matter, and noting that no objections to the Report and Recommendation were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED AND ADJUDGED** as follows:

1.  Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 627), filed on April 28, 2026, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  Mr. Sheeler's Renewed Motion to Intervene and Notice of Objection to Class Certification (Doc. 560) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on May 15, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties

2