# RESPONSIVE EXHIBIT 2

### Response to Plaintiffs' Spreadsheet of Emails of Potential Purchasers/Class Members (Doc. 614-12)

Plaintiffs' Exhibit L lists fifteen names that Plaintiffs allege were concealed. Critically, every single entry in Plaintiffs' own spreadsheet includes a Bates production number --- meaning Plaintiffs received these names through Defendant's discovery productions. The spreadsheet thus refutes itself: it proves disclosure, not concealment. The table below responds to each individual.

| Bates Number | Name | Plaintiffs' Allegation | Actual Status | Defendant's Response |
|---|---|---|---|---|
| TYPHONHIGHLYCONF001 | Marty Salm | Concealed class member | Received free coins. Did not purchase LGBcoin. Not a class member. | Marty Salm received free LGBcoins --- he did not purchase them. The class is defined as purchasers. He is not a class member. His name was produced to Plaintiffs (as the Bates number confirms). |
| Carter_LGB862 | Andy Swan | Concealed class member | Produced in discovery with Bates stamp. | Name was produced in discovery as the Bates stamp confirms. Not concealed. Defendant did not communicate with him regarding LGBcoin. |
| Carter_LGB864 | John Burns | Concealed class member | Produced in discovery with Bates stamp. | Name was produced in discovery. Not concealed. |
| Carter_LGB864 | Bjondi Dervishi | Concealed class member | Produced in discovery with Bates stamp. | Name was produced in discovery. Not concealed. Defendant did not communicate with him regarding LGBcoin. |
| 03102023PRODKLE00337 | Tanner Schwarz | Concealed class member | Produced in discovery with Bates stamp. | Name was produced in discovery. Not concealed. |
| 03102023PRODKLE00343 | Anthony Marlowe | Concealed class member | Received 100% refund of OTC proceeds. Not a class member. | Anthony Marlowe received a full refund. He suffered no damages and is not a class member. His name was produced in discovery. |
| 03102023PRODKLE00597 | Carlos Ayala | Concealed class member | Produced in discovery with Bates stamp. | Name was produced in discovery. Not concealed. |
| 03102023PRODKLE01017 | Daniel Grimm | Concealed class member | Produced in discovery with Bates stamp. | Name was produced in discovery. Not concealed. |
| H&K_NASCAR_00002272 | Brian Rand | Concealed class member | Identified in NASCAR litigation discovery (produced by NASCAR's counsel). | This name came from NASCAR's own discovery productions (H&K prefix = Holland & Knight, NASCAR's counsel). Defendant did not conceal this name --- it was produced by a third party in a separate case. |
| 03102023PRODKLE00291 | Jeff Hanson | Concealed class member | Produced in discovery. Heckman's associate; executive at AHCREIT. | Jeff Hanson's name and email were produced in discovery, as the Bates number confirms. He is James Heckman's associate. Not concealed. |
| 03102023PRODKLE00291 | Lesley Wilhelmi | Concealed class member | Produced in discovery. Hanson's executive assistant. | Lesley Wilhelmi's name and email were produced. She is Jeff Hanson's executive |

| | | | | assistant. The very email chain Plaintiffs cite as Exhibit B in their Reply (Doc. 635) came from this production. Not concealed. |
|---|---|---|---|---|
| CTRL00000685 | Phil Potter | Concealed class member | Third-party discovery production by Potter himself. Former CFO of Bitfinex. | Phil Potter produced his own documents in discovery (CTRL prefix). His communications are cited in Defendant's surreply regarding the security classification issue. Not concealed. |
| CARTER_LGB0001254 | (No name --- note reads: "figured it out Typhon client who bought in OTC Fucking tool") | Concealed class member | Internal note expressing frustration. No name or email provided by Plaintiffs in their own exhibit. | Plaintiffs' own exhibit does not identify a name or email for this entry. It is an internal note. To the best of Defendant's recollection, this person was a trader working for Greg Gurevich whose name is unknown to Defendant. |
| 03102023PRODKLE00587 | Greg Gurevich | Concealed class member | Produced in discovery with Bates stamp. | Name was produced in discovery. Not concealed. |
| PRODKLE03879 | Chris Adkins | Concealed class member | Intern for trustee; paid for services, not a purchaser. | Chris Adkins was Defendant's law firm's intern who received LGBcoins as payment for services --- not a purchaser. He is not a class member. His name was produced in discovery. |

**Summary:** Every name in Plaintiffs' Exhibit L has a Bates production number, proving each was produced in discovery. Plaintiffs' own exhibit refutes their concealment claim. Two individuals (Salm and Marlowe) are not class members --- Salm received free coins and Marlowe received a full refund. One (Adkins) was an intern paid for services. One entry does not even identify a person. The remaining names were all produced in Defendant's discovery. There is no concealment.