From: **Aaron Zigler** <aaron@ziglerlawgroup.com>
Date: Sat, Jul 5, 2025 at 1:29 PM
Subject: LBGCoin - Summary Judgment Reply
To: Nicole Martell - Koutoulas <nicole@ddpalaw.com>

Niki:

Your brief is late.



Aaron Zigler
*Founder and Managing Attorney*
**Zigler Law Group, LLC**

p: (312) 673-8427
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: aaron@ziglerlawgroup.com