**From:** James Koutoulas on behalf of James Koutoulas <james@koutoulaslaw.com>
**Sent:** Tuesday, November 23, 2021 12:52 PM EST
**To:** Lesley Wilhelmi <LWilhelmi@ahcreit.com>
**Subject:** Re: Coinbase Sending Restricted

You're very welcome

James L. Koutoulas, Esq.
Managing Partner
Koutoulas Law, LLC
www.koutoulaslaw.com

---

**From:** Lesley Wilhelmi <LWilhelmi@ahcreit.com>
**Sent:** Tuesday, November 23, 2021 12:45:56 PM
**To:** James Koutoulas <james@koutoulaslaw.com>
**Subject:** RE: Coinbase Sending Restricted
Thanks for your patience. �55357;�56842;

**Lesley Wilhelmi**
**Executive Assistant to Jeff Hanson**
**Corporate Event Planner**

American ✚ Healthcare
REIT

**E:** lwilhelmi@ahcreit.com | **M:** (949) 270-9200 | **D:** (949) 270-9217
18191 Von Karman Avenue, Third Floor, Irvine, California 92612
www.AmericanHealthcareREIT.com

---

**From:** James Koutoulas <james@koutoulaslaw.com>
**Sent:** Tuesday, November 23, 2021 9:32 AM
**To:** Lesley Wilhelmi <LWilhelmi@ahcreit.com>
**Cc:** Jeff Hanson <jhanson@ahcreit.com>
**Subject:** Re: Coinbase Sending Restricted
Sorry about the hassle
James L. Koutoulas, Esq.
Managing Partner
Koutoulas Law, LLC
www.koutoulaslaw.com

---

**From:** Lesley Wilhelmi <LWilhelmi@ahcreit.com>
**Sent:** Tuesday, November 23, 2021 12:24:47 PM
**To:** James Koutoulas <james@koutoulaslaw.com>
**Cc:** Jeff Hanson <jhanson@ahcreit.com>
**Subject:** Coinbase Sending Restricted
James,
Account still restricted for sending. I send a ticket to support.
I will keep you posted.
Lesley

**From:** James Koutoulas <james@koutoulaslaw.com>
**Sent:** Monday, November 22, 2021 3:34 PM
**To:** Lesley Wilhelmi <LWilhelmi@ahcreit.com>
**Subject:** RE: Contact info
When sending is enabled, send 1000 USDC to this address as a test:
0x85e116b86839440c1e162c24a488b61e71d69207

**From:** Lesley Wilhelmi <LWilhelmi@ahcreit.com>
**Sent:** Monday, November 22, 2021 6:34 PM
**To:** James Koutoulas <james@koutoulaslaw.com>
**Subject:** RE: Contact info

**CONFIDENTIAL**                                                                                                  **LGBcoin003459**

**Assets**



**Lesley Wilhelmi**
**Executive Assistant to Jeff Hanson**
**Corporate Event Planner**

American Healthcare
REIT

**E:** lwilhelmi@ahcreit.com | **M:** (949) 270-9200 | **D:** (949) 270-9217
18191 Von Karman Avenue, Third Floor, Irvine, California 92612
www.AmericanHealthcareREIT.com

**From:** James Koutoulas <james@koutoulaslaw.com>
**Sent:** Monday, November 22, 2021 2:38 PM
**To:** Jeff Hanson <jhanson@ahcreit.com>; JCH@roundtable.io; Lesley Wilhelmi <LWilhelmi@ahcreit.com>; jjch@roundtable.io
**Subject:** RE: Contact info
This is the price per coin based on the fill below- 0.00000059173443864

**From:** Jeff Hanson <jhanson@ahcreit.com>
**Sent:** Thursday, November 18, 2021 2:54 PM
**To:** James Koutoulas <james@koutoulaslaw.com>; JCH@roundtable.io; Lesley Wilhelmi <LWilhelmi@ahcreit.com>;
jjch@roundtable.io; Jeff Hanson <jhanson@ahcreit.com>
**Subject:** Re: Contact info
The trade is confirmed.
Jeff Hanson
Chairman & Founder
American Healthcare REIT, Inc.
18191 Von Karman Avenue, 3rd Floor
Irvine, CA 92612
(949) 270-9202 direct
(949) 836-4800 cell
www.AmericanHealthcareREIT.com

**From:** James Koutoulas <james@koutoulaslaw.com>
**Sent:** Thursday, November 18, 2021 12:49:59 PM
**To:** JCH@roundtable.io <JCH@roundtable.io>; Jeff Hanson <jhanson@ahcreit.com>
**Subject:** RE: Contact info

**CONFIDENTIAL**                                                                                    **LGBcoin003460**

Hi Jeff, we are confirming an OTC trade of $1M USD worth of ETH, which is 244.7686814 ETH in exchange for 1,689,947,271,456 LGB tokens, which is at a 25% discount to the Uniswap market cap currently at $260,363,153 with an agreement that you do not liquidated any LGB within 30 days of this email.

Please confirm.

Best regards,

James

**From:** James Koutoulas
**Sent:** Thursday, November 18, 2021 2:26 PM
**To:** JCH@roundtable.io; jhanson@ahcreit.com
**Subject:** Contact info

Hi Jeff, nice to meet you. Here's my contact info

James L. Koutoulas, Esq.

Managing Partner

Koutoulas Law, LLC

www.koutoulaslaw.com

1.312.451.4088

**CONFIDENTIAL**                                                                                      **LGBcoin003461**