Philippe Bekhazi
2 November 2021

PB

15:49
Philippe Bekhazi
Have an interesting deal to discuss - got a minute soon? It's pretty short notice

PB

18:17
Philippe Bekhazi
Tried calling

PP

18:43
Phil Potter
will buzz you back in like 5 min
4 November 2021



PB

18:00
Philippe Bekhazi
Welcome to the club bro
18:00
LGB!

PP

18:03
Phil Potter
haha - yeah

PB

18:04
Philippe Bekhazi
4x already good trade

PP

18:12
Phil Potter
on paper - yeah - we'll see - lol

PB

18:17
Philippe Bekhazi
Yes we will see indeed
5 November 2021

PB

12:04
Philippe Bekhazi
Need your eth address for lgb
12:05
Make sure you customize metamask or whatever to see the LGB

PP

14:34
Phil Potter
0xF7474070F2B9843DF17e41213b6d89A1A6648b86

PB

15:17
Philippe Bekhazi


CONFIDENTIAL

Ok coming up

PP

16:17
Phil Potter
did you send it - don't see anything yet

PB

16:33
Philippe Bekhazi
I did
16:34



PP

16:40
Phil Potter
yeah - sorry - I see it now
8 November 2021

PB

12:46
Philippe Bekhazi
U getting in trouble with Wally? 😄 dont blame u wanted to do same haha
12:46
Will be interesting how this plays out

PP

12:47
Phil Potter
wary of situations like this
12:48
a bunch of big dumpers out there
12:48
not going to let myself get fleeced - lol

PB

12:48

CONFIDENTIAL

Philippe Bekhazi
Ya - i mean it's a binary in my mind
12:48
0 or gold

PP

12:48
Phil Potter
but I'm not a seller unless this thing has a nice move up

PB

12:48
Philippe Bekhazi
Cool

PP

12:50
Phil Potter
leaned on my friend for Coinmarketcap and coingeeko listings - want to see this go somewhere, but getting the
feeling that it may not be a serious effort or an effort with legs

PB

13:07
Philippe Bekhazi
i hear you
13:19
btw we got the greenlight from the BMA to operate the yield product
13:19
going live 11/18 full blast
9 November 2021

PB

08:20
Philippe Bekhazi
https://twitter.com/jameskoutoulas/status/1458060285982482441?s=28
08:20



PP

08:33
Phil Potter
In reply to this message
bought almost all of what I sold back, btw
08:33
even though it was small

PB

08:33
Philippe Bekhazi
Dont feel obligated - at some point it will be a free for all

PP

08:33
Phil Potter
but I will be a scale seller for small amounts as price moves hgiher

PB

08:33
Philippe Bekhazi
Yeah i hope we can too!!

PP

08:34
Phil Potter
dude - I'm a trader

PB

08:34
Philippe Bekhazi
third largest owner

PP

08:34
Phil Potter
not a meme lord

PB

08:34
Philippe Bekhazi
Yeah
08:34
I got a sticker for that
08:35
Sticker
Not included, change data exporting settings to download.
🌀 , 25.4 KB
08:35
Need to do a revised version for ya

CONFIDENTIAL

PP

08:35
Phil Potter
haha
10 November 2021

PB

07:23
Philippe Bekhazi
Price action not too shabby on LGB



CONFIDENTIAL

PGP and Jmes intros
3 November 2021
Walton Comer created group «PGP and Jmes intros» with members Walton Comer, Phil Potter and James Koutoulas

WC

17:07
Walton Comer
I thought you two should meet.
17:08
PGP is The Godfather of stablecoins, former CSO of bitfinex and international man of mystery.

James Kotoulous is the man and legend who single handedly took on JPM and GS to save the customer funds in the MFGlobal bankruptcy.
17:08
Also James is close to the let's go Brandon team. Talk amongst yourselves.

PP

17:20
Phil Potter
Hi James - pleasure to e-meet you

JK

21:57
James Koutoulas
hey Phil awesome to meet you, ridic pedigree
4 November 2021

PP

00:15
Phil Potter
Lol - Walton is good at flattery

JK

11:11
James Koutoulas
haha

PP

11:59
Phil Potter
so - talk to me about this token

JK

12:00
James Koutoulas
so as of now, just striaght meme coin, no value
12:00
want to make sure it stays free from any security token implications
12:01

CONFIDENTIAL

but its rocking, have a bunch of crypto billinoaires, meme lords, and a big market maker exec who bought in already
12:01
and we in talks with nascar to be lead sponsor on the brandon car
12:01
am open to ideas to develop coin further, do rewards or charity donation or some kind of functionality spin on it as long as we stay clear of security

PP

12:02
Phil Potter
yeah - interested at 250k level - what kind of deal can we get done here?

JK

12:03
James Koutoulas
cool. we been doing private sales at 50% of uni implied market cap
12:03
gotta talk to dev tho cuz with nascar negotiation they kinda want to have us stop selling til confirmed
12:05
fuck sorry devs saying 75% of market cap only

PP

12:22
Phil Potter
and what is implied mkt cap rn?

WC

12:22
Walton Comer
53mm

JK

12:55
James Koutoulas
walt and I hamered devs. they lettting me do 200k at 27M val if that works

PP

12:58
Phil Potter
k
12:58
done

JK

13:01
James Koutoulas
cool
13:01
0x40EcF54ad6339e0b346a48F4907661bDE67DD4d0
13:01
running out for an hour

CONFIDENTIAL

JK

14:03
James Koutoulas
kk im back

PP

14:21
Phil Potter
Sorry in a meeting - will be done shortly - what is net amount of ETH due?

JK

14:23
James Koutoulas
no rush, let me calculate
14:24
44.71
14:30
nascar is raging at us for doign otc lol

PP

15:16
Phil Potter
eth coming this afternoon

JK

15:55
James Koutoulas
cool
5 November 2021

JK

17:23
James Koutoulas
hey Phil, you have any luck with coin gecko or coin market cap?

PP

18:10
Phil Potter
Maybe coinmktcap
18:11
Oh - you're asking the other phil
18:11
I know one of the founders of coinmarketcap, but he hasn't been involved for a while
18:12
Oh - @philbek isnt in here

JK

19:30
James Koutoulas
was asking you if you talked to him because walt said you knew him



6 November 2021

PP

07:22
Phil Potter
havent yet, but will

JK

10:44
James Koutoulas
cool thanks

PP

12:54
Phil Potter
my guy is on it
12:54
he can also help me with coingeeko and etherscan

JK

13:05
James Koutoulas
awsome thank you
13:05
etherscan seems to have some bug where its not escaping the ' properly

PP

13:09
Phil Potter
scott walker also pinged my friend about it - so he's on it for sure
13:12
is there a website?
13:13
nevermind - found it
13:21
actually what I found is this www.LetsGoBrandonCrypto.net but it's on BSC
13:21
so - that's not us - do we have a website?

JK

13:35
James Koutoulas
we LGBcoin.io
13:35
scott working on getting us professional web designer/artist



Walton Comer
3 November 2021

WC

13:31
Walton Comer
Phil Potter
Missed
13:32
You familiar with the let's go Brandon token?
13:32
https://v2.info.uniswap.org/token/0x21e783bcf445b515957a10e992ad3c8e9ff51288
13:33
https://jeffreycarter.substack.com/p/congratulations-to-an-unsung-american
13:34
this is starting to take off... they are close to the brandon nascar team as well. I know a lot of the guys who are in this. can get you some otc

PP

15:12
Phil Potter
interesting

WC

17:20
Walton Comer
Sent you and intro to James kotoulous. He's away from tg for a few hours so can't respond till tonight

PP

17:26
Phil Potter
kk
4 November 2021

WC

12:29
Walton Comer
Phil Potter
Incoming (17 seconds)
12:29
Can you take a quick call

PP

12:38
Phil Potter
Walton Comer
Outgoing (514 seconds)

WC

13:00
Walton Comer

CONFIDENTIAL

He can do 200k at 50% discount. You guys should chat a little if you can.

PP

13:01
Phil Potter
yeah - I accepted in the other chat
13:01
he just posted his ETH address
13:02
can you settle with him and I will transfer funds

WC

13:06
Walton Comer
Yes we can handle the the trade
13:06
Just confirm the trade with him and I'll get my team to handle the rest

PP

14:20
Phil Potter
It's in the chat that you're in with us

PP

14:51
Phil Potter
44.71 ETH to 0x40EcF54ad6339e0b346a48F4907661bDE67DD4d0

WC

15:15
Walton Comer
btw good trade
15:15
mc just jumped up to 93mm
15:15
we will complete the settlement later this afternoon
15:15
I;ve been tied up in calls

PP

15:15
Phil Potter
k

PP

CONFIDENTIAL

16:11
Phil Potter
where can I see the market for this token?
16:12
what chain is it on?

WC

16:12
Walton Comer
https://v2.info.uniswap.org/token/0x21e783bcf445b515957a10e992ad3c8e9ff51288
16:12
330tt total outstanding tokens.
16:12
Now at 100mm
16:13
I need an email address to send confirm to you from

PP

16:13
Phil Potter
philgpotter@gmail.com

WC

16:40
Walton Comer
ok paul putting together confirms to go to your mail. will be 200k for lgb at 26mm mc
16:41
330tt lgb outsatding... so thats 2.53846tt LGB
16:43
what legal entity? you personally?

PP

17:09
Phil Potter
Potter Ventures LLC
5 November 2021

WC

10:02
Walton Comer
need an lgb addy?
6 November 2021

PP

17:29
Phil Potter
so - a good person to bring into this is btcvix - he runs Satoshi Street Bets room which has thousands of degens in it - he could be a really good promoter for LGB

WC

19:35
Walton Comer
Yeah I intro'd him a few days ago. But haven't had a chance yet to talk to him about it
8 November 2021

WC

CONFIDENTIAL

12:26
Walton Comer
Phil Potter
Missed

PP

12:28
Phil Potter
hey

WC

12:28
Walton Comer
Dude I'm getting calls from the lgb guys asking why coins are being dumped hard.

PP

12:30
Phil Potter
hard? lol - selling a small fraction to offset basis, but not selling any more until price goes higher
12:31
there are others dumping way harder than me
12:31
just doing a little risk management in case this thing collapses

WC

16:12
Walton Comer
You cost me a lot of credibility. Only one other known party sold and that was half as much as you did. The rest
of selling were retail algos that had bought earlier. And we're just front running the flows.

PP

16:14
Phil Potter
well that's a shit ton of dumping compared to me
16:17
can't talk atm
16:17
will be able to chat in 20 min

WC

16:17
Walton Comer
Phil Potter
Declined

WC

CONFIDENTIAL

16:53
Walton Comer
You free?

PP

18:14
Phil Potter
bought almost all of it back, btw
18:14
so you can let them know that
18:16
i know I am going to regret it though
18:18
ive seen this playbook before - "retail" guy bids up the pool - devs sell to whales at a "discount" - "retail guy"
dumps hard, but whale must allow himself to get beached...
11 November 2021

PP

10:34
Phil Potter
btw - lots of dumping going on by top 20 addresses
2 December 2021

WC

10:33
Walton Comer
Send me the contact info of your assistant. My peeps want to hook her up with driver for you

PP

14:38
Phil Potter
Allison got it all sorted - tyvm!

WC

23:12
Walton Comer
Phil Potter
Missed
23:12
Call me I have invites for you all
11 December 2021

WC

22:53
Walton Comer

PP

Phil Potter 11.12.2021 14:42:27
My son wasn't feeling well last night - fever - tested positive on home kit then inconclusive on second home kit.
He just had second Pfizer dose 10 days ago. Wife was insisting that he should now quarantine with me. I'm like
"no PCR no 100%" fuck no, kid cannot hangout with with me until we know for sure. Big fight ensues - my
excessive ways have brought this plague to our doorstep, blah, blah, blah. I am ruining Xmas on purpose, blah,
blah, blah. Why am I so selfish that I can't comfort my sick son, etc.

WC

22:53
Walton Comer

Christ dude. I feel you. That was my life for 7 years.
22:55
Really feel for you brother.
12 December 2021

PP

10:23
Phil Potter
my world is a fucking nightmare right now

WC

12:10
Walton Comer
I'd give you a hug when I'm in town later today… but you are untouchable with COVID. Lol.
12:11
Your crypto family loves you unconditionally, if a bit disfunctionally.

PP

13:05
Phil Potter
indeed
13:05
but yeah - very thankful for crypto fam
17 December 2021

WC

15:22
Walton Comer
Getting grief from Koutoulas re "someone" selling into the lgb rallies and it's preventing the lgb from taking off.
I presume that "someone" is nearly done with their derisking?

PP

15:27
Phil Potter
i aint selling much at all - I am a tiny fraction of the volume
15:29
much bigger sellers out there - pretty sure i am like close to zero impact on this
18 December 2021

PP

12:18
Phil Potter
is this what you're talking about?

PP

12:18
Phil Potter

JK

James Koutoulas 18.12.2021 11:16:30

CONFIDENTIAL

I bought a bunch more on the plane last night after beta cuck Brian derosa who conned dev team for discounted coins dumped
28 January 2022

PP

17:17
Phil Potter
welp LGB - lol

WC

18:31
Walton Comer
Phil Potter
Incoming
18:34
Just saw this. There's a story there. Will tell you more. But in a nutshell there was a coup (not us) against Koutoulas and there will be an airdrop and new lgb management. They intentionally destroyed the market. I doubt they can rebuild any market trust… who knows. I just found out today.

PP

19:36
Phil Potter
yeah - spoke to James
19:37
but why is there no liquidity on the pool? at all? 2.3 ETH - james cant put any in there? seems a bit odd
19:37
or any of the devs or othere substantially large wallets?
8 February 2022

WC

22:52
Walton Comer
Do you or did you play D&D

PP

23:24
Phil Potter
Of course
23:25
Carson mentioned that you guys are looking at D&D nft play
14 February 2022

PP

13:41
Phil Potter
btw - this situation with LGB is total fucking bullshit

WC

14:08
Walton Comer
agreed
14:08



21:13
Yeah he came last week. But hana had a really rough delivery and was in hospital for 13 days.
21:14
She's on the mend now. And son is healthy.

PP

22:44
Phil Potter
Wow - ok - super glad to hear everyone is ok. Name?
22:45
Great photos btw - super cute
22:45
Congrats!
4 January 2023

PP

20:59
Phil Potter
just got subpoenaed in LGB coin BS

WC

22:05
Walton Comer
Fuck, sorry to hear that.
5 January 2023

PP

05:37
Phil Potter
Long list of people in there - surprised you're not on there

CONFIDENTIAL

WC

08:16
Walton Comer
I'm surprised the list is broad and that you are on it. Why would they care about you or I? Presumably they are
interested in the core founders and decision makers. People like you and I were in the periphery.

Koutoulas may be happy being a lightening rod and enjoy the notoriety. It really sucks that others are around the

lightening strike.

I regret ever introducing you and others to him as this is going to cause good people undue stress, time and legal fees.

PP

08:20
Phil Potter
Yup

WC

08:35
Walton Comer
Also I hope there is no truth to the justice department being weaponized against conservatives. From the outside looking in it certainly feels like there is a strong bias against conservatives and to go at them wherever possible. Even if it requires making up crimes.
08:36
That's the scary part. Not being able to trust that Justice is impartial.

PP

09:36
Phil Potter
it's a civil action - some guy named Eric De Ford is plaintiff

WC

10:04
Walton Comer
oh its a nuisance suit....

WC

12:26
Walton Comer
any reason why signature wouldn't just take over silvergate at these prices?

PP

12:33
Phil Potter
Unknown contingent liabilities?

WC

13:48
Walton Comer
thats fair
13:48
also I suppose they might be close to being forced into liquidation by fed
13:49
they may not have nay book value left due to the change in interest rates.
2 February 2023

PP

12:23

CONFIDENTIAL