11:50
Luchadude
In reply to this message
I don't think your concerns are unfounded, but I would reassure you they have kept their word. If NASCAR
didn't dump Brandon's sponsorship we would still have the old token. I see this fork as a great opportunity. If
you're an investor, let's try to encourage everyone. Keep the mood high over the next week. I love seeing that
people have received their tokens and this is working. We also need to emphasize that the coins are dropping
from the bottom up and they are coming. It's really happening.

There are indeed novice investors that have lost a lot with the original token and they need to understand their
money is coming back with more potential. When they arrive here looking for answers and all they see (and I'm
not saying you) is bickering about admins, where's my coins, and this is a scam; it creates confusion. Still we are
barely at a day and a half of the relaunch.