https://www.instagram.com/albertsheeler_/p/DUZ9Chhjiko/

      Chat

# Instagram

Log In    Sign Up



albertsheeler_ • Follow
Washington D.C.



**No comments yet.**

Start the conversation.



February 5

Comments on this post have been limited.

https://www.instagram.com/albertsheeler_/p/DUHpoEQDsVZ/

Instagram

Log In     Sign Up



albertsheeler_ ✓ • Follow     ...

No comments yet.

Start the conversation.

January 29

Comments on this post have been limited.

Case 6:22-cv-00652-PGB-DCI    Document 657-1    Filed 07/13/26    Page 3 of 4 PageID
16247

*Instagram*

Log In    **Sign Up**

**albertsheeler_** ✓ • Follow
New York, New York

...

**albertsheeler_** ✓   12w
The higher you go, the quieter it gets

⊕

# No comments yet.

Start the conversation.

♡   ▽                                    🔖

April 10

Comments on this post have been limited.

https://www.instagram.com/albertsheeler_/reel/DT5mbjYjgp1/

# Instagram

Log In    Sign Up

albertsheeler_ • Follow

albertsheeler_  23w
#neverquit

**No comments yet.**

Start the conversation.

January 24

Comments on this post have been limited.