

SERIAL ENTREPRENEUR | INVESTOR
BUSINESS & SALES STRATEGIST

asheeler@live.com

# Albert Sheeler ⊘ · 3rd

Turning Ideas into Impact | Business & Sales Strategist Driving Growth in Startups, Legal Tech, Venture Capital, Private Equity, Real Estate & PropTech | Proven 10X ROI

**Albert has a verification. You can add one too.**                                     ✕

Verified members get 60% more profile views on average.

 ⊘ Verify now

Epique Realty · Suffolk University

New York, New York, United States  · **Contact info**

**500+** connections

Message     + Follow     ···

## About

Every business starts with a vision but turning that vision into reality takes strategy, resilience, and the ability to seize opportunities where others see obstacles.

I've always been drawn to industries where innovation meets impact. From real estate and venture capital to legal tech and SaaS development, my journey has been about building, scaling, and transforming businesses into high-value ventures.

Over the years, I've founded and led multiple startups, successfully exiting companies through acquisitions and public listings, while also investing in high-growth businesses that disrupt industries.

💡 **What defines my approach**?
✔️ Innovation with Purpose – I don't just build businesses; I create solutions that fill market gaps.
✔️ Strategic Risk-Taking – Growth happens outside the comfort zone, and I thrive in navigating complex markets.
✔️ Integrity & Transparency – In business, credibility is currency. I believe in ethical leadership and governance.

✔️ Adaptability & Learning – Every venture, every investment, and every deal teaches something new.

📈 **My Journey So Far**…
I started in real estate and finance, successfully closing $10M+ in residential sales before expanding into venture capital. I then founded Colmed Pharmaceuticals, which scaled rapidly and was acquired by a publicly traded company, marking one of my biggest entrepreneurial wins.

My next move was in legal tech, where I developed CamLawyer.com, a CRM platform revolutionizing how lawyers manage clients and cases. Meanwhile, as an investor, I strategically funded Merrimet Inc., securing a 10x ROI, and have actively navigated crypto and public markets to maximize growth opportunities.

📌 **What's Next**?
I'm now looking to apply my expertise in business development, investment strategy, and corporate governance to new opportunities. Whether it's advisory roles, leadership positions, or strategic partnerships, I want to collaborate with visionary businesses, high-growth startups, and investment firms that share my drive for innovation and scalability.

If you're looking for a business leader, investor, or strategist with a proven track record in scaling ventures, structuring investments, and leading corporate growth, let's connect!

# Activity

1,171 followers

( + Follow )

**Albert Sheeler** commented on a post • 1mo

😍

---

**Albert Sheeler** commented on a post • 1mo

Luckys Mom

---

**Albert Sheeler** commented on a post • 1mo

My beautiful girlfriend

Show all comments →

# Experience



**Licensed Real Estate Salesperson**
Epique Realty · Full-time
Apr 2025 - Present · 1 yr 4 mos
Boston, Massachusetts, United States · On-site

Licensed Real Estate Salesperson
Epique Realty – Boston, Massachusetts… more

◈ **Entrepreneurship, Sales and +1 skill**

---



### Co-Founder
Abogados Colombia Pro
2023 - Present · 3 yrs 7 mos

Consulting law firms on business expansion, operational efficiency, and digital transformation
… more

◈ **Business Consulting, Legal Operations and +3 skills**

---



### Options & Crypto Investor
Self-employed · Self-employed
2021 - 2024 · 3 yrs
Remote

Developed high-stakes trading strategies in financial markets
… more

◈ **Cryptocurrency & Blockchain, Options Trading and +3 skills**

---



### Founder & CEO
Colverde MD
2019 - 2021 · 2 yrs

Led the company through a successful acquisition and public listing
… more

◈ **Healthcare Business Development, Corporate Strategy and +1 skill**

---



### Venture Capital Investor
MariMed, Inc.
2017 - 2017 · Less than a year

Strategic early-stage investment resulting in a 10x return
… more

◈ **Venture Capital, Private Equity and +3 skills**

---

Show all →

## Education



### Suffolk University

Bachelor's degree, Entrepreneurship/Entrepreneurial Studies

Though I continued only two semesters here, I gained foundational expertise in business
... more

---



### Tenafly High School

Developed a strong foundation in critical thinking, leadership, and problem-solving, which later
... more

---

## Projects (4)

### CamLawyer.com – Legal Tech CRM for Law Firms (Founder & Developer)

2023 – Present

Transforming legal client management with SaaS innovation
... more

◈ SaaS Development, CRM Development and +1 skill

---

### Corporate Governance & Financial Fraud Litigation (Pro Se Litigation)

2021 – Present

Independent securities law litigation across multiple jurisdictions
... more

◈ Corporate Governance, Securities Litigation and +3 skills

Show all →

---

## Skills (68)

### New Home Sales

Licensed Real Estate Salesperson at Epique Realty

**Entrepreneurship**

Licensed Real Estate Salesperson at Epique Realty

3 endorsements

Show all →

## Languages (3)

**English**
Native or bilingual proficiency

**French**
Native or bilingual proficiency

Show all 3 languages →

## Organizations

**Strategic Equities**
Executive Director · 2014 – 2017

Lead property acquisition and equity investments in real estate development.

**iRealty Companies**
President · 2011 – 2014