Case 6:22-cv-00652-PGB-DCI    Document 657-3    Filed 07/13/26    Page 1 of 1 PageID 16254

# EPIQUE

BUYERS     SELLERS     AGENTS     MORE     Register     Sign In



## Albert Sheeler

Agent

📞 Phone

+1(917) 913-6185

✉ Email

albertsheeler@epique.me

