## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ERIC DE FORD, et al,

　　　　　　　　　　Plaintiffs,

　　　v.

JAMES KOUTOULAS, et al.,

　　　　　　　　　　Defendants.

Case No. 6:22-cv-652-PGB-DCI

CLASS ACTION

### DECLARATION OF KEVIN MCCORMACK

I, Kevin McCormack, declare pursuant to 28 U.S.C. § 1746 as follows:

1.　　I am one of the attorneys for the Plaintiff class. I make the following statements based on my personal knowledge to authenticate documents submitted in support of the Response to Albert Sheeler's Motion to Proceed in Forma Pauperis and if called, I could competently testify to the matters stated herein.

2.　　Exhibit A to the Response is a series of screenshots from the website Instagram, reflecting public posts of @albertsheeler_, retrieved July 8, 2026.

3.　　Exhibit B to the Response is the public LinkedIn profile of Albert Sheeler, http://www.linkedin.com/in/albert-sheeler/, retrieved July 13, 2026.

4.　　Exhibit C is a screenshot of the Epique Realty agent page, listing Albert Sheeler as their agent, available from https://epiquerealty.com/agents/Albert-Sheeler/8815993, retrieved July 8, 2026.

5.　　Exhibit D is the first ten pages of exhibits to the complaint in *Sheeler v. Real Brands*, Case No. 1:25-cv-00330 (D. Del. 2025), filed by Albert Sheeler *pro se*.

**I HEREBY CERTIFY** under penalty of perjury that the foregoing facts are true and correct. Signed July 13, 2026.

　　　　　　　　　　　　　　　　*s/*　　Kevin McCormack

1