# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| ERIC DE FORD, SANDRA BADER, and SHAWN R. KEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES KOUTOULAS and LGBCOIN, LTD,<br><br>    Defendants. | Case No. 6:22-cv-652-PGB-DCI<br><br>CLASS ACTION |

## NOTICE OF APPEAL

Notice is hereby given that Defendant James Koutoulas hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's Order entered July 22, 2026 (Doc. 658), holding Defendant in civil contempt and ordering, among other things, that Defendant publish a Court-authored statement within five days and permitting Plaintiffs to seek costs and attorney's fees. The appeal is taken from the Order in its entirety and specifically from its compelled-statement and sanction provisions.

1

This Court has jurisdiction over the appeal, and the Order is immediately appealable, under 28 U.S.C. § 1292(a)(1) as an order granting an injunction, and independently because the punitive contempt sanction imposed is final and appealable in the nature of criminal contempt.

Dated: July 23, 2026

Respectfully submitted,

/s/ James L. Koutoulas
James L. Koutoulas, Esq.
*Pro se*
10 N. Dearborn St., Suite 400
Chicago, IL 60602
james@koutoulaslaw.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2026, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will serve all

counsel of record.

/s/ James L. Koutoulas