# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ERIC DE FORD, SANDRA BADER, and
SHAWN R. KEY, individually and on
behalf of all others similarly situated,

Plaintiffs,

v.

JAMES KOUTOULAS and LGBCOIN,
LTD,

Defendants.

Case No. 6:22-cv-652-PGB-DCI

CLASS ACTION

## DEFENDANT JAMES KOUTOULAS'S NOTICE OF FILING CORRECTED MOTION AND REQUEST THAT DOC. 663 BE TERMINATED AS SUPERSEDED

Defendant James Koutoulas respectfully gives notice as follows.

1. On July 24, 2026, Defendant filed his Emergency Motion to Extend the Compliance Deadline Set by the Contempt Order (Doc. 658). The motion was docketed as Doc. 663 under the CM/ECF event "Emergency APPLICATION for Stay of Execution."

2. That event was selected in error. The motion seeks scheduling relief only. It requests an extension of the deadline for compliance with the compelled-

statement provision of Doc. 658, under Federal Rules of Civil Procedure 6(b)(1)(A) and 62(d). It is not an application for a stay of execution, it seeks no stay of any judgment, and it does not renew the motion for a stay pending appeal that the Court denied on July 24, 2026 (Doc. 662).

3. Under the Court's Administrative Procedures for Electronic Filing, only the Clerk may change a docket entry once a document is filed. The undersigned attempted to reach the Clerk's Office by telephone on July 24, 2026 and was unable to do so before the close of business. Because the motion seeks relief on or before Monday, July 27, 2026, and the Clerk's Office does not reopen until that same day, Defendant has refiled the motion contemporaneously with this Notice under the correct event, docketed as Doc. 664. Defendant will also renew his request with the Clerk's Office on the next business day.

4. The refiled motion is a corrected copy. The corrections are non-substantive. No argument has been added, withdrawn, or altered, and the relief requested is unchanged. The corrections are:

(a) The motion as filed stated that the Order was dated July 23, 2026 and that compliance is due Tuesday, July 28, 2026, while two passages continued to refer to Monday, July 27, 2026. The corrected copy states both dates accurately: the Order bears the date July 23, 2026 and was entered on the docket on July 22, 2026. Defendant proceeds on the earlier measure and treats Monday, July 27, 2026 as the operative deadline.

(b) Four passages referred to the emergency motion for a stay pending appeal in the Eleventh Circuit as pending. That motion cannot be filed until a case number is assigned, and assignment remains pending. The corrected copy conforms those passages to the description given elsewhere in the motion.

(c) The certificate of service contained an unfilled bracket as to the method of notice to counsel for Plaintiffs. The corrected copy states the method. The Local Rule 3.01(g) certification likewise now states the means by which conferral was attempted.

(d) Two typographical errors are corrected.

5. Defendant does not seek separate relief on Doc. 663 and respectfully requests that Doc. 663 be terminated as superseded by the refiled motion. Defendant does not withdraw Doc. 663 in order to disclaim it, and notes only that the two filings request the same relief, so that the Court is not presented with duplicate motions.

6. Nothing in this Notice is intended to enlarge the relief requested in the motion or to extend any deadline other than the one the motion addresses. Defendant continues to request a ruling on or before Monday, July 27, 2026.

Dated: July 24, 2026

Respectfully submitted,

/s/ James L. Koutoulas
James L. Koutoulas, Esq.
Pro se
10 N. Dearborn St., Suite 400
Chicago, IL 60602

james@koutoulaslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2026, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will serve all counsel of

record.


/s/ James L. Koutoulas