INTAPP,MEDIATION,SL DOC,TRLSET

# U.S. District Court
## Middle District of Florida (Orlando)
## CIVIL DOCKET FOR CASE #: <u>6:22−cv−00652−PGB−DCI</u>

| | |
|---|---|
| De Ford v. Koutoulas et al | Date Filed: 04/01/2022 |
| Assigned to: Judge Paul G. Byron | Jury Demand: Both |
| Referred to: Magistrate Judge Daniel C. Irick | Nature of Suit: 370 Other Fraud |
| Case in other court:  11th Circuit, 23−12109 | Jurisdiction: Diversity |
|                           11th Circuit, 26−12300 | |
| Cause: 28:1332 Diversity−Fraud | |

**Plaintiff**

| | | |
|---|---|---|
| **Eric De Ford** | represented by | **Aaron M. Zigler** |
| *Individually and on Behalf of All Others Similarly Situated* | | Zigler Law Group |
| | | Suite 333 |
| | | 308 S. Jefferson Street |
| | | Chicago, IL 60661 |
| | | 312−535−5955 |
| | | Fax: 312−535−5773 |
| | | Email: <u>aaron@ziglerlawgroup.com</u> |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

**John T. Jasnoch**
Scott & Scott Attorneys at Law LLP
600 W. Broadway
Ste 3300
San Diego, CA 92101
619−233−4565
Email: <u>jjasnoch@scott−scott.com</u>
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Jane Fait**
Paul LLP
601 Walnut Street
Suite 300
Kansas City, MO 64106
816−984−8100
Email: <u>MaryJane@PaulLLP.com</u>
*TERMINATED: 03/10/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Joseph Krzywicki**
310 S Des Plaines Street

Chicago, IL 60661
917–930–9462
Email: mkrzywi1@alumni.nd.edu
*TERMINATED: 07/05/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nidya Stephanie Gutierrez**
308 S. Jefferson
Chicago, IL 60661
224–955–7774
Email: nidya@ziglerlawgroup.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin Horton Silverman**
Older Lundy Koch & Martino
1000 W Cass Street
Tampa, FL 33606
813–254–8998
Fax: 813–839–4411
Email: rsilverman@olderlundylaw.com
*TERMINATED: 04/23/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean T. Masson**
Scott&Scott Attorneys at Law LLP
230 Park Avenue
Suite 24th Floor
New York, NY 10169
212–519–0522
Email: smasson@scott–scott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Michael McCormack**
Zigler Law Group, LLC
308 S. Jefferson
Suite 333
Chicago, IL 60661
224–480–2056
Email: kevin@ziglerlawgroup.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Victor Ashe**
Zigler Law Group
308 S Jefferson St.
Suite 333
Chicago, IL 60661

305–860–1968
Email: larry@ziglerlawgroup.com
*ATTORNEY TO BE NOTICED*

**Mollie Elizabeth Chadwick**
Scott Scott Attorneys at Law LLP
600 West Broadway
Suite 3300
San Diego, CA 92101
619–233–4565
Email: mchadwick@scott–scott.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Sandra Bader** | represented by | **Aaron M. Zigler** |
| *Individually and on Behalf of All Others Similarly Situated* | | (See above for address) |

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John T. Jasnoch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Jane Fait**
(See above for address)
*TERMINATED: 03/10/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Joseph Krzywicki**
(See above for address)
*TERMINATED: 07/05/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nidya Stephanie Gutierrez**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin Horton Silverman**
(See above for address)
*TERMINATED: 04/23/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean T. Masson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Michael McCormack**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Victor Ashe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mollie Elizabeth Chadwick**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shawn R. Key**                          represented by    **Aaron M. Zigler**
*Individually and on Behalf of All Others*                  (See above for address)
*Similarly Situated*                                        *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**John T. Jasnoch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Jane Fait**
(See above for address)
*TERMINATED: 03/10/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Joseph Krzywicki**
(See above for address)
*TERMINATED: 07/05/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nidya Stephanie Gutierrez**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin Horton Silverman**

(See above for address)
*TERMINATED: 04/23/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean T. Masson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Michael McCormack**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Victor Ashe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mollie Elizabeth Chadwick**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**James Koutoulas**                    represented by    **James Koutoulas**
Koutoulas Law, LLC
10 N. Dearborn
#400
Chicago, IL 60604
312–836–1180
Email: james@koutoulaslaw.com
PRO SE

**Nicole Marie Martell**
Di Pietro Partners, PLLC
901 E. Las Olas Blvd
Suite 202
Fort Lauderdale, FL 33301
954–712–3070
Email: nicole@ddpalaw.com
*TERMINATED: 04/23/2026*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeffrey Carter**                     represented by    **Vincent P. Schmeltz , III**
*TERMINATED: 04/14/2023*                                Steptoe LLP
Investigations, White Collar, and

5

Compliance
227 West Monroe Street
Suite 4700
Chicago, IL 60606
312−577−1227
Email: tschmeltz@steptoe.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Christopher Folland**
Barnes & Thornburg, LLP
4540 PGA Blvd., Ste. 208
Palm Beach Gardens, FL 33418
614−628−1429
Fax: 614−628−1433
Email: Rob.Folland@btlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Erik Norden**                          represented by   **Kenneth E. Chase**
*TERMINATED: 03/30/2023*                                   Chase Law & Associates, P.A.
                                                           951 Yamato Road
                                                           Suite 280
                                                           Boca Raton, FL 33431
                                                           305−402−9800
                                                           Fax: 305−402−2725
                                                           Email: kchase@chaselaw.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Brian David Fell**
                                                           Fell Law Group, PLLC
                                                           620 Ridgewood Ln
                                                           Plantation, FL 33317
                                                           954−592−8846
                                                           Email: brian@flglegal.net
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Alex Mascioli**
*TERMINATED: 06/07/2022*

**Defendant**

**Island Liquidity, LLC**
*TERMINATED: 06/07/2022*

**Defendant**

**Brandon Brown**                        represented by   **Darren Adam Heitner**
*TERMINATED: 04/14/2023*                                   Heitner Legal, PLLC

6

215 Hendricks Isle
Fort Lauderdale, FL 33301
954/558–6999
Fax: 954/927–3333
Email: Darren@HeitnerLegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brandonbilt Motorsports, LLC**
*TERMINATED: 04/14/2023*

represented by **Darren Adam Heitner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Association for Stock Car
Auto Racing, LLC**
*TERMINATED: 03/29/2024*

represented by **Judith M. Mercier**
Holland & Knight, LLP – Orlando
200 S Orange Ave – Ste 2600
Orlando, FL 32801
407/425–8500
Fax: 407/244–5288
Email: judy.mercier@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew William Balthazor**
Holland & Knight LLP
701 Brickell Ave. # 3300
33131
Miami, FL 33131
305–789–7584
Email: andrew.balthazor@hklaw.com
*TERMINATED: 08/18/2022*
*ATTORNEY TO BE NOTICED*

**Garrison Michael Cohen**
Holland & Knight LLP
200 South Orange Avenue
Suite 2600
Orlando, FL 32801
407–244–1162
Email: garrison.cohen@hklaw.com
*ATTORNEY TO BE NOTICED*

**Scott D. Ponce**
Holland & Knight, LLP
701 Brickel Ave, Ste 3300
Miami, FL 33131
305/789–7575
Email: sponce@hklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Candace Owens**
*TERMINATED: 06/07/2022*

**Defendant**

**David J. Harris, Jr.**
*TERMINATED: 06/07/2022*

**Defendant**

**Austen Fletcher**
*TERMINATED: 06/07/2022*
*also known as*
Fleccas
*TERMINATED: 06/07/2022*

**Defendant**

**Brendon Leslie**                              represented by   **Jonathan M. Bierfeld**
*TERMINATED: 06/07/2022*                                        Martin Law Firm, P.L.
                                                                3701 Del Prado Blvd.
                                                                Cape Coral, FL 33904
                                                                239–443–1094
                                                                Email: jonathan.bierfeld@martinlawfirm.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Corporate Defendant Doe**
*TERMINATED: 03/08/2023*

**Defendant**

**John Does 1–10**
*TERMINATED: 07/20/2022*

**Defendant**

**Aris George Michalopoulos**                   represented by   **Daniel H. Weiner**
*TERMINATED: 04/14/2023*                                        Hughes, Hubbard & Reed, LLP
                                                                12th Floor
                                                                One Battery Park Plaza
                                                                New York, NY 10004–1405
                                                                305–358–1666
                                                                Email: daniel.weiner@hugheshubbard.com
                                                                *TERMINATED: 08/04/2023*
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Neil D. Kodsi**
                                                                Feldman Law
                                                                Datran Center

9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
305−445−2005
Fax: 305−445−2889
Email: nkodsi@feldmankodsi.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amina Hassan**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
917−331−7043
Email: amina.hassan@hugheshubbard.com
*TERMINATED: 08/04/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew M. Feldman**
Feldman Kodsi
8325 NE 2nd Ave.
Suite 204
Miami, FL 33138
305−445−2005
Email: afeldman@feldmankodsi.com
*ATTORNEY TO BE NOTICED*

**Hilary Rose McDonnell**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
212−837−6388
Email: hilary.mcdonnell@hugheshubbard.com
*TERMINATED: 08/04/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicolas Swerdloff**
Hughes, Hubbard & Reed, LLP
12th Floor
One Battery Park Plaza
New York, NY 10004−1405
212/837−6000
Fax: 212/422−4726
Email: swerdlof@hugheshubbard.com
*TERMINATED: 08/04/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas McLaughlin**                    represented by    **Allen Paige Pegg**
*TERMINATED: 03/30/2023*                                   Hogan Lovells Cadwalader US LLP

600 Brickell Avenue
Suite 2700
Miami, FL 33131
305−459−6500
Fax: 305−459−6550
Email: allen.pegg@hlc.com
*TERMINATED: 07/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David B. Massey**
Hogan Lovells US LLP
600 Brickell Ave Ste 2700
Miami, FL 33131−3085
Email: david.massey@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Coral Capital LLC**
*TERMINATED: 03/30/2023*

represented by **Allen Paige Pegg**
(See above for address)
*TERMINATED: 07/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David B. Massey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Coral Capital Management LLC**
*TERMINATED: 03/30/2023*

represented by **Allen Paige Pegg**
(See above for address)
*TERMINATED: 07/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David B. Massey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Coral Defi LP**
*TERMINATED: 03/30/2023*

represented by **Allen Paige Pegg**
(See above for address)
*TERMINATED: 07/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David B. Massey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alexander Hope Mascioli**
*TERMINATED: 02/01/2023*

**Defendant**

| | | |
|---|---|---|
| **Letsgobrandon.com Foundation**<br>*TERMINATED: 03/29/2024*<br>*doing business as*<br>LGBCoin Foundation<br>*TERMINATED: 03/29/2024* | represented by | **Nicole Marie Martell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **LGBCoin, LTD**<br>*c/o Koutoulas* | represented by | **Harry Winderman**<br>Harry Winderman, Esq.<br>One Boca Place<br>2255 Glades Road<br>Suite 205e<br>Boca Raton, FL 33431<br>561−707−0000<br>Fax: 561−434−0033<br>Email: harry4334@hotmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicole Marie Martell**<br>(See above for address)<br>*TERMINATED: 04/23/2026*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Patrick Brian Horsman**<br>*TERMINATED: 03/29/2024* | represented by | **Allen Paige Pegg**<br>(See above for address)<br>*TERMINATED: 07/24/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kenneth E. Chase**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Interested Party**

**Brandon Leslie**

**Interested Party**

| | | |
|---|---|---|
| **Albert Sheeler**<br>*TERMINATED: 05/15/2026* | represented by | **Albert Sheeler**<br>14 Boxwood Street<br>East Hampton, NY 11937<br>551−267−3463<br>PRO SE |

11

V.

**Movant**

**Albert Sheeler**
*TERMINATED: 04/03/2025*

represented by **Albert Sheeler**
(See above for address)
PRO SE

**Movant**

**Barry Winer**
*TERMINATED: 03/11/2025*

represented by **Barry Winer**
1 Gateway Center
Newton, MA 02458
617–733–7373
PRO SE

V.

**Objector**

**LGBCoin, LTD**

represented by **Nicole Marie Martell**
(See above for address)
*TERMINATED: 04/23/2026*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2022 | 1 | COMPLAINT against All Defendants with Jury Demand (Filing fee $402 receipt number AFLMDC–19415237) filed by All Plaintiffs. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons, # 3 Schedule A to Summons)(Horton Silverman, Robin) Modified on 4/5/2022 to correct docket text and attachments (BD). (Entered: 04/01/2022) |
| 04/04/2022 | 2 | NEW CASE ASSIGNED to Judge Paul G. Byron and Magistrate Judge Daniel C. Irick. New case number: 6:22–cv–0652–PGB–DCI. (SJB) (Entered: 04/04/2022) |
| 04/04/2022 | 3 | **INITIAL ORDER re: Case Management and Deadlines. Signed by Judge Paul G. Byron on 4/4/2022. (GNB) ctp** (Entered: 04/04/2022) |
| 04/05/2022 | 4 | NOTICE to counsels Aaron M. Zigler, John T. Jasnoch and Sean T. Masson of Local Rule 2.01(c), Special Admission of Non–Resident Lawyer – File a Motion to Appear Pro Hac Vice. Co–counsel with filing rights may electronically file the motion on behalf of the non–resident lawyer or the motion may be filed on paper; Pay the Special Admission Fee; (Signed by Deputy Clerk). (BD) (Entered: 04/05/2022) |
| 04/06/2022 | 5 | PROPOSED summons to be issued by Eric De Ford. (Attachments: # 1 Proposed Summons Defendant Koutoulas, # 2 Proposed Summons Defendant Carter, # 3 Proposed Summons Defendant Norden, # 4 Proposed Summons Defendant Mascioli, # 5 Proposed Summons Defendant Island Liquidity, LLC, # 6 Proposed Summons Defendant Brown, # 7 Proposed Summons Defendant Brandonbilt Motorsports, LLC, # 8 Proposed Summons Defendant NASCAR, # 9 Proposed Summons Defendant Owens, # 10 Proposed Summons Defendant Harris, # 11 Proposed Summons |

| | | |
|---|---|---|
| | | Defendant Fletcher, # 12 Proposed Summons Defendant Leslie)(Horton Silverman, Robin) (Entered: 04/06/2022) |
| 04/07/2022 | 6 | SUMMONS issued as to Brandonbilt Motorsports, LLC, Brandon Brown, Jeffrey Carter, Corporate Defendant Doe, Austen Fletcher, David J. Harris, Jr., Island Liquidity, LLC, James Koutoulas, Brendon Leslie, Alex Mascioli, National Association for Stock Car Auto Racing, LLC, Erik Norden and Candace Owens. (RDO) (Entered: 04/07/2022) |
| 04/07/2022 | 7 | **ENDORSED ORDER re 3 Initial Order. The parties are DIRECTED to confer regarding deadlines pertinent to a motion for class certification and advise the Court of agreeable deadlines in their case management report. The deadlines should include a deadline for (1) disclosure of expert reports – class action, plaintiff and defendant; (2) discovery – class action; (3) motion for class certification; (4) response to motion for class certification; and (5) reply to motion for class certification. Signed by Judge Paul G. Byron on 4/7/2022. (GNB)** (Entered: 04/07/2022) |
| 04/18/2022 | 8 | CERTIFICATE of interested persons and corporate disclosure statement re 3 Order by Eric De Ford. (Horton Silverman, Robin) (Entered: 04/18/2022) |
| 04/25/2022 | 9 | **(DISCHARGED BY #12 ENDORSED ORDER) ORDER TO SHOW CAUSE as to Eric De Ford. Plaintiff has failed to comply with the Court's Order 3. Plaintiff shall SHOW CAUSE and file a response to said Order within fourteen (14) days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice. Signed by Judge Paul G. Byron on 4/25/2022. (GNB)** Modified on 4/28/2022 (RDO). (Entered: 04/25/2022) |
| 04/26/2022 | 10 | NOTICE of a Related Action per Local Rule 1.07(c) by Eric De Ford. Related cases: No. (Horton Silverman, Robin) Modified on 4/26/2022 (RDO). (Entered: 04/26/2022) |
| 04/26/2022 | 11 | RESPONSE TO 9 ORDER TO SHOW CAUSE filed by Eric De Ford. (Horton Silverman, Robin) Modified on 4/26/2022 (RDO). (Entered: 04/26/2022) |
| 04/27/2022 | 12 | **ENDORSED ORDER discharging 9 Order to show cause. Signed by Judge Paul G. Byron on 4/27/2022. (GNB)** (Entered: 04/27/2022) |
| 05/02/2022 | 13 | **ORDER for Aaron Zigler and Sean Masson to comply with the administrative procedures regarding electronic filing within thirty (30) days from the date of this Order. Signed by Judge Paul G. Byron on 5/2/2022. (GNB)** (Entered: 05/02/2022) |
| 05/04/2022 | 14 | Unopposed MOTION for Aaron M. Zigler to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–19534598 for $150 by Eric De Ford. (Attachments: # 1 Supplement Attorney Certification)(Horton Silverman, Robin) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 05/04/2022) |
| 05/04/2022 | 15 | Unopposed MOTION for John T. Jasnoch to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–19534744 for $150 by Eric De Ford. (Attachments: # 1 Supplement Attorney Certification)(Horton Silverman, Robin) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 05/04/2022) |
| 05/04/2022 | 16 | Unopposed MOTION for Sean T. Masson to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–19534844 for $150 by Eric De Ford. (Attachments: # 1 Supplement Attorney Certification)(Horton Silverman, Robin) Motions referred |

13

| | | |
|---|---|---|
| | | to Magistrate Judge Daniel C. Irick. (Entered: 05/04/2022) |
| 05/09/2022 | 17 | **ENDORSED ORDER granting 14 Motion to Appear Pro Hac Vice; granting 15 Motion to Appear Pro Hac Vice; granting 16 Motion to Appear Pro Hac Vice. Aaron M. Zigler, John T. Jasnoch, and Sean T. Masson are granted special admission to practice in the Middle District for purposes of this action pursuant to Local Rule 2.01(c), provided counsel shall register for and use the electronic filing system as adopted by the Court. Signed by Magistrate Judge Daniel C. Irick on 5/9/2022. (Irick, Daniel)** (Entered: 05/09/2022) |
| 05/17/2022 | 18 | MOTION to Dismiss pursuant to 12(b)(6) and memorandum of law by James Koutoulas. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Martell, Nicole) Text modified on 5/17/2022 (RDO). (Entered: 05/17/2022) |
| 06/06/2022 | 19 | **ORDER TO SHOW CAUSE as to James Koutoulas. Defendant has failed to comply with the Court's Order 3. Defendant shall SHOW CAUSE and file a response to said Order within fourteen (14) days from the date of this Order. Failure to comply with this Order may result in the imposition of appropriate sanctions without further notice. Signed by Judge Paul G. Byron on 6/6/2022. (GNB)** (Entered: 06/06/2022) |
| 06/06/2022 | 20 | CERTIFICATE of interested persons and corporate disclosure statement by James Koutoulas. (Martell, Nicole) (Entered: 06/06/2022) |
| 06/06/2022 | 21 | AMENDED COMPLAINT against All Defendants with Jury Demand. filed by All Plaintiffs.(Zigler, Aaron) Modified text on 6/7/2022 (LDJ). (Entered: 06/06/2022) |
| 06/06/2022 | 22 | CERTIFICATE of interested persons and corporate disclosure statement re 3 Order by Sandra Bader, Eric De Ford. (Zigler, Aaron) (Entered: 06/06/2022) |
| 06/06/2022 | 23 | First MOTION for Extension of Time to File Response/Reply as to 18 MOTION to Dismiss pursuant to 12(b)(6) and memorandum of law by All Plaintiffs. (Attachments: # 1 Exhibit conferral)(Zigler, Aaron) (Entered: 06/06/2022) |
| 06/07/2022 | 24 | **ORDER granting in part and denying in part 23 Motion for Extension of Time to File Response / Reply; denying without prejudice as moot 18 Motion to Dismiss. 21 Plaintiff's Amended Complaint moots 18 the Motion to Dismiss. All other relief requested in 23 Plaintiff's Motion is denied without prejudice. Signed by Judge Paul G. Byron on 6/7/2022. (SJB)** (Entered: 06/07/2022) |
| 06/09/2022 | 25 | PROPOSED summons to be issued by Sandra Bader, Eric De Ford. (Zigler, Aaron) (Entered: 06/09/2022) |
| 06/09/2022 | 26 | PROPOSED summons to be issued by Sandra Bader, Eric De Ford. (Zigler, Aaron) (Entered: 06/09/2022) |
| 06/09/2022 | 27 | PROPOSED summons to be issued by Sandra Bader, Eric De Ford. (Zigler, Aaron) (Entered: 06/09/2022) |
| 06/09/2022 | 28 | PROPOSED summons to be issued by Sandra Bader, Eric De Ford. (Zigler, Aaron) (Entered: 06/09/2022) |
| 06/09/2022 | 29 | PROPOSED summons to be issued by Sandra Bader, Eric De Ford. (Zigler, Aaron) (Entered: 06/09/2022) |
| 06/09/2022 | 30 | PROPOSED summons to be issued by Sandra Bader, Eric De Ford. (Zigler, Aaron) (Entered: 06/09/2022) |

14

| 06/09/2022 | 31 | PROPOSED summons to be issued by Sandra Bader, Eric De Ford. (Zigler, Aaron) (Entered: 06/09/2022) |
|---|---|---|
| 06/09/2022 | 32 | PROPOSED summons to be issued by Sandra Bader, Eric De Ford. (Zigler, Aaron) (Entered: 06/09/2022) |
| 06/09/2022 | 33 | PROPOSED summons to be issued by Sandra Bader, Eric De Ford. (Zigler, Aaron) (Entered: 06/09/2022) |
| 06/09/2022 | 34 | PROPOSED summons to be issued by Sandra Bader, Eric De Ford. (Zigler, Aaron) (Entered: 06/09/2022) |
| 06/09/2022 | 35 | PROPOSED summons to be issued by Sandra Bader, Eric De Ford. (Zigler, Aaron) (Entered: 06/09/2022) |
| 06/09/2022 | 36 | PROPOSED summons to be issued by Sandra Bader, Eric De Ford. (Zigler, Aaron) (Entered: 06/09/2022) |
| 06/10/2022 | 37 | SUMMONS issued as to Brandonbilt Motorsports, LLC, Brandon Brown, Jeffrey Carter, Coral Capital LLC, Coral Capital Management LLC, Coral Defi LP, James Koutoulas, Alexander Hope Mascioli, Thomas McLaughlin, Aris George Michalopoulos, National Association for Stock Car Auto Racing, LLC and Erik Norden. (RDO) (Entered: 06/10/2022) |
| 06/27/2022 | 38 | Joint MOTION for Extension of Time to File Case Management Report by Sandra Bader, Eric De Ford. (Zigler, Aaron) (Entered: 06/27/2022) |
| 06/27/2022 | 39 | WAIVER of service returned executed on 06/24/2022 by Sandra Bader, Eric De Ford as to James Koutoulas. (Masson, Sean) (Entered: 06/27/2022) |
| 06/28/2022 | 40 | **ENDORSED ORDER granting in part and denying without prejudice in part 38 Joint Stipulation and Motion for Order to Extend Case Management Report Deadline. The deadline to file a case management report is extended to July 29, 2022. Cause has not been stated for an indeterminate extension. The parties are cautioned against filing a motion to extend a deadline on the date of the deadline sought to be extended. Signed by Magistrate Judge Daniel C. Irick on 6/28/2022. (Irick, Daniel)** (Entered: 06/28/2022) |
| 06/28/2022 | 41 | Unopposed MOTION for Extension of Time to File Response/Reply as to 21 Amended Complaint by National Association for Stock Car Auto Racing, LLC. (Mercier, Judith) (Entered: 06/28/2022) |
| 06/29/2022 |  | Set/reset deadlines/hearings: Case management report due by 7/29/2022 (RDO) (Entered: 06/29/2022) |
| 06/29/2022 | 42 | **ENDORSED ORDER granting 41 Unopposed Motion for Extension of Time. NASCAR must respond to the Amended Complaint by 8/4/2022. Signed by Magistrate Judge Daniel C. Irick on 6/29/2022. (Irick, Daniel)** (Entered: 06/29/2022) |
| 06/29/2022 | 43 | Unopposed MOTION for Extension of Time to File Answer re 21 Amended Complaint by Aris George Michalopoulos. (Swerdloff, Nicolas) (Entered: 06/29/2022) |
| 06/30/2022 |  | Set/reset deadlines/hearings: for National Association for Stock Car Auto Racing, LLC. Answer due by 8/4/2022. (RDO) (Entered: 06/30/2022) |

15

| 06/30/2022 | 44 | Unopposed MOTION for Miscellaneous Relief, specifically Plaintiffs' Motion for Extension of Time to Serve Defendants with Summons and Complaint by Sandra Bader, Eric De Ford. (Masson, Sean) (Entered: 06/30/2022) |
|---|---|---|
| 07/01/2022 | 45 | Unopposed MOTION for Amina Hassan to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–19733090 for $150 by Aris George Michalopoulos. (Attachments: # 1 Special Admission Attorney Certification)(Weiner, Daniel) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 07/01/2022) |
| 07/01/2022 | 46 | Unopposed MOTION for Hilary McDonnell to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–19733157 for $150 by Aris George Michalopoulos. (Attachments: # 1 Special Admission Attorney Certification)(Weiner, Daniel) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 07/01/2022) |
| 07/01/2022 | 47 | **STANDING ORDER ON DISCOVERY MOTIONS. Signed by Magistrate Judge Daniel C. Irick on 2/1/2021. (RN)** (Entered: 07/01/2022) |
| 07/03/2022 | 48 | **ENDORSED ORDER granting 45 Motion to Appear Pro Hac Vice; granting 46 Motion to Appear Pro Hac Vice. Amina Hassan and Hilary McDonnell are granted special admission to practice in the Middle District for purposes of this action pursuant to Local Rule 2.01(c), provided counsel shall register for and use the electronic filing system as adopted by the Court. Signed by Magistrate Judge Daniel C. Irick on 7/3/2022. (Irick, Daniel)** (Entered: 07/03/2022) |
| 07/03/2022 | 49 | **ENDORSED ORDER granting 43 Unopposed Motion for Extension of Time. Defendant Aris George Michalopoulos must respond to the Amended Complaint by 8/4/2022. Signed by Magistrate Judge Daniel C. Irick on 7/3/2022. (Irick, Daniel)** (Entered: 07/03/2022) |
| 07/03/2022 | 50 | **ENDORSED ORDER granting 44 Unopposed Motion for Extension of Time. The time to serve Defendants Jeffery Carter and Alexander Mascioli pursuant to Fed.R.Civ.P. 4(m) is extended to 8/30/2022. Signed by Magistrate Judge Daniel C. Irick on 7/3/2022. (Irick, Daniel)** (Entered: 07/03/2022) |
| 07/03/2022 | 51 | Unopposed MOTION for Extension of Time to File Response/Reply as to 21 Amended Complaint by Coral Defi LP. (Pegg, Allen) (Entered: 07/03/2022) |
| 07/05/2022 | | Set/reset deadlines/hearings: for Aris George Michalopoulos. Answer due by 8/4/2022. (RDO) (Entered: 07/05/2022) |
| 07/05/2022 | 52 | **ENDORSED ORDER granting 51 Unopposed Motion for Extension of Time. Coral DeFi must respond to the Amended Complaint by 9/6/2022. No further extension of this deadline should be sought absent extraordinary good cause. Signed by Magistrate Judge Daniel C. Irick on 7/5/2022. (Irick, Daniel)** (Entered: 07/05/2022) |
| 07/05/2022 | 53 | **ORDER TO SHOW CAUSE as to Sandra Bader, Eric De Ford. Plaintiffs have failed to effect proper service on the Defendants Erik Norden, Brandon Brown, Brandonbilt Motorsports, LLC, Corporate Defendant Doe, and John Does 1–10 within the 90 days allowed by Federal Rule of Civil Procedure 4(m) or as further extended by the Court. Plaintiffs shall SHOW CAUSE within fourteen (14) days from the date of this Order why the Complaint against the Defendants should not be dismissed for failure to comply with the Federal Rules of Civil Procedure 4(m). Failure to respond to this Order may result in dismissal of this case as to** |

| | | |
|---|---|---|
| | | **said Defendants without further notice from the Court. Signed by Judge Paul G. Byron on 7/5/2022. (GNB)** (Entered: 07/05/2022) |
| 07/05/2022 | 54 | (WRONG EVENT CODE. VOICEMAIL LEFT FOR ATTORNEY) PROOF of service by Sandra Bader, Eric De Ford (Masson, Sean) Modified on 7/6/2022 (RDO). (Entered: 07/05/2022) |
| 07/05/2022 | 55 | (WRONG EVEN CODE. VOICEMAIL LEFT FOR ATTORNEY) PROOF of service by Sandra Bader, Eric De Ford (Masson, Sean) Modified on 7/6/2022 (RDO). (Entered: 07/05/2022) |
| 07/05/2022 | 56 | (WRONG EVENT CODE. VOICEMAIL LEFT FOR ATTORNEY) PROOF of service by Sandra Bader, Eric De Ford (Masson, Sean) Modified on 7/6/2022 (RDO). (Entered: 07/05/2022) |
| 07/05/2022 | 57 | (WRONG EVENT CODE. VOICEMAIL LEFT FOR ATTORNEY) PROOF of service by Sandra Bader, Eric De Ford (Masson, Sean) Modified on 7/6/2022 (RDO). (Entered: 07/05/2022) |
| 07/05/2022 | 58 | (WRONG EVENT CODE. VOICEMAIL LEFT FOR ATTORNEY) PROOF of service by Sandra Bader, Eric De Ford (Masson, Sean) Modified on 7/6/2022 (RDO). (Entered: 07/05/2022) |
| 07/05/2022 | 59 | (WRONG EVEN CODE. VOICEMAIL LEFT FOR ATTORNEY) PROOF of service by Sandra Bader, Eric De Ford (Masson, Sean) Modified on 7/6/2022 (RDO). (Entered: 07/05/2022) |
| 07/05/2022 | 60 | MOTION to Dismiss for Failure to State a Claim by Brandonbilt Motorsports, LLC, Brandon Brown. (Heitner, Darren) (Entered: 07/05/2022) |
| 07/06/2022 | | Set/reset deadlines/hearings: for Coral Defi LP. Answer due by 9/6/2022. (RDO) (Entered: 07/06/2022) |
| 07/07/2022 | 61 | NOTICE of Appearance by David B. Massey on behalf of Coral Defi LP (Massey, David) (Entered: 07/07/2022) |
| 07/08/2022 | 62 | NOTICE of Appearance by Kenneth E Chase on behalf of Erik Norden (Chase, Kenneth) (Entered: 07/08/2022) |
| 07/11/2022 | 63 | **ORDER DISMISSING WITHOUT PREJUDICE 21 First Amended Complaint as a shotgun pleading. On or before Friday, July 29, 2022, Plaintiffs may file a Second Amended Complaint consistent with the directives of this Order. Failure to timely file a Second Amended Complaint will result in dismissal of this action without further notice. Signed by Judge Paul G. Byron on 7/11/2022. (SJB)** (Entered: 07/11/2022) |
| 07/11/2022 | 64 | **ENDORSED ORDER denying without prejudice as moot 60 Motion to Dismiss for Failure to State a Claim. See 63 Order Dismissing First Amended Complaint. Signed by Judge Paul G. Byron on 7/11/2022. (SJB)** (Entered: 07/11/2022) |
| 07/11/2022 | 65 | WAIVER of service returned executed on 07/11/2022 by Sandra Bader, Eric De Ford as to Coral Capital Management LLC. (Masson, Sean) (Entered: 07/11/2022) |
| 07/11/2022 | 66 | WAIVER of service returned executed on 07/11/2022 by Sandra Bader, Eric De Ford as to Coral Capital LLC. (Masson, Sean) (Entered: 07/11/2022) |

| 07/11/2022 | 67 | WAIVER of service returned executed on 07/11/2022 by Sandra Bader, Eric De Ford as to Thomas McLaughlin. (Masson, Sean) (Entered: 07/11/2022) |
|---|---|---|
| 07/12/2022 | | Set/reset deadlines/hearings: Second Amended Complaint due by 7/29/2022 (RDO) (Entered: 07/12/2022) |
| 07/12/2022 | 68 | CERTIFICATE of interested persons and corporate disclosure statement re 3 Order by National Association for Stock Car Auto Racing, LLC. (Mercier, Judith) (Entered: 07/12/2022) |
| 07/13/2022 | 69 | CERTIFICATE of interested persons and corporate disclosure statement re 3 Initial Case Order by Aris George Michalopoulos. (Hassan, Amina) Text modified on 7/14/2022 (RDO). (Entered: 07/13/2022) |
| 07/14/2022 | 70 | Corporate Disclosure Statement re 3 Order by Erik Norden. (Chase, Kenneth) Text modified on 7/15/2022 (RDO). (Entered: 07/14/2022) |
| 07/14/2022 | 71 | CERTIFICATE of interested persons and corporate disclosure statement re 3 Order by Brandonbilt Motorsports, LLC, Brandon Brown. (Heitner, Darren) (Entered: 07/14/2022) |
| 07/18/2022 | 72 | CERTIFICATE of interested persons and corporate disclosure statement re 3 Order by Coral Defi LP. (Pegg, Allen) (Entered: 07/18/2022) |
| 07/19/2022 | 73 | RESPONSE TO 53 ORDER TO SHOW CAUSE filed by Plaintiffs. (Masson, Sean) Text modified on 7/20/2022 (RDO). (Entered: 07/19/2022) |
| 07/19/2022 | 74 | SECOND AMENDED CLASS ACTION COMPLAINT and Demand for Jury Trial against Brandonbilt Motorsports, LLC, Brandon Brown, Jeffrey Carter, Coral Capital LLC, Coral Capital Management LLC, Coral Defi LP, James Koutoulas, Alexander Hope Mascioli, Thomas McLaughlin, Aris George Michalopoulos, National Association for Stock Car Auto Racing, LLC, Erik Norden filed by Sandra Bader, Eric De Ford.(Masson, Sean) Text modified on 7/20/2022 (RDO). (Entered: 07/19/2022) |
| 07/20/2022 | 75 | **ENDORSED ORDER directing the clerk to terminate John Does 1–10 – re 74 Amended Complaint, filed by Sandra Bader, Eric De Ford. Signed by Judge Paul G. Byron on 7/20/2022. (AKC)** (Entered: 07/20/2022) |
| 07/22/2022 | 76 | NOTICE of Appearance by Andrew William Balthazor on behalf of National Association for Stock Car Auto Racing, LLC (Balthazor, Andrew) (Entered: 07/22/2022) |
| 07/22/2022 | 77 | NOTICE of Appearance by Garrison Michael Cohen on behalf of National Association for Stock Car Auto Racing, LLC (Cohen, Garrison) (Entered: 07/22/2022) |
| 07/28/2022 | 78 | MOTION to File Excess Pages *for Motion to Dismiss Second Amended Complaint* by James Koutoulas. (Martell, Nicole) (Entered: 07/28/2022) |
| 07/29/2022 | 79 | **ENDORSED ORDER granting in part 78 Motion to File Excess Pages. The Court strongly urges brevity, but in recognition of the extensive allegations and claims here, all parties, including movant James Koutoulas, may now file briefing no longer than thirty (30) pages inclusive of all parts. This relief applies only to the motion to dismiss stage at this time. Signed by Judge Paul G. Byron on 7/29/2022. (SJB)** (Entered: 07/29/2022) |

| 07/29/2022 | 80 | CASE MANAGEMENT REPORT. (Masson, Sean) (Entered: 07/29/2022) |
|---|---|---|
| 08/01/2022 | 81 | Unopposed MOTION for Miscellaneous Relief, specifically to Confirm Deadline to Respond to Second Amended Class Action Complaint by Coral Defi LP. (Pegg, Allen) (Entered: 08/01/2022) |
| 08/01/2022 | 82 | **ENDORSED ORDER granting 81 Defendants' Motion for Miscellaneous Relief. The deadline for responding to the Second Amended Complaint remains September 6, 2022. Signed by Judge Paul G. Byron on 8/1/2022. (AKC)** (Entered: 08/01/2022) |
| 08/01/2022 | 83 | MOTION for Miscellaneous Relief, specifically to Confirm Deadline to Respond to Second Amended Class Action Complaint by Aris George Michalopoulos. (Hassan, Amina) (Entered: 08/01/2022) |
| 08/02/2022 | 84 | **ORDER directing counsel to confer and file a notice with the court within 14 days advising of the selection of a mediator – re 80 Case Management Report. Signed by Judge Paul G. Byron on 8/2/2022. (AKC)** (Entered: 08/02/2022) |
| 08/02/2022 | 85 | **CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings due by 1/27/2023 Joinder of Parties due by 1/27/2023 Discovery (class certification) due by 10/20/2023 Dispositive motions due by 10/20/2023 Pretrial statement due by 6/10/2024 All other motions due by 5/22/2024 Plaintiff disclosure of expert report due by 5/19/2023 Defendant disclosure of expert report due by 7/25/2023 Final Pretrial Conference set for 6/18/2024 at 03:00 PM in Orlando Courtroom 4 B before Judge Paul G. Byron Jury Trial set for the trial term which commences on 7/1/2024 at 09:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron. Conduct mediation hearing by 11/3/2023. Lead counsel to coordinate dates. Signed by Judge Paul G. Byron on 8/2/2022. (AKC)** (Entered: 08/02/2022) |
| 08/02/2022 | 86 | CASE REFERRED to Mediation. Plaintiffs counsel shall contact defense counsel (and mediator after selected), schedule mediation and file a notice with the court advising the court of the scheduled mediation date within 14 days from the date of this order. (AKC) (Entered: 08/02/2022) |
| 08/02/2022 | 87 | **ENDORSED ORDER granting 83 Unopposed Motion to Confirm Deadline. Defendant George Aris Michalopoulos must respond to Plaintiffs' Second Amended Class Action Complaint by 8/4/2022. Signed by Magistrate Judge Daniel C. Irick on 8/2/2022. (Irick, Daniel)** (Entered: 08/02/2022) |
| 08/02/2022 | 88 | MOTION to Dismiss 74 Second Amended Complaint by Brandonbilt Motorsports, LLC, Brandon Brown. (Heitner, Darren) Text modified on 8/3/2022 (RDO). (Entered: 08/02/2022) |
| 08/02/2022 | 89 | UNOPPOSED MOTION to Confirm Deadline to Respond to 74 Amended Complaint by James Koutoulas. (Martell, Nicole) Modified on 8/3/2022 (RDO). (Entered: 08/02/2022) |
| 08/02/2022 | 90 | MOTION to Dismiss 74 Second Amended Class Action Complaint and Incorporated Memorandum of Law by National Association for Stock Car Auto Racing, LLC. (Mercier, Judith) Text modified on 8/3/2022 (RDO). (Entered: 08/02/2022) |
| 08/02/2022 | 91 | Unopposed MOTION for Extension of Time to File Response/Reply as to 74 Amended Complaint, by Erik Norden. (Chase, Kenneth) (Entered: 08/02/2022) |

| 08/03/2022 | 92 | **ENDORSED ORDER granting 89 Unopposed Motion to Confirm Deadline; granting 91 Motion for Extension of Time. Defendants James Koutoulas and Erik Norden must respond to the Complaint by 8/23/2022. All counsel are directed to review and comply with Local Rule 1.08(a). Signed by Magistrate Judge Daniel C. Irick on 8/3/2022. (Irick, Daniel)** (Entered: 08/03/2022) |
|---|---|---|
| 08/03/2022 | | Set/reset deadlines/hearings: for James Koutoulas and Erik Norden. Answer due by 8/23/2022. (RDO) (Entered: 08/03/2022) |
| 08/04/2022 | 93 | MOTION to Dismiss 74 Second Amended Class Action Complaint & Memorandum of Law in Support Thereof by Aris George Michalopoulos. (Weiner, Daniel) Text modified on 8/4/2022 (RDO). (Entered: 08/04/2022) |
| 08/04/2022 | 94 | REQUEST for oral argument re 93 MOTION to Dismiss 74 Second Amended Class Action Complaint & Memorandum of Law in Support Thereof by Aris George Michalopoulos. (Weiner, Daniel) Text modified on 8/4/2022 (RDO). (Entered: 08/04/2022) |
| 08/16/2022 | 95 | CERTIFICATE of interested persons and corporate disclosure statement re 3 Order by Coral Capital Management LLC. (Pegg, Allen) (Entered: 08/16/2022) |
| 08/16/2022 | 96 | CERTIFICATE of interested persons and corporate disclosure statement re 3 Order by Coral Capital LLC. (Pegg, Allen) (Entered: 08/16/2022) |
| 08/16/2022 | 97 | CERTIFICATE of interested persons and corporate disclosure statement re 3 Order by Thomas McLaughlin. (Pegg, Allen) (Entered: 08/16/2022) |
| 08/16/2022 | 98 | NOTICE OF SELECTION of Harry R. Schafer as mediator by Sandra Bader, Eric De Ford. (Jasnoch, John) (Entered: 08/16/2022) |
| 08/17/2022 | 99 | Unopposed MOTION for Andrew W. Balthazor to Withdraw as Attorney by National Association for Stock Car Auto Racing, LLC. (Balthazor, Andrew) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 08/17/2022) |
| 08/18/2022 | 100 | **ENDORSED ORDER granting 99 Motion to Withdraw as Attorney. Andrew William Balthazor is terminated as counsel in this case. Signed by Magistrate Judge Daniel C. Irick on 8/18/2022. (Irick, Daniel)** (Entered: 08/18/2022) |
| 08/23/2022 | 101 | MOTION to Dismiss Second Amended Complaint *and Memorandum in Law in Support* by James Koutoulas. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Martell, Nicole) (Entered: 08/23/2022) |
| 08/23/2022 | 102 | MEMORANDUM in opposition re 90 Motion to Dismiss filed by Sandra Bader, Eric De Ford. (Jasnoch, John) (Entered: 08/23/2022) |
| 08/23/2022 | 103 | MEMORANDUM in opposition re 88 Motion to Dismiss for Failure to State a Claim filed by Sandra Bader, Eric De Ford. (Jasnoch, John) (Entered: 08/23/2022) |
| 08/23/2022 | 104 | MOTION to Dismiss Second Amended Complaint for Failure to State a Claim by Erik Norden. (Chase, Kenneth) Modified as to text on 9/14/2022 (JK). (Entered: 08/23/2022) |
| 08/25/2022 | 105 | MEMORANDUM in opposition re 93 Motion to Dismiss filed by Sandra Bader, Eric De Ford. (Jasnoch, John) (Entered: 08/25/2022) |
| 08/30/2022 | 106 | (STRICKEN PER 109 ORDER) –– REPLY to Response to Motion re 88 MOTION to Dismiss 74 Second Amended Complaint filed by Brandonbilt Motorsports, LLC, |

| | | |
|---|---|---|
| | | Brandon Brown. (Heitner, Darren) Modified to reflect STRICKEN on 8/31/2022 (JK). (Entered: 08/30/2022) |
| 08/30/2022 | 107 | MOTION for Miscellaneous Relief, specifically for Alternate Service for Defendants Jeffrey Carter and Alexander Mascioli by Sandra Bader, Eric De Ford. (Masson, Sean) (Entered: 08/30/2022) |
| 08/30/2022 | 108 | DECLARATION of Sean Masson re 107 MOTION for Miscellaneous Relief, specifically for Alternate Service for Defendants Jeffrey Carter and Alexander Mascioli by Sandra Bader, Eric De Ford. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Masson, Sean) (Entered: 08/30/2022) |
| 08/31/2022 | 109 | **ENDORSED ORDER re 106 Reply to Response. The Clerk is DIRECTED to STRIKE 106 Defendants Brandonbilt Motorsports, LLC & Brandon Brown's Reply to Plaintiff's Response for violation of Local Rule 3.01(d). Signed by Judge Paul G. Byron on 8/31/2022. (SJB)** (Entered: 08/31/2022) |
| 08/31/2022 | 110 | MOTION for Leave to File Other Document :Reply Brief to Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss the Second Amended Complaint by Aris George Michalopoulos. (Hassan, Amina) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 08/31/2022) |
| 09/01/2022 | 111 | **ENDORSED ORDER denying 110 Motion for Leave to File Reply. The Court does not require the benefit of additional briefing at this time. Signed by Judge Paul G. Byron on 9/1/2022. (SJB)** (Entered: 09/01/2022) |
| 09/06/2022 | 112 | MOTION to Dismiss for Lack of Jurisdiction and, MOTION to Dismiss for Failure to State a Claim by Coral Capital LLC, Coral Capital Management LLC, Coral Defi LP, Thomas McLaughlin. (Attachments: # 1 Exhibit A – Declaration, # 2 Exhibit B – Declaration)(Pegg, Allen) (Entered: 09/06/2022) |
| 09/07/2022 | 113 | MOTION for Sanctions by James Koutoulas. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Martell, Nicole) (Entered: 09/07/2022) |
| 09/13/2022 | 114 | MEMORANDUM in opposition re 101 Motion to Dismiss *Second Amended Class Action Complaint* filed by Sandra Bader, Eric De Ford. (Jasnoch, John) (Entered: 09/13/2022) |
| 09/13/2022 | 115 | MEMORANDUM in opposition re 104 MOTION to Dismiss Second Amended Complaint filed by Sandra Bader, Eric De Ford. (Jasnoch, John) Modified as to text on 9/14/2022 (JK). (Entered: 09/13/2022) |
| 09/15/2022 | 116 | Unopposed MOTION to File Excess Pages by Eric De Ford. (Horton Silverman, Robin) (Entered: 09/15/2022) |
| 09/15/2022 | 117 | Unopposed MOTION to File Excess Pages *in Opposition to Koutoulas's Motion for Sanctions 113* by All Plaintiffs. (Zigler, Aaron) (Entered: 09/15/2022) |
| 09/16/2022 | 118 | **ENDORSED ORDER denying 116 Motion to File Excess Pages; denying 117 Motion to File Excess Pages. Signed by Judge Paul G. Byron on 9/16/2022. (SJB)** Modified as to Order type on 9/16/2022 (JK). (Entered: 09/16/2022) |
| 09/16/2022 | 119 | MOTION to Stay Discovery, MOTION for Protective Order by James Koutoulas. (Martell, Nicole) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 09/16/2022) |

| 09/21/2022 | 120 | RESPONSE in Opposition re 113 MOTION for Sanctions filed by Sandra Bader, Eric De Ford. (Attachments: # 1 Affidavit De Ford Decl, # 2 Affidavit Zigler Decl)(Zigler, Aaron) (Entered: 09/21/2022) |
|---|---|---|
| 09/27/2022 | 121 | **ORDER denying without prejudice 113 Motion for Sanctions. See Order for details. Signed by Judge Paul G. Byron on 9/27/2022. (SJB)** (Entered: 09/27/2022) |
| 09/27/2022 | 122 | **ENDORSED ORDER denying 119 Motion to Stay Discovery; granting in part and denying in part 119 Motion for Extension of Time to Respond. The Court does not have a practice of staying deadlines pending filed motions, and Defendant James Koutoulas has failed to demonstrate the necessary good cause for a stay in this case. Defendant James Koutoulas shall respond to the interrogatories at issue here on or before October 11, 2022. Defendant shall comply with the remaining discovery requests by the already established deadline: on or before October 12, 2022. In these responses, any specific assertions of privilege must be made in accordance with all applicable law. Signed by Judge Paul G. Byron on 9/27/2022. (SJB)** (Entered: 09/27/2022) |
| 09/27/2022 | 123 | RESPONSE in Opposition re 112 MOTION to Dismiss for Lack of Jurisdiction *and* MOTION to Dismiss for Failure to State a Claim filed by Sandra Bader, Eric De Ford. (Jasnoch, John) (Entered: 09/27/2022) |
| 09/29/2022 | 124 | SUPPLEMENT *Certificate of Conferral on Motion for Rule 11 Sanctions* by James Koutoulas. (Martell, Nicole) (Entered: 09/29/2022) |
| 09/29/2022 | 125 | MOTION for Leave to File Other Document :Reply in Support of Motion to Dismiss by Coral Capital LLC, Coral Capital Management LLC, Coral Defi LP, Thomas McLaughlin. (Pegg, Allen) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 09/29/2022) |
| 09/30/2022 | 126 | **ENDORSED ORDER granting 125 Motion for Leave to File Reply. On or before 10/5/2022, the Coral Defendants may file a three–page reply in support of their 112 Motion to Dismiss. Signed by Magistrate Judge Daniel C. Irick on 9/30/2022. (Irick, Daniel)** (Entered: 09/30/2022) |
| 10/05/2022 | 127 | REPLY to Response to Motion re 112 MOTION to Dismiss for Lack of Jurisdiction *and* MOTION to Dismiss for Failure to State a Claim filed by Coral Capital LLC, Coral Capital Management LLC, Coral Defi LP, Thomas McLaughlin. (Pegg, Allen) (Entered: 10/05/2022) |
| 10/28/2022 | 128 | NOTICE of Appearance by Neil D. Kodsi on behalf of Aris George Michalopoulos (Kodsi, Neil) (Entered: 10/28/2022) |
| 10/31/2022 | 129 | NOTICE of supplemental authority re 127 Reply to Response to Motion, by Coral Capital LLC, Coral Capital Management LLC, Coral Defi LP, Thomas McLaughlin. (Pegg, Allen) (Entered: 10/31/2022) |
| 11/04/2022 | 130 | MOTION to Compel Defendant Erik Norden to Produce Complete Responses to Plaintiffs' Discovery by Sandra Bader, Eric De Ford. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Jasnoch, John) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 11/04/2022) |
| 11/06/2022 | 131 | **ENDORSED ORDER denying 130 Motion to Compel, for a failure to comply with the 47 Standing Order on Discovery Motions. Signed by Magistrate Judge Daniel C. Irick on 11/6/2022. (Irick, Daniel)** (Entered: 11/06/2022) |

| 11/08/2022 | 132 | MOTION to Compel Discovery from Norden by All Plaintiffs. (Attachments: # 1 Exhibit Interrogatories, # 2 Exhibit RFP, # 3 Exhibit Resp. to Interrogatories, # 4 Exhibit Resp to RFPs)(Zigler, Aaron) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 11/08/2022) |
|---|---|---|
| 11/10/2022 | 133 | NOTICE of supplemental authority re 115 Memorandum in opposition, 114 Memorandum in opposition by Sandra Bader, Eric De Ford. (Horton Silverman, Robin) (Entered: 11/10/2022) |
| 11/10/2022 | 134 | MOTION to Compel *Defendant Coral Defi LP's discovery.* by All Plaintiffs. (Attachments: # 1 Exhibit RFA, # 2 Exhibit RFP, # 3 Exhibit Response to Admission, # 4 Exhibit Responses to Production)(Zigler, Aaron) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 11/10/2022) |
| 11/11/2022 | 135 | MOTION to Compel Discovery from Koutoulas by All Plaintiffs. (Attachments: # 1 Exhibit Interrogatories, # 2 Exhibit Responses to Interrogatories, # 3 Exhibit Supplemental Responses to Interrogatories)(Zigler, Aaron) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 11/11/2022) |
| 11/14/2022 | 136 | Unopposed MOTION for James Blake Kamoroff to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–20193412 for $150 by All Plaintiffs. (Attachments: # 1 Special Admission Attorney Certification)(Horton Silverman, Robin) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 11/14/2022) |
| 11/14/2022 | 137 | Unopposed MOTION for Mollie E. Chadwick to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–20193651 for $150 by All Plaintiffs. (Attachments: # 1 Special Admission Attorney Certification)(Horton Silverman, Robin) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 11/14/2022) |
| 11/14/2022 | 138 | Unopposed MOTION for Nidya S. Gutierrez to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–20193693 for $150 by All Plaintiffs. (Attachments: # 1 Special Admission Attorney Certification)(Horton Silverman, Robin) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 11/14/2022) |
| 11/14/2022 | 139 | RESPONSE in Opposition re 132 MOTION to Compel Discovery from Norden filed by Erik Norden. (Chase, Kenneth) (Entered: 11/14/2022) |
| 11/15/2022 | 140 | RESPONSE to Motion re 134 MOTION to Compel *Defendant Coral Defi LP's discovery.* filed by Coral Defi LP. (Pegg, Allen) (Entered: 11/15/2022) |
| 11/16/2022 | 141 | RESPONSE to Motion re 135 MOTION to Compel Discovery from Koutoulas filed by James Koutoulas. (Martell, Nicole) (Entered: 11/16/2022) |
| 11/23/2022 | 142 | **ENDORSED ORDER denying 136 Motion to Appear Pro Hac Vice; denying 137 Motion to Appear Pro Hac Vice; denying 138 Motion to Appear Pro Hac Vice. The requirements for special admission are stated in Local Rule 2.01(c). Signed by Magistrate Judge Daniel C. Irick on 11/23/2022. (Irick, Daniel)** (Entered: 11/23/2022) |
| 11/23/2022 | 143 | NOTICE of hearing on motions re 134 MOTION to Compel Defendant Coral Defi LP's discovery, 132 MOTION to Compel Discovery from Norden, 135 MOTION to Compel Discovery from Koutoulas. Motion Hearing set for 12/2/2022 at 02:00 PM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. The parties shall file a joint notice three days before the hearing certifying ongoing conferral and stating which issues, if any, have been resolved. (TNP) (Entered: 11/23/2022) |

| | | |
|---|---|---|
| 11/28/2022 | 144 | Unopposed MOTION for Miscellaneous Relief, specifically To Adjust Time of Discovery Hearing by Coral Defi LP. (Pegg, Allen) (Entered: 11/28/2022) |
| 11/28/2022 | 145 | JOINDER in motion by James Koutoulas re 144 Unopposed MOTION for Miscellaneous Relief, specifically To Adjust Time of Discovery Hearing filed by Coral Defi LP . (Martell, Nicole) (Entered: 11/28/2022) |
| 11/29/2022 | 146 | **ENDORSED ORDER granting 144 Unopposed Motion to Adjust Time of Discovery Hearing. Signed by Magistrate Judge Daniel C. Irick on 11/29/2022. (Irick, Daniel)** (Entered: 11/29/2022) |
| 11/29/2022 | 147 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Motion Hearing hearing previously scheduled for 12/2/2022 is rescheduled. New hearing time: Motion Hearing set for 12/2/2022 at 12:30 PM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. The parties shall file a joint notice three days before the hearing certifying ongoing conferral and stating which issues, if any, have been resolved.(TNP) (Entered: 11/29/2022) |
| 11/29/2022 | 148 | NOTICE of compliance re 147 Notice of rescheduling hearing (time only), 143 Notice of hearing on motion, by Sandra Bader, Eric De Ford (Zigler, Aaron) (Entered: 11/29/2022) |
| 11/30/2022 | 149 | Amended Joint NOTICE Regarding Compromise on Discovery Dispute by Coral Defi LP re 148 Compliance notice (Pegg, Allen) Modified text on 12/1/2022 (LDJ). (Entered: 11/30/2022) |
| 12/01/2022 | 150 | **ENDORSED ORDER finding as moot 134 Plaintiff's Short Form Discovery Motion Regarding Defendant Coral Defi LP, due to the filing of the 149 Amended Joint Notice. Coral Defi is excused from the 12/2/2022 discovery hearing. Signed by Magistrate Judge Daniel C. Irick on 12/1/2022. (Irick, Daniel)** (Entered: 12/01/2022) |
| 12/01/2022 | 151 | NOTICE to counsel Aaron M. Zigler, John T. Jasnoch, Sean T. Masson, Robin Horton Silverman, Nicole Marie Martell, Allen Paige Pegg, and David B. Massey of Local Rule 2.02(a), which requires designation of one lead counsel who – unless the party changes the designation – remains lead counsel throughout the action. File a **Notice of Lead Counsel Designation** to identify lead counsel. (Signed by Deputy Clerk). (LDJ) (Entered: 12/01/2022) |
| 12/01/2022 | 152 | NOTICE of compliance *Resolution of Motions to Compel* by Sandra Bader, Eric De Ford (Zigler, Aaron) (Entered: 12/01/2022) |
| 12/02/2022 | 153 | **ENDORSED ORDER finding as moot 132 Motion to Compel and 135 Motion to Compel, due to the 152 Notice concerning the resolution of the Motions. The hearing set for 12/2/2022 is cancelled. Signed by Magistrate Judge Daniel C. Irick on 12/2/2022. (Irick, Daniel)** (Entered: 12/02/2022) |
| 12/02/2022 | 154 | NOTICE canceling Motion Hearing scheduled for 12/2/2022 (TNP) Modified on 12/2/2022 (TNP). (Entered: 12/02/2022) |
| 12/02/2022 | 155 | NOTICE of Lead Counsel Designation by Allen Paige Pegg on behalf of Coral Capital LLC, Coral Capital Management LLC, Coral Defi LP, Thomas McLaughlin. Lead Counsel: Allen P. Pegg. (Pegg, Allen) (Entered: 12/02/2022) |
| 12/02/2022 | 156 | NOTICE of Lead Counsel Designation by Nicole Marie Martell on behalf of James Koutoulas. Lead Counsel: Nicole Martell, Esq.. (Martell, Nicole) (Entered: |

| | | |
|---|---|---|
| | | 12/02/2022) |
| 12/02/2022 | 157 | REQUEST for oral argument re 101 MOTION to Dismiss Second Amended Complaint *and Memorandum in Law in Support* by James Koutoulas. (Martell, Nicole) (Entered: 12/02/2022) |
| 12/02/2022 | 158 | NOTICE of Lead Counsel Designation by Sean T. Masson on behalf of Sandra Bader. Lead Counsel: Sean T. Masson. (Masson, Sean) (Entered: 12/02/2022) |
| 12/06/2022 | 159 | NOTICE of mediation conference/hearing to be held on March 7, 2023 before Harry R. Schafer. (Masson, Sean) (Entered: 12/06/2022) |
| 12/12/2022 | 160 | **ORDER granting in part and denying in part 107 Motion for Alternate Service. Plaintiffs' deadline to serve Defendants Jeffrey Carter and Alexander Hope Mascioli pursuant to Rule 4(m) is extended to January 26, 2023. The Motion (Doc. 107) is DENIED without prejudice in all other respects. Signed by Magistrate Judge Daniel C. Irick on 12/12/2022. (TNP)** (Entered: 12/12/2022) |
| 12/15/2022 | 161 | Second MOTION to Compel Discovery from Koutoulas by All Plaintiffs. (Attachments: # 1 Exhibit Plaintiffs' RFPs to Koutoulas, # 2 Exhibit Koutoulas's response to Plaintiffs' RFPs, # 3 Exhibit Supplemental responses to Plaintiffs' RFPs, # 4 Exhibit Plaintiffs' ROG 10 to Koutoulas, # 5 Exhibit Koutoulas's response to Plaintiffs' ROG 10, # 6 Exhibit Proposed Confidentiality Order)(Zigler, Aaron) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 12/15/2022) |
| 12/20/2022 | 162 | RESPONSE to Motion re 161 Second MOTION to Compel Discovery from Koutoulas filed by James Koutoulas. (Martell, Nicole) (Entered: 12/20/2022) |
| 12/28/2022 | 163 | Third MOTION to Compel Discovery from Koutoulas by All Plaintiffs. (Attachments: # 1 Exhibit Plaintiffs' First Set of RFP to Koutoulas, # 2 Exhibit Responses to Plaintiffs' First RFP, # 3 Exhibit Supplemental Responses to Plaintiffs' First Set or RFP)(Zigler, Aaron) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 12/28/2022) |
| 01/03/2023 | 164 | RESPONSE in Opposition re 163 Third MOTION to Compel Discovery from Koutoulas filed by James Koutoulas. (Attachments: # 1 Exhibit A Koutoulas Affidavit in Support)(Martell, Nicole) (Entered: 01/03/2023) |
| 01/06/2023 | 165 | NOTICE of hearing on motion re 161 Second MOTION to Compel Discovery from Koutoulas, 163 Third MOTION to Compel Discovery from Koutoulas. Motion Hearing set for 1/25/2023 at 10:00 AM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. The parties shall file a joint notice three days before the hearing certifying ongoing conferral and stating which issues, if any, have been resolved. (TNP) (Entered: 01/06/2023) |
| 01/06/2023 | 166 | Fourth MOTION to Compel Discovery from Koutoulas by All Plaintiffs. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Zigler, Aaron) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 01/06/2023) |
| 01/06/2023 | 167 | RESPONSE to Motion re 163 Third MOTION to Compel Discovery from Koutoulas filed by Sandra Bader, Eric De Ford. (Attachments: # 1 Exhibit Telegram.pdf, # 2 Exhibit Telegram.pdf, # 3 Exhibit Reddit.pdf)(Zigler, Aaron) (Entered: 01/06/2023) |
| 01/09/2023 | 168 | NOTICE by Sandra Bader, Eric De Ford (Zigler, Aaron) (Entered: 01/09/2023) |
| 01/09/2023 | 169 | |

| | | NOTICE by Sandra Bader, Eric De Ford re 166 Fourth MOTION to Compel Discovery from Koutoulas (Zigler, Aaron) (Entered: 01/09/2023) |
|---|---|---|
| 01/09/2023 | 170 | NOTICE of Appearance by Jonathan M. Bierfeld on behalf of Brendon Leslie (Bierfeld, Jonathan) (Entered: 01/09/2023) |
| 01/09/2023 | 171 | MOTION to Quash Subpoena by Brendon Leslie. (Bierfeld, Jonathan) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 01/09/2023) |
| 01/11/2023 | 172 | RESPONSE in Opposition re 166 Fourth MOTION to Compel Discovery from Koutoulas filed by James Koutoulas. (Martell, Nicole) (Entered: 01/11/2023) |
| 01/13/2023 | 173 | NOTICE OF RESCHEDULING HEARING: The Motion Hearing hearing previously scheduled for 1/25/2023 is rescheduled. New scheduling date and time: Motion Hearing set for 1/31/2023 at 10:30 AM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. The parties shall file a joint notice three days before the hearing certifying ongoing conferral and stating which issues, if any, have been resolved.(TNP) (Entered: 01/13/2023) |
| 01/16/2023 | 174 | Joint NOTICE of Resolution by Brandon Leslie re 171 MOTION to Quash Subpoena (Bierfeld, Jonathan) Modified text on 1/18/2023 (LDJ). (Entered: 01/16/2023) |
| 01/19/2023 | 175 | NOTICE of hearing on motions re 166 Fourth MOTION to Compel Discovery from Koutoulas, 161 Second MOTION to Compel Discovery from Koutoulas, 163 Third MOTION to Compel Discovery from Koutoulas. Motion Hearing set for 1/31/2023 at 10:30 AM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. The parties shall file a joint notice three days before the hearing certifying ongoing conferral and stating which issues, if any, have been resolved. (TNP) (Entered: 01/19/2023) |
| 01/20/2023 | 176 | Unopposed MOTION to Continue *Hearing on Plaintiffs' Discovery Motions* by James Koutoulas. (Martell, Nicole) (Entered: 01/20/2023) |
| 01/23/2023 | 177 | **ENDORSED ORDER granting 176 Unopposed Motion to Continue Hearing. Signed by Magistrate Judge Daniel C. Irick on 1/23/2023. (Irick, Daniel)** (Entered: 01/23/2023) |
| 01/23/2023 | 178 | NOTICE OF RESCHEDULING HEARING: The Motion Hearing previously scheduled for 1/31/2023 is rescheduled. New scheduling date and time: Motion Hearing set for 2/7/2023 at 10:00 AM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick re 166 Fourth MOTION to Compel Discovery from Koutoulas, 161 Second MOTION to Compel Discovery from Koutoulas, 163 Third MOTION to Compel Discovery from Koutoulas. The parties shall file a joint notice three days before the hearing certifying ongoing conferral and stating which issues, if any, have been resolved. (TNP) (Entered: 01/23/2023) |
| 01/23/2023 | 179 | **ENDORSED ORDER finding as moot 171 Motion to Quash, due to the filing of the 174 Joint Notice of Resolution. Signed by Magistrate Judge Daniel C. Irick on 1/23/2023. (Irick, Daniel)** (Entered: 01/23/2023) |
| 01/23/2023 | 180 | MOTION to Modify 85 Case Management Scheduling Order, by Sandra Bader, Eric De Ford. (Masson, Sean) (Entered: 01/23/2023) |
| 01/24/2023 | 181 | **ENDORSED ORDER granting 180 Motion to Amend Case Management Scheduling Order. The parties shall now file all motions to add parties or to amend the pleadings on or before March 28, 2023. Signed by Judge Paul G.** |

26

| | | |
|---|---|---|
| | | **Byron on 1/24/2023. (SJB)** (Entered: 01/24/2023) |
| 01/24/2023 | | Set/reset scheduling order deadlines: Amended Pleadings due by 3/28/2023 All other motions due by 3/28/2023 (SRD) (Entered: 01/24/2023) |
| 01/24/2023 | 182 | RESPONSE to Motion re 180 MOTION to Modify 85 Case Management Scheduling Order, filed by Coral Capital LLC, Coral Capital Management LLC, Coral Defi LP, Thomas McLaughlin. (Pegg, Allen) (Entered: 01/24/2023) |
| 01/25/2023 | 183 | NOTICE of Appearance by Robert Christopher Folland on behalf of Jeffrey Carter (Folland, Robert) (Entered: 01/25/2023) |
| 01/25/2023 | 184 | Unopposed MOTION for Extension of Time to File Response/Reply as to 74 Amended Complaint, by Jeffrey Carter. (Folland, Robert) (Entered: 01/25/2023) |
| 01/25/2023 | 185 | Unopposed MOTION for Vincent P. (Trace) Schmeltz III to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–20436713 for $150 by Jeffrey Carter. (Attachments: # 1 Exhibit Special Admission Attorney Certification)(Folland, Robert) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 01/25/2023) |
| 01/25/2023 | 186 | RETURN of service executed on 1/5/2023 by Sandra Bader, Eric De Ford as to Jeffrey Carter. (Masson, Sean) Modified on 1/25/2023 to edit docket text (SRD). (Entered: 01/25/2023) |
| 01/26/2023 | 187 | MOTION for Miscellaneous Relief, specifically Motion for Extension of Time to Serve Defendant Mascioli with Summons and Complaint by Sandra Bader, Eric De Ford. (Masson, Sean) (Entered: 01/26/2023) |
| 01/27/2023 | 188 | **ENDORSED ORDER denying 184 Unopposed Motion for Extension of Time. No cause is stated in the Motion that could be considered good cause under the applicable Fed.R.Civ.P. Signed by Magistrate Judge Daniel C. Irick on 1/27/2023. (Irick, Daniel)** (Entered: 01/27/2023) |
| 01/27/2023 | 189 | **ENDORSED ORDER granting 185 Motion to Appear Pro Hac Vice. Vincent P. (Trace) Schmeltz III is granted special admission to practice in the Middle District for purposes of this action pursuant to Local Rule 2.01(c), provided counsel shall register for and use the electronic filing system as adopted by the Court. Signed by Magistrate Judge Daniel C. Irick on 1/27/2023. (Irick, Daniel)** (Entered: 01/27/2023) |
| 01/27/2023 | 190 | **ENDORSED ORDER denying 187 Motion for Extension of Time to Serve Defendant Mascioli with Summons and Complaint. The Motion––filed on the date of the deadline sought to be extended––fails to state good cause for yet another extension of time to serve Mr. Mascioli. Plaintiff's attempt to "reserve the right to supplement this motion as necessary" is without legal effect. Signed by Magistrate Judge Daniel C. Irick on 1/27/2023.(Irick, Daniel)** (Entered: 01/27/2023) |
| 01/27/2023 | 191 | Amended Unopposed MOTION for Extension of Time to File Response to First Amended Class Action Complaint by Jeffrey Carter. e/(Folland, Robert) Modified on 1/30/2023 to edit docket text (SRD). (Entered: 01/27/2023) |
| 01/30/2023 | 192 | **ENDORSED ORDER granting 191 Amended Motion for Extension of Time. Defendant Jeffrey Carter must respond to the Amended Complaint by 2/27/2023. Signed by Magistrate Judge Daniel C. Irick on 1/30/2023. (Irick, Daniel)** (Entered: 01/30/2023) |

| 01/31/2023 | 193 | NOTICE of Dismissal of Action Without Prejudice Against Defendant Alexander Mascioli by Sandra Bader, Eric De Ford (Masson, Sean) Modified on 2/1/2023 to edit docket text (SRD). (Entered: 01/31/2023) |
|---|---|---|
| 02/01/2023 | 194 | **ORDER re 193 Notice of Voluntary Dismissal Without Prejudice As To Defendant Alexander Hope Mascioli. Plaintiff's claims against Defendant Alexander Hope Mascioli are DISMISSED WITHOUT PREJUDICE. The Clerk of Court is DIRECTED to terminate Alexander Hope Mascioli only from the file. Signed by Judge Paul G. Byron on 2/1/2023. (SJB)** (Entered: 02/01/2023) |
| 02/03/2023 | 195 | Joint NOTICE Certifying Ongoing Conferral by Sandra Bader, Eric De Ford re 178 Notice of rescheduling hearing (Zigler, Aaron) Modified on 2/6/2023 to edit docket text (SRD). (Entered: 02/03/2023) |
| 02/06/2023 | 196 | NOTICE of Appearance by Brian David Fell on behalf of Erik Norden (Fell, Brian) (Entered: 02/06/2023) |
| 02/07/2023 | 197 | Minute Entry. In Person Proceedings held before Magistrate Judge Daniel C. Irick: MOTION HEARING held on 2/7/2023 re 163 Third MOTION to Compel Discovery from Koutoulas filed by Sandra Bader, Eric De Ford, 166 Fourth MOTION to Compel Discovery from Koutoulas filed by Sandra Bader, Eric De Ford, 161 Second MOTION to Compel Discovery from Koutoulas filed by Sandra Bader, Eric De Ford. (Digital) (TNP) (Entered: 02/07/2023) |
| 02/08/2023 | 199 | **ORDER granting in part and denying in part 161 Motion to Compel; granting in part and denying in part 163 Motion to Compel; granting in part and denying in part 166 Motion to Compel. On or before February 13, 2023, Plaintiffs must provide notice of this Order to nonparty LGBCoin Foundation. On or before February 23, 2023, nonparty LGBCoin Foundation may intervene and file an appropriate motion. Signed by Magistrate Judge Daniel C. Irick on 2/8/2023. (TNP)** (Entered: 02/08/2023) |
| 02/10/2023 | 200 | MOTION to Produce Third–Party Subpoena Documents by All Plaintiffs. (Attachments: # 1 Exhibit Brendon Leslie Subpoena, # 2 Exhibit Brendon Leslie Proof of Service, # 3 Exhibit Service Email)(Zigler, Aaron) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 02/10/2023) |
| 02/13/2023 | 201 | NOTICE of compliance re 199 Order on Motion to Compel, by Sandra Bader, Eric De Ford (Zigler, Aaron) Modified on 2/13/2023 to edit docket text (SRD). (Entered: 02/13/2023) |
| 02/14/2023 | 202 | TRANSCRIPT of Digitally Recorded Motion Hearing held on February 7, 2023, before Judge Daniel C. Irick. Court Reporter/Transcriber: Nikki Peters, RMR, CRR, CRC. Email address: courttranscripts@outlook.com. Telephone number: 407–443–0144.<br><br>NOTICE TO THE PARTIES – The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 3/7/2023. Redacted Transcript Deadline set for 3/17/2023. Release of Transcript Restriction set for 5/15/2023. (NLP) (Entered: 02/14/2023) |

| 02/22/2023 | 203 | Amended NOTICE of a related action per Local Rule 1.07(c) by Sandra Bader, Eric De Ford. Related case(s): Yes (Masson, Sean) Modified on 2/23/2023 to edit docket text (SRD). (Entered: 02/22/2023) |
|---|---|---|
| 02/23/2023 | 204 | MOTION for Protective Order and Motion to Quash Plaintiffs' Requests for Production and Interrogatories by LGBCoin, LTD. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Martell, Nicole) Motions referred to Magistrate Judge Daniel C. Irick. Modified on 2/24/2023 to edit docket text (SRD). (Entered: 02/23/2023) |
| 02/27/2023 | 205 | Second Unopposed MOTION for Enlargement of Time to Respond re 74 Amended Complaint, by Jeffrey Carter. (Folland, Robert) Modified on 2/28/2023 to edit docket text (SRD). (Entered: 02/27/2023) |
| 02/28/2023 | 206 | RESPONSE to Motion re 204 MOTION for Protective Order and Motion to Quash Plaintiffs' Requests for Production and Interrogatories filed by Sandra Bader, Eric De Ford. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Zigler, Aaron) (Entered: 02/28/2023) |
| 03/02/2023 | 207 | **ENDORSED ORDER denying 205 Second Unopposed Motion for Extension of Time to Respond to Second Amended Class Action Complaint. The Motion is premised upon a mischaracterization of the Court's prior 181 Order, and general assertions concerning settlement discussions do not provide good cause for the requested extension. Further, counsel are cautioned against filing a motion to extend a deadline on the date of the deadline; such motions may simply be denied as moot if not ruled upon when the deadline expires. Filing such a motion does not toll the expiration of the deadline at issue. Signed by Magistrate Judge Daniel C. Irick on 3/2/2023. (Irick, Daniel)** (Entered: 03/02/2023) |
| 03/06/2023 | 208 | MOTION to Compel Discovery from Plaintiffs by Erik Norden. (Attachments: # 1 Exhibit Interrogatories to Plaintiff De Ford, # 2 Exhibit Interrogatories to Plaintiff Bader, # 3 Exhibit Requests for Production to Plaintiff De Ford, # 4 Exhibit Requests for Production to Plaintiff Bader, # 5 Exhibit Plaintiff De Ford's Answers to Interrogatories, # 6 Exhibit Plaintiff Bader's Answers to Interrogatories, # 7 Exhibit Plaintiff De Ford's Responses to Requests for Production, # 8 Exhibit Plaintiff Bader's Responses to Requests for Production, # 9 Exhibit Plaintiffs' Privilege Log)(Chase, Kenneth) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 03/06/2023) |
| 03/08/2023 | 209 | **ENDORSED ORDER directing the Clerk to terminate Corporate Defendant Doe re 74 Second Amended Complaint. Signed by Judge Paul G. Byron on 3/8/2023. (GNB)** (Entered: 03/08/2023) |
| 03/08/2023 | 210 | **ORDER granting 200 Motion to Produce. It is hereby ORDERED that the Motion (Doc. 200) is GRANTED, such that On or before March 15, 2023, Plaintiffs shall provide notice of this Order to Leslie and On or before March 29, 2023, Leslie shall produce all non−privileged documents responsive to Plaintiffs' subpoena. Signed by Magistrate Judge Daniel C. Irick on 3/8/2023. (JOR)** (Entered: 03/08/2023) |
| 03/08/2023 | 211 | Joint NOTICE of settlement *in principle* by Sandra Bader, Eric De Ford (Masson, Sean) Modified on 3/9/2023 to edit docket text (SRD). (Entered: 03/08/2023) |
| 03/09/2023 | 212 | |

| | | |
|---|---|---|
| | | Joint NOTICE of settlement *in principle* by Sandra Bader, Eric De Ford (Masson, Sean) Modified on 3/10/2023 to edit docket text (SRD). (Entered: 03/09/2023) |
| 03/10/2023 | 213 | NOTICE of settlement *in principle* by Sandra Bader, Eric De Ford (Masson, Sean) (Entered: 03/10/2023) |
| 03/13/2023 | 214 | RESPONSE to Motion re 208 MOTION to Compel Discovery from Plaintiffs filed by Sandra Bader, Eric De Ford. (Zigler, Aaron) (Entered: 03/13/2023) |
| 03/13/2023 | 215 | NOTICE of compliance re 210 Order on Motion to Produce, by Sandra Bader, Eric De Ford (Zigler, Aaron) (Entered: 03/13/2023) |
| 03/15/2023 | 216 | NOTICE of compliance re 210 Order by James Koutoulas (Martell, Nicole) Modified on 3/16/2023 to edit docket text (SRD). (Entered: 03/15/2023) |
| 03/21/2023 | 217 | Joint NOTICE Certifying Ongoing Conferral by Sandra Bader, Eric De Ford re 199 Order on Motion to Compel, (Zigler, Aaron) Modified on 3/22/2023 to edit docket text (SRD). (Entered: 03/21/2023) |
| 03/22/2023 | 218 | MOTION to Stay Discovery by National Association for Stock Car Auto Racing, LLC. (Attachments: # 1 Exhibit A – Plaintiffs' Notice of Rule 30(b)(6) Deposition of Defendant NASCAR LLC, # 2 Exhibit B – Defendant Koutoulas' First Requests for Production of Documents to Defendant NASCAR LLC)(Mercier, Judith) (Entered: 03/22/2023) |
| 03/22/2023 | 219 | MOTION to Modify 85 Case Management Scheduling Order, 181 Order on Motion to Amend / Correct / Modify / Supplement by Sandra Bader, Eric De Ford. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Masson, Sean) (Entered: 03/22/2023) |
| 03/23/2023 | 220 | NOTICE TO COUNSEL Robert Christopher Folland and Vincent P. Schmeltz, III of Local Rule 2.02(a), which states, "The first paper filed on behalf of a party must designate only one lead counsel who – unless the party changes the designation – remains lead counsel throughout the action." Counsel must file a **Notice of Lead Counsel Designation** identifying lead counsel. (Signed by Deputy Clerk). (SRD) (Entered: 03/23/2023) |
| 03/23/2023 | 221 | NOTICE of Lead Counsel Designation by Robert Christopher Folland on behalf of Jeffrey Carter. Lead Counsel: Vincent P. (Trace) Schmeltz III. (Folland, Robert) (Entered: 03/23/2023) |
| 03/23/2023 | 222 | RESPONSE in Opposition re 218 MOTION to Stay Discovery filed by Sandra Bader. (Zigler, Aaron) (Entered: 03/23/2023) |
| 03/27/2023 | 223 | *STRICKEN per Order at Doc. 225 and Removed per Chambers Amended MOTION for Sanctions by James Koutoulas. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Martell, Nicole) Modified on 3/28/2023 (SRD). (Entered: 03/27/2023) |
| 03/27/2023 | 224 | MOTION to Strike 223 Amended MOTION for Sanctions by James Koutoulas. (Martell, Nicole) (Entered: 03/27/2023) |
| 03/28/2023 | 225 | **ENDORSED ORDER granting 224 Motion to Strike. The Clerk is DIRECTED to strike 223 the Amended Motion for Sanctions. Furthermore, Defendant Koutoulas is reminded of the Court's preference to resolve Rule 11 sanctions** |

30

| | | |
|---|---|---|
| | | motions at the close of litigation. See **121** Order denying without prejudice Defendant Koutoulas's Motion for Sanctions. Signed by Judge Paul G. Byron on 3/28/2023. (SJB) (Entered: 03/28/2023) |
| 03/28/2023 | 226 | **ENDORSED ORDER granting 219 Motion to Amend Case Management Scheduling Order. The parties shall now file all motions to add parties or to amend the pleadings on or before April 27, 2023. Signed by Judge Paul G. Byron on 3/28/2023. (SJB)** (Entered: 03/28/2023) |
| 03/29/2023 | 227 | NOTICE of compliance re 210 Order on Motion to Produce, by Brendon Leslie (Bierfeld, Jonathan) (Entered: 03/29/2023) |
| 03/30/2023 | 228 | NOTICE of hearing on motion re 204 MOTION for Protective Order and Motion to Quash Plaintiffs' Requests for Production and Interrogatories, 208 MOTION to Compel Discovery from Plaintiffs . Motion Hearing set for 4/13/2023 at 01:00 PM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. The parties shall file a joint notice three days before the hearing certifying ongoing conferral and stating which issues, if any, have been resolved.(TBS) (Entered: 03/30/2023) |
| 03/30/2023 | 229 | **ORDER denying as moot 88 Motion to Dismiss for Failure to State a Claim; granting in part and denying in part 90 Motion to Dismiss; denying as moot 93 Motion to Dismiss; granting in part and denying in part 101 Motion to Dismiss; granting 104 Motion to Dismiss for Failure to State a Claim; granting 112 Motion to Dismiss for Lack of Personal Jurisdiction; finding as moot 112 Motion to Dismiss for Failure to State a Claim. The Clerk of Court is DIRECTED to terminate Defendants Erik Norden, Thomas McLaughlin, Coral Capital LLC, Coral Capital Management LLC, and Defendant Coral Defi LP only from the file. On or before April 14, 2023, Plaintiffs may file a Third Amended Complaint if they believe they can do so consistent with the directives of this Order and Rule 11. Failure to timely file a Third Amended Complaint may result in dismissal of the claims without further notice. See Order for further details. Signed by Judge Paul G. Byron on 3/30/2023. (SJB)** (Entered: 03/30/2023) |
| 04/03/2023 | 230 | **ENDORSED ORDER denying as moot 218 Motion to Stay Discovery. See 229 Court Order. The parties are again advised the Court does not generally have a practice of granting stays in lieu of pending motions. Signed by Judge Paul G. Byron on 4/3/2023. (SJB)** (Entered: 04/03/2023) |
| 04/04/2023 | 231 | NOTICE Pursuant to Rule 4–3.3 Florida Bar Rules of Professional Conduct by James Koutoulas (Martell, Nicole) Modified on 4/5/2023 to edit docket text (SRD). (Entered: 04/04/2023) |
| 04/05/2023 | 232 | Joint MOTION for Extend Deadlines re 199 Order on Motion to Compel, by James Koutoulas. (Martell, Nicole) Modified on 4/5/2023 to edit docket text (SRD). (Entered: 04/05/2023) |
| 04/06/2023 | 233 | MOTION for Nidya S. Gutierrez to appear pro hac vice by Sandra Bader, Eric De Ford. (Attachments: # 1 Supplement Special Admission Attorney Certification)(Horton Silverman, Robin) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 04/06/2023) |
| 04/06/2023 | 234 | **ENDORSED ORDER granting 233 Motion to Appear Pro Hac Vice. Nidya S. Gutierrez is granted special admission to practice in the Middle District for purposes of this action pursuant to Local Rule 2.01(c), provided counsel shall register for and use the electronic filing system as adopted by the Court. Signed** |

31

| | | |
|---|---|---|
| | | by Magistrate Judge Daniel C. Irick on 4/6/2023. (Irick, Daniel) (Entered: 04/06/2023) |
| 04/06/2023 | 235 | **ENDORSED ORDER granting 232 Joint Motion to Extend Deadlines of Order on Plaintiffs' Motion to Compel. The deadline for Mr. Koutoulas to produce additional written supplemental responses to Plaintiffs' discovery requests and a revised privilege log is extended to 4/6/2023; and the deadline for Mr. Koutoulas to file a Motion for Protective Order on any of Plaintiffs' challenges to the privileges asserted therein is extended to 4/20/2023. Signed by Magistrate Judge Daniel C. Irick on 4/6/2023. (Irick, Daniel)** (Entered: 04/06/2023) |
| 04/07/2023 | 236 | MOTION for Rule 11 Sanctions Against Plaintiffs and Plaintiffs' Counsel by Erik Norden. (Chase, Kenneth) Modified on 4/7/2023 to edit docket text (SRD). (Entered: 04/07/2023) |
| 04/10/2023 | 237 | Administrative MOTION for Leave to File Under Seal by Sandra Bader, Eric De Ford (Masson, Sean).Motions referred to Magistrate Judge Daniel C. Irick. Modified on 4/11/2023 to edit docket text (SRD). (Entered: 04/10/2023) |
| 04/10/2023 | 238 | Joint NOTICE Certifying Ongoing Conferral by LGBCoin, LTD re 228 Notice of hearing on motion, (Martell, Nicole) Modified on 4/11/2023 to edit docket text (SRD). (Entered: 04/10/2023) |
| 04/11/2023 | 239 | Joint NOTICE Certifying Ongoing Conferral by Sandra Bader, Eric De Ford re 228 Notice of hearing on motion, (Zigler, Aaron) Modified on 4/11/2023 to edit docket text (SRD). (Entered: 04/11/2023) |
| 04/12/2023 | 240 | Agreed MOTION to Continue *Hearing on Non−Party LGBcoin LTD's Motion for Protective Order and to Quash Plaintiff's Request for Production and Interrogatories* by James Koutoulas. (Martell, Nicole) Modified on 4/12/2023 to edit docket text (SRD). (Entered: 04/12/2023) |
| 04/12/2023 | 241 | NOTICE of WITHDRAWAL re 208 MOTION to Compel Discovery by Erik Norden (Chase, Kenneth) Modified on 4/12/2023 to edit docket text (SRD). (Entered: 04/12/2023) |
| 04/12/2023 | 242 | **ENDORSED ORDER finding as moot 208 Motion to Compel, due to the filing of the 241 Notice of Withdrawal of Motion. Signed by Magistrate Judge Daniel C. Irick on 4/12/2023. (Irick, Daniel)** (Entered: 04/12/2023) |
| 04/12/2023 | 243 | **ENDORSED ORDER granting 240 Motion to Continue Hearing. The hearing set for 4/13/2023 is cancelled. A new hearing will be set if the Court deems it necessary as to any forthcoming motions. ORDER denying without prejudice 204 Motion for Protective Order, due to the partial resolution of the Motion and the ongoing conferral discussed in the 238 Joint Notice. Signed by Magistrate Judge Daniel C. Irick on 4/12/2023. (Irick, Daniel)** (Entered: 04/12/2023) |
| 04/14/2023 | 244 | **ENDORSED ORDER granting in part and denying in part 237 Motion for Leave to File Under Seal. The Plaintiffs may file the relevant documents under seal. Any attempt to include dismissed Defendant Erik Norden in the pleadings as a party, however, will require a motion for reconsideration, which is an extraordinary and disfavored remedy. Signed by Judge Paul G. Byron on 4/14/2023. (SJB)** (Entered: 04/14/2023) |
| 04/14/2023 | 245 | *Third Amended Class Action Complaint* against All Defendants with Jury Demand filed by All Plaintiffs (Attachments: # 1 Proposed Summons)(Masson, Sean). |

32

| | | Modified on 9/5/2024 to edit the docket text (RPB). (Entered: 04/14/2023) |
|---|---|---|
| 04/18/2023 | 246 | PROOF of service by Sandra Bader, Eric De Ford, Shawn R. Key (Jasnoch, John) (Entered: 04/18/2023) |
| 04/18/2023 | 247 | PROPOSED summons to be issued by Sandra Bader, Eric De Ford, Shawn R. Key. (Masson, Sean) Modified on 4/19/2023–Notifed Atttorney Massen one summons per defendant (SRD). (Entered: 04/18/2023) |
| 04/20/2023 | 248 | MOTION for Protective Order *Regarding Privilege Assertions* by James Koutoulas. (Attachments: # 1 Appendix 1, # 2 Appendix 2)(Martell, Nicole) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 04/20/2023) |
| 04/20/2023 | 249 | SEALED MOTION *for Reconsideration* re 244 Order on Motion for Leave to File Under Seal, 229 Order on Motion to Dismiss for Failure to State a Claim Order on Motion to Dismiss / Lack of Jurisdiction, by All Plaintiffs (Attachments: # 1 Affidavit of Aaron M. Zigler, # 2 Exhibit A, Proposed Third Amended Complaint Including Norden as a Party, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L)(Zigler, Aaron). (Entered: 04/20/2023) |
| 04/21/2023 | 250 | NOTICE of *Attorney* Appearance by Scott D. Ponce on behalf of National Association for Stock Car Auto Racing, LLC (Ponce, Scott) (Entered: 04/21/2023) |
| 04/21/2023 | 251 | PROOF of service by Sandra Bader, Eric De Ford, Shawn R. Key (Zigler, Aaron) (Entered: 04/21/2023) |
| 04/21/2023 | 252 | RESPONSE in Opposition re 236 MOTION for Rule 11 Sanctions Against Plaintiffs and Plaintiffs' Counsel filed by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Affidavit of Aaron M. Zigler, # 2 Exhibit Placeholder, # 3 Exhibit D, # 4 Exhibit E)(Zigler, Aaron) (Entered: 04/21/2023) |
| 04/24/2023 | 253 | NOTICE TO COUNSEL Michael Krzywicki of Local Rule 2.01(a), which requires membership or special admission in the Middle District bar to practice in the Middle District, except for the limited exceptions identified in the Rule. To apply for membership in the Middle District, visit www.flmd.uscourts.gov/for–lawyers. (Signed by Deputy Clerk). (SRD) (Entered: 04/24/2023) |
| 04/24/2023 | 254 | NOTICE TO COUNSEL Mary Jane Fait Local Rule 2.01(c), Special Admission of Non–Resident Lawyer – File a Motion to Appear Pro Hac Vice. Co–counsel with filing rights may electronically file the motion on behalf of the non–resident lawyer or the motion may be filed on paper; Pay the Special Admission Fee; Submit a Pro Hac Vice E–File Registration through PACER. Visit www.flmd.uscourts.gov/for–lawyers for details (Signed by Deputy Clerk). (SRD) (Entered: 04/24/2023) |
| 04/24/2023 | 255 | Agreed MOTION for Extension of Time to Respond re 245 SEALED Document *Plaintiffs' Third Amended Complaint* by National Association for Stock Car Auto Racing, LLC. (Mercier, Judith) Modified on 4/24/2023 to edit docket text (SRD). (Entered: 04/24/2023) |
| 04/24/2023 | 256 | **ENDORSED ORDER granting 255 Agreed Motion for Extension of Time. Defendant NASCAR must respond to the Third Amended Complaint by 5/31/2023. Signed by Magistrate Judge Daniel C. Irick on 4/24/2023. (Irick, Daniel)** (Entered: 04/24/2023) |

| 04/26/2023 | 257 | MOTION for Mary Jane Fait to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–20769474 for $150 by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Supplement Special Admission Attorney Certification)(Horton Silverman, Robin) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 04/26/2023) |
|---|---|---|
| 04/27/2023 | 258 | **ENDORSED ORDER granting 257 Motion to Appear Pro Hac Vice. Mary Jane Fait is granted special admission to practice in the Middle District for purposes of this action pursuant to Local Rule 2.01(c), provided counsel shall register for and use the electronic filing system as adopted by the Court. Signed by Magistrate Judge Daniel C. Irick on 4/27/2023. (Irick, Daniel)** (Entered: 04/27/2023) |
| 05/01/2023 | 259 | **ORDER for Mary Jane Edelstein Fait to comply with the administrative procedures regarding electronic filing within thirty (30) days from the date of this Order. Signed by Judge Paul G. Byron on 5/1/2023. (GNB)** (Entered: 05/01/2023) |
| 05/02/2023 | 260 | Agreed MOTION for Extension of Time to Respond as to 245 SEALED Document *Third Amended Class Action Complaint* by James Koutoulas. (Martell, Nicole) Modified on 5/3/2023 to edit docket text (SRD). (Entered: 05/02/2023) |
| 05/03/2023 | 261 | PROPOSED summons to be issued by Sandra Bader, Eric De Ford, Shawn R. Key. (Masson, Sean) (Entered: 05/03/2023) |
| 05/03/2023 | 262 | WAIVER of service returned executed on 04/26/2023 by Shawn R. Key, Sandra Bader, Eric De Ford as to Letsgobrandon.com Foundation. (Masson, Sean) (Entered: 05/03/2023) |
| 05/03/2023 | 263 | WAIVER of service returned executed on 04/26/2023 by Shawn R. Key, Sandra Bader, Eric De Ford as to LGBCoin, LTD. (Masson, Sean) (Entered: 05/03/2023) |
| 05/03/2023 | 264 | **ENDORSED ORDER granting 260 Agreed Motion for Extension of Time. On or before 6/26/2023, Defendants James Koutoulas, LETSGOBRANDON.COM FOUNDATION d/b/a/ LGBCOIN FOUNDATION, and LGBCoin, LTD shall respond to the Third Amended Class Action Complaint. Signed by Magistrate Judge Daniel C. Irick on 5/3/2023. (Irick, Daniel)** (Entered: 05/03/2023) |
| 05/04/2023 | 265 | SUMMONS issued as to Patrick Brian Horsman. (SRD) (Entered: 05/04/2023) |
| 05/04/2023 | 266 | RESPONSE to Motion re 248 MOTION for Protective Order *Regarding Privilege Assertions* filed by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Exhibit (UNLOCKED) Revised Privilege Log_Koutoulas_LGBcoin, # 2 Exhibit Supplemental Responses to RFPs(Koutoulas) (3–10–2023), # 3 Exhibit Supplemental Responses to RFPs (Koutoulas) (04–06–2023), # 4 Exhibit Supplemental Responses to Interrogatories (Koutoulas) (3–10–2023), # 5 Exhibit Supplemental Responses to (No. 10) (Koutoulas) (04–06–2023), # 6 Exhibit 2023–5–04 – Aguirre Dec ISO Opp to Defendants_ MPO, # 7Exhibit A to DEC––Re Case 6_22–cv–00652–PGB–DCI De Ford v. Kououlas et al – Notice)(Horton Silverman, Robin) Modified on 5/5/2023 to edit docket text (SRD). (Entered: 05/04/2023) |
| 05/04/2023 | 267 | RESPONSE in Opposition re 249 SEALED MOTION *for Reconsideration* re 244 Order on Motion for Leave to File Under Seal, 229 Order on Motion to Dismiss for Failure to State a Claim Order on Motion to Dismiss / Lack of Jurisdiction, filed by |

| | | Erik Norden. (Chase, Kenneth) (Entered: 05/04/2023) |
|---|---|---|
| 05/05/2023 | 268 | PROOF of service by Sandra Bader, Eric De Ford, Shawn R. Key (Gutierrez, Nidya) (Entered: 05/05/2023) |
| 05/10/2023 | 269 | Partially Unopposed MOTION for Continuance and to Modify 85 Case Management Scheduling Order and Supporting Memorandum of Law, by Sandra Bader, Eric De Ford, Shawn R. Key. (Zigler, Aaron) Modified on 5/11/2023 to edit docket text (SRD). (Entered: 05/10/2023) |
| 05/11/2023 | 270 | **ENDORSED ORDER granting 269 Motion to Amend the Case Management Scheduling Order. An amended Case Management Scheduling Order is forthcoming. Signed by Judge Paul G. Byron on 5/11/2023. (SJB)** (Entered: 05/11/2023) |
| 05/11/2023 | 271 | MOTION to Strike 245 SEALED Document *Plaintiff's Third Amended Complaint with Prejudice and Issue Mandatory Sanctions for Multiple Violations of the Private Securities Litigation Reform Act* by James Koutoulas. (Martell, Nicole) (Entered: 05/11/2023) |
| 05/12/2023 | 272 | MOTION to Dismiss by National Association for Stock Car Auto Racing, LLC. (Attachments: # 1 Exhibit 1)(Ponce, Scott) Modified on 5/15/2023 to edit docket text (SRD). (Entered: 05/12/2023) |
| 05/12/2023 | 273 | MEMORANDUM in opposition re 236 Motion for Sanctions filed by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Affidavit of Aaron M. Zigler, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K)(Zigler, Aaron) Modified on 5/15/2023 to edit docket text (SRD). (Entered: 05/12/2023) |
| 05/12/2023 | 274 | **ORDER re 248 Motion for Protective Order. It is ORDERED that on May 25, 2023, at 1:30 P.M., in Courtroom 5C, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida, the Court will hold a hearing to address the Motion 248; Plaintiffs' counsel and counsel for Defendants James Koutoulas,LETSGOBRANDON.COM FOUNDATION d/b/a LGBCOIN FOUNDATION, andLGBCoin, LTD, shall appear at the hearing in person; on May 22, 2023, the parties shall file a joint notice certifying ongoing conferral and stating which issues, if any, have been resolved.. Signed by Magistrate Judge Daniel C. Irick on 5/12/2023. (JEB)** (Entered: 05/12/2023) |
| 05/16/2023 | 278 | MEMORANDUM in opposition re 271 Motion to Strike filed by Sandra Bader, Eric De Ford, Shawn R. Key. (Masson, Sean) (Entered: 05/16/2023) |
| 05/18/2023 | 279 | MOTION for Leave to File Reply To New Issues Raised By Plaintiff's Response To Defendant's Motion To Strike by James Koutoulas. (Martell, Nicole) Modified on 5/19/2023 to edit docket text (SRD). (Entered: 05/18/2023) |
| 05/18/2023 | 280 | **ENDORSED ORDER denying 279 Motion for Leave to File Reply. The Court does not require the benefit of additional briefing at this time. Signed by Judge Paul G. Byron on 5/18/2023. (SJB)** (Entered: 05/18/2023) |
| 05/19/2023 | 281 | Unopposed SEALED MOTION *to Unseal and Lift the Sealing re 244 Order on Motion for Leave to File Under Seal, 245 SEALED Document by Sandra Bader, Eric De Ford, Shawn R. Key (Attachments: # 1 Exhibit 1. Image, # 2 Exhibit 2. Declaration of Nidya S. Gutierrez, # 3 Exhibit A. Email, # 4 Exhibit B. Email)(Horton Silverman, Robin). Modified on 5/22/2023 to edit docket text (SRD).* |

| | | *(Entered: 05/19/2023)* |
|---|---|---|
| 05/22/2023 | 282 | **ENDORSED ORDER granting 281 Unopposed Motion to Unseal. The Clerk of Court is DIRECTED to unseal 245 the Third Amended Complaint. Signed by Judge Paul G. Byron on 5/22/2023. (SJB)** (Entered: 05/22/2023) |
| 05/22/2023 | 283 | MOTION to Continue *and/or Motion for Protective Order from Discovery Hearing Set on May 25, 2023, Due to Automatic Stay of Discvoery* by James Koutoulas. (Martell, Nicole) (Entered: 05/22/2023) |
| 05/22/2023 | 284 | **ORDER denying 236 Motion for Sanctions; denying 249 Sealed Motion for Reconsideration; granting in part and denying in part 271 Motion to Strike. See Order for further details. Signed by Judge Paul G. Byron on 5/22/2023. (SJB)** (Entered: 05/22/2023) |
| 05/23/2023 | 285 | **ORDER denying as moot 248 Motion for Protective Order; granting in part and denying in part 283 Motion to Continue. The May 25, 2023 hearing in this matter is CANCELLED. See Order for additional details. Signed by Magistrate Judge Daniel C. Irick on 5/23/2023. (TBS)** (Entered: 05/23/2023) |
| 05/25/2023 | 286 | MOTION to Stay re 282 Sealed Order on Sealed Motion by James Koutoulas. (Martell, Nicole) (Entered: 05/25/2023) |
| 05/26/2023 | 288 | **ENDORSED ORDER denying 286 Motion to Stay Court Order. Defendant has not demonstrated the good cause necessary to reseal the Third Amended Complaint. Signed by Judge Paul G. Byron on 5/26/2023. (SJB)** (Entered: 05/26/2023) |
| 06/02/2023 | 289 | NOTICE of compliance re 284 Order on Motion for Sanctions, Sealed Order on Sealed Motion, Order on Motion to Strike by Sandra Bader, Eric De Ford, Shawn R. Key (Attachments: # 1 Certification of Compliance, # 2 PSLRA Notice, # 3 De Ford PSLRA Certification, # 4 Bader PSLRA Certification, # 5 Key PSLRA Certification)(Zigler, Aaron) (Entered: 06/02/2023) |
| 06/02/2023 | 290 | RESPONSE in Opposition re 272 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed by Sandra Bader, Eric De Ford, Shawn R. Key. (Zigler, Aaron) (Entered: 06/02/2023) |
| 06/02/2023 | 291 | MOTION for Issuance of Summons by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Exhibit 1 – Due Diligence Declaration, # 2 Proposed Summons)(Masson, Sean) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 06/02/2023) |
| 06/13/2023 | 292 | **ORDER denying without prejudice 291 Motion for Issuance of Summons. See Order for additional details. Signed by Magistrate Judge Daniel C. Irick on 6/13/2023. (TBS)** (Entered: 06/13/2023) |
| 06/14/2023 | 293 | MOTION for Reconsideration re 284 Order on Motion for Sanctions, Sealed Order on Sealed Motion by James Koutoulas. (Martell, Nicole) (Entered: 06/14/2023) |
| 06/14/2023 | 294 | MOTION to Strike 245 SEALED Document by LGBCoin, LTD, Letsgobrandon.com Foundation. (Martell, Nicole) (Entered: 06/14/2023) |
| 06/14/2023 | 295 | PROPOSED summons to be issued by Sandra Bader, Eric De Ford, Shawn R. Key. (Masson, Sean) (Entered: 06/14/2023) |

| 06/15/2023 | 296 | SUMMONS issued as to Patrick Brian Horsman. (ABC) (Entered: 06/15/2023) |
|---|---|---|
| 06/21/2023 | 297 | MOTION for Leave to Appeal *and to Amend Order on Motion to Strike Third Amended Complaint* by James Koutoulas. (Martell, Nicole) (Entered: 06/21/2023) |
| 06/21/2023 | 298 | NOTICE OF APPEAL as to 284 Order on Motion for Sanctions, Sealed Order on Sealed Motion, Order on Motion to Strike by James Koutoulas. Filing fee $ 505, receipt number AFLMDC–20964235. (Attachments: # 1 Exhibit A)(Martell, Nicole) (Entered: 06/21/2023) |
| 06/22/2023 | 299 | TRANSMITTAL of initial appeal package to USCA consisting of copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 298 Notice of Appeal. Eleventh Circuit Transcript information form forwarded to pro se litigants and available to counsel at www.flmd.uscourts.gov under Forms and Publications/General. (SRD) (Entered: 06/22/2023) |
| 06/23/2023 | 300 | **ORDER denying 293 Motion for Reconsideration; denying 294 Motion to Strike; denying 297 Motion for Leave to Appeal. See Order for details. Signed by Judge Paul G. Byron on 6/23/2023. (SJB)** (Entered: 06/23/2023) |
| 06/26/2023 | 301 | MOTION to Dismiss Third Amended Complaint by James Koutoulas. (Attachments: # 1 Exhibit A)(Martell, Nicole) (Entered: 06/26/2023) |
| 06/26/2023 | 302 | MOTION to Dismiss Third Amended Complaint by LGBCoin, LTD, Letsgobrandon.com Foundation. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Martell, Nicole) (Entered: 06/26/2023) |
| 06/27/2023 | 303 | Second AMENDED NOTICE of a related action per Local Rule 1.07(c) by Sandra Bader, Eric De Ford, Shawn R. Key. Related case(s): Yes (Zigler, Aaron) Modified on 6/28/2023 to edit docket text (AJS). (Entered: 06/27/2023) |
| 06/28/2023 | 304 | CERTIFICATE of service by Sandra Bader, Eric De Ford, Shawn R. Key re 296 Summons issued, 245 SEALED Document. (Masson, Sean) (Entered: 06/28/2023) |
| 07/13/2023 | 305 | RETURN of service executed on 07/07/2023 by Shawn R. Key, Sandra Bader, Eric De Ford as to Patrick Brian Horsman. (Masson, Sean) (Entered: 07/13/2023) |
| 07/13/2023 | 306 | Unopposed MOTION for Enlargement of Time to Response to Third Amended Class Action Complaint by Patrick Brian Horsman. (Pegg, Allen) (Modified on 7/13/2023 to edit docket text) (JDR). (Entered: 07/13/2023) |
| 07/13/2023 | 307 | **ENDORSED ORDER granting 306 Motion for Extension of Time to File. Defendant Horseman shall responsively file on or before July 28, 2023. Signed by Judge Paul G. Byron on 7/13/2023. (SJB)** (Entered: 07/13/2023) |
| 07/17/2023 | 308 | DECLARATION of Aaron Zigler re 302 MOTION to Dismiss Third Amended Complaint , 301 MOTION to Dismiss Third Amended Complaint by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Exhibit In re Ethereummax Investor Litigation Order, # 2 Exhibit SEC v. TerraForm Labs transcript, # 3 Exhibit Correspondence with Def. Counsel)(Zigler, Aaron) (Entered: 07/17/2023) |
| 07/17/2023 | 309 | RESPONSE in Opposition re 302 MOTION to Dismiss Third Amended Complaint filed by Sandra Bader, Eric De Ford, Shawn R. Key. (Zigler, Aaron) (Entered: 07/17/2023) |
| 07/17/2023 | 310 | RESPONSE in Opposition re 301 MOTION to Dismiss Third Amended Complaint filed by Sandra Bader, Eric De Ford, Shawn R. Key. (Zigler, Aaron) (Entered: |

| | | |
|---|---|---|
| | | 07/17/2023) |
| 07/17/2023 | 311 | MOTION to Correct Scrivener's Errors in the Third Amended Complaint by All Plaintiffs. (Attachments: # 1 Exhibit Errata)(Zigler, Aaron) Modified on 7/18/2023 as to docket text (ARL). (Entered: 07/17/2023) |
| 07/18/2023 | 312 | NOTICE of supplemental authority *Relevant to Classification LGB Coin as Non−Security* by LGBCoin, LTD. (Martell, Nicole) (Entered: 07/18/2023) |
| 07/18/2023 | 313 | **ENDORSED ORDER granting 311 Motion to Correct Scrivener's Errors. Plaintiffs shall not file a subsequent amended complaint; instead, Plaintiffs shall file the Notice of Errata in the Third Amended Complaint. Signed by Judge Paul G. Byron on 7/18/2023. (SJB)** (Entered: 07/18/2023) |
| 07/21/2023 | 314 | Consent MOTION to Substitute Attorney by Patrick Brian Horsman. (Pegg, Allen) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 07/21/2023) |
| 07/21/2023 | 315 | NOTICE of Errata to Plaintiffs' Third Amended Class Action Complaint and Demand for Jury Tria by Sandra Bader, Eric De Ford, Shawn R. Key re 313 Order on Motion to Amend / Correct / Modify / Supplement, 245 SEALED Document (Masson, Sean). Modified on 7/21/2023 to edit text (ABC). (Entered: 07/21/2023) |
| 07/21/2023 | 316 | **ENDORSED ORDER denying 314 Consent Motion for Substitution of Counsel. Lawyers must appear and withdraw pursuant to the Local Rules. Lawyers seeking to withdraw may file a motion to withdraw, and lawyers seeking to appear may file a notice of appearance. The Court recognizes neither appearances nor withdrawals by law firms. Signed by Magistrate Judge Daniel C. Irick on 7/21/2023. (Irick, Daniel)** (Entered: 07/21/2023) |
| 07/21/2023 | 317 | NOTICE of Appearance by Kenneth E Chase on behalf of Patrick Brian Horsman (Chase, Kenneth) (Entered: 07/21/2023) |
| 07/24/2023 | 318 | Unopposed MOTION for Allen P. Pegg to Withdraw as Attorney by Patrick Brian Horsman. (Pegg, Allen) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 07/24/2023) |
| 07/24/2023 | 319 | **ENDORSED ORDER granting in part and denying in part 318 Motion to Withdraw as Counsel. Allen P. Pegg is terminated as counsel in this case. The Court does not recognize appearances or withdrawals by law firms. Signed by Magistrate Judge Daniel C. Irick on 7/24/2023. (Irick, Daniel)** (Entered: 07/24/2023) |
| 07/25/2023 | 320 | MOTION for Miscellaneous Relief, specifically To Appoint Co−Lead Plaintiffs and Co−Lead Counsel by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Affidavit Declaration of Sean T. Masson, # 2 Exhibit A − PSLRA Notice, # 3 Exhibit B − Movants' Certifications, # 4 Exhibit C − Zigler Firm Resume, # 5 Exhibit D − Scott+Scott Firm Resume)(Masson, Sean) (Entered: 07/25/2023) |
| 07/26/2023 | 321 | WAIVER of service returned executed on July 25, 2023 by Patrick Brian Horsman as to Patrick Brian Horsman. (Chase, Kenneth) (Entered: 07/26/2023) |
| 07/26/2023 | 322 | Unopposed MOTION for Extension of Time to File Response/Reply *to Third Amended Complaint* by Patrick Brian Horsman. (Chase, Kenneth) Modified text on 7/27/2023 (JK). (Entered: 07/26/2023) |
| 07/28/2023 | 323 | |

| | | |
|---|---|---|
| | | **ENDORPSED ORDER granting 322 Unopposed Motion for Extension of Time. Defendant Horsman must respond to the Third Amended Complaint by 8/18/2023. Signed by Magistrate Judge Daniel C. Irick on 7/28/2023. (Irick, Daniel)** (Entered: 07/28/2023) |
| 07/31/2023 | 324 | MANDATE of USCA as to 298 Notice of Appeal filed by James Koutoulas. Issued as Mandate: 7/31/2023. USCA number: 23–12109. DISMISSED. (TNP) (Entered: 07/31/2023) |
| 08/02/2023 | 325 | NOTICE of supplemental authority re 309 Response in Opposition to Motion, 310 Response in Opposition to Motion by Sandra Bader, Eric De Ford, Shawn R. Key. (Gutierrez, Nidya) (Entered: 08/02/2023) |
| 08/04/2023 | 326 | Unopposed MOTION for Daniel H. Weiner to Withdraw as Attorney by Aris George Michalopoulos. (Attachments: # 1 Exhibit A)(Weiner, Daniel) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 08/04/2023) |
| 08/04/2023 | 327 | Unopposed MOTION for Nicolas Swerdloff to Withdraw as Attorney by Aris George Michalopoulos. (Attachments: # 1 Exhibit A)(Swerdloff, Nicolas) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 08/04/2023) |
| 08/04/2023 | 328 | Unopposed MOTION for Amina Hassan to Withdraw as Attorney by Aris George Michalopoulos. (Attachments: # 1 Exhibit A)(Hassan, Amina) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 08/04/2023) |
| 08/04/2023 | 329 | Unopposed MOTION for Hilary McDonnell to Withdraw as Attorney by Aris George Michalopoulos. (Attachments: # 1 Exhibit A)(McDonnell, Hilary) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 08/04/2023) |
| 08/04/2023 | 330 | **ENDORPSED ORDER granting 326 Motion to Withdraw as Attorney; granting 327 Motion to Withdraw as Attorney; granting 328 Motion to Withdraw as Attorney ; granting 329 Motion to Withdraw as Attorney. Nicolas Swerdloff; Daniel H. Weiner; Amina Hassan; and Hilary Rose McDonnell are terminated as counsel in this case. Signed by Magistrate Judge Daniel C. Irick on 8/4/2023. (Irick, Daniel)** (Entered: 08/04/2023) |
| 08/09/2023 | 331 | NOTICE of Unopposed Motion for Appointment of Lead Plaintiffs and Approval of Selection of Co–Lead Counsel by Sandra Bader, Eric De Ford, Shawn R. Key re 320 MOTION for Miscellaneous Relief, specifically To Appoint Co–Lead Plaintiffs and Co–Lead Counsel (Masson, Sean) (Modified on 8/10/2023, to edit text) (BGR). (Entered: 08/09/2023) |
| 08/18/2023 | 332 | PARTIALLY Unopposed MOTION Requesting Leave to File a Motion in Excess of 25 Pages by Patrick Brian Horsman. (Chase, Kenneth) (Modified on 8/18/2023, to edit text) (BGR). (Entered: 08/18/2023) |
| 08/18/2023 | 333 | **ENDORPSED ORDER granting in part and denying in part 332 Motion to File Excess Pages. The Court has already granted leave in 79 the Court's Order for briefing of no more than thirty (30) pages at the motion to dismiss stage. Defendant's memorandum shall not exceed this page limit. Signed by Judge Paul G. Byron on 8/18/2023. (SJB)** (Entered: 08/18/2023) |
| 08/18/2023 | 334 | MOTION to Dismiss Third Amended Class Action Complaint by Patrick Brian Horsman. (Attachments: # 1 Affidavit Declaration of Patrick Horsman in Support of Motion to Dismiss)(Chase, Kenneth) (Entered: 08/18/2023) |

| 08/28/2023 | 335 | **ENDORSED ORDER granting as unopposed 320 Motion for Appointment as Co−Lead Plaintiff and Co−Lead Counsel. Eric De Ford, Sandra Bader, and Shawn Key are hereby appointed and designated as co−lead Plaintiffs in this case. The law firms of Zigler Law Group LLC and Scott+Scott Attorneys at Law LLP are further approved as lead counsel for the co−lead Plaintiffs. Signed by Judge Paul G. Byron on 8/28/2023. (SJB)** (Entered: 08/28/2023) |
|---|---|---|
| 09/07/2023 | 336 | MOTION for Extension of Time to File Response/Reply as to 334 MOTION to Dismiss Third Amended Class Action Complaint by All Plaintiffs. (Zigler, Aaron) (Entered: 09/07/2023) |
| 09/08/2023 | 337 | MOTION for Miscellaneous Relief, specifically for judicial notice regarding *state court filings and corporate records* by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35)(Gutierrez, Nidya) Modified on 9/12/2023 to convert to motion per Chambers (AJS). (Entered: 09/08/2023) |
| 09/08/2023 | 338 | AFFIDAVIT of Aaron M. Zigler re: 334 MOTION to Dismiss Third Amended Class Action Complaint by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35)(Zigler, Aaron) (Entered: 09/08/2023) |
| 09/08/2023 | 339 | RESPONSE in Opposition re 334 MOTION to Dismiss Third Amended Class Action Complaint filed by Sandra Bader, Eric De Ford, Shawn R. Key. (Zigler, Aaron) (Entered: 09/08/2023) |
| 09/11/2023 | 340 | **ENDORSED ORDER finding as moot 336 Motion for Extension of Time to File Response. See 339 Response. Signed by Judge Paul G. Byron on 9/11/2023. (ABP)** (Entered: 09/11/2023) |
| 09/15/2023 | 341 | SUPPLEMENTAL NOTICE of Conferral by Sandra Bader, Eric De Ford, Shawn R. Key re 337 MOTION for Miscellaneous Relief, specifically for Judicial Notice (Zigler, Aaron) Modified text on 9/18/2023 (JK). (Entered: 09/15/2023) |
| 09/15/2023 | 342 | NOTICE *of Filing Certified Copies From The Florida Department Of State, Division Of Corporations* by Sandra Bader, Eric De Ford, Shawn R. Key re 337 MOTION for Miscellaneous Relief, specifically for Judicial Notice (Attachments: # 1 Exhibit 1 – Canyon Capital VI (Articles of Incorporation), # 2 Exhibit 2 – Canyon Capital VI (2020 Annual Report), # 3 Exhibit 3 – Canyon Capital VI (2021 Annual Report), # 4 Exhibit 4 – Canyon Capital VI (2022 Annual Report), # 5 Exhibit 5 – Canyon Capital VI (2023 Annual Report), # 6 Exhibit 6 – Canyon Capital VIII (Articles of Incorporation), # 7 Exhibit 7 – Canyon Capital VIII (2020 Annual Report), # 8 |

| | | |
|---|---|---|
| | | Exhibit 8 – Canyon Capital VIII (2021 Reinstatement), # 9 Exhibit 9 – Canyon Capital VIII (2022 Annual Report), # 10 Exhibit 10 – Canyon Capital VIII (2023 Annual Report), # 11 Exhibit 11 – Canyon Capital IX (Articles of Incorporation), # 12 Exhibit 12 – Canyon Capital IX (2020 Annual Report), # 13 Exhibit 13 – Canyon Capital IX (2021 Annual Report), # 14 Exhibit 14 – Canyon Capital IX (2022 Annual Report), # 15 Exhibit 15 – Canyon Capital IX (2023 Annual Report), # 16 Exhibit 16 – Tathata Holdings (Articles of Incorporation), # 17 Exhibit 17 – Tathata Holdings (2021 Annual Report), # 18 Exhibit 18 – Tathata Holdings (2021 Annual Report), # 19 Exhibit 19 – 565 North Shore (Initial Filing), # 20 Exhibit 20 – 565 North Shore (2022 Amended Annual Report), # 21 Exhibit 21 – 565 North Shore (2022 Annual Report), # 22 Exhibit 22 – 565 North Shore (2023 Amended Annual Report), # 23 Exhibit 23 – 565 North Shore (2023 Annual Report), # 24 Exhibit 24 – Innovation Shares (2021 Annual Report), # 25 Exhibit 25 – Innovation Share (2022 Annual Report))(Zigler, Aaron) Modified text on 9/18/2023 (JK). (Entered: 09/15/2023) |
| 09/18/2023 | 343 | ***VACATED; pursuant to court's order 353.*** **AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: Dispositive motions due by 11/4/2024. Pretrial statement due by 2/18/2025. All other motions due by 2/25/2025. Final Pretrial Conference set for 3/18/2025 at 03:00 PM in Orlando Courtroom 4 B before Judge Paul G. Byron. Jury Trial set for the trial term commencing on 4/1/2025 at 09:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron. Please see order for further details. Signed by Judge Paul G. Byron on 9/18/2023. (KM)** Modified text on 11/21/2023 (LNR). (Entered: 09/18/2023) |
| 09/18/2023 | 344 | **ORDER. On December 6, 2022, a Notice of Mediation 159 was filed advising the Court that the mediation conference would be held on March 7, 2023. No subsequent report as to the status of mediation has been filed. Accordingly, the parties shall advise the Court within SEVEN (7) DAYS of the date of this Order as to the status of mediation. Signed by Judge Paul G. Byron on 9/18/2023. (KM)** (Entered: 09/18/2023) |
| 09/18/2023 | 345 | CASE REFERRED to Mediation. (JK) (Entered: 09/18/2023) |
| 09/19/2023 | 346 | MOTION for Miscellaneous Relief, specifically Plaintiffs' Motion for Leave to Conduct Limited Jurisdictional Discovery and Supporting Memorandum of Law by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Exhibit 1.)(Zigler, Aaron) (Entered: 09/19/2023) |
| 09/22/2023 | 347 | JOINT STATUS report per Order 344 by Sandra Bader, Eric De Ford, Shawn R. Key. (Horton Silverman, Robin) Modified text on 9/22/2023 (JK). (Entered: 09/22/2023) |
| 09/25/2023 | 348 | CERTIFICATE of interested persons and corporate disclosure statement re 343 Case Management Scheduling Order by Patrick Brian Horsman. (Chase, Kenneth) (Entered: 09/25/2023) |
| 10/03/2023 | 349 | RESPONSE in Opposition re 346 MOTION for Miscellaneous Relief, specifically Plaintiffs' Motion for Leave to Conduct Limited Jurisdictional Discovery and Supporting Memorandum of Law filed by Patrick Brian Horsman. (Chase, Kenneth) (Entered: 10/03/2023) |
| 10/13/2023 | 350 | MOTION for Clarification re 343 Case Management Scheduling Order by Sandra Bader, Eric De Ford, Shawn R. Key. (Masson, Sean) (Entered: 10/13/2023) |

| 10/19/2023 | 351 | RESPONSE to Motion re 350 MOTION for Clarification re 343 Case Management Scheduling Order filed by National Association for Stock Car Auto Racing, LLC. (Mercier, Judith) (Entered: 10/19/2023) |
| --- | --- | --- |
| 10/27/2023 | 352 | RESPONSE to Motion re 350 MOTION for Clarification re 343 Case Management Scheduling Order filed by Patrick Brian Horsman. (Chase, Kenneth) (Entered: 10/27/2023) |
| 11/20/2023 | 353 | **ORDER granting 350 Plaintiffs' Opposed Motion for Clarification. All discovery and other proceedings are stayed pending the Court's resolution of any motions to dismiss. The Clerk of Court is DIRECTED to vacate the Court's 343 Amended Case Management and Scheduling Order. See Order for details. Signed by Judge Paul G. Byron on 11/20/2023. (ND)** (Entered: 11/20/2023) |
| 03/29/2024 | 354 | **Order granting 272 Motion to Dismiss; granting in part 301 Motion to Dismiss; granting in part 302 Motion to Dismiss; denying as moot 334 Motion to Dismiss; denying as moot 337 Motion for Judicial Notice; denying as moot 346 Motion for Leave to Conduct Limited Jurisdictional Discovery. The Clerk of Court is DIRECTED to terminate Defendants Patrick Horsman, Letsgobrandon.com Foundation, and National Association for Stock Car Auto Racing, LLC from the file. See Order for further details. Signed by Judge Paul G. Byron on 3/29/2024. (ND)** (Entered: 03/29/2024) |
| 04/05/2024 | 355 | **ENDORSED ORDER. The 284 Private Securities Litigation Reform Act stay of discovery is hereby lifted in light of the 354 Court's resolution of the motions to dismiss. A new Order regarding case management and deadlines is forthcoming. Signed by Judge Paul G. Byron on 4/5/2024. (ND)** (Entered: 04/05/2024) |
| 04/08/2024 | 356 | **ORDER regarding Case Management Report. Response due on or before April 22, 2024. Signed by Judge Paul G. Byron on 4/8/2024. (KM)** (Entered: 04/08/2024) |
| 04/17/2024 | 357 | Unopposed MOTION for Extension of Time to File Response/Reply as to 245 SEALED Document *Third Amended Class Action Compliant* by James Koutoulas. (Martell, Nicole) Modified on 4/18/2024 (CTR). (Entered: 04/17/2024) |
| 04/22/2024 | 358 | **ENDORSED ORDER granting 357 Unopposed Motion for Extension of Time. Defendants James Koutoulas and LGBCoin, Ltd. must respond to the Third Amended Complaint by 5/9/2024. Signed by Magistrate Judge Daniel C. Irick on 4/22/2024. (Irick, Daniel)** (Entered: 04/22/2024) |
| 04/22/2024 | 359 | CASE MANAGEMENT REPORT. (Masson, Sean) (Entered: 04/22/2024) |
| 04/23/2024 | 360 | Unopposed MOTION for Robin Horton Silverman to Withdraw as Attorney by All Plaintiffs. (Horton Silverman, Robin) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 04/23/2024) |
| 04/23/2024 | 361 | **ENDORSED ORDER granting 360 Motion to Withdraw as Attorney. Robin Horton Silverman is terminated as counsel in this case. Signed by Magistrate Judge Daniel C. Irick on 4/23/2024. (Irick, Daniel)** (Entered: 04/23/2024) |
| 04/25/2024 | 362 | **AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: Discovery due by 1/6/2025. Dispositive motions due by 2/3/2025. Pretrial statement due by 5/19/2025. All other motions due by 5/27/2025. Plaintiff disclosure of expert report due by 11/4/2024. Defendant disclosure of expert report due by 12/2/2024. Final Pretrial Conference set for 6/17/2025 at 03:00 PM in Orlando Courtroom** |

| | | |
|---|---|---|
| | | 4 B before Judge Paul G. Byron. Jury Trial set for the trial term commencing on 7/1/2025 at 09:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron. Signed by Judge Paul G. Byron on 4/25/2024. (KM) (Entered: 04/25/2024) |
| 04/29/2024 | 363 | MOTION to Dismiss Third Amended Complaint *And/Or Transfer Venue for Forum Non Coveniens* by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) (Entered: 04/29/2024) |
| 05/03/2024 | 364 | RESPONSE in Opposition re 363 MOTION to Dismiss Third Amended Complaint *And/Or Transfer Venue for Forum Non Coveniens* filed by Sandra Bader, Eric De Ford, Shawn R. Key. (Masson, Sean) (Entered: 05/03/2024) |
| 05/09/2024 | 365 | ANSWER and affirmative defenses to Complaint with Jury Demand by James Koutoulas (Martell, Nicole) Modified on 5/10/2024 as to docket text (ARL). (Entered: 05/09/2024) |
| 05/09/2024 | 366 | ANSWER and affirmative defenses to Complaint with Jury Demand by LGBCoin, LTD.(Martell, Nicole) Modified on 5/10/2024 as to docket text (ARL). (Entered: 05/09/2024) |
| 05/17/2024 | 367 | MOTION for Protective Order by James Koutoulas, LGBCoin, LTD, Letsgobrandon.com Foundation. (Attachments: # 1 Exhibit 1 (Listed in Appendix), # 2 Exhibit 2 (Listed in Appendix))(Martell, Nicole) Motions referred to Magistrate Judge Daniel C. Irick. Modified on 5/17/2024 (CTR). (Entered: 05/17/2024) |
| 05/17/2024 | 368 | **VACATED PER ORDER AT 369** **ENDORSED ORDER denying without prejudice 367 Motion for Protective Order, for a failure to comply with the 47 Order on Discovery Motions and Local Rule 1.08. Signed by Magistrate Judge Daniel C. Irick on 5/17/2024. (Irick, Daniel)** Modified on 5/28/2024 (TNP). (Entered: 05/17/2024) |
| 05/28/2024 | 369 | **ENDORSED ORDER VACATING 368 Order on Motion for Protective Order, as entered in error. See Doc. 199. The Clerk is directed to reactivate the 367 Motion for Protective Order; a response to that Motion is due by 6/10/2024. Signed by Magistrate Judge Daniel C. Irick on 5/28/2024. (Irick, Daniel)** (Entered: 05/28/2024) |
| 05/29/2024 | 370 | RESPONSE to Motion re 367 MOTION for Protective Order filed by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Exhibit (Unlocked) Revised Privilege Log, # 2 Exhibit Supplemental Responses to RFPs_Koutoulas 03.10.2023, # 3 Exhibit Supplemental Responses to RFPs_Koutoulas 04.06.2023, # 4 Exhibit Supplemental Responses to Interrogatories_Koutoulas 03.10.2023, # 5 Exhibit Supplemental Responses to (No. 10)_Koutoulas 04.06.2023, # 6 Exhibit Aguirre Dec ISO Opp to Defendants MPO)(Masson, Sean) (Entered: 05/29/2024) |
| 06/19/2024 | 371 | Unopposed MOTION for Michael Krzywicki to Withdraw as Attorney by All Plaintiffs. (Zigler, Aaron) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 06/19/2024) |
| 07/05/2024 | 372 | **ENDORSED ORDER granting 371 Motion to Withdraw as Attorney. Michael Krzywicki is terminated as counsel in this case. Signed by Magistrate Judge Daniel C. Irick on 7/5/2024. (Irick, Daniel)** (Entered: 07/05/2024) |
| 07/22/2024 | 373 | MOTION to Certify Class by All Plaintiffs. (Zigler, Aaron) (Entered: 07/22/2024) |
| 07/22/2024 | 374 | |

| | | DECLARATION of Hakala re 373 MOTION to Certify Class by Sandra Bader, Eric De Ford, Shawn R. Key. (Zigler, Aaron) (Entered: 07/22/2024) |
|---|---|---|
| 07/22/2024 | 375 | DECLARATION of Long re 373 MOTION to Certify Class by Sandra Bader, Eric De Ford, Shawn R. Key. (Zigler, Aaron) (Entered: 07/22/2024) |
| 07/22/2024 | 376 | DECLARATION of De Ford re 373 MOTION to Certify Class by Sandra Bader, Eric De Ford, Shawn R. Key. (Zigler, Aaron) (Entered: 07/22/2024) |
| 07/22/2024 | 377 | DECLARATION of Bader re 373 MOTION to Certify Class by Sandra Bader, Eric De Ford, Shawn R. Key. (Zigler, Aaron) (Entered: 07/22/2024) |
| 07/22/2024 | 378 | DECLARATION of Key re 373 MOTION to Certify Class by Sandra Bader, Eric De Ford, Shawn R. Key. (Zigler, Aaron) (Entered: 07/22/2024) |
| 07/22/2024 | 379 | DECLARATION of Zigler re 373 MOTION to Certify Class by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Zigler, Aaron) (Entered: 07/22/2024) |
| 08/02/2024 | 380 | MOTION to Compel Plaintiffs' Depositions by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 08/02/2024) |
| 08/02/2024 | 381 | MOTION for Extension of Time to File Response/Reply as to 373 MOTION to Certify Class , *Appointment of Class Representatives, and Appointment of Class Counsel* by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) (Entered: 08/02/2024) |
| 08/05/2024 | 382 | **ENDORSED ORDER re 381 Motion for Extension of Time to Respond to Lead Plaintiff's Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel. Plaintiffs shall file a response, if any, to 381 Motion on or before August 7, 2024. Signed by Judge Paul G. Byron on 8/5/2024. (ND)** (Entered: 08/05/2024) |
| 08/05/2024 | 383 | **ORDER denying 367 Renewed Motion for Protective Order Regarding Privilege Assertions. On or before August 21, 2024, Defendants must produce to Plaintiffs the documents identified in the privilege log at 7, 10–24, 27–31, 33, 45–47, 50–60, 62, 64, 74–79, 86–96, 97–98, 100–117, 120–139, 142–143, 159, 161–162, 178, 215–228, 235–237, 238–241,254, 256–259, 266–275, 280–282, 295, 299, 301, 305–306, 318–320, 339–342, 352–356, 358, 361–371, 377–381, 384, 386–399, 401–414, 416, 418, 420, 423–425, 427–428, 430–431, 434–437, and 439–441. Signed by Magistrate Judge Daniel C. Irick on 8/5/2024. (TNP)** (Entered: 08/05/2024) |
| 08/07/2024 | 384 | RESPONSE to Motion re 381 MOTION for Extension of Time to File Response/Reply as to 373 MOTION to Certify Class , *Appointment of Class Representatives, and Appointment of Class Counsel* filed by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Declaration of Sean T. Masson)(Masson, Sean) (Entered: 08/07/2024) |
| 08/08/2024 | 385 | **ORDER granting 380 Motion to Compel Plaintiffs' Depositions. After conferring with Plaintiffs, Defendants shall notice Plaintiffs' depositions. Plaintiffs' depositions shall take place within the Middle District of Florida. Signed by Magistrate Judge Daniel C. Irick on 8/8/2024. (TNP)** (Entered: 08/08/2024) |

44

| 08/08/2024 | 386 | MOTION for Reconsideration re 380 MOTION to Compel Plaintiffs' Depositions, 385 Order on Motion to Compel by All Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Gutierrez, Nidya) Modified text on 8/9/2024 (GL). (Entered: 08/08/2024) |
|---|---|---|
| 08/12/2024 | 387 | **ORDER denying 386 Motion for Reconsideration of this Court' s Order Granting Defendants James Koutoulas and LGBCoin, LTD's Motion to Compel Plaintiffs' Depositions. Signed by Magistrate Judge Daniel C. Irick on 8/12/2024. (TNP)** (Entered: 08/12/2024) |
| 08/12/2024 | 388 | **ORDER granting in part and denying in part 381 Defendants' Motion for Extension of Time to Respond to Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel. Defendants shall depose Plaintiffs on or before September 11, 2024, consistent with the directives set forth in this Order. Defendants shall respond to 373 Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, [and] Appointment of Class Counsel on or before October 2, 2024. Thereafter, Plaintiffs shall reply to the response on or before October 16, 2024. Signed by Judge Paul G. Byron on 8/12/2024. (ND)** (Entered: 08/12/2024) |
| 08/16/2024 | 389 | **ORDER denying 363 Defendants' Motion to Dismiss and/or Transfer Venue for Forum Non Conveniens. See Order for details. Signed by Judge Paul G. Byron on 8/16/2024. (ND)** (Entered: 08/16/2024) |
| 08/28/2024 | 390 | NOTICE of Taking Plaintiff, Susan Bader's In Person Deposition by James Koutoulas (Martell, Nicole) Modified docket text on 8/29/2024 (JOS). (Entered: 08/28/2024) |
| 08/30/2024 | 391 | NOTICE of Taking Plaintiff, Eric DeFord's In Person Deposition by James Koutoulas (Martell, Nicole) (Entered: 08/30/2024) |
| 09/04/2024 | 392 | MOTION to Seal by Shawn R. Key (Attachments: # 1 Proposed Sealed Item Exhibit A)(Zigler, Aaron).Motions referred to Magistrate Judge Daniel C. Irick. Modified text on 9/5/2024 (BD). (Entered: 09/04/2024) |
| 09/04/2024 | 393 | Time Sensitive MOTION for Protective Order by Shawn R. Key. (Gutierrez, Nidya) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 09/04/2024) |
| 09/05/2024 | 394 | SUPPLEMENTAL CERTIFICATE of Conferral Regarding 392 MOTION to Seal by Shawn R. Key. (Gutierrez, Nidya) Modified text on 9/5/2024 (BD). (Entered: 09/05/2024) |
| 09/05/2024 | 395 | **ENDORSED ORDER granting 392 Motion to Seal (This document is sealed and only available to the Court). The Court accepts Exhibit A to the Motion under seal. The document shall remain under seal until the 90th day after the date this case is closed and all appeals exhausted. See Local Rule 1.11(e). Signed by Magistrate Judge Daniel C. Irick on 9/5/2024. (Irick, Daniel)** (Entered: 09/05/2024) |
| 09/10/2024 | 396 | RESPONSE in Opposition re 393 Time Sensitive MOTION for Protective Order filed by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) (Entered: 09/10/2024) |
| 09/16/2024 | 397 | NOTICE of hearing on motion re 393 Time Sensitive MOTION for Protective Order. Motion Hearing set for 9/25/2024 at 11:00 AM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. The parties shall file a joint notice three days before the hearing certifying ongoing conferral and stating which issues, if any, have been resolved. (TNP) (Entered: 09/16/2024) |

| 09/18/2024 | 398 | Unopposed MOTION for Nicole Martell to appear by video *for Hearing on Plaintiff Shawn Key's Motion for Protective Order or, alternatively, continue Hearing* by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) (Entered: 09/18/2024) |
|---|---|---|
| 09/20/2024 | 399 | Joint NOTICE Certifying Ongoing Conferral by Shawn R. Key re 397 Notice of Hearing on Motion (Zigler, Aaron) Modified docket text on 9/23/2024 (JOS). (Entered: 09/20/2024) |
| 09/23/2024 | 400 | **ENDORSED ORDER finding as moot 393 Motion for Protective Order and finding as moot 398 Motion to Appear at Hearing via Zoom, due to the filing of the Notice of On–Going Conferral. The hearing set for 9/25/2024 is cancelled. Signed by Magistrate Judge Daniel C. Irick on 9/23/2024. (Irick, Daniel)** (Entered: 09/23/2024) |
| 09/30/2024 | 401 | MOTION to Compel Production of Additional Documents Listed in Defendants' Privilege Log by All Plaintiffs. (Attachments: # 1 Exhibit Defendants' Privilege Log)(Zigler, Aaron) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 09/30/2024) |
| 10/02/2024 | 402 | ***STRICKEN pursuant to court's endorsed Order 404*** MEMORANDUM in opposition re 373 Motion to Certify Class filed by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) Modified text on 10/3/2024 (AM). (Entered: 10/02/2024) |
| 10/02/2024 | 403 | MEMORANDUM in opposition re 373 Motion to Certify Class filed by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Martell, Nicole) (Entered: 10/02/2024) |
| 10/03/2024 | 404 | **ENDORSED ORDER striking 402 Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion as a duplicative filing. See 403 Defendants' Memorandum of Law in Opposition to Plaintiff's Motion. Signed by Judge Paul G. Byron on 10/3/2024. (ND)** (Entered: 10/03/2024) |
| 10/14/2024 | 405 | RESPONSE in Opposition re 401 MOTION to Compel Production of Additional Documents Listed in Defendants' Privilege Log filed by James Koutoulas, LGBCoin, LTD, Letsgobrandon.com Foundation. (Martell, Nicole) (Entered: 10/14/2024) |
| 10/16/2024 | 406 | REPLY to Response to Motion re 373 MOTION to Certify Class filed by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Affidavit of Aaron M. Zigler, # 2 Exhibit A–C to Affidavit of Aaron M. Zigler)(Zigler, Aaron) (Entered: 10/16/2024) |
| 10/18/2024 | 407 | **ORDER denying 401 Motion to Compel Production of Additional Documents Listed in Defendants' Privilege Log. Signed by Magistrate Judge Daniel C. Irick on 10/18/2024. (ECJ)** (Entered: 10/18/2024) |
| 10/21/2024 | 408 | NOTICE of Appearance by Lawrence Victor Ashe on behalf of Sandra Bader, Eric De Ford, Shawn R. Key (Ashe, Lawrence) (Entered: 10/21/2024) |
| 11/05/2024 | 409 | NOTICE of Taking Plaintiff, Shawn R. Key's Video Deposition by James Koutoulas, LGBCoin, LTD (Martell, Nicole) Modified text on 11/5/2024 (BD). (Entered: 11/05/2024) |
| 11/06/2024 | 410 | MOTION to Compel Discovery from Plaintiffs and Legal Memorandum in Support by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit A, # 2 Exhibit |

| | | |
|---|---|---|
| | | B)(Martell, Nicole) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 11/06/2024) |
| 11/12/2024 | 411 | RESPONSE in Opposition re 410 Discovery from Plaintiffs and Legal Memorandum in Support filed by Sandra Bader, Eric De Ford, Shawn R. Key. (Zigler, Aaron) Modified text on 11/13/2024 (MCB). (Entered: 11/12/2024) |
| 11/14/2024 | 412 | Unopposed MOTION for Kevin McCormack to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–22723210 for $150 by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Supplement Special Admission Attorney Certification)(Ashe, Lawrence) Motions referred to Magistrate Judge Daniel C. Irick. Modified text on 11/15/2024 (GL). (Entered: 11/14/2024) |
| 11/18/2024 | 413 | **ENDORSED ORDER granting 412 Motion to Appear Pro Hac Vice. Kevin McCormack is granted special admission to practice in the Middle District for purposes of this action pursuant to Local Rule 2.01(c), provided counsel shall register for and use the electronic filing system as adopted by the Court. Signed by Magistrate Judge Daniel C. Irick on 11/18/2024. (Irick, Daniel)** (Entered: 11/18/2024) |
| 11/19/2024 | 414 | MOTION for Extension of Time to File Defendants' Expert Disclosure and Other Pretrial Deadlines by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) (Entered: 11/19/2024) |
| 11/20/2024 | 415 | **ENDORSED ORDER denying without prejudice 414 Defendants James Koutoulas and LGBCoin, LTD's Motion to Extend Deadline to File Defendants' Expert Disclosure and Other Pretrial Deadlines. With regard to Defendants' Disclosure of Expert Reports deadline, the Court advises Defendants that pending motions do not relieve the parties of Court–imposed deadlines. To the extent Defendants seek an extension of other pretrial deadlines, Defendants may file a motion detailing the specific deadlines, requested extensions of time, and supporting legal authority. Signed by Judge Paul G. Byron on 11/20/2024. (ND)** (Entered: 11/20/2024) |
| 12/16/2024 | 416 | MOTION to Continue *Trial and Extend Pretrial Deadlines* by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit A: Proposed UMC Report)(Martell, Nicole) Modified text on 12/17/2024 (KME). (Entered: 12/16/2024) |
| 12/17/2024 | 417 | **ENDORSED ORDER re 416 Defendants James Koutoulas and LGBCoin, LTD Motion to Continue Trial and Extend Pretrial Deadlines. Plaintiffs shall file a response, if any, to 416 Motion on or before December 19, 2024. Signed by Judge Paul G. Byron on 12/17/2024. (ND)** (Entered: 12/17/2024) |
| 12/19/2024 | 418 | RESPONSE to Motion re 416 MOTION to Continue *Trial and Extend Pretrial Deadlines* filed by Eric De Ford, Shawn R. Key, Sandra Bader. (McCormack, Kevin) (Entered: 12/19/2024) |
| 12/30/2024 | 419 | ***STRICKEN as per Order 425*** SUPPLEMENT re 403 Memorandum in opposition, *Exhibit A* by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit A)(Martell, Nicole) Modified text on 1/7/2025 (AM). (Entered: 12/30/2024) |
| 01/03/2025 | 420 | MOTION to Quash Notice of Deposition and Motion for Protective Order by James Koutoulas. (Martell, Nicole) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 01/03/2025) |
| 01/05/2025 | 421 | |

| | | |
|---|---|---|
| | | MOTION to Compel Responses to Requests for Production by All Plaintiffs. (Attachments: # 1 Exhibit A – Plaintiffs' Fourth Set of Requests for Production, # 2 Exhibit B – Defendant Koutoulas' Response to Fourth Set of Requests for Production)(McCormack, Kevin) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 01/05/2025) |
| 01/05/2025 | 422 | MOTION to Compel Responses to Plaintiffs' Fifth Set of Interrogatories by All Plaintiffs. (Attachments: # 1 Exhibit A – Plaintiffs' Fifth Interrogatories, # 2 Exhibit B – Defendant Koutoulas' Response to Fifth Interrogatories)(McCormack, Kevin) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 01/05/2025) |
| 01/05/2025 | 423 | MOTION to Compel Responses to Requests for Admission or, Alternatively, to Deem Requests Admitted by All Plaintiffs. (Attachments: # 1 Exhibit A – Plaintiffs' Second Requests for Admission, # 2 Exhibit B – Defendant Koutoulas' Response to Second Requests for Admission)(McCormack, Kevin) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 01/05/2025) |
| 01/06/2025 | 424 | **ENDORSED ORDER granting in part and denying in part 416 Defendants James Koutoulas and LGBCoin, LTD Motion to Continue Trial and Extend Pretrial Deadlines. An amended Case Management and Scheduling Order (CMSO) is forthcoming. All remaining CMSO deadlines will be extended. However, requested dates are not guaranteed and are subject to the Court's trial schedule. No further extensions will be granted absent extraordinary cause. Signed by Judge Paul G. Byron on 1/6/2025. (ND)** (Entered: 01/06/2025) |
| 01/06/2025 | 425 | **ENDORSED ORDER striking 419 Defendants' Notice. See Local Rule 3.01. Signed by Judge Paul G. Byron on 1/6/2025. (ND)** (Entered: 01/06/2025) |
| 01/08/2025 | 426 | RESPONSE in Opposition re 420 MOTION to Quash Notice of Deposition and Motion for Protective Order filed by Eric De Ford, Shawn R. Key, Sandra Bader. (Attachments: # 1 Exhibit A – Declaration of Sean Masson, Esq.)(McCormack, Kevin) (Entered: 01/08/2025) |
| 01/09/2025 | 427 | **2nd AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: Discovery due by 4/1/2025. Dispositive motions due by 5/5/2025. Pretrial statement due by 8/18/2025. All other motions due by 8/25/2025. Final Pretrial Conference set for 9/16/2025 at 03:00 PM in Orlando Courtroom 4 B before Judge Paul G. Byron. Jury Trial set for the trial term commencing on 10/6/2025 at 09:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron. Signed by Judge Paul G. Byron on 1/9/2025. (KM)** (Entered: 01/09/2025) |
| 01/09/2025 | 428 | RESPONSE in Opposition re 422 MOTION to Compel Responses to Plaintiffs' Fifth Set of Interrogatories filed by James Koutoulas. (Martell, Nicole) (Entered: 01/09/2025) |
| 01/09/2025 | 429 | RESPONSE in Opposition re 421 MOTION to Compel Responses to Requests for Production filed by James Koutoulas. (Martell, Nicole) (Entered: 01/09/2025) |
| 01/09/2025 | 430 | RESPONSE in Opposition re 423 MOTION to Compel Responses to Requests for Admission or, Alternatively, to Deem Requests Admitted filed by James Koutoulas. (Martell, Nicole) (Entered: 01/09/2025) |
| 01/10/2025 | 431 | NOTICE of hearing on motion re 423 MOTION to Compel Responses to Requests for Admission or, Alternatively, to Deem Requests Admitted, 420 MOTION to Quash Notice of Deposition and Motion for Protective Order, 422 MOTION to |

| | | |
|---|---|---|
| | | Compel Responses to Plaintiffs' Fifth Set of Interrogatories, 421 MOTION to Compel Responses to Requests for Production. Motion Hearing set for 1/29/2025 at 10:00 AM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. The parties shall file a joint notice three days before the hearing certifying ongoing conferral and stating which issues, if any, have been resolved. (TNP) (Entered: 01/10/2025) |
| 01/10/2025 | 432 | **ORDER denying without prejudice 410 Motion to Compel Discovery from Plaintiffs and Legal Memorandum in Support. Signed by Magistrate Judge Daniel C. Irick on 1/10/2025. (TNP)** (Entered: 01/10/2025) |
| 01/21/2025 | 433 | Unopposed MOTION to Continue Hearing re 421 422 and 423 Motions to Compel Better Responses to Discovery by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) Modified on 1/22/2025 as to docket text (ARL). (Entered: 01/21/2025) |
| 01/23/2025 | 434 | **ENDORSED ORDER granting 433 Unopposed Motion to Continue Hearing. Signed by Magistrate Judge Daniel C. Irick on 1/23/2025. (Irick, Daniel)** (Entered: 01/23/2025) |
| 01/23/2025 | 435 | NOTICE OF RESCHEDULING HEARING: The Motion Hearing previously scheduled for 1/29/2025 is rescheduled. New scheduling date and time: Motion Hearing set for 2/4/2025 at 02:00 PM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick re 423 MOTION to Compel Responses to Requests for Admission or, Alternatively, to Deem Requests Admitted, 420 MOTION to Quash Notice of Deposition and Motion for Protective Order, 422 MOTION to Compel Responses to Plaintiffs' Fifth Set of Interrogatories, 421 MOTION to Compel Responses to Requests for Production. The parties shall file a joint notice three days before the hearing certifying ongoing conferral and stating which issues, if any, have been resolved. (TNP) (Entered: 01/23/2025) |
| 01/31/2025 | 436 | NOTICE by Eric De Ford, James Koutoulas, Shawn R. Key, LGBCoin, LTD, Sandra Bader re 435 Notice of Hearing – Reschedule Joint Notice Certifying Ongoing Conferral and Resolution of Motions (McCormack, Kevin. (Entered: 01/31/2025) |
| 02/03/2025 | 437 | **ENDORSED ORDER finding as moot 420 Motion to Quash Notice of Deposition and Motion for Protective Order; finding as moot 421 Motion to Compel Responses to Requests for Production; finding as moot 422 Motion to Compel Responses to Plaintiffs' Fifth Set of Interrogatories; finding as moot 423 Motion to Compel Responses to Requests for Admission or, Alternatively, to Deem Requests Admitted. The parties filed a 436 Notice stating that they resolved the Motions. The 2/4/2025 hearing is cancelled. Signed by Magistrate Judge Daniel C. Irick on 2/3/2025. (Irick, Daniel)** (Entered: 02/03/2025) |
| 02/03/2025 | 438 | NOTICE canceling Motion Hearing scheduled for 2/4/2025. (TNP) Modified on 2/3/2025 (JG). (Entered: 02/03/2025) |
| 02/04/2025 | 439 | NOTICE of supplemental authority re 403 Memorandum in opposition by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit A)(Martell, Nicole) Modified on 2/4/2025 to edit text. (LD). (Entered: 02/04/2025) |
| 02/24/2025 | 440 | NOTICE of Appearance by Albert Sheeler. (e–portal) (JOS) (Entered: 02/26/2025) |
| 02/24/2025 | 441 | MOTION to Intervene in Response to Class Certification Under Rule 24(A) by Albert Sheeler. (Attachments: # 1 Appendix A) (e–portal) (JOS) (Entered: 02/26/2025) |

| 03/07/2025 | 442 | Unopposed MOTION for Mary Jane Fait to Withdraw as Attorney by All Plaintiffs. (Fait, Mary) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 03/07/2025) |
|---|---|---|
| 03/10/2025 | 443 | **ENDORSED ORDER granting 442 Motion to Withdraw as Attorney. Mary Jane Fait is terminated as counsel in this case. Signed by Magistrate Judge Daniel C. Irick on 3/10/2025. (Irick, Daniel)** (Entered: 03/10/2025) |
| 03/10/2025 | 444 | MOTION to file RESPONSE *to Motion to Intervene* under seal by All Plaintiffs (Attachments: # 1 Proposed Sealed Item 3–3–25 Transcript (rough) of Deposition of James Koutoulas, designated Highly Confidential by Defendants, # 2 Proposed Sealed Item Plaintiffs' Response to Motion to Intervene)(Zigler, Aaron).Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 03/10/2025) |
| 03/10/2025 | 447 | NOTICE of Appearance by Barry Winer. (JOS) (e–portal) (Entered: 03/11/2025) |
| 03/10/2025 | 448 | MOTION to Intervene by Barry Winer. (Attachments: # 1 Appendix A)(JOS) (e–portal) (Entered: 03/11/2025) |
| 03/11/2025 | 445 | NOTICE of supplemental authority Relevant to Classification of LGBCoing as Non–Security by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) Modified docket text on 3/11/2025 (JOS). (Entered: 03/11/2025) |
| 03/11/2025 | 446 | SUPPLEMENT re 444 MOTION to file RESPONSE *to Motion to Intervene* under seal *pursuant to Local Rule 3.01(g)* by Sandra Bader, Eric De Ford, Shawn R. Key. (McCormack, Kevin) (Entered: 03/11/2025) |
| 03/11/2025 | 449 | **ENDORSED ORDER denying without prejudice 441 Motion to Intervene in Response to Class Certification Under Rule 24(a). The Motion fails to include a legal memorandum as defined by Local Rule 1.01(d)(10) and required by Local Rule 3.01(a). Moreover, the Motion fails to comply with Local Rule 3.01(g)'s conferral requirement. Signed by Judge Paul G. Byron on 3/11/2025. (ND)** (Entered: 03/11/2025) |
| 03/11/2025 | 450 | **ENDORSED ORDER denying without prejudice 448 Barry Winer Motion to Join Albert Sheeler's Motion to Intervene in Response to Class Certification Under Rule 24(a). The Motion fails to include a legal memorandum as defined by Local Rule 1.01(d)(10) and required by Local Rule 3.01(a). The Motion also fails to comply with Local Rule 3.01(g)'s conferral requirement. Finally, the Motion violates Local Rule 3.01(f). Signed by Judge Paul G. Byron on 3/11/2025. Signed by Judge Paul G. Byron on 3/11/2025. (ND)** (Entered: 03/11/2025) |
| 03/11/2025 | 451 | **ENDORSED ORDER finding as moot 444 Plaintiffs' Motion to Seal; striking 446 Rule 3.01(g) Supplement to Plaintiffs' Motion to Seal. See 449 Court Order. Signed by Judge Paul G. Byron on 3/11/2025. (ND)** (Entered: 03/11/2025) |
| 03/20/2025 | 452 | MOTION to Intervene in Response to Class Certification Under FRCP Rule 24 and MDLF Local Rule 3.01 by Albert Sheeler. (JOS) (e–portal) (Entered: 03/20/2025) |
| 03/21/2025 | 453 | **ENDORSED ORDER re 452 Motion to Intervene in Response to Class Certification. The parties may file their respective responses, if any, to the 452 Motion on or before March 24, 2025. Such responses shall be limited to seven (7) pages. Signed by Judge Paul G. Byron on 3/21/2025. (ND)** (Entered: 03/21/2025) |
| 03/24/2025 | 454 | RESPONSE in Opposition re 452 MOTION to Intervene filed by Sandra Bader, Eric De Ford, Shawn R. Key. (Zigler, Aaron) (Entered: 03/24/2025) |

| 03/28/2025 | 455 | **ORDER granting in part and denying in part 373 Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel. The Court hereby certifies a Rule 23(b)(3) Class with respect to Plaintiffs' Section 12(a)(1) claims only. The Class consists of the following: "All persons who, between November 2, 2021, and March 15, 2022, purchased LGBCoin." Plaintiffs Eric De Ford, Sandra Bader, and Shawn R. Key are hereby certified as Representatives of the Class. Counsel from Zigler Law Group and Scott + Scott are hereby certified as Class counsel pursuant to Rule 23(g). On or before April 11, 2025, the parties shall jointly file for approval by the Court a putative notice to Class members. Alternatively, if the parties cannot agree on a putative notice, Plaintiffs shall file a putative notice on or before April 11, 2025, and Defendant Koutoulas shall file any objections within three (3) days of the filing of Plaintiffs' putative notice. Signed by Judge Paul G. Byron on 3/28/2025. (ND)** (Entered: 03/28/2025) |
| --- | --- | --- |
| 04/03/2025 | 456 | **ORDER denying 452 Motion to Intervene. See Order for details. Signed by Judge Paul G. Byron on 4/3/2025. (ND)** (Entered: 04/03/2025) |
| 04/07/2025 | 457 | MOTION for Reconsideration re 455 Order on Motion to Certify Class by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit Exhibit 1)(Martell, Nicole) (Entered: 04/07/2025) |
| 04/07/2025 | 458 | MOTION to Stay *All Proceedings Pending Motion for Reconsideration and Rule 23(f) Petition* by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit Exhibit 1)(Martell, Nicole) (Entered: 04/07/2025) |
| 04/08/2025 | 459 | **ORDER denying 457 Motion for Reconsideration on Order Granting Partial Class Certification; denying 458 Motion to Stay All Proceedings Pending Motion for Reconsideration and Rule 23(f) Petition. See Order for details. Signed by Judge Paul G. Byron on 4/8/2025. (ND)** (KM). (Entered: 04/08/2025) |
| 04/11/2025 | 460 | MOTION for Miscellaneous Relief, specifically for Approval of the Proposed Class Notice Plan by All Plaintiffs. (Attachments: # 1 Exhibit A – Declaration of Aaron M. Zigler, # 2 Exhibit Ex. 1 – Proposed Summary Notice of Class Certification, # 3 Exhibit Ex. 2 – Proposed Notice of Class Certification)(Zigler, Aaron) (Entered: 04/11/2025) |
| 04/14/2025 | 461 | NOTICE TO COUNSEL Mollie E. Chadwick Local Rule 2.01(c), Special Admission – File a Motion to Appear Pro Hac Vice. Co–counsel with filing rights may electronically file the motion on behalf of the lawyer seeking Special Admission or the motion may be filed in paper format; (Signed by Deputy Clerk). (Fee previously paid on 11/14/2022) (BD) (Entered: 04/14/2025) |
| 04/16/2025 | 462 | RESPONSE in Opposition re 460 MOTION for Miscellaneous Relief, specifically for Approval of the Proposed Class Notice Plan filed by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) (Entered: 04/16/2025) |
| 04/17/2025 | 463 | MOTION for Reconsideration re 302 MOTION to Dismiss Third Amended Complaint by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) (Entered: 04/17/2025) |
| 05/01/2025 | 464 | **ORDER for attorney Molly Chadwick to comply with the administrative procedures regarding electronic filing within thirty (30) days of the date of this Order. Signed by Judge Paul G. Byron on 5/1/2025. (KM)** (Entered: 05/01/2025) |

| 05/01/2025 | 465 | RESPONSE in Opposition re 463 MOTION for Reconsideration re 302 MOTION to Dismiss Third Amended Complaint filed by Sandra Bader, Eric De Ford, Shawn R. Key. (McCormack, Kevin) (Entered: 05/01/2025) |
|---|---|---|
| 05/02/2025 | 466 | MOTION to File Excess Pages *for Motion for Summary Judgement* by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) (Entered: 05/02/2025) |
| 05/05/2025 | 467 | **ENDORSED ORDER granting in part and denying in part 466 Motion to Extend Page Limit for Motion for Summary Judgment. Defendants fail to specify the need for fifteen (15) additional pages, as required by Local Rule 3.01(a). Nonetheless, the Court will allow Defendants to file a motion for summary judgment limited to thirty (30) pages. To the extent Defendants need further assistance with conciseness, the Court directs Defendants to Doc. 455, p. 5 n.4. Signed by Judge Paul G. Byron on 5/5/2025. (ND)** (Entered: 05/05/2025) |
| 05/05/2025 | 468 | MOTION for Discovery *TO EXCLUDE EXPERT REPORT AND TESTIMONY OF SCOTT D. HAKALA UNDER DAUBERT AND RULE 702* by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit Exhibit A: Hakala Report, # 2 Exhibit Exhibit B–DeFord Depo, # 3 Exhibit Exhibit C–Key Depo, # 4 Exhibit Exhibit D–Bader Depo, # 5 Exhibit Exhibit E–Luchadude Vid)(Martell, Nicole) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 05/05/2025) |
| 05/05/2025 | 469 | MOTION for Discovery *TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF BRENNAN LONG UNDER DAUBERT AND RULE 702* by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit Exhibit A–Long Report, # 2 Exhibit Exhibit B–DeFord Depo, # 3 Exhibit Exhibit C–Key Depo, # 4 Exhibit Exhibit D–Bader Depo, # 5 Exhibit Exhibit E–Luchadude Vid)(Martell, Nicole) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 05/05/2025) |
| 05/05/2025 | 470 | MOTION for Summary Judgment by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit Exhibit A–Defendants' SUMF)(Martell, Nicole) (Entered: 05/05/2025) |
| 05/06/2025 | 471 | MOTION for Extension of Time to File Stipulated Statement of Undisputed Fact by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit A)(Martell, Nicole) (Entered: 05/06/2025) |
| 05/06/2025 | 472 | **ORDER striking 470 Defendants' Motion for Summary Judgment. The Court DIRECTS the parties to meet and confer in compliance with the Case Management and Scheduling Order on or before May 8, 2025. Accordingly, if still applicable, Defendants shall file an amended motion for summary judgment on or before May 22, 2025. If filed, Plaintiffs and Defendants may respond and reply, respectively, within the time constraints provided by Local Rule 3.01 and the CMSO. Signed by Judge Paul G. Byron on 5/6/2025. (ND)** (Entered: 05/06/2025) |
| 05/06/2025 | 473 | **ENDORSED ORDER finding as moot 471 Defendants' Motion to Extend Time to File Stipulation of Agreed Material Facts in Support of Defendants' Motion for Summary Judgment. See 472 Court Order. Signed by Judge Paul G. Byron on 5/6/2025. (ND)** (Entered: 05/06/2025) |
| 05/06/2025 | 474 | MOTION for Mollie E. Chadwick to appear pro hac vice by All Plaintiffs. (JOS) Motions referred to Magistrate Judge Daniel C. Irick. (e–portal) (Entered: 05/06/2025) |

| | | |
|---|---|---|
| 05/08/2025 | 475 | **ENDORSED ORDER granting 474 Motion to Appear Pro Hac Vice. Mollie E. Chadwick is granted special admission to practice in the Middle District for purposes of this action pursuant to Local Rule 2.01(c), provided counsel shall register for and use the electronic filing system as adopted by the Court. Signed by Magistrate Judge Daniel C. Irick on 5/8/2025. (Irick, Daniel)** (Entered: 05/08/2025) |
| 05/22/2025 | 476 | STIPULATION *Regarding Expert Testimony at Trial and Pending Daubert Motions* by Sandra Bader, Eric De Ford, Shawn R. Key, James Koutoulas and LGBCoin, LTD. (Masson, Sean) Modified filers and docket text on 5/23/2025 (EVK). (Entered: 05/22/2025) |
| 05/22/2025 | 477 | Amended MOTION for Summary Judgment by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit L)(Martell, Nicole) Modified docket text on 5/23/2025 (EVK). (Entered: 05/22/2025) |
| 05/22/2025 | 478 | MOTION to file DOCUMENT under seal by James Koutoulas, LGBCoin, LTD (Attachments: # 1 Proposed Sealed Item Amended MSJ Exhibit J, # 2 Proposed Sealed Item Amended MSJ Exhibit K)(Martell, Nicole).Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 05/22/2025) |
| 05/22/2025 | 479 | STIPULATION *of Agreed Material Facts* by James Koutoulas, LGBCoin, LTD, Sandra Bader, Eric De Ford, Shawn R. Key. (Martell, Nicole) Modified filers and docket text on 5/23/2025 (EVK). (Entered: 05/22/2025) |
| 05/27/2025 | 480 | **ENDORSED ORDER denying without prejudice 468 Defendants' Motion to Exclude Expert Report and Testimony of Scott D. Hakala Under Daubert and Rule 702; denying without prejudice 469 Defendants' Motion to Exclude the Expert Report and Testimony of Brennan Long Under Daubert and Rule 702. The aforementioned motions fail to comply with Local Rule 3.01(g). Signed by Judge Paul G. Byron on 5/27/2025. (ND)** (Entered: 05/27/2025) |
| 06/10/2025 | 481 | MOTION to File Excess Pages *for Response to Defendants' Motion for Summary Judgment* by All Plaintiffs. (McCormack, Kevin) (Entered: 06/10/2025) |
| 06/11/2025 | 482 | **ENDORSED ORDER granting 481 Plaintiffs' Motion to File Excess Pages for the Response to Defendants' Motion for Summary Judgment. Plaintiffs may file a response, limited to thirty (30) pages, to 477 Defendants' Amended Motion for Summary Judgment. Signed by Judge Paul G. Byron on 6/11/2025. (ND)** (Entered: 06/11/2025) |
| 06/11/2025 | 483 | NOTICE TO COUNSEL Kevin M. McCormack and Sean T. Masson of Local Rule 2.01(b)(2)(B), which requires members of the Middle District bar to maintain with the clerk a current telephone number, mailing address, and email address. Update your contact information for the Middle District through PACER. (Signed by Deputy Clerk). (MSN) (Entered: 06/11/2025) |
| 06/11/2025 | 484 | MEMORANDUM in support re 477 Motion for Summary Judgment filed by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Martell, Nicole) (Entered: 06/11/2025) |
| 06/12/2025 | 485 | **ENDORSED ORDER striking 484 Defendants' Memorandum Regarding Defendants' Amended Motion for Summary Judgment Page Limit. This filing is not authorized by the Federal Rules of Civil Procedure or this Court's Local** |

53

| | | |
|---|---|---|
| | | **Rules. Signed by Judge Paul G. Byron on 6/12/2025. (ND)** (Entered: 06/12/2025) |
| 06/12/2025 | 486 | RESPONSE in Opposition re 477 Amended MOTION for Summary Judgment *and Rule 56(f) Cross Motion for Partial Summary Judgment* filed by Shawn R. Key. (Zigler, Aaron) (Entered: 06/12/2025) |
| 06/12/2025 | 487 | MOTION to file DOCUMENT under seal by All Plaintiffs (Attachments: # 1 Proposed Sealed Item Ex F, # 2 Proposed Sealed Item Ex I, # 3 Proposed Sealed Item Ex E)(Zigler, Aaron).Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 06/13/2025) |
| 06/12/2025 | 488 | DECLARATION of Aaron M. Zigler re 486 Response in Opposition to Motion by Shawn R. Key. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Zigler, Aaron) (Entered: 06/13/2025) |
| 06/14/2025 | 489 | MOTION to Correct 477 Amended MOTION for Summary Judgment by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit Exhibit A to Exhibit C Amended MSJ, # 5 Exhibit Exhibit B to Exhibit C Amended MSJ, # 6 Exhibit Exhibit C to Exhibit C Amended MSJ, # 7 Exhibit Exhibit D to Exhibit C Amended MSJ, # 8 Exhibit Exhibit E to Exhibit C Amended MSJ, # 9 Exhibit Exhibit F to Exhibit C Amended MSJ, # 10 Exhibit Exhibit G to Exhibit C Amended MSJ, # 11 Exhibit Exhibit H to Exhibit C Amended MSJ, # 12 Exhibit Exhibit I to Exhibit C Amended MSJ, # 13 Exhibit Exhibit L to Exhibit C Amended MSJ)(Martell, Nicole) (Entered: 06/14/2025) |
| 06/17/2025 | 490 | MOTION for Miscellaneous Relief, specifically Class Decertification by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Martell, Nicole) (Entered: 06/17/2025) |
| 06/20/2025 | 491 | **ENDORSED ORDER denying without prejudice 489 Defendants' Motion for Leave to File Amended Motion for Summary Judgment to Correct Formatting. See Local Rule 3.01(g). Signed by Judge Paul G. Byron on 6/20/2025. (ND)** (Entered: 06/20/2025) |
| 06/20/2025 | 492 | MOTION to Correct by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit Exhibit A to Exhibit C Amended MSJ, # 5 Exhibit Exhibit B to Exhibit C Amended MSJ, # 6 Exhibit Exhibit C to Exhibit C Amended MSJ, # 7 Exhibit Exhibit D to Exhibit C Amended MSJ, # 8 Exhibit Exhibit E to Exhibit C Amended MSJ, # 9 Exhibit Exhibit F to Exhibit C Amended MSJ, # 10 Exhibit Exhibit G to Exhibit C Amended MSJ, # 11 Exhibit Exhibit H to Exhibit C Amended MSJ, # 12 Exhibit Exhibit I to Exhibit C Amended MSJ, # 13 Exhibit Exhibit L to Exhibit C Amended MSJ)(Martell, Nicole) (Entered: 06/20/2025) |
| 06/20/2025 | 493 | MOTION to Strike 486 Response in Opposition to Motion by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) (Entered: 06/20/2025) |
| 06/20/2025 | 494 | MOTION to Stay re 486 Response in Opposition to Motion by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) (Entered: 06/20/2025) |
| 06/24/2025 | 495 | NOTICE Certifying Ongoing Conferral on Motion by James Koutoulas, LGBCoin, LTD re 494 MOTION to Stay re 486 Response in Opposition to Motion (Martell, Nicole) Modified on 6/25/2025 to edit docket text (JDR). (Entered: 06/24/2025) |
| 06/24/2025 | 496 | |

| | | |
|---|---|---|
| | | NOTICE Certifying Ongoing Conferral on Motion by James Koutoulas, LGBCoin, LTD re 493 MOTION to Strike 486 Response in Opposition to Motion (Martell, Nicole) Modified on 6/25/2025 to edit docket text (JDR). (Entered: 06/24/2025) |
| 06/26/2025 | 497 | **ORDER denying as moot 492 Defendants' Amended Motion for Leave to File Amended Motion for Summary Judgment to Correct Formatting; denying 493 Defendants' Motion to Strike Plaintiffs' Rule 56(f) Cross–Motion for Summary Judgment; denying as moot 494 Defendants' Motion to Stay Deadline to Reply to Plaintiffs' Opposition to Defendants' Amended Motion for Summary Judgment and Rule 56(f) Cross–Motion for Summary Judgment. Defendants shall file a reply, limited to fifteen (15) pages, to 486 Plaintiffs' Response on or before July 4, 2025. Signed by Judge Paul G. Byron on 6/26/2025. (ND)** (Entered: 06/26/2025) |
| 07/01/2025 | 498 | RESPONSE in Opposition re 490 MOTION for Miscellaneous Relief, specifically Class Decertification filed by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Exhibit A – Declaration of McCormack in support of Rule 1006, # 2 Exhibit B – Rule 1006 Summary of Social Media Posts, # 3 Exhibit C – Declaration of Eric DeFord)(McCormack, Kevin) Counsel to refile Exhibit #2 containing 6 blank pages. Modified text on 7/2/2025 (AM). (Entered: 07/01/2025) |
| 07/07/2025 | 499 | STRICKEN PER #514 ENDORSED ORDER***REPLY to Response to Motion re 477 Amended MOTION for Summary Judgment *and Plaintiffs' Cross Motion for Rule 56(f) Summary Judgment* filed by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Appendix A, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16)(Martell, Nicole) Modified on 8/26/2025 (LD). (Entered: 07/07/2025) |
| 07/07/2025 | 500 | MOTION for Extension of Time to File Response/Reply as to 499 Reply to Response to Motion *for Summary Judgment and Opposition to Plaintiffs Cross–Motion for 56(f) Summary Judgment* by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) (Entered: 07/07/2025) |
| 07/08/2025 | 501 | **ENDORSED ORDER finding as moot 500 Defendants' Motion for Three–Day Extension of Time to File Reply Brief. Given the deadline falling on a holiday, the Court accepts Defendants' 499 Reply as timely filed. Signed by Judge Paul G. Byron on 7/8/2025. (ND)** (Entered: 07/08/2025) |
| 07/21/2025 | 502 | STRICKEN per 504 Order; NOTICE of Filing Corrected Exhibits by Sandra Bader, Eric De Ford, Shawn R. Key re 486 Response in Opposition to Motion (Attachments: # 1 Exhibit Corrected Ex. B)(McCormack, Kevin) Modified on 7/22/2025 to edit docket text (JDR). (Entered: 07/21/2025) |
| 07/22/2025 | 503 | STRICKEN per 504 Order; OBJECTION re 499 Reply to Response to Motion –– *Objection to the Declaration of Defendant James Koutoulas.* (McCormack, Kevin) Modified on 7/22/2025 to edit docket text (JDR). (Entered: 07/22/2025) |
| 07/22/2025 | 504 | **ENDORSED ORDER striking 502 Plaintiffs' Notice of Filing Corrected Exhibit; striking 503 Plaintiffs' Notice of Objection to the Declaration of Defendant James Koutoulas. To the extent Plaintiffs seek relief from the court, Plaintiffs shall file a motion in compliance with all applicable rules and law. Signed by Judge Paul G. Byron on 7/22/2025. (ND)** (Entered: 07/22/2025) |
| 07/24/2025 | 505 | |

55

| | | |
|---|---|---|
| | | MOTION to Strike 499 Reply to Response to Motion , *Appendix A, Declaration of James Koutoulas [499−1]* by All Plaintiffs. (McCormack, Kevin) (Entered: 07/24/2025) |
| 07/27/2025 | 506 | MOTION to Correct 488 Declaration *Ex. B [488−2]* by All Plaintiffs. (Attachments: # 1 Exhibit Corrected Exhibit B to Plaintiffs' Response in Opposition to Summary Judgment)(McCormack, Kevin) (Entered: 07/27/2025) |
| 07/31/2025 | 507 | MOTION for Extension of Time to File conduct pretrial conference and file final joint pretrial statement by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) (Entered: 07/31/2025) |
| 08/01/2025 | 508 | **ENDORSED ORDER granting in part and denying in part 507 Defendants' Motion for Extension of Time to Conduct Pretrial Conference and Submit Joint Final Pretrial Statement. While pending motions do not relieve the parties of court−imposed deadlines, the Court will grant appropriate extension(s), given the rescheduling of the final pretrial conference and the trial date. An amended Case Management and Scheduling Order is forthcoming. However, requested dates are not guaranteed and are subject to the Court's trial schedule. Further, granting certain extensions may impact other relevant deadlines. Finally, all future requests for relief must include a legal memorandum, as required by Local Rule 3.01(a), or else such relief will be denied with prejudice. Signed by Judge Paul G. Byron on 8/1/2025. (ND)** (Entered: 08/01/2025) |
| 08/06/2025 | 510 | **3rd AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: Pretrial statement due by 11/17/2025. All other motions due by 11/24/2025. Final Pretrial Conference set for 12/16/2025 at 03:00 PM in Orlando Courtroom 4 B before Judge Paul G. Byron. Jury Trial set for the trial term commencing on 1/5/2026 at 09:00 AM before Judge Paul G. Byron Signed by Judge Paul G. Byron on 8/6/2025. (KM)** (Entered: 08/06/2025) |
| 08/06/2025 | 511 | RESPONSE in Opposition re 505 MOTION to Strike 499 Reply to Response to Motion , *Appendix A, Declaration of James Koutoulas [499−1]* filed by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) (Entered: 08/06/2025) |
| 08/06/2025 | 512 | RESPONSE in Opposition re 506 MOTION to Correct 488 Declaration *Ex. B [488−2]* filed by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) (Entered: 08/06/2025) |
| 08/23/2025 | 513 | **ENDORSED ORDER granting in part and denying in part 506 Plaintiffs' Motion for Leave to Substitute Corrected Exhibit B to Response in Opposition to Summary Judgment. Plaintiffs shall file the corrected exhibit on or before August 27, 2025. Defendants shall file an amended reply, limited to (15) pages, to 486 Plaintiffs' Response on or before September 3, 2025. Signed by Judge Paul G. Byron on 8/23/2025. (ND)** (Entered: 08/23/2025) |
| 08/23/2025 | 514 | **ENDORSED ORDER striking 499 Defendants' Reply; finding as moot 505 Plaintiffs' Motion to Strike Declaration of Defendant James Koutoulas. See 513 Court Order. Signed by Judge Paul G. Byron on 8/23/2025. (ND)** (Entered: 08/23/2025) |
| 08/24/2025 | 515 | **ORDER denying 463 Motion for Reconsideration on Motion to Dismiss the TAC; denying 490 Motion for Class Decertification. See Order for details. Signed by Judge Paul G. Byron on 8/24/2025. (ND)** (Entered: 08/24/2025) |

| 08/26/2025 | 516 | AMENDED document by Sandra Bader, Eric De Ford, Shawn R. Key. Amendment to 488 Declaration, 513 Order on Motion to Amend / Correct / Modify / Supplement *Exhibit B to Declaration of Aaron Zigler per Judge's Order*. (McCormack, Kevin) (Entered: 08/26/2025) |
|---|---|---|
| 08/29/2025 | 517 | **ORDER denying 478 Motion to Seal; denying 487 Motion to Seal Exhibits to Opposition to Defendants' Amended Motion for Summary Judgment and Rule 56(F) Cross Motion for Partial Summary Judgment. Signed by Magistrate Judge Daniel C. Irick on 8/29/2025. (TNP)** (Entered: 08/29/2025) |
| 09/03/2025 | 518 | AMENDED document by Sandra Bader, Eric De Ford, Shawn R. Key. Amendment to 517 Sealed Order on Motion to Seal *Unsealed Exhibits E, F and I per Judge's Order*. (Attachments: # 1 Main Document Unsealed Exhibit F, # 2 Main Document Unsealed Exhibit I)(McCormack, Kevin) (Entered: 09/03/2025) |
| 09/03/2025 | 519 | REPLY to Response to Motion re 477 Amended MOTION for Summary Judgment *and Opposition to Plaintiff's Cross–Motion for 56(f) Summary Judgment* filed by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Appendix Exhibit 7, # 5 Exhibit 8, # 6 Exhibit 9, # 7 Exhibit 11)(Martell, Nicole) Modified text on 9/4/2025 (ABM). (Entered: 09/03/2025) |
| 09/03/2025 | 520 | AMENDED REPLY to Response to Motion re 477 Amended MOTION for Summary Judgment *and Plaintiffs' Cross Motion for Rule 56(f) Summary Judgment* filed by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Appendix A, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 7, # 6 Exhibit 8, # 7 Exhibit 9, # 8 Exhibit 11)(Martell, Nicole) Modified text on 9/5/2025 (BD). (Entered: 09/03/2025) |
| 09/04/2025 | 521 | **ENDORSED ORDER. The Court notes that Defendants filed two amended replies in support of the 477 Amended Motion for Summary Judgment. See 519 Amended Reply in Support of Defendants' Motion for Summary Judgment and Opposition to Plaintiffs' Cross–Motion for 56(f) Summary Judgment, 520 Amended Reply in Support of Defendants' Motion for Summary Judgment and Opposition to Plaintiffs' Cross–Motion for 56(f) Summary Judgment. The Court adopts the 520 Amended Reply in Support of Defendants' Motion for Summary Judgment and Opposition to Plaintiffs' Cross–Motion for 56(f) Summary Judgment as the operative amended reply. Signed by Judge Paul G. Byron on 9/4/2025. (JRI)** (Entered: 09/04/2025) |
| 09/07/2025 | 522 | AMENDED document by James Koutoulas, LGBCoin, LTD. Amendment to 517 Sealed Order on Motion to Seal *Unsealed Exhibits J and K per Judge's Order*. (Attachments: # 1 Main Document Exhibit K)(Martell, Nicole) (Entered: 09/07/2025) |
| 09/10/2025 | 523 | MOTION to Strike 520 Reply to Response to Motion, *Appendix A, Declaration of James Koutoulas [520–1]* by All Plaintiffs. (McCormack, Kevin) (Entered: 09/10/2025) |
| 09/24/2025 | 524 | RESPONSE in Opposition re 523 MOTION to Strike 520 Reply to Response to Motion, *Appendix A, Declaration of James Koutoulas [520–1]* filed by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) (Entered: 09/24/2025) |
| 10/10/2025 | 525 | MOTION to Withdraw Interested Party Status and Notice Opt Out from the Class by Albert Sheeler. (Attachments: # 1 Mailing Envelope)(MLB) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 10/15/2025) |
| 10/17/2025 | 526 | |

| | | |
|---|---|---|
| | | **ENDORSED ORDER** denying as moot in part and denying without prejudice in part **525** Motion to Withdraw Interested Party Status and Notice of Opt–out from the Class. The aforementioned **525** Motion is moot in part because Movant Albert Sheeler seeks to withdraw a motion that the Court already ruled upon. See **456** the Court's Order denying **452** Motion to Intervene. As to the other requested relief in the aforementioned **525** Motion, Movant fails to include a legal memorandum supporting his request to opt out of the certified class in violation of Local Rule 3.01(a). Accordingly, that request in the Motion is **DENIED WITHOUT PREJUDICE.** Signed by Judge Paul G. Byron on **10/17/2025.** (JRI) (Entered: 10/17/2025) |
| 10/24/2025 | 527 | **ORDER** denying **523** Motion to Strike Declaration of Defendant James Koutoulas. Nevertheless, the Court will consider Plaintiffs' evidentiary objections from the aforementioned **523** Motion, where necessary, in its analysis of the **477** Amended Motion for Summary Judgment & **486** Opposition to Defendants' Amended Motion for Summary Judgment and Rule 56(f) Cross Motion for Partial Summary Judgment. See Order for further details. Signed by Judge Paul G. Byron on 10/24/2025. (JRI) (Entered: 10/24/2025) |
| 10/24/2025 | 528 | MOTION to Stay *Proceedins and Extend Pretrial Deadlines* by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) Modified on 10/27/2025 to remove capitalization (LSS). (Entered: 10/24/2025) |
| 10/27/2025 | 529 | **ENDORSED ORDER** granting in part and denying in part **528** Motion to Stay Proceedings and Extend Pretrial Deadlines. The Court finds good cause to extend the subject deadlines in the **510** Third Amended CMSO. An amended CMSO is forthcoming. However, requested dates are not guaranteed and are subject to the Court's trial schedule. Further, Defendants' requested extensions may impact other relevant deadlines. The aforementioned **528** Motion is **DENIED** in all other respects. Signed by Judge Paul G. Byron on 10/27/2025. (JRI) (Entered: 10/27/2025) |
| 10/28/2025 | 530 | **4th AMENDED CASE MANAGEMENT AND SCHEDULING ORDER:** Pretrial statement due by 1/20/2026. All other motions due by 1/26/2026. Final Pretrial Conference set for 2/17/2026 at 03:00 PM in Orlando Courtroom 4 B before Judge Paul G. Byron. Jury Trial set for the trial term commencing on 3/2/2026 at 09:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron. Signed by Judge Paul G. Byron on 10/28/2025. (KM) (Entered: 10/28/2025) |
| 12/02/2025 | 531 | **ORDER** denying **477** Amended Motion for Summary Judgment. Further, Plaintiffs' request for summary judgment pursuant to Federal Rule of Civil Procedure 56(f) in the **486** Opposition to Defendants' Amended Motion for Summary Judgment and Rule 56(f) Cross Motion for Partial Summary Judgment is **GRANTED IN PART and DENIED IN PART.** See Order for further details. Signed by Judge Paul G. Byron on 12/2/2025. (JRI) (Entered: 12/02/2025) |
| 12/16/2025 | 532 | MOTION to Stay Proceedings Pending Resolution of Defendants' Motion for Reconsideration by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) Modified on 12/17/2025 to edit docket text (ELA). (Entered: 12/16/2025) |
| 12/17/2025 | 533 | **ENDORSED ORDER** denying as moot **532** Motion to Stay Proceedings Pending Resolution of Defendants' Motion for Reconsideration. There is no motion for reconsideration currently pending before the Court. Accordingly, the |

| | | |
|---|---|---|
| | | **aforementioned 532 Motion is premature. Signed by Judge Paul G. Byron on 12/17/2025. (JRI)** (Entered: 12/17/2025) |
| 12/22/2025 | 534 | **ORDER granting in part and denying in part 460 Motion for Approval of the Proposed Class Notice Plan. The Court APPROVES the form and substance of Plaintiffs' 460 Proposed Class Notice Plan, and the attendant Proposed Class Notices (Docs. 460–2, 460–3), subject to the implementation of the revisions outlined in this Order. Defendants are DIRECTED to provide Angeion with the names, addresses, and email addresses, where possible, of any potential Class Members that Defendants have in their possession, custody, or control to notice the Class. On or before December 28, 2025, Plaintiffs shall provide notice to the class in substantially the form approved by the Court and in accordance with the approved Class Notice Plan. On or before January 4, 2026, Plaintiffs shall file a notice with the Court stating that this has been completed. Class members shall be given at least forty–five (45) days from the date the notice is mailed and/or posted on the LGBCoin Telegram Channel, the LGBCoin Discord Channel, the LGBCoin website, and the LGBCoin subreddit page to opt out or request exclusion from the Class. The 460 Motion is DENIED in all other respects. See Order for further details. Signed by Judge Paul G. Byron on 12/22/2025. (REG)** (Entered: 12/22/2025) |
| 12/24/2025 | 535 | MOTION for Reconsideration re 531 Order on Motion for Summary Judgment by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) (Entered: 12/24/2025) |
| 12/28/2025 | 536 | RENEWED MOTION to Stay Proceedings Pending Resolution of 535 MOTION for Reconsideration re 531 Order on Motion for Summary Judgment by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) Modified on 12/29/2025 to edit docket text (ELA). (Entered: 12/28/2025) |
| 12/28/2025 | 537 | Unopposed MOTION for Nicole Martell to Withdraw as Attorney by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 12/28/2025) |
| 01/04/2026 | 538 | NOTICE by Sandra Bader, Eric De Ford, Shawn R. Key re 534 Order on Motion for Miscellaneous Relief (Attachments: # 1 Exhibit A – Dec. 28, 2025 Email, # 2 Exhibit B– Beliveau Declaration, # 3 Exhibit B–1– Press Release, # 4 Exhibit C– James Koutoulas Telegram Messages Dec. 28–29, # 5 Exhibit D– James Koutoulas Telegram Messages December 29, 2025 to Jan. 3, 2026)(McCormack, Kevin) (Entered: 01/04/2026) |
| 01/07/2026 | 539 | **Order re 538 Notice to the Court Regarding Notice to the Class. Defendant James Koutoulas shall file with the Court within three (3) days of this Order a true and accurate copy of the Class Notice(s) posted to the LGBCoin Discord Channel, including all commentary offered by Defendant Koutoulas. Further, this matter is SET for a HEARING on January 16, 2026, at 1:00 p.m., before the undersigned in Courtroom 4B, at which time Defendant Koutoulas SHALL SHOW CAUSE why he should not be held in civil contempt for failing to comply with 534 the Court's Order. Defendant Koutoulas is ORDERED to appear in person at the aforementioned Show Cause Hearing on January 16, 2026. Failure to appear in person will result in the initiation of criminal contempt proceedings without further notice. See Order for further details. Signed by Judge Paul G. Byron on 1/7/2026. (JRI)** (Entered: 01/07/2026) |
| 01/07/2026 | 540 | |

| | | NOTICE of hearing: Show Cause Hearing set for 1/16/2026 at 01:00 PM in Orlando Courtroom 4 B before Judge Paul G. Byron. (KM) (Entered: 01/07/2026) |
|---|---|---|
| 01/07/2026 | 541 | **ENDORSED ORDER denying 536 Renewed Motion to Stay Proceedings Pending Resolution of Defendants' Motion for Reconsideration. The Court does not deem a response to the aforementioned 536 Motion to be necessary. The Court does not ordinarily stay cases for pending motions absent good cause shown. See, e.g., Chrysler Int'l Corp. v. Chemaly, 280 F.3d 1358, 1360 (11th Cir. 2002) (finding that a court has broad discretion to stay proceedings or decline to do so incident to the court's inherent authority to manage its cases); Clinton v. Jones, 520 U.S. 681, 706 (1997) (holding district courts have broad discretion to determine whether to stay proceedings before them). Signed by Judge Paul G. Byron on 1/7/2026. (JRI)** (Entered: 01/07/2026) |
| 01/07/2026 | 542 | RESPONSE in Opposition re 535 MOTION for Reconsideration re 531 Order on Motion for Summary Judgment filed by Sandra Bader, Eric De Ford, Shawn R. Key. (McCormack, Kevin) (Entered: 01/07/2026) |
| 01/09/2026 | 543 | ***STRICKEN PURSUANT TO COURT'S 558 ORDER*** MOTION to Dismiss for Lack of Jurisdiction by James Koutoulas. (MLB) Modified text on 1/20/2026 (AA). (Entered: 01/13/2026) |
| 01/09/2026 | 544 | ***STRICKEN PURSUANT TO COURT'S 558 ORDER*** MOTION for Miscellaneous Relief, specifically to file documents electronically through the cm/ecf system by James Koutoulas. (MLB) Modified text on 1/20/2026 (AA). (Entered: 01/13/2026) |
| 01/09/2026 | 545 | ***STRICKEN PURSUANT TO COURT'S 558 ORDER*** MOTION to Bifurcate Liability and Damages by James Koutoulas. (MLB) Modified text on 1/20/2026 (AA). (Entered: 01/13/2026) |
| 01/09/2026 | 546 | ***STRICKEN PURSUANT TO COURT'S 558 ORDER*** NOTICE to appear Prose by James Koutoulas (MLB) Modified text on 1/20/2026 (AA). (Entered: 01/13/2026) |
| 01/12/2026 | 547 | ***STRICKEN PURSUANT TO COURT'S 558 ORDER*** Notice in RESPONSE re 539 Order, filed by James Koutoulas. (MLB) Modified text on 1/20/2026 (AA). (Entered: 01/14/2026) |
| 01/12/2026 | 548 | ***STRICKEN PURSUANT TO COURT'S 558 ORDER*** MOTION to file DOCUMENT – Exhibits to 547 Notice in RESPONSE under seal by James Koutoulas (Attachments: # 1 Exhibits)(MLB).Motions referred to Magistrate Judge Daniel C. Irick. Modified text on 1/20/2026 (AA). (Entered: 01/14/2026) |
| 01/14/2026 | 549 | ***STRICKEN PER ORDER 553***NOTICE of Pro Se Compliance by James Koutoulas, LGBCoin, LTD re 539 Order (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Martell, Nicole) Modified on 1/15/2026 to edit the docket text (MLB). Modified text on 1/16/2026 (LAW). (Entered: 01/14/2026) |
| 01/14/2026 | 550 | Renewed MOTION for Nicole Martell to Withdraw as Attorney by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) Motions referred to Magistrate Judge Daniel C. Irick. Modified on 1/15/2026 to edit the docket text (MLB). (Entered: 01/14/2026) |
| 01/15/2026 | 551 | **ENDORSED ORDER finding as moot 537 Motion to Withdraw as Attorney, as a renewed motion was filed (Doc. 550). Counsel is required to appear at the 1/16/2026 hearing absent a ruling on the renewed motion prior to the hearing.** |

| | | |
|---|---|---|
| | | **Signed by Magistrate Judge Daniel C. Irick on 1/15/2026. (Irick, Daniel)** (Entered: 01/15/2026) |
| 01/15/2026 | 552 | ***STRICKEN PER ORDER 554***NOTICE of Candor with the Court by James Koutoulas, LGBCoin, LTD (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Martell, Nicole) Modified text on 1/16/2026 (LAW). (Entered: 01/15/2026) |
| 01/16/2026 | 553 | **ENDORSED ORDER to strike re: 549 Notice of Pro Se Compliance filed by James Koutoulas, LGBCoin, LTD. Defendants represented by counsel are not permitted to file motions with the Court in their individual capacity. Signed by Judge Paul G. Byron on 1/16/2026. (KM)** (Entered: 01/16/2026) |
| 01/16/2026 | 554 | **ENDORSED ORDER to strike re: 552 Notice (Other) filed by James Koutoulas, LGBCoin, LTD. This notice is not authorized under the Rules of Civil Procedure or the Court's Local Rules. Signed by Judge Paul G. Byron on 1/16/2026. (KM)** (Entered: 01/16/2026) |
| 01/16/2026 | 555 | Minute Entry. In Person Proceedings held before Judge Paul G. Byron: SHOW CAUSE HEARING held on 1/16/2026. Court Reporter: Nikki L. Peters (KM) (Entered: 01/16/2026) |
| 01/16/2026 | 556 | **ORAL ORDER referring the case to Magistrate Judge Nathan W. Hill for a settlement conference. Rendered in open court by Judge Paul G. Byron on 1/16/2026. (KM)** (Entered: 01/16/2026) |
| 01/16/2026 | 557 | **ENDORSED ORDER finding as moot 550 Renewed Motion to Withdraw. During the hearing on January 16, 2026, Defense Counsel represented to the Court that she would continue as counsel for Defendants pending mediation before Magistrate Judge Nathan W. Hill. However, following mediation, if the reasons for the aforementioned 550 Motion still exist, Defense Counsel may renew the aforementioned 550 Motion for the Court's consideration. Signed by Judge Paul G. Byron on 1/16/2026. (JRI)** (Entered: 01/16/2026) |
| 01/16/2026 | 558 | **ENDORSED ORDER striking 543 Motion for an Order Holding that Plaintiffs Lack Jurisdiction to Pursue their Uncertified State–Law Claims in Federal Court; striking 544 Motion for Permission to File Documents Electronically Via CM/ECF; striking 545 Motion to Bifurcate Liability and Damages; striking 546 Notice of Appearance and Request for Service of Papers; striking 547 Notice in Response to Order re 538 Notice Regarding Notice to the Class; striking 548 Motion for Leave to File Exhibits Under Seal in Support of Defendant's Notice in Response to Order re 538 Notice Regarding Notice to the Class. Defendants represented by counsel are not permitted to file motions or other notices with the Court in their individual capacity. Signed by Judge Paul G. Byron on 1/16/2026. (JRI)** (Entered: 01/16/2026) |
| 01/20/2026 | 559 | DECLARATION of Albert Sheeler by Albert Sheeler. (MSN) (Main Document 559 replaced on 1/20/2026). (MSN) Modified on 1/20/2026 to replace PDF. (MSN) (Entered: 01/20/2026) |
| 01/20/2026 | 560 | Renewed MOTION to Intervene and Notice of Objection to Class Certification and Incorporated Memorandum of Law by Albert Sheeler. (MSN) (Entered: 01/20/2026) |
| 01/20/2026 | | Magistrate Judge Nathan W. Hill added as settlement judge. (RPB) (Entered: 01/20/2026) |
| 01/20/2026 | 561 | |

| | | |
|---|---|---|
| | | Time Sensitive MOTION to Stay re 530 Case Management Scheduling Order *Pretrial Order Deadline* by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) (Entered: 01/20/2026) |
| 01/20/2026 | 562 | NOTICE of filing Proposed Order by Sandra Bader, Eric De Ford, Shawn R. Key re 555 Show Cause Hearing. (McCormack, Kevin) (Entered: 01/20/2026) |
| 01/20/2026 | 563 | STRICKEN per 567 ENDORSED ORDER. PRETRIAL statement by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Exhibit Plaintiffs' Proposed Jury Instructions, # 2 Exhibit Plaintiffs' Proposed Jury Questionnaire, # 3 Exhibit Plaintiffs' Exhibit List with Objection, # 4 Exhibit Defendants' Proposed Jury Instructions, # 5 Exhibit Defendants' Proposed Voir Dire, # 6 Exhibit Defendants' Exhibit List with Objections)(McCormack, Kevin) Modified on 1/22/2026 to edit the docket text (MLB). (Entered: 01/20/2026) |
| 01/21/2026 | 564 | **ENDORSED ORDER regarding 556 Oral Order referring the case to Magistrate Judge Nathan W. Hill for a settlement conference. In light of this case's extensive history, the undersigned requires an initial status conference, during which counsel for the remaining parties will be expected to provide an overview of this action and the issues to be addressed at the settlement conference. The status conference will be held via Microsoft Teams videoconference. The details will be provided in a separate notice. Signed by Magistrate Judge Nathan W. Hill on 1/21/2026. (LDM)** (Entered: 01/21/2026) |
| 01/21/2026 | 565 | **ORDER denying 535 Motion for Reconsideration of Order on Summary Judgment. See Order for further details. Signed by Judge Paul G. Byron on 1/21/2026. (JRI)** (Entered: 01/21/2026) |
| 01/21/2026 | 566 | **ENDORSED ORDER granting in part and denying in part 561 Time–Sensitive Motion to Temporarily Stay Filing of Pretrial Statement. Defendants are advised that waiting until the day of a deadline to file a motion to stay the deadline does not render said motion "time sensitive." Nevertheless, upon consideration of the circumstances, the Court finds good cause to extend the deadline for the parties to file the Pretrial Statement, as well as the remaining deadlines in the case. Accordingly, an amended CMSO is forthcoming. However, requested dates are not guaranteed and are subject to the Court's trial schedule. Further, granting certain extensions may impact other relevant deadlines. The aforementioned 561 Motion is DENIED in all other respects. Signed by Judge Paul G. Byron on 1/21/2026. (JRI)** (Entered: 01/21/2026) |
| 01/21/2026 | 567 | **ENDORSED ORDER striking 563 Joint Pretrial Statement. The aforementioned 563 Statement fails to comply with the requirements of the 530 CMSO. Specifically, it appears that the parties did not have an in–person conference prior to filing the aforementioned 563 Statement and Plaintiffs filed the aforementioned 563 Statement without the agreement and signatures of Defendants. In light of 566 the Court's Order, the parties may file an amended pretrial statement on or before the deadline provided in the forthcoming amended CMSO. Signed by Judge Paul G. Byron on 1/21/2026. (JRI)** (Entered: 01/21/2026) |
| 01/22/2026 | 568 | **5th AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: Pretrial statement due by 5/18/2026. All other motions due by 5/26/2026. Final Pretrial Conference set for 6/16/2026 at 03:00 PM in Orlando Courtroom 4 B before Judge Paul G. Byron. Jury Trial set for the trial term commencing on** |

| | | 7/6/2026 at 09:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron. **Signed by Judge Paul G. Byron on 1/22/2026. (KM)** Modified on 1/22/2026 to correct docket text (KM). (Entered: 01/22/2026) |
|---|---|---|
| 01/23/2026 | 569 | TRANSCRIPT of Show Cause Hearing held on January 16, 2026, before Judge Paul G. Byron. Court Reporter/Transcriber: Nikki Peters, RMR, CRR, CRC. Email address: courttranscripts@outlook.com. Telephone number: (407)917–0813. <br><br> NOTICE TO THE PARTIES – The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 2/13/2026. Redacted Transcript Deadline set for 2/23/2026. Release of Transcript Restriction set for 4/23/2026. (NLP) (Entered: 01/23/2026) |
| 01/26/2026 | 570 | **ENDORSED ORDER re 562 Proposed Order of Contempt. In light of the Court's instruction during the hearing on January 16, 2026, Defendants may file a response to the aforementioned 562 Proposed Order not to exceed five pages on or before January 30, 2026. Failure to timely file a response may result in treatment of the aforementioned 562 Proposed Order as unopposed. Signed by Judge Paul G. Byron on 1/26/2026. (JRI)** (Entered: 01/26/2026) |
| 01/29/2026 | 571 | **ORDER REGARDING SETTLEMENT CONFERENCE. By 5:00 p.m. on Tuesday, February 3, 2026, the parties shall confer by telephone, videoconference, or in person in a good faith effort to resolve the case. Counsel who are successful in their efforts to resolve such matters by agreement shall file a joint notice on the docket no later than 5:00 p.m. on Thursday, February 5, 2026. In the event the parties are not successful in their efforts to resolve the case by the above–stated deadline, it is further ORDERED that, on or before 5:00 p.m. on Friday, February 6, 2026, each party shall provide the undersigned with a confidential statement. See Order for details. Signed by Magistrate Judge Nathan W. Hill on 1/29/2026. (LDM)** (Entered: 01/29/2026) |
| 01/29/2026 | 572 | MOTION to File Excess Pages *for Response in Opposition to Plaintiff's proposed Order of Contempt* by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) Modified text to remove caps on 1/30/2026 (AM). (Entered: 01/29/2026) |
| 01/30/2026 | 573 | **ENDORSED ORDER granting 572 Motion to Extend Page Limit for Response in Opposition to Plaintiffs' Proposed Order of Contempt. The Court does not deem a response to the aforementioned 572 Motion to be necessary. Upon consideration of the circumstances, Defendants may file a response in opposition to Plaintiffs' 562 Proposed Order of Contempt that shall not exceed eight pages. Failure to timely file a response may result in treatment of the aforementioned 562 Proposed Order as unopposed. Signed by Judge Paul G. Byron on 1/30/2026. (REG)** (Entered: 01/30/2026) |
| 01/30/2026 | 574 | RESPONSE in Opposition re 562 Notice of filing Proposed Order filed by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) Modified on 2/2/2026 to edit docket text (ELA). (Entered: 01/30/2026) |
| 01/30/2026 | 575 | |

| | | |
|---|---|---|
| | | MOTION to file DOCUMENT under seal by James Koutoulas, LGBCoin, LTD (Attachments: # 1 Proposed Sealed Item NON PUBLIC SEC Formal Order, # 2 Proposed Sealed Item Response to 5th Set of Interrogatories)(Martell, Nicole).Motions referred to Magistrate Judge Daniel C. Irick. Modified on 2/2/2026; per order 578 PDF's at 575–1 and 575–2 removed (ELA). (Entered: 01/30/2026) |
| 01/30/2026 | 576 | NOTICE to the Courts to take judicial notice regarding *SEC Statements and Publications* by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Martell, Nicole) Modified on 2/2/2026 to change event type per chambers (ARL). (Entered: 01/30/2026) |
| 01/30/2026 | 577 | NOTICE to the Courts to take judicial notice regarding *Public Court Documents Filed in James L. Koutoulas v. United States Securities and Exchange Commission, Case 1:23–cv–22345–JEM (S.D. Fla. 2023)* by James Koutoulas, LGBCoin, LTD. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Martell, Nicole) Modified on 2/2/2026 as to event type per chambers (ARL). (Entered: 01/30/2026) |
| 02/02/2026 | 578 | **ENDORSED ORDER granting 575 Motion to File Under Seal. Defendants James Koutoulas and LGBCoin, Ltd. may file under seal the two exhibits referenced in the Motion. The documents shall remain under seal until the 90th day after the date this case is closed and all appeals exhausted. After the case is closed, a party may move for the return or deletion of the documents. See id. The Clerk is directed to delete Docs. 575–1 and 575–2. Signed by Magistrate Judge Daniel C. Irick on 2/2/2026. (Irick, Daniel)** (Entered: 02/02/2026) |
| 02/02/2026 | 579 | SEALED DOCUMENT re 574 Response, 578 Sealed Order on Motion to Seal by James Koutoulas, LGBCoin, LTD (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Martell, Nicole). (Entered: 02/02/2026) |
| 02/02/2026 | 581 | NOTICE of Protective Filing and to Supplement the Record by Non Party Albert Sheeler. (MLB) (Entered: 02/04/2026) |
| 02/03/2026 | 580 | RESPONSE in Opposition re 560 MOTION to Intervene filed by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Exhibit A – Declaration of Kevin McCormack)(McCormack, Kevin) (Entered: 02/03/2026) |
| 02/05/2026 | 582 | MOTION to Bifurcate Liability and Damages by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) Modified all caps text on 2/6/2026 (CTR). (Entered: 02/05/2026) |
| 02/09/2026 | 583 | MOTION for Leave to File a Reply in Support of his Renewed Motion to Intervene by Albert Sheeler. (MLB) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 02/10/2026) |
| 02/11/2026 | 584 | **ENDORSED ORDER denying without prejudice for failure to comply with Local Rule 3.01(g) 583 Motion for Leave to File Reply. Signed by Magistrate Judge Daniel C. Irick on 2/11/2026. (Irick, Daniel)** (Entered: 02/11/2026) |
| 02/11/2026 | 585 | NOTICE Certifying Ongoing Conferral on 582 MOTION to Bifurcate by James Koutoulas, LGBCoin, LTD (Martell, Nicole) Modified text on 2/12/2026 (BD). (Entered: 02/11/2026) |
| 02/12/2026 | 586 | NOTICE of hearing: Settlement Conference set for 2/18/2026 at 10:00 AM in Zoom Video Conference before Magistrate Judge Nathan W. Hill. Zoom ID and password will be provided by email; Business attire is required for all Zoom hearings. Attorneys are required to appear with their cameras on unless the Court has granted in advance leave to appear telephonically. (LDJ) (Entered: 02/12/2026) |

| 02/13/2026 | 587 | RESPONSE in Opposition to 566, 577 Notices for Judicial Notice filed by Sandra Bader, Eric De Ford, Shawn R. Key. (McCormack, Kevin) Modified text on 2/17/2026 (BD). (Entered: 02/13/2026) |
|---|---|---|
| 02/17/2026 | 589 | NOTICE OF RESCHEDULING HEARING: The Settlement Conference hearing previously scheduled for 02/18/2026 is rescheduled. New scheduling date and time: Settlement Conference set for 2/19/2026 at 10:00 AM in Zoom Video Conference before Magistrate Judge Nathan W. Hill. Zoom ID and password will be provided by email; Business attire is required for all Zoom hearings. Attorneys are required to appear with their cameras on unless the Court has granted in advance leave to appear telephonically. (JOR) Modified on 2/18/2026 (TDC). (Entered: 02/17/2026) |
| 02/17/2026 | 590 | Renewed MOTION for Leave to File a Reply in Support of his Renewed Motion to Intervene by Albert Sheeler. (MLB) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 02/17/2026) |
| 02/18/2026 | 591 | **ENDORSED ORDER granting in part 590 Non–Party Alber Scheeler's Renewed Motion for Leave to File Reply. The non–party may file a seven–page reply within seven days. See Local Rule 3.01(e). Signed by Magistrate Judge Daniel C. Irick on 2/18/2026. (Irick, Daniel)** (Entered: 02/18/2026) |
| 02/19/2026 | 593 | NOTICE of hearing: Settlement Conference Continuance set for 2/25/2026 at 02:00 PM in Zoom Video Conference before Magistrate Judge Nathan W. Hill. Zoom ID and password will be provided by email; Business attire is required for all Zoom hearings. Attorneys are required to appear with their cameras on unless the Court has granted in advance leave to appear telephonically. (JOR) (Entered: 02/19/2026) |
| 02/19/2026 | 594 | Minute Entry. Virtual Proceedings held before Magistrate Judge Nathan W. Hill: SETTLEMENT CONFERENCE held on 2/19/2026. (Zoom) (JOR) (Entered: 02/19/2026) |
| 02/19/2026 | 595 | RESPONSE in Opposition re 582 MOTION to Bifurcate Liability and Damages filed by Sandra Bader, Eric De Ford, Shawn R. Key. (McCormack, Kevin) (Entered: 02/19/2026) |
| 02/25/2026 | 597 | Minute Entry. Virtual Proceedings held before Magistrate Judge Nathan W. Hill: SETTLEMENT CONFERENCE held on 2/25/2026. (Zoom) (JOR) (Entered: 02/25/2026) |
| 02/25/2026 | | Magistrate Judge Nathan W. Hill no longer assigned to case. (JOR) (Entered: 02/25/2026) |
| 02/25/2026 | 599 | REPLY in Support of Renewed Motion re 560 MOTION to Intervene filed by Albert Sheeler. (MLB) (Entered: 02/26/2026) |
| 03/26/2026 | 606 | NOTICE by Sandra Bader, Eric De Ford, Shawn R. Key *to the Court regarding Class Opt Outs* (Attachments: # 1 Declaration)(Masson, Sean) (Entered: 03/26/2026) |
| 04/01/2026 | 607 | STRICKEN per Order 609 MOTION for Summary Judgment *Based on Intervening Change in Interpretive Legal Statement* by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) Modified on 4/6/2026 to edit docket text (ELA). (Entered: 04/01/2026) |
| 04/01/2026 | 608 | MOTION for Nicole Martell to Withdraw as Attorney by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 04/01/2026) |

| 04/06/2026 | 609 | **ORDER striking 607 Renewed Motion for Summary Judgment Based on Intervening Change in Interpretive Legal Statement as an improper filing. See Order for further details. Signed by Judge Paul G. Byron on 4/6/2026. (JRI)** (Entered: 04/06/2026) |
|---|---|---|
| 04/07/2026 | 610 | NOTICE of hearing on motion re 608 MOTION for Nicole Martell to Withdraw as Attorney. Motion Hearing set for 4/14/2026 at 02:00 PM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. The defendant, James Koutoulas, a corporate representative of LGBCoin, LTD, all lawyers seeking to withdraw, and a lawyer for Plaintiff are required to appear in person.(TNP) (Entered: 04/07/2026) |
| 04/08/2026 | 611 | Unopposed MOTION to appear by video on Counsel's Motion to Withdraw by James Koutoulas. (Martell, Nicole) Modified all caps text on 4/9/2026 (CTR). (Entered: 04/08/2026) |
| 04/09/2026 | 612 | NOTICE by James Koutoulas re 608 MOTION for Nicole Martell to Withdraw as Attorney *CERTIFYING ONGOING CONFERRAL ON RENEWED THIRD MOTION TO WITHDRAW (D.E. 608)* (Martell, Nicole) (Entered: 04/09/2026) |
| 04/10/2026 | 613 | **ENDORSED ORDER granting 611 Motion for Virtual Hearing on Counsel's Motion to Withdraw. The hearing will be conducted via Zoom. Signed by Magistrate Judge Daniel C. Irick on 4/10/2026. (Irick, Daniel)** (Entered: 04/10/2026) |
| 04/13/2026 | 614 | MOTION for Sanctions by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Zigler, Aaron) (Entered: 04/13/2026) |
| 04/13/2026 | 617 | USCA ORDER Denying Petition for Writ of Mandamus to the District Court. USCA number: 26–10500. (WLB) (Entered: 04/14/2026) |
| 04/14/2026 | 615 | Minute Entry. In Person Proceedings held before Magistrate Judge Daniel C. Irick: MOTION HEARING held on 4/14/2026 re 608 MOTION for Nicole Martell to Withdraw as Attorney filed by James Koutoulas, LGBCoin, LTD. (Digital / Zoom) (TNP) (Entered: 04/14/2026) |
| 04/14/2026 | 618 | MOTION to Continue *CMO Deadlines and Trial* by James Koutoulas, LGBCoin, LTD. (Martell, Nicole) (Entered: 04/14/2026) |
| 04/15/2026 | 619 | **ENDORSED ORDER granting 618 Defendants' Motion to Extend Fifth Amended CMSO Deadlines and Trial Period due to Withdrawal of Counsel. The Court does not deem a response to the aforementioned 618 Motion to be necessary. Upon consideration of the circumstances, the Court finds good cause to extend the deadlines in the 568 Fifth Amended CMSO. Accordingly, an amended CMSO is forthcoming. However, requested dates are not guaranteed and are subject to the Court's trial schedule. Further, granting certain extensions may impact other relevant deadlines. Signed by Judge Paul G. Byron on 4/15/2026. (JRI)** (Entered: 04/15/2026) |
| 04/15/2026 | 620 | **6th AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: Pretrial statement due by 8/17/2026. All other motions due by 8/24/2026. Pretrial Conference set for 9/15/2026 at 03:00 PM in Orlando Courtroom 4 B before Judge Paul G. Byron. Jury Trial set for the trial term commencing on 10/5/2026** |

| | | at 09:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron. Signed by Judge Paul G. Byron on 4/15/2026. (KM) (Entered: 04/15/2026) |
|---|---|---|
| 04/16/2026 | 621 | **ORDER granting 608 Renewed Defendants' Third Motion to Withdraw. Nicole Martell, Esq., on behalf of Di Pietro Partners, is hereby terminated and withdrawn as counsel in this case. Attorney Martell shall immediately serve a copy of this Order upon Defendants, and on or before April 28, 2026, shall file a notice with the Court confirming that the Order was served upon Defendants and stating how the Order was served. Business entities cannot proceed in this Court without counsel. Defendant LGBCoin LTD shall have until May 14, 2026 to obtain new counsel, after which date, if no counsel has appeared, the undersigned will recommend that the Court enter default as to LGBCoin LTD. Signed by Magistrate Judge Daniel C. Irick on 4/16/2026. (TNP)** (Entered: 04/16/2026) |
| 04/23/2026 | 622 | NOTICE of compliance re 621 Order on Motion to Withdraw as Attorney by James Koutoulas (Martell, Nicole) (Entered: 04/23/2026) |
| 04/24/2026 | 623 | NOTICE of Appearance by James Koutoulas. (Koutoulas, James) (Entered: 04/24/2026) |
| 04/24/2026 | 624 | MOTION for Reconsideration re 531 Order on Motion for Summary Judgment by James Koutoulas. (Koutoulas, James) (Entered: 04/24/2026) |
| 04/27/2026 | 625 | **ORDER denying 582 Motion to Bifurcate. See Order for further details. Signed by Judge Paul G. Byron on 4/27/2026. (JRI)** (Entered: 04/27/2026) |
| 04/27/2026 | 626 | RESPONSE in Opposition re 614 MOTION for Sanctions filed by James Koutoulas. (Koutoulas, James) (Entered: 04/27/2026) |
| 04/28/2026 | 627 | **REPORT AND RECOMMENDATION re 560 Renewed Motion to Intervene and Notice of Objection to Class Certification. The undersigned respectfully RECOMMENDS that the Motion (Doc. 560) be DENIED. Signed by Magistrate Judge Daniel C. Irick on 4/28/2026. (TNP)** (Entered: 04/28/2026) |
| 05/08/2026 | 628 | RESPONSE in Opposition re 624 MOTION for Reconsideration re 531 Order on Motion for Summary Judgment filed by Sandra Bader, Eric De Ford, Shawn R. Key. (McCormack, Kevin) (Entered: 05/08/2026) |
| 05/11/2026 | 629 | MOTION for Leave to File a Reply to Defendant's Response to Plaintiff's Motion for Sanctions by All Plaintiffs. (McCormack, Kevin) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 05/11/2026) |
| 05/12/2026 | 630 | **ENDORSED ORDER granting 629 Plaintiffs' Motion for Leave to File a Reply to Defendant's Response to Plaintiffs' Motion for Sanctions. On or before May 19, 2026, Plaintiffs may file a reply in support of 614 Plaintiffs' Motion for Sanctions that shall not exceed 10 pages in length. Signed by Judge Paul G. Byron on 5/12/2026. (JRI)** (Entered: 05/12/2026) |
| 05/13/2026 | 632 | NOTICE of Appearance by Harry Winderman on behalf of LGBCoin, LTD (Winderman, Harry) (Entered: 05/13/2026) |
| 05/14/2026 | 634 | OBJECTION to 627 Report and Recommendations by Albert Sheeler. (MLB) (Entered: 05/15/2026) |
| 05/15/2026 | 633 | |

| | | |
|---|---|---|
| | | **\*\*VACATED per Order 640\*\* ORDER** adopting 627 Report and Recommendation; denying 560 Renewed Motion to Intervene and Notice of Objection to Class Certification. See Order for further details. Signed by Judge Paul G. Byron on 5/15/2026. (JRI) Modified on 5/22/2026 as to docket text (ARL). (Entered: 05/15/2026) |
| 05/15/2026 | 635 | REPLY to Response to Motion re 614 MOTION for Sanctions filed by Shawn R. Key. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(McCormack, Kevin) (Entered: 05/15/2026) |
| 05/18/2026 | 636 | MOTION for Leave to File Sur–Reply by James Koutoulas. (Koutoulas, James) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 05/18/2026) |
| 05/19/2026 | 637 | MOTION for Sanctions by James Koutoulas. (Attachments: # 1 Exhibit 4–27–2026 Rule 11 Letter)(Koutoulas, James) (Entered: 05/19/2026) |
| 05/20/2026 | 639 | RESPONSE in Opposition re 637 MOTION for Sanctions filed by Shawn R. Key. (McCormack, Kevin) (Entered: 05/20/2026) |
| 05/20/2026 | 641 | Limited RESPONSE of Non–Party re 637 MOTION for Sanctions filed by Albert Sheeler. (Attachments: # 1 Exhibit, # 2 Mailing Envelope)(MLB) (Entered: 05/22/2026) |
| 05/20/2026 | 642 | MOTION for Reconsideration re 640 Order, by Albert Sheeler. (Attachments: # 1 Mailing Envelope)(MLB) (Entered: 05/22/2026) |
| 05/21/2026 | 640 | **ORDER vacating 633 the Court's Order; overruling 634 non–party Albert Sheeler's Objections to Report and Recommendation; adopting 627 Report and Recommendation; denying 560 Renewed Motion to Intervene and Notice of Objection to Class Certification. See Order for further details. Signed by Judge Paul G. Byron on 5/21/2026. (JRI)** (Entered: 05/21/2026) |
| 05/25/2026 | 643 | MOTION for Leave to File Reply in Support of 637 Motion for Rule 11 Sanctions by James Koutoulas. (Koutoulas, James) Motions referred to Magistrate Judge Daniel C. Irick. Modified on 5/26/2026 to edit docket text. (WLB). (Entered: 05/25/2026) |
| 05/28/2026 | 644 | **ENDORSED ORDER finding as moot 642 Non–party Albert Sheeler's Motion for Reconsideration of Order Denying Renewed Motion to Intervene. In the aforementioned 642 Motion, Mr. Sheeler requests that the Court reconsider 633 the Court's Order because the Court did not address Mr. Sheeler's objections to the Magistrate Judge's 627 Report and Recommendation. However, in 640 the Court's Order, the Court considered and overruled 634 Mr. Sheeler's Objections. Signed by Judge Paul G. Byron on 5/28/2026. (JRI)** (Entered: 05/28/2026) |
| 05/29/2026 | 645 | **ENDORSED ORDER granting in part and denying in part 636 Motion for Leave to File Sur–reply. Defendant James Koutoulas may file a 10–page sur–reply re the 614 Motion for Sanctions by 6/12/2026. Signed by Magistrate Judge Daniel C. Irick on 5/29/2026. (Irick, Daniel)** (Entered: 05/29/2026) |
| 05/29/2026 | 646 | **ENDORSED ORDER granting 643 Motion for Leave to File Reply. Defendant James Koutoulas may file a seven–page reply re the 637 Motion for Sanctions by 6/5/2026. Signed by Magistrate Judge Daniel C. Irick on 5/29/2026. (Irick, Daniel)** (Entered: 05/29/2026) |
| 06/05/2026 | 648 | |

68

| | | |
|---|---|---|
| | | REPLY to Response to Motion re 637 MOTION for Sanctions filed by James Koutoulas. (Koutoulas, James) (Entered: 06/05/2026) |
| 06/08/2026 | 649 | NOTICE of supplemental authority by James Koutoulas. (Koutoulas, James) (Entered: 06/08/2026) |
| 06/12/2026 | 651 | REPLY to Response to Motion re 614 MOTION for Sanctions *Sur−reply* filed by James Koutoulas. (Attachments: # 1 Exhibit Responsive exhibit 1, # 2 Exhibit Responsive exhibit 2, # 3 Exhibit Ex A, # 4 Exhibit Ex B, # 5 Exhibit Ex C, # 6 Exhibit Ex D, # 7 Exhibit Ex E, # 8 Exhibit Ex F)(Koutoulas, James) (Entered: 06/12/2026) |
| 06/26/2026 | 652 | MOTION to Continue by James Koutoulas. (Koutoulas, James) (Entered: 06/26/2026) |
| 06/29/2026 | 653 | **ENDORSED ORDER denying 652 Defendant James L. Koutoulas' Motion to Continue Pretrial Deadlines, Final Pretrial Conference, and Trial Term. The Court does not normally change trial deadlines for pending motions absent good cause shown. Further, the Court will rule on 624 Defendant Koutoulas' Motion for Reconsideration on Motion for Summary Judgment in due course. Signed by Judge Paul G. Byron on 6/29/2026. (JRI)** (Entered: 06/29/2026) |
| 06/29/2026 | 654 | NOTICE OF INTERLOCUTORY APPEAL as to 644 ENDORSED ORDER finding as moot 642 Non−party Albert Sheeler's Motion for Reconsideration of Order Denying Renewed Motion to Intervene. Filing fee not paid. (MLB) (Entered: 07/01/2026) |
| 06/29/2026 | 655 | MOTION to Appeal In Forma Pauperis by Albert Sheeler. (MLB) (Entered: 07/01/2026) |
| 07/01/2026 | 656 | TRANSMITTAL of initial appeal package to the U.S. Court of Appeals − 11th Circuit re 654 Notice of Appeal − Interlocutory. In Forma Pauperis Motion filed. (MLB) (Entered: 07/01/2026) |
| 07/06/2026 | | ***11th Circuit Case Number: 26−12300 for 654 Notice of Appeal − Interlocutory filed by Albert Sheeler. (LJC) (Entered: 07/07/2026) |
| 07/13/2026 | 657 | RESPONSE in Opposition re 655 MOTION to Appeal In Forma Pauperis filed by Sandra Bader, Eric De Ford, Shawn R. Key. (Attachments: # 1 Exhibit A − Albert Sheeler Instagram Posts, # 2 Exhibit B − Albert Sheeler LinkedIn Profile, # 3 Exhibit C − Epique Realty Screenshot, # 4 Exhibit D − Sheeler Accredited Investor Sheet, # 5 Exhibit Declaration of Kevin McCormack)(McCormack, Kevin) (Entered: 07/13/2026) |
| 07/22/2026 | 658 | **ORDER re 539 Order to Show Cause, 562 Plaintiffs' Proposed Order of Contempt, & 574 Defendant Koutoulas' Response in Opposition. Within five (5) days of this Order, Defendant Koutoulas shall post, or cause to be posted, on LGBCoin Telegram and Discord Channels, the LGBCoin website, and the LGBCoin subreddit page the Notice Regarding Class Action as contained herein. Further, within twenty−one (21) days of this Order, the Plaintiffs may file an application for reasonable costs and attorney's fees accrued in responding to Defendants' violations of the 534 Court's Order and the 539 Order to Show Cause. Defendants may file a response in opposition within the timeframe permitted by the Local Rules of this Court, but argument shall be limited to the reasonableness (not entitlement to) of the costs and fees. See Order for further** |

| | | |
|---|---|---|
| | | **details. Signed by Judge Paul G. Byron on 7/22/2026. (JRI)** (Entered: 07/22/2026) |
| 07/23/2026 | 659 | NOTICE OF INTERLOCUTORY APPEAL as to 658 Order by James Koutoulas. Filing fee paid $605, receipt number AFLMDC–25300212. (Attachments: # 1 Exhibit Order 658)(Koutoulas, James) (Entered: 07/23/2026) |
| 07/23/2026 | 660 | **ENDORSED ORDER denying without prejudice 655 Motion to Proceed In Forma Pauperis on Appeal. The financial affidavit attached to the Motion is not signed under penalty of perjury as required. See Doc. 655 at 3. Signed by Magistrate Judge Daniel C. Irick on 7/23/2026. (Irick, Daniel)** (Entered: 07/23/2026) |
| 07/24/2026 | 661 | Emergency MOTION to Stay re 658 Order by James Koutoulas. (Koutoulas, James) (Entered: 07/24/2026) |
| 07/24/2026 | 662 | **ENDORSED ORDER denying 661 Defendant James Koutoulas' Emergency Motion to Stay the Compelled–Statement and Fee Provisions of the Court's Contempt Order Pending Appeal. The Court does not deem a response to the aforementioned 661 Motion to be necessary. Upon consideration of the circumstances, the Court does not find that irreparable harm will occur absent a stay of the instant matter. Accordingly, the Court does not find that a stay is warranted pending Defendant Koutoulas' appeal of 658 the Court's Order. See, e.g., Nken v. Holder, 556 U.S. 418, 433 ("'A stay is not a matter of right, even if irreparable injury might otherwise result.' It is instead 'an exercise of judicial discretion,' and '[t]he propriety of its issue is dependent upon the circumstances of the particular case.'" (citations omitted)); Clinton v. Jones, 520 U.S. 681, 706 (1997) (holding district courts have broad discretion to determine whether to stay proceedings before them). Signed by Judge Paul G. Byron on 7/24/2026. (JRI)** (Entered: 07/24/2026) |
| 07/24/2026 | 663 | Emergency APPLICATION for Stay of Execution by James Koutoulas. (Koutoulas, James) (Entered: 07/24/2026) |
| 07/24/2026 | 664 | Corrected Emergency MOTION for Extension of Time to File Compliance with the Deadline set by 658 Order (corrected refiling under correct event; supersedes 663) by James Koutoulas. (Koutoulas, James) Modified on 7/27/2026 to edit the docket text (MLB). (Entered: 07/24/2026) |
| 07/24/2026 | 665 | NOTICE by James Koutoulas re 663 Emergency APPLICATION for Stay of Execution *Corrected Motion and Request that 663 be Terminated as Superseded by 664* (Koutoulas, James) (Entered: 07/24/2026) |
| 07/27/2026 | 666 | **ENDORSED ORDER finding as moot 663 Defendant James Koutoulas' Emergency Motion to Extend the Compliance Deadline set by the Contempt Order. Defendant Koutoulas initially filed the aforementioned 663 Motion, and then subsequently, filed the 664 Corrected Emergency Motion to Extend the Compliance Deadline set by the Contempt Order. Accordingly, the Court adopts the subsequently filed 664 Motion as the operative motion seeking an extension of the deadline imposed by 658 the Court's Order. Signed by Judge Paul G. Byron on 7/27/2026. (JRI)** (Entered: 07/27/2026) |
| 07/27/2026 | 667 | **ENDORSED ORDER granting 664 Defendant James Koutoulas' Corrected Emergency Motion to Extend the Compliance Deadline Set by the Contempt Order. Upon consideration of the circumstances, the Court finds good cause to extend the deadline for compliance with 658 the Court's Order. Accordingly, on** |

| | | or before **August 4, 2026, Defendant Koutoulas shall post, or cause to be posted, on LGBCoin Telegram and Discord Channels, the LGBCoin website, and the LGBCoin subreddit page the Notice Regarding Class Action as set forth in <u>658</u> the Court's Order. No further extensions will be granted absent extraordinary cause. Signed by Judge Paul G. Byron on 7/27/2026. (JRI)** (Entered: 07/27/2026) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIC DE FORD, SANDRA
BADER and SHAWN R. KEY,

        **Plaintiffs,**

**v.**                           **CASE NO: 6:22-cv-652-PGB-DCI**

JAMES KOUTOULAS and
LGBCOIN, LTD,

        **Defendants.**
                            /

## ORDER

This cause is before the Court on its Order to Show Cause Why Defendant James Koutoulas ("**Defendant Koutoulas**" or "**Mr. Koutoulas**") should not be held in civil contempt. (Doc. 539 (the "**Order to Show Cause**")). The Court held an evidentiary hearing, at which Mr. Koutoulas testified. (*See* Docs. 540, 569). The parties have submitted competing proposed orders. (Docs. 562, 574) Upon consideration, Defendant Koutoulas is found to be in civil contempt.

## I.    BACKGROUND[1]

Plaintiffs Eric De Ford, Sandra Bader, and Shawn R. Key (collectively, the "**Plaintiffs**") initiated this class action against Defendants Koutoulas and

---

[1]    The Court has previously detailed the factual and procedural background of this case in several Orders. (*See, e.g.*, Docs. 229, 354, 388, 389, 455, 531, 565). Accordingly, for brevity, the Court will only outline the facts relevant to the Order to Show Cause and civil contempt hearing.

LGBCoin, LTD (collectively, the "**Defendants**") for conduct associated with the creation, marketing, and sale of LGBCoin. (*See generally* Doc. 245 (the "**Third Amended Complaint**")). In due course, the Court granted in part the Plaintiff's Motion for Approval of the Proposed Class Notice Plan (Doc. 534 (the "**Order**")) and ordered Mr. Koutoulas to post a link to the summary notice on the LGBCoin Telegram and Discord Channels. (*Id.* (granting in part and denying in part Doc. 460)). For the Summary Notice, the Court approved the following:[2]

> This Action was filed on April 1, 2022, and subsequently amended multiple times with the final amendment on April 14, 2023. This Action was brought by Plaintiffs Eric De Ford, Sandra Bader, and Shawn Key ("Plaintiffs") against James Koutoulas and LGBCoin, LTD (collectively, "Defendants"). The claims against all Defendants other than Mr. Koutoulas and LGBCoin, LTD have been dismissed.
>
> Plaintiffs allege that between November 2, 2021 and March 15, 2022 (the "Class Period"), Defendants violated the federal securities laws by engaging in the unlawful sale of unregistered securities in violation of Section 12(a)(1) of the Securities Act of 1933.
>
> Defendants deny these allegations against them. Defendants do not believe that LGBCoin constitutes a security, but instead, Defendants assert that LGBCoin is a meme coin dedicated to conservative advocacy. As such, Defendants contend they are not subject to any portion of the Securities Act of 1933.

(*Id.* at p. 10 (emphasis omitted)).

Instead of using the language ordered by the Court, Mr. Koutoulas posted the following modification:

---

[2] Additionally, the Court directed Mr. Koutoulas to "make no statement contrary to the provision of the Class Notice regarding this case or the subject matter thereof to any Class Member." (Doc. 460, pp. 11–12; Doc. 534, p. 12).

Hi guys, big legal update. We are still on track for our hearing January 28 on a new trial. We also have state court appeals ready if that fails, and are working on a class action complaint if that fails. Should be helped by discovery in the MJ case that their president and chairman routinely hate on conservatives.

Also, the Obama-appointed Honorable Judge Byron ignored the SEC's multiple statements to federal courts that they cant [sic] even allege LGBCoin is a security and is trying to make me bear the expense of standing trial. I have filed a motion to reconsider pointing out many of the errors in it which ChatGPT described as "flawed under at least 12 separate legal doctrines." He has also ordered I post this notice in here:

This Action was filed on April 1, 2022, and subsequently amended multiple times, with the final amendment on April 14, 2024. This Action was brought by Plaintiffs Eric De Ford, Sandra Bader, and Shawn Key ("Plaintiffs") against James Koutoulas and LGBCoin, LTD (collectively, "Defendants"). The claims against all Defendants other than Mr. Koutoulas and LGBCoin, LTD have been dismissed.

Plaintiffs allege that between November 2, 2021 and March 15, 2022 (the "Class Period"), Defendants violated the federal securities laws by engaging in the unlawful sale of unregistered securities in violation of Section 12(a)(1) of the Securities Act of 1933.

Defendants deny these allegations against them. Defendants do not believe that LGBCoin constitutes a security, but instead, Defendants assert that LGBCoin is a meme coin dedicated to conservative advocacy. As such, Defendants contend they are not subject to any portion of the Securities Act of 1933.

As of now, the Plaintiffs lawyers have not added instructions on how to opt out or object if you are so inclined to do so, here are instructions: Important: The LGBCoin class action site does not have an opt-out form, but you can still opt out. To exclude yourself, submit a written, signed request stating "I request to be excluded (opt out) from the LGBCoin class action, De Ford v. Koutoulas, Case No. 6:22-cv-652 (M.D. Fla.)," including your name, address, email/phone, and date, before the opt-out deadline, either by filing with the Court via the Middle District of Florida web filing portal (https://apps.flmd.uscourts.gov/cmecf/filings_form.cfm) and/or by sending it to Plaintiffs' counsel (aaron@ziglerlawgroup.com) and the claims agent

3

(info@lgbcoincryptoaction.com) (best practice: also copy
Defense counsel at james@koutoulaslaw.com). If you want to
stay in the class but object, send a written, signed objection
explaining what you oppose and why, with the case info, to the
Court, Plaintiffs' counsel, Defense counsel, and the claims
agent by the objection deadline. If you do nothing, you stay in
the class and are bound by the result. Here is his order on
summary judgment and my motion to reconsider which
explain how egregiously he has erred in his application of the
law[.]

(Doc. 539, pp. 3–4 (emphasis omitted); *see also* Doc. 538-3; Doc. 538, pp. 5–7).[3]

The Plaintiffs also brought to the Court's attention that the Defendants did

not provide the Notice Administrator, Angeion, with the names, addresses, and

email addresses of potential Class Members and failed to post the Notice to the

LetsGoBrandon.com website. (Doc. 539, p. 2 (quoting Doc. 538, pp. 2–3)).

## II.    LEGAL STANDARD

District courts have inherent power to enforce compliance with their orders

through civil contempt. *E.g. Roadway Express, Inc. v. Piper*, 447 U.S. 752, 764–

65 (1980); *FTC v. RCA Credit Servs., LLC*, No. 8:08-cv-2062-T-27MAP, 2011 WL

5924969, at *1 (M.D. Fla. Oct. 5, 2011); *FTC v. Slimamerica*, No. 97-CIV-06072,

2011 WL 882109, at *3 (S.D. Fla. Mar. 9, 2011); *SEC v. Solow*, 682 F. Supp. 2d

1312, 1324 (S.D. Fla.), *aff'd* 396 F. App'x 635 (11th Cir. 2010).[4] "A finding of civil

---

3   On January 12, 2026, Defendants submitted evidence of their class notice post on the
    LGBCoin Discord Channel. (Doc. 548-1). Defendants' submission revealed that Mr.
    Koutoulas' post on the LGBCoin Discord Channel was identical to his post on the LGBCoin
    Telegram channel, both of which modified the Court-Approved Notice and deviated from the
    Order by adding the same preamble and postscript to the Court-Approved Notice. (*Id.* at p. 1;
    Doc. 539, pp. 3–4).

4   "Unpublished opinions are not controlling authority and are persuasive only insofar as their
    legal analysis warrants." *Bonilla v. Baker Concrete Const., Inc.*, 487 F.3d 1340, 1345 (11th Cir.
    2007).

4

contempt must be supported by clear and convincing evidence that 'the allegedly violated order was valid and lawful; . . . the order was clear and unambiguous; and the . . . alleged violator had the ability to comply with the order.'" *FTC v. Leshin*, 618 F.3d 1221, 1232 (11th Cir. 2010) (citation omitted).

A finding of civil contempt is warranted when supported by clear and convincing proof "that 1) the allegedly violated order was valid and lawful; 2) the order was clear, definite and unambiguous; and 3) the alleged violator had the ability to comply with the order.'" *McGregor v. Chierico*, 206 F.3d 1378, 1383 (11th Cir. 2000) (citation omitted). The evidence must also clearly and convincingly establish that the order was violated. *FTC v. Garden of Life, Inc.*, 845 F. Supp. 2d 1328, 1331 (S.D. Fla. 2012); *Ameriprise Fin. Servs., Inc. v. Lawton*, No. 2:11-cv-573-FtM-29SPC, 2011 WL 6412424, at * 1 (M.D. Fla. Dec. 21, 2011); *see also FTC v. Lane Labs-USA, Inc.*, 624 F.3d 575, 582 (3d Cir. 2010); *Solow*, 682 F. Supp. 2d at 1325; *Slimamerica*, 2011 WL 882109, at *3; *RCA Credit Servs., LLC*, 2011 WL 5924969, at *1. The absence of willfulness is not a defense to a charge of civil contempt. *Leshin*, 618 F.3d at 1232. "[S]ubstantial, diligent, or good faith efforts are not enough; the only issue is compliance." *Id.* "'[I]n a civil contempt proceeding the question is not one of intent but whether the alleged contemnors have complied with the court's order.'" *Id.* at 1233 (citation omitted).

## III.   DISCUSSION

Mr. Koutoulas testified at the show cause hearing and admitted he was aware of the Order that set forth the Notice he was required to publish. (Doc. 569,

5

17:4–12). He conceded that the Order was lawful. (*Id.* 17:13–22). And he did not claim to lack the ability to comply. Rather, Mr. Koutoulas argued that the Order directing him to post the Notice did not direct him to refrain from commentary. (*Id.* 18:3–9, 21:6–9). The Court asked Mr. Koutoulas if he understood that the Order approving the class notification directed him to file the class notification "full stop." (*Id.* 28:17–19). He responded that he understood he was required to "paste the [O]rder word for word," but argues that he did not know he was precluded from being "able to speak on it and give [his] opinion." (*Id.* 28:20–23).

The Court does not find Mr. Koutoulas' testimony to be credible. Mr. Koutoulas modified the Court's notice to suggest to class members that the lawsuit lacks merit, to suggest that the Court is not impartial, and to convince class members to opt out. Mr. Koutoulas is not a novice to class action litigation. He knew the Court had ordered him to post the Notice verbatim, but he added language intended to render it meaningless. Not only did Mr. Koutoulas violate a clear and unambiguous order, but he also ran afoul of several ethical constraints. *See Kleiner v. First Nat. Bank of Atlanta*, 751 F.2d 1193, 1201 (11th Cir. 1985) (finding that a defendant violated Model Rules 4.2 and 8.4 of the A.B.A. Model Rules of Professional Conduct by running a campaign to solicit opt-outs from class members, and recognizing power to sanction both counsel and client for such conduct under Federal Rule of Civil Procedure 23 and the court's inherent power); 3 Newberg and Rubenstein on Class Actions § 9:9 (6th ed.) (recognizing the ethical

6

issue because "absent class members are therefore 'represented parties,' and ethics rules prohibit opposing counsel from contacting them directly").

The Court finds that Mr. Koutoulas violated the Court's Order in the following ways:

1.  Posting the Notice to the Discord and Telegram channels and intentionally deviating from the Order to disparage the Court, undermine the legitimacy of the Plaintiff's case, and to encourage Class Members to opt out;

2.  Failing to provide a true and accurate copy of "all commentary offered by Defendant Koutoulas" in connection with his class notice post to the LGBCoin Discord Channel, as directed by the Court in its Order to Show Cause (*See* Doc. 539, p. 7); and

3.  Failing to provide Angeion the names, addresses, and email addresses of potential Class Members.[5]

## IV.   CONCLUSION

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Within five (5) days of this Order, Defendant Koutoulas shall post, or cause to be posted, on LGBCoin Telegram and Discord Channels, the LGBCoin website, and the LGBCoin subreddit page the following:

    **NOTICE REGARDING CLASS ACTION:**

    I previously posted commentary alongside the Court-approved class action notice that included improper

---

[5]   Mr. Koutoulas has not contested the last two items.

7

commentary on the impartiality of the Judge presiding over this case and the merits of the case. I am a named defendant in this case. As such, I have a direct financial interest in its outcome, and I do not represent the interests of the class members.

If you purchased LGBCoin during the class period, you may have rights in this case, including the right to remain in the class, object, or request exclusion. Instructions explaining these options are contained in the Long Form Notice available at LGBCoinCryptoAction.com, including in the FAQ section.

Due to my financial interest in this case, I cannot advise you on how to proceed. To the extent that you viewed my earlier post as providing legal advice, including as to the merits of the lawsuit, you should disregard my statements. I should not have made those earlier statements, and you should not rely upon them in deciding how to proceed.

I regret my prior comments and apologize for them. I respect the Court and the judicial process. All questions about the Class Notice or other related matters should be sent to either the Notice Administrator: Angeion at info@LGBCoinCryptoAction.com or the Court-Appointed Class Counsel: Aaron Zigler at aaron@ziglerlawgroup.com.

The Court-Authorized Notice is reproduced below:

This Action was filed on April 1, 2022, and subsequently amended multiple times, with the final amendment on April 14, 2023. This Action was brought by Plaintiffs Eric De Ford, Sandra Bader, and Shawn Key ("Plaintiffs") against James Koutoulas and LGBCoin, LTD (collectively, "Defendants"). The claims against all Defendants other than Mr. Koutoulas and LGBCoin, LTD have been dismissed.

Plaintiffs allege that between November 2, 2021 and March 15, 2022 (the "Class Period"), Defendants violated the federal securities laws by engaging in the unlawful sale of unregistered securities in violation of Section 12(a)(1) of the Securities Act of 1933.

Defendants deny these allegations against them. Defendants do not believe that LGBCoin constitutes a security, but instead, Defendants assert that LGBCoin is a meme coin dedicated to conservative advocacy. As such, Defendants contend they are not subject to any portion of the Securities Act of 1933.

8

2.    Within twenty-one (21) days of this Order, the Plaintiffs may file an application for reasonable costs and attorney's fees accrued in responding to Defendants' violations of the Order (Doc. 534) and the Order to Show Cause (Doc. 539). Defendants may file a response in opposition within the timeframe permitted by the Local Rules of this Court, but argument shall be limited to the reasonableness (not entitlement to) of the costs and fees.

**DONE AND ORDERED** in Orlando, Florida on July 23, 2026.


PAUL G. BYRON
UNITED STATES DISTRICT JUDGE


Copies furnished to:

Counsel of Record
Unrepresented Parties

9

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| ERIC DE FORD, SANDRA BADER, and SHAWN R. KEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES KOUTOULAS and LGBCOIN, LTD,<br><br>Defendants. | Case No. 6:22-cv-652-PGB-DCI<br><br>CLASS ACTION |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendant James Koutoulas hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's Order entered July 22, 2026 (<u>Doc. 658</u>), holding Defendant in civil contempt and ordering, among other things, that Defendant publish a Court-authored statement within five days and permitting Plaintiffs to seek costs and attorney's fees. The appeal is taken from the Order in its entirety and specifically from its compelled-statement and sanction provisions.

1

81

This Court has jurisdiction over the appeal, and the Order is immediately appealable, under 28 U.S.C. § 1292(a)(1) as an order granting an injunction, and independently because the punitive contempt sanction imposed is final and appealable in the nature of criminal contempt.

Dated: July 23, 2026

Respectfully submitted,

/s/ James L. Koutoulas
James L. Koutoulas, Esq.
*Pro se*
10 N. Dearborn St., Suite 400
Chicago, IL 60602
james@koutoulaslaw.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2026, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will serve all

counsel of record.

/s/ James L. Koutoulas

3

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ERIC DE FORD, SANDRA BADER and SHAWN R. KEY,**

**Plaintiffs,**

**v.**                                              **CASE NO: 6:22-cv-652-PGB-DCI**

**JAMES KOUTOULAS and LGBCOIN, LTD,**

**Defendants.**

_____/

## ORDER

This cause is before the Court on its Order to Show Cause Why Defendant James Koutoulas ("**Defendant Koutoulas**" or "**Mr. Koutoulas**") should not be held in civil contempt. (Doc. 539 (the "**Order to Show Cause**")). The Court held an evidentiary hearing, at which Mr. Koutoulas testified. (*See* Docs. 540, 569). The parties have submitted competing proposed orders. (Docs. 562, 574) Upon consideration, Defendant Koutoulas is found to be in civil contempt.

## I.    BACKGROUND[1]

Plaintiffs Eric De Ford, Sandra Bader, and Shawn R. Key (collectively, the "**Plaintiffs**") initiated this class action against Defendants Koutoulas and

---

[1]    The Court has previously detailed the factual and procedural background of this case in several Orders. (*See, e.g.*, Docs. 229, 354, 388, 389, 455, 531, 565). Accordingly, for brevity, the Court will only outline the facts relevant to the Order to Show Cause and civil contempt hearing.

84

LGBCoin, LTD (collectively, the "**Defendants**") for conduct associated with the creation, marketing, and sale of LGBCoin. (*See generally* Doc. 245 (the "**Third Amended Complaint**")). In due course, the Court granted in part the Plaintiff's Motion for Approval of the Proposed Class Notice Plan (Doc. 534 (the "**Order**")) and ordered Mr. Koutoulas to post a link to the summary notice on the LGBCoin Telegram and Discord Channels. (*Id.* (granting in part and denying in part Doc. 460)). For the Summary Notice, the Court approved the following:[2]

> This Action was filed on April 1, 2022, and subsequently amended multiple times with the final amendment on April 14, 2023. This Action was brought by Plaintiffs Eric De Ford, Sandra Bader, and Shawn Key ("Plaintiffs") against James Koutoulas and LGBCoin, LTD (collectively, "Defendants"). The claims against all Defendants other than Mr. Koutoulas and LGBCoin, LTD have been dismissed.
>
> Plaintiffs allege that between November 2, 2021 and March 15, 2022 (the "Class Period"), Defendants violated the federal securities laws by engaging in the unlawful sale of unregistered securities in violation of Section 12(a)(1) of the Securities Act of 1933.
>
> Defendants deny these allegations against them. Defendants do not believe that LGBCoin constitutes a security, but instead, Defendants assert that LGBCoin is a meme coin dedicated to conservative advocacy. As such, Defendants contend they are not subject to any portion of the Securities Act of 1933.

(*Id.* at p. 10 (emphasis omitted)).

Instead of using the language ordered by the Court, Mr. Koutoulas posted the following modification:

---

[2] Additionally, the Court directed Mr. Koutoulas to "make no statement contrary to the provision of the Class Notice regarding this case or the subject matter thereof to any Class Member." (Doc. 460, pp. 11–12; Doc. 534, p. 12).

2

Hi guys, big legal update. We are still on track for our hearing January 28 on a new trial. We also have state court appeals ready if that fails, and are working on a class action complaint if that fails. Should be helped by discovery in the MJ case that their president and chairman routinely hate on conservatives.

Also, the Obama-appointed Honorable Judge Byron ignored the SEC's multiple statements to federal courts that they cant [sic] even allege LGBCoin is a security and is trying to make me bear the expense of standing trial. I have filed a motion to reconsider pointing out many of the errors in it which ChatGPT described as "flawed under at least 12 separate legal doctrines." He has also ordered I post this notice in here:

This Action was filed on April 1, 2022, and subsequently amended multiple times, with the final amendment on April 14, 2024. This Action was brought by Plaintiffs Eric De Ford, Sandra Bader, and Shawn Key ("Plaintiffs") against James Koutoulas and LGBCoin, LTD (collectively, "Defendants"). The claims against all Defendants other than Mr. Koutoulas and LGBCoin, LTD have been dismissed.

Plaintiffs allege that between November 2, 2021 and March 15, 2022 (the "Class Period"), Defendants violated the federal securities laws by engaging in the unlawful sale of unregistered securities in violation of Section 12(a)(1) of the Securities Act of 1933.

Defendants deny these allegations against them. Defendants do not believe that LGBCoin constitutes a security, but instead, Defendants assert that LGBCoin is a meme coin dedicated to conservative advocacy. As such, Defendants contend they are not subject to any portion of the Securities Act of 1933.

As of now, the Plaintiffs lawyers have not added instructions on how to opt out or object if you are so inclined to do so, here are instructions: Important: The LGBCoin class action site does not have an opt-out form, but you can still opt out. To exclude yourself, submit a written, signed request stating "I request to be excluded (opt out) from the LGBCoin class action, De Ford v. Koutoulas, Case No. 6:22-cv-652 (M.D. Fla.)," including your name, address, email/phone, and date, before the opt-out deadline, either by filing with the Court via the Middle District of Florida web filing portal (https://apps.flmd.uscourts.gov/cmecf/filings_form.cfm) and/or by sending it to Plaintiffs' counsel (aaron@ziglerlawgroup.com) and the claims agent

3

> (info@lgbcoincryptoaction.com) (best practice: also copy Defense counsel at james@koutoulaslaw.com). If you want to stay in the class but object, send a written, signed objection explaining what you oppose and why, with the case info, to the Court, Plaintiffs' counsel, Defense counsel, and the claims agent by the objection deadline. If you do nothing, you stay in the class and are bound by the result. Here is his order on summary judgment and my motion to reconsider which explain how egregiously he has erred in his application of the law[.]

(Doc. 539, pp. 3–4 (emphasis omitted); *see also* Doc. 538-3; Doc. 538, pp. 5–7).[3]

The Plaintiffs also brought to the Court's attention that the Defendants did not provide the Notice Administrator, Angeion, with the names, addresses, and email addresses of potential Class Members and failed to post the Notice to the LetsGoBrandon.com website. (Doc. 539, p. 2 (quoting Doc. 538, pp. 2–3)).

## II.   LEGAL STANDARD

District courts have inherent power to enforce compliance with their orders through civil contempt. *E.g. Roadway Express, Inc. v. Piper*, 447 U.S. 752, 764–65 (1980); *FTC v. RCA Credit Servs., LLC*, No. 8:08-cv-2062-T-27MAP, 2011 WL 5924969, at *1 (M.D. Fla. Oct. 5, 2011); *FTC v. Slimamerica*, No. 97-CIV-06072, 2011 WL 882109, at *3 (S.D. Fla. Mar. 9, 2011); *SEC v. Solow*, 682 F. Supp. 2d 1312, 1324 (S.D. Fla.), *aff'd* 396 F. App'x 635 (11th Cir. 2010).[4] "A finding of civil

---

3   On January 12, 2026, Defendants submitted evidence of their class notice post on the LGBCoin Discord Channel. (Doc. 548-1). Defendants' submission revealed that Mr. Koutoulas' post on the LGBCoin Discord Channel was identical to his post on the LGBCoin Telegram channel, both of which modified the Court-Approved Notice and deviated from the Order by adding the same preamble and postscript to the Court-Approved Notice. (*Id.* at p. 1; Doc. 539, pp. 3–4).

4   "Unpublished opinions are not controlling authority and are persuasive only insofar as their legal analysis warrants." *Bonilla v. Baker Concrete Const., Inc.*, 487 F.3d 1340, 1345 (11th Cir. 2007).

contempt must be supported by clear and convincing evidence that 'the allegedly violated order was valid and lawful; . . . the order was clear and unambiguous; and the . . . alleged violator had the ability to comply with the order.'" *FTC v. Leshin*, 618 F.3d 1221, 1232 (11th Cir. 2010) (citation omitted).

A finding of civil contempt is warranted when supported by clear and convincing proof "that 1) the allegedly violated order was valid and lawful; 2) the order was clear, definite and unambiguous; and 3) the alleged violator had the ability to comply with the order.'" *McGregor v. Chierico*, 206 F.3d 1378, 1383 (11th Cir. 2000) (citation omitted). The evidence must also clearly and convincingly establish that the order was violated. *FTC v. Garden of Life, Inc.*, 845 F. Supp. 2d 1328, 1331 (S.D. Fla. 2012); *Ameriprise Fin. Servs., Inc. v. Lawton*, No. 2:11-cv-573-FtM-29SPC, 2011 WL 6412424, at * 1 (M.D. Fla. Dec. 21, 2011); *see also FTC v. Lane Labs-USA, Inc.*, 624 F.3d 575, 582 (3d Cir. 2010); *Solow*, 682 F. Supp. 2d at 1325; *Slimamerica*, 2011 WL 882109, at *3; *RCA Credit Servs., LLC*, 2011 WL 5924969, at *1. The absence of willfulness is not a defense to a charge of civil contempt. *Leshin*, 618 F.3d at 1232. "[S]ubstantial, diligent, or good faith efforts are not enough; the only issue is compliance." *Id.* "'[I]n a civil contempt proceeding the question is not one of intent but whether the alleged contemnors have complied with the court's order.'" *Id.* at 1233 (citation omitted).

## III. DISCUSSION

Mr. Koutoulas testified at the show cause hearing and admitted he was aware of the Order that set forth the Notice he was required to publish. (Doc. 569,

5

17:4–12). He conceded that the Order was lawful. (*Id.* 17:13–22). And he did not claim to lack the ability to comply. Rather, Mr. Koutoulas argued that the Order directing him to post the Notice did not direct him to refrain from commentary. (*Id.* 18:3–9, 21:6–9). The Court asked Mr. Koutoulas if he understood that the Order approving the class notification directed him to file the class notification "full stop." (*Id.* 28:17–19). He responded that he understood he was required to "paste the [O]rder word for word," but argues that he did not know he was precluded from being "able to speak on it and give [his] opinion." (*Id.* 28:20–23).

The Court does not find Mr. Koutoulas' testimony to be credible. Mr. Koutoulas modified the Court's notice to suggest to class members that the lawsuit lacks merit, to suggest that the Court is not impartial, and to convince class members to opt out. Mr. Koutoulas is not a novice to class action litigation. He knew the Court had ordered him to post the Notice verbatim, but he added language intended to render it meaningless. Not only did Mr. Koutoulas violate a clear and unambiguous order, but he also ran afoul of several ethical constraints. *See Kleiner v. First Nat. Bank of Atlanta*, 751 F.2d 1193, 1201 (11th Cir. 1985) (finding that a defendant violated Model Rules 4.2 and 8.4 of the A.B.A. Model Rules of Professional Conduct by running a campaign to solicit opt-outs from class members, and recognizing power to sanction both counsel and client for such conduct under Federal Rule of Civil Procedure 23 and the court's inherent power); 3 Newberg and Rubenstein on Class Actions § 9:9 (6th ed.) (recognizing the ethical

6

issue because "absent class members are therefore 'represented parties,' and ethics rules prohibit opposing counsel from contacting them directly").

The Court finds that Mr. Koutoulas violated the Court's Order in the following ways:

1. Posting the Notice to the Discord and Telegram channels and intentionally deviating from the Order to disparage the Court, undermine the legitimacy of the Plaintiff's case, and to encourage Class Members to opt out;

2. Failing to provide a true and accurate copy of "all commentary offered by Defendant Koutoulas" in connection with his class notice post to the LGBCoin Discord Channel, as directed by the Court in its Order to Show Cause (*See* Doc. 539, p. 7); and

3. Failing to provide Angeion the names, addresses, and email addresses of potential Class Members.[5]

## IV. CONCLUSION

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Within five (5) days of this Order, Defendant Koutoulas shall post, or cause to be posted, on LGBCoin Telegram and Discord Channels, the LGBCoin website, and the LGBCoin subreddit page the following:

   **NOTICE REGARDING CLASS ACTION:**

   I previously posted commentary alongside the Court-approved class action notice that included improper

---

[5] Mr. Koutoulas has not contested the last two items.

7

commentary on the impartiality of the Judge presiding over this case and the merits of the case. I am a named defendant in this case. As such, I have a direct financial interest in its outcome, and I do not represent the interests of the class members.

If you purchased LGBCoin during the class period, you may have rights in this case, including the right to remain in the class, object, or request exclusion. Instructions explaining these options are contained in the Long Form Notice available at LGBCoinCryptoAction.com, including in the FAQ section.

Due to my financial interest in this case, I cannot advise you on how to proceed. To the extent that you viewed my earlier post as providing legal advice, including as to the merits of the lawsuit, you should disregard my statements. I should not have made those earlier statements, and you should not rely upon them in deciding how to proceed.

I regret my prior comments and apologize for them. I respect the Court and the judicial process. All questions about the Class Notice or other related matters should be sent to either the Notice Administrator: Angeion at info@LGBCoinCryptoAction.com or the Court-Appointed Class Counsel: Aaron Zigler at aaron@ziglerlawgroup.com.

The Court-Authorized Notice is reproduced below:

This Action was filed on April 1, 2022, and subsequently amended multiple times, with the final amendment on April 14, 2023. This Action was brought by Plaintiffs Eric De Ford, Sandra Bader, and Shawn Key ("Plaintiffs") against James Koutoulas and LGBCoin, LTD (collectively, "Defendants"). The claims against all Defendants other than Mr. Koutoulas and LGBCoin, LTD have been dismissed.

Plaintiffs allege that between November 2, 2021 and March 15, 2022 (the "Class Period"), Defendants violated the federal securities laws by engaging in the unlawful sale of unregistered securities in violation of Section 12(a)(1) of the Securities Act of 1933.

Defendants deny these allegations against them. Defendants do not believe that LGBCoin constitutes a security, but instead, Defendants assert that LGBCoin is a meme coin dedicated to conservative advocacy. As such, Defendants contend they are not subject to any portion of the Securities Act of 1933.

8

2. Within twenty-one (21) days of this Order, the Plaintiffs may file an application for reasonable costs and attorney's fees accrued in responding to Defendants' violations of the Order (Doc. 534) and the Order to Show Cause (Doc. 539). Defendants may file a response in opposition within the timeframe permitted by the Local Rules of this Court, but argument shall be limited to the reasonableness (not entitlement to) of the costs and fees.

**DONE AND ORDERED** in Orlando, Florida on July 23, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

9