# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# ORLANDO DIVISION

**ERIC DE FORD, et al.,**

Plaintiffs,

v.

**Case No. 6:22-cv-652-PGB-DCI**

**JAMES KOUTOULAS, et al.,**

Defendants.

# AMENDED MOTION TO PROCEED IN FORMA

# PAUPERIS ON APPEAL

Albert Sheeler respectfully moves for leave to proceed in forma pauperis on appeal pursuant to

28 U.S.C. § 1915 and Federal Rule of Appellate Procedure 24, and states as follows:

1.  Appellant has filed a Notice of Appeal seeking review of the Court's Order entered on

    May 28, 2026, denying his Renewed Motion to Intervene.

2.  Appellant is unable to pay the appellate filing fees and costs without substantial financial hardship, as reflected in the accompanying amended financial affidavit executed under penalty of perjury. A litigant need not be absolutely destitute to proceed in forma pauperis; the question is whether paying the fee would deprive him of the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948).

3.  The underlying litigation has imposed significant financial burdens upon Appellant and has coincided with substantial losses of personal resources and income. As a result, Appellant does not have sufficient available funds to pay the appellate filing fees while meeting ordinary living expenses and financial obligations. In evaluating an IFP request, the Court examines the affidavit of poverty and the applicant's current economic circumstances. *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307-08 (11th Cir. 2004).

4.  Appellant's current banking condition further reflects present financial distress. A true and correct copy of a Citizens Bank notice dated July 14, 2026 is attached as **Exhibit A**. That notice reflects a negative checking account balance of $9,473.90, states that the account had been overdrawn for 46 days, and warns of possible charge-off after 60 days. Appellant submits this information as additional support for his inability to prepay appellate fees.

5.  Appellant intends to present on appeal non-frivolous issues including whether the denial of intervention was proper under Federal Rule of Civil Procedure 24, whether adequacy-of-representation concerns under Federal Rule of Civil Procedure 23 warranted different treatment of Appellant's renewed motion, and whether related procedural rulings were erroneous.

6. Appellant believes this appeal is taken in good faith and presents non-frivolous issues concerning intervention under Federal Rule of Civil Procedure 24, adequacy of representation under Federal Rule of Civil Procedure 23, and related procedural matters. An appeal is taken in good faith when it seeks review of any issue that is not frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

7. This Amended Motion is submitted in direct response to the Court's endorsed order denying the prior motion without prejudice solely because the financial affidavit attached to the prior motion was not signed under penalty of perjury. The present filing does not seek reconsideration of that order or raise a new motion on different grounds; it corrects the technical defect identified by the Court and renews the request with a properly executed affidavit. Because a disposition without prejudice does not bar a corrected refiling and does not operate as an adjudication on the merits, this corrected refiling is procedurally proper. See *Semtek Int'l Inc. v. Lockheed Martin Corp.*, 531 U.S. 497, 505-06 (2001) (explaining the effect of dismissals and that dismissal without prejudice does not bar refiling of the same claim in the same court).

8. Appellant now cures the defect identified in the Court's endorsed order by submitting a corrected financial affidavit executed under penalty of perjury and respectfully renews the request to proceed in forma pauperis on appeal.

9. WHEREFORE, Appellant respectfully requests leave to proceed in forma pauperis on appeal and such other and further relief as the Court deems just and proper.

Dated: July _, 2026       24 July 2026

Respectfully submitted,

_____

Albert Sheeler

Proposed Intervenor / Appellant, Pro Se

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| Eric De Ford, Sandra Bader, Shawn R Key | ) | |
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No.  6:22 cv 652 PGB DCI |
| James Koutoulas, LGBCoin, LTD | ) | |
| *Defendant/Respondent* | ) | |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Long Form)**

---

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed:

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

24 July 2026

Date:  _____

---

1.      For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ | $ | $ |
| Self-employment | $ 2,500.00 | $ | $ 2,500.00 | $ |
| Income from real property *(such as rental income)* | $ 0.00 | $ | $ | $ |
| Interest and dividends | $ 0.00 | $ | $ | $ |
| Gifts | $ 0.00 | $ | $ | $ |
| Alimony | $ 0.00 | $ | $ | $ |
| Child support | $ 0.00 | $ | $ | $ |

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ | $ | $ |
| Unemployment payments | $ 0.00 | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ 0.00 | $ | $ | $ |
| Other *(specify)*: | $ 0.00 | $ | $ | $ |
| Total monthly income: | $ 2,500.00 | $ 0.00 | $ 2,500.00 | $ 0.00 |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Self employed | 14 boxwood street east Hampton NY | | $ 2,500.00 |
| | | | $ |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Citizens Bank | checking | $ 0.00 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.     List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
| --- | --- |
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ |
|     Make and year: | |
|     Model: | |
|     Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
|     Make and year: | |
|     Model: | |
|     Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.     State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
| --- | --- | --- |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.     State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
| --- | --- | --- |
| | | |
| | | |
| | | |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br>     Are real estate taxes included?  ☐ Yes  ☑ No <br>     Is property insurance included?  ☐ Yes  ☑ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ 1,000.00 | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ 500.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|       Homeowner's or renter's: | $ | $ |
|       Life: | $ | $ |
|       Health: | $ | $ |
|       Motor vehicle: | $ | $ |
|       Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
|       Motor vehicle: | $ | $ |
|       Credit card *(name)*: | $ 700.00 | $ |
|       Department store *(name)*: | $ | $ |
|       Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $              500.00 | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $           2,700.00 | $                 0.00 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes    ☑ No        If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ☑ Yes  ☐ No

    If yes, how much?  $ _____ 500.00 _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    I am currently unable to pay the filling fees associated with this appeal without substantial financial hardship. This underlying litigation has imposed significant damages + financial burdens upon me and has coincided with substantial losses of personal resources and income. As a result, I do not have sufficient available funds to pay the appellate filling fees while meeting my ordinary living expenses and financial obligations.

12. Identify the city and state of your legal residence.
    East Hampton, NY

    Your daytime phone number: _____ (551) 267 3463 _____

    Your age: __ 345 __   Your years of schooling: _____ 0 _____

    Last four digits of your social-security number: _____ 4370 _____

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _ day of July, 2026, I caused a true and correct copy of the foregoing Amended Motion to Proceed In Forma Pauperis on Appeal, together with the corrected financial affidavit and supporting attachments, including Exhibit A, to be served upon all counsel of record by electronic mail, and transmitted the original to the Clerk of the United States District Court for the Middle District of Florida for filing.

Albert Sheeler

Proposed Intervenor / Appellant, Pro Se