# Exhibit A

## An urgent message from Citizens

From: Citizens Servicing Alerts noreply@paymentalertsemail.citizensbank.com

To: ASHEELER@LIVE.COM

Date: Tue, 14 Jul 2026, 12:53 PM



**Dear Albert Sheeler,**

Our records show that **your Citizens Checking account ending in 2581 has been overdrawn for 46 days.** Please note that accounts overdrawn for more than 60 days are subject to charge off and negative reporting to a nationwide specialty consumer reporting agency which compiles bank account closure information.

Your total amount due is $9473.90.

**If you have encountered financial hardship or have questions about potential charge off, please contact us.** Select from the options below to make a payment or to have us call you.

| PAY NOW | PAY IN 5 DAYS | CALL ME |
|---------|---------------|---------|

If you have already made a deposit in the past 3 days, please click here to confirm.

Sincerely,
Citizens