ORIGIN ID:SCFA     (417) 591-9211
ALBERT SHEELER

14 BOXWOOD STREET

EAST HAMPTON, NY 11937
UNITED STATES US

SHIP DATE: 24JUL26
ACTWGT: 0.10 LB
CAD: 265453633/FAPI2208

BILL SENDER

TO  GEORGE C. YOUNG FEDERAL ANNEX COURT

**401 WEST CENTRAL BOULEVARD**

**ORLANDO FL 32801**
(417) 591-9211          REF: 1
INV: 14504723
PO:                          DEPT:





FedEx
Express





EXTREM

TUE - 28 JUL 5:00P

** 2DAY **

TRK# 0201    8748 4878 4285

DSR

32801

SA ORLA

FL-US    MCO

4504723
00001

401 W CENTRAL BLVD
ORLANDO FL

553-1076

32801-0401-99    E

ETP: 2    SP:PD:100:Y
10019086236400032801009748487842B6

EXTREMELY URGENT

EXTREMELY URGENT

RY

Delivered by **FedEx** ®

URGENT DELIV