# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# ORLANDO DIVISION

ERIC DE FORD, et al.,

Plaintiffs,

v.

Case No. 6:22-cv-652-PGB-DCI

JAMES KOUTOULAS, et al.,

Defendants.

# INTERVENOR-APPELLANT ALBERT SHEELER'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO PROCEED IN FORMA PAUPERIS

Intervenor-Appellant Albert Sheeler ("Intervenor-Appellant"), appearing pro se, respectfully moves this Court for leave to file the attached Proposed Reply in response to Plaintiffs' Opposition to his Motion to Proceed In Forma Pauperis (Doc. 657), and states as follows:

# I. INTRODUCTION

This Motion is submitted for the limited purpose of requesting leave to respond to matters raised in Plaintiffs' Opposition.

Although replies are not routinely filed absent leave where required by the Court's procedures or briefing posture, federal courts possess discretion to permit them where an opposition introduces factual assertions, documentary evidence, procedural arguments, or legal authorities that warrant a response.

Intervenor-Appellant respectfully submits that Plaintiffs' Opposition contains several matters that should be addressed before the Court rules on his Motion to Proceed In Forma Pauperis, including factual allegations, reliance upon documentary exhibits, procedural arguments, and arguments concerning the merits of the appeal.

Accordingly, Intervenor-Appellant respectfully requests leave to file the attached Proposed Reply so that the Court may consider a complete record before ruling on the pending motion.

# II. BACKGROUND

On June 29, 2026, Intervenor-Appellant filed a Motion to Proceed In Forma Pauperis in connection with his appeal.

Thereafter, Plaintiffs filed an Opposition requesting that the Motion be denied.

The Opposition raises several matters, including references to social media content, professional networking profiles, historical financial documents, procedural issues, and additional legal arguments concerning the appeal.

Intervenor-Appellant therefore seeks leave to submit a limited response addressing those issues before the Court rules on the pending motion.

## III. GROUNDS FOR LEAVE

Intervenor-Appellant respectfully submits that leave is appropriate for several reasons.

## A. Plaintiffs Rely on Additional Evidence

The Opposition relies upon materials beyond the original Motion, including screenshots, online profiles, and documents from unrelated proceedings.

The Proposed Reply is intended to address those materials and provide context concerning their relevance to the issues presently before the Court.

## B. Plaintiffs Raise Procedural Arguments

Plaintiffs also raise procedural arguments, including an argument concerning Local Rule 3.01(g), that Intervenor-Appellant seeks to address in the Proposed Reply.

## C. Plaintiffs Raise Additional Legal Arguments

The Opposition further argues that the appeal is not taken in good faith and discusses issues relating to appellate standing and the scope of appellate review.

The Proposed Reply is limited to responding to those legal arguments presented in the Opposition.

## IV. NOTICE AND OPPORTUNITY TO RESPOND

Intervenor-Appellant is proceeding pro se and is not a registered CM/ECF filing user.

Plaintiffs' Certificate of Service reflects service through the Court's electronic filing system.

Because Intervenor-Appellant does not receive CM/ECF electronic notifications, he did not receive contemporaneous notice of the filing through that system.

Throughout this litigation, Intervenor-Appellant and Plaintiffs' counsel have regularly communicated by email regarding filings and procedural matters.

Intervenor-Appellant respectfully submits that the resulting delay reduced the time available to review the factual and legal issues raised in the Opposition before seeking leave to file the attached Proposed Reply.

Intervenor-Appellant respectfully reserves any arguments concerning the adequacy of service or notice under the applicable Federal Rules, Local Rules, and any orders of this Court.

## V. THE PROPOSED REPLY IS LIMITED IN SCOPE

The attached Proposed Reply does not seek to reargue the original Motion.

Rather, it is tailored to address the matters raised in Plaintiffs' Opposition that Intervenor-Appellant believes warrant a response before the Court rules.

Allowing the Proposed Reply will assist the Court by ensuring that the parties have had an opportunity to address the factual and legal issues introduced in the briefing.

## VI. LEAVE WILL NOT PREJUDICE PLAINTIFFS

Granting leave will not unduly delay these proceedings or prejudice Plaintiffs.

The Proposed Reply is brief and is intended solely to assist the Court in resolving the pending Motion to Proceed In Forma Pauperis on a complete record.

## WHEREFORE

WHEREFORE, Intervenor-Appellant Albert Sheeler respectfully requests that this Court:

1. Grant this Motion for Leave to File a Reply;

2. Accept the attached Proposed Reply as filed;

3. Consider the Proposed Reply in connection with Plaintiffs' Opposition to the Motion to Proceed In Forma Pauperis; and

4. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

_Albert Sheeler_

Intervenor-Appellant, Pro Se

## LOCAL RULE 3.01(g) CONFERRAL

Intervenor-Appellant respectfully submits that conferral under Local Rule 3.01(g) is not

required, or alternatively was not practicable, under the circumstances presented.

This Motion seeks leave to file a limited reply in response to Plaintiffs' Opposition to Intervenor-

Appellant's Motion to Proceed In Forma Pauperis and concerns the Court's management of

briefing on that motion.

Because the Motion requests permission to file a limited response and concerns the Court's

exercise of discretion over briefing, Intervenor-Appellant submits that meaningful conferral

would not have narrowed or resolved the issues presented.

To the extent the Court concludes that Local Rule 3.01(g) applies, Intervenor-Appellant

respectfully requests that any technical noncompliance be excused in light of his pro se status,

the limited nature of the relief requested, and the absence of any prejudice to Plaintiffs.

## CERTIFICATE OF SERVICE

23 July 2026
I HEREBY CERTIFY that on this _ day of , 2026, I caused a true and correct copy of the

foregoing Intervenor-Appellant's Motion for Leave to File a Reply to be served upon all counsel

of record by electronic mail. I further certify that the original filing was transmitted to the Clerk

of the United States District Court for the Middle District of Florida by FedEx Overnight for

filing.

Respectfully submitted,

Albert Sheeler

Intervenor-Appellant, Pro Se

23 July 2026