

ORIGIN ID:SCFA    (417) 591-9211
ALBERT SHEELER

14 BOXWOOD STREET

EAST HAMPTON, NY 11937
UNITED STATES US

SHIP DATE: 23JUL26
ACTWGT: 0.10 LB
CAD: 265453633/FAPI2208

BILL SENDER

TO GEORGE C. YOUNG FEDERAL ANNEX COURT

401 WEST CENTRAL BOULEVARD

ORLANDO FL 32801
(417) 591-9211        REF: 1
INV: 14497297
PO:                              DEPT:

FedEx
Express

537660

E

32801-0401-99

553-1076

4345    MON 07/27 07:36

SP:PD:100:Y

ETP: 2
10019087234900032801008748054404184

401 W CENTRAL BLVD
ORLANDO FL

EXTREM

ELY URGENT

TRK#
0201  8748 0540 4184

MON - 27 JUL 5:00P

** 2DAY **

# SA ORLA

32801
FL-US  MCO

449729
0000

**EXTREMELY URGENT**

RY

Delivered by **FedEx** ®

URGENT DELIVE