# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ERIC DE FORD, et al, | Case No. 6:22-cv-652-PGB-DCI |
| Plaintiffs, | CLASS ACTION |
| v. | |
| JAMES KOUTOULAS, et al., | |
| Defendants. | |

## PLAINTIFFS' CATEGORICAL PRIVILEGE LOG REGARDING DEFENDANT ERIK NORDEN'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION

Plaintiffs Eric De Ford and Sandra Bader, by and through undersigned counsel, hereby submits their categorical privilege log in response to Interrogatory Numbers 1-6 of Defendant Erik Norden's First Set of Interrogatories and Response Numbers 1-4 of Defendant Norden's First Set of Requests for Production of Documents.

Plaintiffs recognize the Court's privilege log procedures outlined in Standing Order No. 6:16-mc-00048-DCI ("Standing Order"). However, Defendants' irrelevant, overly broad, and disproportionate discovery requests regarding the litigation and operational financing for Plaintiff's counsel's firm contain communications and documents that are work product and are protected

under the attorney-client privilege and qualified associational privilege under the First Amendment. Plaintiffs respectfully adopt and incorporate by reference the objections raised in response to Interrogatory Numbers 1-6 and Request for Production Numbers 1-4.

Because the creation of a detailed privilege log would reveal attorney-client privileged and work product information regarding litigation funding for Plaintiff's counsel's firms, Plaintiff is providing a categorial privilege log. *See Teledyne Instruments, Inc. v. Cairns*, 6:12-CV-854-ORL-28, 2013 WL 5781274, at *16 (M.D. Fla. Oct. 25, 2013) ("A categorical log may be used where "(a) a document-by-document listing would be unduly burdensome and (b) the additional information to be gleaned from a more detailed log would be of no material benefit to the discovering party in assessing whether the claim is well-grounded." (quoting *In re Rivastigme Patent Litigation,* 237 F.R.D. 69, 87 (S.D.N.Y. 2006))); *United States v. Gericare Med. Supply Inc.*, CIV.A.99-0366-CB-L, 2000 WL 33156442, at *4 (S.D. Ala. Dec. 11, 2000) ("Because Rule 26(b)(5) does not require a party to sacrifice work product protection in order to assert it, a category-by-category log was appropriate."); Fed. R. Civ. P. 26, Advisory Committee's note to 1993 amendment.

## CATEGORICAL PRIVILEGE LOG

| Date Range (approx.) | Document Types | Senders/ Recipients | Category Description | Privilege |
|---|---|---|---|---|
| 3/3/22 to the present | • Emails and attachments<br>• Drafts<br>• Portions of Legal Services Agreement | • Scott+Scott[1]<br>• ZLG[2]<br>• Eric De Ford | Communications between Plaintiff and their counsel which were made in furtherance of the rendition of legal services by Plaintiff's counsel to Plaintiff.<br><br>Documents between Plaintiff and their counsel which concern mental impressions, conclusions, opinions or legal theories about this litigation and constitute opinion work product.<br><br>Portions of the Legal Services Agreement also contain work product and can | • Attorney-client<br>• Work product |

---

[1] "Scott+Scott" means Scott+Scott Attorneys at Law, LLP and all employees and representatives of Scott+Scott.

[2] "ZLG" means Zigler Law Group, LLC and all employees and representatives of ZLG.

| | | | be construed as communications between Plaintiff and their counsel which were made in furtherance of the rendition of legal services by Plaintiff's counsel to Plaintiff. | |
|---|---|---|---|---|
| 5/27/22 to the present | • Emails and attachments<br>• Drafts<br>• Portions of Legal Services Agreement | • Scott+Scott<br>• ZLG<br>• Sandra Bader | Communications between Plaintiff and their counsel which were made in furtherance of the rendition of legal services by Plaintiff's counsel to Plaintiff.<br><br>Documents between Plaintiff and their counsel which concern mental impressions, conclusions, opinions or legal theories about this litigation and constitute opinion work product.<br><br>Portions of the Legal Services Agreement also | • Attorney-client<br>• Work product |

| | | | contain work product and can be construed as communications between Plaintiff and their counsel which were made in furtherance of the rendition of legal services by Plaintiff's counsel to Plaintiff. | |
|---|---|---|---|---|
| 4/1/22 to the present | • Emails and attachments<br>• Letters<br>• Drafts<br>• Term sheets<br>• Reports<br>• Agreements | • Scott+Scott<br>• Litigation and operational financer(s)[3] | Communications between Scott+Scott and their Litigation and operational financer(s) in furtherance of the rendition of legal services or advice.<br><br>Documents between Scott+Scott and their Litigation and operational financer(s) which concern mental impressions, | • Attorney-client<br>• Work product |

---

[3] "Litigation financer" includes all employees and representatives of the Litigation financer. Plaintiff objects to producing the name(s) and contact information of any Litigation financer(s) pursuant to qualified associational privilege, and hereby incorporates and adopts the objects raised in Plaintiff's Responses to Defendant Norden's First Set of Interrogatories and Plaintiff's Responses to Defendant Norden's First Set of Requests for Production of Documents.

| | | | conclusions, opinions or legal theories about this litigation and constitute opinion work product. | |
|---|---|---|---|---|
| 9/12/22 to the present | • Emails and attachments<br>• Drafts<br>• Term sheets<br>• Reports<br>• Agreements | • ZLG<br>• Litigation and operational financer(s) | Communications between ZLG and their Litigation financer(s) in furtherance of the rendition of legal services or advice.<br><br>Documents between ZLG and their Litigation financer(s) which concern mental impressions, conclusions, opinions or legal theories about this litigation and constitute opinion work product. | • Attorney-client<br>• Work product |

Dated: January 23, 2023          Respectfully Submitted by,

/s/ *Aaron M. Zigler*
Aaron M. Zigler (*pro hac vice*)
Robin Horton Silverman (FL Bar 0027934)
**ZIGLER LAW GROUP, LLC**

308 S. Jefferson Street | Suite 333
Chicago, IL 60661
Tel: 312-673-8427
aaron@ziglerlawgroup.com
robin@ziglerlawgroup.com

John T. Jasnoch (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
jjasnoch@scott-scott.com

Sean T. Masson (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: 212-223-6444
smasson@scott-scott.com

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **January 23, 2023**, a true and correct copy of the

foregoing was furnished by electronic mail to the service list below.

By:     */s/ Aaron M. Zigler*
Aaron M. Zigler

*Counsel for Defendant NASCAR, LLC*
Judith M. Mercier
Garrison M. Cohen
**HOLLAND & KNIGHT, LLP**
200 S Orange Ave - Ste 2600
Orlando, FL 32801
407/425-8500
judy.mercier@hklaw.com
andrew.balthazor@hklaw.com
garrison.cohen@hklaw.com

*Counsel for Defendant James Koutoulas*
Nicole Marie Martell
**DI PIETRO PARTNERS, PLLC**
901 E. Las Olas Blvd
Suite 202
Fort Lauderdale, FL 33301
954/712-3070
nicole@ddpalaw.com

*Counsel for Aris George Michalopoulos*
Amina Hassan
Daniel H. Weiner
Hilary Rose McDonnell
**HUGHES, HUBBARD & REED, LLP**
12th Floor
One Battery Park Plaza
New York, NY 10004-1405

212/837-6000
daniel.weiner@hugheshubbard.com
amina.hassan@hugheshubbard.com
hilary.mcdonnell@hugheshubbard.com

Neil D. Kodsi
**FELDMAN KODSI**
9100 S. Dadeland Blvd, Suite 1500
Miami, FL 33156
305/445-2005
NKodsi@FeldmanKodsi.com

*Counsel for Defendants Brandon Brown and Brandonbilt Motorsports, LLC*
Darren Adam Heitner
**HEITNER LEGAL, PLLC**
215 Hendricks Isle
Fort Lauderdale, FL 33301
954/558-6999
Fax: 954/927-3333
Darren@HeitnerLegal.com

*Counsel for Defendant Erik Norden*
Kenneth E. Chase
**CHASE LAW & ASSOCIATES, P.A.**
141 71st Street
Miami Beach, FL 33141
305/402-9800
kchase@chaselaw.com

*Counsel for the Coral Defendants*
Allen Paige Pegg
David B. Massey
**HOGAN LOVELLS US LLP**
600 Brickell Ave, Ste 2700
305/459-6500
allen.pegg@hoganlovells.com

david.massey@hoganlovells.com