**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ERIC DE FORD, SANDRA BADER,
and SHAWN R. KEY,                                    Case No. 6:22-cv-652-PGB-DCI

      Plaintiffs,

v

JAMES KOUTOULAS and
LGBCOIN, LTD,

      Defendants.

_____/

**DEFENDANT LGBCOIN, LTD'S EMERGENCY TIME-SENSITIVE**
**MOTION FOR ONE-DAY EXTENSION OF DEADLINE**
**TO CONDUCT IN-PERSON MEETING TO PREPARE**
**JOINT FINAL PRETRIAL STATEMENT**

Defendant LGBCOIN, LTD, by and through undersigned counsel Harry Winderman, respectfully moves for a one-day extension of the August 3, 2026 deadline to conduct the in-person meeting to prepare the Joint Final Pretrial Statement. Defendant requests that the deadline be extended through August 4, 2026. Because the current deadline is August 3, 2026, Defendant respectfully requests a ruling by 12:00pm on August 3, 2026.

The factual statements concerning counsel's travel disruption are set forth in the Affidavit of Harry Winderman submitted with this motion and are supported by the Southwest cancellation notice attached as Exhibit A, Southwest boarding-pass

documentation attached as Exhibit B, and Southwest rebooking documentation attached as Exhibit C.

1. The Court's Sixth Amended Case Management and Scheduling Order sets August 3, 2026 as the deadline for the parties' "Meeting In Person to Prepare Joint Final Pretrial Statement."

2. The Order requires lead trial counsel for all parties and any unrepresented parties to meet in person pursuant to Local Rule 3.06(a).

3. Counsel for LGBCOIN, LTD previously coordinated with the parties to move the in-person meeting from July 29, 2026 to August 3, 2026 because counsel was required to travel out of town.

4. Counsel was scheduled to return from Denver, Colorado to Fort Lauderdale, Florida on Southwest Airlines Flight 1561 from Denver on August 2, 2026.

5. Counsel's Southwest boarding pass reflects a Denver-to-Fort Lauderdale itinerary for passenger WINDERMAN/HARRY on August 2, 2026, with boarding at 12:55 p.m. at Gate C60.

6. Southwest sent counsel the following cancellation notice: "SWA Flt 1561 on Aug 02 from DEN is canceled & we are rebooking you. To rebook right away visit https://link.swa.info/rebook. Use conf. AYBLS9 or call 1-800-435-9792. If you choose not to travel, you are eligible for a refund. See your options here: http://link.swa.info/e/flightoptions."

7.   Because Southwest canceled Flight 1561, counsel could not complete his scheduled return to Fort Lauderdale.

8.   Southwest rebooked counsel on Flight WN4222 from Denver to Fort Lauderdale on Monday, August 3, 2026, departing Denver at 2:55 p.m. and arriving in Fort Lauderdale at 8:50 p.m.

9.   Counsel is presently stranded at the airport because of this flight cancellation, is attempting to return to Florida as soon as reasonably possible, and cannot appear in person for the August 3, 2026 meeting.

10. Counsel requested that Plaintiffs allow him to participate in the August 3, 2026 meeting by telephone because of the travel disruption. Plaintiffs refused to allow counsel to appear by telephone.

11. The Affidavit of Harry Winderman is submitted with this motion and sets forth the facts regarding counsel's travel disruption, rebooking, requested telephonic participation, and the requested one-day extension.

12. Defendant seeks only a one-day extension, from August 3, 2026 through August 4, 2026, so that the parties can comply with the Court's in-person meeting requirement.

13. The requested extension will not affect the August 17, 2026 deadline for filing the Joint Final Pretrial Statement, the August 24, 2026 deadline for motions in limine and related motions, the August 31, 2026 deadline for objections to

3

counter-designations, the September 15, 2026 Final Pretrial Conference, or the October 5, 2026 trial term.

14. Good cause exists under Local Rule 3.08(a) for the requested one-day extension because counsel's inability to appear in person on August 3, 2026 results from an unexpected flight cancellation, the requested relief is narrowly tailored, and no other case-management deadline will be affected.

15. Because the Middle District's rules do not permit a notice of unavailability to avoid deadlines or schedules established by the Court, Defendant seeks relief by motion.

WHEREFORE, Defendant LGBCOIN, LTD respectfully requests that the Court enter an order extending the deadline to conduct the in-person meeting to prepare the Joint Final Pretrial Statement from August 3, 2026 through August 4, 2026, and granting such further relief as the Court deems just and proper.

Dated: August 3, 2026

Respectfully submitted,

/s/ Harry Winderman
Harry Winderman, Esq.
Florida Bar No. 209562
One Boca Place, Suite 205E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 901-5110
Facsimile: (561) 434-0033
Email: Harry4334@hotmail.com
For Defendant LGBCOIN, LTD

4

## LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to Local Rule 3.01(g), counsel certifies that he conferred with counsel for Plaintiffs and counsel for Defendant James Koutoulas regarding the relief requested in this motion by [telephone/videoconference/email] on August 3, 2026. Plaintiffs refused to allow Mr. Winderman to participate in the August 3, 2026 meeting by telephone. Plaintiffs' position on the requested one-day extension is: [unopposed/opposed/no position/other]. Defendant James Koutoulas supports the requested relief.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Harry Winderman
Harry Winderman

## EXHIBIT A

Southwest Cancellation Notice
Southwest sent counsel the following cancellation notice:

*"SWA Flt 1561 on Aug 02 from DEN is canceled & we are rebooking you. To rebook right away visit https://link.swa.info/rebook. Use conf. AYBLS9 or call 1-800-435-9792. If you choose not to travel, you are eligible for a refund. See your options here: http://link.swa.info/e/flightoptions."*

**EXHIBIT B**

Southwest Boarding-Pass Documentation Showing Boarding Time

| Passenger | Group | Date |
|---|---|---|
| WINDERMAN/ HARRY | ALP | Aug 02, 2026 |

| Boarding | Gate | Seat |
|---|---|---|
| 12:55 PM | C60 | 6B, Middle |

TSA Pre✓  A-List Preferred  Cardmember  2

**EXHIBIT C**

Southwest Rebooking Documentation

## Departing

Mon, August 3, 2026

Flight
WN4222 Boeing 737-700 (subject to change)*

Inflight Entertainment and WiFi available

Total travel time **3h 55m**

Departs
**Denver**                          **2:55** PM

Denver, CO - DEN

Arrives
**Fort Lauderdale**                 **8:50** PM

Fort Lauderdale, FL - FLL

Seat Assignments

**Harry Winderman**               Seat **3B, Middle**
Choice Extra · Extra Legroom seat

8