# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ERIC DE FORD, SANDRA BADER, and SHAWN R. KEY,

    Plaintiffs,

v.                            Case No. 6:22-cv-652-PGB-DCI

JAMES KOUTOULAS and LGBCOIN, LTD,

    Defendants.

_____/

## AFFIDAVIT OF HARRY WINDERMAN

STATE OF FLORIDA
COUNTY OF PALM BEACH

    BEFORE ME, the undersigned authority, personally appeared Harry Winderman, who, after being duly sworn, deposes and says:

1.  My name is Harry Winderman. I am over the age of eighteen and have personal knowledge of the facts stated in this affidavit.

2.  I am counsel for Defendant LGBCOIN, LTD in this action.

3.  The parties' in-person meeting to prepare the Joint Final Pretrial Statement is currently scheduled for August 3, 2026.

4.  The parties previously coordinated to move the meeting from July 29, 2026 to August 3, 2026 because I was required to travel out of town.

5.  I was scheduled to return from Denver, Colorado to Fort Lauderdale, Florida on Southwest Airlines Flight 1561 from Denver on August 2, 2026.

6.  My Southwest boarding pass reflects a Denver-to-Fort Lauderdale itinerary for passenger WINDERMAN/HARRY on August 2, 2026, with boarding at 12:55 p.m. at Gate C60.

7.  Southwest sent me the following cancellation notice: "SWA Flt 1561 on Aug 02 from DEN is canceled & we are rebooking you. To rebook right away visit https://link.swa.info/rebook. Use conf. AYBLS9 or call 1-800-435-9792. If you choose not to travel, you are eligible for a refund. See your options here: http://link.swa.info/e/flightoptions."

8.  Because Southwest canceled Flight 1561, I could not complete my scheduled return to Fort Lauderdale.

9.  Southwest rebooked me on Flight WN4222 from Denver to Fort Lauderdale on Monday, August 3, 2026, departing Denver at 2:55 p.m. and arriving in Fort Lauderdale at 8:50 p.m.

10. The flight cancellation was unexpected and outside my control.

11. I am presently stranded at the airport because of this flight cancellation and rebooking, and I am attempting to return to Florida as soon as reasonably possible.

12. Because I will not arrive in Fort Lauderdale until 8:50 p.m. on August 3, 2026, I cannot appear in person for the August 3, 2026 meeting.

13. I requested that Plaintiffs allow me to participate in the August 3, 2026 meeting by telephone because of the travel disruption. Plaintiffs refused to allow me to appear by telephone.

14. Counsel for Defendant James Koutoulas advised me that Defendant James Koutoulas supports the requested one-day extension.

15. I am requesting only a one-day extension of the in-person meeting deadline, from August 3, 2026 through August 4, 2026.

16. The requested one-day extension will not affect the deadline to file the Joint Final Pretrial Statement, the Final Pretrial Conference, or the trial term.

17. The Southwest cancellation notice I received is attached as Exhibit 1.

18. A true and correct copy of Southwest boarding-pass documentation showing the August 2, 2026 boarding time is attached as Exhibit 2.

19. A true and correct copy of Southwest rebooking documentation showing Flight WN4222 on August 3, 2026 is attached as Exhibit 3.

FURTHER AFFIANT SAYETH NAUGHT.

_____

Harry Winderman

3

 Sworn to and subscribed before me by means of [ ] physical presence or [ ] online notarization this _____ day of August, 2026, by Harry Winderman, who is personally known to me or who produced _____ as identification.


_____
Notary Public
Print Name: _____
Commission No.: _____
My Commission Expires: _____

# EXHIBIT 1

Southwest Cancellation Notice
Southwest sent counsel the following cancellation notice:

*"SWA Flt 1561 on Aug 02 from DEN is canceled & we are rebooking you. To rebook right away visit https://link.swa.info/rebook. Use conf. AYBLS9 or call 1-800-435-9792. If you choose not to travel, you are eligible for a refund. See your options here: http://link.swa.info/e/flightoptions."*

**EXHIBIT 2**

Southwest Boarding-Pass Documentation Showing Boarding Time



# EXHIBIT 3

Southwest Rebooking Documentation

## Departing
Mon, August 3, 2026

**Flight**
WN4222 Boeing 737-700 (subject to change)*

Inflight Entertainment and WiFi available

Total travel time **3h 55m**

Departs
**Denver**                              **2:55** PM
Denver, CO - DEN

Arrives
**Fort Lauderdale**                     **8:50** PM
Fort Lauderdale, FL - FLL

Seat Assignments

**Harry Winderman**                 Seat **3B, Middle**
Choice Extra · Extra Legroom seat