Outlook

## Re: LGBCoin - PTO Materials

**From** John Jasnoch <jjasnoch@scott-scott.com>

**Date** Sun 8/2/2026 11:13 PM

**To** harry4334 <harry4334@hotmail.com>; Kevin McCormack <kevin@ziglerlawgroup.com>; James Koutoulas <james@koutoulaslaw.com>; Aaron Zigler <aaron@ziglerlawgroup.com>

**Cc** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>

Harry,

It's not plaintiffs' counsel's decision to let you or not let you attend via zoom or telephone... The Court's rules require the meeting to be in person and you are the only counsel of record for one of the parties. If you obtain leave for the meeting to be conducted via zoom, we are happy to conduct the meeting remotely.



**John Jasnoch,** Partner
619.798.5310
jjasnoch@scott-scott.com
www.scott-scott.com
600 W. Broadway + Suite 3300
San Diego, CA 92101

NEW YORK+CONNECTICUT+CALIFORNIA+DELAWARE+TEXAS+VIRGINIA+OHIO+NEBRASKA
AMSTERDAM+BERLIN+LONDON+MONTRÉAL

   

This e-mail may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

**From:** harry winderman <harry4334@hotmail.com>
**Sent:** Sunday, August 2, 2026 8:17 PM
**To:** John Jasnoch <jjasnoch@scott-scott.com>; kevin McCormack <kevin@ziglerlawgroup.com>; James Koutoulas <james@koutoulaslaw.com>; Aaron Zigler <aaron@ziglerlawgroup.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: LGBCoin - PTO Materials

Try being an attorney and show me the courtesy of a real meet and confer.  I did not cancel the flight.  You could have met tomorrow and still can if I can attend by phone or zoom.  I am available until 3 tomorrow to meet and confer.

Sent via the Samsung Galaxy S24 Ultra, an AT&T 5G smartphone
Get [Outlook for Android](Outlook for Android)

---

**From:** John Jasnoch <jjasnoch@scott-scott.com>
**Sent:** Sunday, 02 August 2026 21:14:01
**To:** harry winderman <harry4334@hotmail.com>; kevin McCormack <kevin@ziglerlawgroup.com>; James Koutoulas <james@koutoulaslaw.com>; Aaron Zigler <aaron@ziglerlawgroup.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: LGBCoin - PTO Materials

Hi Harry,

We relied in good faith on this date and are not available on Tuesday as we have hearings later this week in California.  You cannot presume that we are just available the next day to accommodate whatever is going on with your travel issues.  You will need to ask for more time to conduct the conference or request leave to conduct it via teleconference.

Moreover, we requested you include in your papers the fact that you have already rescheduled the meeting multiple times after we agreed to your dates you proposed, and your twice repeated assertion that we "refused" to allow you to attend via teleconference is disingenuous; as you know, we simply reminded you of the Court's rules requiring the meeting to be in person.



**John Jasnoch,** Partner
619.798.5310
jjasnoch@scott-scott.com
www.scott-scott.com
600 W. Broadway + Suite 3300
San Diego, CA 92101

NEW YORK+CONNECTICUT+CALIFORNIA+DELAWARE+TEXAS+VIRGINIA+OHIO+NEBRASKA
AMSTERDAM+BERLIN+LONDON+MONTRÉAL

   

This e-mail may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

---

**From:** harry winderman <harry4334@hotmail.com>
**Sent:** Sunday, August 2, 2026 12:56 PM
**To:** kevin McCormack <kevin@ziglerlawgroup.com>; James Koutoulas <james@koutoulaslaw.com>; Aaron Zigler <aaron@ziglerlawgroup.com>

**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: LGBCoin - PTO Materials

Please see attached motion.  Please call 561 901 5110 to meet and confer.

Sent via the Samsung Galaxy S24 Ultra, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** harry winderman <harry4334@hotmail.com>
**Sent:** Sunday, 02 August 2026 11:56:34
**To:** Kevin McCormack <kevin@ziglerlawgroup.com>; James Koutoulas <james@koutoulaslaw.com>; Aaron Zigler <aaron@ziglerlawgroup.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: LGBCoin - PTO Materials

Thank you for your understanding.  You can check with southwest airlines to discover the 1:25 flight from Denver to ft lauderdale.  We will inform the court tomorrow and seek a one day extension.

Sent via the Samsung Galaxy S24 Ultra, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Sent:** Sunday, 02 August 2026 11:49:56
**To:** harry4334 <harry4334@hotmail.com>; James Koutoulas <james@koutoulaslaw.com>; Aaron Zigler <aaron@ziglerlawgroup.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: LGBCoin - PTO Materials

Counsel,

The Court's rules require the meeting to be in person, as Mr. Koutoulas noted in his June 5 email when he proposed a July 31 meeting date at your offices. We agreed to that proposal on June 17, and on June 24 you informed us that you were "not available July 31," and that the meeting "needs to be between July 20 and July 29." We responded two days later and agreed to have the meeting on July 29.

On July 22 you wrote, without explanation, that you are "not available now on July 29," and asked to "reschedule for August 3 or 4th." We agreed to change our travel plans and reschedule the meeting for August 3, the last day permissible under the Court's order.

If you are now unavailable to meet in person tomorrow then you will need to request a deadline extension from the Court. We will not oppose that request on the condition that you provide the above history in your motion and evidence demonstrating the cancelation of your flight back to Florida.

Because flights for this trip are set already, we will need a definitive answer on what you plan to do by no later than 4:30pm est today.

Regards,



**Kevin McCormack**
*Attorney*
**Zigler Law Group, LLC**

p: (224) 480-2056
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: kevin@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Kevin McCormack is licensed in Tennessee.

---

**From:** harry winderman <harry4334@hotmail.com>
**Sent:** Sunday, August 2, 2026 10:47 AM
**To:** James Koutoulas <james@koutoulaslaw.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Kevin McCormack <kevin@ziglerlawgroup.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: LGBCoin - PTO Materials

Gentlemen

My flight back to Florida was canceled.  We need to reschedule or arrange a zoom meeting.  Let me know.

Sent via the Samsung Galaxy S24 Ultra, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** James Koutoulas <james@koutoulaslaw.com>
**Sent:** Friday, 31 July 2026 10:44:48
**To:** Aaron Zigler <aaron@ziglerlawgroup.com>; Kevin McCormack <kevin@ziglerlawgroup.com>; harry4334 <harry4334@hotmail.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: LGBCoin - PTO Materials

Are you going to send updated conferral drafts for your completely contradictory PTO and jury instructions today? If not will be noting the pattern ala your multiple impermissible shotgun pleadings and admitted pslra violations in a sanctions motion as well as noting my objection in the filed PTO.

James L. Koutoulas, Esq.
Managing Member
Koutoulas Law, LLC