# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 03, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  26-12606-G
Case Style:  Eric De Ford, et al v. James Koutoulas
District Court Docket No:  6:22-cv-00652-PGB-DCI

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 26-12606

_____

ERIC DE FORD,
  Individually and on Behalf of All Others
  Similarly Situated,
SANDRA BADER,
  Individually and on Behalf of All Others
  Similarly Situated,
SHAWN R. KEY,
  Individually and on Behalf of All Others
  Similarly Situated,

*Plaintiffs-Appellees,*

*versus*

JAMES KOUTOULAS,

*Defendant-Appellant,*

JEFFREY CARTER, et al.,

*Defendants.*

2                          Order of the Court                     26-12606

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-00652-PGB-DCI

---

Before BRANCH, LUCK, and KIDD, Circuit Judges.

BY THE COURT:

Appellant challenges the district court's order dated July 22, 2026, that found him in civil contempt for failing to comply with an order dated December 22, 2025, by adding commentary to an approved three-paragraph notice of a class action ("Contempt Order"). The Contempt Order required Appellant to post a four-paragraph retraction followed by the earlier-approved three-paragraph notice and gave Appellees leave to apply for "reasonable costs and attorney's fees."

Appellees filed a motion to dismiss this case for lack of jurisdiction, which is GRANTED IN PART. While the part of the Contempt Order that holds Appellant in contempt and requires him to post a retraction is appealable, *see Combs v. Ryan's Coal Co., Inc.*, 785 F.2d 970, 976 (11th Cir. 1986); *Howard Johnson Co. v. Khimani*, 892 F.2d 1512, 1516 (11th Cir. 1990), the part imposing costs and attorney's fees is not immediately appealable because that issue is not final, *see Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 986 (11th Cir. 2022); *PlayNation Play Sys., Inc. v. Velex Corp.*, 939 F.3d 1205, 1212 (11th Cir. 2019). Appellant's challenge to the sanction of costs and attorney's fees is DISMISSED.

26-12606                Order of the Court                    3

Appellant's motion to stay the Contempt Order is DENIED.
*See Nken v. Holder,* 556 U.S. 418, 434 (2009).