Outlook

---

## Re: DeFord v. Koutoulas - Pretrial Meeting

**From** harry winderman <harry4334@hotmail.com>
**Date** Thu 7/23/2026 9:27 AM
**To** James Koutoulas <james@koutoulaslaw.com>; Kevin McCormack <kevin@ziglerlawgroup.com>
**Cc** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>; Mae Lynora <lynora.mae@gmail.com>

We will be ready at 10 am on August 3 at the below office.

**Harry Winderman, Esq.**
**2255 Glades Road**
**Suite 205E**
**Boca Raton, FL  33431**
**Cell: 561 - 901 - 5110**

---

**From:** James Koutoulas <james@koutoulaslaw.com>
**Sent:** Wednesday, July 22, 2026 5:45 PM
**To:** Kevin McCormack <kevin@ziglerlawgroup.com>; harry winderman <harry4334@hotmail.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>; Mae Lynora <lynora.mae@gmail.com>
**Subject:** Re: DeFord v. Koutoulas - Pretrial Meeting

27 is ok by me. Find attached motion to decertify for conferral.

James L. Koutoulas, Esq.
Managing Member
Koutoulas Law, LLC
www.koutoulaslaw.com

**From:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Date:** Wednesday, July 22, 2026 at 3:46 PM
**To:** harry winderman <harry4334@hotmail.com>; James Koutoulas <james@koutoulaslaw.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>; Mae Lynora <lynora.mae@gmail.com>
**Subject:** Re: DeFord v. Koutoulas - Pretrial Meeting

Harry,

July 29 was the date offered by the Defense to reschedule from July 31st, also offered by the Defense.

Although it requires us to change travel plans, we can make August 3 work at your office. August 3 is the deadline set by the Court for this meeting, so we are unable to reschedule further.

Are we in agreement to an exchange of draft PTOs and exhibits a week prior to the August 3rd meeting (July 27) to facilitate our discussions?

Regards,



**Kevin McCormack**
*Attorney*
**Zigler Law Group, LLC**

p: (224) 480-2056
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: kevin@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Kevin McCormack is licensed in Tennessee.

---

**From:** harry winderman <harry4334@hotmail.com>
**Sent:** Wednesday, July 22, 2026 11:03 AM
**To:** Kevin McCormack <kevin@ziglerlawgroup.com>; James Koutoulas <james@koutoulaslaw.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>; Mae Lynora <lynora.mae@gmail.com>
**Subject:** Re: DeFord v. Koutoulas - Pretrial Meeting

> Some people who received this message don't often get email from harry4334@hotmail.com. Learn why this is important

I am not available now on July 29.  Can we reschedule for August 3 or 4th.

**Harry Winderman, Esq.**
**2255 Glades Road**
**Suite 205E**
**Boca Raton, FL  33431**
**Cell: 561 - 901 - 5110**

---

**From:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Sent:** Friday, June 26, 2026 3:22 PM
**To:** James Koutoulas <james@koutoulaslaw.com>; harry winderman <harry4334@hotmail.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: DeFord v. Koutoulas - Pretrial Meeting

The 29th works for us, as well. We will oppose the trial continuance, and you're welcome to treat this as a conferral under 3.01(g). I can also be available Monday to discuss, if you'd prefer.

Regards,



**Kevin McCormack**
*Attorney*
**Zigler Law Group, LLC**

p: (224) 480-2056
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: kevin@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Kevin McCormack is licensed in Tennessee.

---

**From:** James Koutoulas <james@koutoulaslaw.com>
**Sent:** Wednesday, June 24, 2026 10:07 AM
**To:** harry winderman <harry4334@hotmail.com>; Kevin McCormack <kevin@ziglerlawgroup.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: DeFord v. Koutoulas - Pretrial Meeting

29th fine for me if continuance not granted

James L. Koutoulas, Esq.
Managing Member
Koutoulas Law, LLC
www.koutoulaslaw.com

**From:** harry winderman <harry4334@hotmail.com>
**Date:** Wednesday, June 24, 2026 at 11:07 AM
**To:** James Koutoulas <james@koutoulaslaw.com>; Kevin McCormack <kevin@ziglerlawgroup.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: DeFord v. Koutoulas - Pretrial Meeting

I am not available July 31.  It either needs to be between july 20 and july 29.

Sent via the Samsung Galaxy S24 Ultra, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** James Koutoulas <james@koutoulaslaw.com>
**Sent:** Wednesday, 24 June 2026 11:02:31
**To:** Kevin McCormack <kevin@ziglerlawgroup.com>; harry winderman <harry4334@hotmail.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: DeFord v. Koutoulas - Pretrial Meeting

Works for me if Harry has space available that day and the attached, presented for conferral, is not granted.

James L. Koutoulas, Esq.
Managing Member

Koutoulas Law, LLC
www.koutoulaslaw.com

**From:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Date:** Wednesday, June 24, 2026 at 10:26 AM
**To:** harry winderman <harry4334@hotmail.com>; James Koutoulas <james@koutoulaslaw.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: DeFord v. Koutoulas - Pretrial Meeting

James and Harry,

Following up on the below. Let us know if we can lock in July 31 at Harry's office for the meeting to prepare the final PTO.

Regards,



**Kevin McCormack**
*Attorney*
**Zigler Law Group, LLC**

p: (224) 480-2056
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: kevin@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Kevin McCormack is licensed in Tennessee.

---

**From:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Sent:** Wednesday, June 17, 2026 3:28 PM
**To:** harry winderman <harry4334@hotmail.com>; James Koutoulas <james@koutoulaslaw.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: DeFord v. Koutoulas - Pretrial Meeting

Gentlemen,

Thanks for your patience as we've worked out logistics on our end.

We're fine with an exchange of exhibits in the form to be admitted and draft PTOs on the 24th to facilitate our meeting. We're also fine with meeting on Friday, July 31st at Harry's office, as long as teleconferencing is also available.

Under the Court's scheduling Order, that meeting is our opportunity to exchange trial information. Afterward, each party can object to exhibits and the opposing party has an opportunity to respond under the Court's CMSO procedures. Your proposal requiring an explanation of admissibility by the proponent at the outset gets the Court's procedure backwards. Likewise, we will comply with the CMSO on the format of documents to be admitted.

Regards,



**Kevin McCormack**
*Attorney*
**Zigler Law Group, LLC**

p: (224) 480-2056
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: kevin@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Kevin McCormack is licensed in Tennessee.

---

**From:** harry winderman <harry4334@hotmail.com>
**Sent:** Friday, June 5, 2026 2:18 PM
**To:** James Koutoulas <james@koutoulaslaw.com>; Kevin McCormack <kevin@ziglerlawgroup.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: DeFord v. Koutoulas - Pretrial Meeting

Also demand production in native format

Sent via the Samsung Galaxy S24 Ultra, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** James Koutoulas <james@koutoulaslaw.com>
**Sent:** Friday, 05 June 2026 13:17:35
**To:** Kevin McCormack <kevin@ziglerlawgroup.com>; harry4334@hotmail.com <harry4334@hotmail.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: DeFord v. Koutoulas - Pretrial Meeting

Given you submitted proposed exhibits an hour before the filing deadline last time (without bates stamps, links or attachments) we proposed a stipulated schedule as follows:

all proposed exhibits with those produced in discovery attached in full with bates stamps. Those not produced in discovery produced in full with an explanation why they're supposedly admissible by July 17.

Draft PTOs by July 24.

Meeting July 31. I believe the judge is insistent on an in person meeting so would suggest Harry's office if it's available given I believe it's closest to the district, or I can provide a conference room in miami second closest as far as I know.

James L. Koutoulas, Esq.
Managing Member
Koutoulas Law, LLC
www.koutoulaslaw.com

---

**From:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Sent:** Friday, 05 June 2026 14:00:00
**To:** James Koutoulas <james@koutoulaslaw.com>; harry4334@hotmail.com <harry4334@hotmail.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** DeFord v. Koutoulas - Pretrial Meeting

Gentlemen,

We have a deadline in a couple of months (August 3) by which we need to meet to discuss our final pretrial order. As before, we're happy to host the meeting at the Scott+Scott offices and have a virtual Zoom option available, as well.

Let me know your availability so we can get the meeting scheduled.

Regards,



**Kevin McCormack**
*Attorney*
**Zigler Law Group, LLC**

p: (224) 480-2056
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: kevin@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Kevin McCormack is licensed in Tennessee.