UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIC DE FORD, SANDRA BADER, and
SHAWN R. KEY, individually and on
behalf of all others similarly situated,

    Plaintiffs,

v.

JAMES KOUTOULAS and LGBCOIN,
LTD,

    Defendants.

Case No. 6:22-cv-652-PGB-DCI

CLASS ACTION

**NOTICE OF APPELLATE STATUS:
DOCKETING OF APPLICATION FOR A STAY IN THE
SUPREME COURT OF THE UNITED STATES, No. 26A171,
AND DENIAL OF A STAY BY THE ELEVENTH CIRCUIT**

Defendant James Koutoulas respectfully notifies the Court of the developments described below. This Notice requests no relief. It does not ask the Court to alter, vacate, stay, or reconsider any order, and it is not a motion within the meaning of Local Rule 3.01.

1. On August 4, 2026, Defendant caused an application for a stay to be delivered by courier to the Supreme Court of the United States. The

1

Clerk's office advised on August 5 and again on August 6, 2026 that the papers had not yet cleared the Court's off-site screening facility.

2. By electronic mail at 9:52 a.m. Eastern Time today, August 7, 2026, the Clerk's office advised Defendant that the application has been received and assigned *No. 26A171*; that it should appear on the Supreme Court's public docket later today; and that Defendant's supplemental brief and his August 6, 2026 letter to the Clerk will be submitted to Justice Thomas and will appear as docket entries on that public docket.

3. This afternoon, in the United States Court of Appeals for the Eleventh Circuit, Defendant's Emergency Motion for a Stay Pending Appeal of the Compelled-Statement Provision, No. 26-12606, Doc. 17, was denied. The order reads in full: "Appellant's 'Emergency Motion for a Stay Pending Appeal of the Compelled-Statement Provision' dated August 6, 2026, is DENIED." No. 26-12606, Doc. 18 (11th Cir. Aug. 7, 2026) (Branch, Luck, and Kidd, JJ.). Defendant's Motion for Leave to File a Supplement to the Petition for a Writ of Mandamus, No. 26-12688, Doc. 3, filed August 6, 2026, remains pending.

4. Defendant preserves all objections previously asserted with respect to the compliance provision. Those objections were stated at Doc. 684, filed on the date performance was then due, and at Doc. 691. Defendant waives none of them.

5. Defendant files this Notice because he advised both the Supreme Court and the Eleventh Circuit that he would keep each court informed of proceedings bearing on the relief sought, and because this Court should not learn of those proceedings from any source other than Defendant. He has today reported the Eleventh Circuit's denial to the Clerk of the Supreme Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2026, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will

serve all counsel of record.


Respectfully submitted,

/s/ James L. Koutoulas
James L. Koutoulas, Esq.
Pro se
10 N. Dearborn St., Suite 400
Chicago, IL 60602
(312) 836-1180
james@koutoulaslaw.com