UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIC DE FORD, SANDRA BADER, and
SHAWN R. KEY, individually and on
behalf of all others similarly situated,

    Plaintiffs,

v.

JAMES KOUTOULAS and LGBCOIN,
LTD,

    Defendants.

Case No. 6:22-cv-652-PGB-DCI

CLASS ACTION

## DEFENDANT JAMES KOUTOULAS'S SUPPLEMENTAL CERTIFICATE UNDER LOCAL RULE 3.01(g)(3) REGARDING DOC. 691

Pursuant to Local Rule 3.01(g)(3), Defendant James Koutoulas files this supplemental certificate regarding his Motion for Disqualification at Doc. 691.

1. As stated in the certification accompanying that Motion, the undersigned served the Motion on counsel for Plaintiffs by electronic mail on the morning of August 6, 2026, and telephoned counsel at 10:45 a.m. Eastern Time that day. Counsel had not responded when the Motion was

1

filed. The undersigned certified that he would continue to confer diligently and would promptly file this supplemental certificate.

2. Counsel for Plaintiffs responded by electronic mail on August 7, 2026 and stated that Plaintiffs oppose the Motion.

3. The parties have not resolved all or any part of the Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2026, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will

serve all counsel of record.


Respectfully submitted,

/s/ James L. Koutoulas
James L. Koutoulas, Esq.
Pro se
10 N. Dearborn St., Suite 400
Chicago, IL 60602
(312) 836-1180
james@koutoulaslaw.com

3