**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**ORLANDO DIVISION**

ERIC DE FORD, SANDRA BADER, and SHAWN R. KEY,

Plaintiffs,

v.                                    Case No. 6:22-cv-652-PGB-DCI

JAMES KOUTOULAS and LGBCOIN, LTD,

Defendants.

_____/

**DEFENDANT LGBCOIN, LTD'S RENEWED TIME-SENSITIVE MOTION**

**TO SET DATE FOR IN-PERSON FINAL-PRETRIAL MEETING OR,**

**ALTERNATIVELY, PERMIT REMOTE ATTENDANCE**

Defendant LGBCoin, LTD ("LTD"), through undersigned counsel Harry

Winderman, renews its request for a brief order permitting compliance with the

final-pretrial-meeting requirement in the Sixth Amended Case Management and

1

Scheduling Order (Doc. 620). This motion is time-sensitive under Local Rule 3.01(e). LTD respectfully requests a ruling at the Court's earliest convenience, and in any event before the August 10 date identified by the parties, because Plaintiffs have represented that Monday, August 10, 2026 is the next available date for the meeting and the Joint Final Pretrial Statement remains due August 17, 2026. LTD is not asking the Court to enter retroactive relief or to rule by any date or time that has already passed.

LTD respectfully requests that the Court enter an order (1) setting the in-person final-pretrial meeting for Monday, August 10, 2026 at Plaintiffs' counsel's office or another location the Court directs; or, alternatively, (2) permitting the meeting to proceed by videoconference on a date certain; and (3) leaving the August 17, 2026 Joint Final Pretrial Statement deadline otherwise undisturbed.

## BACKGROUND

The Sixth Amended Case Management and Scheduling Order sets August 3, 2026 as the deadline for the parties' in-person meeting to prepare the Joint Final Pretrial Statement and August 17, 2026 as the deadline for the Joint Final Pretrial Statement. Doc. 620 at 2-3. The order further provides that if counsel cannot coordinate compliance with the final-pretrial-meeting requirement, counsel should timely notify the Court by written motion or request for a status conference. Doc. 620 at 13.

2

The parties attempted to schedule the meeting. On June 5, 2026, Mr. Koutoulas proposed July 31 at Mr. Winderman's office if available. Plaintiffs agreed to July 31 on June 17. On June 24, Mr. Winderman advised that he was not available on July 31 and that the meeting needed to occur between July 20 and July 29. Plaintiffs agreed to July 29. On July 22, Mr. Winderman advised that he was no longer available on July 29 and requested August 3 or August 4. Plaintiffs agreed to August 3, the Court's deadline, and Mr. Koutoulas agreed to the parties' July 27 exchange of draft pretrial materials. See Ex. A.

On August 2, 2026, Mr. Winderman's return flight to Florida was canceled. The Southwest notice stated that SWA Flight 1561 from Denver on August 2 was canceled and that Southwest was rebooking him. See Ex. B. Southwest rebooked Mr. Winderman on WN4222 from Denver to Fort Lauderdale on Monday, August 3, 2026, departing at 2:55 p.m. and arriving at 8:50 p.m. See Ex. C.

Plaintiffs stated that they would not oppose an extension if the motion recited the scheduling history and attached evidence of the cancellation. Plaintiffs also stated that they were not opposed to remote attendance if the Court granted leave. The undersigned attempted to address the issue by emergency motion.

The Court's August 4 Order was warranted. The prior motion (Doc. 678) was filed at approximately 3:00 p.m. on August 3, 2026, but requested a ruling by noon that same day. Doc. 681 denied the motion without prejudice and granted

3

LTD leave to refile. Counsel accepts responsibility for misreading the filing timing

against the relief requested and for the inaccurate remote-attendance wording in the

prior motion. This renewed motion is intended to cure that defect and to present the

requested relief prospectively.

While the prior motion remained unresolved, Mr. Koutoulas asked whether

the parties wanted to meet somewhere and later renewed the offer to meet that day

given that no ruling had issued. See Ex. D. LTD therefore respectfully submits that

the missed meeting should be treated as a scheduling problem capable of prompt

cure, not as a basis to derail the remaining pretrial schedule.

On August 5, 2026, Plaintiffs filed a request for a status conference asking

the Court to set the meeting for Monday, August 10, 2026 or to authorize

videoconference attendance, with every other deadline in the Sixth Amended Case

Management and Scheduling Order left undisturbed. Doc. 689 at 1-4. LTD does

not oppose either practical path. LTD is prepared to appear in person on August 10

unless the Court authorizes remote attendance.

**ARGUMENT**

Good cause exists for the requested order. The Joint Final Pretrial Statement

remains due August 17, 2026, and the parties have already exchanged substantial

pretrial materials. Setting the meeting for August 10, or allowing videoconference

attendance on a date certain, will permit the parties to address exhibits, witnesses,

4

deposition designations, stipulations, settlement, and remaining pretrial issues without moving the final-pretrial-statement deadline.

The requested relief is also consistent with the purpose of Local Rule 3.06 and the Court's scheduling order. The final-pretrial meeting is designed to promote good-faith preparation for trial and efficient presentation of the evidence. A short order setting a firm date or authorizing remote attendance will serve that purpose directly.

LTD is not asking for relief from a past deadline by pretending time has not passed. LTD asks only for a prospective order permitting the parties to complete the required meeting now. Nor is LTD asking to disturb the August 17, 2026 Joint Final Pretrial Statement deadline. The requested relief preserves that deadline and gives both sides a firm path to compliance.

## REQUESTED RELIEF

For these reasons, Defendant LGBCoin, LTD respectfully requests that the Court enter an order: (1) setting the in-person final-pretrial meeting for Monday, August 10, 2026 at Plaintiffs' counsel's office or another location the Court directs; or, alternatively, authorizing the meeting to proceed by videoconference on a date certain; (2) confirming that the August 17, 2026 deadline for the Joint Final Pretrial Statement remains in place; and (3) granting any other relief the Court deems just and proper.

5

## LOCAL RULE 3.01(g) CERTIFICATE

Counsel certifies that, on August 7, 2026, before filing, he conferred with Plaintiffs' counsel by email concerning the relief requested in this renewed motion. Plaintiffs have represented that they are available for an in-person meeting on Monday, August 10, 2026, and their pending request asks the Court, in the alternative, to reset the meeting to that date or authorize videoconference attendance. See Doc. 689 at 2, 4. Plaintiffs have also stated that they are not opposed to remote attendance if the Court grants leave. For filing-copy purposes, and subject to updating if Plaintiffs advise otherwise, LTD treats Plaintiffs as opposing this renewed motion.

Dated: August 7, 2026
Respectfully submitted,
/s/ Harry Winderman
Harry Winderman, Esq.
Florida Bar No. 209562
One Boca Place, Suite 205E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 901-5110
Facsimile: (561) 434-0033
Email: Harry4334@hotmail.com
Counsel for Defendant LGBCOIN, LTD

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2026, I electronically filed the foregoing
with the Clerk of Court by using the CM/ECF system, which will send notice of
electronic filing to all counsel of record.
/s/ Harry Winderman
Harry Winderman

# EXHIBIT A

July 22, 2026 Email Chain Regarding August 3 Meeting and July 27 Exchange



## EXHIBIT B

Southwest Cancellation Notice for August 2, 2026 Flight

SWA Flt 1561 on Aug 02 from DEN is canceled & we are rebooking you. To rebook right away visit https://link.swa.info/rebook. Use conf. AYBLS9 or call 1-800-435-9792. If you choose not to travel, you are eligible for a refund. See your options here: http://link.swa.info/e/flightoptions.

**EXHIBIT C**

Southwest Rebooked Flight for August 3, 2026

Southwest rebooking information provided to counsel: departing Monday, August 3, 2026; Flight WN4222; Denver, Colorado (DEN) to Fort Lauderdale, Florida (FLL); scheduled departure 2:55 p.m.; scheduled arrival 8:50 p.m.; total travel time 3 hours 55 minutes; passenger Harry Winderman; seat 3B, Middle.

**EXHIBIT D**

August 3, 2026 Email Renewing Offer to Meet

