**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ERIC DE FORD, SANDRA BADER, and SHAWN R. KEY, individually and on behalf of all others similarly situated, | Case No. 6:22-cv-652-PGB-DCI |
| Plaintiffs, | CLASS ACTION |
| v. | |
| JAMES KOUTOULAS and LGBCOIN, LTD, | |
| Defendants. | |

**DEFENDANT JAMES KOUTOULAS'S NOTICE OF FILING**
**EXHIBITS A THROUGH D TO DOC. 699**

Defendant James Koutoulas files the exhibits referenced in his Notice

of Compliance Under Protest and Reservation of Rights (Doc. 699), which

did not attach to that filing.

1.  On August 7, 2026, Defendant filed his Notice of Compliance

Under Protest and Reservation of Rights. Doc. 699. That Notice referenced

Exhibits A through D and described each of them.

1

2. The exhibits did not attach. The undersigned encountered repeated CM/ECF errors during the attempted upload, including the error reproduced at Exhibit E, bearing Reference ID 9347630543828440148. The omission was not intentional and was not discovered until opposing counsel advised that the attachments were missing.

3. Defendant files the exhibits now, in reduced file size, so that the record of Doc. 699 is complete:

a. Exhibit A: the Notice Regarding Class Action as posted to the LGBCoin Telegram Channel on August 7, 2026 at approximately 5:04 p.m. Eastern.

b. Exhibit B: the Notice Regarding Class Action as posted to the LGBCoin subreddit page, r/LGBcoin_io, on August 7, 2026.

c. Exhibit C: the Notice Regarding Class Action as posted to the LGBCoin Discord Channel on August 7, 2026 at 5:34 p.m. Eastern.

d. Exhibit D: Defendant's August 7, 2026 request to the team that maintains the LGBCoin website, transmitting the full text of the Notice and

asking that it be posted, sent at approximately 5:06 p.m. and 5:07 p.m.

Eastern.

e.  Exhibit E: the CM/ECF error described in paragraph 2. Browser

bookmarks and open tabs are obscured; the address bar, the error text, and

the Reference ID are unaltered.

4.  Nothing in the text of Doc. 699 is changed by this filing. Defendant

requests no relief and asks only that the exhibits be associated with Doc.

699 on the docket.

5.  As of the filing of this Notice, the team that maintains the

LGBCoin website has not responded to the request at Exhibit D, and the

Notice has not appeared on that website. Defendant will supplement

promptly upon confirmation that the posting has occurred, or promptly

advise the Court if it does not.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2026, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will

serve all counsel of record.


Respectfully submitted,

/s/ James L. Koutoulas
James L. Koutoulas, Esq.
Pro se
10 N. Dearborn St., Suite 400
Chicago, IL 60602
(312) 836-1180
james@koutoulaslaw.com

4