# EXHIBIT A

LGBCoin Telegram Channel, posted August 7, 2026 at 5:04 p.m. Eastern

---

**Today**

 **Lgb** `owner`                                                      5:04 PM

Hi everyone posting this for James under protest while he waits for appellate and supreme court to rule on what he believes to be an unconstitutional order–

**NOTICE REGARDING CLASS ACTION:**
I previously posted commentary alongside the Court-approved class action notice that included improper commentary on the impartiality of the Judge presiding over this case and the merits of the case. I am a named defendant in this case. As such, I have a direct financial interest in its outcome, and I do not represent the interests of the class members.
If you purchased LGBCoin during the class period, you may have rights in this case, including the right to remain in the class, object, or request exclusion. Instructions explaining these options are contained in the Long Form Notice available at LGBCoinCryptoAction.com, including in the FAQ section.
Due to my financial interest in this case, I cannot advise you on how to proceed. To the extent that you viewed my earlier post as providing legal advice, including as to the merits of the lawsuit, you should disregard my statements. I should not have made those earlier statements, and you should not rely upon them in deciding how to proceed.
I regret my prior comments and apologize for them. I respect the Court and the judicial process. All questions about the Class Notice or other related matters should be sent to either the Notice Administrator: Angeion at info@LGBCoinCryptoAction.com or the Court-Appointed Class Counsel: Aaron Zigler at aaron@ziglerlawgroup.com.
The Court-Authorized Notice is reproduced below:
This Action was filed on April 1, 2022, and subsequently amended multiple times, with the final amendment on April 14, 2023. This Action was brought by Plaintiffs Eric De Ford, Sandra Bader, and Shawn Key ("Plaintiffs") against James Koutoulas and LGBCoin, LTD (collectively, "Defendants"). The claims against all Defendants other than Mr. Koutoulas and LGBCoin, LTD have been dismissed.
Plaintiffs allege that between November 2, 2021 and March 15, 2022 (the "Class Period"), Defendants violated the federal securities laws by engaging in the unlawful sale of unregistered securities in violation of Section 12(a)(1) of the Securities Act of 1933.
Defendants deny these allegations against them. Defendants do not believe that LGBCoin constitutes a security, but instead, Defendants assert that LGBCoin is a meme coin dedicated to conservative advocacy. As such, Defendants contend they are not subject to any portion of the Securities Act of 1933.

## EXHIBIT B

LGBCoin subreddit page (r/LGBcoin_io), posted August 7, 2026

---



# EXHIBIT B (continued)

LGBCoin subreddit page (r/LGBcoin_io), posted August 7, 2026

---

- Home
- Popular
- News
- Explore
- Start a community

CUSTOM FEEDS ^

- Create Custom Feed

RECENT ^

- r/LGBcoin_io
- r/LGBCoin

COMMUNITIES ^

- Manage Communities

RESOURCES ^

- About Reddit

Plaintiffs allege that between November 2, 2021 and March 15, 2022 (the "Class Period"), Defendants violated the federal securities laws by engaging in the unlawful sale of unregistered securities in violation of Section 12(a)(1) of the Securities Act of 1933.

Defendants deny these allegations against them. Defendants do not believe that LGBCoin constitutes a security, but instead, Defendants assert that LGBCoin is a meme coin dedicated to conservative advocacy. As such, Defendants contend they are not subject to any portion of the Securities Act of 1933.

🚫  Sorry, this post was removed by Reddit's filters.

⬆ 1 ⬇      💬 0      ↗ Share

Join the conversation

# EXHIBIT C

LGBCoin Discord Channel, posted August 7, 2026 at 5:34 p.m. Eastern



## EXHIBIT C (continued)

LGBCoin Discord Channel, posted August 7, 2026 at 5:34 p.m. Eastern

---

lawsuit, you should disregard my statements. I should not

have made those earlier statements, and you should not rely

upon them in deciding how to proceed.

I regret my prior comments and apologize for them. I respect

the Court and the judicial process. All questions about the

Class Notice or other related matters should be sent to either

the Notice Administrator: Angeion at

info@LGBCoinCryptoAction.com or the Court-Appointed

Class Counsel: Aaron Zigler at aaron@ziglerlawgroup.com.

The Court-Authorized Notice is reproduced below:

This Action was filed on April 1, 2022, and subsequently

amended multiple times, with the final amendment on April

14, 2023. This Action was brought by Plaintiffs Eric De Ford,

Sandra Bader, and Shawn Key ("Plaintiffs") against James

Koutoulas and LGBCoin, LTD (collectively, "Defendants").

The claims against all Defendants other than Mr. Koutoulas

and LGBCoin, LTD have been dismissed.

**EXHIBIT C (continued)**

LGBCoin Discord Channel, posted August 7, 2026 at 5:34 p.m. Eastern

---

Plaintiffs allege that between November 2, 2021 and March 15, 2022 (the "Class Period"), Defendants violated the federal securities laws by engaging in the unlawful sale of unregistered securities in violation of Section 12(a)(1) of the Securities Act of 1933.

Defendants deny these allegations against them. Defendants do not believe that LGBCoin constitutes a security, but instead, Defendants assert that LGBCoin is a meme coin dedicated to conservative advocacy. As such, Defendants contend they are not subject to any portion of the Securities Act of 1933.

## EXHIBIT D

Request to the team maintaining the LGBCoin website, August 7, 2026 at 5:06 p.m. and 5:07 p.m. Eastern

---



## EXHIBIT D (continued)

Request to the team maintaining the LGBCoin website, August 7, 2026 at 5:06 p.m. and 5:07 p.m. Eastern

---

