**EXHIBIT E**

CM/ECF error encountered while attempting to file the exhibits to Doc. 699, August 7, 2026. Reference ID 9347630543828440148. Browser bookmarks and tabs obscured.



## Object not found!

The requested URL was not found on this server. If you entered the URL manually please check your spelling and try again.

Reference ID is: 9347630543828440148

**Error 404**