**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ERIC DE FORD, SANDRA BADER, and SHAWN R. KEY, individually and on behalf of all others similarly situated, | Case No. 6:22-cv-652-PGB-DCI |
| | CLASS ACTION |
| Plaintiffs, | |
| v. | |
| JAMES KOUTOULAS and LGBCOIN, LTD, | |
| Defendants. | |

## DEFENDANT JAMES KOUTOULAS'S SUPPLEMENTAL CERTIFICATE
## UNDER LOCAL RULE 3.01(g)(3) REGARDING DOC. 698

Pursuant to Local Rule 3.01(g)(3), Defendant James Koutoulas

supplements the conferral certification filed with his Emergency Motion for

a Further Limited Extension of the Compliance Date (Doc. 698).

1. Doc. 698 was filed at 4:55 p.m. Eastern on August 7, 2026, against a

compliance deadline of 5:00 p.m. Eastern the same day. The certification

stated that the undersigned had attempted to confer with counsel for

Plaintiffs and would supplement promptly under Local Rule 3.01(g)(3).

1

2.  Counsel for Plaintiffs has since advised that Plaintiffs oppose the relief sought in Doc. 698.

3.  Accordingly, and as Local Rule 3.01(g)(2)(B) requires, the undersigned states that the parties do not agree on the resolution of any part of the Motion.

4.  Defendant files this supplement to complete the certification. He requests no other relief.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 7, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

Respectfully submitted,

/s/ James L. Koutoulas
James L. Koutoulas, Esq.
Pro se
10 N. Dearborn St., Suite 400
Chicago, IL 60602
(312) 836-1180
james@koutoulaslaw.com

2