UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIC DE FORD, SANDRA BADER, and
SHAWN R. KEY, individually and on
behalf of all others similarly situated,

Plaintiffs,

v.

JAMES KOUTOULAS and LGBCOIN,
LTD,

Defendants.

Case No. 6:22-cv-652-
PGB-DCI

CLASS ACTION

### DEFENDANT JAMES KOUTOULAS'S SUPPLEMENTAL NOTICE OF COMPLIANCE UNDER PROTEST AND RESERVATION OF RIGHTS

Defendant James Koutoulas respectfully supplements his Notice of

Compliance Under Protest and Reservation of Rights. Doc. 699.

1. In Doc. 699, Defendant advised the Court that he had caused the Notice

Regarding Class Action to be posted on three of the four channels identified in

Doc. 658, and that the LGBCoin website was maintained by a separate team

from whom Defendant had requested posting. Doc. 699 paragraphs 14-16.

2. Defendant now notifies the Court that the Notice Regarding Class Action has

been posted on the LGBCoin website. The website post reflects that it was

updated on August 10, 2026 at 23:38. A copy of the webpage, captured August

11, 2026, is attached as Exhibit F.

1

3. The website administrator posted the compelled statement under protest on Defendant's behalf. The webpage states, before the compelled statement, "Posted Under Protest on behalf of James Koutoulas," and states immediately after the compelled statement that "the above is posted under protest on behalf of James Koutoulas."

4. Defendant files this supplement to complete the record contemplated by Doc. 699 paragraph 16. Defendant does not request relief in this filing.

5. Nothing in this Supplemental Notice, the website posting, or the act of causing the website posting to occur waives, abandons, forfeits, or diminishes any right, objection, defense, or argument preserved in Doc. 699 or elsewhere, including Defendant's objections to Doc. 658 and to the compelled-statement provision.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

Respectfully submitted,

/s/ James L. Koutoulas
James L. Koutoulas, Esq.
Pro se
10 N. Dearborn St., Suite 400
Chicago, IL 60602
(312) 836-1180
james@koutoulaslaw.com