## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

De Ford et al. v. Koutoulas et al.
Case No. 6:22-cv-652-PGB-DCI

# EXHIBIT F

## Notice Regarding Class Action

as posted to the LGBCoin website

Captured August 11, 2026

Source URL: https://roundtable.io/tech/letsgo/news/notice-regarding-class-action



Google Chrome
Browse securely with Chrome's built-in protection
Download Chrome malware, phishing, and other scams.

DOWNLOAD >

### Posted Under Protest on behalf of James Koutoulas

"I previously posted commentary alongside the Court-approved class action notice that included improper commentary on the impartiality of the Judge presiding over this case and the merits of the case. I am a named defendant in this case. As such, I have a direct financial interest in its outcome, and I do not represent the interests of the class members.

If you purchased LGBCoin during the class period, you may have rights in this case, including the right to remain in the class, object, or request exclusion. Instructions explaining these options are contained in the Long Form Notice available at LGBCoinCryptoAction.com, including in the FAQ section.

Due to my financial interest in this case, I cannot advise you on how to proceed. To the extent that you viewed my earlier post as providing legal advice, including as to the merits of the lawsuit, you should disregard my statements. I should not have made those earlier statements, and you should not rely upon them in deciding how to proceed.



**Police Records** Ⓒ

Open ›

I regret my prior comments and apologize for them. I respect the Court and the judicial process. All questions about the Class Notice or other related matters should be sent to either the Notice Administrator: Angeion at info@LGBCoinCryptoAction.com or the Court-Appointed Class Counsel: Aaron Zigler at aaron@ziglerlawgroup.com."

*(the above is posted under protest on behalf of James Koutoulas)*

The Court-Authorized Notice is reproduced below:

This Action was filed on April 1, 2022, and subsequently amended multiple times, with the final amendment on April 14, 2023. This Action was brought by Plaintiffs Eric De Ford, Sandra Bader, and Shawn Key ("Plaintiffs") against James Koutoulas and LGBCoin, LTD (collectively, "Defendants").



READ MORE

News

Comments  Best ⌄

Write a comment

**No comments**

There are no comments available for this post