| Date | Description | Time | Rate | Amount | Timekeeper |
|---|---|---|---|---|---|
| 12/28/2025 | Correspondence regarding concerns about James Koutoulas's Telegram posts potentially affecting class action participation. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 12/28/2025 | Correspondence with LGBCoin-Ext regarding addressing potential improper class communication by James Koutoulas on Telegram. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 12/28/2025 | Review correspondence with E. Ford regarding alerting about potentially improper class communications by James Koutoulas on Telegram and providing evidence for review | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 12/30/2025 | Correspondence regarding confirming the necessity and approval of the opt-out form for De Ford v. Koutoulas et al. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 12/30/2025 | Review correspondence with J. Beliveau, M. Chadwick, S. Masson, J. Jasnoch, J. Shumway, et al. re: confirming approval and posting of the opt-out (Request for Exclusion) form for De Ford v. Koutoulas et al. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 12/30/2025 | Correspondence with LGBCoin-Ext regarding confirming the necessity and approval of the opt-out form for De Ford v. Koutoulas et al case. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 12/31/2025 | Review correspondence with K. McCormack and E. Ford regarding reviewing unusual defendant behavior in class action and verifying Reddit account access related to LGBCoin. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 12/31/2025 | Review correspondence with E. Ford and K. McCormack re: confirming ability to complete requested tasks related to James Koutoulas matter, with a delay due to a family event. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 12/31/2025 | Review correspondence with K. McCormack and E. Ford Re: James Koutoulas Post December 28 2025 | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 12/31/2025 | Videoconference with N. Gutierrez, S. Formichelli, C. Aguirre, K. McCormack, J. Jasnoch, and M. Chadwick re LGB Coin Weekly Status Call Discussion. | 0.5 | $1,000.00 | $500.00 | Aaron Zigler |
| 12/31/2025 | Review correspondence with K. McCormack, J. Beliveau, LGBCoin-Ext, J. Shumway, J. Shawver et al. regarding preparing Proof of Class Notice and confirming details concerning direct notice and declaration for De Ford v. Koutoulas case. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/2/2026 | Review correspondence with J. Beliveau, K. McCormack, LGBCoin-Ext, J. Shumway, J. Shawver et al. regarding confirming opt-out notice procedures and preparing Angeion's declaration for De Ford v. Koutoulas case. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/3/2026 | Review correspondence with E. Ford and K. McCormack regarding providing attached images of James Koutoulas' posts from December 29 through January 3 for court report preparation. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/3/2026 | Review correspondence with K. McCormack and E. Ford regarding follow-up on reviewing posts from James Koutoulas and Reddit account for upcoming court report | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/4/2026 | Review correspondence with K. McCormack, S. Masson, M. Chadwick, and LGBCoin-Ext re preparing and circulating draft update to Court on class notice for filing before deadline. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/4/2026 | Review correspondence with S. Masson and LGBCoin-Ext re: drafting language to clarify defendants' compliance with December 22 order regarding information provided to Angeion. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/4/2026 | Review Notice to Court related to implementation of Class Notice Plan in Eric De Ford v. James Koutoulas case. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/6/2026 | Review correspondence with J. Beliveau, M. Chadwick, S. Masson, J. Jasnoch, J. Shawver et al. regarding forwarding client communication concerning retrieval of potential class member contact information. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/6/2026 | Review email correspondence regarding class member contact information in Koutoulas Ford Class Cert case. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/6/2026 | Review correspondence with S. Masson, J. Beliveau, M. Chadwick, J. Jasnoch, J. Shawver et al. regarding inquiry concerning whether the communication from Mr. Koutoulas is the first and only contact received. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/6/2026 | Review correspondence with J. Beliveau, S. Masson, M. Chadwick, J. Jasnoch, J. Shawver et al. RE: Koutoulas Ford Class Cert - Mr. Koutoulas Communication | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/7/2026 | Review correspondence with cmecf_flmd_notification@flmd.uscourts.gov and cmecf_flmd_notices@flmd.uscourts.gov re: court order requiring defendant to file class notice materials and scheduling show cause hearing for civil contempt. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/7/2026 | Review correspondence with cmecf_flmd_notification@flmd.uscourts.gov and cmecf_flmd_notices@flmd.uscourts.gov re: notice of show cause hearing scheduled for January 16, 2026, in De Ford v. Koutoulas et al. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/7/2026 | Review correspondence with DocketBird and Docket re: court order requiring defendant to file class notice materials and appear at show cause hearing for potential civil contempt. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/7/2026 | Review court order related to compliance concerning class notice requirements in De Ford v. Koutoulas et al. case. | 0.3 | $1,000.00 | $300.00 | Aaron Zigler |
| 1/7/2026 | Review correspondence with E. Ford and K. McCormack regarding providing requested posts and images from James Koutoulas and Reddit account for court report. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/7/2026 | Research Flight options from Chicago to Orlando for January 2026. | 0.2 | $1,000.00 | $200.00 | Aaron Zigler |
| 1/7/2026 | Correspondence with B. Zigler regarding new filing and upcoming hearing in De Ford v. Koutoulas et al concerning compliance with court orders. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |

| Date | Description | Hours | Rate | Amount | Name |
|---|---|---|---|---|---|
| 1/7/2026 | Correspondence with ericdeford@gmail.com regarding new court order and upcoming hearing in De Ford v. Koutoulas et al case. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/7/2026 | Review correspondence with B. Zigler RE: New filing in De Ford v. Koutoulas et al: Order re [538] Notice to (flmd-6:2022-cv-00652) | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/7/2026 | Research Hotel options in Orlando using Google Maps. | 0.2 | $1,000.00 | $200.00 | Aaron Zigler |
| 1/7/2026 | Research information about the Middle District of Florida and its judges. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/7/2026 | Research Hotel options in Orlando, focusing on amenities, pricing, and availability for upcoming dates. | 0.2 | $1,000.00 | $200.00 | Aaron Zigler |
| 1/7/2026 | Correspondence with B. Zigler regarding deciding attendance for upcoming hearing in De Ford v. Koutoulas et al. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/7/2026 | Research information about Magistrate Judge Daniel Irick of the United States District Court for the Middle District of Florida. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/8/2026 | Review court order related to granting in part and denying in part the motion for approval of class notice plan in De Ford v. Koutoulas (LGBCoin) case. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/8/2026 | Review correspondence with E. Ruscoe regarding responding to Law360 press inquiry re: Judge Byron's order in De Ford v. Koutoulas et al. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/8/2026 | Review correspondence with S. Masson and LGBCoin-Ext regarding proposing to request the court to hold the civil contempt hearing publicly via Zoom and require posting the link on social media to ensure transparency and counteract defendants' narrative con | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/8/2026 | Correspondence with S. Masson and LGBCoin-Ext regarding discussing strategy for civil contempt hearing concerning public streaming and corrective notice against JK. | 0.2 | $1,000.00 | $200.00 | Aaron Zigler |
| 1/8/2026 | Review correspondence with M. Chadwick, S. Masson and LGBCoin-Ext re making the civil contempt hearing publicly accessible via Zoom to ensure transparency and counteract defendants' narrative control. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/19/2026 | Review court order related to defendant's obligation to file a copy of class notice in De Ford v. Koutoulas case. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/19/2026 | Draft correspondence with LGBCoin-Ext re news article | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| 1/20/2026 | Correspondence with S. Masson, K. McCormack, and LGBCoin-Ext regarding simplifying the corrective notice for LGBCoin's proposed order on contempt. | 0.3 | $1,000.00 | $300.00 | Aaron Zigler |
| 1/20/2026 | Review correspondence with DocketBird and Docket regarding notification of filing of Notice and Proposed Order related to Show Cause Hearing in De Ford v. Koutoulas et al. | 0.1 | $1,000.00 | $100.00 | Aaron Zigler |
| | **Total** | 5.6 | | $5,600.00 | |
| | | | | | |
| 12/28/2025 | (Read)Review correspondence with J. Koutoulas, A. Zigler and LGBCoin-Ext re: preparing class notice distribution and addressing website control clarification under the settlement agreement. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 12/28/2025 | Research Class action lawsuit details regarding LGBCoin securities violations. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 12/29/2025 | (Read)Review correspondence with A. Zigler and LGBCoin-Ext concerning monitoring and assessing potentially improper class communications by James Koutoulas on Telegram. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 12/29/2025 | Revise Pipeline Report regarding updates on the LGBCoin class action case, including upcoming deadlines and trial preparation tasks. | 0.2 | $275.00 | $55.00 | Candice Aguirre |
| 12/30/2025 | Organize Review of court order and calendar critical deadlines related to class notice dissemination and opt-out period. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 12/30/2025 | (Read)Review correspondence with A. Zigler and LGBCoin-Ext concerning follow-up on approval and posting of the opt-out (Request for Exclusion) form for De Ford v. Koutoulas et al. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/1/2026 | (Read)Review correspondence with K. McCormack, J. Beliveau, LGBCoin-Ext, J. Shumway, J. Shawver, et al. concerning preparing Proof of Class Notice and confirming details regarding direct notice and declaration for De Ford v. Koutoulas et al. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/2/2026 | (Read)Review correspondence with J. Beliveau, K. McCormack, LGBCoin-Ext, J. Shumway, J. Shawver, et al. concerning confirming opt-out notice procedures and preparing a declaration for the De Ford v. Koutoulas et al. class action case. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/4/2026 | (Read)Review correspondence with K. McCormack, J. Beliveau, LGBCoin-Ext, J. Shumway, J. Shawver, et al. re requesting the Declaration to include in the court update for De Ford v. Koutoulas et al. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/4/2026 | (Read)Review correspondence with J. Beliveau, K. McCormack, LGBCoin-Ext, J. Shumway, J. Shawver et al. re: delivery of executed declaration for De Ford v. Koutoulas et al and offer to discuss modifications or questions. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/4/2026 | (Read)Review correspondence re: R. Neiman, K. McCormack, J. Beliveau, LGBCoin-Ext, J. Shumway, et al. providing draft declaration and exhibit for review and signature in De Ford v. Koutoulas. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/4/2026 | Add declaration in support of class certification for Koutoulas Ford case. | 0.1 | $275.00 | $27.50 | Candice Aguirre |

| Date | Description | Hours | Rate | Amount | Timekeeper |
|---|---|---|---|---|---|
| 1/4/2026 | (Read)Review correspondence with S. Masson and LGBCoin-Ext re inclusion of sentence in declaration regarding defendants' compliance with December 22 order and Angeion's receipt of information. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/4/2026 | (Read)Review correspondence with K. McCormack, J. Beliveau, LGBCoin-Ext, J. Shumway, J. Shawver, et al. re: finalizing and approving declaration for submission to Court in De Ford v. Koutoulas et al. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/4/2026 | (Read)Review correspondence with S. Masson, K. McCormack, A. Zigler, M. Chadwick, and LGBCoin-Ext re finalizing and reviewing edits to De Ford v. Koutoulas et al declaration and coordinating upcoming filings and conference logistics. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/4/2026 | (Read)Review correspondence with K. McCormack, S. Masson, A. Zigler, M. Chadwick and LGBCoin-Ext re preparing and circulating draft update to Court on class notice for filing before deadline. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/7/2026 | (Read)Review correspondence with cmecf_flmd_notification@flmd.uscourts.gov and cmecf_flmd_notices@flmd.uscourts.gov re court order requiring defendant Koutoulas to file class notice materials and appear at show cause hearing for potential civil contempt. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/7/2026 | (Read)Review correspondence with DocketBird and Docket re Show Cause hearing notification in De Ford v. Koutoulas et al. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/7/2026 | Research Information about the Orlando Division of the United States District Court for the Middle District of Florida, including courthouse location, accessibility, and facilities. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/7/2026 | (Read)Review correspondence with cmecf_flmd_notification@flmd.uscourts.gov and cmecf_flmd_notices@flmd.uscourts.gov re notification of show cause hearing scheduled for January 16, 2026, in De Ford v. Koutoulas et al. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/7/2026 | Add Order for defendant to file copy of Class Notice(s) in De Ford v. Koutoulas case. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/7/2026 | (Read)Review correspondence re court order requiring defendant to file class notice materials and appear at show cause hearing for potential civil contempt. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/7/2026 | Add Notice of Hearing for Show Cause Hearing in De Ford v. Koutoulas (LGBCoin) case. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/8/2026 | (Read)Review correspondence with S. Masson and LGBCoin-Ext re proposing to request the court hold the civil contempt hearing publicly via Zoom and require JK to share the link on social media to improve notice and counteract narrative control | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/8/2026 | (Read)Review correspondence with A. Zigler, S. Masson, and LGBCoin-Ext concerning strategy to stream the civil contempt hearing publicly to pressure J. K. into issuing a corrective notice and potentially settling. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/8/2026 | (Read)Review correspondence with M. Chadwick, S. Masson, and LGBCoin-Ext re making the civil contempt hearing publicly accessible via Zoom to ensure transparency and counteract defendants' narrative control. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/9/2026 | (Read)Review correspondence with K. McCormack and LGBCoin-Ext re: discussing the show cause order and client communication regarding objections and potential conflicts in the frivolous lawsuit defense. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/9/2026 | (Read)Review correspondence with S. Masson and LGBCoin-Ext re: drafting proposed court order to submit at or immediately after hearing, with specific attention to "IT IS HEREBY ORDERED THAT" section. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/9/2026 | (Read)Review correspondence with S. Masson, A. Zigler and LGBCoin-Ext re: revising and finalizing draft court order related to LGBCoin litigation, including adjustments to tone and content for court adoption. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/10/2026 | (Read)Review correspondence with J. Koutoulas, J. Jasnoch, K. McCormack, A. Zigler, LGBCoin-Ext et al. re: filing and conferral of two judicial notice motions and deferring Rule 11 letter regarding bad faith material misrepresentations. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/11/2026 | (Read)Review correspondence with A. Zigler, S. Masson and LGBCoin-Ext re clarification regarding deadline for Discord submission related to motion to seal. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/11/2026 | (Read)Review correspondence re: S. Masson, A. Zigler and LGBCoin-Ext re discussing accuracy of motion to seal and inquiring about deadline for Discord submission. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/12/2026 | Revise document converting Telegram messages to PDF format. | 0.2 | $275.00 | $55.00 | Candice Aguirre |
| 1/12/2026 | (Read)Review correspondence re: K. McCormack and LGBCoin-Ext re review and analysis of LGBCoin Telegram chats with recommendations for filing a supplemental notice or motion for sanctions regarding James' conduct. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/13/2026 | (Read)Review correspondence with J. Koutoulas, J. Jasnoch, K. McCormack, A. Zigler, LGBCoin-Ext et al. re: preparing and sharing two judicial notice motions and deferring a Rule 11 letter in relation to bad faith material misrepresentations. | 0.1 | $275.00 | $27.50 | Candice Aguirre |
| 1/13/2026 | (Read)Review correspondence with J. Koutoulas, J. Jasnoch, K. McCormack, A. Zigler, LGBCoin-Ext et al. re: preparing and sharing two judicial notice motions for conferral and addressing bad faith material misrepresentations with the court. | 0.1 | $275.00 | $27.50 | Candice Aguirre |

| Date | Description | Hours | Rate | Amount | Name | |
|---|---|---|---|---|---|---|
| 1/13/2026 | (Read)Review correspondence with S. Masson, A. Zigler, K. McCormack and LGBCoin-Ext re: revising and finalizing supplemental exhibits and strategy regarding class notice and related communications. | 0.1 | $275.00 | $27.50 | Candice Aguirre | |
| 1/13/2026 | (Read)Review correspondence with K. McCormack, S. Masson and LGBCoin-Ext re: discussing inclusion of post-certification Telegram chats as exhibits in supplemental class notice filing. | 0.1 | $275.00 | $27.50 | Candice Aguirre | |
| 1/13/2026 | (Read)Review correspondence with S. Masson and LGBCoin-Ext re: preparing and filing a supplemental notice with attached exhibits including declarations and chat excerpts. | 0.1 | $275.00 | $27.50 | Candice Aguirre | |
| 1/13/2026 | (Read)Review correspondence with A. Zigler, S. Masson, and LGBCoin-Ext concerning attendance confirmation and concerns regarding the adequacy of the proposed civil contempt order. | 0.1 | $275.00 | $27.50 | Candice Aguirre | |
| 1/13/2026 | (Read)Review correspondence with S. Masson and LGBCoin-Ext re drafting and filing proposed order for civil contempt following hearing | 0.1 | $275.00 | $27.50 | Candice Aguirre | |
| 1/14/2026 | (Read)Review correspondence with K. McCormack, S. Masson and LGBCoin-Ext re reviewing and proposing revisions to civil contempt order, including requests for production of communications with class members and monitoring of communications under 11th Circu | 0.1 | $275.00 | $27.50 | Candice Aguirre | |
| 1/14/2026 | (Read)Review correspondence with K. McCormack, S. Masson, A. Zigler and LGBCoin-Ext re: revising and finalizing the supplemental notice and related exhibits for the class notice. | 0.1 | $275.00 | $27.50 | Candice Aguirre | |
| 1/14/2026 | Draft meeting notes summarizing strategies for addressing compliance and sanctions issues in LGBCoin case. | 0.1 | $275.00 | $27.50 | Candice Aguirre | |
| 1/15/2026 | (Read)Review correspondence with S. Formichelli, K. McCormack, A. Zigler and B. Zigler re: providing courtroom technology instructions for the Orlando court session. | 0.1 | $275.00 | $27.50 | Candice Aguirre | |
| 1/16/2026 | (Read)Review correspondence with cmecf_flmd_notification@flmd.uscourts.gov and cmecf_flmd_notices@flmd.uscourts.gov re notification of show cause hearing held in De Ford v. Koutoulas et al. | 0.1 | $275.00 | $27.50 | Candice Aguirre | |
| 1/16/2026 | Add Minute Entry for Show Cause Hearing in De Ford v. Koutoulas et al. case. | 0.1 | $275.00 | $27.50 | Candice Aguirre | |
| | **Total** | **4.9** | | **$1,347.50** | | |
| | | | | | | |
| 12/28/2025 | Review correspondence with A. Zigler and LGBCoin-Ext re: monitoring and assessing potentially improper class communications by James Koutoulas on Telegram. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 12/29/2025 | Review court order granting and denying in part class notice in De Ford v. Koutoulas (LGBCoin) case to begin report to court | 0.3 | $775.00 | $232.50 | Kevin McCormack | |
| 12/29/2025 | Correspondence with A. Zigler and LGBCoin-Ext re: addressing concerns regarding James Koutoulas's public statements potentially affecting class action participation. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 12/29/2025 | Research legal cases and citing references related to Kleiner v. First Nat. Bank of Atlanta, Jackson v. Motel 6 Multipurposes, Inc., and Gulf Oil Co. v. Bernard using Westlaw Precision. | 1 | $775.00 | $775.00 | Kevin McCormack | |
| 12/29/2025 | Research Review of legal documents related to Florida Bar regulations and court-approved notices. | 0.3 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 12/29/2025 | Review correspondence with A. Zigler re: clarifying approach and cost implications for providing the opt-out option in De Ford v. Koutoulas et al. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 12/29/2025 | Research LGBCoin subreddit for information on cryptocurrency schemes and related lawsuits. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 12/30/2025 | Research LGBCoin-related content on Reddit. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 12/31/2025 | Correspondence with A. Zigler and E. Ford re LGBCoin - Unusual Defendant Behavior in Class Action and Reddit Account Access for LGBCoin Subreddit. | 0.2 | $775.00 | $155.00 | Kevin McCormack | |
| 12/31/2025 | Review Summary Notice document related to LGB Coin crypto action. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 12/31/2025 | Correspondence with E. Ford and A. Zigler re: James Koutoulas Post December 28 2025. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 12/31/2025 | Correspondence with E. Ford and A. Zigler re: confirmation of ability to complete requested tasks related to James Koutoulas post and access to relevant Reddit accounts. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 12/31/2025 | Correspondence with jbeliveau@angeiongroup.com, LGBCoin-Ext, JShumway@angeiongroup.com, jshawver@angeiongroup.com, CClapp@angeiongroup.com et al. re: clarifying the need for a digital exclusion form and preparing Proof of Class Notice in De Ford v. Koutou | 0.3 | $775.00 | $232.50 | Kevin McCormack | |
| 12/31/2025 | Correspondence with S. Bader re LGBCoin - Review of Discord Posts for Court Report Preparation. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/3/2026 | Drafting Documents - Notice to Court on Class Notice efforts | 1.8 | $775.00 | $1,395.00 | Kevin McCormack | |
| 1/3/2026 | Drafting Documents - Continued drafting notice of class notice efforts and legal research on contours civil and criminal contempt penalties. | 2.1 | $775.00 | $1,627.50 | Kevin McCormack | |
| 1/3/2026 | Receipt, review, and analysis of Telegram chat messages, potential impact to class, need for notice to court, and best course of action. | 1 | $775.00 | $775.00 | Kevin McCormack | |
| 1/3/2026 | Research legal case details and citing references related to Blobner v. R.T.G. Furniture Corp. on Westlaw Precision. | 0.3 | $775.00 | $232.50 | Kevin McCormack | |

| Date | Description | Hours | Rate | Amount | Attorney | |
|---|---|---|---|---|---|---|
| 1/3/2026 | Review Order granting and denying in part Plaintiffs' Motion for Class Certification in the case De Ford v. Koutoulas (LGBCoin). | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/3/2026 | Correspondence with E. Ford and A. Zigler re: ensuring completion of James Koutoulas' statements for court report. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/3/2026 | Review correspondence with DocketBird concerning notification of upcoming deadline for plaintiffs to file completion notice in De Ford v. Koutoulas case. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/3/2026 | Research legal cases in Florida district courts involving communications with Class Members using Westlaw Precision. | 0.7 | $775.00 | $542.50 | Kevin McCormack | |
| 1/3/2026 | Research Liability for excessive costs and sanctions in civil contempt proceedings. | 0.2 | $775.00 | $155.00 | Kevin McCormack | |
| 1/3/2026 | Review correspondence with E. Ford and A. Zigler re attached images of J. Koutoulas posts from December 29 through January 3 for court report preparation. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/3/2026 | Review correspondence with R. Neiman, J. Beliveau, LGBCoin-Ext, J. Shumway, J. Shawver, et al. re: draft declaration and exhibit for review and signature in De Ford v. Koutoulas. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/3/2026 | Review discussion on the r/LGBCoin subreddit regarding the status and issues related to the LGB coin cryptocurrency. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/4/2026 | Research legal cases related to class notice and communications with absent members | 0.9 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/4/2026 | Correspondence with LGBCoin-Ext re: James Koutoulas' posts for court report preparation. | 0.2 | $775.00 | $155.00 | Kevin McCormack | |
| 1/4/2026 | Review correspondence with M. Outlook and LGBCoin-Ext on Koutoulas posts | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/4/2026 | Analyze and prepare for filing documents regarding post-December 28, 2025, Telegram communications from James Koutoulas. | 0.4 | $775.00 | $310.00 | Kevin McCormack | |
| 1/4/2026 | Review court order granting and denying in part in the case De Ford v. Koutoulas (LGBCoin) for drafting report to court | 0.4 | $775.00 | $310.00 | Kevin McCormack | |
| 1/4/2026 | Draft and revise Notice to Court regarding compliance with Class Notice Plan in Eric De Ford v. James Koutoulas case. | 2.1 | $775.00 | $1,627.50 | Kevin McCormack | |
| 1/4/2026 | Review correspondence with J. Beliveau, LGBCoin-Ext, J. Shumway, J. Shawver, C. Clapp, et al. re delivery of executed declaration in De Ford v. Koutoulas et al and offer to address any modifications or questions. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/4/2026 | Revise Notice to Court re: Class Notice Plan implementation in LGBCoin class action. | 0.4 | $775.00 | $310.00 | Kevin McCormack | |
| 1/4/2026 | Research Kleiner v. First Nat. Bank of Atlanta case details and legal implications of class communications on Westlaw. | 0.2 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/4/2026 | Research Reviewing Chapter 4 of the Rules Regulating The Florida Bar. | 0.2 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/4/2026 | Revise Notice to Court regarding issues with Class Notice implementation in De Ford v. Koutoulas case. | 0.5 | $775.00 | $387.50 | Kevin McCormack | |
| 1/4/2026 | Correspondence with J. Beliveau, LGBCoin-Ext, J. Shumway, J. Shawver, C. Clapp, et al. re: confirming no modifications needed for De Ford v. Koutoulas et al Declaration before court submission. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/4/2026 | Correspondence with S. Masson, A. Zigler, M. Chadwick, and LGBCoin-Ext re: reviewing and finalizing draft update to the Court on class notice for filing before deadline. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/4/2026 | Review Notice to Court regarding implementation of Class Notice Plan in the case Eric De Ford v. James Koutoulas. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/4/2026 | Review correspondence with S. Masson and LGBCoin-Ext re: drafting language to clarify defendants' actions with December 22 order regarding information provided to Angeion. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/4/2026 | Correspondence with J. Jasnoch, A. Zigler, M. Chadwick, S. Masson, and LGBCoin-Ext on notice URL | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/4/2026 | Drafting - edits to Notice to Court re: compliance issues with Class Notice Plan in the case De Ford v. Koutoulas. | 0.5 | $775.00 | $387.50 | Kevin McCormack | |
| 1/4/2026 | Review documents (multiple screenshots, not compiled) related to JK Telegram posts regarding LGBCoin project. | 0.4 | $775.00 | $310.00 | Kevin McCormack | |
| 1/4/2026 | Review correspondence with S. Masson re: reviewing and revising declaration language regarding contact with Angeion and inclusion of exhibits for filing in De Ford v. Koutoulas et al. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/4/2026 | Review correspondence with S. Phone regarding follow-up voicemail from Eric De Ford concerning previously sent email with screenshots | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/4/2026 | Correspondence with S. Masson re: confirming the filing of the De Ford v. Koutoulas et al Declaration. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/4/2026 | Review correspondence with S. Masson re finalizing and confirming filing of De Ford v. Koutoulas et al declaration with incorporated edits and exhibits. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/4/2026 | Prepare for filing, resolve document errors, and file Notice on Class Notification. | 0.5 | $775.00 | $387.50 | Kevin McCormack | |
| 1/5/2026 | Review notice to court regarding class certification in the case De Ford v. Koutoulas (LGBCoin), 22-cv-00652 (M.D. Fla.). | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/6/2026 | Research cases on corrective notice, sanctions for interfering in class notice, and other courts' handling of such challenges. | 0.8 | $775.00 | $620.00 | Kevin McCormack | |
| 1/6/2026 | Review Notice regarding filing in the case De Ford v. Koutoulas (LGBCoin), 22-cv-00652 (M.D. Fla.). | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/7/2026 | Review correspondence with cmecf_flmd_notification@flmd.uscourts.gov and cmecf_flmd_notices@flmd.uscourts.gov re: court order requiring Defendant Koutoulas to file class notice materials and appear at show cause hearing for potential civil contempt in De | 0.1 | $775.00 | $77.50 | Kevin McCormack | |

| Date | Description | Hours | Rate | Amount | Timekeeper | |
|---|---|---|---|---|---|---|
| 1/7/2026 | Review correspondence with cmecf_flmd_notification@flmd.uscourts.gov and cmecf_flmd_notices@flmd.uscourts.gov re: notice of show cause hearing scheduled for case De Ford v. Koutoulas on January 16, 2026. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/7/2026 | Review correspondence with DocketBird re: notification of a Show Cause hearing scheduled for De Ford v. Koutoulas et al on January 16, 2026. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/7/2026 | Correspondence with E. Ford, A. Zigler, and S. Formichelli re preparing for a contempt hearing by capturing Koutoulas's messages on Telegram and Discord. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/7/2026 | Research LetsGoBrandon.com website, Defendants' continued involvement and ability to post content. | 0.6 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/7/2026 | Summarize Telegram chat discussions concerning $LETSGO cryptocurrency. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/7/2026 | Review correspondence with E. Ford and A. Zigler re collection of social media posts and statements from J. Koutoulas for court report. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/7/2026 | Review Order regarding Defendant's obligation to file copy of Class Notices in the case De Ford v. Koutoulas (LGBCoin), 22-cv-00652 (M.D. Fla.). | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/8/2026 | Research Civil contempt punishments used by Courts in similar cases and their implications for compliance with court orders. | 0.5 | $775.00 | $387.50 | Kevin McCormack | |
| 1/8/2026 | Research legal updates and proceedings related to the Lets Go Brandon $LETSGO case. | 0.3 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/8/2026 | Review Order regarding Defendant's obligation to file copy of Class Notices in the case De Ford v. Koutoulas (LGBCoin), 22-cv-00652 (M.D. Fla.). | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/8/2026 | Correspondence review with S. Masson and LGBCoin-Ext re proposal to request the court hold the civil contempt hearing publicly via Zoom and require JK to share the link on social media to improve notice and counteract narrative control | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/8/2026 | Review document regarding Koutoulas Telegram messages concerning LGBCoin notice proofs. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/8/2026 | Review document analyzing Koutoulas Telegram messages re: AMZ. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/8/2026 | Review correspondence with M. Chadwick, S. Masson, and LGBCoin-Ext re Civil Contempt Hearing - Public Access via Zoom to Ensure Transparency and Counter Defendant's Narrative Control. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/8/2026 | Review correspondence with A. Zigler, S. Masson and LGBCoin-Ext re: evaluating strategy and implications of streaming civil contempt hearing publicly to influence judge and control narrative. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/8/2026 | Drafting memo - begin on memo concerning corrective notice categories, Telegram chats, and potential violations of ethics rules. | 0.8 | $775.00 | $620.00 | Kevin McCormack | |
| 1/8/2026 | Review Notice regarding filing [534] in the case De Ford v. Koutoulas (LGBCoin), 22-cv-00652 (M.D. Fla.). | 0.2 | $775.00 | $155.00 | Kevin McCormack | |
| 1/8/2026 | Videoconference with A. Zigler re LGBcoin corrective notice | 0.4 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/8/2026 | Review correspondence with E. Ford and A. Zigler re: updated posts and attachments related to James Koutoulas for court reporting purposes | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/8/2026 | Review correspondence with E. Ford and A. Zigler re: providing compiled and legible version of posts and chat streams related to James Koutoulas for court reporting purposes. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/9/2026 | Research methods for capturing and downloading Telegram channel history. | 1 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/9/2026 | Add Document summarizing Telegram chat discussions re: $LETSGO cryptocurrency. | 0.1 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/9/2026 | Correspondence with LGBCoin-Ext re discussing JK's response to a potential class member's inquiry re show cause order and lawsuit. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/9/2026 | Review correspondence with E. Ford and A. Zigler re: updated posts and chat streams related to James Koutoulas for court reporting purposes. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/9/2026 | Review correspondence with S. Masson and LGBCoin-Ext re drafting proposed court order to submit at or immediately after hearing, with focus on corrective notice | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/9/2026 | Correspondence with A. Zigler, S. Masson, and LGBCoin-Ext re: drafting a strong statement for appeal by identifying ethical violations and inappropriate statements by JK. | 0.3 | $775.00 | $232.50 | Kevin McCormack | |
| 1/9/2026 | Correspondence re: drafting a corrective notice regarding legal representation and ethical breaches in court proceedings. | 0.3 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/9/2026 | Correspondence with A. Zigler, S. Masson, and LGBCoin-Ext re: LGBCoin - New Telegram Statement from Koutoulas. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/9/2026 | Review correspondence with E. Ford and A. Zigler re: updates and attachments related to social media posts and responses involving James Koutoulas for court reporting purposes. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/9/2026 | Correspondence with A. Zigler, S. Masson, and LGBCoin-Ext re: drafting a corrective notice addressing JK's ethical violations and misstatements in LGBCoin case. | 0.2 | $775.00 | $155.00 | Kevin McCormack | |
| 1/9/2026 | Review correspondence with S. Masson, A. Zigler and LGBCoin-Ext re: revising and finalizing draft court order re LGBCoin litigation, including adjustments to tone and content for court adoption. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/9/2026 | Revise memo regarding corrective notice to address civil sanctions against James Koutoulas in the LGBCoin litigation. | 0.3 | $775.00 | $232.50 | Kevin McCormack | |
| 1/9/2026 | Research Terminating sanctions and their implications in legal proceedings. | 0.2 | $775.00 | $155.00 | Kevin McCormack | |
| 1/9/2026 | Research notice provisions in manual of complex litigation and communications with class members during opt-out in same. | 0.2 | $775.00 | $155.00 | Kevin McCormack | |
| 1/10/2026 | Research methods to export Telegram chats to PDF. | 0.2 | $775.00 | $0.00 | Kevin McCormack | No Charge |

| Date | Description | Hours | Rate | Amount | Attorney | |
|---|---|---|---|---|---|---|
| 1/10/2026 | Review Telegram chat messages and begin organizing for analysis | 0.6 | $775.00 | $465.00 | Kevin McCormack | |
| 1/10/2026 | Review Manual for Complex Litigation, Fourth | 0.3 | $775.00 | $232.50 | Kevin McCormack | |
| 1/10/2026 | Revise memo regarding corrective notice to address civil sanctions against James Koutoulas in the LGBCoin litigation. | 0.5 | $775.00 | $387.50 | Kevin McCormack | |
| 1/10/2026 | Review document capturing Telegram communications for case documentation. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/10/2026 | Review correspondence with A. Zigler, S. Masson, and LGBCoin-Ext re: clarification on the deadline for the Discord submission related to the motion to seal. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/11/2026 | Review Order regarding Defendant's obligation to file a copy of Class Notices in the case De Ford v. Koutoulas (LGBCoin), 22-cv-00652 (M.D. Fla.). | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/11/2026 | Review document for Telegram communication printout related to LGBCoin. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/11/2026 | Review historical Telegram chat messages following class certification to address civil sanctions against James Koutoulas in the LGBCoin litigation. | 2.1 | $775.00 | $1,627.50 | Kevin McCormack | |
| 1/11/2026 | Revise memo regarding corrective notice to address civil sanctions against James Koutoulas in the LGBCoin litigation. | 2.3 | $775.00 | $1,782.50 | Kevin McCormack | |
| 1/11/2026 | Correspondence with A. Zigler, S. Masson, and LGBCoin-Ext re: drafting a corrective statement addressing JK's ethical violations and court order breaches in the LGBCoin case. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/11/2026 | Review document related to Telegram communications for LGBCoin case. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/11/2026 | Correspondence with LGBCoin-Ext re: LGBCoin - Koutoulas Telegram Chats. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/11/2026 | Review correspondence with J. Jasnoch and LGBCoin-Ext re opposition to motion to seal class notice filing and related exhibits. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/11/2026 | Research Review of Professional Conduct Rules from New York and Florida Bar Associations. | 0.3 | $775.00 | $232.50 | Kevin McCormack | |
| 1/11/2026 | Correspondence re LGBCoin - Review of Telegram Chats and Preparation of Supplemental Notice for Court re James' Conduct. | 0.2 | $775.00 | $155.00 | Kevin McCormack | |
| 1/12/2026 | Revise memo regarding corrective notice to address civil sanctions against James Koutoulas in the LGBCoin litigation. | 1.7 | $775.00 | $1,317.50 | Kevin McCormack | |
| 1/12/2026 | Correspondence with LGBCoin-Ext re LGBCoin - Review of Telegram Chats and Proposed Legal Actions against James for Soliciting Class Members. | 0.2 | $775.00 | $155.00 | Kevin McCormack | |
| 1/12/2026 | Correspondence with A. Zigler, S. Masson, and LGBCoin-Ext re: drafting a corrective statement addressing JK's ethical violations and court order breaches for LGBCoin case. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/12/2026 | Correspondence with S. Formichelli re LGBCoin - Review of Telegram Chats and Potential Legal Actions against James for Soliciting Class Members. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/12/2026 | Review Discussion on personal and legal matters in the Lets Go Brandon $LETSGO Chat, including a summary judgment order and personal updates from James Koutoulas. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/12/2026 | Review Notice by plaintiffs regarding filing [534] in the case De Ford v. Koutoulas (LGBCoin), 22-cv-00652 (M.D. Fla.). | 0.2 | $775.00 | $155.00 | Kevin McCormack | |
| 1/12/2026 | Research AI-assisted legal inquiries on acceptable class notice content, deviations therefrom, and corrective notice. | 0.7 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/12/2026 | Review Discussion in the Lets Go Brandon $LETSGO Chat. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/12/2026 | Correspondence with LGBCoin-Ext re: Koutoulas's response to the show cause order and compliance issues with the court order. | 0.2 | $775.00 | $155.00 | Kevin McCormack | |
| 1/13/2026 | Correspondence with LGBCoin-Ext re: issues with Koutoulas's notice, including trial postponement, judge's order, and compliance disputes. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/13/2026 | Research Archived content of the website lgbcoincryptoaction.com using the Wayback Machine. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/13/2026 | Research Discord servers related to Let's Go communities. | 0.2 | $775.00 | $155.00 | Kevin McCormack | |
| 1/13/2026 | Review Notice to Court regarding completion status of Class Notice Plan in De Ford v. Koutoulas case. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/13/2026 | Draft Supplemental Notice to Court regarding completion status of Class Notice Plan in De Ford v. Koutoulas case. | 0.7 | $775.00 | $542.50 | Kevin McCormack | |
| 1/13/2026 | Review correspondence with J. Beliveau, S. Masson, A. Zigler, M. Chadwick, J. Jasnoch et al. re: providing the signed declaration related to the LGBCoin class notice. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/13/2026 | Review correspondence with S. Masson and LGBCoin-Ext re: preparing and filing supplemental notice with attached exhibits including declarations and chat excerpts. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/13/2026 | Review correspondence with S. Masson, J. Beliveau, A. Zigler, M. Chadwick, J. Jasnoch et al. re: coordinating review and signing of a time-sensitive declaration for court submission related to the Koutoulas Ford class certification. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/13/2026 | Review correspondence with J. Beliveau, S. Masson, A. Zigler, M. Chadwick, J. Jasnoch et al. re: providing a signed declaration for inclusion in a time-sensitive court submission related to the Koutoulas Ford class certification. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/13/2026 | Review correspondence with J. Beliveau, S. Masson, A. Zigler, M. Chadwick, J. Jasnoch et al. re: Koutoulas communication on class notice | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/13/2026 | Review correspondence with A. Zigler, S. Masson, and LGBCoin-Ext re supplement notice - Additional Communications to Facilitate Class Notice. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/13/2026 | Continued Drafting Supplemental Notice to Court regarding compliance with Class Notice Plan in Eric De Ford v. James Koutoulas case. | 0.3 | $775.00 | $232.50 | Kevin McCormack | |

| Date | Description | Hours | Rate | Amount | Timekeeper | Note |
|---|---|---|---|---|---|---|
| 1/13/2026 | Review correspondence with S. Masson, A. Zigler, and LGBCoin-Ext re LGBCoin - Revising and Finalizing Supplemental Exhibits and Strategy for Class Notice Supplementation. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/13/2026 | Review correspondence with A. Zigler, S. Masson and LGBCoin-Ext regarding effectiveness of opt-out notice and opposing attempts to undermine class litigation. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/13/2026 | Review correspondence with S. Masson and LGBCoin-Ext re: draft proposed order for civil contempt. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/13/2026 | Review correspondence with A. Zigler, S. Masson and LGBCoin-Ext re: attending hearing and expressing that the proposed order for civil contempt does not go far enough. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/13/2026 | Review correspondence with S. Masson and LGBCoin-Ext re draft proposed order for civil contempt and planning relief presentation at hearing. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/13/2026 | Review Administrative procedures for electronic filing in the U.S. District Court - Middle District of Florida. | 0.1 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/13/2026 | Correspondence with A. Zigler, S. Masson, and LGBCoin-Ext re: drafting a corrective statement addressing JK's ethical violations and court order breaches for LGBCoin case. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/13/2026 | Revise memo regarding corrective notice categories and Telegram chats related to LGBCoin litigation against James Koutoulas. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/14/2026 | Correspondence with S. Masson, A. Zigler, and LGBCoin-Ext re LGBCoin - Review and Edit of Supplemental Notice and Telegram Chat Excerpts for Class Notice. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/14/2026 | Correspondence with A. Zigler, S. Masson, and LGBCoin-Ext re: drafting a corrective statement addressing JK's ethical violations and court order breaches for LGBCoin case. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/14/2026 | Correspondence with S. Masson and LGBCoin-Ext re: discussing redlines and additional corrective statements for civil contempt order, including communication requirements with class members. | 0.2 | $775.00 | $155.00 | Kevin McCormack | |
| 1/14/2026 | Revise Plaintiffs' Supplemental Notice to Court regarding compliance with Class Notice Plan in Eric De Ford v. James Koutoulas case. | 0.6 | $775.00 | $465.00 | Kevin McCormack | |
| 1/14/2026 | Review document concerning James Koutoulas's Telegram messages (related to LGBCoin). | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/14/2026 | Research activity related to the Let's Go Brandon cryptocurrency and community social media messages. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/14/2026 | Research Reviewing court documents and local rules related to the U.S. District Court - Middle District of Florida. | 0.1 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/14/2026 | Book travel - McCormack to Orlando | 0.2 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/14/2026 | Review correspondence with cmecf_flmd_notification@flmd.uscourts.gov and cmecf_flmd_notices@flmd.uscourts.gov re: response in De Ford v. Koutoulas et al. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/14/2026 | Research hotel accommodations in Orlando. | 0.1 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/15/2026 | Travel to Orlando for contempt hearing, dinner meeting with team, additional preparation for same | 12 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/16/2026 | Meeting with co-counsel after civil contempt hearing and return travel afterward. | 7.5 | $775.00 | $2,906.25 | Kevin McCormack | 1/2 Charge |
| 1/17/2026 | Research - legal research on mandatory ethics reporting requirements in connection with Contempt hearing | 1.1 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/17/2026 | Revise Proposed Order for Civil Contempt regarding Defendant Koutoulas' non-compliance with court orders in the Eric De Ford v. James Koutoulas class action case. | 0.9 | $775.00 | $697.50 | Kevin McCormack | |
| 1/17/2026 | Review document related to Lets Go Brandon $LETSGO Telegram chat printout. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/17/2026 | Research How to pin messages on Discord and Telegram for links to include in Proposed Order | 0.2 | $775.00 | $155.00 | Kevin McCormack | |
| 1/17/2026 | Research - legal research in support of proposed Order on Contempt - Contempt cases in 11th Circuit, cases on pro se sanctions for failure to comply with court order to counter Defense argument | 1.6 | $775.00 | $1,240.00 | Kevin McCormack | |
| 1/17/2026 | Review ARDC Complaint Flowchart document. | 0.1 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/17/2026 | Drafting proposed order of contempt. | 2.1 | $775.00 | $1,627.50 | Kevin McCormack | |
| 1/18/2026 | Continued drafting - proposed Order on Civil Contempt | 1.6 | $775.00 | $1,240.00 | Kevin McCormack | |
| 1/18/2026 | Research Investigation into attorney disciplinary processes and reporting mechanisms. | 0.3 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/18/2026 | Review report form regarding ARDC Illinois compliance. | 0.1 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/18/2026 | Review document regarding attorney online services for the 3rd appellate division NY | 0.1 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/18/2026 | Research Misconduct regulations under New York's Rules of Professional Conduct. | 0.1 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/18/2026 | Research Ethics opinions and guidelines from the New York State Bar Association. | 0.4 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/18/2026 | Review commentary and research on attorney discipline for disparaging a judge. | 0.1 | $775.00 | $0.00 | Kevin McCormack | No Charge |
| 1/18/2026 | Research Defendant communications with absent class members in Rule 23(b)(3) class action litigation. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |
| 1/18/2026 | Review law review article on communications with unrepresented class members. | 0.1 | $775.00 | $77.50 | Kevin McCormack | |

| 1/19/2026 | Revise and finalize Proposed Order for Civil Contempt regarding Defendant Koutoulas's non-compliance with Court's Class Notice directives in Eric De Ford v. James Koutoulas case. | 0.5 | $775.00 | $387.50 | Kevin McCormack |
| 1/19/2026 | Review LGBCoin subreddits for notice | 0.1 | $775.00 | $77.50 | Kevin McCormack |
| 1/20/2026 | Revise and finalize Proposed Order for Civil Contempt regarding Defendants' non-compliance with Court's Class Notice directives in Eric De Ford v. James Koutoulas case. | 1 | $775.00 | $775.00 | Kevin McCormack |
| 1/20/2026 | Correspondence with A. Zigler, S. Masson, and LGBCoin-Ext re: drafting a corrective statement addressing JK's ethical violations and court order breaches for LGBCoin case. | 0.1 | $775.00 | $77.50 | Kevin McCormack |
| 1/20/2026 | Review court order regarding Defendant's obligation to file copy of Class Notice in the case De Ford v. Koutoulas (LGBCoin), 22-cv-00652 (M.D. Fla.). | 0.2 | $775.00 | $155.00 | Kevin McCormack |
| 1/20/2026 | Review Notice to Court regarding implementation of Class Notice Plan in the case Eric De Ford et al. v. James Koutoulas et al. class action. | 0.1 | $775.00 | $77.50 | Kevin McCormack |
| 1/20/2026 | Correspondence with S. Masson, A. Zigler, and LGBCoin-Ext re: reviewing and simplifying language in the proposed order on contempt for LGBCoin. | 0.3 | $775.00 | $232.50 | Kevin McCormack |
| 1/20/2026 | Drafting - revisions to Proposed Order for Civil Contempt against Defendants for non-compliance with Court's Notice Plan in Eric De Ford v. James Koutoulas case. | 0.4 | $775.00 | $310.00 | Kevin McCormack |
| | **Total** | 72.5 | | | |
| | **Total Less No Charge and Half Charge Time** | **48.75** | | **$37,781.25** | |
| | **Total All Timekeepers** | **59.25** | | **$44,728.75** | |