| 01/19/2026 | Billable Expense Charge | LGB Coin | MARRIOTT ORLANDO DOWNT - 4800 - Contempt hearing | $230.63 open |
| 01/17/2026 | Billable Expense Charge | LGB Coin | MemphisShelbyAirport - 4800 - LGB Contempt hearing | $30.00 open |
| 01/17/2026 | Billable Expense Charge | LGB Coin | UBER *TRIP - 0423 - LGB Contempt hearing | $43.71 open |
| 01/17/2026 | Billable Expense Charge | LGB Coin | GRAND BOHEMIAN ORLANDO - 9956 - LGB Contempt hearing | $706.84 open |
| 01/17/2026 | Billable Expense Charge | LGB Coin | MCO AIRP GASTROHUB - 9956 - LGB Contempt hearing | $96.98 open |
| 01/17/2026 | Billable Expense Charge | LGB Coin | PY *CASK & LARDER - 4800 - LGB Contempt hearing | $110.00 open |
| 01/17/2026 | Billable Expense Charge | LGB Coin | UBER *TRIP - 0423 - LGB Contempt hearing with no markup | $150.40 open |
| 01/16/2026 | Billable Expense Charge | LGB Coin | UBER *TRIP - 0423 - LGB Contempt hearing with no markup | $118.42 open |
| 01/16/2026 | Billable Expense Charge | LGB Coin | UBER TRIP* TRIP - 4800 - LGB Contempt hearing with no markup | $40.00 open |
| 01/16/2026 | Billable Expense Charge | LGB Coin | SPIRIT AIXXXXXXXXXXXXXXXX - 4800 - LGB Contempt hearing with no markup | $280.09 open |
| 01/16/2026 | Billable Expense Charge | LGB Coin | THE BOHEME - 9956 - LGB Contempt hearing with no markup | $237.03 open |
| 01/16/2026 | Billable Expense Charge | LGB Coin | SOUTHWESXXXXXXXXXXXXXX - 4800 - LGB Contempt hearing with no markup | $363.49 open |
| 01/08/2026 | Billable Expense Charge | LGB Coin | UNITED XXXXXXXXX0757 - LGB Contempt hearing with no markup | $774.62 open |

**Total** **$3,182.21**