| Timekeeper | Matter | Transaction Date | Hours | Narrative | Activity | Firm Task | Note |
|---|---|---|---|---|---|---|---|
| Chadwick, Mollie Elizabeth (019 | LGB Coin (22036) | 12/28/2025 | 1.00 | review telegram chats from JK | Review/analyze (A104) | Class Action Certification and Notice (L260) | |
| Chadwick, Mollie Elizabeth (019 | LGB Coin (22036) | 12/28/2025 | 0.50 | review email from JK re opt-out and webiste, and internal conversations related to | Review/analyze (A104) | Class Action Certification and Notice (L260) | |
| Chadwick, Mollie Elizabeth (019 | LGB Coin (22036) | 12/29/2025 | 1.00 | review email from JK re opt-out and webiste, and internal conversations related to | Review/analyze (A104) | Class Action Certification and Notice (L260) | |
| Masson, Sean T (0067) | LGB (22036) | 1/3/2026 | 5.60 | Notice on Class Notice. | Draft/revise (A103) | Enforcement (L470) | |
| Masson, Sean T (0067) | LGB (22036) | 1/4/2026 | 6.10 | Notice on Class Notice. | Draft/revise (A103) | Enforcement (L470) | |
| Masson, Sean T (0067) | LGB (22036) | 1/4/2026 | 1.70 | Deposition designations for trial. | Draft/revise (A103) | Enforcement (L470) | |
| Chadwick, Mollie Elizabeth (019 | LGB Coin (22036) | 1/6/2026 | 0.50 | review email from Angeon rep re JK's email to them re emails and contacts for class | Review/analyze (A104) | Class Action Certification and Notice (L260) | |
| Chadwick, Mollie Elizabeth (019 | LGB Coin (22036) | 1/7/2026 | 1.00 | review court order on Notice to show cause and hearing set | Review/analyze (A104) | Class Action Certification and Notice (L260) | |
| Chadwick, Mollie Elizabeth (019 | LGB Coin (22036) | 1/8/2026 | 0.60 | review internal emails re Show Cause hearing - give my two cents re zoom | Review/analyze (A104) | Other Case Assessment, Development and Administration | |
| Chadwick, Mollie Elizabeth (019 | LGB Coin (22036) | 1/9/2026 | 1.00 | review proposed order for civil contempt - multiple versions | Review/analyze (A104) | Other Written Motions and Submissions (L250) | |
| Masson, Sean T (0067) | LGB Coin (22036) | 1/12/2026 | 1.80 | Drafted proposed order for civil contempt. | Draft/revise (A103) | Class Action Certification and Notice (L260) | |
| Masson, Sean T (0067) | LGB Coin (22036) | 1/12/2026 | 1.80 | Research case law re: civil contempt and violations of Rule 4-4.2 of the Florida Rules of Professional Conduct. | Research (A102) | Class Action Certification and Notice (L260) | |
| Masson, Sean T (0067) | LGB Coin (22036) | 1/12/2026 | 1.20 | Drafted supplemental notice to the court regarding notice to the class. | Draft/revise (A103) | Class Action Certification and Notice (L260) | |
| Masson, Sean T (0067) | LGB Coin (22036) | 1/13/2026 | 6.60 | Prepare for Civil Contempt hearing | Plan and prepare for (A101) | Class Action Certification and Notice (L260) | |
| Masson, Sean T (0067) | LGB Coin (22036) | 1/14/2026 | 7.70 | Prepare for Civil Contempt hearing | Plan and prepare for (A101) | Class Action Certification and Notice (L260) | |
| Masson, Sean T (0067) | LGB Coin (22036) | 1/15/2026 | 3.90 | Travel to FL for Civil Contempt hearing | Travel (A112) | Class Action Certification and Notice (L260) | |
| Masson, Sean T (0067) | LGB Coin (22036) | 1/15/2026 | 6.20 | Prepare for Civil Contempt hearing | Plan and prepare for (A101) | Class Action Certification and Notice (L260) | |
| Masson, Sean T (0067) | LGB Coin (22036) | 1/16/2026 | 2.20 | Civil Contempt hearing | Appear for/attend (A109) | Class Action Certification and Notice (L260) | |
| Masson, Sean T (0067) | LGB Coin (22036) | 1/16/2026 | 4.00 | Travel from FL for Civil Contempt hearing | Travel (A112) | Class Action Certification and Notice (L260) | |
| Chadwick, Mollie Elizabeth (019 | LGB Coin (22036) | 1/16/2026 | 0.60 | comms with team re Show Cause Hearing debrief | Communicate (in firm) (A105) | Other Trial Preparation and Support (L440) | |
| Chadwick, Mollie Elizabeth (019 | LGB Coin (22036) | 1/20/2026 | 1.00 | review Proposed Order on Contempt due today | Review/analyze (A104) | Other Trial Preparation and Support (L440) | |
| Chadwick, Mollie Elizabeth (019 | LGB Coin (22036) | 1/26/2026 | 1.00 | review Telegram emssages to/from JK and class members | Review/analyze (A104) | Other Written Motions and Submissions (L250) | |
| Chadwick, Mollie Elizabeth (019 | LGB Coin (22036) | 1/27/2026 | 0.50 | comms with para re ordering transcript from Show cause hearing | Communicate (in firm) (A105) | Other Case Assessment, Development and Administration | |
| Chadwick, Mollie Elizabeth (019 | LGB Coin (22036) | 1/27/2026 | 1.50 | review transcript from Show Cause hearing | Review/analyze (A104) | Court Mandated Conferences (L230) | |

`                                    59.00