

| Prepared For | Account Number | Closing Date |
|---|---|---|
| SCOTT SCOTT<br>SCOTT & SCOTT | XXXX-XXXX | 01/28/26 |

## Activity Continued    ** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number XXXX-XXXXX | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|
| 12/28/25 ANNUAL MEMBERSHIP RENEWAL FEE<br>PERIOD 02/26 THRU 01/27 | 03100000226 | | 35.00 |
| 01/12/26 Corporate Traveler MONTVALE NJ<br>TKT# 0067359907342 TRAVEL AGENCY 01/12/26<br>PASSENGER TICKET<br>Sean Thomas Masson Corporate Traveler<br>Corporate Traveler MONTVALE NJ<br>FROM<br> LAGUARDIA INTL A/P<br>TO CARRIER CLASS<br> ORLANDO FL DL H<br>TO<br> LAGUARDIA INTL A/P DL S<br>TO<br> UNAVAILABLE YY 00<br>TO<br> UNAVAILABLE YY 00 | | | 855.29 |
| 01/15/26 PATREON* MEMBERSHIP SAN FRANCISCO CA<br>REF# AWJLMG017921 SUPPORT@PATREON 01/15/26 | | | 5.00 |
| 01/16/26 LGA SOLEIL BRASSERIE EAST ELMHURST NY<br>REF# 999999960165 8665083558 01/15/26<br>LGA SOLEIL BRASSERIE C80 - ECO<br>RETAIL<br>ROC NUMBER 9999999601650006 | 99999996016 | | 35.12 |
| 01/16/26 LGA SOLEIL BRASSERIE EAST ELMHURST NY<br>REF# 999999960165 8665083558 01/15/26<br>LGA SOLEIL BRASSERIE C80 - ECO<br>RETAIL<br>ROC NUMBER 9999999601650006 | 99999996016 | | 9.69 |
| 01/16/26 UBER TRIP HTTPS://HELP.UBER. CA<br>143CZ6H9 EJVHZQZ4 32801 01/16/26<br>ROC NUMBER 143CZ6H9 | | | 51.90 |
| 01/16/26 UBER TRIP HTTPS://HELP.UBER. CA<br>9VM12Z2P YEQ3UERF 11371 01/16/26<br>ROC NUMBER 9VM12Z2P TAX $6.54 | | | 64.56 |
| 01/17/26 Marriott Orlando Dow Orlando FL<br>35048 310813 32801 01/17/26<br>ROC NUMBER 35048 | 35048000000 | | 269.88 |
| 01/17/26 Marriott Orlando Dow Orlando FL<br>35048 317255 32801 01/17/26<br>ROC NUMBER 35048 | 35048000000 | | 5.86 |
| 01/17/26 NATHAN'S AS4 MCO Orlando FL<br>2425 2425 32827 01/16/26<br>ROC NUMBER 2425 TAX $0.47 | 24250000000 | | 7.75 |
| 01/17/26 MCO CIBO EXPRESS 72 ORLANDO FL<br>REF# 310995360162 MISC FOOD STORE 01/16/26 | 31099536016 | | 4.25 |
| 01/17/26 UBER TRIP HTTPS://HELP.UBER. CA<br>A8AAXNJP Y3Z4JWUZ 11109 01/17/26<br>ROC NUMBER A8AAXNJP TAX $4.44 | | | 43.99 |
| 01/17/26 UBER TRIP HTTPS://HELP.UBER. CA<br>0YSAR45G IQLWTATG 32827 01/17/26<br>ROC NUMBER 0YSAR45G | | | 30.92 |

*Continued on reverse*