UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

|  |  |
|---|---|
| JED LEMEN, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 3:21-cv-01254-TJC-PDB |
| v. | CLASS ACTION |
| REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ, | |
| Defendants. | |

**DECLARATION OF REED R. KATHREIN ON BEHALF OF HAGENS BERMAN SOBOL SHAPIRO LLP CONCERNING ATTORNEYS' FEES AND EXPENSES**

I, Reed R. Kathrein, declare as follows:

1.       I am a partner of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), Lead Counsel for Lead Plaintiff Jared Thompson ("Lead Plaintiff") in the above-captioned action (the "Action"). I submit this declaration in support of Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses in connection with services rendered in this Action. I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.       Hagens Berman, as Lead Counsel, was involved in all aspects of the Action and its settlement, as more fully explained in my declaration in support of (i) Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation and (ii) Lead Counsel's Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Compensatory Award to Lead Plaintiff ("Kathrein Decl.").

3.       The schedule attached hereto as Exhibit A is a detailed summary indicating the amount of time spent working on the Action by attorneys and professional staff of my firm from inception of the Action through and including June 20, 2025, and the lodestar calculation for those individuals based on my firm's billing rates for 2025. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm.

- 1 -

4.      I am the partner who oversaw or conducted the day-to-day activities in the Action. I believe that the time of the Hagens Berman attorneys and staff reflected in Exhibit A was reasonable and necessary for the effective and efficient prosecution and resolution of the Action.

5.      The hourly rates for the attorneys and professional support staff in my firm included in Exhibit A hereto are consistent with the rates approved by courts in other securities or shareholder litigation when conducting a lodestar cross-check.[1] The firm's hourly rates are based on a periodic review of rates charged by firms performing comparable work and/or rates regularly submitted to other courts as the basis for the contingent fee awards in comparably complex class actions, including a review of both plaintiff and defense firm rates for complex litigation. Different timekeepers within the same employment category (*e.g.*, partners, associates, paralegals, etc.) may have different rates based on a variety of factors, including years of practice, years at the firm, years in their current position (*e.g.*, years as a partner), relevant experience, and relevant expertise. For personnel who are no longer employed by the firm, the "current rate" used for the lodestar calculation is the rate that was used for that person in their final year of employment.

6.      The total number of hours reflected in Exhibit A hereto is 4,121.50 hours. The total lodestar reflected in Exhibit A hereto is $3,254,962.50 consisting of

---

[1] *See* Kathrein Decl. Ex. 6 (Table of Peer Law Firm Billing Rates).

$3,014,620.00 for attorneys' time and $240,342.50 for professional support staff time.

7.      My firm's lodestar figures are based upon the firm's billing rates, which do not include charges for expense items. Expense items are billed separately, and such charges are not duplicated in my firm's billing rates.

8.      As detailed in Exhibit B hereto, my firm is seeking reimbursement of a total of $430,087.97 in expenses incurred in connection with the prosecution of this Action.

9.      The following is additional information regarding certain of these expenses:

    a. **<u>Internal Prints/Copies at $0.25 per page</u>**: $1,044.25. Hagens Berman incurred costs related to document printing and reproduction. Each time a photocopy is made or a document is printed, Hagens Berman's billing system requires that a case or administrative billing code be entered into the copy machine or computer being used.

    b. **<u>Court Reporters/Transcripts</u>**: $15,236.76. This amount includes expenses for the remote depositions taken during the Action, including court reporters and deposition transcripts.

    c. **<u>Expert Fees</u>**: $394,466.30. Lead Plaintiff retained a loss causation and damages expert to perform a damages analysis in connection with case evaluation and settlement negotiations. The damages expert also helped develop the Plan of Allocation. Lead Plaintiff's class certification expert performed a market efficiency analysis in connection with the class certification motion. This amount also includes fees paid to the attorney who defended the deposition of the whistleblower.

d. **Mediation Fees**: $4,777.50. This amount reflects the fees of the mediator, Gary S. Salzman, Esq., who conducted a mediation session leading to the settlement of the Action.

e. **Online Document Hosting (Everlaw)**: $1,127.43. This amount relates to electronic discovery through the Everlaw platform used to store, sort, and assess discovery documentation.

f. **Online Research (LexisNexis/Westlaw/PACER)**: $8,185.15. During the course of the Action, Hagens Berman incurred costs associated with online legal and factual research necessary to the investigation, prosecution, and obtainment of the Settlement. These expenses include charges from online vendors such as Westlaw, LexisNexis, Courtlink, and PACER, and reflect costs associated with obtaining access to court filings and performing legal and factual research. This expense amount represents the amount billed by the vendor.

g. **Airfare/Hotel**: $1,881.10. This amount includes expenses for airfare and hotel accommodations related to attendance at a discovery motion hearing in March 2024 in Florida. This amount also includes expenses related to attending the upcoming final approval hearing in July 2025 in Florida.

h. **Messenger/Process Service**: $1,991.25. This amount reflects payments made to messenger and process servers for performing, among other tasks, the service of third-party document and deposition subpoenas.

10. The litigation expenses incurred in this Action are reflected in the books and records of my firm. Hagens Berman prepares these books and records in the normal course of business from expense vouchers, check records, and financial statements. To the best of my knowledge, the expenses reflected in Exhibit B are an accurate record of the expenses incurred in the prosecution of this Action.

- 4 -

11.     The identification and background of my firm is attached hereto as Exhibit C.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of June, 2025 in Berkeley, California.

/s/ Reed R. Kathrein
REED R. KATHREIN

# EXHIBIT A

**REDWIRE**
**Hagens Berman Sobol Shapiro LLP**
**LODESTAR TOTALS - INCEPTION THROUGH JUNE 20, 2025**

| ATTORNEY | STATUS | CURRENT HOURLY RATE | TOTAL HOURS | LODESTAR AT CURRENT RATES |
|---|---|---|---|---|
| Steve Berman | Partner | $1,425.00 | 2.30 | $3,277.50 |
| Reed Kathrein | Partner | $1,275.00 | 1260.10 | $1,606,627.50 |
| Elaine Byszewski | Partner | $1,150.00 | 1.00 | $1,150.00 |
| Lucas Gilmore | Partner | $1,000.00 | 183.90 | $183,900.00 |
| Chris O'Hara | Partner | $900.00 | 52.30 | $47,070.00 |
| Raffi Melanson | Partner | $800.00 | 0.20 | $160.00 |
| Karl Barth | Of Counsel | $850.00 | 1.00 | $850.00 |
| Nathaniel Tarnor | Of Counsel | $850.00 | 1.40 | $1,190.00 |
| Robert Jigarjian | Of Counsel | $725.00 | 1.30 | $942.50 |
| Peter Shaeffer | Associate | $575.00 | 1886.10 | $1,084,507.50 |
| Wesley Wong | Associate | $525.00 | 161.80 | $84,945.00 |
| | | **ATTORNEY TOTAL** | **3551.40** | **$3,014,620.00** |
| | | | | |
| PROFESSIONAL STAFF | STATUS | CURRENT HOURLY RATE | TOTAL HOURS | LODESTAR AT CURRENT RATES |
| Kevin Naughton | Investigator | $425.00 | 320.00 | $136,000.00 |
| Lisa Napoleon | Paralegal | $425.00 | 64.40 | $27,370.00 |
| Bill Stevens | Paralegal | $425.00 | 148.40 | $63,070.00 |
| Shelby Taylor | Paralegal | $375.00 | 4.00 | $1,500.00 |
| Radha Kerzan | Paralegal | $375.00 | 29.70 | $11,137.50 |
| Anastasia Grant | Paralegal | $375.00 | 1.90 | $712.50 |
| Chan Lovell | Paralegal Assistant | $325.00 | 1.70 | $552.50 |
| | | **PARALEGAL TOTAL** | **570.10** | **$240,342.50** |
| | | | | |
| | | **GRAND TOTAL** | **4121.50** | **$3,254,962.50** |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JED LEMEN, Individually and On
Behalf of All Others Similarly
Situated,

                              Plaintiff,

        v.

REDWIRE CORPORATION f/k/a
GENESIS PARK ACQUISITION
CORP., PETER CANNITO, and
WILLIAM READ,

                              Defendants.

Case No. 3:21-cv-01254-TJC-PDB

CLASS ACTION

# DECLARATION OF DAVID M. BUCKNER ON BEHALF OF BUCKNER + MILES CONCERNING ATTORNEYS' FEES AND EXPENSES

I, David M. Buckner, declare as follows:

1.  I am an attorney admitted to practice in this Court and a Partner at Buckner + Miles, Liaison Counsel for Lead Plaintiff Jared Thompson ("Lead Plaintiff") in the above-captioned action (the "Action"). I submit this declaration in support of Lead Counsel Hagens Berman Sobol Shapiro LLP's application, on behalf of Buckner + Miles, for an award of attorneys' fees in connection with services rendered in this Action. I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.  As Liasion Counsel, I have, among other tasks, assisted with the briefing on the motion for appointment of lead plaintiff and Defendants' motion to extend time to respond to discovery, participated in the preliminary pretrial conference, reviewed and analyzed discovery responses, and consulted with Lead Counsel on litigation strategy.

3.  The schedule attached hereto as Exhibit A is a summary indicating the amount of time I spent working on the Action, from its inception through January 2025, and the lodestar calculation is based on my current billing rate for 2025. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm.

- 1 -

4.      I am the partner who conducted Buckner + Miles' work in the Action. I believe that the time reflected in Exhibit A was reasonable and necessary for the effective and efficient prosecution and resolution of the Action.

5.      The hourly rate included in Exhibit A hereto is consistent with the rates approved by courts in other securities or shareholder litigation when conducting a lodestar cross-check.[1] The firm's hourly rates are set based on a periodic review of rates charged by firms performing comparable work and/or rates regularly submitted to other courts as the basis for the contingent fee awards in comparably complex class actions, including a review of both plaintiff and defense firm rates for complex litigation.

6.      The total number of hours reflected in Exhibit A hereto is 10.80 hours. The total lodestar reflected in Exhibit A hereto is $13,500.

7.      My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items.

8.      My firm did not incur any expenses, apart from its fees, in connection with the prosecution of the Action. Accordingly, my firm makes no request for reimbursement of expenses.

---

[1] *See* Kathrein Decl. Ex. 6 (Table of Peer Law Firm Billing Rates).

9. The identification and background of Buckner + Miles and its partners is attached hereto as Exhibit B.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of June, 2025 in Miami, Florida.

David M. Buckner

# EXHIBIT A

**REDWIRE**
**Buckner + Miles**
**LODESTAR TOTALS - INCEPTION THROUGH January 2025**

| ATTORNEY | STATUS | CURRENT HOURLY RATE | TOTAL HOURS | LODESTAR AT CURRENT RATES |
|---|---|---|---|---|
| David Buckner | Partner | $1,250.00 | 10.80 | $13,500.00 |
| | | | | |