Outlook

**Re: Kortoulis**

**From** harry winderman <harry4334@hotmail.com>
**Date** Wed 8/12/2026 3:10 PM
**To** Kevin McCormack <kevin@ziglerlawgroup.com>
**Cc** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>

Fine, I don't know

**Harry Winderman, Esq.**
**2255 Glades Road**
**Suite 205E**
**Boca Raton, FL 33431**
**Cell: 561 - 901 - 5110**

---

**From:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Sent:** Wednesday, August 12, 2026 1:03 PM
**To:** harry4334 <harry4334@hotmail.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Fw: Kortoulis

2:00 Eastern?



**Kevin McCormack**
*Attorney*
**Zigler Law Group, LLC**
p: (224) 480-2056
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: kevin@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Kevin McCormack is licensed in Tennessee.

**From:** harry winderman <harry4334@hotmail.com>
**Sent:** Wednesday, August 12, 2026 1:59 PM
**To:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Subject:** Re: Kortoulis

Yes

Sent via the Samsung Galaxy S24 Ultra, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Sent:** Wednesday, 12 August 2026 14:43:47
**To:** harry4334 <harry4334@hotmail.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: Kortoulis

Harry,

Are you free Friday afternoon to meet and confer on the pre-trial order? We can set up a Teams/Zoom link since the Court has allowed a virtual meeting.

Given the default against your co-defendant, a lot of the draft PTOs we exchanged will need modifications. We're working to pare back our submission in advance of the meeting. Do you anticipate a change to the materials you sent?   Let me so we can streamline the meeting, and what time what works best for you.

Regards,



**Kevin McCormack**
*Attorney*
**Zigler Law Group, LLC**
p: (224) 480-2056
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: kevin@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Kevin McCormack is licensed in Tennessee.

---

**From:** harry winderman <harry4334@hotmail.com>
**Sent:** Monday, August 10, 2026 9:32 AM
**To:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: Kortoulis

Thanks

Sent via the Samsung Galaxy S24 Ultra, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Sent:** Monday, 10 August 2026 10:16:48
**To:** harry4334 <harry4334@hotmail.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: Kortoulis

We oppose your opposition. Feel free to file.

Regards,



**Kevin McCormack**
*Attorney*
**Zigler Law Group, LLC**
p: (224) 480-2056
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: kevin@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Kevin McCormack is licensed in Tennessee.

---

**From:** harry winderman <harry4334@hotmail.com>
**Sent:** Monday, August 10, 2026 7:47 AM
**To:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: Kortoulis

**Harry Winderman, Esq.**
**2255 Glades Road**
**Suite 205E**
**Boca Raton, FL  33431**
**Cell: 561 - 901 - 5110**

---

**From:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Sent:** Monday, August 10, 2026 6:46 AM
**To:** harry4334 <harry4334@hotmail.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: Kortoulis

Nothing was attached. What would you like to confer on?

Regards,



**Kevin McCormack**
*Attorney*
**Zigler Law Group, LLC**
p: (224) 480-2056
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: kevin@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Kevin McCormack is licensed in Tennessee.

---

**From:** harry winderman <harry4334@hotmail.com>
**Sent:** Monday, August 10, 2026 4:45 AM
**To:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Subject:** Kortoulis

Let's meet and confer

Sent via the Samsung Galaxy S24 Ultra, an AT&T 5G smartphone
Get Outlook for Android