Outlook

## Re: For conferral

**From** harry winderman <harry4334@hotmail.com>
**Date** Fri 8/14/2026 6:01 PM
**To** Kevin McCormack <kevin@ziglerlawgroup.com>
**Cc** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>

Yes I confirm you may deal directly with james

Sent via the Samsung Galaxy S24 Ultra, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Sent:** Friday, 14 August 2026 18:56:14
**To:** harry4334 <harry4334@hotmail.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>
**Subject:** Re: For conferral

Harry,

Thanks for the short call today on the PTO.

I understand you weren't able to get into the substance because you don't have authority to confer and agree to the PTO independently or deviate from James' decisions.

Can you confirm that you directed us to discuss the PTO with James on behalf of LGBCoin Ltd, despite his claimed conflict, and gave consent to us contacting him directly to do so?

Regards,



**Kevin McCormack**
*Attorney*
**Zigler Law Group, LLC**
p: (224) 480-2056
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: kevin@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Kevin McCormack is licensed in Tennessee.

---

**From:** harry winderman <harry4334@hotmail.com>
**Sent:** Thursday, August 13, 2026 11:43 PM
**To:** John Jasnoch (Scott + Scott) <jjasnoch@scott-scott.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; James Koutoulas <james@koutoulaslaw.com>; Kevin McCormack <kevin@ziglerlawgroup.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>; Mae Lynora <lynora.mae@gmail.com>
**Subject:** Re: For conferral

No new material and 2 is fine. Call 5619015110

Sent via the Samsung Galaxy S24 Ultra, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** John Jasnoch <jjasnoch@scott-scott.com>
**Sent:** Friday, 14 August 2026 00:37:43
**To:** harry winderman <harry4334@hotmail.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; James Koutoulas <james@koutoulaslaw.com>; kevin McCormack <kevin@ziglerlawgroup.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>; Mae Lynora <lynora.mae@gmail.com>
**Subject:** Re: For conferral

Hi Harry,

I believe you said 2pm eastern was fine. Attached are the revised materials. Please let us know if we can expect revised materials from LGBCoin Ltd.

Thanks,
John

SCOTT + SCOTT

**John Jasnoch,** Partner
619.798.5310
jjasnoch@scott-scott.com
www.scott-scott.com
600 W. Broadway + Suite 3300
San Diego, CA 92101

NEW YORK+CONNECTICUT+CALIFORNIA+DELAWARE+TEXAS+VIRGINIA+OHIO+NEBRASKA
AMSTERDAM+BERLIN+LONDON+MONTRÉAL

BEST LAW FIRMS Ranked by Best Lawyers UNITED STATES 2026 · Chambers TOP RANKED USA · Antitrust Annual Report TOP LAW FIRM Antitrust Since 2018 · 500 LEADING LAWYERS LAWDRAGON 2026

This e-mail may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

---

**From:** harry winderman <harry4334@hotmail.com>
**Sent:** Thursday, August 13, 2026 9:17 PM
**To:** Aaron Zigler <aaron@ziglerlawgroup.com>; James Koutoulas <james@koutoulaslaw.com>; kevin McCormack <kevin@ziglerlawgroup.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>; Mae Lynora <lynora.mae@gmail.com>
**Subject:** Re: For conferral

Remind me of the time of the call

Sent via the Samsung Galaxy S24 Ultra, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Aaron Zigler <aaron@ziglerlawgroup.com>
**Sent:** Thursday, 13 August 2026 23:29:53
**To:** James Koutoulas <james@koutoulaslaw.com>; Kevin McCormack <kevin@ziglerlawgroup.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>; Mae Lynora <lynora.mae@gmail.com>; harry4334 <harry4334@hotmail.com>
**Subject:** RE: For conferral

We have a conference scheduled with Harry tomorrow to discuss the PTO on the claim against Ltd. I don't think there is a need to discuss a PTO with respect to the claims against you personally since the Court entered a judgment and thus there will be no trial. Please let me know if you disagree.



**Aaron Zigler**
*Founder and Managing Attorney*
**Zigler Law Group, LLC**
p: (312) 673-8427
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: aaron@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Aaron Zigler is licensed in Illinois, New York, California and Missouri.

---

**From:** James Koutoulas <james@koutoulaslaw.com>
**Sent:** Thursday, August 13, 2026 6:07 PM
**To:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>; Mae Lynora <lynora.mae@gmail.com>; harry4334 <harry4334@hotmail.com>
**Subject:** Re: For conferral

When would you like to confer for the PTO?

James L. Koutoulas, Esq.
Managing Member
Koutoulas Law, LLC
www.koutoulaslaw.com

---

**From:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Date:** Thursday, August 13, 2026 at 1:45 PM
**To:** James Koutoulas <james@koutoulaslaw.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>; Mae Lynora <lynora.mae@gmail.com>
**Subject:** Re: For conferral

James,

We oppose both motions. If you'd like, you may consider this a conferral under Rule 3.01.

Regards,



**Kevin McCormack**
*Attorney*
**Zigler Law Group, LLC**
p: (224) 480-2056
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: kevin@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Kevin McCormack is licensed in Tennessee.

---

**From:** James Koutoulas <james@koutoulaslaw.com>
**Sent:** Thursday, August 13, 2026 10:15 AM
**To:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>; Mae Lynora <lynora.mae@gmail.com>
**Subject:** Re: For conferral

Any thoughts on these or want to discuss via phone this afternoon?

James L. Koutoulas, Esq.
Managing Member
Koutoulas Law, LLC
www.koutoulaslaw.com

---

**From:** James Koutoulas <james@koutoulaslaw.com>
**Date:** Tuesday, August 11, 2026 at 12:01 PM
**To:** Kevin McCormack <kevin@ziglerlawgroup.com>

**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>; Mae Lynora <lynora.mae@gmail.com>
**Subject:** Re: For conferral

Please find attached two motions for conferral. Please let me know if you have a time to discuss this afternoon.

James L. Koutoulas, Esq.
Managing Member
Koutoulas Law, LLC
www.koutoulaslaw.com