**From:** Kevin McCormack <kevin@ziglerlawgroup.com>
**Date:** Friday, July 31, 2026 at 7:13 PM
**To:** James Koutoulas <james@koutoulaslaw.com>
**Cc:** LGBCoin-Ext <LGBCoin@ziglerlawgroup.com>; Mae Lynora <lynora.mae@gmail.com>; harry4334 <harry4334@hotmail.com>
**Subject:** Re: For emergency conferral

James,

Thank you for flagging the ambiguity regarding Plaintiffs' unjust enrichment claim. We can confirm that we are continuing to assert that claim. Attached is a revised draft Pretrial Statement that further clarifies Plaintiffs' position.

Regards,



Kevin McCormack
*Attorney*
**Zigler Law Group, LLC**
p: (224) 480-2056
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: kevin@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Kevin McCormack is licensed in Tennessee.