UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

ERIC DE FORD, SANDRA BADER, and SHAWN R. KEY, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

JAMES KOUTOULAS and LGBCOIN, LTD,

Defendants.

Case No. 6:22-cv-652-PGB-DCI

CLASS ACTION

**DECLARATION OF JAMES KOUTOULAS IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' RENEWED REQUEST FOR A STATUS CONFERENCE (DOC. 717)**

I, James Koutoulas, declare as follows:

1. I am a Defendant in this action and appear pro se. Doc. 623. I have personal knowledge of the facts stated in this declaration and could testify competently to them if called as a witness.

2. On July 27, 2026, I sent an email to Plaintiffs' counsel Kevin McCormack, copying counsel for Defendant LGBCoin, Ltd. and others on the conferral thread, attaching a draft pretrial statement, draft proposed jury instructions, and draft proposed voir dire. The subject line of that thread was "For emergency conferral." Attached as Exhibit A is a true and correct copy of that email.

3. The email stated: "Please find defendants' draft PTO for discussion. All items are subject to change. Please confirm receipt." It asked Plaintiffs to confirm three matters in writing by noon the following day, "[s]o that the August 3 meeting is productive": whether Plaintiffs intended to try the three named Plaintiffs' individual unjust enrichment claims; the claim or claims, if any, Plaintiffs intended to try against Defendant LGBCoin, Ltd.; and, if none, whether Plaintiffs would stipulate to that party's dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It also identified an inconsistency I had found between Plaintiffs' own draft pretrial statement and their own proposed jury instructions as to the scope of trial.

4. Attached as Exhibit B is a true and correct copy of the draft pretrial statement I served with that email, titled "DRAFT- Defendants Pretrial Order 07-27-26."

5. On July 31, 2026, Plaintiffs' counsel replied by email. The reply stated: "Thank you for flagging the ambiguity regarding Plaintiffs' unjust enrichment claim. We can confirm that we are continuing to assert that claim. Attached is a revised draft Pretrial Statement that further clarifies Plaintiffs' position." Plaintiffs served a revised draft pretrial statement with that reply. Attached as Exhibit C is a true and correct copy of that email.

6. Plaintiffs served further revised pretrial materials on August 14, 2026. I revised my own submissions to reflect Plaintiffs' revisions and served them on all counsel on August 16, 2026.

7. I compared the affirmative defenses listed for Defendant LGBCoin, Ltd. in the draft I served on July 27, 2026 with those listed in the materials I served on August 16, 2026. Nine of the ten are identical, word for word. The first differs

only by the addition of a quotation from Pinter v. Dahl and the correction of two pin cites.

8. On August 13, 2026, at 6:07 p.m., I asked Plaintiffs' counsel, "When would you like to confer for the PTO?" On August 14, 2026, I again requested a call. On August 16, 2026, when I served my submissions, I stated that the documents were being served so that the parties could assemble the single joint submissions the Court's order requires, and I provided each document in Microsoft Word for that purpose. I again asked what time worked for a conference. I did not present any of those documents as a final or unilateral filing. Copies of those messages appear in Plaintiffs' own exhibits at Doc. 717-2.

9. Plaintiffs did not provide a date or time for a telephone or video conference with me in response to any of those requests.

10. Plaintiffs' counsel sent me a message on August 14, 2026, a copy of which appears at Doc. 717-2 at 3. That message was Plaintiffs' last communication with me before Doc. 717 was filed on August 17, 2026. I received no response to my August 16, 2026 message before Doc. 717 was filed.

11. No meeting of counsel occurred on August 10, 2026.

12. Plaintiffs and counsel for Defendant LGBCoin, Ltd. held a telephone call on August 14, 2026. I was not invited to that call and did not participate in it.

13. I reviewed the docket in this action immediately before signing this declaration. As of that review, no Joint Final Pretrial Statement had been filed in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2026, in Miami Beach, Florida.

/s/ James Koutoulas
JAMES L. KOUTOULAS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ James Koutoulas
JAMES L. KOUTOULAS