**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ERIC DE FORD, SANDRA BADER, and SHAWN R. KEY, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

JAMES KOUTOULAS and LGBCOIN, LTD,

Defendants.

Case No. 6:22-cv-652-PGB-DCI

CLASS ACTION

## DEFENDANT JAMES KOUTOULAS'S SUPPLEMENT TO THE LOCAL RULE 3.01(g) CERTIFICATE ON HIS TIME-SENSITIVE MOTION FOR LEAVE TO ATTEND (DOC. 731)

Defendant James Koutoulas submits this supplement under Local Rule 3.01(g)(3) and the certificate accompanying his Time-Sensitive Motion for Leave to Attend the August 25, 2026 Status Conference, filed August 21, 2026. That certificate stated that the undersigned would continue to try diligently for three days after filing to contact counsel for Plaintiffs and would supplement the Motion with a statement certifying whether the

parties have resolved all or part of it. The three-day period runs through today.

On August 21, 2026, before filing, the undersigned telephoned counsel for Plaintiffs at Zigler Law Group, LLC, did not reach counsel, and left a voicemail message identifying the relief requested in the Motion and requesting a return call. On August 24, 2026, the undersigned conferred by telephone with counsel for Plaintiffs regarding the relief requested in the Motion.

Counsel for Plaintiffs stated that Plaintiffs oppose leave to attend, on the ground that the August 25, 2026 conference is not expected to take up any monetary matter and will address only the unjust enrichment claim. The parties have not resolved all or any part of the Motion.

The Motion requests, in the alternative, that if the conference will not address any matter bearing on the monetary claims against Defendant, the order resolving the Motion so state, in which case Defendant will not attend. The position counsel stated corresponds to that alternative. Because the conference convenes August 25, 2026 at 2:30 p.m. (Doc. 727), and

neither form of the relief requested can be granted once the conference is held, Defendant respectfully renews his request for a ruling before that time.

Dated: August 24, 2026

Respectfully submitted,

/s/ James L. Koutoulas
James L. Koutoulas, Esq., Pro se
10 N. Dearborn St., Suite 400
Chicago, IL 60602
(312) 836-1180
james@koutoulaslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 24, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: August 24, 2026

Respectfully submitted,

/s/ James L. Koutoulas
James L. Koutoulas, Esq., Pro se
10 N. Dearborn St., Suite 400
Chicago, IL 60602
(312) 836-1180
james@koutoulaslaw.com