# EXHIBIT B

## DEPOSITION OF SANDRA BADER

September 6, 2024 (DX 0048)

*Cited at 13:1-5, 14:5-7, 14:25-15:5, 15:17-20, 17:17-24, 21:2-10, and 22:5-13.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.: 6:22-CV-00652-PGB-DCI

ERIC DE FORD, SUSAN BADER, SHAWN R. KEY, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

JAMES KOUTOULAS, and LGB COIN, LTD,

Defendants.

_____________________________/

DATE: September 6, 2024
TIME: 10:04 a.m. - 1:30 p.m.
PLACE: 901 East Las Olas Boulevard, Suite 202
Fort Lauderdale, Florida 33301

VIDEOCONFERENCE DEPOSITION OF SANDRA YVONNE BADER

Kimberly Hacker
United Reporting, Inc.
Litigation Building
633 South Andrews Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 525-2221



APPEARANCE FOR THE PLAINTIFF:
SCOTT & SCOTT
The Helmsley Building
230 Park Ave, 24th Floor
New York, NY 10169
BY: SEAN MASSON, ESQUIRE

APPEARANCE FOR THE DEFENDANT:
DI PIETRO PARTNERS, PLLC
901 East Las Olas Boulevard, Suite 202
Fort Lauderdale, Florida 33301
BY: NICOLE MARTELL, ESQUIRE and
TYLER MUTSCHLER, ESQUIRE

ALSO PRESENT:
KAMRY BRODLEY, INTERN/OBSERVING
JUANA KOJSNER, INTERN/OBSERVING



I N D E X


| WITNESS | PAGE |
|---|---|
| SANDRA YVONNE BADER | |
| Direct Examination by Ms. Martell | 4 |


E X H I B I T S


| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Confidential document | 9 |
| 2 Comp | Purchase documentation | 26/94 |
| 3 | Sponsorship agreement | 41 |
| 4 | Chart document | 44 |
| 5 | Document No. 289 | 83 |
| 6 | Class certification document | 84 |
| 7 | Document labeled Bates 0086 | 88 |
| 8 | Libel document | 90 |
| 9 Comp | Documents | 26/94 |


C E R T I F I E D  Q U E S T I O N


| | PAGE |
|---|---|
| Question 1 | 7 |


*(Exhibits in possession of Counsel.)



WHEREUPON,
SANDRA YVONNE BADER,
a witness herein, having remotely appeared before and been duly sworn, testified upon her oath as follows:
THE WITNESS: I do.
DIRECT EXAMINATION
BY MS. MARTELL:
**Q. Thank you. My name is Nicole Martell. I represent Mr. Koutoulas and LGB Coin, Ltd., two of the defendants that were sued in this matter. And for the record, we are here on US Middle District of Florida, Court Case Number 622-CV-00652-PGB-DCI, and Ms. Bader is a Plaintiff in that action.**
**Ms. Bader, we are here for a lawsuit that was brought on your behalf. Can you tell us in your own words what this lawsuit is about?**
A. It is about James Kouloulas selling unsecured coins or securities, advertising wrongly and basically lying about sponsorships.
**Q. Did you ever speak with Mr. Kouloulas?**
MR. MASSON: Objection. Foundation.
**Q. You can answer.**
A. I'm trying to think of how to answer that. I do not believe that I have spoken to him.
**Q. Prior to filing this lawsuit, were you**



26aae1d7-66e2-44dc-87dd-e117827a1e02

**familiar with Mr. Kouloulas's name?**
A. No.
**Q. How did you come to know of Mr. Kouloulas?**
A. I came to know of Mr. Kouloulas through investigations.
**Q. Were those personal investigations of yours?**
A. Originally, no.
**Q. Who performed these investigations that you referenced?**
A. My attorneys and people that my attorneys have hired.
**Q. Did you approach the attorneys first, or did they approach you in this matter?**
MR. MASSON: Objection.
**Q. You can still answer.**
A. I approached them.
**Q. Are these attorneys that you've worked with before?**
A. No.
**Q. How did you come to know who they were?**
A. What do you mean?
**Q. Sure.**
**How did you find your attorneys?**
A. On the Internet.
**Q. What did you search on the Internet when you**



**were looking for them?**
A. I can't remember for sure what I was searching for, but I believe it had to do with LGB Coin and what was happening with LGB Coin after it had crashed, basically.
**Q. How much LGB Coin did you purchase?**
MR. MASSON: Objection. Foundation.
**Q. Did you purchase any LGB Coin?**
A. I did.
**Q. And how much did you purchase?**
A. I don't remember the exact number.
**Q. Well, there's been a 180-page complaint filed on your behalf related to your purchase of LGB Coin, and as you sit here today; you can't tell me how much you purchased?**
MR. MASSON: Objection, asked and answered. Objection, harassment.
**Q. Your answer is the same?**
A. My answer is the same. I cannot remember the exact number.
**Q. Have you invested in other meme coins?**
A. I have.
**Q. Which ones?**
A. I have invested in Deutsche Coin.
**Q. Any others?**



A. Sitting here, I don't recall if I have purchased any others, but I do own others.
**Q. And what about LGB Coin and your purchase of LGB Coin led you to want to bring a lawsuit related to that purchase?**
MR. MASSON: Objection, form.
MS. MARTELL: What do object on?
MR. MASSON: It's a compound question.
BY MS. MARTELL:
**Q. What led you to want to file a lawsuit related to your purchase of LGB Coin?**
A. I believe that the founder and the creator, and the person responsible for LGB Coin did wrong.
**Q. Why?**
A. Because they lied. They manipulated, and they did not do things responsibly.
**Q. What do you think they lied about?**
A. They lied about sponsorship. I feel like they never intended for LGB Coin to be successful to start with.
**Q. What sponsorship do you think they lied about?**
A. NASCAR sponsorship.
**Q. Did you review the discovery in this case?**
A. I have.
**Q. Have you reviewed any investigative materials**



**that your attorneys --**
MR. MASSON: Objection, privileged.
MS. MARTELL: It's not communication.
MR. MASSON: It's work product.
MS. MARTELL: I asked if she reviewed it, not the contents.
MR. MASSON: I'm instructing you not to answer that question.
MS. MARTELL: And we'll reserve to address that with the Court.
BY MS. MARTELL:
Have you seen the e-mail approving the sponsorship as announced?
MR. MASSON: Objection, foundation.
Speaker A: Are you aware that there is an e-mail approving the sponsorship that you're stating LGB Coin lied about?
You can answer.
A. I am aware of an e-mail.
**Q. And you still sit here and tell me that --**
MR. MASSON: Objection, asked and answered. Objection, harassment.
**Q. You can still answer.**
A. I am aware of an e-mail.
**Q. What do you believe was a lie about that**



26aae1d7-66e2-44dc-87dd-e117827a1e02

**sponsorship?**
A. I don't believe there was a sponsor. I don't believe that NASCAR approved the sponsorship.
**Q. And I believe just since we are going to release this as an exhibit that this is subject to our protective order from NASCAR originally. So we'll have to mark this as a confidential exhibit.**
MR. MASSON: Sure.
MS. MARTELL: I'm going to mark this as Defendant's 1.
(The document was marked as Defendant's Confidential Exhibit Number 1 for Identification.)
**Q. Can you please take a look at that and let me know when you're ready?**
**Have you had a chance to review it?**
A. I have.
**Q. Have you seen this e-mail before?**
A. I have.
**Q. When?**
A. I don't remember the exact date.
**Q. What does that e-mail purport to say?**
MR. MASSON: Objection to the form. Calls for speculation.
**Q. What does the e-mail say? Read it.**
A. Do you want me to read it to you?



**Q. Yes. Please read to me what that e-mail says.**
A. It says the sponsors are approved, however, please clean up the markings around the number, especially the white stars touching the white number.
In 2022, we are really going to hone in on keeping the numbers clean for the rulebook. Nothing within two inches should be touching the numbers. We understand some steps and repeats. However, in this case, white and white makes it blah.
My rule of thumb is to step back from the computer screen and see how it looks in the shop or up close. It looks fine, but think about the tower or safety vehicles seeing it go 170 mile per hour.
Dale Howell(phonetic), NASCAR racing operations.
**Q. What was that first sentence?**
A. It says the sponsorship was approved.
MR. MASSON: Asked and answered. Objection.
**Q. And I can have that back? You can still answer question, though.**
A. The e-mail says that there are rules, but I believe there are other situations in this case that make me not believe that the sponsorship was approved.
**Q. Like what?**
A. NASCAR stated that they did not approve the sponsorship.



**Q. And where did you get that information?**
A. I don't remember exactly where I got the information from, but it was articles that I read online.
**Q. So you'd chosen to believe NASCAR's position versus LGB Coins?**
MR. MASSON: Objection, argumentative.
**Q. What makes you believe that NASCAR is more credible than LGB Coin after reading that e-mail?**
MR. MASSON: Objection, relevance.
**Q. You can still answer.**
A. I believe that NASCAR is who is responsible for approving or not approving the sponsorships.
**Q. And the e-mail that we just saw is Exhibit 1 came from a representative of NASCAR, correct?**
A. I don't know.
**Q. So in all of your investigation, you haven't looked into who Dale Howell is?**
A. (No audible response.)
**Q. Have you researched the validity of that e-mail?**
MR. MASSON: Objection, foundation.
A. I have not researched the validity of that e-mail.
**Q. How much are you claiming you lost financially**



**from LGB Coin?**
A. I don't know the exact numbers -- roughly $200.
**Q. Have you lost money with the other meme coins that you purchased?**
A. I have.
**Q. Have you lost more than $200 with those meme coins?**
A. I'm not sure.
**Q. How are you not sure about your losses with those other coins, but you are so certain that you lost enough that it's worth bringing this lawsuit against LGB Coin?**
MR. MASSON: Objection, mischaracterizes prior testimony, harassment, asked and answered.
A. I don't believe that it's about the amount of money that I lost with LGB Coin.
**Q. Can you describe in your own words what LGB Coin is?**
A. Can you be more specific?
**Q. What is LGB going to you?**
A. To me, it was an investment.
**Q. How did you come to know about LGB Coin?**
A. On the Internet?
**Q. Where specifically?**

A. The very first time that I saw about it, I don't remember exactly where. There was a lot of information in a lot of places. So I know I saw some information on Facebook, the LGB Coin website.

**Q. So you've been to the LGB Coin website?**

A. I have.

**Q. When you visited the website, do you recall seeing where it was described as an investment?**

MR. MASSON: Objection. Lack of foundation, mischaracterizes prior testimony.

**Q. Did you ever see LGB Coin advertised as an investment?**

A. I don't recall, but you asked what it meant to me.

**Q. Do you recall where on the website it specifically said that it is not an investment and to not spend money that you can't afford?**

MR. MASSON: Objection to the form. Asked and answer.

A. Are you asking if I could afford to spend the money?

**Q. No. I asked you if you saw on the website that disclaimer?**

A. Could you show me where it is? I can't recall right now.



**Q. While he looks for that, I'd like to understand why you believed LGB Coin was an investment.**

MR. MASSON: Is that a question?

**Q. Why would you believe it was an investment?**

A. I believed it was an investment because of the advertisements that I saw led me to believe that the creators and founders were trying to make it successful.

**Q. What do you mean successful?**

A. I believed that they were trying to make it more valuable.

**Q. Do you understand that a meme coin is a collectible?**

MR. MASSON: Objection to the foundation.

A. I don't know that I look at this as a meme coin.

**Q. What did you see or read that led you to believe that it wasn't a meme coin?**

MR. MASSON: Objection to the form.

**Q. Okay. What did you see that led you to believe that this wasn't a meme coin?**

A. Advertisements.

**Q. Which ones?**

A. Specifically?

**Q. Yes.**

A. I saw advertisements for Brandon Brown's race



car and that an announcement was coming to get -- I felt it was to get people excited about a potential sponsorship. And then I saw the announcement about the sponsorship of Brandon Brown's car, there were others that I saw, but just sitting right here, I can't recall them, but if you wanted to show them to me, I might be able to remember.

**Q. What do any of those sponsorship advertisements have to do with whether or not it's a meme coin?**

A. I don't know.

**Q. So my question was, what did you see that led you to believe that it was not a meme coin?**

MR. MASSON: Objection. Calls for speculation and calls for a legal conclusion.

A. I don't know.

**Q. Is this one of the advertisements that you're referencing? This is on Page 6 of the Third Amended Complaint.**

A. Yes.

**Q. And is there anywhere on there that says that LGB Coin is an investment?**

MR. MASSON: Objection. The document speaks for itself.

A. I don't see it on there where it says it is an



investment or a meme coin.

**Q. This was one of the advertisements that you were referenced in your testimony. And this is Page 48 of the Third Amended Complaint.**

A. Can I read more than this?

**Q. I'm only referencing the image that was inserted into the complaint.**

A. I would like to know what area of the complaint this is in before I answer any questions about this.

**Q. It is Page 48 of the Third Amended Complaint.**

A. Okay, I'm not going to answer any questions about this specific photo until I have more information.

MR. MASSON: If you would like her to answer your question, she does have the right to review the entire document that you put in front of her, especially the context surrounding the picture.

**Q. Are you telling me that you've never reviewed the Third Amended Complaint?**

MR. MASSON: Objection. Foundation, harassment. That's not what she's saying, Nicole. Stop that.

**Q. Okay. I'm referencing an exhibit and the Third Amended Complaint that was filed on your behalf, and all I've asked is if this --**

Page 17

MR. MASSON: And she's asking for some context in a document that is several hundred pages, Nicole. She does have the right to ask for context. If you don't want to give her the context, that's fine.
MS. MARTELL: I am not saying that I won't, but my question is very simple.
Was this one of the advertisements that you had seen or not? Either she saw it, or she didn't.
MR. MASSON: This is an undated image, Nicole. You're not even giving her the first page to say when or where this was published.
BY MS. MARTELL:
**Q. You can read the entire document if you'd like. I'm happy to sit here.**
A. Thank you. What was the question?
**Q. Had you seen this posting as part of what you referenced in your testimony as having reviewed prior to the purchase of LGB Coin?**
A. I do not recall that specific image.
**Q. And what about this image as part of what you referenced having seen online prior to purchasing LGB Coin?**
A. I do not recall this specific image.
**Q. And does anyone on that image reference an**

Page 18

**investment or whether it's an E coin?**
MR. MASSON: Objection. The image speaks for itself.
A. I don't see it referenced as an investment.
**Q. (Inaudible response.)**
MR. MASSON: Was that a question you were asking?
MS. MARTELL: Yes.
BY MS. MARTELL:
**Q. You do need to answer audibly for the record.**
**Do you see where it is referenced as an E coin in that image?**
A. I do not see a reference.
**Q. Were these images that you saw as advertisements that would be (inaudible word) prior to the purchase?**
COURT REPORTER: Can you repeat, please?
**Q. Sure.**
**Were these two images, which are on Page 68 of the Third Amended Complaint, the image or part of the images you referenced as having seen prior to the purchase of LGB Coin?**
A. Like I had said, I don't remember exactly if it was Facebook or where it was that I could see each individual advertisement.

Page 19

The advertisement, yes, I can see.
**Q. Okay. In these two images, these advertisements, do you see anywhere where the coin --**
**Do you see anywhere where LGB Coin is referenced as an investment?**
A. I do not.
**Q. You mentioned seeing advertisements about an announcement. This is Page 70 of the Third Amended Complaint.**
**Is this one of those advertisements?**
A. I do not recall this specific one.
**Q. And anywhere on that image, does it reference LGB Coin as an investment?**
MR. MASSON: Objection. The document speaks for itself.
**Q. So are there any other places that you recall seeing LGB Coin advertised as an investment?**
MR. MASSON: Objection to the form.
A. Can you rephrase it, please?
**Q. Can you tell me where you have seen LGB Coin referenced as an investment?**
A. I don't know that I've seen it referenced as an investment, but because of the advertisements and what it is, I believed for me it was an investment.
**Q. The advertisements that we just reviewed that**

Page 20

**don't reference an investment at all.**
MR. MASSON: Is that a question?
**Q. That's what you're relying on?**
MR. MASSON: Objection. Mischaracterizes prior testimony, harassment, asked and answered.
**Q. Do you have an answer?**
A. What was the question?
**Q. So you relied on the advertisements that we just reviewed that you cannot identify where it references LGB Coin as an investment. That's what you relied on to believe it was an investment to you.**
MR. MASSON: That's not a question. Objection to form.
**Q. You said you've been to the LGB Coin website.**
A. What was that?
**Q. You said you've been to the LGB Coin website.**
MR. MASSON: Is that a question?
MS. MARTELL: Yes, I'm asking her, and she's already testified.
MR. MASSON: You're speaking in broken sentences that do not end with a question. Please ask questions; do not make comments.
MS. MARTELL: My question is very clear.
BY MS. MARTELL:
**Q. You've been to the LGB Coin website, correct?**

A. I have.
**Q. Does this look familiar?**
A. Actually, that is not what I remember it to look like.
**Q. Okay, fair enough.**
A. I don't remember exactly what it looks like.
**Q. Does this look familiar?**
A. Part of it, possibly.
**Q. What part looks familiar?**
A. The logo.
**Q. Would you like a moment to read the contents?**
A. I'll be honest with you, I don't know if reading it would -- I mean, I can read it, but I don't remember everything that was on the page at the time. Part of it looks familiar.
**Q. Okay, go ahead and take a moment to read it so we can be clear on the record.**
A. Okay. What was the question?
**Q. Does that look like the website that you reviewed?**
A. I do not believe so.
**Q. Does this look familiar from the website that you reviewed?**
A. Can you scroll up on it?
**Q. This is a screenshot that was preserved and**



**what it looked like. So this is what we have at the time.**
MR. MASSON: Objection, call for speculation.
A. I can't say one way or the other on that.
**Q. Did you preserve anything from the website that you reviewed?**
A. What do you mean?
**Q. Did you make any copies, screenshots, take any photos?**
A. Specifically from the website?
**Q. Yes.**
A. I don't recall if they were specifically from the website or not.
**Q. Do you know what LGB means?**
A. I do.
**Q. What does it mean?**
A. Let's go, Brandon.
**Q. And you don't recall how much LGB Coin you purchased?**
MR. MASSON: Correction. Asked and answered.
A. It's a big number. I do not recall the exact amount.
**Q. Why did you purchase LGB Coin?**
MR. MASSON: Objection. Asked and answered.
A. I purchased it as an investment.



**Q. Did you buy it to help support the charities that it advertised wanting to help?**
MR. MASSON: Objection, relevance.
A. Which charities?
**Q. Unfortunately, this is a situation where I can't answer. I ask you the questions. I don't answer the questions today.**
A. Well, I'm asking for clarification.
**Q. And you can ask me to clarify the question.**
**Were you aware that LGB Coin was created in part, to support charities?**
A. At the very beginning, no. Okay.
**Q. When did you come to learn that information, then?**
A. I'm not aware if it was a charity or not, but at a time that I saw that they had either given coin or money to some truck driver thing that was happening.
**Q. Were you aware LGB Coin was created in part to support conservative causes?**
A. No.
**Q. What did you purchase LGB Coin through which exchange?**
MR. MASSON: Objection to the form.
**Q. Well, we know you purchased LGB Coin.**
**How did you go about purchasing LGB Coin?**



A. Do you want like the whole way I had to purchase it or --
**Q. If that's would be responsive to my question.**
A. Can you clarify your question?
**Q. My question is how did you purchase LGB Coin?**
A. I purchased LGB Coin -- It was a process to go through. So I do not remember every step or which order that everything went in.
I went to the LGB Coin website. I believe they had -- I don't remember where money got transferred or how it got transferred from one place to the other. I had to go to Uniswap, Coinbase. I can't remember for sure or not if there was another place that I had to -- I mean, it was quite the process to buy it. And then I had to buy -- I don't know how to pronounce it, Ethereum is maybe how you pronounce it -- in order to purchase the coins.
**Q. Do you still own LGB Coin?**
A. I do.
**Q. How much do you still own?**
A. All of it. All of what I purchased.
**Q. Has it dropped in value?**
A. Yes.
**Q. How much?**
A. I believe right now, the value is zero.



26aae1d7-66e2-44dc-87dd-e117827a1e02

**Q. Do you know when it first dropped after you purchased it?**
A. What are you referencing as a drop?
**Q. A decrease in value.**
A. I don't know if it decreased in value at all before it crashed completely. And I don't recall the exact date that the value completely dropped. I believe it was the end of January, the beginning of February sometime.
**Q. And why do you believe it dropped?**
A. I believe it dropped because NASCAR announced that they were not allowing that sponsorship.
**Q. Do you recall the date that NASCAR announced that?**
A. I do not recall the exact date. I believe it was around the same time.
**Q. What date did you purchase LGB Coin?**
A. Again, I don't recall the exact date. I believe it was the last few days of December.
**Q. Of what year?**
A. Back in '21. With COVID, I get dates messed up.
**Q. You've produced documents in this case, correct?**
A. Yes, I have.



**Q. I am referencing -- I believe this is Bates stamped.**
**This is part of what was produced by Sandy(sic) Bader and request for production.**
MS. MARTELL: I will label this as Composite Exhibit 2.
(The purchase documentation was marked as Defendant's Composite Exhibit Number 2 for Identification.)
**Q. I think it is blocked off, but it was the documents that started at Bader 0087 through the end of the production.**
**Have you had a chance to review all the documents?**
A. Yeah.
**Q. Do you recognize them?**
A. Yeah.
**Q. What are they?**
A. Well, they're not labeled, but I believe these are the purchases.
**Q. What purchases?**
A. I'm not sure if these are the purchases or if it's just a wallet picture. I believe it's just a wallet picture. I mean, there's different things in here.



**Q. So go ahead and explain it to me because I would like to know.**
**So what does this first page represent?**
A. So that looks like where the coin was received.
**Q. Which coin? So we're clear for the record?**
A. LGB Coin.
**Q. Okay, and what is the second line item?**
**Do each of those line items represent the same thing?**
A. These look different than that.
**Q. And are you able to tell, as we sit here today, what do those two other line items represent?**
A. It looks like they represent the Ethereum, potentially.
**Q. Okay, let's go to Page 2.**
**What does that page represent?**
A. It looks like my wallet name. And I can't see that bottom line, potentially the Ethereum or something to do with that.
**Q. Okay, let's go to the next page.**
**And what do those entries represent?**
A. It looks like a send of Ethereum and a receivable of Ethereum, a receivable of Ethereum.
**Q. And how would that have been related to**



**LGB Coin, if at all?**
A. Because that would have been when I bought it.
**Q. Okay. So each of these would have been related to your purchase of LGB Coin?**
A. Yes.
**Q. And how much do those entries represent for being purchased?**
A. Of Ethereum or of what?
**Q. You tell me. I'm asking you to explain to me what that represents. You said that they represent a purchase.**
**What does it represent a purchase of?**
A. Either -- this looks like Ethereum and LGB Coin total.
What are you asking me about?
**Q. LGB Coin, how much is it representing, if any, that you purchased of LGB Coin?**
A. This page specifically does not look that way.
**Q. Okay, we can go the next one.**
**What does that page represent?**
A. It looks like it represents Ethereum.
**Q. Okay, so that was the purchase of Ethereum, not LGB Coin?**
A. Correct.
**Q. Okay, go to the next page.**

**What does that page represent?**
A. This is representing -- receiving Let's Go.
**Q. Okay, and what is Let's Go.**
A. Let's Go is the coin that they tried to -- I don't know exactly what they tried to do with it. They said we messed up, and we're going to replace the LGB Coin with Let's Go.
**Q. When you say they, who is they?**
A. The founders and creators of the coin.
**Q. And who is that?**
**Who are the founders and creators to you?**
A. James Koutoulas.
**Q. And how do you --**
A. And there are several people that James Koutoulas represents. There are the companies.
**Q. What companies?**
A. LGB Coin, Let's Go. There are different brands and stuff that has been labeled.
**Q. What makes you think those are companies?**
A. Well, it's like I said, they're different brands or labels.
**Q. What is a brand to you?**
A. What is a brand?
**Q. Yes.**
A. Well, I believe that -- I mean, legally



speaking, I don't know what a brand is, but if you're marketing something, and you're wearing something or have that logo or slogan marked somewhere, in a sense to me it's branded.
**Q. Okay, and what can you point to to show me that Mr. Koutoulas is the one who created and founded all of this?**
MR. MASSON: Objection. Calls for a legal conclusion.
A. I would say that's a question for him.
**Q. So you have no idea why you believe Mr. Koutoulas is the one responsible for creating this coin?**
MR. MASSON: Objection. Mischaracterizes prior testimony. Calls for a legal conclusion.
**Q. Do you have any basis to believe that Mr. Koutoulas was the one who created this coin?**
MR. MASSON: Objection. Calls for legal conclusion.
MS. MARTELL: She's the one that's using these terms.
MR. MASSON: You're asking her to testify about legal conclusions. I'm objecting to it.
BY MS. MARTELL:
**Q. If you have no answer, we can move on to the**



**next document, thank you.**
**What does the next document represent?**
MR. MASSON: Do you mean the next page in the same document?
MS. MARTELL: Yes.
A. What was the question?
BY MS. MARTELL:
**Q. I asked you what that page represents.**
A. It looks like a balance of Let's Go.
**Q. And what is the balance?**
A. 58,436,586.
**Q. Is that document dated?**
A. No.
**Q. Do you know what date that balance represents?**
A. I do not remember exactly the date.
**Q. And do you know what that number converts to into US dollars?**
A. I have no idea.
**Q. Okay, turn the page.**
**What does that page represent?**
A. This looks like the receiving of something.
**Q. But you can't tell that from that document?**
A. Not specifically.
**Q. Is there a date on that document?**
A. There is not.



**Q. I will direct your attention to -- What date is that?**
A. January 1, '22.
COURT REPORTER: Say the date again.
THE WITNESS: January 1, '22.
**Q. Does that refresh your recollection at all as to when these transactions occurred?**
A. It does.
**Q. Based on your review of these documents now, when do you believe you purchased LGB Coin?**
A. I believe I purchased it January 1st.
**Q. Will you please flip the page?**
**What does that document or that page and document represent?**
A. I believe it's receiving. I believe it is LGB Coin. Yeah, I see it up here.
**Q. And does that document tell you how much you are receiving?**
A. It does.
**Q. How much does it say?**
A. 58,436,585.82.
**Q. And do you recall how much in US dollars you spent to purchase that coin?**
A. I do not recall exactly what the coin costs because there's just a lot of transfers of the prices

Page 33

fluctuating on the coin and the gas and all of that.
**Q. Did you intend to -- strike that.**
**What did you intend to do with LGB Coin once you purchased it?**
MR. MASSON: Objection, foundation.
A. What do you mean?
**Q. Did you intend to sell it?**
A. Maybe eventually.
**Q. Did you intend to hold it?**
A. I don't know exactly how to answer that. I intended for it to hopefully gain value.
**Q. Did you think you were buying part of a business when you purchased LGB Coin?**
A. Part of a business?
**Q. Yes.**
A. I don't think that I, at the time, considered that I was buying part of a business specifically.
**Q. Did you think that the money used to buy LGB Coin would be used to develop technology?**
MR. MASSON: Objection, form, vague.
A. Can you reword it?
**Q. Did you think the money that you used to purchase LGB Coin would go to help develop some form of technology?**
MR. MASSON: Objection, form, vague.

Page 34

A. I don't know.
**Q. Were you ever promised a share in LGB Coin transaction fee?**
A. A share of their transaction fees?
**Q. Yes.**
A. I don't remember that specifically.
**Q. Were you ever promised a share in the profits from Mr. Koutoulas selling LGB Coin?**
A. I don't recall. Well, if it raises the value of the coin, and I own a coin, then potentially. I don't know exactly what you mean, I guess.
**Q. Were you ever promised any dividends from LGB Coin?**
A. I don't know.
**Q. Do you know what dividends are?**
A. Not specifically, no.
**Q. When you own a portion of a company and there are profits, and over time, you can receive a certain percent of that, did you believe that you were going to be receiving any dividends related to LGB Coin?**
A. No. I was hoping and thinking that it was going to be more towards raising the value of the coin.
**Q. Did Mr. Koutoulas specifically ever promise you profits if you bought LGB Coin?**
A. No.

Page 35

**Q. Did Mr. Koutoulas specifically ever promise you that LGB Coin would increase in value?**
A. No.
**Q. Did you ask Mr. Koutoulas specifically any questions about LGB Coin before you bought it?**
MR. MASSON: Objection, foundation.
A. Can you repeat the question?
**Q. Sure. Did you ever speak with Mr. Koutoulas and ask him questions about LGB Coin before you bought it?**
MR. MASSON: Objection. Asked and answered.
A. I have not personally spoken with him.
**Q. So you haven't spoken to him about any risks associated with buying LGB Coin?**
MR. MASSON: Objection. Asked and answered.
A. I have not specifically spoken with him.
**Q. Did you ask Mr. Koutoulas or anyone else for a prospectus before you bought LGB Coin?**
A. Can you rephrase that?
**Q. Sure. Have you asked anyone for a prospectus related to LGB Coin before buying the coin?**
A. Did you rephrase it?
**Q. Yes.**
A. Can you rephrase it again?
**Q. Have you ever requested a prospectus for LGB**

Page 36

**Coin?**
A. What is a prospectus?
**Q. Either a white paper or a review related to the coin and the plan for the coin.**
A. I have not spoken with James Koutoulas.
**Q. So what did Mr. Koutoulas promise you that he has not done?**
MR. MASSON: Objection. Calls for legal conclusion. Asked an answered, harassment.
A. I have not spoken with James Koutoulas.
**Q. What has Mr. Koutoulas lied to other LGB Coin holders about, to your knowledge?**
MR. MASSON: Objection. Calls for legal conclusion and speculation.
A. I can't specifically and fully answer that question.
**Q. Can you describe to me any instances where Mr. Koutoulas has acted dishonestly towards you?**
MR. MASSON: Objection, relevance and foundation. And form, for that matter.
A. Can you reword that?
**Q. Sure. Can you describe an instance where Mr. Koutoulas has acted dishonestly towards you?**
MR. MASSON: Same objections.
A. I believe that James Koutoulas was dishonest

Page 37

with LGB Coin and with the fact that he never intended for it to be successful.
**Q. But prior to your attorney's doing an investigation, you had no idea who Mr. Koutoulas was, correct?**
MR. MASSON: Objection, harassment.
A. I did not and have not spoken with James Koutoulas.
**Q. Can you describe for me specifically any instances where Mr. Koutoulas has acted in bad faith towards LGB Coin holders?**
MR. MASSON: Objection. Calls for speculation, foundation and legal conclusion.
A. Can you rephrase it?
**Q. Do you have any examples of Mr. Koutoulas acting in bad faith towards LGB Coin holders?**
MR. MASSON: Same objections.
A. I think there are several examples in the complaint that show bad faith by Mr. Koutoulas.
**Q. What are they?**
A. Can you be more specific on what you're asking me for? There's a lot of information that we're going over.
**Q. What examples are you referencing in your complaint that you believe demonstrate Mr. Koutoulas acted in bad faith?**

Page 38

MR. MASSON: Objection, relevance.
A. I think Mr. Koutoulas acted about faith in a few ways. Right now, I'm sitting here and kind of being nervous; it's hard for me to list off everything. But I think that him lying about the NASCAR sponsorship or NASCAR allowing the sponsorship is one way.
Another way would be -- like I have said, I don't think that he intended for this to be successful from the get-go. And I think that is not in good faith to coin holders. There are other things. Like I said, I'm sitting here nervous.
**Q. Anything else?**
A. That's what I can recall right this second.
MR. MASSON: Before we jump into the next question; we're at an hour and 15 minutes, so can we take a break?
MS. MARTELL: No problem. We can go off the record.
(A brief recess was taken at 11:14 a.m.)
(The proceedings resumed at 11:29 a.m.)
BY MS. MARTELL:
**Q. So you are still under oath, just like when we started.**
**Are you good to proceed?**

Page 39

A. I am.
**Q. Are you aware of whether Mr. Koutoulas advocated for conservative values in the media?**
A. Can you repeat it again?
**Q. Sure. Are you aware of whether Mr. Koutoulas advocated for conservative values in the media?**
A. I'm not aware.
**Q. Are you aware of whether Mr. Koutoulas, in his role as trustee of the LGB Coin Foundation, filed a lawsuit on behalf of all LGB holders against NASCAR?**
A. Can you repeat that again?
**Q. Sure. Are you aware of whether Mr. Koutoulas filed a lawsuit against NASCAR on behalf of all LGB Coin holders in his capacity as a trustee of the LGB Coin Foundation?**
A. I'm aware of a lawsuit, but not under -- like I don't know all the details as far as what capacity. I don't know the specifics of it.
**Q. Do you recall how you came to learn about the lawsuit?**
A. On the Internet.
**Q. Are you aware that the lawsuit has survived a motion to dismiss?**
A. Which lawsuit are we talking about?
**Q. The lawsuit related to LGB Coin versus NASCAR?**

Page 40

A. Like I said, I was aware that there was a lawsuit, but I don't know all the details.
**Q. Was NASCAR dismissed from this case?**
A. Was NASCAR dismissed?
NASCAR is no longer involved in this case.
**Q. Do you know procedurally why?**
A. I think that as far as procedure, it is not my area of expertise.
**Q. So we have seen Exhibit 1, where NASCAR approved the sponsorship.**
**Are you aware of whether a sponsorship agreement existed between LGB Coin and Brandonbilt Motorsports?**
A. Can I see the file you're pertaining to or what document?
**Q. So first, are you aware that there's a sponsorship agreement?**
A. So this is where part of my hang-up is.
I know that when you're asking me questions, you're asking legal terms, and I can't always remember the exact legal terms. So that's why I'm asking.
I know that there was a form. I do not remember the title of the forms.
MS. MARTELL: I'm going to show you what the label as Exhibit 3. It is from the plaintiff.

Page 41

Please take a look at this and let me know when you're ready.
(The sponsorship agreement was marked as Defendant's Exhibit Number 3 for Identification.)
**Q. Have you seen this document before?**
A. I believe I have seen this document. It may not be this exact document, but I believe I have.
**Q. Do you recall when you saw this document?**
A. I do not remember the exact date.
**Q. Do you recall if it was prior to the filing of this lawsuit?**
A. That I saw it?
**Q. Yes.**
A. I don't believe it would have been.
**Q. Now that you've had a chance to review it, what do you understand this document to be?**
A. There are a lot of legal terms in this document.
**Q. Let's start with the title.**
**What is it titled?**
A. It's a sponsorship agreement.
**Q. And do you understand who the sponsorship agreement is related to?**
A. Between Brandonbilt Motorsports and LGB Coin.
**Q. And if you go through to -- I believe it is**

Page 42

**the second to last page, there is a date. When was this agreement signed?**
A. It looks like James Koutoulas signed it on 11/21/21.
**Q. Okay, and if we flip to the page right before that, what does it look like the other party signed?**
A. It looks like Brandonbilt Motorsports signed it on 11/22/21.
**Q. Okay. So we're looking here at a sponsorship agreement between Brandonbilt Motorsports and LGB Coin signed November of 2021.**
**Based on your review of this document and review of Exhibit 1, where NASCAR approved the sponsorship, can you please explain to me how LGB Coin lied about the sponsorship?**
MR. MASSON: Objection. Asked and answered, calls for a legal conclusion, speculation, and mischaracterizes prior testimony.
A. I do not believe that NASCAR agreed to the sponsorship.
**Q. Did you have any document to support that?**
A. With me?
**Q. Any document you can reference?**
A. I would ask for you to talk to him.
**Q. Are you aware that Brandonbilt -- Brandon**

Page 43

**Brown's racing team sold coins in excess of the selling restrictions of that agreement after NASCAR removed its sponsorship?**
A. I'm not aware of what they did with their coins.
**Q. Are you aware of how that would have impacted the coin?**
MR. MASSON: Calls for speculation, objection.
A. I wouldn't know that.
**Q. But you want to claim that Mr. Koutoulas and LGB Coin are the ones responsible for the decrease in value of the coin?**
MR. MASSON: Objection. Asked and answered, harassment.
A. I believe that they lied about NASCAR approving the sponsorship.
And after NASCAR stated that they would not approve the sponsorship, it had a big impact on the value of the coin.
**Q. Did you know that Brandon's team sent out a press release announcing the sponsorship without Mr. Koutoulas reviewing it?**
MR. MASSON: Objection. Calls for speculation.
A. I don't -- I am not aware of that.

Page 44

**Q. I'm going to take that document back so we can give it to the court reporter.**
**(The chart document was marked as Defendant's Exhibit Number 4 for Identification.)**
**Q. Have you seen this chart before?**
A. I have seen a lot of charts. I do not know if I have seen this specific one or not.
**Q. I'll represent that this was referenced in your complaint.**
**Do you know what that chart reflects?**
A. I do not know. If you want to show me the rest of the document, I might. But just looking at this, I don't know.
**Q. From the chart, can you tell around the time you purchased the coin what the value of the coin was compared to at the end of January?**
A. Are you looking at this chart?
**Q. Yes.**
A. Can I tell you the value?
Like I said, I'm not 100 percent sure what all these numbers and everything specifically are on this, but if you want to show me the rest of the document, I can look.
**Q. This is Exhibit 4, for the record.**
**Did you ever ask anyone else to buy LGB Coin?**

A. Did I ask anybody else?
**Q. Yes.**
A. I don't think so, no.
**Q. Did you ever make materials to help promote LGB Coin?**
MR. MASSON: Objection to the form, vague.
A. I don't understand what you're asking.
**Q. Sure. Did you ever create any type of online posts or marketing type of materials to promote LGB Coin?**
MR. MASSON: Objection to the form.
A. Can you repeat it?
**Q. Did you ever create any type of marketing materials to promote LGB Coin?**
MR. MASSON: Objection to the form.
A. Can you be more specific?
**Q. Do you know what marketing materials are?**
A. Maybe not. I think it could be a very vague area for what you're asking me.
**Q. Did you ever create any online posts to promote LGB Coin?**
A. I don't believe I have.
**Q. Did you create any type of online chat rooms on any particular app?**
A. Did I create any?



**Q. Yes, to promote LGB Coin?**
A. Did I ever create them? No, I don't believe I have.
**Q. Did you ever contribute to any online chats to promote LGB Coin?**
MR. MASSON: Objection. Calls for a legal conclusion.
A. I don't know.
**Q. Did you ever create any print materials, flyers, and brochures that would market LGB Coin?**
A. No, I don't believe I have.
**Q. Are you aware that Mr. Koutoulas used $70,000 of his own money to buy back as many coins as possible following Brandon Brown's racing team breach of that sponsorship agreement?**
MR. MASSON: Objection to the form. Objection, speculation.
A. I'm not sure. Rephrase that, please.
**Q. Are you aware that Mr. Koutoulas used $70,000 of his own personal money to buy back LGB Coin after Brandon's racing team breached the sponsorship agreement?**
MR. MASSON: Objection, foundation. Objection. Calls for speculation. Objection to the form.



A. I don't know of the legal issues that are between James Koutoulas and Brandonbilt Motorsports, so I would not know.
**Q. But finding out that Mr. Koutoulas made efforts to overcome another party's breach that affected the value of the coin, that doesn't mean anything to you?**
MR. MASSON: Objection, harassment. Asked and answered.
A. I don't know what hasn't or has been exchanged between them.
**Q. But would you agree that when you're accusing someone of lying and intentionally not making this coin successful, finding out the actions that they took to overcome other parties' threats to the coin would be important in making that valuation?**
MR. MASSON: Objection to the form. Objection, harassment. Objection, mischaracterizes prior testimony and calls for speculation.
A. Can you clarify your question?
**Q. I think I've been very clear.**
**What part do you not understand?**
A. I'm asking you to reword it. It's not clear on what you're asking me.
**Q. Okay. Well, you have made some very bold**



**statements in this complaint and --**
MR. MASSON: Objection. Don't editorialize her testimony, please.
MS. MARTELL: I've been very liberal with the speaking objections. I believe that we're supposed to reserve them to form.
MR. MASSON: What do you mean? I'm not speaking. I'm giving the objection and the basis for it. I'm not explaining why what you're doing is wrong. I'm just objecting to the basis.
MS. MARTELL: Which, again, I believe we're limited to objecting to the form in depositions.
MR. MASSON: No, we're not.
BY MS. MARTELL:
**Q. With that said, you've made assertions here today, and in your complaint that Mr. Koutoulas lied and contributed to the coin not being successful.**
**What I have asked is, wouldn't it be important for you you to know if Mr. Koutoulas took efforts such as using $70,000 of his own money to assist with the value of the coin when Brandonbilt breached it's sponsorship agreement?**
MR. MASSON: Objection, form. Objection, relevance and objection, asked and answered.
A. You're asking me several different things

here, so I'm not sure what you want me to answer.
**Q. I have rephrased this about four times.**
**So my first very simple question was, did you know that Mr. Koutoulas used $70,000 of his own money to buyback LGB Coin following Brandonbilt's breach?**
A. I didn't answer that.
**Q. Did you know that?**
A. I told you I'm not aware of what is happening between James Koutoulas and Brandonbilt Motorsports.
**Q. So then following that, having learned that, do you believe that that is important to know when you're accusing Mr. Koutoulas of lying in a lawsuit?**
MR. MASSON: Objection, relevance and harassment.
A. I don't know what has transpired between James Koutoulas and Brandonbilt Motors.
**Q. Did you review a copy of the Third Amended Complaint before it was filed on your behalf?**
A. Ask me again.
**Q. Did you review a copy of the Third Amended Complaint before it was filed on your behalf?**
A. Yes.
**Q. I'm going to direct your attention to Page 41, Footnote 14. Please read that.**
A. Which one?



**Q. Footnote 14 is all the way at the bottom of the page.**
A. Okay.
**Q. What does Footnote 14 reference?**
A. It's referencing exchanges from -- to a new wallet.
**Q. I will direct you specifically to one. So do you see where it references -- we can start right here. I'll mark it for you. The sentence that I've blocked off here for the record.**
MR. MASSON: Are you asking her to read it aloud?
**Q. Yes, please.**
A. Additionally, during an interview with The Daily Beast, Koutoulas recounted a story about how he had personally attempted to stabilize the price at LGB Coin during a sell-off period by purchasing roughly $70,000 worth of LGB Coin while he was in the (inaudible word) of (inaudible word) home.
**Q. So you testified earlier if you weren't aware of this information.**
MR. MASSON: Objection, mischaracterizes prior testimony.
**Q. Please go ahead and clarify.**
A. I am not aware of what happened or what



transpired between James Koutoulas and Brandonbilt Motors.
**Q. But it was referenced in your complaint.**
MR. MASSON: Objection to the form.
**Q. You have made a claim that Mr. Koutoulas was unjustly enriched.**
**Can you please describe to me how you believe Mr. Koutoulas was unjustly enriched?**
A. I believe that he lied, manipulated and used people to raise the value of the LGB Coin and then used information that he had to cash out at a time that would make him money.
**Q. So going back, you argued -- strike that.**
**In your complaint, you allege that he was unjustly enriched due to NASCAR's sponsorship being revoked, is that correct?**
A. Well, he -- I agree with what the complaint says if that's what you're asking me.
So explain to me how NASCAR's revocation of the sponsorship unjustly enriched Mr. Koutoulas.
MR. MASSON: Objection. Calls for legal conclusion.
A. Can you rephrase that?
**Q. Yes. How did Mr. Koutoulas benefit from the revocation of NASCAR sponsorship?**



MR. MASSON: The same objection.
A. James Koutoulas lied about NASCAR's approval of the sponsorship.
**Q. But that doesn't answer the question.**
**The question is how did Mr. Koutoulas benefit from the revocation of NASCAR's sponsorship?**
MR. MASSON: Calls for legal conclusion and speculation.
A. You would have to ask my attorney.
**Q. Are you aware that Brandon's team created a Let's Go hard fork of LGB Coin?**
MR. MASSON: Objection, foundation.
A. I don't understand.
**Q. Which term do you not understand?**
A. I didn't understand your question.
**Q. Do you know what a hard fork is?**
A. No.
**Q. Okay. Are you aware that Brandon's team tried to remove Mr. Koutoulas from having any involvement with the coin in order to appease NASCAR?**
MR. MASSON: Objection, foundation. Calls for speculation.
A. I am not aware of what happened between James Koutoulas and Brandonbilt Motorsports. As far as that, I don't know.

Page 53

**Q. But would you agree that what transpired between Mr. Koutoulas and those other parties directly affected LGB Coin?**
MR. MASSON: Objection, calls for speculation.
A. I don't know.
**Q. Well, isn't that what your claims are premised on?**
MR. MASSON: Objection, asked and answered.
**Q. Are you aware that Mr. Koutoulas served as trustee for the foundation, the LGB Coin Foundation?**
A. As the trustee, is that what you said?
**Q. Yes.**
A. I know that he had several different titles. I believe trustee was one of them.
**Q. What titles are you aware that Mr. Koutoulas has held with regards to LGB Coin?**
A. Maybe titles is unfair to say. But for me, I have kind of categorized things. So I, you know, a creator, founder, you know, things like that.
**Q. Do you think it's unjust for Mr. Koutoulas to be reimbursed for expenses that he incurred on behalf of the foundation while serving this trustee?**
MR. MASSON: Objection. Calls for legal conclusion.
A. I don't know.

Page 54

**Q. Do you think it's unjust for Mr. Koutoulas to receive compensation for legal services that he provided to the foundation?**
MR. MASSON: Objection, foundation. Objection, calls for a legal conclusion.
A. I don't know.
**Q. Of the 1.6 million that you've alleged in your complaint as sales on behalf of Mr. Koutoulas; what do you think is unjust about it?**
MR. MASSON: Objection. Calls for legal conclusion and speculation.
A. Can you reask that?
**Q. Sure. What do you think is unjust or improper with regard to the 1.6 million in alleged sales by Mr. Koutoulas?**
MR. MASSON: The same objection.
A. I believe that he lied, and that made him money.
**Q. I still don't know what you believe he lied about.**
**Can you explain that to me?**
MR. MASSON: Objection. Asked and answered.
A. What exactly do you want me to explain differently?
**Q. What do you believe he lied about?**

Page 55

MR. MASSON: Objection. Asked and answered, harassment.
A. James Koutoulas lied about the approval of the NASCAR sponsorship agreement -- or NASCAR approving the sponsorship, excuse me.
**Q. So other than that approval, which we've seen in writing, what else do you believe he lied about?**
MR. MASSON: Objection. Form and foundation, asked and answered.
A. Can you ask it in a different way?
MR. MASSON: You've asked this question several times.
Do you want to just ask it in a simple, straightforward way, not a compound way?
MS. MARTELL: It's not compound.
BY MS. MARTELL:
**Q. What did he lie about? That's what you've alleged in your complaint?**
MR. MASSON: Objection. Asked and answered.
A. I don't know how else to answer you.
Did you discount this 1.6 million that you've alleged Mr. Koutoulas wronged LGB Coin holders for charitable donations that were made on behalf of the coin?
MR. MASSON: Objection. Calls for legal

Page 56

conclusion.
A. I did not.
**Q. Did you discount that amount for political donations that remain on behalf of LGB Coin?**
MR. MASSON: Objection. Calls for legal conclusion.
A. I don't know.
**Q. Did you discount that amount for expenses that he incurred on behalf of LGB Coin?**
MR. MASSON: The same objection.
A. I don't know.
**Q. How much do you believe LGB Coin Ltd made in LGB Coin sales?**
MR. MASSON: Objection. Calls for legal conclusion.
A. I don't know.
**Q. Do you know what LGB Coin Ltd is?**
A. Ask that again.
**Q. Do you know what LGB Coin Ltd is when I reference that?**
A. I believe they are -- I don't know what limited specifically means, but it's the company or the trust or it is whoever's coins are being sold through.
**Q. And you've alleged in the compliant that LGB Ltd Coin made LGB Coins sales.**

Page 57

**How much do you allege LGB Coin Ltd made in LGB Coin sales?**
MR. MASSON: Objection. Calls for legal conclusion.
A. I don't know.
**Q. Are you aware of whether LGB Coin Ltd ever had a crypto wallet?**
A. Say that again.
**Q. Are you aware of whether LGB Coin Ltd ever owned a crypto wallet?**
A. Are you asking me about two different --
**Q. No, I'm asking you about whether, you know, if LGB Coin Ltd owned a crypto wallet?**
A. No, I don't know.
**Q. Would you agree that if LGB Coin Ltd never owned a crypto wallet that it would not have been able to make any sales or purchases of LGB Coin?**
MR. MASSON: Objection. Calls for legal conclusion.
A. I don't know.
**Q. Can you describe to me your background in investing in crypto currency?**
A. My background? I don't really have a background in investing. It is pretty new, so it's something that, you know, I've looked at and put what I

Page 58

feel is, you know, what I can at that moment into a couple different crypto coins.
**Q. And which crypto coins are those?**
A. LGB Coin Deutsche Coin. And it's like I said, I have a couple of others, but I don't know -- because some of the websites just give you coins. So I'm not sure which ones I purchased or not.
**Q. What is your definition of crypto currency?**
A. They're digital, and some of them are backed by different things that I don't completely understand. I'm not an expert.
**Q. Do you understand where crypto currency gets it's value?**
MR. MASSON: Objection. Calls for speculation.
A. I don't completely know.
**Q. Do you know what a meme coin is?**
MR. MASSON: Objection. Asked and answered.
A. No.
**Q. When did you start buying crypto currency?**
A. I believe it was 2021, but I'm not completely sure.
**Q. Why did you start investing in crypto currency?**
A. Well, I was hoping to gain money. It was

Page 59

something that was -- it doesn't take a lot of money to invest in it, so it would be something that I could do and watch and hopefully make some money off of it.
**Q. How much have you spent investing in crypto currency, would you estimate?**
A. Say that again.
**Q. How much would you estimate you've spent on crypto currency?**
A. Not a lot. Somewhere between $400 and $600, maybe.
**Q. Total?**
A. Yeah, I think so. I mean, that's a rough number because I'm not completely sure.
**Q. What percentage of that would you estimate was spent on LGB Coin?**
A. Well, take the number 600 -- like 33.3 percent.
**Q. Have you lost money on your other crypto currency investments?**
MR. MASSON: Objection. Asked and answered.
A. I have.
**Q. Did you file lawsuits against those coins?**
A. I haven't.
**Q. Why not?**
A. Do I need to?

Page 60

**Q. I'm asking you why not?**
MR. MASSON: Objection. Asked and answered.
A. I don't know how to answer that other than --
**Q. What do you do for work?**
A. I don't work.
**Q. Okay. What's your educational background?**
A. Some college.
**Q. Okay. And what is your address?**
A. It's 1905 Glen Ridge(phonetic)Drive.
**Q. What city?**
A. Nampa.
**Q. Can you spell that for the court reporter, please?**
A. N-A-M-P-A.
**Q. And what state?**
A. Idaho.
**Q. And your zip code?**
A. 83686.
**Q. Have you ever been convicted of a crime?**
A. Have I been convicted? I'm not sure. When I was in high school, I had, like, after an altercation with another girl, I had a ticket for it. I had some probation, like unsupervised probation. I think I was like 15 or 14.
**Q. Probably as a juvenile?**

A. Yeah.
**Q. Have you been involved in any other lawsuits, either as a plaintiff or a defendant?**
A. I have.
**Q. Which lawsuits? Can you describe them for me?**
A. I don't know if it counts or not. I get disability and that was denied. I don't know if that's a lawsuit. I had to hire an advocate because I had, I think two car accidents. I was not at fault for either one and a custody case, bankruptcy.
I've had stuff that's like from years ago. It went to collections or, you know, something like that. There may be others that I'm just not thinking of.
**Q. Were those in Idaho, the cases you just described?**
A. I believe so, except for the first one as a juvenile.
**Q. Prior to going on disability, what did you do for work?**
A. I was a youth specialist working in behavioral management for teenage boys. And I did legal coding for a law firm out of Portland, Oregon.
**Q. So you've alleged in your complaint that LGB Coin are securities.**
**Why do you believe LGB Coin is a security?**



MR. MASSON: Objection. Calls for legal conclusion.
A. Yeah, that would have to -- I'm not a specialist in that.
**Q. Do you understand what a security is?**
MR. MASSON: Objection. Calls for legal conclusion.
A. I'm not a specialist in all the terms.
**Q. So you've alleged and affected in this case that LGB Coins are unregistered securities, and you filed a motion to be the class representative on behalf of 10,000 supposed victims.**
**Can you explain why LGB Coin is an unregistered security?**
MR. MASSON: Objection. Calls for legal conclusion, asked and answered.
A. I'm not an expert.
**Q. Do you believe that the other meme coins you purchased are securities?**
MR. MASSON: Objection. Calls for legal conclusion, speculation.
A. I don't know.
**Q. Do you have Deutsche coin as a security?**
MR. MASSON: Objection, foundation.
A. Can you repeat that?



**Q. You said you owned Deutsche Coin, correct, as other crypto currency.**
**Do you believe that's a security?**
MR. MASSON: Objection. Calls for legal conclusion.
A. I don't know.
**Q. Are there any exchanges where meme coins that are classified as securities that can be traded on to your knowledge?**
MR. MASSON: Objection. Calls for speculation.
A. I don't know.
**Q. Do you understand that LGB Coin was deemed as a security that would be untradable?**
MR. MASSON: Objection. Calls for speculation.
A. I don't know.
**Q. Are you a fan of NASCAR?**
A. Am I a fan of NASCAR?
**Q. Yes.**
MR. MASSON: Objection, relevance.
A. I don't like or dislike or have a strong opinions in any way about NASCAR.
**Q. Would you watch NASCAR races?**
MR. MASSON: Objection, relevance.



A. I wouldn't ask somebody to turn it off.
**Q. Prior to filing this lawsuit, did you know who Brandon Brown was?**
A. Yes.
**Q. How did you know about him?**
A. Through the media.
**Q. And how did you become aware of -- actually, strike that.**
**You were aware of a sponsorship between Brandon Brown and LGB Coin, correct?**
A. Are you asking me --
At what time frame?
**Q. So when did you become aware of the sponsorship between Brandon Brown and LGB Coin?**
A. I believe it was end of November, the beginning of December of '21 that I saw advertisements saying that there was an announcement coming that led me to believe that there was a sponsorship.
**Q. And so aside from -- strike that.**
**Do you recall where you saw those advertisements specifically?**
MR. MASSON: Objection to the form.
Are you asking where she was sitting while she viewed them?
MS. MARTELL: No.

BY MS. MARTELL:
**Q. What media were those advertisements on when you saw them?**
A. Oh, sorry. I believe it was Facebook, but there's a lot of links that go to different sites, but I would say the majority came from Facebook. So I don't know all of the different --
**Q. And do you recall who posted these advertisements that you're referencing?**
A. I believe a lot of them. I don't know. LGB Coin? I believe I followed their page. I don't know if there's a page, or if I follow it now because it changes a lot.
Outside of that, I'm not certain because a lot of it just came from, like I said, just links.
**Q. Did you ever speak to any of the other plaintiffs in this matter related to LGB Coin?**
A. I haven't.
**Q. Do you know any of the other named plaintiffs in this matter?**
A. Do I know them?
**Q. Yes.**
A. I don't.
**Q. Have you spoken to any of the other named defendants related to LGB Coin?**



A. I have not spoken to any of the defendants.
**Q. Have you spoken to any other coin holders of LGB Coin?**
MR. MASSON: Objection, foundation, form.
A. Can you repeat it?
**Q. Sure. Have you discussed LGB Coin with any other coin holders?**
A. I don't know.
**Q. Are you part of any messaging boards or groups that are related to LGB Coin?**
A. There is a possibility. If I am, then I am not active.
**Q. On what form of media would you be part of those groups or message boards?**
A. Facebook, possibly Instagram, discord.
**Q. What's your name on Discord?**
A. I have no idea.
**Q. What's your Instagram handle?**
A. I'm not even sure.
**Q. And do you know how your name is listed on Facebook?**
A. I think it's just my name.
**Q. Sandra Bader.**
A. I think my middle name is on there as well.
**Q. What's your middle name?**



A. Yvonne.
**Q. With a Y?**
A. Yes.
**Q. How many times do you believe you've visited the LGB Coin website?**
A. I don't know.
**Q. More than once?**
A. Yes.
**Q. More than five times?**
A. Probably.
**Q. More than ten?**
A. Probably.
**Q. And when you go to the website, I guess, first off, what was your intention on going to the website?**
A. Probably looking to see if there was any -- because this was way back when all of this started. So I was probably just looking for new and seeing if any announcements were made, that kind of thing.
**Q. And you don't recall -- strike that.**
**Do you recall seeing the disclaimer that it was not intended to make a profit or for investment purposes?**
A. I don't recall. Mostly, I recall seeing advertisements and shouting about the sponsorship.
**Q. Are you aware of any interviews related to LGB Coin?**



A. Related?
MR. MASSON: Objection to the form.
**Q. Did you watch any interviews related to LGB Coin?**
A. I don't think so.
**Q. Have you listened to any podcasts related to LGB Coin?**
A. I don't know. Like I said, I've gotten a lot of -- I don't know where everything comes from.
**Q. Were you aware of an event at Mar-a-Lago related to LGB Coin?**
A. So what do you mean by related?
**Q. An event at Mar-a-Lago that in some way involved LGB Coins?**
A. Some way involved it?
**Q. Yes.**
A. I'm aware of it, but I don't know --
**Q. What are you aware of specifically?**
A. Well, actually, I'm getting backtracked on that because the event that I'm thinking of can line up a question as far as, like, where have I heard about stuff. So I'm not positive if it was at Mar-a-Lago or where it was.
**Q. Okay, so you're aware of an event related to**

**LGB Coin?**
A. Yes.
**Q. What do you know about this event?**
A. I know that there were events that basically people had just talked about it, and it had hit the media, and it was brought up. And I don't even remember who all those people were now. I kind of feel silly not remembering. I think there was one that they were excited that Donald Trump was supposed to mention LGB Coin. I don't really remember.
So when you ask me specifically about Mar-a-Lago, that's what I was thinking of, but I don't know that that's where it happened.
**Q. Have you ever communicated with plaintiff, De Ford?**
A. I have not.
**Q. Have you ever communicated plaintiff, Key?**
A. I have not.
**Q. Do you know if Mr. Koutoulas has ever owned LGB Coins?**
MR. MASSON: Objection. Calls for speculation.
A. I can only guess.
MR. MASSON: Hey, Nicole, is this an organic time to take a break?



MS. MARTELL: That's fine.
(A brief recess was taken at 12:21 p.m.)
(The proceedings resumed at 12:32 p.m.)
BY MS. MARTELL:
**Q. All right. So we've spoken about your description of the claims against Mr. Koutoulas, but specifically against LGB Coin Ltd, can you describe your claim in your own words?**
A. Can you rephrase that?
**Q. Sure. What claims are you making against LGB Coin Ltd?**
A. I believe they're the same claims against James Koutoulas.
**Q. So in your mind, you're lumping LGB Coin Ltd with Mr. Koutoulas?**
MR. MASSON: Objection. Mischaracterizes prior testimony.
A. I can't say that they're lumped together, but I believe that he is managing or owns the other. So there's the responsibility there, too.
**Q. What can you point to to assume that Mr. Koutoulas owns LGB Coin Ltd?**
MR. MASSON: Objection. Calls for speculation, foundation.
A. There's a lot of legalities that I don't know



how to explain in my own words.
**Q. Who are your attorneys?**
A. Are you asking for their names?
**Q. Their names.**
A. Aaron Zigler, Sean Masson. I always get this one wrong, too -- what is John's last name? John -- it is the last names that I struggle with. I can tell you the law firms.
**Q. How did you meet Zigler -- Mr. Zigler?**
A. On the telephone.
**Q. And how did you meet Mr. Masson?**
A. On the telephone.
**Q. At the same time or separate phone calls?**
A. Separate phone calls.
**Q. Who did you call first?**
A. Aaron Zigler.
**Q. And did you contact him first, or did he contact you?**
A. I contacted him.
**Q. When?**
A. I don't remember the exact date.
**Q. Did you respond to an ad?**
A. I did.
**Q. Can you describe that ad to me?**
A. I cannot because I don't specifically remember



what the ad said. I don't remember exactly.
**Q. What about the ad that led you to want to call Mr. Zigler about this matter?**
A. I don't specifically remember, but I knew it pertained to LGB Coin and the drop in price. And I don't remember all the specifics of it. But the ad did specifically reference LGB Coin. I don't remember. There was something there that I could guess, but I don't specifically remember what it said that led me to that.
**Q. Where did you see the ad?**
A. Online.
**Q. Do you recall which website?**
A. I do not recall.
**Q. And how did you come across the ad?**
A. I could guess and say I was searching for potentially other people that were pissed off about this situation as well.
**Q. Did you speak to anyone else who was unhappy with the situation?**
A. That was unhappy with it? I don't recall. I'm not sure.
**Q. How many calls have you had with your attorneys to review this matter?**
A. There have been several. I don't know the



26aae1d7-66e2-44dc-87dd-e117827a1e02

exact amount, and I don't believe I got a specific date.
**Q. Around when did you first contact Mr. Zigler?**
A. I don't remember the exact date. I believe it was around May or June, but I don't remember the exact date.
**Q. Of what year?**
A. I believe '21. I do not remember the exact date.
**Q. And how did you get in contact with Mr. Zigler and then to Mr. Masson?**
A. What do you mean? So you said you had separate phone calls and you first contacted Mr. Zigler, and then you also had to call Mr. Masson. So how did you get from speaking to Mr. Zigler to speaking to Mr. Masson? They work together.
**Q. Have you talked to anyone else about this litigation?**
A. Just in general.
**Q. Is there anybody you can think of?**
A. Yes.
**Q. Okay. Who?**
A. Like close family. It's not something that I talk a lot about. Possibly a couple of friends that it was mentioned to.
**Q. What are some of their names?**



A. They're nicknames?
**Q. Their names.**
A. There's my husband, Jeff.
**Q. Is his last name Bader as well?**
A. It is. My daughter Jackie.
**Q. What's her last name?**
A. Bader.
**Q. How old is Jackie?**
A. 30.
**Q. Who else?**
A. My daughter, Ashley.
**Q. Here last name is Bader?**
A. Poole, with L-E.
**Q. Is she an adult as well?**
A. Yes.
**Q. Who else?**
A. Richard. He's going to kill me for this. I can't remember his last name. It's another funky last name. It's my daughter's boyfriend.
**Q. Which daughter?**
A. Jackie.
**Q. Who else?**
A. I don't know. It's like I said, I haven't talked a lot about it.
**Q. Is that everyone that you can recollect at**



**this time?**
A. At this time, yeah.
**Q. How many of the filings have you read in this case?**
A. Say it again.
**Q. How many of the documents that have been filed in this case have you read?**
MR. MASSON: Objection to the form.
A. I believe I've seen all of them.
**Q. Which ones do you recall specifically?**
A. The complaints. The one I struggle to pronounce -- the interrogatories, did I say it right?
**Q. You did?**
A. I believe it's the request for certification, class certification. I'm just going off of -- trying to remember titles here. If you want to show them to me, I can tell you if I've seen them or not, potentially.
**Q. That's okay, it is just what you recall.**
A. There's been discovery. I'm not sure on the rest of the titles on the documents. But like I said, if you want to show them to me, I can potentially --
**Q. Who prepared the answers to the interrogatories that were directed at you?**
A. I did.
**Q. Do you know how many defendants have been**



**dismissed from the case so far?**
A. How many have been dismissed? I don't know.
**Q. What are you -- what amount are you looking to recover in this action?**
MR. MASSON: Objection to the form.
A. I would have to discuss that with my attorney.
**Q. But you have to have some expectations as we sit here today.**
**What are you expecting to recover damages from this case?**
MR. MASSON: Objection. Asked and answered.
A. I think I would have to discuss that with my attorney.
**Q. Have you been promised any amount as a bonus above the damages that you're claiming for participating in this case?**
A. No.
**Q. Do you believe that Mr. Koutoulas and LGB Coin Ltd are solely at fault for the decline in LGB Coins value?**
MR. MASSON: Objection. Calls for legal conclusion.
A. I -- that's what my attorney can answer.
**Q. So you don't have an answer?**
A. I answered.



26aae1d7-66e2-44dc-87dd-e117827a1e02

**Q. Do you believe that Mr. Koutoulas and LGB Coin Ltd are mostly at fault for the decline of LGB Coin?**
MR. MASSON: Objection. Calls for speculation.
A. And there's a lot of stuff happening or a lot of legal findings, and I'm not the expert to answer that. That would have to go to my attorney.
**Q. Have you talked to a litigation funder with regards to your case?**
MR. MASSON: Objection, foundation.
A. What is a litigation funder?
**Q. Sure. Do you have --**
**Is there anyone who is helping support the funding or the cost of this case?**
A. My attorneys.
**Q. Any other third party?**
A. Not that I know of.
Off the record for a moment.
(A brief recess was taken at 12:46 p.m.)
(The proceedings resumed at 12:47 p.m.)
BY MS. MARTELL:
**Q. So you're not aware of any other third-party who is helping cover the cost of this litigation besides your attorneys?**
A. I'm not aware of that, no.



**Q. You haven't been asked to sign any disclosures with a litigation funder?**
MR. MASSON: Objection, privilege.
MS. MARTELL: So are you instructing her not to answer, for the record?
MR. MASSON: I'm not instructing her not to answer; I'm just objecting on privilege grounds.
A. What's the question?
**Q. Have you been asked to sign a disclosure with any particular litigation funder aside from your attorneys?**
A. That would state that somebody else is funding it? Is that what you're asking?
**Q. Yes.**
A. No.
**Q. Who paid for your flight here today?**
A. My attorneys.
**Q. What airline did you file?**
MR. MASSON: Objection, relevance.
A. Do I answer that?
**Q. Yes?**
A. United.
**Q. And who pays your hotel?**
A. My attorneys.
**Q. And you're aware that there was a**



**certification and a motion filed for you to represent a class of LGB Coin buyers against Mr. Koutoulas, correct?**
A. Say it again.
**Q. You are aware that there was a motion filed for you to represent a class of LGB Coin holders against Mr. Koutoulas in this case?**
A. Yes.
**Q. And have you reviewed that motion?**
A. Yes.
**Q. When did you review it?**
A. I don't know the exact date. I reviewed it a couple of times.
**Q. Why do you want to be a class representative?**
A. Why do I want to?
**Q. Yes.**
A. I feel like I can do and have been doing a good job. I feel really kind of pissed off about the way this whole thing went down, and I feel like I can do a good job representing the class.
**Q. You said you feel like you've been doing a good job.**
**What do you believe you've done so far that is a good job for the class?**
A. I keep in pretty consistent contact with my attorneys. I go through all the filings and pleadings



and everything that comes through. I discuss documents with them. I prepare some documents or give them some documents. I'm here today doing this. I'm willing to put the time and effort into it.
**Q. What other members of the proposed class have you spoke to?**
A. Members of the class?
**Q. Yes.**
A. I'm not sure.
**Q. Have you received any support from other potential class members for you being a class representative in this action?**
A. What do you mean by support?
**Q. Sure. Has there been any support by other class members for you to be their class representative?**
MR. MASSON: Objection to the form.
A. What do you mean?
**Q. Have they somehow told you that they want you to be the class representative? Have they written to you? Have you discussed it?**
A. Oh, no.
**Q. Why do you think that this particular class action is a superior way to resolve this issue as compared to the lawsuit that's been brought against NASCAR?**



26aae1d7-66e2-44dc-87dd-e117827a1e02

MR. MASSON: Objection. Calls for legal conclusion.
A. I don't know about the other lawsuit. I can't compare.
**Q. Why would you think that this case is the best or the most superior way to resolve this issue?**
A. Well, I'm not an expert, you know, but it seems to not be resolved in another way.
**Q. Can you describe specifically why the foundation's claims against NASCAR aren't a better way to resolve it than through this case?**
MR. MASSON: Objection. Asked and answered. Calls for speculation and legal conclusion.
Just let me get through the objections.
COURT REPORTER: I didn't get your answer.
A. I said I can't.
**Q. So, unlike in this case, the foundation's claims against NASCAR have survived a motion to dismiss, correct?**
A. Repeat that again.
**Q. So unlike in this case, the foundation's claims against NASCAR survived a motion to dismiss, correct?**
MR. MASSON: Calls for speculation.
A. I don't know enough about the foundation's



claims against NASCAR. I don't know what's happening in that suit, so I don't know.
**Q. But you feel very strongly about these claims, enough to bring a lawsuit, but you aren't following the foundation's lawsuit that has been filed on your behalf as a claim holder?**
MR. MASSON: Objection, harassment. Objection, asked and answered.
A. I'm not following that lawsuit.
**Q. Do you know that the claims in that lawsuit are for 571 million in damages that would be distributed to the coin holders if successful?**
A. I am not following that lawsuit.
**Q. I will show you what was filed. This is Document 377 on the docket, Declaration of Sandra Bader in support of the motion for class certification.**
**Can you please review that?**
A. What is it that you want me to read, the whole thing?
**Q. I'm going to ask you some questions about the document, so if you want to review it to fresh your recollection.**
MR. MASSON: Just read through the whole thing.
**Q. Do you recognize that document?**



A. I do.
**Q. What is it?**
A. What is it?
**Q. Yes.**
A. It's the declaration of Sandra Bader in support of the motion for class certification.
**Q. Did you write it?**
A. Did I write it? I helped write it.
**Q. Okay. Who helped you write it?**
A. My attorney.
**Q. Did you review it before signing?**
A. I did.
**Q. And is that your signature at the end?**
A. Yes.
**Q. And you understand that this is was made in support of you becoming a class representative in this action?**
A. Yes.
MS. MARTELL: For the sake of completeness, I'll put the full document as an exhibit. It's Document 289 to the docket notice of certification.
(The Document No. 289 was marked as Defendant's Exhibit Number 5 for Identification.)
**Q. My focus is going to be specifically on Page 289-4.**



MS. MARTELL: This will be Exhibit 6.
(The class certification document was marked as Defendant's Exhibit Number 6 for Identification.)
**Q. You can review Page 4 of that document.**
A. Okay.
**Q. Do you recognize that document?**
A. I do.
**Q. What is it?**
A. Certification pursuant to federal security clause.
**Q. And did you sign that document?**
A. I did.
**Q. When is it dated?**
A. It is dated June 1st, 2023.
**Q. And when was it filed? You can reference the blue language at the top of the document.**
A. It says it was filed on 6/2/23.
**Q. Did you know that by law, that needed to be filed at the original complaint?**
MR. MASSON: Objection. Calls for a legal conclusion.
A. This is something to take up with my attorneys.
**Q. So you're not aware that not filing it timely is a violation of federal law?**



26aae1d7-66e2-44dc-87dd-e117827a1e02

MR. MASSON: Objection. Calls for legal conclusion and speculation. Asked and answered.
A. This would be referred to my attorneys.
**Q. All the transactions that are noted in your certification, specifically, we have -- so the security transactions that you're referencing in this are those all done on specific exchanges?**
A. What do you mean?
**Q. So you reference certain transactions.**
**What exchanges are these transactions done on?**
MR. MASSON: Objection. Asked and answered.
A. I think that is something that needs to be discussed with my attorneys.
**Q. And in your declaration for cost certification, which was already labeled as Exhibit 5, you reference in further detail certain transactions and purchases of LGB Coin, correct?**
A. Uh-huh.
**Q. Okay. And what exchanges for the did these appear on -- did these transactions appear on?**
MR. MASSON: Objection. Asked and answered, but you can answer if you know.
A. What transactions?
**Q. You noted here a purchase on January 1st.**
**What exchange did that transaction appear on?**



A. For LGB Coins, specifically? I believe on Coinbase, but I'm not 100 percent sure. I believe it was Coinbase.
**Q. So, any of the transactions described in this certification, any potential transactions that are described in the certification, it is safe to say that none of them were between you and Mr. Koutoulas?**
MR. MASSON: Objection. Calls for legal conclusion and speculation.
A. I don't know.
**Q. Did you transact directly with Mr. Koutoulas for any of the transactions referenced in either of these certifications?**
MR. MASSON: Objection. Calls for legal conclusion.
A. That is to be discussed with my attorneys, I think.
**Q. Are any of the certifications that are referenced in either of these certifications directly with LGB Coin Ltd?**
MR. MASSON: Objection to the form.
A. Can you replace what you're asking?
**Q. Sure. Are the transactions referenced in Exhibit 5 for class certification -- sorry, Declaration of class certification --**



**Re the transactions in that document specifically with LGB Coin Ltd?**
MR. MASSON: Objection. Calls for legal conclusion.
A. I don't know. That would have to go to my attorneys.
**Q. And are any of the transactions that are described or referenced in Exhibit 6, the certification pursuant to the federal securities laws, specifically between you and LGB Coin Ltd?**
MR. MASSON: Objection. Calls for legal conclusion.
A. You would have to ask my attorneys.
**Q. Did Mr. Koutoulas ever ask you directly to purchase LGB Coin?**
A. I have not spoken directly with James Koutoulas.
**Q. So you've never text messaged with him, correct?**
A. I don't believe I have.
**Q. And you cannot show me anywhere where there was a transaction directly between you and Mr. Koutoulas?**
MR. MASSON: Objection. Calls to legal conclusion.



A. That is something that you would have to ask my attorneys.
**Q. The only transaction that you can reference as we sit here today related to LGB Coin you believe was completed on Coinbase?**
MR. MASSON: Objection. Asked and answered. And misstates prior testimony.
**Q. If I'm mistaken, please correct me.**
A. So I told you, I'm not positive which the transactions all happened on. There were several places that the LGB Coin website led me for their instructions on how to purchase the coin.
So Uniswap, Coinbase, Coinbase wallet. And there may have been something else added in there that I'm not remembering right now.
**Q. So secondary markets?**
A. (No audible response.)
MR. MASSON: Objection. Calls for legal conclusion.
MS. MARTELL: This was produced as Bates 0086.
(The document labeled Bates 0086 was marked as Defendant's Exhibit Number 7 for Identification.)
**Q. Can you please review that and describe to me what this document represents?**
A. So this looks like transactions and

Page 89

transaction fees of Let's Go and Ethereum.
**Q. And what is that a screenshot of?**
**Where does that come from?**
A. I believe this is -- it looks like transactions from a wallet.
**Q. So it's a screenshot from one of the sites that you go to for your wallet?**
A. Potentially.
**Q. This is a document you preserved or produced in this case, correct?**
A. Well, what I'm looking at is, like I said, that's what it looks like to me is the transfer showing the different transfers.
**Q. Are you familiar with the term libelist?**
A. I've heard the term, but I don't know what it means.
**Q. What context have you heard that term?**
A. I don't know. If you could explain to me what it means.
**Q. Just the term libel, are you familiar with that term?**
MR. MASSON: Objection, relevance.
A. If you could explain to me what it means.
**Q. Okay. In the context of publishing false information, does that sound familiar?**

Page 90

MR. MASSON: Objection, foundation.
Are you familiar --
MS. MARTELL: And I'll present to you, what will be marked as Exhibit 7(sic).
COURT REPORTER: We are on 8.
(The libel document was marked as Defendant's Exhibit Number 8 for Identification.)
**Q. Go ahead and review this document, please.**
**What does that e-mail exchange represent to you?**
A. I don't know exactly what that e-mail exchange is.
**Q. Who seems to be involved in that e-mail exchange?**
MR. MASSON: Objection. Calls for speculation. The document speaks for itself.
A. Please read it off to me.
**Q. What names do you see?**
**Who does that appear to be an e-mail exchange with?**
A. It looks like Mike Ford(phonetic), Eric Nyquist(phonetic), Stephanie Harris(phonetic).
**Q. Are you able to ascertain from the language in that document what companies they are with?**
MR. MASSON: Objection. Calls for speculation

Page 91

and foundation.
**Q. Does that appear to be an e-mail exchange between representatives of NASCAR and USA Today Reporter?**
A. Does it say it's USA Today Reporter on here? I don't see it. I don't know.
**Q. So if we go to the message all the way to the bottom, what is the individual asking? If you can read it out loud.**
A. I apologize for bombarding you with e-mails this week. I promise this wasn't on purpose. But is it possible for you to confirm that NASCAR reviewed and rejected the proposed LGB Coin sponsorship yesterday and also told Brandonbilt Motorsports yesterday that the sponsorship was denied?
If you can confirm that, are there any other details related to NASCAR's decision that you can share for me to report?
Thanks so much for your help, Steph. And, especially because this isn't my mutual request from you. Thanks, Michelle.
**Q. And where do we see the exchange -- the response or exchange above that?**
MR. MASSON: Are you just asking her to just read the each message in this document?

Page 92

MS. MARTELL: Yes, that'll probably be the easiest way to do it.
A. So it just says this originated outside of NASCAR, and don't click on attachments unless you recognize the sender.
And then it says see below.
**Q. Who says see below?**
A. Stephanie Harris.
It says I'm happy to go on background with Michelle on this one, thoughts?
**Q. And who does it seem that that message is being sent to?**
A. Stephanie Harris.
It says I vote yes, add her to the libel list.
**Q. Does it appear that the individuals that wrote those last two messages were affiliated with NASCAR?**
MR. MASSON: Objection. Calls of speculation.
A. I don't know. I'm not trying to be difficult about it. I don't know.
**Q. Whatever your answer is, it is fine.**
**So as we sit here, though, you're not familiar with the term libel?**
A. If you can explain to me what it means.
**Q. I think I'd be crossing some lines, so we'll have to leave it at that.**

**Given the nature of the claims that you brought, would it be important for you to know any information that might support whether NASCAR had any type of ill intent in this?**

MR. MASSON: Objection. Calls for speculation.

A. What do you mean?

**Q. Well, from what you've told me today, this all stems from having lost money through LGB Coin. Your complaint purports to put that blame on Mr. Koutoulas and LGB Coin Ltd.**

**Would information that demonstrates that another individual or company are the ones who are in fact responsible for that to be important to you?**

MR. MASSON: Objection. Calls for legal conclusion. Asked and answered.

A. My attorneys would be the ones to ask about that.

MS. MARTELL: And can we have Exhibit 2 so that this is complete?

COURT REPORTER: Do you want me to give back Exhibit 2?

MS. MARTELL: Yes.

BY MS. MARTELL:

**Q. You've produced approximately 90 documents.**



**And I will hand you those documents. If you can take some time to review them. I'd like to know who this represents.**

MS. MARTELL: And this will be Composite Exhibit 9.

(The documents were marked as Defendant's Composite Exhibit Number 9 for Identification.)

**Q. Are these all of the documents that you believe you have in your possession related to LGB Coin?**

A. If this is all of the documents that I have in my possession?

**Q. Related to LGB Coin?**

MR. MASSON: Objection. Calls for a legal conclusion and speculation.

Are you asking her to confirm that this -- the production that you just handed her is the exact production we made to you?

MS. MARTELL: I want to make sure that this is a complete production of all the documents that we've requested related to LGB Coin that you have in your possession.

MR. MASSON: You can answer what you believe to know.

A. There is no possible way for me to know with all of my documents that this is complete or accurate.



BY MS. MARTELL:

**Q. What did you do to ensure that the response to our interrogatories and requests for production were complete and accurate?**

A. Well -- ask me again, please.

**Q. Sure. You reviewed a copy of the interrogatories and requests for production in this case.**

A. Are you talking about -- whose interrogatories?

**Q. The ones that we directed toward you specifically.**

A. Okay. So ask me again, sorry.

**Q. Did you review the interrogatories request for production directed at you in this case?**

A. I did.

**Q. And in response, we received these 91 documents.**

**Can you confirm that these are all of the documents that you have in your possession that are responsive to our requests?**

MR. MASSON: Objection, form -- to your knowledge.

A. Sitting here right now, there is no way for me to know that this is complete or accurate just off the



top of my head.

**Q. But why don't you take some time to look at it and see if there's anything that does stand out to you that might be missing.**

A. So you want me to tell you about what I can't remember right this second about what's missing?

**Q. I'm just asking you to look through the documents. And if there's anything that you, based on your recollection, think is missing that might be responsive, I would like to know that.**

MR. MASSON: Can we go the record for one second, please?

MS. MARTELL: That's fine.

(A brief recess was taken at 1:16 p.m.)

(The proceedings resumed at 1:17 p.m.)

BY MS. MARTELL:

**Q. Now we've got an opportunity to review this, can you confirm that this appears to be, to the best of your knowledge, a complete copy of the records that you compiled and produced for your attorney to give us in response to our discovery requests?**

A. It appears to be.

**Q. Thank you. Now, I have reviewed those documents, as I'm sure you can imagine.**

**Is there anywhere in those documents that you**

**can point to that shows me where you had a direct transaction with Mr. Koutoulas?**

MR. MASSON: Objection. Calls for legal conclusion.

A. I don't know.

MS. MARTELL: All right, let me just have one moment to confer with my client.

(A brief recess was taken at 1:24 p.m.)

MS. MARTELL: I have nothing further.

MR. MASSON: I have no follow-up.

MS. MARTELL: You have the right to read or waive. Essentially, before we use the deposition in court for any type of official purposes, you have the opportunity, if you would like, to review the transcript to see if there is anything that the court reporter didn't record properly.

You can't necessarily change it --

MR. MASSON: It has an errata sheet.

MS. MARTELL: For a mistake that you can write down.

MR. MASSON: We will read.

(The proceedings concluded at 1:28 p.m)



CERTIFICATE OF OATH

STATE OF FLORIDA,
COUNTY OF BROWARD

I, Kimberly Hacker, Notary Public, State of Florida, certify that Sandra Yvonne Bader personally appeared before me on the 6th of September, 2024, and was duly sworn by me.

Signed this 6th day of September, 2024.

Kimberly Hacker
Notary Public, State of Florida
My Commission No. HH 313518
Expires: September 24, 2026



CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY OF BROWARD

I, Kimberly Hacker, do hereby certify that I was authorized to and did stenographically report the deposition of Sandra Yvonne Bader; that a review of the transcript was requested; and the foregoing pages constitute a true record of the testimony given by said witness.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

Dated this 30th day of September, 2024.

Kimberly Hacker
United Reporting, Inc.
Litigation Building
633 South Andrews Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 525-2221



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.: 6:22-CV-00652-PGB-DCI

ERIC DE FORD, SUSAN BADER,
SHAWN R. KEY, Individually and on
Behalf of All Others Similarly Situated,
Plaintiffs,
v.
JAMES KOUTOULAS, and
LGB COIN, LTD,

Defendants.
_______________________________________/

TO: SCOTT & SCOTT
C/O: Sandra Yvonne Bader
E-MAIL: Smasson@scott-scott.com
BY: SEAN MASSON, ESQUIRE

Your deposition taken in the above-entitled cause is now ready for signature. Please come to this office and sign same; or if you wish to waive the signing of the deposition, please so advise.

If this deposition has not been signed by October 29, 2024, we shall consider your signature waived.

Kimberly Hacker
United Reporting, Inc.
Litigation Building
633 South Andrews Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 525-2221

ERRATA SHEET

PAGE NO. LINE NO.

------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------
------- ------- ----------------------------

SIGNATURE________________________________________

(Sandra Yvonne Bader)



26aae1d7-66e2-44dc-87dd-e117827a1e02

**A**

**a.m** 1:13 38:20,21
**Aaron** 71:5,16
**able** 15:7 27:12 57:16 90:23
**above-entitled** 100:17
**accidents** 61:9
**accurate** 94:25 95:4 95:25
**accusing** 47:12 49:12
**acted** 36:18,23 37:10 38:1,3
**acting** 37:16
**action** 4:13 76:4 80:12,23 83:17 99:14,15
**actions** 47:14
**active** 66:12
**ad** 71:22,24 72:1,2,6 72:11,15
**add** 92:14
**added** 88:14
**Additionally** 50:14
**address** 8:9 60:8
**adult** 74:14
**advertised** 13:11 19:17 23:2
**advertisement** 18:25 19:1
**advertisements** 14:6 14:21,25 15:9,17 16:2 17:8 18:15 19:3,7,10,23,25 20:8 64:16,21 65:2 65:9 67:24
**advertising** 4:18
**advise** 100:18
**advocate** 61:8
**advocated** 39:3,6
**affiliated** 92:16
**afford** 13:17,20
**ago** 61:11
**agree** 47:12 51:17 53:1 57:15
**agreed** 42:19
**agreement** 3:10 40:12 40:17 41:3,21,23 42:2,10 43:2 46:15 46:22 48:22 55:4
**ahead** 21:16 27:1 50:24 90:8
**airline** 78:18
**allege** 51:14 57:1
**alleged** 54:7,14 55:18 55:22 56:24 61:23 62:9
**allowing** 25:12 38:7
**aloud** 50:12
**altercation** 60:21
**Amended** 15:18 16:4 16:11,19,24 18:20 19:8 49:17,20
**amount** 12:16 22:22 56:3,8 73:1 76:3,14
**Andrews** 1:23 99:20 100:24
**announced** 8:13 25:11,13
**announcement** 15:1,3 19:8 64:17
**announcements** 67:18
**announcing** 43:21
**answer** 4:22,23 5:15 6:18,19 8:7,18,23 10:19 11:11 13:19 16:9,12,14 18:10 20:6 23:6,6 30:25 33:10 36:15 49:1,6 52:4 55:20 60:3 76:23,24 77:6 78:5 78:7,20 81:15 85:22 92:20 94:22
**answered** 6:16 8:21 10:17 12:15 20:5 22:20,24 35:11,15 36:9 42:16 43:13 47:9 48:24 53:8 54:22 55:1,9,19 58:18 59:20 60:2 62:16 76:11,25 81:12 82:8 85:2,11 85:21 88:6 93:16
**answers** 75:22
**anybody** 45:1 73:19
**apologize** 91:10
**app** 45:24
**appear** 85:20,20,25 90:19 91:2 92:15
**APPEARANCE** 2:1 2:6
**appeared** 4:3 98:7
**appears** 96:18,22
**appease** 52:20
**approach** 5:12,13
**approached** 5:16
**approval** 52:2 55:3,6
**approve** 10:24 43:18
**approved** 9:3 10:2,16 10:22 40:10 42:13
**approving** 8:12,16 11:13,13 43:16 55:4
**approximately** 93:25
**area** 16:8 40:8 45:19
**argued** 51:13
**argumentative** 11:7
**articles** 11:3
**ascertain** 90:23
**Ashley** 74:11
**aside** 64:19 78:10
**asked** 6:16 8:5,21 10:17 12:15 13:13 13:18,22 16:25 20:5 22:20,24 31:8 35:11 35:15,20 36:9 42:16 43:13 47:8 48:18,24 53:8 54:22 55:1,9 55:11,19 58:18 59:20 60:2 62:16 76:11 78:1,9 81:12 82:8 85:2,11,21 88:6 93:16
**asking** 13:20 17:1 18:7 20:18 23:8 28:9,15 30:22 37:21 40:19,20,21 45:7,19 47:23,24 48:25 50:11 51:18 57:11 57:12 60:1 64:11,23 71:3 78:13 86:22 91:8,24 94:15 96:7
**assertions** 48:15
**assist** 48:20
**associated** 35:14
**assume** 70:21
**attachments** 92:4
**attempted** 50:16
**attention** 32:1 49:23
**attorney** 52:9 76:6,13 76:23 77:7 83:10 96:20 99:12,14
**attorney's** 37:3
**attorneys** 5:10,10,12 5:17,23 8:1 71:2 72:24 77:15,24 78:11,17,24 79:25 84:23 85:3,13 86:16 87:6,13 88:2 93:17
**audible** 11:19 88:17
**audibly** 18:10
**authorized** 99:6
**Ave** 2:3
**Avenue** 1:23 99:20 100:24
**aware** 8:15,19,24 23:10,15,18 39:2,5 39:7,8,12,16,22 40:1,11,16 42:25 43:4,6,25 46:12,19 49:8 50:20,25 52:10 52:18,23 53:9,15 57:6,9 64:7,9,13 67:25 68:11,18,19 68:25 77:22,25 78:25 79:4 84:24

**B**

**B** 3:6
**back** 10:10,18 25:21 44:1 46:13,20 51:13 67:16 93:21
**backed** 58:9
**background** 57:21,23 57:24 60:6 92:9
**backtracked** 68:20
**bad** 37:10,16,19 38:1
**Bader** 1:4,16 3:4 4:2 4:12,14 26:4,11 66:23 74:4,7,12 82:15 83:5 98:6 99:7 100:4,14 101:25
**balance** 31:9,10,14
**bankruptcy** 61:10
**based** 32:9 42:12 96:8
**basically** 4:18 6:5 69:4
**basis** 30:16 48:8,10
**Bates** 3:14 26:1 88:20 88:21
**Beast** 50:15
**becoming** 83:16
**beginning** 23:12 25:8 64:16
**behalf** 1:5 4:15 6:13 16:24 39:10,13 49:18,21 53:21 54:8 55:23 56:4,9 62:11 82:5 100:5
**behavioral** 61:20
**believe** 4:24 6:3 7:12 8:25 9:2,3,4 10:21 10:22 11:5,8,12 12:16 14:4,6,17,20 15:13 20:11 21:21 24:9,25 25:7,10,11 25:15,19 26:1,19,23 29:25 30:11,16 32:10,11,15,15 34:19 36:25 37:25 41:6,7,14,25 42:19 43:15 45:22 46:2,11 48:5,11 49:11 51:7 51:9 53:14 54:17,19 54:25 55:7 56:12,21 58:21 61:16,25 62:18 63:3 64:15,18 65:4,10,11 67:4 70:12,19 73:1,3,7 75:9,14 76:18 77:1 79:22 86:1,2 87:20 88:4 89:4 94:9,22
**believed** 14:2,5,9 19:24
**benefit** 51:24 52:5
**best** 81:5 96:18
**better** 81:10
**big** 22:21 43:18
**blah** 10:9
**blame** 93:10
**blocked** 26:10 50:9
**blue** 84:16
**boards** 66:9,14
**bold** 47:25
**bombarding** 91:10
**bonus** 76:14
**bottom** 27:19 50:1 91:8
**bought** 28:2 34:24 35:5,9,18
**Boulevard** 1:14 2:7
**boyfriend** 74:19
**boys** 61:21

**brand** 29:22,23 30:1
**branded** 30:4
**Brandon** 14:25 15:4 22:17 42:25 46:14 64:3,10,14
**Brandon's** 43:20 46:21 52:10,18
**Brandonbilt** 40:12 41:24 42:7,10,25 47:2 48:21 49:9,16 51:1 52:24 91:14
**Brandonbilt's** 49:5
**brands** 29:18,21
**breach** 46:14 47:5 49:5
**breached** 46:21 48:21
**break** 38:17 69:25
**brief** 38:20 70:2 77:19 96:14 97:8
**bring** 7:4 82:4
**bringing** 12:12
**brochures** 46:10
**BRODLEY** 2:12
**broken** 20:20
**brought** 4:15 69:6 80:24 93:2
**BROWARD** 98:4 99:3
**Brown** 64:3,10,14
**Brown's** 14:25 15:4 43:1 46:14
**Building** 1:23 2:2 99:20 100:23
**business** 33:13,14,17
**buy** 23:1 24:14,15 33:18 44:25 46:13 46:20
**buyback** 49:5
**buyers** 79:2
**buying** 33:12,17 35:14,21 58:20

**C**

**C** 3:20
**C/O** 100:14
**call** 22:3 71:15 72:2 73:13
**calls** 9:22 15:14,15 30:8,15,18 36:8,13 37:12 42:17 43:8,23 46:6,24 47:19 51:21 52:7,21 53:4,23 54:5,10 55:25 56:5 56:14 57:3,18 58:14 62:1,6,15,20 63:4 63:10,15 69:21 70:23 71:13,14 72:23 73:12 76:21 77:3 81:1,13,24 84:20 85:1 86:8,14 87:3,11,24 88:18 90:15,25 92:17 93:5 93:15 94:13 97:3
**capacity** 39:14,17
**car** 15:1,4 61:9
**case** 1:3 4:12 7:23 10:9,21 25:23 40:3 40:5 61:10 62:9 75:4,7 76:1,10,16 77:9,14 79:6 81:5 81:11,17,21 89:10 95:8,15 100:3
**cases** 61:14
**cash** 51:11
**categorized** 53:18
**cause** 100:17
**causes** 23:19
**certain** 12:11 34:18 65:14 85:9,16
**CERTIFICATE** 98:1 99:1
**certification** 3:13 75:14,15 79:1 82:16 83:6,21 84:2,9 85:5 85:15 86:5,6,24,25 87:8
**certifications** 86:13 86:18,19
**certify** 98:6 99:5,11
**chance** 9:15 26:13 41:15
**change** 97:18
**changes** 65:12
**charitable** 55:23
**charities** 23:1,4,11
**charity** 23:15
**chart** 3:11 44:3,5,10 44:14,17
**charts** 44:6
**chat** 45:23
**chats** 46:4
**chosen** 11:5
**city** 60:10
**claim** 43:10 51:5 70:8 82:6
**claiming** 11:25 76:15
**claims** 53:6 70:6,10 70:12 81:10,18,22 82:1,3,10 93:1
**clarification** 23:8
**clarify** 23:9 24:4 47:20 50:24
**class** 3:13 62:11 75:15 79:2,5,13,19 79:23 80:5,7,11,11 80:15,15,19,22 82:16 83:6,16 84:2 86:24,25
**classified** 63:8
**clause** 84:10
**clean** 10:3,6
**clear** 20:23 21:17 27:6 47:21,23
**click** 92:4
**client** 97:7
**close** 10:12 73:22
**code** 60:17
**coding** 61:21
**coin** 1:8 4:9 6:3,4,6,8 6:13,24 7:3,4,11,13 7:19 8:17 11:9 12:1 12:13,17,19,23 13:4 13:5,11 14:2,11,15 14:17,20 15:10,13 15:22 16:1 17:19,23 18:1,11,22 19:3,4 19:13,17,20 20:10 20:14,16,25 22:18 22:23 23:10,16,18 23:21,24,25 24:5,6 24:9,18 25:17 27:4 27:6,7 28:1,4,14,16 28:17,23 29:4,7,9 29:17 30:13,17 32:10,16,23,24 33:1 33:3,13,19,23 34:2 34:8,10,10,13,20,22 34:24 35:2,5,9,14 35:18,21,21 36:1,4 36:4,11 37:1,11,16 38:11 39:9,13,14,25 40:12 41:24 42:10 42:14 43:7,11,12,19 44:15,15,25 45:5,10 45:14,21 46:1,5,10 46:20 47:6,13,15 48:17,21 49:5 50:17 50:18 51:10 52:11 52:20 53:3,10,16 55:22,24 56:4,9,12 56:13,17,19,25 57:1 57:2,6,9,13,15,17 58:4,4,17 59:15 61:24,25 62:13,23 63:1,13 64:10,14 65:11,17,25 66:2,3 66:6,7,10 67:5 68:1 68:5,8,12 69:1,10 70:7,11,14,22 72:5 72:7 76:18 77:1,2 79:2,5 82:12 85:17 86:20 87:2,10,15 88:4,11,12 91:13 93:9,11 94:9,12,20 100:8
**Coinbase** 24:12 86:2 86:3 88:5,13,13
**coins** 4:18 6:21 11:6 12:4,8,11 24:17 43:1,5 46:13 56:23 56:25 58:2,3,6 59:22 62:10,18 63:7 68:15 69:20 76:19 86:1
**collectible** 14:12
**collections** 61:12
**college** 60:7
**come** 5:3,20 12:23 23:13 72:15 89:3 100:17
**comes** 68:10 80:1
**coming** 15:1 64:17
**comments** 20:22
**Commission** 98:13
**communicated** 69:14 69:17
**communication** 8:3
**Comp** 3:9,16
**companies** 29:15,16 29:19 90:24
**company** 34:17 56:22 93:13
**compare** 81:4
**compared** 44:16
80:24
**compensation** 54:2
**compiled** 96:20
**complaint** 6:12 15:19 16:4,7,9,11,19,24 18:20 19:9 37:19,25 44:9 48:1,16 49:18 49:21 51:3,14,17 54:8 55:18 61:23 84:19 93:10
**complaints** 75:11
**complete** 93:20 94:19 94:25 95:4,25 96:19
**completed** 88:5
**completely** 25:6,7 58:10,16,21 59:13
**completeness** 83:19
**compliant** 56:24
**Composite** 26:5,8 94:4,7
**compound** 7:8 55:14 55:15
**computer** 10:11
**concluded** 97:23
**conclusion** 15:15 30:9 30:15,19 36:9,14 37:13 42:17 46:7 51:22 52:7 53:24 54:5,11 56:1,6,15 57:4,19 62:2,7,16 62:21 63:5 76:22 81:2,13 84:21 85:2 86:9,15 87:4,12,25 88:19 93:16 94:14 97:4
**conclusions** 30:23
**confer** 97:7
**confidential** 3:8 9:7 9:12
**confirm** 91:12,16 94:15 95:19 96:18
**connected** 99:14
**conservative** 23:19 39:3,6
**consider** 100:19
**considered** 33:16
**consistent** 79:24
**constitute** 99:9
**contact** 71:17,18 73:2 73:9 79:24
**contacted** 71:19

73:12
**contents** 8:6 21:11
**context** 16:17 17:1,4 17:5 89:17,24
**contribute** 46:4
**contributed** 48:17
**converts** 31:16
**convicted** 60:19,20
**copies** 22:8
**copy** 49:17,20 95:6 96:19
**correct** 11:15 20:25 25:24 28:24 37:5 51:16 63:1 64:10 79:2 81:19,23 85:17 87:19 88:8 89:10
**Correction** 22:20
**cost** 77:14,23 85:14
**costs** 32:24
**counsel** 3:25 99:12,14
**counts** 61:6
**COUNTY** 98:4 99:3
**couple** 58:2,5 73:23 79:12
**court** 1:1 4:12 8:10 18:17 32:4 44:2 60:12 81:15 90:5 93:21 97:14,17 100:1
**cover** 77:23
**COVID** 25:21
**crashed** 6:4 25:6
**create** 45:8,13,20,23 45:25 46:2,9
**created** 23:10,18 30:6 30:17 52:10
**creating** 30:12
**creator** 7:12 53:19
**creators** 14:7 29:9,11
**credible** 11:9
**crime** 60:19
**crossing** 92:24
**crypto** 57:7,10,13,16 57:22 58:2,3,8,12 58:20,23 59:4,8,18 63:2
**currency** 57:22 58:8 58:12,20,24 59:5,8 59:19 63:2
**custody** 61:10

**D**

**D** 3:1,20
**Daily** 50:15
**Dale** 10:14 11:18
**damages** 76:9,15 82:11
**date** 1:12 9:20 25:7 25:13,15,17,18 31:14,15,24 32:1,4 41:9 42:1 71:21 73:1,3,5,8 79:11
**dated** 31:12 84:13,14 99:16
**dates** 25:21
**daughter** 74:5,11,20
**daughter's** 74:19
**day** 98:9 99:16
**days** 25:19
**De** 1:4 69:15 100:4
**December** 25:19 64:16
**decision** 91:17
**declaration** 82:15 83:5 85:14 86:24
**decline** 76:19 77:2
**decrease** 25:4 43:11
**decreased** 25:5
**deemed** 63:13
**defendant** 2:6 61:3
**Defendant's** 3:7 9:10 9:11 26:8 41:4 44:3 83:23 84:3 88:22 90:6 94:6
**defendants** 1:10 4:10 65:25 66:1 75:25 100:10
**definition** 58:8
**demonstrate** 37:25
**demonstrates** 93:12
**denied** 61:7 91:15
**deposition** 1:16 97:13 99:7 100:17,18,19
**depositions** 48:12
**describe** 12:18 36:17 36:22 37:9 51:7 57:21 61:5 70:7 71:24 81:9 88:23
**described** 13:8 61:15 86:4,6 87:8
**description** 3:7 70:6
**detail** 85:16
**details** 39:17 40:2 91:17
**Deutsche** 6:24 58:4 62:23 63:1
**develop** 33:19,23
**DI** 2:7
**different** 26:24 27:11 29:17,20 48:25 53:13 55:10 57:11 58:2,10 65:5,7 89:13
**differently** 54:24
**difficult** 92:18
**digital** 58:9
**direct** 3:4 4:6 32:1 49:23 50:7 97:1
**directed** 75:23 95:11 95:15
**directly** 53:2 86:11 86:19 87:14,16,22
**disability** 61:7,18
**disclaimer** 13:23 67:20
**disclosure** 78:9
**disclosures** 78:1
**discord** 66:15,16
**discount** 55:21 56:3,8
**discovery** 7:23 75:19 96:21
**discuss** 76:6,12 80:1
**discussed** 66:6 80:20 85:13 86:16
**dishonest** 36:25
**dishonestly** 36:18,23
**dislike** 63:22
**dismiss** 39:23 81:18 81:22
**dismissed** 40:3,4 76:1 76:2
**distributed** 82:11
**District** 1:1,1 4:11 100:1,1
**dividends** 34:12,15 34:20
**DIVISION** 1:2 100:2
**docket** 82:15 83:21
**document** 3:8,11,12 3:13,14,15 9:11 15:23 16:16 17:2,14 19:14 31:1,2,4,12 31:22,24 32:13,14 32:17 40:15 41:5,6 41:7,8,16,18 42:12 42:21,23 44:1,3,12 44:22 82:15,21,25 83:20,21,22 84:2,4 84:6,11,16 87:1 88:21,24 89:9 90:6 90:8,16,24 91:25
**documentation** 3:9 26:7
**documents** 3:16 25:23 26:11,14 32:9 75:6,20 80:1,2,3 93:25 94:1,6,8,10 94:19,25 95:18,20 96:8,24,25
**doing** 37:3 48:9 79:16 79:20 80:3
**dollars** 31:17 32:22
**Donald** 69:9
**donations** 55:23 56:4
**driver** 23:17
**drop** 25:3 72:5
**dropped** 24:22 25:1,7 25:10,11
**due** 51:15
**duly** 4:4 98:8

**E**

**E** 3:1,6,20,20,20 18:1 18:11
**e-mail** 8:12,16,19,24 9:17,21,24 10:1,20 11:9,14,21,24 90:9 90:11,13,19 91:2 100:15
**e-mails** 91:10
**earlier** 50:20
**easiest** 92:2
**East** 1:14 2:7
**editorialize** 48:2
**educational** 60:6
**effort** 80:4
**efforts** 47:5 48:19
**either** 17:9 23:16 28:13 36:3 61:3,9 86:12,19
**employee** 99:12,13
**enriched** 51:6,8,15,20
**ensure** 95:2
**entire** 16:16 17:14
**entries** 27:22 28:6
**Eric** 1:4 90:21 100:4
**errata** 97:19 101:1
**especially** 10:4 16:17 91:20
**ESQUIRE** 2:4,8,9 100:16
**Essentially** 97:13
**estimate** 59:5,7,14
**Ethereum** 24:15 27:14,19,23,24,24 28:8,13,21,22 89:1
**event** 68:11,14,21,25 69:3
**events** 69:4
**eventually** 33:8
**exact** 6:11,20 9:20 12:2 22:21 25:7,15 25:18 40:21 41:7,9 71:21 73:1,3,4,7 79:11 94:16
**exactly** 11:2 13:2 18:23 21:6 29:5 31:15 32:24 33:10 34:11 54:23 72:1 90:11
**Examination** 3:4 4:6
**examples** 37:15,18,24
**excess** 43:1
**exchange** 23:22 85:25 90:9,11,14,19 91:2 91:22,23
**exchanged** 47:10
**exchanges** 50:5 63:7 85:7,10,19
**excited** 15:2 69:9
**excuse** 55:5
**exhibit** 9:5,7,12 11:14 16:23 26:6,8 40:9 40:25 41:4 42:13 44:4,24 83:20,23 84:1,3 85:15 86:24 87:8 88:22 90:4,7 93:19,22 94:5,7
**Exhibits** 3:25
**existed** 40:12
**expectations** 76:7
**expecting** 76:9
**expenses** 53:21 56:8
**expert** 58:11 62:17 77:6 81:7

**expertise** 40:8
**Expires** 98:13
**explain** 27:1 28:9 42:14 51:19 54:21 54:23 62:13 71:1 89:18,23 92:23
**explaining** 48:9

**F**

**F** 3:20
**Facebook** 13:4 18:24 65:4,6 66:15,21
**fact** 37:1 93:14
**fair** 21:5
**faith** 37:10,16,19 38:1,3,10
**false** 89:24
**familiar** 5:1 21:2,7,9 21:15,22 89:14,20 89:25 90:2 92:21
**family** 73:22
**fan** 63:18,19
**far** 39:17 40:7 52:24 68:22 76:1 79:22
**fault** 61:9 76:19 77:2
**February** 25:8
**federal** 84:9,25 87:9
**fee** 34:3
**feel** 7:18 58:1 69:7 79:16,17,18,20 82:3
**fees** 34:4 89:1
**felt** 15:1
**file** 7:10 40:14 59:22 78:18
**filed** 6:12 16:24 39:9 39:13 49:18,21 62:11 75:6 79:1,4 82:5,14 84:15,17,19
**filing** 4:25 41:10 64:2 84:24
**filings** 75:3 79:25
**financially** 11:25 99:15
**find** 5:23
**finding** 47:4,14
**findings** 77:6
**fine** 10:12 17:5 70:1 92:20 96:13
**firm** 61:22
**firms** 71:8
**first** 5:12 10:15 13:1 17:11 25:1 27:3 40:16 49:3 61:16 67:13 71:15,17 73:2 73:12
**five** 67:9
**flight** 78:16
**flip** 32:12 42:5
**Floor** 2:3
**Florida** 1:1,14,24 2:8 4:11 98:3,6,12 99:2 99:21 100:1,24
**fluctuating** 33:1
**flyers** 46:10
**focus** 83:24
**follow** 65:12
**follow-up** 97:11
**followed** 65:11
**following** 46:14 49:5 49:10 82:4,9,13
**follows** 4:4
**Footnote** 49:24 50:1 50:4
**Ford** 1:4 69:15 100:4
**Ford(phonetic)** 90:21
**foregoing** 99:8
**fork** 52:11,16
**form** 7:6 9:22 13:18 14:18 19:18 20:13 23:23 33:20,23,25 36:20 40:22 45:6,11 45:15 46:16,25 47:17 48:6,12,23 51:4 55:8 64:22 66:4,13 68:3 75:8 76:5 80:16 86:21 95:22
**forms** 40:23
**Fort** 1:14,24 2:8 99:21 100:24
**foundation** 4:21 6:7 8:14 11:22 13:9 14:13 16:20 33:5 35:6 36:20 37:13 39:9,15 46:23 52:12 52:21 53:10,10,22 54:3,4 55:8 62:24 66:4 70:24 77:10 90:1 91:1
**foundation's** 81:10 81:17,21,25 82:5
**founded** 30:6
**founder** 7:12 53:19
**founders** 14:7 29:9 29:11
**four** 49:2
**frame** 64:12
**fresh** 82:21
**friends** 73:23
**front** 16:16
**full** 83:20
**fully** 36:15
**funder** 77:8,11 78:2 78:10
**funding** 77:14 78:12
**funky** 74:18
**further** 85:16 97:10 99:11

**G**

**gain** 33:11 58:25
**gas** 33:1
**general** 73:18
**get-go** 38:10
**getting** 68:20
**girl** 60:22
**give** 17:4 44:2 58:6 80:2 93:21 96:20
**given** 23:16 93:1 99:9
**giving** 17:11 48:8
**Glen** 60:9
**go** 10:13 21:16 22:17 23:25 24:6,12 27:1 27:16,21 28:19,25 29:2,3,4,7,17 31:9 33:23 38:18 41:25 50:24 52:11 65:5 67:13 77:7 79:25 87:5 89:1,7 90:8 91:7 92:9 96:11
**going** 9:4,9 10:5 12:21 16:12 29:6 34:19,22 37:22 40:24 44:1 49:23 51:13 61:18 67:14 74:17 75:15 82:20 83:24
**good** 38:10,25 79:17 79:19,21,23
**gotten** 68:9
**grounds** 78:7
**groups** 66:9,14
**guess** 34:11 67:13

**H**

**H** 3:6
**Hacker** 1:22 98:5,12 99:5,19 100:22
**hand** 94:1
**handed** 94:16
**handle** 66:18
**hang-up** 40:18
**happened** 50:25 52:23 69:13 88:10
**happening** 6:4 23:17 49:8 77:5 82:1
**happy** 17:15 92:9
**harassment** 6:17 8:22 12:15 16:21 20:5 36:9 37:6 43:14 47:8,18 49:14 55:2 82:7
**hard** 38:5 52:11,16
**Harris** 92:8,13
**Harris(phonetic)** 90:22
**head** 96:1
**heard** 68:22 89:15,17
**held** 53:16
**Helmsley** 2:2
**help** 23:1,2 33:23 45:4 91:19
**helped** 83:8,9
**helping** 77:13,23
**Hey** 69:24
**HH** 98:13
**high** 60:21
**hire** 61:8
**hired** 5:11
**hit** 69:5
**hold** 33:9
**holder** 82:6
**holders** 36:12 37:11 37:16 38:11 39:10 39:14 55:22 66:2,7 79:5 82:12
**home** 50:19
**hone** 10:5
**honest** 21:12
**hopefully** 33:11 59:3
**hoping** 34:21 58:25
**hotel** 78:23
**hour** 10:13 38:16
**Howell** 11:18
**Howell(phonetic)** 10:14
**hundred** 17:2
**husband** 74:3

**I**

**Idaho** 60:16 61:14
**idea** 30:11 31:18 37:4 66:17
**Identification** 9:12 26:9 41:4 44:4 83:23 84:3 88:22 90:7 94:7
**identify** 20:9
**ill** 93:4
**image** 16:6 17:10,20 17:21,24,25 18:2,12 18:20 19:12
**images** 18:14,19,21 19:2
**imagine** 96:24
**impact** 43:18
**impacted** 43:6
**important** 47:16 48:18 49:11 93:2,14
**improper** 54:13
**inaudible** 18:5,15 50:18,19
**inches** 10:7
**increase** 35:2
**incurred** 53:21 56:9
**individual** 18:25 91:8 93:13
**Individually** 1:4 100:4
**individuals** 92:15
**information** 11:1,3 13:3,4 16:13 23:13 37:22 50:21 51:11 89:25 93:3,12
**inserted** 16:7
**Instagram** 66:15,18
**instance** 36:22
**instances** 36:17 37:10
**instructing** 8:7 78:4,6
**instructions** 88:11
**intend** 33:2,3,7,9
**intended** 7:19 33:11 37:1 38:9 67:21
**intent** 93:4

**intention** 67:14
**intentionally** 47:13
**interested** 99:15
**INTERN/OBSERV...** 2:12,13
**Internet** 5:24,25 12:24 39:21
**interrogatories** 75:12 75:23 95:3,7,10,14
**interview** 50:14
**interviews** 67:25 68:4
**invest** 59:2
**invested** 6:21,24
**investigation** 11:17 37:4
**investigations** 5:5,6,8
**investigative** 7:25
**investing** 57:22,24 58:23 59:4
**investment** 12:22 13:8,12,16 14:2,4,5 15:22 16:1 18:1,4 19:5,13,17,21,23,24 20:1,10,11 22:25 67:21
**investments** 59:19
**involved** 40:5 61:2 68:15,16 90:13
**involvement** 52:19
**issue** 80:23 81:6
**issues** 47:1
**item** 27:8
**items** 27:9,13

**J**

**Jackie** 74:5,8,21
**James** 1:8 4:17 29:12 29:14 36:5,10,25 37:8 42:3 47:2 49:9 49:15 51:1 52:2,24 55:3 70:13 87:17 100:8
**January** 25:8 32:3,5 32:11 44:16 85:24
**Jeff** 74:3
**job** 79:17,19,21,23
**John** 71:6
**John's** 71:6
**JUANA** 2:13
**jump** 38:15
**June** 73:4 84:14
**juvenile** 60:25 61:17

**K**

**KAMRY** 2:12
**keep** 79:24
**keeping** 10:6
**Key** 1:4 69:17 100:4
**kill** 74:17
**Kimberly** 1:22 98:5 98:12 99:5,19 100:22
**kind** 38:4 53:18 67:18 69:7 79:17
**knew** 72:4
**know** 5:3,4,20 9:14 11:16 12:2,23 13:3 14:14 15:11,16 16:8 19:22 21:12 22:14 23:24 24:15 25:1,5 27:2 29:5 30:1 31:14,16 33:10 34:1 34:11,14,15 39:17 39:18 40:2,6,19,22 41:1 43:9,20 44:6 44:10,11,13 45:17 46:8 47:1,3,10 48:19 49:4,7,11,15 52:16,25 53:5,13,18 53:19,25 54:6,19 55:20 56:7,11,16,17 56:19,21 57:5,12,14 57:20,25 58:1,5,16 58:17 60:3 61:6,7 61:12 62:22 63:6,12 63:17 64:2,5 65:7 65:10,11,19,21 66:8 66:20 67:6 68:9,10 68:18 69:3,4,13,19 70:25 72:25 74:23 75:25 76:2 77:17 79:11 81:3,7,25 82:1,2,10 84:18 85:22 86:10 87:5 89:15,18 90:11 91:6 92:18,19 93:2 94:2 94:23,24 95:25 96:10 97:5
**knowledge** 36:12 63:9 95:23 96:19
**KOJSNER** 2:13
**Kouloulas** 4:17,20 5:3,4
**Kouloulas's** 5:1
**Koutoulas** 1:8 4:9 29:12,15 30:6,12,17 34:8,23 35:1,4,8,17 36:5,6,10,11,18,23 36:25 37:4,8,10,15 37:19,25 38:3 39:2 39:5,8,12 42:3 43:10,22 46:12,19 47:2,4 48:16,19 49:4,9,12,16 50:15 51:1,5,8,20,24 52:2 52:5,19,24 53:2,9 53:15,20 54:1,8,15 55:3,22 69:19 70:6 70:13,15,22 76:18 77:1 79:2,6 86:7,11 87:14,17,23 93:10 97:2 100:8

**L**

**L-E** 74:13
**label** 26:5 40:25
**labeled** 3:14 26:19 29:18 85:15 88:21
**labels** 29:21
**Lack** 13:9
**language** 84:16 90:23
**Las** 1:14 2:7
**Lauderdale** 1:14,24 2:8 99:21 100:24
**law** 61:22 71:8 84:18 84:25
**laws** 87:9
**lawsuit** 4:14,16,25 7:4,10 12:12 39:10 39:13,16,20,22,24 39:25 40:2 41:11 49:12 61:8 64:2 80:24 81:3 82:4,5,9 82:10,13
**lawsuits** 59:22 61:2,5
**learn** 23:13 39:19
**learned** 49:10
**leave** 92:25
**led** 7:4,10 14:6,16,19 15:12 64:17 72:2,9 88:11
**legal** 15:15 30:8,15 30:18,23 36:8,13 37:13 40:20,21 41:17 42:17 46:6 47:1 51:21 52:7 53:23 54:2,5,10 55:25 56:5,14 57:3 57:18 61:21 62:1,6 62:15,20 63:4 76:21 77:6 81:1,13 84:20 85:1 86:8,14 87:3 87:11,24 88:18 93:15 94:13 97:3
**legalities** 70:25
**legally** 29:25
**let's** 22:17 27:16,21 29:2,3,4,7,17 31:9 41:19 52:11 89:1
**LGB** 1:8 4:9 6:3,4,6,8 6:13 7:3,4,11,13,19 8:17 11:6,9 12:1,12 12:17,18,21,23 13:4 13:5,11 14:2 15:22 17:19,22 18:22 19:4 19:13,17,20 20:10 20:14,16,25 22:14 22:18,23 23:10,18 23:21,24,25 24:5,6 24:9,18 25:17 27:7 28:1,4,13,16,17,23 29:6,17 32:10,15 33:3,13,18,23 34:2 34:8,12,20,24 35:2 35:5,9,14,18,21,25 36:11 37:1,11,16 39:9,10,13,14,25 40:12 41:24 42:10 42:14 43:11 44:25 45:5,9,14,21 46:1,5 46:10,20 49:5 50:16 50:18 51:10 52:11 53:3,10,16 55:22 56:4,9,12,13,17,19 56:25,25 57:1,2,6,9 57:13,15,17 58:4 59:15 61:23,25 62:10,13 63:13 64:10,14 65:10,17 65:25 66:3,6,10 67:5,25 68:4,8,12 68:15 69:1,9,20 70:7,10,14,22 72:5 72:7 76:18,19 77:1 77:2 79:2,5 85:17 86:1,20 87:2,10,15 88:4,11 91:13 93:9 93:11 94:9,12,20 100:8
**libel** 3:15 89:20 90:6 92:14,22
**libelist** 89:14
**liberal** 48:4
**lie** 8:25 55:17
**lied** 7:15,17,18,21 8:17 36:11 42:15 43:15 48:16 51:9 52:2 54:17,19,25 55:3,7
**limited** 48:12 56:22
**line** 27:8,9,13,19 68:21 101:2
**lines** 92:24
**links** 65:5,15
**list** 38:5 92:14
**listed** 66:20
**listened** 68:7
**litigation** 1:23 73:17 77:8,11,23 78:2,10 99:20 100:23
**logo** 21:10 30:3
**longer** 40:5
**look** 9:13 14:14 21:2 21:4,7,19,22 27:11 28:18 41:1 42:6 44:23 96:2,7
**looked** 11:18 22:1 57:25
**looking** 6:1 42:9 44:12,17 67:15,17 76:3 89:11
**looks** 10:11,12 14:1 21:6,9,15 27:4,14 27:18,23 28:13,21 31:9,21 42:3,7 88:25 89:4,12 90:21
**losses** 12:10
**lost** 11:25 12:4,7,11 12:17 59:18 93:9
**lot** 13:2,3 32:25 37:22 41:17 44:6 59:1,9 65:5,10,13,14 68:9 70:25 73:23 74:24 77:5,5
**loud** 91:9

**lumped** 70:18
**lumping** 70:14
**lying** 4:19 38:6 47:13 49:12

**M**

**majority** 65:6
**making** 47:13,16 70:10
**management** 61:21
**managing** 70:19
**manipulated** 7:15 51:9
**Mar-a-Lago** 68:11 68:14,23 69:12
**mark** 9:7,9 50:9
**marked** 9:11 26:7 30:3 41:3 44:3 83:22 84:2 88:21 90:4,6 94:6
**market** 46:10
**marketing** 30:2 45:9 45:13,17
**markets** 88:16
**markings** 10:3
**Martell** 2:8 3:4 4:7,8 7:7,9 8:3,5,9,11 9:9 17:6,13 18:8,9 20:18,23,24 26:5 30:20,24 31:5,7 38:18,22 40:24 48:4 48:11,14 55:15,16 64:25 65:1 70:1,4 77:21 78:4 83:19 84:1 88:20 90:3 92:1 93:19,23,24 94:4,18 95:1 96:13 96:16 97:6,10,12,20
**Masson** 2:4 4:21 5:14 6:7,16 7:6,8 8:2,4,7 8:14,21 9:8,22 10:17 11:7,10,22 12:14 13:9,18 14:3 14:13,18 15:14,23 16:14,20 17:1,10 18:2,6 19:14,18 20:2,4,12,17,20 22:3,20,24 23:3,23 30:8,14,18,22 31:3 33:5,20,25 35:6,11 35:15 36:8,13,19,24 37:6,12,17 38:2,15 42:16 43:8,13,23 45:6,11,15 46:6,16 46:23 47:8,17 48:2 48:7,13,23 49:13 50:11,22 51:4,21 52:1,7,12,21 53:4,8 53:23 54:4,10,16,22 55:1,8,11,19,25 56:5,10,14 57:3,18 58:14,18 59:20 60:2 62:1,6,15,20,24 63:4,10,15,21,25 64:22 66:4 68:3 69:21,24 70:16,23 71:5,11 73:10,13,15 75:8 76:5,11,21 77:3,10 78:3,6,19 80:16 81:1,12,24 82:7,23 84:20 85:1 85:11,21 86:8,14,21 87:3,11,24 88:6,18 89:22 90:1,15,25 91:24 92:17 93:5,15 94:13,22 95:22 96:11 97:3,11,19,22 100:16
**materials** 7:25 45:4,9 45:14,17 46:9
**matter** 4:10 5:13 36:20 65:17,20 72:3 72:24
**mean** 5:21 14:8 21:13 22:7,16 24:14 26:24 29:25 31:3 33:6 34:11 47:6 48:7 59:12 68:13 73:11 80:13,17 85:8 93:7
**means** 22:14 56:22 89:16,19,23 92:23
**meant** 13:13
**media** 39:3,6 64:6 65:2 66:13 69:6
**meet** 71:9,11
**members** 80:5,7,11 80:15
**meme** 6:21 12:4,7 14:11,14,17,20 15:10,13 16:1 58:17 62:18 63:7
**mention** 69:9
**mentioned** 19:7 73:24
**message** 66:14 91:7 91:25 92:11
**messaged** 87:18
**messages** 92:16
**messaging** 66:9
**messed** 25:21 29:6
**Michelle** 91:21 92:10
**middle** 1:1 4:11 66:24 66:25 100:1
**Mike** 90:21
**mile** 10:13
**million** 54:7,14 55:21 82:11
**mind** 70:14
**minutes** 38:16
**mischaracterizes** 12:14 13:10 20:4 30:14 42:18 47:18 50:22 70:16
**missing** 96:4,6,9
**misstates** 88:7
**mistake** 97:20
**mistaken** 88:8
**moment** 21:11,16 58:1 77:18 97:7
**money** 12:4,17 13:17 13:21 23:17 24:10 33:18,22 46:13,20 48:20 49:4 51:12 54:18 58:25 59:1,3 59:18 93:9
**motion** 39:23 62:11 79:1,4,8 81:18,22 82:16 83:6
**Motors** 49:16 51:2
**Motorsports** 40:13 41:24 42:7,10 47:2 49:9 52:24 91:14
**move** 30:25
**MUTSCHLER** 2:9
**mutual** 91:20

**N**

**N** 3:1,20
**N-A-M-P-A** 60:14
**name** 4:8 5:1 27:18 66:16,20,22,24,25 71:6 74:4,6,12,18 74:19
**named** 65:19,24
**names** 71:3,4,7 73:25 74:2 90:18
**Nampa** 60:11
**NASCAR** 7:22 9:3,6 10:14,24 11:8,12,15 25:11,13 38:6,7 39:10,13,25 40:3,4 40:5,9 42:13,19 43:2,15,17 51:25 52:20 55:4,4 63:18 63:19,23,24 80:25 81:10,18,22 82:1 91:3,12 92:4,16 93:3
**NASCAR's** 11:5 51:15,19 52:2,6 91:17
**nature** 93:1
**necessarily** 97:18
**need** 18:10 59:25
**needed** 84:18
**needs** 85:12
**nervous** 38:5,12
**never** 7:19 16:18 37:1 57:15 87:18
**new** 2:3 50:5 57:24 67:17
**nicknames** 74:1
**Nicole** 2:8 4:8 16:21 17:3,10 69:24
**Notary** 98:5,12
**noted** 85:4,24
**notice** 83:21
**November** 42:11 64:15
**number** 4:12 6:11,20 9:12 10:3,4 22:21 26:8 31:16 41:4 44:4 59:13,16 83:23 84:3 88:22 90:7 94:7
**numbers** 10:6,7 12:2 44:21
**NY** 2:3
**Nyquist(phonetic)** 90:22

**O**

**O** 3:20
**oath** 4:4 38:23 98:1
**object** 7:7
**objecting** 30:23 48:10 48:12 78:7
**objection** 4:21 5:14 6:7,16,17 7:6 8:2,14 8:21,22 9:22 10:17 11:7,10,22 12:14 13:9,18 14:13,18 15:14,23 16:20 18:2 19:14,18 20:4,12 22:3,24 23:3,23 30:8,14,18 33:5,20 33:25 35:6,11,15 36:8,13,19 37:6,12 38:2 42:16 43:8,13 43:23 45:6,11,15 46:6,16,17,23,24,24 47:8,17,18,18 48:2 48:8,23,23,24 49:13 50:22 51:4,21 52:1 52:12,21 53:4,8,23 54:4,5,10,16,22 55:1,8,19,25 56:5 56:10,14 57:3,18 58:14,18 59:20 60:2 62:1,6,15,20,24 63:4,10,15,21,25 64:22 66:4 68:3 69:21 70:16,23 75:8 76:5,11,21 77:3,10 78:3,19 80:16 81:1 81:12 82:7,8 84:20 85:1,11,21 86:8,14 86:21 87:3,11,24 88:6,18 89:22 90:1 90:15,25 92:17 93:5 93:15 94:13 95:22 97:3
**objections** 36:24 37:17 48:5 81:14
**occurred** 32:7
**October** 100:19
**office** 100:17
**official** 97:14
**Oh** 65:4 80:21
**okay** 14:19 16:12,23 19:2 21:5,16,18 23:12 27:8,16,21 28:3,19,22,25 29:3 30:5 31:19 42:5,9 47:25 50:3 52:18 60:6,8 68:25 73:21

75:18 83:9 84:5 85:19 89:24 95:13
**Olas** 1:14 2:7
**old** 74:8
**once** 33:3 67:7
**ones** 6:23 14:22 43:11 58:7 75:10 93:13,17 95:11
**online** 11:4 17:22 45:8,20,23 46:4 72:12
**operations** 10:14
**opinions** 63:23
**opportunity** 96:17 97:15
**order** 9:6 24:7,16 52:20
**Oregon** 61:22
**organic** 69:24
**original** 84:19
**originally** 5:7 9:6
**originated** 92:3
**ORLANDO** 1:2 100:2
**outside** 65:14 92:3
**overcome** 47:5,15
**owned** 57:10,13,16 63:1 69:19
**owns** 70:19,22

**P**

**p.m** 1:13 70:2,3 77:19 77:20 96:14,15 97:8 97:23
**page** 3:3,7,21 15:18 16:3,11 17:11 18:19 19:8 21:14 27:3,16 27:17,21 28:18,20 28:25 29:1 31:3,8 31:19,20 32:12,13 42:1,5 49:23 50:2 65:11,12 83:25 84:4 101:2
**pages** 17:2 99:8
**paid** 78:16
**paper** 36:3
**Park** 2:3
**part** 17:17,21 18:20 21:8,9,15 23:11,18 26:3 33:12,14,17 40:18 47:22 66:9,13
**participating** 76:15
**particular** 45:24 78:10 80:22
**parties** 53:2 99:12
**parties'** 47:15 99:13
**PARTNERS** 2:7
**party** 42:6 77:16
**party's** 47:5
**pays** 78:23
**people** 5:10 15:2 29:14 51:10 69:5,7 72:17
**percent** 34:19 44:20 59:17 86:2
**percentage** 59:14
**performed** 5:8
**period** 50:17
**person** 7:13
**personal** 5:6 46:20
**personally** 35:12 50:16 98:6
**pertained** 72:5
**pertaining** 40:14
**phone** 71:13,14 73:12
**photo** 16:13
**photos** 22:9
**picture** 16:17 26:23 26:24
**PIETRO** 2:7
**pissed** 72:17 79:17
**place** 1:14 24:11,13
**places** 13:3 19:16 88:10
**plaintiff** 2:1 4:13 40:25 61:3 69:14,17
**plaintiffs** 1:6 65:17 65:19 100:6
**plan** 36:4
**pleadings** 79:25
**please** 9:13 10:1,3 18:17 19:19 20:21 32:12 41:1 42:14 46:18 48:3 49:24 50:13,24 51:7 60:13 82:17 88:8,23 90:8 90:17 95:5 96:12 100:17,18
**PLLC** 2:7
**podcasts** 68:7
**point** 30:5 70:21 97:1
**political** 56:3
**Poole** 74:13
**portion** 34:17
**Portland** 61:22
**position** 11:5
**positive** 68:23 88:9
**possession** 3:25 94:9 94:11,21 95:20
**possibility** 66:11
**possible** 46:13 91:12 94:24
**possibly** 21:8 66:15 73:23
**posted** 65:8
**posting** 17:17
**posts** 45:9,20
**potential** 15:2 80:11 86:5
**potentially** 27:15,19 34:10 72:17 75:17 75:21 89:8
**premised** 53:6
**prepare** 80:2
**prepared** 75:22
**present** 2:11 90:3
**preserve** 22:5
**preserved** 21:25 89:9
**press** 43:21
**pretty** 57:24 79:24
**price** 50:16 72:5
**prices** 32:25
**print** 46:9
**prior** 4:25 12:14 13:10 17:18,22 18:15,21 20:5 30:15 37:3 41:10 42:18 47:19 50:22 61:18 64:2 70:17 88:7
**privilege** 78:3,7
**privileged** 8:2
**probably** 60:25 67:10 67:12,15,17 92:1
**probation** 60:23,23
**problem** 38:18
**procedurally** 40:6
**procedure** 40:7
**proceed** 38:25
**proceedings** 38:21 70:3 77:20 96:15 97:23
**process** 24:6,14
**produced** 25:23 26:3 88:20 89:9 93:25 96:20
**product** 8:4
**production** 26:4,12 94:16,17,19 95:3,7 95:15
**profit** 67:21
**profits** 34:7,18,24
**promise** 34:23 35:1 36:6 91:11
**promised** 34:2,7,12 76:14
**promote** 45:4,9,14,21 46:1,5
**pronounce** 24:15,16 75:12
**properly** 97:17
**proposed** 80:5 91:13
**prospectus** 35:18,20 35:25 36:2
**protective** 9:6
**provided** 54:2
**Public** 98:5,12
**published** 17:12
**publishing** 89:24
**purchase** 3:9 6:6,8,10 6:13 7:3,5,11 17:19 18:16,22 22:23 23:21 24:2,5,16 25:17 26:7 28:4,11 28:12,22 32:23 33:23 85:24 87:15 88:12
**purchased** 6:15 7:2 12:5 22:19,25 23:24 24:6,21 25:2 28:7 28:17 32:10,11 33:4 33:13 44:15 58:7 62:19
**purchases** 26:20,21 26:22 57:17 85:17
**purchasing** 17:22 23:25 50:17
**purport** 9:21
**purports** 93:10
**purpose** 91:11
**purposes** 67:22 97:14
**pursuant** 84:9 87:9
**put** 16:16 57:25 80:4 83:20 93:10

**Q**

**question** 3:22 7:8 8:8 10:19 14:3 15:12 16:15 17:7,16 18:6 20:2,7,12,17,21,23 21:18 23:9 24:3,4,5 30:10 31:6 35:7 36:16 38:16 47:20 49:3 52:4,5,15 55:11 68:22 78:8
**questions** 16:9,12 20:22 23:6,7 35:5,9 40:19 82:20
**quite** 24:14

**R**

**R** 1:4 3:20 100:4
**race** 14:25
**races** 63:24
**racing** 10:14 43:1 46:14,21
**raise** 51:10
**raises** 34:9
**raising** 34:22
**read** 9:24,25 10:1 11:3 14:16 16:5 17:14 21:11,13,16 49:24 50:11 75:3,7 82:18,23 90:17 91:8 91:25 97:12,22
**reading** 11:9 21:13
**ready** 9:14 41:2 100:17
**really** 10:5 57:23 69:10 79:17
**reask** 54:12
**recall** 7:1 13:7,13,15 13:24 15:5 17:20,24 19:11,16 22:12,18 22:21 25:6,13,15,18 32:22,24 34:9 38:14 39:19 41:8,10 64:20 65:8 67:19,20,23,23 72:13,14,21 75:10 75:18
**receivable** 27:24,24
**receive** 34:18 54:2
**received** 27:5 80:10 95:17
**receiving** 29:2 31:21 32:15,18 34:20

**recess** 38:20 70:2 77:19 96:14 97:8
**recognize** 26:16 82:25 84:6 92:5
**recollect** 74:25
**recollection** 32:6 82:22 96:9
**record** 4:11 18:10 21:17 27:6 38:19 44:24 50:10 77:18 78:5 96:11 97:17 99:9
**records** 96:19
**recounted** 50:15
**recover** 76:4,9
**reference** 17:25 18:13 19:12 20:1 42:23 50:4 56:20 72:7 84:15 85:9,16 88:3
**referenced** 5:9 16:3 17:18,22 18:4,11,21 19:5,21,22 44:8 51:3 86:12,19,23 87:8
**references** 20:10 50:8
**referencing** 15:18 16:6,23 25:3 26:1 37:24 50:5 65:9 85:6
**referred** 85:3
**reflects** 44:10
**refresh** 32:6
**regard** 54:14
**regards** 53:16 77:9
**reimbursed** 53:21
**rejected** 91:13
**related** 6:13 7:4,10 27:25 28:4 34:20 35:21 36:3 39:25 41:23 65:17,25 66:10 67:25 68:2,4 68:7,12,13,25 88:4 91:17 94:9,12,20
**relative** 99:11,13
**release** 9:5 43:21
**relevance** 11:10 23:3 36:19 38:2 48:24 49:13 63:21,25 78:19 89:22
**relied** 20:8,11
**relying** 20:3
**remain** 56:4
**remember** 6:2,11,19 9:20 11:2 13:2 15:7 18:23 21:3,6,14 24:7,10,12 31:15 34:6 40:20,23 41:9 69:6,10 71:21,25 72:1,4,6,7,9 73:3,4 73:7 74:18 75:16 96:6
**remembering** 69:8 88:15
**remotely** 4:3
**remove** 52:19
**removed** 43:2
**repeat** 18:17 35:7 39:4,11 45:12 62:25 66:5 81:20
**repeats** 10:8
**rephrase** 19:19 35:19 35:22,24 37:14 46:18 51:23 70:9
**rephrased** 49:2
**replace** 29:6 86:22
**report** 91:18 99:6
**reporter** 18:17 32:4 44:2 60:12 81:15 90:5 91:4,5 93:21 97:17 99:1
**Reporting** 1:22 99:19 100:23
**represent** 4:9 27:3,9 27:13,14,17,22 28:6 28:10,12,20 29:1 31:2,20 32:14 44:8 79:1,5 90:9
**representative** 11:15 62:11 79:13 80:12 80:15,19 83:16
**representatives** 91:3
**representing** 28:16 29:2 79:19
**represents** 28:10,21 29:15 31:8,14 88:24 94:3
**request** 26:4 75:14 91:20 95:14
**requested** 35:25 94:20 99:8
**requests** 95:3,7,21 96:21
**researched** 11:20,23
**reserve** 8:9 48:6
**resolve** 80:23 81:6,11
**resolved** 81:8
**respond** 71:22
**response** 11:19 18:5 88:17 91:23 95:2,17 96:21
**responsibility** 70:20
**responsible** 7:13 11:12 30:12 43:11 93:14
**responsibly** 7:16
**responsive** 24:3 95:21 96:10
**rest** 44:12,22 75:20
**restrictions** 43:2
**resumed** 38:21 70:3 77:20 96:15
**review** 7:23 9:15 16:15 26:13 32:9 36:3 41:15 42:12,13 49:17,20 72:24 79:10 82:17,21 83:11 84:4 88:23 90:8 94:2 95:14 96:17 97:15 99:7
**reviewed** 7:25 8:5 16:18 17:18 19:25 20:9 21:20,23 22:6 79:8,11 91:12 95:6 96:23
**reviewing** 43:22
**revocation** 51:19,25 52:6
**revoked** 51:16
**reword** 33:21 36:21 47:23
**Richard** 74:17
**Ridge(phonetic)Dri...** 60:9
**right** 13:25 15:5 16:15 17:3 24:25 38:4,14 42:5 50:8 70:5 75:12 88:15 95:24 96:6 97:6,12
**risks** 35:13
**role** 39:9
**rooms** 45:23
**rough** 59:12
**roughly** 12:2 50:17
**rule** 10:10
**rulebook** 10:6
**rules** 10:20

**S**

**S** 3:6,20
**safe** 86:6
**safety** 10:13
**sake** 83:19
**sales** 54:8,14 56:13 56:25 57:2,17
**Sandra** 1:16 3:4 4:2 66:23 82:15 83:5 98:6 99:7 100:14 101:25
**Sandy(sic)** 26:4
**saw** 11:14 13:1,3,22 14:6,25 15:3,5 17:9 18:14 23:16 41:8,12 64:16,20 65:3
**saying** 16:21 17:6 64:17
**says** 10:1,2,16,20 15:21,25 51:18 84:17 92:3,6,7,9,14
**school** 60:21
**SCOTT** 2:2,2 100:13 100:13
**screen** 10:11
**screenshot** 21:25 89:2,6
**screenshots** 22:8
**scroll** 21:24
**Sean** 2:4 71:5 100:16
**search** 5:25
**searching** 6:2 72:16
**second** 27:8 38:14 42:1 96:6,12
**secondary** 88:16
**securities** 4:18 61:24 62:10,19 63:8 87:9
**security** 61:25 62:5 62:14,23 63:3,14 84:9 85:5
**see** 10:11 13:11 14:16 14:19 15:12,25 18:4 18:11,13,24 19:1,3 19:4 27:18 32:16 40:14 50:8 67:15 72:11 90:18 91:6,22 92:6,7 96:3 97:16
**seeing** 10:13 13:8 19:7,17 67:17,20,23
**seen** 8:12 9:17 17:9 17:17,22 18:21 19:20,22 40:9 41:5 41:6 44:5,6,7 55:6 75:9,17
**sell** 33:7
**sell-off** 50:17
**selling** 4:17 34:8 43:1
**send** 27:23
**sender** 92:5
**sense** 30:3
**sent** 43:20 92:12
**sentence** 10:15 50:9
**sentences** 20:21
**separate** 71:13,14 73:12
**September** 1:12 98:7 98:9,13 99:16
**served** 53:9
**services** 54:2
**serving** 53:22
**share** 34:2,4,7 91:17
**SHAWN** 1:4 100:4
**sheet** 97:19 101:1
**shop** 10:11
**shouting** 67:24
**show** 13:24 15:6 30:5 37:19 40:24 44:11 44:22 75:16,21 82:14 87:21
**showing** 89:12
**shows** 97:1
**sign** 78:1,9 84:11 100:18
**signature** 83:13 100:17,19 101:24
**signed** 42:2,3,6,7,11 98:9 100:19
**signing** 83:11 100:18
**silly** 69:7
**Similarly** 1:5 100:5
**simple** 17:7 49:3 55:13
**sit** 6:14 8:20 17:15 27:12 76:8 88:4 92:21
**sites** 65:5 89:6
**sitting** 7:1 15:5 38:4 38:12 64:23 95:24

**Situated** 1:5 100:5
**situation** 23:5 72:18 72:20
**situations** 10:21
**slogan** 30:3
**Smasson@scott-sc...** 100:15
**sold** 43:1 56:23
**solely** 76:19
**somebody** 64:1 78:12
**sorry** 65:4 86:24 95:13
**sound** 89:25
**South** 1:23 99:20 100:24
**speak** 4:20 35:8 65:16 72:19
**Speaker** 8:15
**speaking** 20:20 30:1 48:5,8 73:14,15
**speaks** 15:23 18:2 19:14 90:16
**specialist** 61:20 62:4 62:8
**specific** 12:20 16:13 17:20,24 19:11 37:21 44:7 45:16 73:1 85:7
**specifically** 12:25 13:16 14:23 22:10 22:12 28:18 31:23 33:17 34:6,16,23 35:1,4,16 36:15 37:9 44:21 50:7 56:22 64:21 68:19 69:11 70:7 71:25 72:4,7,9 75:10 81:9 83:24 85:5 86:1 87:2,9 95:12
**specifics** 39:18 72:6
**speculation** 9:23 15:14 22:3 36:14 37:13 42:17 43:8,24 46:17,24 47:19 52:8 52:22 53:4 54:11 58:15 62:21 63:11 63:16 69:22 70:24 77:4 81:13,24 85:2 86:9 90:16,25 92:17 93:6 94:14
**spell** 60:12
**spend** 13:17,20
**spent** 32:23 59:4,7,15
**spoke** 80:6
**spoken** 4:24 35:12,13 35:16 36:5,10 37:7 65:24 66:1,2 70:5 87:16
**sponsor** 9:2
**sponsors** 10:2
**sponsorship** 3:10 7:18,21,22 8:13,16 9:1,3 10:16,22,25 15:3,4,8 25:12 38:6 38:7 40:10,11,17 41:3,21,22 42:9,14 42:15,20 43:3,16,18 43:21 46:15,21 48:22 51:15,20,25 52:3,6 55:4,5 64:9 64:14,18 67:24 91:13,15
**sponsorships** 4:19 11:13
**stabilize** 50:16
**stamped** 26:2
**stand** 96:3
**stars** 10:4
**start** 7:19 41:19 50:8 58:20,23
**started** 26:11 38:24 67:16
**state** 60:15 78:12 98:3,5,12 99:2
**stated** 10:24 43:17
**statements** 48:1
**STATES** 1:1 100:1
**stating** 8:17
**stems** 93:9
**stenographically** 99:6
**step** 10:10 24:7
**Steph** 91:19
**Stephanie** 90:22 92:8 92:13
**steps** 10:8
**Stop** 16:22
**story** 50:15
**straightforward** 55:14
**strike** 33:2 51:13 64:8 64:19 67:19
**strong** 63:22
**strongly** 82:3
**struggle** 71:7 75:11
**stuff** 29:18 61:11 68:23 77:5
**subject** 9:5
**successful** 7:19 14:7,8 37:2 38:9 47:14 48:17 82:12
**sued** 4:10
**suit** 82:2
**Suite** 1:14,23 2:7 99:20 100:24
**superior** 80:23 81:6
**support** 23:1,11,19 42:21 77:13 80:10 80:13,14 82:16 83:6 83:16 93:3
**supposed** 48:5 62:12 69:9
**sure** 5:22 6:2 9:8 12:9 12:10 18:18 24:13 26:22 35:8,20 36:22 39:5,12 44:20 45:8 46:18 49:1 54:13 58:7,22 59:13 60:20 66:6,19 70:10 72:22 75:19 77:12 80:9,14 86:2,23 94:18 95:6 96:24
**surrounding** 16:17
**survived** 39:22 81:18 81:22
**SUSAN** 1:4 100:4
**sworn** 4:4 98:8

**T**

**T** 3:6,20,20
**take** 9:13 21:16 22:8 38:17 41:1 44:1 59:1,16 69:25 84:22 94:1 96:2
**taken** 38:20 70:2 77:19 96:14 97:8 100:17
**talk** 42:24 73:23
**talked** 69:5 73:16 74:24 77:8
**talking** 39:24 95:9
**team** 43:1,20 46:14 46:21 52:10,18
**technology** 33:19,24
**teenage** 61:21
**telephone** 71:10,12
**tell** 4:15 6:14 8:20 19:20 27:12 28:9 31:22 32:17 44:14 44:19 71:7 75:17 96:5
**telling** 16:18
**ten** 67:11
**term** 52:14 89:14,15 89:17,20,21 92:22
**terms** 30:21 40:20,21 41:17 62:8
**testified** 4:4 20:19 50:20
**testify** 30:22
**testimony** 12:15 13:10 16:3 17:18 20:5 30:15 42:18 47:19 48:3 50:23 70:17 88:7 99:9
**text** 87:18
**thank** 4:8 17:16 31:1 96:23
**Thanks** 91:19,21
**thing** 23:17 27:10 67:18 79:18 82:19 82:24
**things** 7:16 26:24 38:11 48:25 53:18 53:19 58:10
**think** 4:23 7:17,21 10:12 26:10 29:19 33:12,16,18,22 37:18 38:3,6,9,10 40:7 45:3,18 47:21 53:20 54:1,9,13 59:12 60:23 61:9 66:22,24 68:6 69:8 73:19 76:12 80:22 81:5 85:12 86:17 92:24 96:9
**thinking** 34:21 61:13 68:21 69:12
**third** 15:18 16:4,11 16:19,24 18:20 19:8 49:17,20 77:16
**third-party** 77:22
**thoughts** 92:10
**threats** 47:15
**thumb** 10:10
**ticket** 60:22
**time** 1:13 13:1 21:14 22:2 23:16 25:16 33:16 34:18 44:14 51:11 64:12 69:25 71:13 75:1,2 80:4 94:2 96:2
**timely** 84:24
**times** 49:2 55:12 67:4 67:9 79:12
**title** 40:23 41:19
**titled** 41:20
**titles** 53:13,15,17 75:16,20
**today** 6:14 23:7 27:13 48:16 76:8 78:16 80:3 88:4 91:3,5 93:8
**told** 49:8 80:18 88:9 91:14 93:8
**top** 84:16 96:1
**total** 28:14 59:11
**touching** 10:4,7
**tower** 10:12
**traded** 63:8
**transact** 86:11
**transaction** 34:3,4 85:25 87:22 88:3 89:1 97:2
**transactions** 32:7 85:4,6,9,10,16,20 85:23 86:4,5,12,23 87:1,7 88:10,25 89:5
**transcript** 97:16 99:8
**transfer** 89:12
**transferred** 24:10,11
**transfers** 32:25 89:13
**transpired** 49:15 51:1 53:1
**tried** 29:4,5 52:18
**truck** 23:17
**true** 99:9
**Trump** 69:9
**trust** 56:23
**trustee** 39:9,14 53:10 53:11,14,22
**trying** 4:23 14:7,9 75:15 92:18
**turn** 31:19 64:1

**two** 4:9 10:7 18:19 19:2 27:13 57:11 61:9 92:16
**TYLER** 2:9
**type** 45:8,9,13,23 93:4 97:14

**U**

**U** 3:20
**Uh-huh** 85:18
**undated** 17:10
**understand** 10:8 14:2 14:11 41:16,22 45:7 47:22 52:13,14,15 58:10,12 62:5 63:13 83:15
**unfair** 53:17
**Unfortunately** 23:5
**unhappy** 72:19,21
**Uniswap** 24:12 88:13
**United** 1:1,22 78:22 99:19 100:1,23
**unjust** 53:20 54:1,9 54:13
**unjustly** 51:6,8,15,20
**unregistered** 62:10 62:14
**unsecured** 4:17
**unsupervised** 60:23
**untradable** 63:14
**USA** 91:3,5
**use** 97:13

**V**

**v** 1:7 100:7
**vague** 33:20,25 45:6 45:18
**validity** 11:20,23
**valuable** 14:10
**valuation** 47:16
**value** 24:22,25 25:4,5 25:7 33:11 34:9,22 35:2 43:12,19 44:15 44:19 47:6 48:21 51:10 58:13 76:20
**values** 39:3,6
**vehicles** 10:13
**versus** 11:6 39:25
**victims** 62:12
**VIDEOCONFERE...** 1:16
**viewed** 64:24
**violation** 84:25
**visited** 13:7 67:4
**vote** 92:14

**W**

**waive** 97:13 100:18
**waived** 100:20
**wallet** 26:23,24 27:18 50:6 57:7,10,13,16 88:13 89:5,7
**want** 7:4,10 9:25 17:4 24:1 43:10 44:11,22 49:1 54:23 55:13 72:2 75:16,21 79:13 79:14 80:18 82:18 82:21 93:21 94:18 96:5
**wanted** 15:6
**wanting** 23:2
**wasn't** 14:17,20 91:11
**watch** 59:3 63:24 68:4
**way** 22:4 24:1 28:18 38:7,8 50:1 55:10 55:14,14 63:23 67:16 68:14,16 79:18 80:23 81:6,8 81:10 91:7 92:2 94:24 95:24
**ways** 38:4
**we'll** 8:9 9:6 92:24
**we're** 27:6 29:6 37:22 38:16 42:9 48:5,11 48:13
**we've** 55:6 70:5 94:20 96:17
**wearing** 30:2
**website** 13:4,5,7,15 13:22 20:14,16,25 21:19,22 22:5,10,13 24:9 67:5,13,14 72:13 88:11
**websites** 58:6
**week** 91:11
**went** 24:8,9 61:12 79:18
**weren't** 50:20
**white** 10:4,4,9,9 36:3
**whoever's** 56:23
**willing** 80:3
**wish** 100:18
**witness** 3:3 4:3,5 32:5 99:10
**word** 18:15 50:19,19
**words** 4:16 12:18 70:8 71:1
**work** 8:4 60:4,5 61:19 73:15
**worked** 5:17
**working** 61:20
**worth** 12:12 50:18
**wouldn't** 43:9 48:18 64:1
**write** 83:7,8,8,9 97:20
**writing** 55:7
**written** 80:19
**wrong** 7:13 48:10 71:6
**wronged** 55:22
**wrongly** 4:18
**wrote** 92:15

**X**

**X** 3:1,6

**Y**

**Y** 67:2
**yeah** 26:15,17 32:16 59:12 61:1 62:3 75:2
**year** 25:20 73:6
**years** 61:11
**yesterday** 91:13,14
**York** 2:3
**youth** 61:20
**Yvonne** 1:16 3:4 4:2 67:1 98:6 99:7 100:14 101:25

**Z**

**zero** 24:25
**Zigler** 71:5,9,9,16 72:3 73:2,10,13,14
**zip** 60:17

**0**

**0086** 3:14 88:20,21
**0087** 26:11

**1**

**1** 3:8,22 9:10,12 11:14 32:3,5 40:9 42:13
**1.6** 54:7,14 55:21
**1:16** 96:14
**1:17** 96:15
**1:24** 97:8
**1:28** 97:23
**1:30** 1:13
**10,000** 62:12
**10:04** 1:13
**100** 44:20 86:2
**10169** 2:3
**11/21/21** 42:4
**11/22/21** 42:8
**11:14** 38:20
**11:29** 38:21
**12:21** 70:2
**12:32** 70:3
**12:46** 77:19
**12:47** 77:20
**14** 49:24 50:1,4 60:24
**15** 38:16 60:24
**170** 10:13
**180-page** 6:12
**1905** 60:9
**1st** 32:11 84:14 85:24

**2**

**2** 3:9 26:6,8 27:16 93:19,22
**200** 12:3,7
**202** 1:14,23 2:7 99:20 100:24
**2021** 42:11 58:21
**2022** 10:5
**2023** 84:14
**2024** 1:12 98:7,9 99:16 100:19
**2026** 98:13
**21** 25:21 64:16 73:7
**22** 32:3,5
**230** 2:3
**24** 98:13
**24th** 2:3
**26/94** 3:9,16
**289** 3:12 83:21,22
**289-4** 83:25
**29** 100:19

**3**

**3** 3:10 40:25 41:4
**30** 74:9
**30th** 99:16
**313518** 98:13
**33.3** 59:16
**33301** 1:14,24 2:8 99:21 100:24
**377** 82:15

**4**

**4** 3:4,11 44:4,24 84:4
**400** 59:9
**41** 3:10 49:23
**44** 3:11
**48** 16:3,11

**5**

**5** 3:12 83:23 85:15 86:24
**525-2221** 1:24 99:21 100:25
**571** 82:11
**58,436,585.82** 32:21
**58,436,586** 31:11

**6**

**6** 1:12 3:13 15:18 84:1,3 87:8
**6/2/23** 84:17
**6:22-CV-00652-PG...** 1:3 100:3
**600** 59:9,16
**622-CV-00652-PG...** 4:12
**633** 1:23 99:20 100:24
**68** 18:19
**6th** 98:7,9

**7**

**7** 3:14,22 88:22
**7(sic)** 90:4
**70** 19:8
**70,000** 46:12,19 48:20 49:4 50:18

**8**

**8** 3:15 90:5,7
**83** 3:12
**83686** 60:18
**84** 3:13
**88** 3:14

**9**

**9** 3:8,16 94:5,7
**90** 3:15 93:25
**901** 1:14 2:7
**91** 95:17
**954** 1:24 99:21 100:25