# EXHIBIT C

## DEPOSITION OF ERIC DE FORD (EXCERPTS)

September 10, 2024 (DX 0041)

*Cited at 22:16-23:1, 59:4-5, 59:13-14, 59:22, 61:5-10, 61:23-25, 116:1-6, 117:9-11, 117:16-20, and 117:22-118:4.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-00652-PGB-DCI
CLASS ACTION

ERIC DEFORD, SUSAN BADER,
SHAWN R. KEY, Individually
and on Behalf of All Others
Similarly Situated,

Plaintiff,

v.

JAMES KOUTOULAS and
LGBCoin, LTD,

Defendants.

DEPOSITION

OF

ERIC DEFORD

DATE TAKEN: Tuesday, September 10, 2024

TIME: 10:12 a.m. - 1:17 p.m.

PLACE: 901 East Las Olas Boulevard
Fort Lauderdale, Florida

Examination of the witness taken before:

TONI FREEMAN GREENE, Court Reporter
United Reporting, Inc.
633 South Andrews Avenue, Suite 202
Fort Lauderdale, Florida, 33301

**Q. Okay. Where did you see the marketing for LGBCoin?**

A. I can't remember everything, but Facebook, Twitter, the website that Brandon Brown was on. There were some videos, there were some live streams at some point that was advertised on Telegram.

**Q. You said that there was information on Telegram that caught your attention?**

A. They were promoting live streams on Telegram, whether it was LGBCoin chat or Let's Go Brandon, they had different ones.

**Q. But you said you didn't open a Telegram account until after you had a problem with the purchase of your coin.**

A. Correct. You didn't define. The advertising kept going on. So if you mean specifically what drew me to purchase was that marketing video of Brandon Brown coming out with his NASCAR and promoting that he was gonna be in the -- they had this whole NASCAR coin coming out.

**Q. So who do you recall was posting these advertisements on these various social media platforms?**

A. I have no idea.
**Q. Were you part of any specific groups where these were posted?**
A. No.
**Q. When did you first purchase LGBCoin?**
A. I don't have a specific date, but it was December -- late December 2021.
**Q. And how did you purchase it?**
A. It was complicated. It was the Coinbase Uniswap thing, was the best they got there.
**Q. Okay. And why, specifically, did you choose to purchase LGBCoin?**
A. Because of NASCAR.
**Q. Do you recall what LGBCoin was advertised to support besides NASCAR?**
MR. MASSON: Objection, foundation.
THE WITNESS: I think -- there was a few things going on. One, it was, like, the idea that the -- the money was going to help promote -- you know, it was, like, you know, conservative ideation, but it was, they were also going to donate money to, like, first responders, there was stuff like that going on, there was chats about that.

**Q. Did you ever post on social media about LGBCoin?**

A. No. But I guess if Telegram counts as social media, I would say that I participated in the forums. Sure.

**Q. In what way did you participate in the forums?**

A. Just conversations about the token, the cryptocurrency and -- I mean, I don't have them in front of me. I can't recall everything I've said.

(Defendant's Exhibit No. 12 was marked for identification.)

BY MS. MARTELL:

**Q. Let me direct your attention to what was produced as DeFord 000095 for you to review. Let me know when you're ready.**

A. Yeah. So I don't know what this is from, but I can only assume it's from Telegram, an excerpt from Telegram.

So the name "Luchadude" is on there. I -- in reply to this message, which I don't have that message, but I'm replying to something. This says:

"I don't think your concerns are

unfounded, but I would reassure you they have kept their word. If NASCAR didn't dump Brandon's sponsorship we would still have the old token. I see this fork as a great opportunity. If you're an investor, let's try to encourage everyone. Keep the mood high over the next week. I love seeing that people have received their token and this is working. We also need to emphasize that the coins are dropping from the bottom up and they are coming. It's really happening.

"There are indeed novice investors that have lost a lot with the original token and they need to understand their money is coming back with more potential. When they arrive here looking for answers and all they see (and I'm not saying you) is bickering about admins, where's my coins, and this is a scam, it creates confusion. Still we are barely at a day and a half of the relaunch."

I recall this now.

**Q. Okay. Who wrote it?**

A. I wrote that.

**Q. And who is Luchadude?**

A. That would be my alias on Telegram.

**Q. Okay. So how would you describe your**

**"We are barely at a day and a half of the relaunch."**

**Can you just tell me what the relaunch is that you're referring to?**

A. Yeah. So the old token liquidity was pulled out of it and then they reissued it again.

**Q. Who's they?**

A. I guess the LGB token -- I mean, based upon the Third Amended Complaint again, it would be James Koutoulas.

**Q. So you believe that James Koutoulas was involved in the hostile takeover of LGBCoin?**

MR. MASSON: Objection, lack of foundation, mischaracterizes prior testimony, calls for speculation.

THE WITNESS: That's not what I -- that's not what I said.

BY MS. MARTELL:

**Q. Okay. So there was a relaunch, you said that there was liquidity pulled. Continue. What exactly are you referencing when you talk of this relaunch?**

A. That if you had bought prior to the 28th of January they were going to reissue the tokens. You were going to get the same tokens



63433f45-ffc8-4ae6-a30f-55c6afb11a27

A. Sean Masson and Aaron Zigler.

**Q. And how did you meet your attorneys?**

A. Aaron Zigler is my former brother-in-law.

**Q. Did you contact them first or did they reach out to you?**

A. I contacted them first.

**Q. Have you seen any advertisements on behalf of the class against LGBCoin?**

A. I have not.

**Q. How many calls have you had with your attorneys to review this case?**

A. It's a lot. I've had calls to review documents, I've had calls over depositions and reviewing emails and evidence and have calls across different attorneys in California, New York, Chicago, submitting evidence, just screenshots, all kinds of stuff.

**Q. How many times have you met with your attorneys in person?**

A. I -- I can't put a number to any of this stuff.

MR. MASSON: I would just like to advise, you can totally answer all of these questions, but to the extent you're going to

**Q. Are any of these exchanges or purchases specifically between you and Mr. Koutoulas?**

MR. MASSON: Objection, calls for a legal conclusion.

THE WITNESS: No.

BY MS. MARTELL:

**Q. Are any of these transactions listed on Schedule A between you and LGBCoin, LTD?**

MR. MASSON: Objection, calls for a legal conclusion.

THE WITNESS: I don't know how to answer that. I want to say that LGB and Mr. Koutoulas both -- I guess those entities, people, minted this coin which created, I guess, an amount that then would be sold.

So I'm using an exchange to buy it. Did I -- did I -- you know, I'm not going into a store and buying something, a product.

BY MS. MARTELL:

**Q. Who exactly do you believe minted the coin?**

A. I believe James Koutoulas was involved

with creating this token.

**Q. Involved or did he create it, to your knowledge?**

MR. MASSON: Objection, asked and answered.

THE WITNESS: I did answer that earlier, so I would say that.

BY MS. MARTELL:

**Q. Did Mr. Koutoulas ever directly ask you to buy LGBCoin?**

A. No.

**Q. Other than the messages produced earlier, do you have any other text messages between you and Mr. Koutoulas?**

A. No.

**Q. And did you ever purchase LGBCoin directly from Mr. Koutoulas?**

MR. MASSON: Objection, calls for legal conclusion.

THE WITNESS: No.

BY MS. MARTELL:

**Q. So if I were to ask you to find which transaction on this chart was between you and Mr. Koutoulas, are there any that you can point to?**



63433f45-ffc8-4ae6-a30f-55c6afb11a27

MR. MASSON: Objection, calls for a legal conclusion.

THE WITNESS: Never had any direct transactions between Mr. Koutoulas.

BY MS. MARTELL:

**Q. Can you point to any transactions on Schedule A to your certification that were between you and LGBCoin, LTD specifically?**

MR. MASSON: Objection, calls for a legal conclusion.

THE WITNESS: Yeah, I don't know how to answer that.

MS. MARTELL: Will you mark this as Exhibit 16?

(Defendant's Exhibit No. 16 was marked for identification.)

BY MS. MARTELL:

**Q. Are you familiar with the term libel?**

A. Yes.

**Q. Okay. What does the term libel mean to you?**

A. Libel is written slander or, like, written -- you're lying, you're -- written form slander; is that right?

**Q. Okay. I'm going to show you what was**

CERTIFICATE OF REPORTER OATH

STATE OF FLORIDA
COUNTY OF BROWARD

I, TONI FREEMAN GREENE, the undersigned Notary Public, in and for the State of Florida, hereby certify that the witness named herein appeared before me and was duly sworn.

WITNESS my hand and official seal this 19th day of September, 2024.

TONI FREEMAN GREENE
NOTARY PUBLIC - STATE OF FLORIDA
MY COMMISSION NO. HH 494098
EXPIRES: APRIL 14, 2028



63433f45-ffc8-4ae6-a30f-55c6afb11a27

DEPOSITION CERTIFICATE

STATE OF FLORIDA

COUNTY OF BROWARD

I, Toni Freeman Greene, Court Reporter and Notary Public in and for the State of Florida at Large, hereby certify that the witness appeared before me for the taking of the foregoing deposition, and that I was authorized to and did stenographically report the deposition, and that the transcript is a true and complete record of the testimony given by the witness.

I FURTHER CERTIFY that I am neither an attorney, nor counsel for the parties to this cause, nor a relative or employee of any attorney or party connected with this litigation, nor am I financially interested in the outcome of this action.

Dated this 19th day of September, 2024, Fort Lauderdale, Broward County, Florida.






TONI FREEMAN GREENE
Court Reporter



63433f45-ffc8-4ae6-a30f-55c6afb11a27