# EXHIBIT E

## WEBSITE CAPTURE PRODUCED BY PLAINTIFF BADER

BADER 000001-000004

*Four-page capture of lgbcoin.com printed December 5, 2022, headed Let's Go Brandon Coin | LGBC on Ethereum.*

**LET'S GO BRANDON COIN**

BUY N

Introducing

# LET'S GO BRANDON COIN $LGBC




on Ethereum

**If you're here, you know what it means.**

Connect

Swap

.1 ETH

$126.55

LET'S GO BRANDON COIN

BUY N



Introducing NFTs on Uniswap

Buy and sell NFTs across more listings at better prices.

Explore NFTs

Swap Tokens NFTs Pool •••

## LGBC
## Buyer's Guide:

1

LET'S GO BRANDON COIN

BUY N

# LET'S GO BRANDON COIN

BUY N

**Find Us On:**

© 2021 by Let's Go Brandon Coin