# EXHIBIT D

## CONTEMPORANEOUS CORRESPONDENCE

July 27, 2026

*Defendant's same-evening email acknowledging service of Plaintiffs' draft pretrial statement.*

**Monday, August 17, 2026 at 4:01:04 PM Eastern Daylight Time**

**Subject:** Re: For emergency conferral
**Date:** Monday, July 27, 2026 at 11:58:27 PM Eastern Daylight Time
**From:** James Koutoulas
**To:** Kevin McCormack
**CC:** LGBCoin-Ext, Mae Lynora, harry winderman

**Attachments:** DRAFT- Defendants Pretrial Order 07-27-26.pdf, DRAFT- Defendant Proposed Jury Instructions.pdf, DRAFT- Defendant Proposed Voir Dire.pdf

Please find defendants' draft PTO for discussion. All items are subject to change. Please confirm receipt. There are a few new exhibits in the link from Friday, list has been updated accordingly. Any position on the motion to decertify or motion to compel compliance with LR 3.03 that you have not responded to conferral on? Niki is working on restoring the Key production from backup so hopefully shouldn't need you to retransmit that.

Also, after a quick review of your draft pretrial statement and proposed jury instructions Plaintiffs served tonight, the two documents take different positions on the scope of trial. The pretrial statement identifies Section 12(a)(1) as the only claim to be tried and asserts no unjust enrichment claim, issue, or remedy; the proposed jury instructions include unjust enrichment instructions against both Defendants and name LGBCoin, Ltd. in the Section 12(a)(1) elements, although no Section 12(a)(1) claim against LGBCoin, Ltd. is pending. Doc. 455 at 2. Both documents cannot reflect Plaintiffs' intended scope of trial.

So that the August 3 meeting is productive, please confirm in writing by noon tomorrow: (1) whether Plaintiffs intend to try the three named Plaintiffs' individual unjust enrichment claims; (2) the claim or claims, if any, Plaintiffs intend to try against LGBCoin, Ltd.; and (3) if none, whether Plaintiffs will stipulate to LGBCoin, Ltd.'s dismissal under Rule 41(a)(1)(A)(ii). Defendants reserve all positions stated in their draft pretrial statement, including as to any claim omitted from Plaintiffs' statement.

James L. Koutoulas, Esq.
Managing Member
Koutoulas Law, LLC
www.koutoulaslaw.com