# EXHIBIT E

**PLAINTIFFS' COUNSEL'S TRANSMITTAL OF THE REVISED DRAFT PRETRIAL STATEMENT**

July 31, 2026

*Kevin McCormack, Zigler Law Group, LLC, to James Koutoulas, 7:13 p.m., attaching the revised*

*draft Pretrial Statement filed herewith as Exhibit B.*

**Re: For emergency conferral**

Summarize

KM

Kevin McCormack <kevin@ziglerlawgroup.com>

Friday, July 31, 2026 at 7:13 PM

**To:** James Koutoulas; **Cc:** LGBCoin-Ext; Mae Lynora; harry4334

Plaintiffs Pretrial Sta...
98.7 KB

Download All • Preview All

James,

Thank you for flagging the ambiguity regarding Plaintiffs' unjust enrichment claim. We can confirm that we are continuing to assert that claim. Attached is a revised draft Pretrial Statement that further clarifies Plaintiffs' position.

Regards,



Kevin McCormack
*Attorney*
Zigler Law Group, LLC
p: (224) 480-2056