# EXHIBIT H

## EXCERPTS FROM THE DEPOSITION OF ERIC DE FORD

Taken September 10, 2024

*Cited pages 114-115. Plaintiff De Ford testifies about the transactions listed on Schedule A*

*of his certification and the venue on which they were performed.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-00652-PGB-DCI
CLASS ACTION

ERIC DEFORD, SUSAN BADER,
SHAWN R. KEY, Individually
and on Behalf of All Others
Similarly Situated,

Plaintiff,

v.

JAMES KOUTOULAS and
LGBCoin, LTD,

Defendants.

DEPOSITION

OF

ERIC DEFORD

DATE TAKEN: Tuesday, September 10, 2024

TIME: 10:12 a.m. - 1:17 p.m.

PLACE: 901 East Las Olas Boulevard
Fort Lauderdale, Florida

Examination of the witness taken before:

TONI FREEMAN GREENE, Court Reporter
United Reporting, Inc.
633 South Andrews Avenue, Suite 202
Fort Lauderdale, Florida, 33301



63433f45-ffc8-4ae6-a30f-55c6afb11a27

entity paying for things.

**Q. Okay. Did you sign it?**

A. Yes.

**Q. Okay. When is it dated? If you're referencing your signature, I'll tell you it's the pink tab there.**

A. Got it. Looks like May 26th.

**Q. Okay. And are you familiar with what date it was filed? You can reference the --**

A. Oh. Filed 6/02/23.

**Q. Okay. Are you familiar with when this needed to be filed by law?**

MR. MASSON: Objection, calls for a legal conclusion.

MS. MARTELL: I have to refer to my attorneys for that.

BY MS. MARTELL:

**Q. Are you aware that this was supposed to have been filed with your original complaint?**

MR. MASSON: Objection, calls for a legal conclusion.

THE WITNESS: Again, I'm not a lawyer, so I'm not.

BY MS. MARTELL:

**Q. Okay. And are you aware that not**

**filing it timely is a violation of federal law?**

MR. MASSON: Objection, calls for a legal conclusion.

THE WITNESS: Well --

BY MS. MARTELL:

**Q. Are you aware of whether this was, in fact, served with the original complaint?**

MR. MASSON: Objection, calls for a legal conclusion.

THE WITNESS: I have to refer to my attorneys on that.

BY MS. MARTELL:

**Q. And looking here at Schedule A, can you please describe for the record what these line items represent on Schedule A of your certification?**

A. Looks like purchases of cryptocurrency. In this case it's the purchases for LGBCoin.

**Q. Okay. And were these purchases performed on a particular exchange?**

A. Whatever exchange they told us to do through the website.

**Q. Okay.**

A. I guess it's Uniswap.



63433f45-ffc8-4ae6-a30f-55c6afb11a27