# EXHIBIT J

---

**WEBSITE CAPTURE PRODUCED BY PLAINTIFF BADER**

BADER 000001-000004

*Four-page capture of lgbcoin.com printed December 5, 2022, headed "Let's Go Brandon Coin*

|

*LGBC on Ethereum" and stating the ticker "$LGBC."*

LET'S GO BRANDON COIN

BUY N

Introducing

# LET'S GO BRANDON COIN $LGBC

on Ethereum

**If you're here, you know what it means.**




Connect

Swap

.1

ETH

$126.55

Bader 000001

# LET'S GO BRANDON COIN

BUY N



**Introducing NFTs on Uniswap**

Buy and sell NFTs across more listings at better prices.

Explore NFTs

Swap Tokens NFTs Pool ...

## LGBC Buyer's Guide:

1

# LET'S GO BRANDON COIN

BUY N

# LET'S GO BRANDON COIN

BUY N

**Find Us On:**

© 2021 by Let's Go Brandon Coin