# EXHIBIT K

## INTERNET ARCHIVE WAYBACK MACHINE CAPTURE OF lgbcoin.com

## Archived November 8, 2021

Printout of the Internet Archive Wayback Machine capture of http://www.lgbcoin.com/ dated November 8, 2021, retrieved August 23, 2026 at the address below. The Archive's banner reports 46 captures of this address, the first on November 8, 2021.

`http://web.archive.org/web/20211108044505/http://www.lgbcoin.com/`

*The Archive did not preserve all of this page's layout and image assets, so the capture does not render in full. The page text as preserved in the capture is reproduced at pages 3-4. Cited passages are highlighted.*

**The capture as displayed, showing the archived address and capture date**




*Internet Archive banner: "46 captures / 8 Nov 2021 - 12 May 2026," capture dated NOV 08 2021.*

## Page text as preserved in the November 8, 2021 capture

Let's Go Brandon Coin | LGBC

Introducing Let's Go Brandon Coin

If you're here, you know what it means.

Let's Go Brandon Coin Buyer's Guide:

Currently $LGBC can only be purchased through Uniswap, but we have plans to expand via word of mouth in the true Let's Go Brandon spirit.

Don't get scammed as similar tokens may try to fool you. Please be sure to confirm you are purchasing the correct $LGBC and never use a contract address given to you by another person, especially by Joe Biden.

Official $LGBC contract address:

0xfac79ae042cbd841a69ab84b16dcd803edccf2a1

Create A Metamask Wallet

Create a Metamask wallet on your smartphone or computer. Safely store your seed phrase and never share it with anyone, especially Joe Biden.

Connect to Uniswap

Go to Uniswap from the built in MM browser if on a mobile device, or go to Uniswap on your desktop browser and click "Connect Wallet" in the upper right hand of the screen after downloading the MM extension. OR Use BUY NOW button at the top of this page and Connect Wallet

Send ETH To Your Wallet

If you own ETH on a CEX like Coinbase, send it to your MM wallet. If not, ETH can be purchased directly on MM. Make sure you are sending your ETH to an ERC-20 compatible wallet.

Swap ETH For $LGBC

Once you have ETH in your wallet and it is connected to UNI, you can swap ETH for $LGBC. Make sure to leave some ETH in your wallet for transaction fees. Set the slippage to auto or 13% if there is significant price movement.

Total Supply: 100,000,000 (100 Million)

Our Tokenomics Are As They Should Be: 0 Tax

0% Taxes of Any Kind / 0% Dev Wallet / 0% Marketing Wallet / 0% Redistributions / 0% Joe Biden

Unprecedented Times. Impeccable Meme-ability. Limitless Community.

About Let's Go Brandon Coin

Let's Go Brandon is inspired by the viral event where a crowd chanting "Fuck Joe Biden" was portrayed by the media as shouting "Let's Go Brandon" and spinning the narrative. In the true spirit of the Let's Go Brandon movement, we are focused on community and organic word of mouth.

Current Token Statistics

103 Holders / $187K Market Cap / $70K Liquidity / 14 Days Old

Let's Go Brandon Coin Roadmap

Phase 1: $100,000 Market Cap / Website Launch / 100 Telegram Members / 100 $LGBC Holders / DEX Listing Fair Launch / 100 Twitter Followers

Phase 2: $500,000 Market Cap / CoinGecko Listing / 500 Telegram Members / 500 $LGBC Holders / Twitter Marketing / 500 Twitter Followers

Phase 3: $1M Market Cap / CoinMarketCap Listing / 1K Telegram Members / 1K $LGBC Holders / Call Marketing / 1K Twitter Followers

Phase 4: NFT Surprise for Holders TBA