# EXHIBIT F

---

**PLAINTIFFS' COUNSEL'S TRANSMITTAL OF THE UPDATED DRAFT PRETRIAL STATEMENT**

August 14, 2026

*John Jasnoch, Scott+Scott Attorneys at Law, to counsel and to James Koutoulas, 12:37 a.m.,*

*attaching the updated draft Pretrial Statement filed herewith as Exhibit C.*

**Re: For conferral**

Summarize

JJ

**John Jasnoch <jjasnoch@scott-scott.com>** Friday, August 14, 2026 at 12:37 AM

**To:** harry winderman; Aaron Zigler; James Koutoulas; kevin McCormack; +2 more

Plaintiffs Proposed J...
70.4 KB

Plaintiffs Proposed V...
17.3 KB

Plaintiffs Trial Witne...
32.5 KB

Plaintiffs Pretrial Sta...
44.3 KB

Plaintiffs Exhibit List...
107.8 KB

Download All • Preview All

Hi Harry,

I believe you said 2pm eastern was fine. Attached are the revised materials. Please let us know if we can expect revised materials from LGBCoin Ltd.

Thanks,
John