# EXHIBIT G

## EXCERPTS FROM THE DEPOSITION OF SANDRA BADER

## Taken September 6, 2024

Cited pages 21, 24 and 58. Plaintiff Bader testifies that the website capture she produced is not the site she recalls reviewing; that she purchased through Uniswap and Coinbase and still owns all of what she purchased; and, asked which crypto coins she had put money into, identifies “LGB Coin Deutsche Coin” and states that she is not sure which of the others she purchased.

*The transcript is a 4-up condensed reprint, so each sheet carries four transcript pages.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.: 6:22-CV-00652-PGB-DCI

ERIC DE FORD, SUSAN BADER, SHAWN R. KEY, Individually and on Behalf of All Others Similarly Situated,
Plaintiffs,

v.

JAMES KOUTOULAS, and LGB COIN, LTD,

Defendants.
______________________________/

DATE: September 6, 2024
TIME: 10:04 a.m. - 1:30 p.m.
PLACE: 901 East Las Olas Boulevard, Suite 202
Fort Lauderdale, Florida 33301

VIDEOCONFERENCE DEPOSITION OF SANDRA YVONNE BADER

Kimberly Hacker
United Reporting, Inc.
Litigation Building
633 South Andrews Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 525-2221



APPEARANCE FOR THE PLAINTIFF:
SCOTT & SCOTT
The Helmsley Building
230 Park Ave, 24th Floor
New York, NY 10169
BY: SEAN MASSON, ESQUIRE

APPEARANCE FOR THE DEFENDANT:
DI PIETRO PARTNERS, PLLC
901 East Las Olas Boulevard, Suite 202
Fort Lauderdale, Florida 33301
BY: NICOLE MARTELL, ESQUIRE and
TYLER MUTSCHLER, ESQUIRE

ALSO PRESENT:
KAMRY BRODLEY, INTERN/OBSERVING
JUANA KOJSNER, INTERN/OBSERVING



I N D E X


| WITNESS | PAGE |
|---|---|
| SANDRA YVONNE BADER | |
| Direct Examination by Ms. Martell | 4 |


E X H I B I T S


| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Confidential document | 9 |
| 2 Comp | Purchase documentation | 26/94 |
| 3 | Sponsorship agreement | 41 |
| 4 | Chart document | 44 |
| 5 | Document No. 289 | 83 |
| 6 | Class certification document | 84 |
| 7 | Document labeled Bates 0086 | 88 |
| 8 | Libel document | 90 |
| 9 Comp | Documents | 26/94 |


C E R T I F I E D Q U E S T I O N


| | PAGE |
|---|---|
| Question 1 | 7 |


*(Exhibits in possession of Counsel.)



WHEREUPON,
SANDRA YVONNE BADER,
a witness herein, having remotely appeared before and been duly sworn, testified upon her oath as follows:
THE WITNESS: I do.
DIRECT EXAMINATION
BY MS. MARTELL:
**Q. Thank you. My name is Nicole Martell. I represent Mr. Koutoulas and LGB Coin, Ltd., two of the defendants that were sued in this matter. And for the record, we are here on US Middle District of Florida, Court Case Number 622-CV-00652-PGB-DCI, and Ms. Bader is a Plaintiff in that action.**
**Ms. Bader, we are here for a lawsuit that was brought on your behalf. Can you tell us in your own words what this lawsuit is about?**
A. It is about James Kouloulas selling unsecured coins or securities, advertising wrongly and basically lying about sponsorships.
**Q. Did you ever speak with Mr. Kouloulas?**
MR. MASSON: Objection. Foundation.
**Q. You can answer.**
A. I'm trying to think of how to answer that. I do not believe that I have spoken to him.
**Q. Prior to filing this lawsuit, were you**



26aae1d7-66e2-44dc-87dd-e117827a1e02

A. I have.
**Q. Does this look familiar?**
A. Actually, that is not what I remember it to look like.
**Q. Okay, fair enough.**
A. I don't remember exactly what it looks like.
**Q. Does this look familiar?**
A. Part of it, possibly.
**Q. What part looks familiar?**
A. The logo.
**Q. Would you like a moment to read the contents?**
A. I'll be honest with you, I don't know if reading it would -- I mean, I can read it, but I don't remember everything that was on the page at the time. Part of it looks familiar.
**Q. Okay, go ahead and take a moment to read it so we can be clear on the record.**
A. Okay. What was the question?
**Q. Does that look like the website that you reviewed?**
A. I do not believe so.
**Q. Does this look familiar from the website that you reviewed?**
A. Can you scroll up on it?
**Q. This is a screenshot that was preserved and**



**what it looked like. So this is what we have at the time.**
MR. MASSON: Objection, call for speculation.
A. I can't say one way or the other on that.
**Q. Did you preserve anything from the website that you reviewed?**
A. What do you mean?
**Q. Did you make any copies, screenshots, take any photos?**
A. Specifically from the website?
**Q. Yes.**
A. I don't recall if they were specifically from the website or not.
**Q. Do you know what LGB means?**
A. I do.
**Q. What does it mean?**
A. Let's go, Brandon.
**Q. And you don't recall how much LGB Coin you purchased?**
MR. MASSON: Correction. Asked and answered.
A. It's a big number. I do not recall the exact amount.
**Q. Why did you purchase LGB Coin?**
MR. MASSON: Objection. Asked and answered.
A. I purchased it as an investment.



**Q. Did you buy it to help support the charities that it advertised wanting to help?**
MR. MASSON: Objection, relevance.
A. Which charities?
**Q. Unfortunately, this is a situation where I can't answer. I ask you the questions. I don't answer the questions today.**
A. Well, I'm asking for clarification.
**Q. And you can ask me to clarify the question.**
**Were you aware that LGB Coin was created in part, to support charities?**
A. At the very beginning, no. Okay.
**Q. When did you come to learn that information, then?**
A. I'm not aware if it was a charity or not, but at a time that I saw that they had either given coin or money to some truck driver thing that was happening.
**Q. Were you aware LGB Coin was created in part to support conservative causes?**
A. No.
**Q. What did you purchase LGB Coin through which exchange?**
MR. MASSON: Objection to the form.
**Q. Well, we know you purchased LGB Coin.**
**How did you go about purchasing LGB Coin?**



A. Do you want like the whole way I had to purchase it or --
**Q. If that's would be responsive to my question.**
A. Can you clarify your question?
**Q. My question is how did you purchase LGB Coin?**
A. I purchased LGB Coin -- It was a process to go through. So I do not remember every step or which order that everything went in.
I went to the LGB Coin website. I believe they had -- I don't remember where money got transferred or how it got transferred from one place to the other. I had to go to Uniswap, Coinbase. I can't remember for sure or not if there was another place that I had to -- I mean, it was quite the process to buy it. And then I had to buy -- I don't know how to pronounce it, Ethereum is maybe how you pronounce it -- in order to purchase the coins.
**Q. Do you still own LGB Coin?**
A. I do.
**Q. How much do you still own?**
A. All of it. All of what I purchased.
**Q. Has it dropped in value?**
A. Yes.
**Q. How much?**
A. I believe right now, the value is zero.

**How much do you allege LGB Coin Ltd made in LGB Coin sales?**
MR. MASSON: Objection. Calls for legal conclusion.
A. I don't know.
**Q. Are you aware of whether LGB Coin Ltd ever had a crypto wallet?**
A. Say that again.
**Q. Are you aware of whether LGB Coin Ltd ever owned a crypto wallet?**
A. Are you asking me about two different --
**Q. No, I'm asking you about whether, you know, if LGB Coin Ltd owned a crypto wallet?**
A. No, I don't know.
**Q. Would you agree that if LGB Coin Ltd never owned a crypto wallet that it would not have been able to make any sales or purchases of LGB Coin?**
MR. MASSON: Objection. Calls for legal conclusion.
A. I don't know.
**Q. Can you describe to me your background in investing in crypto currency?**
A. My background? I don't really have a background in investing. It is pretty new, so it's something that, you know, I've looked at and put what I



feel is, you know, what I can at that moment into a couple different crypto coins.
**Q. And which crypto coins are those?**
A. LGB Coin Deutsche Coin. And it's like I said, I have a couple of others, but I don't know -- because some of the websites just give you coins. So I'm not sure which ones I purchased or not.
**Q. What is your definition of crypto currency?**
A. They're digital, and some of them are backed by different things that I don't completely understand. I'm not an expert.
**Q. Do you understand where crypto currency gets it's value?**
MR. MASSON: Objection. Calls for speculation.
A. I don't completely know.
**Q. Do you know what a meme coin is?**
MR. MASSON: Objection. Asked and answered.
A. No.
**Q. When did you start buying crypto currency?**
A. I believe it was 2021, but I'm not completely sure.
**Q. Why did you start investing in crypto currency?**
A. Well, I was hoping to gain money. It was



something that was -- it doesn't take a lot of money to invest in it, so it would be something that I could do and watch and hopefully make some money off of it.
**Q. How much have you spent investing in crypto currency, would you estimate?**
A. Say that again.
**Q. How much would you estimate you've spent on crypto currency?**
A. Not a lot. Somewhere between $400 and $600, maybe.
**Q. Total?**
A. Yeah, I think so. I mean, that's a rough number because I'm not completely sure.
**Q. What percentage of that would you estimate was spent on LGB Coin?**
A. Well, take the number 600 -- like 33.3 percent.
**Q. Have you lost money on your other crypto currency investments?**
MR. MASSON: Objection. Asked and answered.
A. I have.
**Q. Did you file lawsuits against those coins?**
A. I haven't.
**Q. Why not?**
A. Do I need to?

*Transcript page 60 redacted.*
*Not cited. Contains personal identifying information and unrelated testimony.*