# EXHIBIT J

## WEBSITE CAPTURE PRODUCED BY PLAINTIFF BADER

BADER 000001-000004

*Four-page capture of lgbcoin.com printed December 5, 2022, headed "Let's Go Brandon Coin*

|

*LGBC on Ethereum" and stating the ticker "$LGBC."*

**LET'S GO BRANDON COIN**

BUY N

Introducing

# LET'S GO BRANDON COIN $LGBC

on Ethereum




**If you're here, you know what it means.**

Connect

Swap

.1 ETH

$126.55

Bader 000001

# LET'S GO BRANDON COIN

BUY N



**Introducing NFTs on Uniswap**

Buy and sell NFTs across more listings at better prices.

Explore NFTs

Swap Tokens NFTs Pool •••

## LGBC
## Buyer's Guide:

1

LET'S GO BRANDON COIN

BUY N

# LET'S GO BRANDON COIN

BUY N

Find Us On:

© 2021 by Let's Go Brandon Coin