# EXHIBIT L

## EXCERPTS FROM PLAINTIFF BADER'S DOCUMENT PRODUCTION

## BADER 000039, 000044-000046, and 000086-000091

BADER 000044-000046 is Plaintiff Bader's Coinbase transaction report for January 2022. The highlighted entries record two purchases of ether on January 2, 2022 and, within the same minutes, two sends of that ether to 0x84E612f510bc95cD86E0dB94A381D1637260FA2A.

BADER 000039 is a block-explorer page for that address. It reports three transactions in the address's entire history: the two ether transfers in from Coinbase, and one outbound call to the Uniswap V3 router. The page does not state what the router returned.

BADER 000086-000091 is a further block-explorer page and a series of wallet images. They show a Coinbase Wallet identified as jsbader12.cb.id holding units of an asset displayed as “LGB” and units of a separate asset displayed as “LETSGO,” and a February 11, 2022 distribution of LETSGO through a contract labeled Disperse.app carrying a value of zero ether.

*Excerpted from the 91-page production bearing BADER 000001-000091 (DX 00127). Pages 000086-000091 are screen images and carry no searchable text.*



*Plaintiff's e-mail address and Coinbase customer identifier are redacted from the transaction reports.*

Address 0x84E612f510bc95cD86E0dB94A381D1637260FA2A

Sponsored: CryptoSlots - Where Crypto Rollers Come to Win. Click for games!

**Overview**

| | |
|---|---|
| Balance: | 0.009770172111772696 Ether |
| Value: | $12.34 (@ $1,263.23/ETH) |
| Token: | |

**More Info**

My Name Tag: Not Available, login to update

Ad

ROLLBIT The World's First NFT Casino Win a CryptoPunk for as little as $1 PLAY NOW

Transactions | Erc20 Token Txns | Analytics | Comments

Latest 3 from a total of 3 transactions

| Txn Hash | Method | Block | Age | From | | To |
|---|---|---|---|---|---|---|
| 0xc1f66a3ce261d71e0a… | Multicall | 13923732 | 337 days 13 hrs ago | 0x84e612f510bc95cd86… | OUT | Uniswap V3: Route |
| 0x5b58b6f155b23bda2a… | Transfer | 13923573 | 337 days 14 hrs ago | Coinbase 3 | IN | 0x84e612f510bc95cd |
| 0x683a5dfac0a62bcaa5c… | Transfer | 13923110 | 337 days 15 hrs ago | Coinbase 3 | IN | 0x84e612f510bc95cd |

[ Download CSV Export ]

A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

coinbase

**Transaction report for Sandra Bader**

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Learning Rewards, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

| Date range | Filter | Customer |
|---|---|---|
| From: 2022-01-01T00:00:00Z | Type: all | [redacted] |
| To: 2022-01-31T23:59:59Z | Asset: all | [redacted] |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2022-01-02T01:37:24Z | Buy | BTC | 0.00021113 | USD | 47346.07 | $10.00 | $10.00 | Bought 0.00021113 BTC for $10.00 USD |
| 2022-01-02T01:37:17Z | Buy | ETH | 0.03472127 | USD | 3767.72 | $130.82 | $136.04 | Bought 0.03472127 ETH for $136.04 USD |
| 2022-01-02T01:37:50Z | Send | ETH | 0.03472127 | USD | 3745.89 | | | Sent 0.03472127 ETH to 0x84E612f510bc95cD86E0dB94A381D1637260FA2A |
| 2022-01-02T03:20:07Z | Buy | ETH | 0.01875137 | USD | 3765.59 | $70.61 | $73.60 | Bought 0.01875137 ETH for $73.60 USD |
| 2022-01-02T03:20:49Z | Send | ETH | 0.01875137 | USD | 3749.72 | | | Sent 0.01875137 ETH to 0x84E612f510bc95cD86E0dB94A381D1637260FA2A |
| 2022-01-02T07:19:47Z | Learning Reward | XLM | 7.1352123 | USD | 0.280000 | $2.00 | $2.00 | Received 7.1352123 XLM from Coinbase as a learning reward |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2022-01-02T07:20:04Z | Learning Reward | XLM | 7.1336344 | USD | 0.280000 | $2.00 | $2.00 | Received 7.1336344 XLM from Coinbase as a learning reward |
| 2022-01-02T07:20:19Z | Learning Reward | XLM | 7.1336344 | USD | 0.280000 | $2.00 | $2.00 | Received 7.1336344 XLM from Coinbase as a learning reward |
| 2022-01-02T07:20:40Z | Learning Reward | XLM | 7.1402816 | USD | 0.280000 | $2.00 | $2.00 | Received 7.1402816 XLM from Coinbase as a learning reward |
| 2022-01-02T07:21:06Z | Learning Reward | XLM | 7.1402816 | USD | 0.280000 | $2.00 | $2.00 | Received 7.1402816 XLM from Coinbase as a learning reward |
| 2022-01-12T18:44:43Z | Learning Reward | GRT | 1.69548999 | USD | 0.590000 | $1.00 | $1.00 | Received 1.69548999 GRT from Coinbase as a learning reward |
| 2022-01-02T07:18:18Z | Learning Reward | AMP | 20.42066571 | USD | 0.040000 | $0.82 | $0.82 | Received 20.42066571 AMP from Coinbase as a learning reward |
| 2022-01-02T07:18:34Z | Learning Reward | AMP | 20.4185809 | USD | 0.040000 | $0.82 | $0.82 | Received 20.4185809 AMP from Coinbase as a learning reward |
| 2022-01-02T07:18:48Z | Learning Reward | AMP | 20.4185809 | USD | 0.040000 | $0.82 | $0.82 | Received 20.4185809 AMP from Coinbase as a learning reward |
| 2022-01-02T05:14:04Z | Learning Reward | FET | 1.90803281 | USD | 0.520000 | $0.99 | $0.99 | Received 1.90803281 FET from Coinbase as a learning reward |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees and/or spread) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2022-01-02T05:14:34Z | Learning Reward | FET | 1.90857906 | USD | 0.520000 | $0.99 | $0.99 | Received 1.90857906 FET from Coinbase as a learning reward |
| 2022-01-02T05:15:16Z | Learning Reward | FET | 1.90912562 | USD | 0.520000 | $0.99 | $0.99 | Received 1.90912562 FET from Coinbase as a learning reward |

coinbase - Yahoo Search | Coinbase | Coinbase Pro | Digital As | Bader-coinbase report.p | Ethereum Transaction Ha

etherscan.io/tx/0x42afe0f0520deba09624ff068e8dc51aa5bec63413d36c44f6bf25f6a54a11cb

SL | Cruise Brothers Ho... | Facebook | Amazon.com Assoc... | Jungle-Search.com | CJ Deep Link | Deals For Days | Anywhere Bookmar... | Magnified extensio...

Overview | Internal Txns | Logs (502) | State | Comments

Timestamp: 293 days 8 hrs ago (Feb-11-2022 04:34:05 AM +UTC) | Confirmed within 35 secs

Sponsored:




From: 0x7c0a6e61960195291ab7a6fcd3707c259a9a4150

Interacted With (To): Contract 0xd152f549545093347a162dce210e7293f1452150 (Disperse.app)

ERC-20 Tokens Transferred: 501

- From 0x7c0a6e6196019... To Disperse.app For 30,774,641,114 Lets Go Bran... (LETSGO)
- From Disperse.app To 0x061ce35abbca1... For 68,849,642 Lets Go Bran... (LETSGO)
- From Disperse.app To 0x49cd83dd2d7d0... For 68,834,296 Lets Go Bran... (LETSGO)
- From Disperse.app To 0x6dbe311cb4a5f... For 68,817,797 Lets Go Bran... (LETSGO)
- From Disperse.app To 0x62c0174e1cf7b... For 68,735,128 Lets Go Bran... (LETSGO)
- From Disperse.app To 0x82db7a0800731... For 68,723,307 Lets Go Bran... (LETSGO)
- From Disperse.app To 0x4e4c1e174e0e6... For 68,677,037 Lets Go Bran... (LETSGO)
- From Disperse.app To 0x85922cec35061... For 68,649,276 Lets Go Bran... (LETSGO)
- From Disperse.app To 0x64f368f601c63a... For 68,631,937 Lets Go Bran... (LETSGO)
- From Disperse.app To 0x7bc170940d561... For 68,609,712 Lets Go Bran... (LETSGO)

Scroll for more

Value: 0 Ether ($0.00)

Transaction Fee: 1.103758123812105748 Ether ($1,419.72)

Gas Price: 0.000000078183050182 Ether (78.183050182 Gwei)

Ether Price: $2,928.93 / ETH

Click to see More

Private Note: To access the Private Note feature, you must be Logged In

Ethereum Transac....html | Ethereum Transac....html Canceled | b58ca1cd-9994-48....pdf | 5348fc1a-f5e7-4d....pdf | Show all



Type here to search | 42°F | 6:25 AM

| | |
|---|---|
| **0x84e6...fa2a** | **+$0.11** |
| Receive • Feb 10, ... | 58,436,586 LETSGO |
| **0x84e6...fa2a** | |
| Receive • Jan 01, 2022 | 58,436,585.82... |
| **0x84e6...fa2a** | **+$20.69** |
| Receive • Jan 01, 2022 | 0.016 ETH |
| **0x84e6...fa2a** | **+$34.41** |
| Receive • Jan 01, 2022 | 0.0266 ETH |

Buy Swap Bridge Send Receive

Crypto NFTs DeFi

Ethereum $12.62

## Wallets

jsbader12.cb.id

Manage wallets

1H 1D 1W 1M 1Y All

Your balance

**$12.62**

0.00977 ETH

Buy Swap Bridge Send Receive

## History

**0x68b3...fc45** **-$42.48**
Send • Jan 01, 2022 0.0329 ETH

**0x84e6...fa2a** **+$20.69**
Receive • Jan 01, 2022 0.016 ETH

**0x84e6...fa2a** **+$34.41**
Receive • Jan 01, 2022 0.0266 ETH

## About Ethereum

Ethereum is a decentralized computing

$0.0000000019

↘ $0.0000000002 (-7.4420482666%)



1H 1D 1W 1M 1Y All

Your balance

**$0.11**

58,436,586 LETSGO

Buy Swap Bridge Send Receive

## History

**0x84e6...fa2a** **+$0.11**
Receive • Feb 10, ... 58,436,586 LETSGO

## About Lets Go Brandon

58,436,585.829 LGB

Buy Swap Bridge Send Receive

## History

**0x84e6...fa2a**
Receive • Jan 01, 2022
58,436,585.82...

## About Let's Go Brandon

Description not available

## Resources

No resources available