**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ERIC DE FORD, SANDRA BADER, and SHAWN R. KEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES KOUTOULAS and LGBCOIN, LTD,<br><br>Defendants. | Case No. 6:22-cv-652-PGB-DCI<br><br>CLASS ACTION |

**DEFENDANT JAMES L. KOUTOULAS'S REQUEST FOR AN EVIDENTIARY HEARING UNDER LOCAL RULE 3.01(i)**

Pursuant to Local Rule 3.01(i), Defendant James L. Koutoulas requests an evidentiary hearing on the amount of any monetary award against him. This Request accompanies Defendant's Motion for an Evidentiary Hearing Under Federal Rule of Civil Procedure 55(b)(2), filed August 24, 2026.

The subjects to be taken up at the hearing, which govern the time stated below, are: the legal measure applied to each count on which relief is sought; the computation of each component of that measure; the transactions and addresses included in any figure and the method used to identify the persons to whom they are assigned; the treatment of interest; offsets, income received, and amounts realized on any disposition; the allocation of any amount between

Defendant and other persons; and the controls against duplicate recovery across counts.

**Time necessary: three days.** The class is presently certified, and the time stated is measured on that basis. The subjects above are not susceptible of resolution on the papers. The expert methodology, the identification of the persons behind the blockchain addresses from which any figure is built, the allocation of any amount among Defendant and other persons, and the controls against duplicate recovery across counts each require testimony and cross-examination. If the certified class is narrowed or decertified, or if the computation and the response to it narrow the subjects above, Defendant will advise the Court that less time is required.

Dated: August 24, 2026

Respectfully submitted,

/s/ James L. Koutoulas
James L. Koutoulas, Esq., Pro se
10 N. Dearborn St., Suite 400
Chicago, IL 60602
(312) 836-1180
james@koutoulaslaw.com

## LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to Local Rule 3.01(g) and the Court's Order at Doc. 620 at 6, the undersigned conferred by telephone with counsel for Plaintiffs on August 24, 2026 regarding the evidentiary hearing addressed in this Request. Counsel for Plaintiffs stated that Plaintiffs do not oppose the holding of an evidentiary hearing on the amount of damages. The time requested here was not addressed.

Dated: August 24, 2026

Respectfully submitted,

/s/ James L. Koutoulas
James L. Koutoulas, Esq., Pro se
10 N. Dearborn St., Suite 400
Chicago, IL 60602
(312) 836-1180
james@koutoulaslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 24, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

Dated: August 24, 2026

Respectfully submitted,

/s/ James L. Koutoulas
James L. Koutoulas, Esq., Pro se
10 N. Dearborn St., Suite 400
Chicago, IL 60602
(312) 836-1180
james@koutoulaslaw.com