# EXHIBIT A

**Electronic mail from James L. Koutoulas to Angeion Group, info@lgbcoincryptoaction.com, dated January 6, 2026, subject "Class member contact info"**

Attached to Defendant's Motion for an Order Directing That Any Award on Doc. 709 Be Deposited Into the Court's Registry, and Staying Execution, Pending Disposition of Eleventh Circuit No. 26-12606.

This is the email Plaintiffs' counsel described at the show cause hearing when he stated that Angeion "received a single email from Mr. Koutoulas on January 6th providing a list of nine names." (Doc. 569 at 8.) It was sent the day before the Order to Show Cause issued. (Doc. 539, filed January 7, 2026.)

The electronic mail addresses and telephone numbers of the individuals named in the message have been redacted. Nothing else has been altered, and the names, the narrative text and the date are reproduced as sent. Defendant will provide an unredacted copy to the Court or to Plaintiffs on request or under seal.

**Thursday, August 20, 2026 at 3:15:09 AM Eastern Daylight Time**

---

**Subject:** Class member contact info
**Date:** Tuesday, January 6, 2026 at 5:48:20 AM Eastern Standard Time
**From:** James Koutoulas
**To:** info@lgbcoincryptoaction.com

I generally do not have names or contact information of purchasers as transactions were mostly anonymous, however, I do have a few. Most communications were not done via email, and you can see many purchasers by joining t.me/LETSGO and viewing the members of the group. You can also try DMing the accounts that follow @letsgo and @letsgo.memes on Instagram and @letsgo and @letsgo_memes on X, as I'd reckon a good percentage bought the coin. Here are the names, emails, and phone numbers that I know of beyond that

Al Sheeler
[redacted]
Walton Comer
[redacted]
Greg Gurevich
[redacted]
Rogan O'Handley
[redacted]
Austin Fletcher
[redacted]
@trustfundterry meme account
[redacted]
Madison Cawthorn
[redacted]
Lauren Boebert
[redacted]
Dennis Flynn
[redacted]

James L. Koutoulas, Esq.
Managing Member
Koutoulas Law, LLC
www.koutoulaslaw.com