**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| ERIC DE FORD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES KOUTOULAS, et al.,<br><br>Defendants. | Case No. 6:22-cv-652-PGB-DCI<br><br>CLASS ACTION |

**DECLARATION OF JAMES L. KOUTOULAS IN SUPPORT OF DEFENDANT'S MOTION FOR AN ORDER DIRECTING DEPOSIT INTO THE COURT'S REGISTRY AND STAYING EXECUTION**

I, James L. Koutoulas, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Defendant in this action and appear pro se. I make this declaration from personal knowledge. If called as a witness I could and would testify competently to the matters stated here.

2. Exhibit A. Exhibit A to the Motion is a true and correct copy of an electronic mail message I sent on January 6, 2026 to info@lgbcoincryptoaction.com, the address for the Notice Administrator, Angeion Group, bearing the subject line "Class member contact info." I have not altered its text. It is the message Plaintiffs' counsel described at the January 16, 2026 hearing. (Doc. 569 at 8.)

3. I sent that message before the Order to Show Cause issued. The message is dated January 6, 2026; Doc. 539 was entered January 7, 2026.

4. The names, electronic mail addresses and telephone numbers in Exhibit A are the contact details for potential Class Members that I had in my possession, custody or control at that time. I stated in the message that I generally did not have names or contact information for purchasers because the transactions were largely anonymous, and I identified the public channels through which additional purchasers could be reached.

5. If the Court enters an award on Doc. 709 and directs that it be deposited into the Court's registry, I will deposit the full amount awarded, and I will file the motion for leave and proposed order that Local Rule 7.03(a) requires.

Executed on August 24, 2026.

/s/ James L. Koutoulas
James L. Koutoulas, Esq.
Pro se
10 N. Dearborn St., Suite 400
Chicago, IL 60602
(312) 836-1180
james@koutoulaslaw.com