**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
**Status Conference**

**Case Number: 6:22-cv-652-PGB-DCI**

**Eric De Ford, et al,**

**Plaintiff,**

**v.**

**James Koutoulas, et al,**
**Defendant.**

**Plaintiff's Counsel: Sean Masson, Jimmy McBirney, Kevin McCormack**

**Defense Counsel: Harry Winderman**

| | | | |
|---|---|---|---|
| Judge: | **Paul G. Byron** | Court Reporter | Nikki Peters<br>courttranscripts@outlook.com |
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | August 25, 2026 | Time: | 2:31 PM – 2:40 PM<br>9 minutes |

Case called. Appearances taken.

The case is stayed pending resolution of the Motion for Sanctions. Once the order is entered, the case will be set for a Status Conference.

Court adjourned.