**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ERIC DE FORD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES KOUTOULAS, et al.,<br><br>Defendants. | Case No. 6:22-cv-652-PGB-DCI<br><br>CLASS ACTION |

**DECLARATION OF JAMES L. KOUTOULAS IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS (DOC. 709)**

I, James L. Koutoulas, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Defendant in this action and appear pro se. I make this declaration from personal knowledge and from my own examination of the documents identified below. If called as a witness I could and would testify competently to the matters stated here.

2. Conferral. Plaintiffs' counsel did not contact me, by telephone, in person, by email, or by any other means, concerning the relief sought in Doc. 709 at any time before it was filed on August 12, 2026, or at any time in the three days that followed. No conference of any kind occurred, and none has occurred since. On August 24, 2026, Plaintiffs' counsel and I spoke by telephone concerning other motions in this case. Doc. 709 was not raised on that call, which took place nine days after the three-day period in Local Rule 3.01(g)(3) had closed.

3. Exhibit 1. Exhibit 1 to the Response is a true and correct copy of page 19 of the Real Rate Report filed by Plaintiffs as Doc. 711-12, preceded by a cover sheet I prepared identifying it. I made no alteration to the page itself, and the CM/ECF stamp and PageID number appear on it as filed.

4. Exhibit 2. Exhibit 2 to the Response concerns Exhibit A to the Zigler Declaration (Doc. 710 at 20–28). Part C of Exhibit 2 reproduces every row of that exhibit in the order filed. I derived the rows by extracting the text of the document as filed on CM/ECF and by reading the pages as rendered at 200 dots per inch. The counts stated in Part B are the results of that examination: the exhibit contains 234 rows of time entries; no row bears a transaction date; no column identifies a timekeeper; 186 rows begin with a lowercase letter and 10 begin with a

punctuation mark; 3 rows contain no readable narrative; and 35 rows begin with a capital letter. The hours figures in the 234 rows sum to 77.8, against printed subtotals stating 83.0. Twenty-three rows name Ms. Chadwick or Mr. Masson in the narrative and account for 2.7 hours; 39 rows carry the $1,000 rate and account for 5.0 hours, of which 33 are recorded at 0.1 hours.

5. I reproduced each narrative in Exhibit 2 exactly as it is recoverable from the document as filed. Where a narrative begins mid-word in Exhibit 2, it begins mid-word in Doc. 710. The Date and Timekeeper columns of Part C are marked "[none]" because Doc. 710 at 20–28 contains neither.

6. Exhibit 3. Exhibit 3 to the Response is a table I prepared from Exhibit A to the Masson Declaration (Doc. 711-1). It reproduces every entry in that exhibit, in the order filed, with the transaction date, timekeeper, hours, rate, and narrative as they appear there, including Plaintiffs' own spelling. I did not add, omit, combine, or reword any entry. The hours in the table sum to 59.00, which is the total stated in Doc. 711-1. The objection codes in the final column, and the summary table that follows, are my own and are argument rather than testimony.

7. Exhibit 4. Exhibit 4 to the Response is a true and correct copy of an electronic mail message I sent to Angeion Group at info@lgbcoincryptoaction.com

on January 6, 2026, under the subject line "Class member contact info," preceded by a cover sheet I prepared identifying it. I redacted the electronic mail addresses and telephone numbers of the individuals named in the message. I made no other alteration; the names, the narrative text, the addressee and the date appear as sent. I will provide an unredacted copy to the Court or to Plaintiffs on request or under seal.

8. Rates. The figures I attribute to the Orlando Division at page 19 of Doc. 711-12 are read from that page as filed.

Executed on August 26, 2026.

/s/ James L. Koutoulas
James L. Koutoulas, Esq., Pro se
10 N. Dearborn St., Suite 400
Chicago, IL 60602
(312) 836-1180
james@koutoulaslaw.com