# EXHIBIT 1

**Excerpt from Plaintiffs' Own Exhibit**

2024 Real Rate Report
Doc. 711-12 at 19 (PageID 17162)

*Reported hourly rates for the Orlando, Florida legal market — the market in which this case is filed.*

# Section I: High-Level Data Cuts

## Cities

By Matter Type

**2024 - Real Rates for Associate and Partner** | **Trend Analysis - Mean**

| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2024 | 2023 | 2022 |
|---|---|---|---|---|---|---|---|---|---|
| **Omaha NE** | **Non-Litigation** | Partner | 42 | $330 | $375 | $476 | $409 | $392 | $394 |
| | | Associate | 34 | $205 | $230 | $272 | $246 | $232 | $229 |
| **Orlando FL** | **Litigation** | Partner | 29 | $395 | $480 | $551 | $482 | $491 | $445 |
| | | Associate | 25 | $235 | $363 | $389 | $333 | $337 | $326 |
| | **Non-Litigation** | Partner | 44 | $353 | $465 | $602 | $537 | $527 | $456 |
| | | Associate | 37 | $260 | $318 | $387 | $343 | $342 | $342 |
| **Philadelphia PA** | **Litigation** | Partner | 445 | $475 | $678 | $920 | $712 | $667 | $644 |
| | | Associate | 411 | $360 | $476 | $595 | $496 | $448 | $432 |
| | **Non-Litigation** | Partner | 526 | $533 | $774 | $995 | $797 | $792 | $749 |
| | | Associate | 441 | $420 | $525 | $633 | $538 | $516 | $484 |
| **Phoenix AZ** | **Litigation** | Partner | 46 | $295 | $419 | $611 | $480 | $511 | $469 |
| | | Associate | 30 | $240 | $341 | $407 | $344 | $342 | $306 |
| | **Non-Litigation** | Partner | 65 | $340 | $458 | $604 | $479 | $451 | $474 |
| | | Associate | 42 | $240 | $308 | $425 | $347 | $327 | $305 |