# EXHIBIT 2
# THE ZIGLER LAW GROUP TIME RECORDS AS FILED, AND WHY NO RESPONSE BY DAY AND BY TIMEKEEPER IS POSSIBLE
# (Doc. 710 at 20–28; Local Rule 7.01(c)(4), (d))

Defendant attempted the response Local Rule 7.01(d) requires. This exhibit records the attempt and where it fails. Part A compares what the rule requires against what Exhibit A to the Zigler Declaration supplies. Part B is a mechanical audit of the exhibit as filed. Part C reproduces every row of the exhibit, in the order filed, with the Date and Timekeeper columns left blank because the document contains neither.

## PART A. WHAT THE RULE REQUIRES, AND WHAT DOC. 710 EXHIBIT A SUPPLIES

| Rule | Local Rule 7.01(c)(4) requires | Doc. 710, Exhibit A supplies |
|---|---|---|
| (A) | the timekeeper's identity, experience, and qualification | No timekeeper column appears anywhere in the exhibit. No entry names a timekeeper. Attribution is possible only by inference from the rate figure: 39 rows at $1,000, 152 rows at $775, and 43 rows at $275. |
| (B) | the timekeeper's requested hours | Each row carries an hours figure. The rows recover 77.8 hours in total. The exhibit's own subtotals state 5.6, 4.9, and 72.5, or 83.0. Defendant cannot reconcile the 5.2-hour difference from the document as filed. |
| (C) | each task by the timekeeper during those hours | 196 of the 234 rows begin with a lowercase letter or a punctuation mark because the left edge of the narrative column is cut off the page. Three rows have no readable narrative at all. Only 35 rows begin with a capital letter. |
| (D) | the timekeeper's requested rate | Supplied. This is the only one of the five that the exhibit satisfies. |
| (E) | lead counsel's verification that counsel charges the rate requested, has reviewed each task, and has removed each charge for a task that is excessive, duplicative, clerical, or otherwise unreasonable | Mr. Zigler swears he "personally reviewed each of the billing entries." (Doc. 710 ¶ 36.) The entries carry no dates and no timekeeper names, and 196 of 234 narratives are cut off. |

## PART B. MECHANICAL AUDIT OF THE EXHIBIT AS FILED

| | |
|---|---|
| Rows of time entries | **234** |
| Rows bearing a transaction date | **0** |
| Dates appearing anywhere in the nine pages | **1 (the CM/ECF filing stamp)** |
| Columns identifying a timekeeper | **0** |
| Rows beginning with a lowercase letter | **186** |
| Rows beginning with a punctuation mark | **10** |
| Rows with no readable narrative at all | **3** |
| Rows beginning with a capital letter | **35** |

| | |
|---|---|
| Distinct rate figures appearing in the exhibit | **3 ($1,000, $775, $275)** |
| Hours recoverable by reading every row | **77.8** |
| Hours stated by the exhibit's own subtotals (5.6 + 4.9 + 72.5) | **83.0** |
| Difference Defendant cannot reconcile from the document as filed | **5.2** |
| “Total Less No Charge and Half Charge Time” stated | **48.75** |
| “Total All Timekeepers” stated | **59.25** |
| Entries naming a Scott+Scott timekeeper (Ms. Chadwick or Mr. Masson) in the narrative | **23 rows / 2.7 hrs / $1,890.00** |
| Entries at the $1,000 rate | **39 rows / 5.0 hrs** |
| Of those, entries recorded at 0.1 hours | **33** |

The consequence is not stylistic. Local Rule 7.01(d) requires a responding party to identify an unreasonable claim “by day and by timekeeper.” Exhibit A supplies neither day nor timekeeper for any of its 234 entries. Where a fee request “does not permit easy division between compensable and non-compensable hours, a district court should require the party seeking fees to refashion its request.” Loranger v. Stierheim, 10 F.3d 776, 782 (11th Cir. 1994).

## PART C. EVERY ROW OF DOC. 710 EXHIBIT A, IN THE ORDER FILED

The Date and Timekeeper columns are blank because Exhibit A contains neither. Narratives appear as they are recoverable from the document as filed; where a narrative begins mid-word, that is how it appears in Doc. 710. Subtotal rows are reproduced where the exhibit states them.

| # | Date | Timekeeper | Hours | Rate | Amount | Narrative as filed |
|---|---|---|---|---|---|---|
| 1 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | g addressing potential improper class communication by James Koutoulas on Telegram. |
| 2 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | ing alerting about potentially improper class communications by James Koutoulas on Telegram and providing evidence for review |
| 3 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | ecessity and approval of the opt-out form for De Ford v. Koutoulas et al. |
| 4 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | . Chadwick, S. Masson, J. Jasnoch, J. Shumway, et al. re: confirming approval and posting of the opt-out (Request for Exclusion) form |
| 5 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | g confirming the necessity and approval of the opt-out form for De Ford v. Koutoulas et al case. |
| 6 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | and E. Ford regarding reviewing unusual defendant behavior in class action and verifying Reddit account access related to LGBCoin. |
| 7 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | McCormack re: confirming ability to complete requested tasks related to James Koutoulas matter, with a delay due to a family event. |
| 8 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | and E. Ford Re: James Koutoulas Post December 28 2025 |
| 9 | [*none*] | [*none*] | 0.5 | $1000.00 | $500.00 | ichelli, C. Aguirre, K. McCormack, J. Jasnoch, and M. Chadwick re LGB Coin Weekly Status Call Discussion. |
| 10 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | , J. Beliveau, LGBCoin-Ext, J. Shumway, J. Shawver et al. regarding preparing Proof of Class Notice and confirming details concerning Koutoulas case. |
| 11 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | McCormack, LGBCoin-Ext, J. Shumway, J. Shawver et al. regarding confirming opt-out notice procedures and preparing Angeion's |
| 12 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | McCormack regarding providing attached images of James Koutoulas' posts from December 29 through January 3 for court report |
| 13 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | and E. Ford regarding follow-up on reviewing posts from James Koutoulas and Reddit account for upcoming court report |
| 14 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | , S. Masson, M. Chadwick, and LGBCoin-Ext re preparing and circulating draft update to Court on class notice for filing before |
| 15 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | LGBCoin-Ext re: drafting language to clarify defendants' compliance with December 22 order regarding information provided to |
| 16 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | tation of Class Notice Plan in Eric De Ford v. James Koutoulas case. |

| # | Date | Timekeeper | Hours | Rate | Amount | Narrative as filed |
|---|---|---|---|---|---|---|
| 17 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | . Chadwick, S. Masson, J. Jasnoch, J. Shawver et al. regarding forwarding client communication concerning retrieval of potential class |
| 18 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | ss member contact information in Koutoulas Ford Class Cert case. |
| 19 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | eliveau, M. Chadwick, J. Jasnoch, J. Shawver et al. regarding inquiry concerning whether the communication from Mr. Koutoulas is |
| 20 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | Masson, M. Chadwick, J. Jasnoch, J. Shawver et al. RE: Koutoulas Ford Class Cert - Mr. Koutoulas Communication |
| 21 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | otification@flmd.uscourts.gov and cmecf_flmd_notices@flmd.uscourts.gov re: court order requiring defendant to file class notice g for civil contempt. |
| 22 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | otification@flmd.uscourts.gov and cmecf_flmd_notices@flmd.uscourts.gov re: notice of show cause hearing scheduled for January |
| 23 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | d Docket re: court order requiring defendant to file class notice materials and appear at show cause hearing for potential civil |
| 24 | [*none*] | [*none*] | 0.3 | $1000.00 | $300.00 | oncerning class notice requirements in De Ford v. Koutoulas et al. case. |
| 25 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | McCormack regarding providing requested posts and images from James Koutoulas and Reddit account for court report. |
| 26 | [*none*] | [*none*] | 0.2 | $1000.00 | $200.00 | ogle Maps. |
| 27 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | rict of Florida and its judges. |
| 28 | [*none*] | [*none*] | 0.2 | $1000.00 | $200.00 | on amenities, pricing, and availability for upcoming dates. |
| 29 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | ciding attendance for upcoming hearing in De Ford v. Koutoulas et al. |
| 30 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | ge Daniel Irick of the United States District Court for the Middle District of Florida. |
| 31 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | rt and denying in part the motion for approval of class notice plan in De Ford v. Koutoulas (LGBCoin) case. |
| 32 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | rding responding to Law360 press inquiry re: Judge Byron's order in De Ford v. Koutoulas et al. |
| 33 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | LGBCoin-Ext regarding proposing to request the court to hold the civil contempt hearing publicly via Zoom and require posting the  and counteract defendants' narrative con |
| 34 | [*none*] | [*none*] | 0.2 | $1000.00 | $200.00 | in-Ext regarding discussing strategy for civil contempt hearing concerning public streaming and corrective notice against JK. |
| 35 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | S. Masson and LGBCoin-Ext re making the civil contempt hearing publicly accessible via Zoom to ensure transparency and counteract |
| 36 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | bligation to file a copy of class notice in De Ford v. Koutoulas case. |

| # | Date | Timekeeper | Hours | Rate | Amount | Narrative as filed |
|---|---|---|---|---|---|---|
| 37 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | ews article |
| 38 | [*none*] | [*none*] | 0.3 | $1000.00 | $300.00 | ack, and LGBCoin-Ext regarding simplifying the corrective notice for LGBCoin's proposed order on contempt. |
| 39 | [*none*] | [*none*] | 0.1 | $1000.00 | $100.00 | d Docket regarding notification of filing of Notice and Proposed Order related to Show Cause Hearing in De Ford v. Koutoulas et al. |
| | | **Total (stated)** | **5.6** | | | *As stated in Doc. 710, Exhibit A. No timekeeper is named.* |
| 40 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | ulas, A. Zigler and LGBCoin-Ext re: preparing class notice distribution and addressing website control clarification under the |
| 41 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | ing LGBCoin securities violations. |
| 42 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | r and LGBCoin-Ext concerning monitoring and assessing potentially improper class communications by James Koutoulas on Telegram. |
| 43 | [*none*] | [*none*] | 0.2 | $275.00 | $55.00 | the LGBCoin class action case, including upcoming deadlines and trial preparation tasks. |
| 44 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | r critical deadlines related to class notice dissemination and opt-out period. |
| 45 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | r and LGBCoin-Ext concerning follow-up on approval and posting of the opt-out (Request for Exclusion) form for De Ford v. Koutoulas |
| 46 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | rmack, J. Beliveau, LGBCoin-Ext, J. Shumway, J. Shawver, et al. concerning preparing Proof of Class Notice and confirming details e Ford v. Koutoulas et al. |
| 47 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | au, K. McCormack, LGBCoin-Ext, J. Shumway, J. Shawver, et al. concerning confirming opt-out notice procedures and preparing a l. class action case. |
| 48 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | rmack, J. Beliveau, LGBCoin-Ext, J. Shumway, J. Shawver, et al. re requesting the Declaration to include in the court update for De |
| 49 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | au, K. McCormack, LGBCoin-Ext, J. Shumway, J. Shawver et al. re: delivery of executed declaration for De Ford v. Koutoulas et al and |
| 50 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | n, K. McCormack, J. Beliveau, LGBCoin-Ext, J. Shumway, et al. providing draft declaration and exhibit for review and signature in De |
| 51 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | rmack, J. Beliveau, LGBCoin-Ext, J. Shumway, J. Shawver, et al. re: finalizing and approving declaration for submission to Court in De |
| 52 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | on, K. McCormack, A. Zigler, M. Chadwick, and LGBCoin-Ext re finalizing and reviewing edits to De Ford v. Koutoulas et al declaration erence logistics. |
| 53 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | rmack, S. Masson, A. Zigler, M. Chadwick and LGBCoin-Ext re preparing and circulating draft update to Court on class notice for filing |
| 54 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | flmd_notification@flmd.uscourts.gov and cmecf_flmd_notices@flmd.uscourts.gov re court order requiring defendant Koutoulas to w cause hearing for potential civil contempt. |

| # | Date | Timekeeper | Hours | Rate | Amount | Narrative as filed |
|---|---|---|---|---|---|---|
| 55 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | ird and Docket re Show Cause hearing notification in De Ford v. Koutoulas et al. |
| 56 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | vision of the United States District Court for the Middle District of Florida, including courthouse location, accessibility, and facilities. |
| 57 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | flmd_notification@flmd.uscourts.gov and cmecf_flmd_notices@flmd.uscourts.gov re notification of show cause hearing scheduled s et al. |
| 58 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | s Notice(s) in De Ford v. Koutoulas case. |
| 59 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | r requiring defendant to file class notice materials and appear at show cause hearing for potential civil contempt. |
| 60 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | ing in De Ford v. Koutoulas (LGBCoin) case. |
| 61 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | on and LGBCoin-Ext re proposing to request the court hold the civil contempt hearing publicly via Zoom and require JK to share the ounteract narrative control |
| 62 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | r, S. Masson, and LGBCoin-Ext concerning strategy to stream the civil contempt hearing publicly to pressure J. K. into issuing a |
| 63 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | wick, S. Masson, and LGBCoin-Ext re making the civil contempt hearing publicly accessible via Zoom to ensure transparency and |
| 64 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | rmack and LGBCoin-Ext re: discussing the show cause order and client communication regarding objections and potential conflicts in |
| 65 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | on and LGBCoin-Ext re: drafting proposed court order to submit at or immediately after hearing, with specific attention to "IT IS |
| 66 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | on, A. Zigler and LGBCoin-Ext re: revising and finalizing draft court order related to LGBCoin litigation, including adjustments to tone |
| 67 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | ulas, J. Jasnoch, K. McCormack, A. Zigler, LGBCoin-Ext et al. re: filing and conferral of two judicial notice motions and deferring Rule presentations. |
| 68 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | r, S. Masson and LGBCoin-Ext re clarification regarding deadline for Discord submission related to motion to seal. |
| 69 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | , A. Zigler and LGBCoin-Ext re discussing accuracy of motion to seal and inquiring about deadline for Discord submission. |
| 70 | [*none*] | [*none*] | 0.2 | $275.00 | $55.00 | sages to PDF format. |
| 71 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | mack and LGBCoin-Ext re review and analysis of LGBCoin Telegram chats with recommendations for filing a supplemental notice or uct. |
| 72 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | ulas, J. Jasnoch, K. McCormack, A. Zigler, LGBCoin-Ext et al. re: preparing and sharing two judicial notice motions and deferring a Rule srepresentations. |

| # | Date | Timekeeper | Hours | Rate | Amount | Narrative as filed |
|---|---|---|---|---|---|---|
| 73 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | ulas, J. Jasnoch, K. McCormack, A. Zigler, LGBCoin-Ext et al. re: preparing and sharing two judicial notice motions for conferral and rmack, S. Masson and LGBCoin-Ext re: discussing inclusion of post-certification Telegram chats as exhibits in supplemental class |
| 74 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | on and LGBCoin-Ext re: preparing and filing a supplemental notice with attached exhibits including declarations and chat excerpts. |
| 75 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | r, S. Masson, and LGBCoin-Ext concerning attendance confirmation and concerns regarding the adequacy of the proposed civil |
| 76 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | on and LGBCoin-Ext re drafting and filing proposed order for civil contempt following hearing |
| 77 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | rmack, S. Masson and LGBCoin-Ext re reviewing and proposing revisions to civil contempt order, including requests for production of onitoring of communications under 11th Circu |
| 78 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | rmack, S. Masson, A. Zigler and LGBCoin-Ext re: revising and finalizing the supplemental notice and related exhibits for the class |
| 79 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | for addressing compliance and sanctions issues in LGBCoin case. |
| 80 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | ichelli, K. McCormack, A. Zigler and B. Zigler re: providing courtroom technology instructions for the Orlando court session. |
| 81 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | flmd_notification@flmd.uscourts.gov and cmecf_flmd_notices@flmd.uscourts.gov re notification of show cause hearing held in De |
| 82 | [*none*] | [*none*] | 0.1 | $275.00 | $27.50 | n De Ford v. Koutoulas et al. case. |
| | | **Total (stated)** | **4.9** | | | *As stated in Doc. 710, Exhibit A. No timekeeper is named.* |
| 83 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | GBCoin-Ext re: monitoring and assessing potentially improper class communications by James Koutoulas on Telegram. |
| 84 | [*none*] | [*none*] | 0.3 | $775.00 | $232.50 | part class notice in De Ford v. Koutoulas (LGBCoin) case to begin report to court |
| 85 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | -Ext re: addressing concerns regarding James Koutoulas's public statements potentially affecting class action participation. |
| 86 | [*none*] | [*none*] | 1.0 | $775.00 | $775.00 | elated to Kleiner v. First Nat. Bank of Atlanta, Jackson v. Motel 6 Multipurposes, Inc., and Gulf Oil Co. v. Bernard using Westlaw |
| 87 | [*none*] | [*none*] | 0.3 | $775.00 | $232.50 | to Florida Bar regulations and court-approved notices. |
| 88 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | rifying approach and cost implications for providing the opt-out option in De Ford v. Koutoulas et al. |
| 89 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | on cryptocurrency schemes and related lawsuits. |
| 90 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | t. |
| 91 | [*none*] | [*none*] | 0.2 | $775.00 | $155.00 | e LGBCoin - Unusual Defendant Behavior in Class Action and Reddit Account Access for LGBCoin Subreddit. |

| # | Date | Timekeeper | Hours | Rate | Amount | Narrative as filed |
|---|---|---|---|---|---|---|
| 92 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | to LGB Coin crypto action. |
| 93 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | e: James Koutoulas Post December 28 2025. |
| 94 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | e: confirmation of ability to complete requested tasks related to James Koutoulas post and access to relevant Reddit accounts. |
| 95 | [*none*] | [*none*] | 0.3 | $775.00 | $232.50 | oup.com, LGBCoin-Ext, JShumway@angeiongroup.com, jshawver@angeiongroup.com, CClapp@angeiongroup.com et al. re: clarifying eparing Proof of Class Notice in De Ford v. Koutou |
| 96 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | Review of Discord Posts for Court Report Preparation. |
| 97 | [*none*] | [*none*] | 1.8 | $775.00 | $1,395.00 | ss Notice efforts |
| 98 | [*none*] | [*none*] | 2.1 | $775.00 | $1,627.50 | tice of class notice efforts and legal research on contours civil and criminal contempt penalties. |
| 99 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | ncerning notification of upcoming deadline for plaintiffs to file completion notice in De Ford v. Koutoulas case. |
| 100 | [*none*] | [*none*] | 0.7 | $775.00 | $542.50 | s involving communications with Class Members using Westlaw Precision. |
| 101 | [*none*] | [*none*] | 0.2 | $775.00 | $155.00 | nctions in civil contempt proceedings. |
| 102 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | Zigler re attached images of J. Koutoulas posts from December 29 through January 3 for court report preparation. |
| 103 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | eliveau, LGBCoin-Ext, J. Shumway, J. Shawver, et al. re: draft declaration and exhibit for review and signature in De Ford v. Koutoulas. |
| 104 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | dit regarding the status and issues related to the LGB coin cryptocurrency. |
| 105 | [*none*] | [*none*] | 0.9 | $775.00 | $697.50 | and communications with absent members |
| 106 | [*none*] | [*none*] | 0.2 | $775.00 | $155.00 | s Koutoulas' posts for court report preparation. |
| 107 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | d LGBCoin-Ext on Koutoulas posts |
| 108 | [*none*] | [*none*] | 0.4 | $775.00 | $310.00 | garding post-December 28, 2025, Telegram communications from James Koutoulas. |
| 109 | [*none*] | [*none*] | 0.4 | $775.00 | $310.00 | part in the case De Ford v. Koutoulas (LGBCoin) for drafting report to court |
| 110 | [*none*] | [*none*] | 2.1 | $775.00 | $1,627.50 | ompliance with Class Notice Plan in Eric De Ford v. James Koutoulas case. |
| 111 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | BCoin-Ext, J. Shumway, J. Shawver, C. Clapp, et al. re delivery of executed declaration in De Ford v. Koutoulas et al and offer to |
| 112 | [*none*] | [*none*] | 0.4 | $775.00 | $310.00 | implementation in LGBCoin class action. |
| 113 | [*none*] | [*none*] | 0.2 | $775.00 | $155.00 | a case details and legal implications of class communications on Westlaw. |
| 114 | [*none*] | [*none*] | 0.2 | $775.00 | $155.00 | Regulating The Florida Bar. |

| # | Date | Timekeeper | Hours | Rate | Amount | Narrative as filed |
|---|---|---|---|---|---|---|
| 115 | [*none*] | [*none*] | 0.5 | $775.00 | $387.50 | Class Notice implementation in De Ford v. Koutoulas case. |
| 116 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | xt, J. Shumway, J. Shawver, C. Clapp, et al. re: confirming no modifications needed for De Ford v. Koutoulas et al Declaration before |
| 117 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | . Chadwick, and LGBCoin-Ext re: reviewing and finalizing draft update to the Court on class notice for filing before deadline. |
| 118 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | tation of Class Notice Plan in the case Eric De Ford v. James Koutoulas. |
| 119 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | LGBCoin-Ext re: drafting language to clarify defendants' actions with December 22 order regarding information provided to Angeion. |
| 120 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | . Chadwick, S. Masson, and LGBCoin-Ext on notice URL |
| 121 | [*none*] | [*none*] | 0.5 | $775.00 | $387.50 | iance issues with Class Notice Plan in the case De Ford v. Koutoulas. |
| 122 | [*none*] | [*none*] | 0.4 | $775.00 | $310.00 | ot compiled) related to JK Telegram posts regarding LGBCoin project. |
| 123 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | reviewing and revising declaration language regarding contact with Angeion and inclusion of exhibits for filing in De Ford v. Koutoulas |
| 124 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | rding follow-up voicemail from Eric De Ford concerning previously sent email with screenshots |
| 125 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | ing the filing of the De Ford v. Koutoulas et al Declaration. |
| 126 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | inalizing and confirming filing of De Ford v. Koutoulas et al declaration with incorporated edits and exhibits. |
| 127 | [*none*] | [*none*] | 0.5 | $775.00 | $387.50 | and file Notice on Class Notification. |
| 128 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | ication in the case De Ford v. Koutoulas (LGBCoin), 22-cv-00652 (M.D. Fla.). |
| 129 | [*none*] | [*none*] | 0.8 | $775.00 | $620.00 | ns for interfering in class notice, and other courts' handling of such challenges. |
| 130 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | e Ford v. Koutoulas (LGBCoin), 22-cv-00652 (M.D. Fla.). |
| 131 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | otification@flmd.uscourts.gov and cmecf_flmd_notices@flmd.uscourts.gov re: court order requiring Defendant Koutoulas to file : notification of a Show Cause hearing scheduled for De Ford v. Koutoulas et al on January 16, 2026. |
| 132 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | S. Formichelli re preparing for a contempt hearing by capturing Koutoulas's messages on Telegram and Discord. |
| 133 | [*none*] | [*none*] | 0.6 | $775.00 | $465.00 | ndants' continued involvement and ability to post content. |
| 134 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | rning $LETSGO cryptocurrency. |
| 135 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | Zigler re collection of social media posts and statements from J. Koutoulas for court report. |
| 136 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | ion to file copy of Class Notices in the case De Ford v. Koutoulas (LGBCoin), 22-cv-00652 (M.D. Fla.). |

| # | Date | Timekeeper | Hours | Rate | Amount | Narrative as filed |
|---|---|---|---|---|---|---|
| 137 | [*none*] | [*none*] | 0.5 | $775.00 | $387.50 | by Courts in similar cases and their implications for compliance with court orders. |
| 138 | [*none*] | [*none*] | 0.3 | $775.00 | $232.50 | ated to the Lets Go Brandon $LETSGO case. |
| 139 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | ion to file copy of Class Notices in the case De Ford v. Koutoulas (LGBCoin), 22-cv-00652 (M.D. Fla.). |
| 140 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | LGBCoin-Ext re proposal to request the court hold the civil contempt hearing publicly via Zoom and require JK to share the link on act narrative control |
| 141 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | gram messages concerning LGBCoin notice proofs. |
| 142 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | gram messages re: AMZ. |
| 143 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | S. Masson, and LGBCoin-Ext re Civil Contempt Hearing - Public Access via Zoom to Ensure Transparency and Counter Defendant's |
| 144 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | asson and LGBCoin-Ext re: evaluating strategy and implications of streaming civil contempt hearing publicly to influence judge and |
| 145 | [*none*] | [*none*] | 0.8 | $775.00 | $620.00 | g corrective notice categories, Telegram chats, and potential violations of ethics rules. |
| 146 | [*none*] | [*none*] | 0.2 | $775.00 | $155.00 | ase De Ford v. Koutoulas (LGBCoin), 22-cv-00652 (M.D. Fla.). |
| 147 | [*none*] | [*none*] | 0.4 | $775.00 | $310.00 | orrective notice |
| 148 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | Zigler re: updated posts and attachments related to James Koutoulas for court reporting purposes |
| 149 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | Zigler re: providing compiled and legible version of posts and chat streams related to James Koutoulas for court reporting purposes. |
| 150 | [*none*] | [*none*] | 1.0 | $775.00 | $775.00 | ading Telegram channel history. |
| 151 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | discussions re: $LETSGO cryptocurrency. |
| 152 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | sing JK's response to a potential class member's inquiry re show cause order and lawsuit. |
| 153 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | Zigler re: updated posts and chat streams related to James Koutoulas for court reporting purposes. |
| 154 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | LGBCoin-Ext re drafting proposed court order to submit at or immediately after hearing, with focus on corrective notice |
| 155 | [*none*] | [*none*] | 0.3 | $775.00 | $232.50 | nd LGBCoin-Ext re: drafting a strong statement for appeal by identifying ethical violations and inappropriate statements by JK. |
| 156 | [*none*] | [*none*] | 0.3 | $775.00 | $232.50 | tice regarding legal representation and ethical breaches in court proceedings. |
| 157 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | nd LGBCoin-Ext re: LGBCoin - New Telegram Statement from Koutoulas. |
| 158 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | Zigler re: updates and attachments related to social media posts and responses involving James Koutoulas for court reporting |

| # | Date | Timekeeper | Hours | Rate | Amount | Narrative as filed |
|---|---|---|---|---|---|---|
| 159 | [*none*] | [*none*] | 0.2 | $775.00 | $155.00 | nd LGBCoin-Ext re: drafting a corrective notice addressing JK's ethical violations and misstatements in LGBCoin case. |
| 160 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | Zigler and LGBCoin-Ext re: revising and finalizing draft court order re LGBCoin litigation, including adjustments to tone and content for |
| 161 | [*none*] | [*none*] | 0.3 | $775.00 | $232.50 | address civil sanctions against James Koutoulas in the LGBCoin litigation. |
| 162 | [*none*] | [*none*] | 0.2 | $775.00 | $155.00 | plications in legal proceedings. |
| 163 | [*none*] | [*none*] | 0.5 | $775.00 | $387.50 | address civil sanctions against James Koutoulas in the LGBCoin litigation. |
| 164 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | unications for case documentation. |
| 165 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | asson, and LGBCoin-Ext re: clarification on the deadline for the Discord submission related to the motion to seal. |
| 166 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | ion to file a copy of Class Notices in the case De Ford v. Koutoulas (LGBCoin), 22-cv-00652 (M.D. Fla.). |
| 167 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | tion printout related to LGBCoin. |
| 168 | [*none*] | [*none*] | 2.1 | $775.00 | $1,627.50 | ollowing class certification to address civil sanctions against James Koutoulas in the LGBCoin litigation. |
| 169 | [*none*] | [*none*] | 2.3 | $775.00 | $1,782.50 | address civil sanctions against James Koutoulas in the LGBCoin litigation. |
| 170 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | nd LGBCoin-Ext re: drafting a corrective statement addressing JK's ethical violations and court order breaches in the LGBCoin case. |
| 171 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | munications for LGBCoin case. |
| 172 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | oin - Koutoulas Telegram Chats. |
| 173 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | LGBCoin-Ext re opposition to motion to seal class notice filing and related exhibits. |
| 174 | [*none*] | [*none*] | 0.3 | $775.00 | $232.50 | les from New York and Florida Bar Associations. |
| 175 | [*none*] | [*none*] | 0.2 | $775.00 | $155.00 | egram Chats and Preparation of Supplemental Notice for Court re James' Conduct. |
| 176 | [*none*] | [*none*] | 1.7 | $775.00 | $1,317.50 | address civil sanctions against James Koutoulas in the LGBCoin litigation. |
| 177 | [*none*] | [*none*] | 0.2 | $775.00 | $155.00 | in - Review of Telegram Chats and Proposed Legal Actions against James for Soliciting Class Members. |
| 178 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | nd LGBCoin-Ext re: drafting a corrective statement addressing JK's ethical violations and court order breaches for LGBCoin case. |
| 179 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | oin - Review of Telegram Chats and Potential Legal Actions against James for Soliciting Class Members. |
| 180 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | tters in the Lets Go Brandon $LETSGO Chat, including a summary judgment order and personal updates from James Koutoulas. |

| # | Date | Timekeeper | Hours | Rate | Amount | Narrative as filed |
|---|---|---|---|---|---|---|
| 181 | [*none*] | [*none*] | 0.2 | $775.00 | $155.00 | 534] in the case De Ford v. Koutoulas (LGBCoin), 22-cv-00652 (M.D. Fla.). |
| 182 | [*none*] | [*none*] | 0.7 | $775.00 | $542.50 | table class notice content, deviations therefrom, and corrective notice. |
| 183 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | LETSGO Chat. |
| 184 | [*none*] | [*none*] | 0.2 | $775.00 | $155.00 | ulas's response to the show cause order and compliance issues with the court order. |
| 185 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | with Koutoulas's notice, including trial postponement, judge's order, and compliance disputes. |
| 186 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | bcoincryptoaction.com using the Wayback Machine. |
| 187 | [*none*] | [*none*] | 0.2 | $775.00 | $155.00 | communities. |
| 188 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | n status of Class Notice Plan in De Ford v. Koutoulas case. |
| 189 | [*none*] | [*none*] | 0.7 | $775.00 | $542.50 | g completion status of Class Notice Plan in De Ford v. Koutoulas case. |
| 190 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | Masson, A. Zigler, M. Chadwick, J. Jasnoch et al. re: providing the signed declaration related to the LGBCoin class notice. |
| 191 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | LGBCoin-Ext re: preparing and filing supplemental notice with attached exhibits including declarations and chat excerpts. |
| 192 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | eliveau, A. Zigler, M. Chadwick, J. Jasnoch et al. re: coordinating review and signing of a time-sensitive declaration for court ass certification. |
| 193 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | Masson, A. Zigler, M. Chadwick, J. Jasnoch et al. re: providing a signed declaration for inclusion in a time-sensitive court submission tion. |
| 194 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | Masson, A. Zigler, M. Chadwick, J. Jasnoch et al. re: Koutoulas communication on class notice |
| 195 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | asson and LGBCoin-Ext regarding effectiveness of opt-out notice and opposing attempts to undermine class litigation. |
| 196 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | LGBCoin-Ext re: draft proposed order for civil contempt. |
| 197 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | asson and LGBCoin-Ext re: attending hearing and expressing that the proposed order for civil contempt does not go far enough. |
| 198 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | LGBCoin-Ext re draft proposed order for civil contempt and planning relief presentation at hearing. |
| 199 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | ronic filing in the U.S. District Court - Middle District of Florida. |
| 200 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | nd LGBCoin-Ext re: drafting a corrective statement addressing JK's ethical violations and court order breaches for LGBCoin case. |
| 201 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | tegories and Telegram chats related to LGBCoin litigation against James Koutoulas. |
| 202 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | nd LGBCoin-Ext re LGBCoin - Review and Edit of Supplemental Notice and Telegram Chat Excerpts for Class Notice. |

| # | Date | Timekeeper | Hours | Rate | Amount | Narrative as filed |
|---|---|---|---|---|---|---|
| 203 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | nd LGBCoin-Ext re: drafting a corrective statement addressing JK's ethical violations and court order breaches for LGBCoin case. |
| 204 | [*none*] | [*none*] | 0.2 | $775.00 | $155.00 | in-Ext re: discussing redlines and additional corrective statements for civil contempt order, including communication requirements |
| 205 | [*none*] | [*none*] | 0.6 | $775.00 | $465.00 | urt regarding compliance with Class Notice Plan in Eric De Ford v. James Koutoulas case. |
| 206 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | las's Telegram messages (related to LGBCoin). |
| 207 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | ndon cryptocurrency and community social media messages. |
| 208 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | cal rules related to the U.S. District Court - Middle District of Florida. |
| 209 | [*none*] | [*none*] | 0.2 | $775.00 | $155.00 | [*no readable narrative*] |
| 210 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | otification@flmd.uscourts.gov and cmecf_flmd_notices@flmd.uscourts.gov re: response in De Ford v. Koutoulas et al. |
| 211 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | . |
| 212 | [*none*] | [*none*] | 12.0 | $775.00 | $9,300.00 | ner meeting with team, additional preparation for same |
| 213 | [*none*] | [*none*] | 7.5 | $775.00 | $5,812.50 | t hearing and return travel afterward. |
| 214 | [*none*] | [*none*] | 1.1 | $775.00 | $852.50 | ics reporting requirements in connection with Contempt hearing |
| 215 | [*none*] | [*none*] | 0.9 | $775.00 | $697.50 | garding Defendant Koutoulas' non-compliance with court orders in the Eric De Ford v. James Koutoulas class action case. |
| 216 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | n $LETSGO Telegram chat printout. |
| 217 | [*none*] | [*none*] | 0.2 | $775.00 | $155.00 | nd Telegram for links to include in Proposed Order |
| 218 | [*none*] | [*none*] | 1.6 | $775.00 | $1,240.00 | osed Order on Contempt - Contempt cases in 11th Circuit, cases on pro se sanctions for failure to comply with court order to counter |
| 219 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | nt. |
| 220 | [*none*] | [*none*] | 2.1 | $775.00 | $1,627.50 | [*no readable narrative*] |
| 221 | [*none*] | [*none*] | 1.6 | $775.00 | $1,240.00 | il Contempt |
| 222 | [*none*] | [*none*] | 0.3 | $775.00 | $232.50 | inary processes and reporting mechanisms. |
| 223 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | compliance. |
| 224 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | services for the 3rd appellate division NY |
| 225 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | York's Rules of Professional Conduct. |
| 226 | [*none*] | [*none*] | 0.4 | $775.00 | $310.00 | m the New York State Bar Association. |

| # | Date | Timekeeper | Hours | Rate | Amount | Narrative as filed |
|---|---|---|---|---|---|---|
| 227 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | ey discipline for disparaging a judge. |
| 228 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | [*no readable narrative*] |
| 229 | [*none*] | [*none*] | 1.0 | $775.00 | $775.00 | Contempt regarding Defendants' non-compliance with Court's Class Notice directives in Eric De Ford v. James Koutoulas case. |
| 230 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | nd LGBCoin-Ext re: drafting a corrective statement addressing JK's ethical violations and court order breaches for LGBCoin case. |
| 231 | [*none*] | [*none*] | 0.2 | $775.00 | $155.00 | bligation to file copy of Class Notice in the case De Ford v. Koutoulas (LGBCoin), 22-cv-00652 (M.D. Fla.). |
| 232 | [*none*] | [*none*] | 0.1 | $775.00 | $77.50 | tation of Class Notice Plan in the case Eric De Ford et al. v. James Koutoulas et al. class action. |
| 233 | [*none*] | [*none*] | 0.3 | $775.00 | $232.50 | nd LGBCoin-Ext re: reviewing and simplifying language in the proposed order on contempt for LGBCoin. |
| 234 | [*none*] | [*none*] | 0.4 | $775.00 | $310.00 | ivil Contempt against Defendants for non-compliance with Court's Notice Plan in Eric De Ford v. James Koutoulas case. |
| | | **Total (stated)** | **72.5** | | | *As stated in Doc. 710, Exhibit A. No timekeeper is named.* |
| | | **RECOVERED FROM THE 234 ROWS** | **77.8** | | **$59,170.00** | **Against subtotals stating 83.0 hours. The 5.2-hour difference cannot be reconciled from the document as filed.** |