# EXHIBIT 3
# OBJECTIONS TO THE SCOTT+SCOTT TIME RECORDS, BY DAY AND BY TIMEKEEPER
# (Doc. 711-1; Local Rule 7.01(d))

Every entry in Doc. 711-1 is reproduced below in the order filed, with the narrative exactly as it appears in that exhibit, including Plaintiffs' spelling. Objection codes are defined in the legend that follows the table. An entry marked "R" draws a rate objection only; Defendant's objection to the rates applies to every entry and is stated in Part V of the Response.

| Date | Timekeeper | Hours | Rate | Amount | Narrative as filed | Objection |
|---|---|---|---|---|---|---|
| 12/28/2025 | Chadwick | 1.00 | $625.00 | $625.00 | review telegram chats from JK | **1, 10, 11** |
| 12/28/2025 | Chadwick | 0.50 | $625.00 | $312.50 | review email from JK re opt-out and webiste, and internal conversations related to | **6, 9, 10, 11** |
| 12/29/2025 | Chadwick | 1.00 | $625.00 | $625.00 | review email from JK re opt-out and webiste, and internal conversations related to | **6, 9, 10, 11** |
| 1/3/2026 | Masson | 5.60 | $975.00 | $5,460.00 | Notice on Class Notice. | **1, 2** |
| 1/4/2026 | Masson | 6.10 | $975.00 | $5,947.50 | Notice on Class Notice. | **1, 2, 7** |
| 1/4/2026 | Masson | 1.70 | $975.00 | $1,657.50 | Deposition designations for trial. | X |
| 1/6/2026 | Chadwick | 0.50 | $625.00 | $312.50 | review email from Angeon rep re JK's email to them re emails and contacts for class | **10, 11** |
| 1/7/2026 | Chadwick | 1.00 | $625.00 | $625.00 | review court order on Notice to show cause and hearing set | R |
| 1/8/2026 | Chadwick | 0.60 | $625.00 | $375.00 | review internal emails re Show Cause hearing - give my two cents re zoom | **6** |
| 1/9/2026 | Chadwick | 1.00 | $625.00 | $625.00 | review proposed order for civil contempt - multiple versions | **3, 6** |
| 1/12/2026 | Masson | 1.80 | $975.00 | $1,755.00 | Drafted proposed order for civil contempt. | **3** |
| 1/12/2026 | Masson | 1.80 | $975.00 | $1,755.00 | Research case law re: civil contempt and violations of Rule 4-4.2 of the Florida Rules of Professional Conduct. | **4** |
| 1/12/2026 | Masson | 1.20 | $975.00 | $1,170.00 | Drafted supplemental notice to the court regarding notice to the class. | **12** |
| 1/13/2026 | Masson | 6.60 | $975.00 | $6,435.00 | Prepare for Civil Contempt hearing | **2, 5** |
| 1/14/2026 | Masson | 7.70 | $975.00 | $7,507.50 | Prepare for Civil Contempt hearing | **2, 5, 7** |
| 1/15/2026 | Masson | 3.90 | $975.00 | $3,802.50 | Travel to FL for Civil Contempt hearing | X |
| 1/15/2026 | Masson | 6.20 | $975.00 | $6,045.00 | Prepare for Civil Contempt hearing | **2, 5, 7** |
| 1/16/2026 | Masson | 2.20 | $975.00 | $2,145.00 | Civil Contempt hearing | R |
| 1/16/2026 | Masson | 4.00 | $975.00 | $3,900.00 | Travel from FL for Civil Contempt hearing | X |
| 1/16/2026 | Chadwick | 0.60 | $625.00 | $375.00 | comms with team re Show Cause Hearing debrief | **6** |
| 1/20/2026 | Chadwick | 1.00 | $625.00 | $625.00 | review Proposed Order on Contempt due today | **3** |

| Date | Timekeeper | Hours | Rate | Amount | Narrative as filed | Objection |
|---|---|---|---|---|---|---|
| 1/26/2026 | Chadwick | 1.00 | $625.00 | $625.00 | review Telegram emssages to/from JK and class members | **8** |
| 1/27/2026 | Chadwick | 0.50 | $625.00 | $312.50 | comms with para re ordering transcript from Show cause hearing | **X, 8** |
| 1/27/2026 | Chadwick | 1.50 | $625.00 | $937.50 | review transcript from Show Cause hearing | **8** |
| **TOTAL RECORDED** | | **59.00** | | | Doc. 711-1, footer total. | |

## LEGEND OF OBJECTION CODES

| | |
|---|---|
| **1** | Plaintiffs' own obligation under Doc. 534 ¶ 4, which ordered Plaintiffs to provide notice to the class and to file a completion notice on or before January 4, 2026. Work Plaintiffs would have performed regardless is not a fee incurred because of the conduct found. Goodyear, 581 U.S. at 113. |
| **2** | Narrative does not identify the task performed. Local Rule 7.01(c)(4)(C) requires "each task by the timekeeper during those hours." Entries must be "set out with sufficient particularity so that the district court can assess the time claimed for each activity." Barnes, 168 F.3d at 427. |
| **3** | Work on Plaintiffs' own proposed order and on competing proposed orders the Court invited from both sides, rather than work responding to a violation. |
| **4** | Florida Rule of Professional Conduct 4-4.2 is charged nowhere in the Order to Show Cause (Doc. 539) and appears nowhere in the findings (Doc. 658 at 7). Outside the authorization at Doc. 658 at 9. |
| **5** | Three identical narratives, no task detail, 20.5 hours of preparation for a hearing that the same timekeeper billed at 2.2 hours. |
| **6** | Intra-firm communication, message review, and administration; not identified as work responding to a violation. |
| **7** | Duplicative: a second timekeeper, or a second firm, recorded the same task on the same day. |
| **8** | Outside the record period sworn to at Doc. 711 ¶ 12 (December 28, 2025 through January 20, 2026). |
| **9** | Narrative is incomplete as filed: the entry ends mid-phrase, "and internal conversations related to," with no object. The identical text is billed by the same timekeeper on two consecutive days, so the work recorded on the second day cannot be distinguished from the first. |
| **10** | Scott+Scott's own firm task code for this entry is "Class Action Certification and Notice (L260)," not "Enforcement (L470)." Scott+Scott applied the Enforcement code to the 11.7 hours it spent drafting the January 4 notice (Doc. 538), so its system distinguishes the two. Doc. 658 at 9 authorizes fees "accrued in responding to Defendants' violations." |
| **11** | Recorded before the Order to Show Cause issued on January 7, 2026, and describing review of Defendant's own communications rather than work responding to a violation. |
| **12** | Plaintiffs billed for a supplemental notice they never filed. No such filing by Plaintiffs appears on the docket between the January 4 notice (Doc. 538) and the January 20 proposed order (Doc. 562). |
| **X** | Already excluded by Plaintiffs (Doc. 711 ¶ 13). Shown for completeness; not part of the 48.9 hours sought. |
| **R** | Rates only. Defendant's objection to this entry is to the rate alone, and only should the Eleventh Circuit sustain the Contempt Order in No. 26-12606. |

**SUMMARY**

| | Hours | Amount |
|---|---:|---:|
| Recorded (Doc. 711-1) | 59.00 | |
| Excluded by Plaintiffs (Doc. 711 ¶ 13) | 10.10 | |
| **Sought** | **48.90** | **$44,282.50 as billed** |
| **Sought and objected to, entry by entry** | **45.70** | **$41,512.50 at the disputed rates** |
| Balance, rates disputed (see note below) | 3.20 | *rate disputed* |

Of the 48.90 hours Scott+Scott seeks, Defendant objects to 45.70 on the grounds identified above, entry by entry. The remaining 3.20 hours are the appearance at the hearing and the review of the Order to Show Cause. Should the Eleventh Circuit sustain the Contempt Order in No. 26-12606, Defendant's objection to those hours is to the rates alone.

**Dollar figures in this exhibit are computed at the rates Plaintiffs request. Defendant disputes those rates in Part V of the Response and concedes none of them, whether or not an objection to hours is stated.**