**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ERIC DE FORD, SANDRA BADER, and
SHAWN R. KEY,
Plaintiffs,

v. Case No. 6:22-cv-652-PGB-DCI

JAMES KOUTOULAS and LGBCOIN, LTD,
Defendants.
_______________________________________/

**MOTION TO CONTINUE STATUS CONFERENCE**

COMES NOW Defendant LGBCOIN, LTD. ("Movant"), by and through his undersigned counsel, and files this Motion to Continue Status Conference, and states:

1. This court scheduled a Status Conference in this matter for 12/4/2026 at 10:00 AM by Zoom Video Conference before Judge Paul G. Byron.

2. Harry Winderman, Esq., counsel for Defendant LGBCOIN, LTD., is scheduled to be in trial in federal district court before Judge Middlebrooks in the case styled Fleming v Straub;

5. Undersigned Counsel received an email from opposing counsel objecting to his Withdrawal and to his Motion to Continue.

WHEREFORE, Defendant LGBCOIN, LTC. requests that the Status Conference be moved to accommodate Defendant's Counsel's trial schedule.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on this 17th day of November 2026 a true and correct copy of the foregoing was filed via electronic filing using the Courts E-Filing Portal system and all parties of record were selected for service

Respectfully submitted,

___/s/ Harry Winderman________________

HARRY WINDERMAN, ESQ.
Attorney for Defendant LGBCOIN, LTD.
FBN 0209562
One Boca Place, Suite 205E
2255 Glades Road
Boca Raton, FL 33431
(561) 707-0000 Office
(561) 901-5110 Cellular
Harry4334@hotmail.com