**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ERIC DE FORD, SANDRA BADER, and SHAWN R. KEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES KOUTOULAS and LGBCOIN, LTD,<br><br>Defendants. | Case No. 6:22-cv-652-PGB-DCI<br><br>CLASS ACTION |

**DEFENDANT JAMES KOUTOULAS'S SUPPLEMENTAL LOCAL RULE 3.01(g) CERTIFICATE FOR HIS MOTION FOR LEAVE TO FILE A REPLY (DOC. 758)**

Defendant James Koutoulas, pro se, supplements under Local Rule 3.01(g)(3) the certificate in his Motion for Leave to File a Reply (Doc. 758). Defendant emailed and telephoned Plaintiffs' counsel on November 23, 2026, and again on November 25, 2026. Plaintiffs' counsel has not responded.

Dated: November 25, 2026

Respectfully submitted,

/s/ James L. Koutoulas
James L. Koutoulas, Esq., pro se
Koutoulas Law, LLC
10 N. Dearborn St., Suite 400
Chicago, IL 60602
312.451.4088
james@koutoulaslaw.com

## CERTIFICATE OF SERVICE

I certify that on November 25, 2026, I filed the foregoing with the Clerk of Court through CM/ECF, which serves all counsel of record.

/s/ James L. Koutoulas