UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ERIC DE FORD, SANDRA BADER, and SHAWN R. KEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES KOUTOULAS and LGBCOIN, LTD,<br><br>Defendants. | Case No. 6:22-cv-652-PGB-DCI<br><br>CLASS ACTION |

**DEFENDANT JAMES KOUTOULAS'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF HIS MOTION TO CLARIFY THE ORDER AT DOC. 725 OR, IN THE ALTERNATIVE, FOR RECONSIDERATION (DOC. 740)**

Defendant James Koutoulas, pro se, moves under Local Rule 3.01(e) for leave to file a reply of seven pages in support of his Motion (Doc. 740), due seven days after the order granting leave. Plaintiffs' Opposition (Doc. 761) relies on two orders entered after the Motion and asks the Court for a merits ruling on the civil branch of Doc. 691.

**1. The scope of Doc. 725.** Plaintiffs argue that Doc. 725 resolved the § 455(a) request because it identified Doc. 691 "by its full title," and that "the Court's stated reason does not limit the scope of its ruling." Doc. 761 at 5. The reply will measure

that reading against the text of Doc. 725, which gives one reason: "The Court is not initiating criminal contempt proceedings against Defendant Koutoulas."

**2. Plaintiffs' request for a merits ruling.** Plaintiffs ask that, if the Court says more, it "confirm that the § 455(a) request is denied." Doc. 761 at 2. The reply will show that this request joins the Motion in asking the Court to state the disposition of the civil branch, and will answer Plaintiffs' merits argument. Doc. 761 at 10–14.

**3. Orders entered after the Motion.** Defendant filed the Motion on August 24, 2026. Plaintiffs rely on the Eleventh Circuit's September 16, 2026 order (Doc. 749) and on Doc. 750, filed November 9, 2026. Doc. 761 at 2, 4, 7–11. The reply will address what the September 16 order decided on a petition for mandamus and what Doc. 750 adds to the § 455(a) record. Doc. 750 at 6 n.4.

Each of these points arises from the Opposition. A seven-page reply, the length Local Rule 3.01(e) sets for a reply, gives the Court both sides of each before it rules. Defendant respectfully requests leave to file it.

**Local Rule 3.01(g) Certificate**

Defendant emailed and telephoned Plaintiffs' counsel on November 25, 2026, and received no response. Defendant will continue to try to confer and will supplement this Motion under Local Rule 3.01(g)(3).

Dated: November 25, 2026

Respectfully submitted,

/s/ James L. Koutoulas

James L. Koutoulas, Esq., pro se
Koutoulas Law, LLC
10 N. Dearborn St., Suite 400
Chicago, IL 60602
312.451.4088
james@koutoulaslaw.com

**CERTIFICATE OF SERVICE**

I certify that on November 25, 2026, I filed the foregoing with the Clerk of Court through CM/ECF, which serves all counsel of record.

/s/ James L. Koutoulas